| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)<br>OR OF PARTY APPEARING IN PRO PER<br>Rajan O. Dhungana (SBN: 297794)<br>rdhungana@fedpractice.com<br>Eric S. Montalvo (Pro Hac Vice Motion Forthcoming)<br>emontalvo@fedpractice.com<br>FEDERAL PRACTICE GROUP<br>1750 K Street, NW, Suite 900<br>Washington, DC 20006<br>Telephone: (202) 862-4360<br>ATTORNEY(S) FOR: Heredia Boxing Management, Inc. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC., et al.<br><br>Plaintiff(s),<br>v.<br>MTK GLOBAL SPORTS MANAGEMENT, LLC, et al.<br><br>Defendant(s) | CASE NUMBER:<br>5:20-cv-02618-FMO-SP<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Heredia Boxing Management Inc., and Moses Heredia,_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Heredia Boxing Management, Inc. | Plaintiff |
| Moses Heredia | Plaintiff |
| MTK Global Sports Management, LLC | Defendant |
| MTK Global Sports Management, LTD | Subsidiary of MTK Global Sports Management LLC |
| VGC, LLP | Defendant |
| Paul D. Gibson | Defendant |
| Daniel Kinahan | Defendant |
| Joseph Pedroza Diaz, Jr. | Individual under contract with Heredia Boxing Management, Inc. |
| Ralph Heredia | Agent of Heredia Boxing Management, Inc. |

12/21/2020
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Rajan O. Dhungana