## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heredia et al | CASE NUMBER |
| v. | 5:20-cv-02618-FMO-SPx |
| PLAINTIFF(S) | |
| MTK Global Sports Management, LLC et al | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (RELATED CASES) |
| DEFENDANT(S). | |

### CONSENT

I hereby consent to the transfer of the above-entitled case to my calendar, pursuant to General Order 19-03.

December 22, 2020                                John W. Holcomb
Date                                             United States District Judge

### DECLINATION

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____
_____
_____
_____

_____                           _____
Date                                             United States District Judge

### REASON FOR TRANSFER AS INDICATED BY COUNSEL

Case   5:20-cv-02332-JWH-KKx   and the present case:

- [x] A. Arise from the same or closely related transactions, happenings or events; or
- [x] B. Call for determination of the same or substantially related or similar questions of law and fact; or
- [x] C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- [ ] D. Involve one or more defendants from the criminal case in common, and would entail substantial duplication of labor if heard by different judges (applicable only on civil forfeiture action).

### NOTICE TO COUNSEL FROM CLERK

Pursuant to the above transfer, any discovery matters that are or may be referred to a Magistrate Judge are hereby transferred from Magistrate Judge   Sheri Pym   to Magistrate Judge   Kenly Kiya Kato   .

On all documents subsequently filed in this case, please substitute the initials   JWH-KKx   after the case number in place of the initials of the prior judge, so that the case number will read   5:20-cv-02618-JWH-KKx   . This is very important because the documents are routed to the assigned judges by means of these initials

cc: [x] *Previous Judge*   [ ] *Statistics Clerk*

CV-34 (03/19)                    ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03 (Related Cases)