Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>Plaintiff(s)<br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; et al.<br><br>Defendant(s). | CASE NUMBER<br><br>5:20-cv-02618-JWH (KKx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

MONTALVO, ERIC, S.  of  FEDERAL PRACTICE GROUP
*Applicant's Name (Last Name, First Name & Middle Initial)*         1750 K Street, N.W., Suite 900
(202) 862-4360    (888) 899-6083                        Washington, D.C. 20006
*Telephone Number*   *Fax Number*
EMontalvo@fedpractice.com
*E-Mail Address*                                  *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

HEREDIA BOXING MANAGEMENT, INC.
MOSES HEREDIA
*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

DHUNGANA, RAJAN, O.   of   FEDERAL PRACTICE GROUP
*Designee's Name (Last Name, First Name & Middle Initial)*    1750 K Street, N.W., Suite 900
297794     (202) 862-4360    (888) 899-6083       Washington, D.C. 20006
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
RDhungana@fedpractice.com
*E-Mail Address*                                  *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____                     _____
                                          **U.S. District Judge/U.S. Magistrate Judge**