Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>                              Plaintiff(s)<br>v.<br>MTK GLOBAL SPORTS MANAGEMENT, LLC; et al.<br><br>                              Defendant(s). | CASE NUMBER<br><br>5:20-cv-02618-JWH (KKx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

MONTALVO, ERIC, S.       of       FEDERAL PRACTICE GROUP
*Applicant's Name (Last Name, First Name & Middle Initial)*       1750 K Street, N.W., Suite 900
(202) 862-4360       (888) 899-6083       Washington, D.C. 20006
*Telephone Number*       *Fax Number*
EMontalvo@fedpractice.com
*E-Mail Address*       *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

HEREDIA BOXING MANAGEMENT, INC.
MOSES HEREDIA
*Name(s) of Party(ies) Represented*       ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ Other: _____

**and designating as Local Counsel**

DHUNGANA, RAJAN, O.       of       FEDERAL PRACTICE GROUP
*Designee's Name (Last Name, First Name & Middle Initial)*       14481 Aspen Street
297794       (310) 795-6905       (888) 899-6083       Hesperia, CA 92344
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
RDhungana@fedpractice.com
*E-Mail Address*       *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

**Dated** _____       _____
                                                                U.S. District Judge/U.S. Magistrate Judge