Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>Plaintiff(s)<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; et al.<br><br>Defendant(s). | CASE NUMBER<br><br>5:20-cv-02618-JWH (KKx)<br><br>---<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Montalvo, Eric S.                                       of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 862-4360                    (888) 899-6083

*Telephone Number*          *Fax Number*

EMontalvo@fedpractice.com

*E-Mail Address*

FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

HEREDIA BOXING MANAGEMENT, INC.

MOSES HEREDIA

*Name(s) of Party(ies) Represent*          ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* _____

**and designating as Local Counsel**

DHUNGANA, RAJAN, O.                              of

*Designee's Name (Last Name, First Name & Middle Initial)*

297794          (310) 795-6905          8888996083

*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

*E-Mail Address*

FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: December 30, 2020**

John W. Holcomb, U.S. District Judge