Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
1750 K Street, NW, Suite 900, Washington, DC 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
rdhungana@fedpractice.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>　　　　　v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PROMOTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>5:20-cv-02618-JWH-KK<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☐　This action is dismissed by the Plaintiff(s) in its entirety.

☐　The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐　The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐　The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑　**ONLY** Defendant(s) VGC, LLP _____

　　is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).


03/04/2021　　　　　　　　　　　　　　/s/  Rajan O. Dhungana
　　　　*Date*　　　　　　　　　　　　　　　*Signature of Attorney/Party*


NOTE:　**F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.**

　　　**F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.**