RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Defendant
GOLDEN BOY PROMOTIONS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA, <br><br> Plaintiffs, <br><br> v. <br><br> MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PROMOTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN, <br><br> Defendants. | Case No.  5:20-cv-02618-JWH-KKx <br><br> *Assigned to Hon. John W. Holcomb* <br><br> **JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC. TO RESPOND TO COMPLAINT** <br><br> Waiver of Summons sent on: February 1, 2021 <br><br> Current Response Date: April 2, 2021 <br><br> New Response Date:  April 19, 2021 |

17896-00636/4007353.1

JOINT STIPULATION AND REQUEST FOR
EXTENSION OF TIME FOR DEFENDANT TO
RESPOND TO AMENDED COMPLAINT

# STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC. TO RESPOND TO COMPLAINT

The parties stipulate with reference to the following facts:

1. Plaintiffs Heredia Boxing Management, Inc. and Moses Heredia ("Plaintiffs") filed the operative Amended Complaint on January 18, 2021;

2. In the interest of efficiency and judicial economy Defendant Golden Boy Promotions, Inc. ("Golden Boy"), Golden Boy agreed to execute a Waiver of Service of Summons, with a response deadline of April 2, 2021 pursuant to Federal Rule of Civil Procedure 4(d).

3. On March 26 and 30, 2021, counsel for Golden Boy met and conferred with counsel for Plaintiffs regarding Golden Boy's intention to file a Motion to Dismiss in response to the Amended Complaint pursuant to Local Rule 7-3.

4. The parties have agreed to further consider their positions with respect to Golden Boy's contemplated Motion to Dismiss as well as to consider possible settlement of the claims against Golden Boy at this stage.

5. To allow sufficient time for those discussions, the parties agree to an extension of Golden Boy's time to respond to the Amended Complaint until and including April 19, 2021;

6. This is the first extension of time Golden Boy has requested in this action.

///
///
///
///
///
///
///

NOW THEREFORE, the parties hereby stipulate and agree that, subject to the Court's approval, Golden Boy shall have an extension through and including April 19, 2021, to respond to the amended complaint in this action.

DATED: April 1, 2021

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: _____
RICARDO P. CESTERO (SBN 203230)
Attorneys for Defendant GOLDEN BOY PROMOTIONS, INC.

DATED: April 1, 2021

FEDERAL PRACTICE GROUP

By: */s/ Rajan O. Dhungana*
RAJAN O. DHUNGANA (SBN 297794)
ERIC S. MONTALVO (*Pro Hac Vice*)
Attorneys for Plaintiffs HEREDIA BOXING MANAGEMENT, INC. and MOSES HEREDIA

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 1, 2021

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: _____
RICARDO P. CESTERO (SBN 203230)
Attorneys for Defendant GOLDEN BOY PROMOTIONS, INC.