RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
GOLDEN BOY PROMOTIONS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA, <br><br> Plaintiffs, <br><br> v. <br><br> MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PROMOTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN, <br><br> Defendants. | Case No. 5:20-cv-02618-JWH-KKx <br><br> *Assigned to Hon. John W. Holcomb* <br><br> **JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC. TO RESPOND TO COMPLAINT** <br><br> Waiver of Summons sent on: February 1, 2021 <br><br> Current Response Date: April 30, 2021 <br><br> New Response Date: May 21, 2021 |

## STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC. TO RESPOND TO COMPLAINT

The parties stipulate with reference to the following facts:

1. Plaintiffs Heredia Boxing Management, Inc. and Moses Heredia ("Plaintiffs") filed the operative Amended Complaint on January 18, 2021;

2. In the interest of efficiency and judicial economy Defendant Golden Boy Promotions, Inc. ("Golden Boy"), Golden Boy agreed to execute a Waiver of Service of Summons, with a response deadline of April 2, 2021 pursuant to Federal Rule of Civil Procedure 4(d).

3. On March 26 and 30 and April 8 and 15, 2021, counsel for Golden Boy met and conferred with counsel for Plaintiffs regarding Golden Boy's intention to file a Motion to Dismiss in response to the Amended Complaint pursuant to Local Rule 7-3.  In order to address issues raised by Golden Boy during the meet and confer, Plaintiffs are considering filing a Second Amended Complaint.

4. The parties have agreed to further consider their positions with respect to Golden Boy's contemplated Motion to Dismiss and a potential Second Amended Complaint, as well as to consider possible settlement of the claims against Golden Boy at this stage.

5. Good cause supports the parties stipulated request for an extension. The parties are working toward resolution of this matter, and the additional time for the extension to respond to the complaint will be helpful in assisting the parties to reach that end.  Successfully resolving this matter at the pleading stage promotes judicial economy by allowing the Court to focus its resources on other matters.

6. To allow sufficient time for those discussions, the parties agree to an extension of Golden Boy's time to respond to the Amended Complaint until and including May 21, 2021;

7.  This is the third extension of time Golden Boy has requested in this action.

NOW THEREFORE, the parties hereby stipulate and agree that Golden Boy shall have an extension through and including May 21, 2021, to respond to the Amended Complaint in this action.

DATED: April 29, 2021  GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: _____
RICARDO P. CESTERO (SBN 203230)
Attorneys for Defendant GOLDEN BOY PROMOTIONS, INC.

DATED: April 29, 2021  FEDERAL PRACTICE GROUP

By: */s/ Rajan O. Dhungana*
RAJAN O. DHUNGANA (SBN 297794)
ERIC S. MONTALVO (*Pro Hac Vice*)
Attorneys for Plaintiffs HEREDIA BOXING MANAGEMENT, INC. and MOSES HEREDIA

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 29, 2021  GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By: _____
RICARDO P. CESTERO (SBN 203230)
Attorneys for Defendant GOLDEN BOY PROMOTIONS, INC.