# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PROMOTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>　　　　Defendant. | Case No. 5:20-cv-02618-JWH-KK<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC. TO RESPOND TO COMPLAINT** |

Currently pending before the Court is the parties' joint stipulation to extend time to file. After considering the joint stipulation, the Court orders that it is **GRANTED** as set forth herein:

**IT IS HEREBY ORDERED** that Defendant Golden Boy shall have an extension through and including May 21, 2021, to respond to the Complaint.

**IT IS SO ORDERED**.

Dated:

John W. Holcomb
UNITED STATES DISTRICT JUDGE