1 | RICARDO P. CESTERO (SBN 203230)
  | RCestero@ggfirm.com
2 | GREENBERG GLUSKER FIELDS CLAMAN &
  | MACHTINGER LLP
3 | 2049 Century Park East, Suite 2600
  | Los Angeles, California 90067
4 | Telephone: 310.553.3610
  | Fax: 310.553.0687
5 |
  | Attorneys for Defendant
6 | GOLDEN BOY PROMOTIONS, INC.

7

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | EASTERN DIVISION - RIVERSIDE

11

12 | HEREDIA BOXING
   | MANAGEMENT, INC.; & MOSES
13 | HEREDIA,
   |                                   Case No.  5:20-cv-02618-JWH-KKx
14 |                Plaintiffs,
   |                                   *Assigned to Hon. John W. Holcomb*
15 | v.
   |                                   **JOINT STIPULATION AND**
16 | MTK GLOBAL SPORTS                 **REQUEST FOR EXTENSION OF**
   | MANAGEMENT, LLC; GOLDEN           **TIME FOR DEFENDANT GOLDEN**
17 | BOY PROMOTIONS, INC.; VGC,        **BOY PROMOTIONS, INC. TO**
   | LLP; PAUL D. GIBSON; and          **RESPOND TO COMPLAINT**
18 | DANIEL KINAHAN,
19 |                Defendants.        Waiver of Summons sent on:
   |                                   February 1, 2021
20 |
   |                                   Current Response Date: May 21, 2021
21 |
   |                                   New Response Date: June 18, 2021
22

23

24

25

26

27

28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

JOINT STIPULATION AND REQUEST FOR
EXTENSION OF TIME FOR DEFENDANT TO
RESPOND TO AMENDED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

## <u>STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC. TO RESPOND TO COMPLAINT</u>

The parties stipulate with reference to the following facts:

1.      Plaintiffs Heredia Boxing Management, Inc. and Moses Heredia ("Plaintiffs") filed the operative Amended Complaint on January 18, 2021;

2.      In the interest of efficiency and judicial economy Defendant Golden Boy Promotions, Inc. ("Golden Boy"), Golden Boy agreed to execute a Waiver of Service of Summons, with a response deadline of April 2, 2021 pursuant to Federal Rule of Civil Procedure 4(d).

3.      On March 26 and 30, April 8 and 15, and May 13, and 19, 2021 counsel for Golden Boy met and conferred with counsel for Plaintiffs regarding Golden Boy's intention to file a Motion to Dismiss in response to the Amended Complaint pursuant to Local Rule 7-3.  In order to address issues raised by Golden Boy during the meet and confer, Plaintiffs are considering filing a Second Amended Complaint. Plaintiff's sent a draft Second Amended Complaint to Golden Boy for their review.

4.      The parties have agreed to further consider their positions with respect to Golden Boy's contemplated Motion to Dismiss and a potential Second Amended Complaint, as well as to consider possible settlement of the claims against Golden Boy at this stage.

5.      Good cause supports the parties stipulated request for an extension. The parties are working toward resolution of this matter, and the additional time for the extension to respond to the complaint will be helpful in assisting the parties to reach that end.  Successfully resolving this matter at the pleading stage promotes judicial economy by allowing the Court to focus its resources on other matters.

2        JOINT STIPULATION AND REQUEST FOR
                                                     EXTENSION OF TIME FOR DEFENDANT TO
                                                     RESPOND TO AMENDED COMPLAINT

6.      On May 20, 2021, Golden Boy and Plaintiffs agreed in principle to the filing of a Second Amended Complaint.  To allow sufficient time to allow for the filing and service of the proposed Second Amended Complaint, the parties agree to an extension of Golden Boy's time to respond to the Amended Complaint until and including June 18, 2021.

7.      This is the fourth extension of time Golden Boy has requested in this action.

NOW THEREFORE, the parties hereby stipulate and agree that Golden Boy shall have an extension through and including June 18, 2021, to respond to the Amended Complaint in this action.

DATED:  May 21, 2021          GREENBERG GLUSKER FIELDS
                              CLAMAN & MACHTINGER LLP


                              By: _____
                                  RICARDO P. CESTERO (SBN 203230)
                                  Attorneys for Defendant GOLDEN BOY
                                  PROMOTIONS, INC.


DATED:  May 21, 2021          FEDERAL PRACTICE GROUP


                              By: /s/ Rajan O. Dhungana
                                  RAJAN O. DHUNGANA (SBN 297794)
                                  ERIC S. MONTALVO (Pro Hac Vice)
                                  Attorneys for Plaintiffs HEREDIA
                                  BOXING MANAGEMENT, INC. and
                                  MOSES HEREDIA

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

17896-00636/4046666.2          3          JOINT STIPULATION AND REQUEST FOR
                                          EXTENSION OF TIME FOR DEFENDANT TO
                                          RESPOND TO AMENDED COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

     Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  May 21, 2021        GREENBERG GLUSKER FIELDS
                            CLAMAN & MACHTINGER LLP

By: _____
     RICARDO P. CESTERO (SBN 203230)
     Attorneys for Defendant GOLDEN BOY
     PROMOTIONS, INC.

JOINT STIPULATION AND REQUEST FOR
EXTENSION OF TIME FOR DEFENDANT TO
RESPOND TO AMENDED COMPLAINT