# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PROMOTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendant. | Case No. 5:20-cv-02618-JWH-KK<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC. TO RESPOND TO COMPLAINT** |

17896-00636/4046685.1

Currently pending before the Court is the parties' joint stipulation to extend time to file. After considering the joint stipulation, the Court orders that it is **GRANTED** as set forth herein:

**IT IS HEREBY ORDERED** that Defendant Golden Boy shall have an extension through and including June 18, 2021, to respond to the Complaint.

**IT IS SO ORDERED**.

Dated:_____

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

17896-00636/4046685.1