UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>    Plaintiff,<br><br>    v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PROMOTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>    Defendant. | Case No. 5:20-cv-02618-JWH-KKx<br><br>**ORDER ON JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC. TO RESPOND TO COMPLAINT** |

17896-00636/4046685.1

1 | Currently pending before the Court is the parties' joint stipulation to
2 | extend time to file. After considering the joint stipulation, the Court orders that
3 | it is **GRANTED** as set forth herein:
4 | **IT IS HEREBY ORDERED** that Defendant Golden Boy shall have an
5 | extension through and including June 18, 2021, to respond to the Complaint.
6 | **IT IS SO ORDERED**.

8 | Dated: May 26, 2021

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE