1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA, | Case No. 5:20-cv-02618-JWH-KK |
| Plaintiff, | **[PROPOSED] ORDER ON JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC. TO RESPOND TO COMPLAINT** |
| v. | |
| MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PROMOTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN, | |
| Defendant. | |

Currently pending before the Court is the parties' joint stipulation to extend time to respond to the complaint. After considering the joint stipulation, the Court orders that it is **GRANTED** as set forth herein:

**IT IS HEREBY ORDERED** that Defendant Golden Boy shall have an extension through and including July 16, 2021, to respond to the Complaint.

**IT IS SO ORDERED**.

Dated:_____        _____
                                   John W. Holcomb
                                   UNITED STATES DISTRICT JUDGE

17896-00636/4068766.1