1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PROMOTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>　　　　Defendant. | Case No. 5:20-cv-02618-JWH-KKx<br><br>**ORDER ON JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC. TO RESPOND TO COMPLAINT** |

17896-00636/4068766.1

| | |
|---|---|
| 1 | Currently pending before the Court is the parties' joint stipulation to |
| 2 | extend time to respond to the complaint. After considering the joint stipulation, |
| 3 | the Court orders that it is **GRANTED** as set forth herein: |
| 4 | **IT IS HEREBY ORDERED** that Defendant Golden Boy shall have an |
| 5 | extension through and including July 16, 2021, to respond to the Complaint. |
| 6 | **IT IS SO ORDERED**. |

Dated: June 22, 2021

John W. Holcomb
UNITED STATES DISTRICT JUDGE