Rajan O. Dhungana (SBN: 297794)
 rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905

Eric S. Montalvo (*Pro Hac Vice*)
 emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, DC 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### (Eastern Division)

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>Plaintiffs,<br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No.: 5:20-cv-02618-JWH-KKx<br><br>**JOINT STIPULATION AND REQUEST TO GRANT LEAVE FOR PLAINTIFF TO FILE sECOND AMENDED COMPLAINT**<br><br>Filed Concurrently with [PROPOSED] Order<br><br>Courtroom: 2<br>Judge: Hon. John W. Holcomb |

# JOINT STIPULATION AND REQUEST TO GRANT LEAVE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

Plaintiff, Moses Heredia, and Defendant Golden Boy Promotions, Inc., a California Corporation, submit the following Joint Stipulation and request that the Court grant Plaintiff leave to 1) remove plaintiff Heredia Boxing Management, Inc., a California Corporation from this action, 2) add MTK Global USA, LLC, a Delaware Limited Liability Company to this action, and 3) make additional amendments and file a Second Amended Complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure.

Defendant MTK Global Sports Management, LLC, a Dubai, UAE limited liability corporation, has been served, but has not yet entered an appearance or been responsive to communications from Plaintiff.

Defendant Mr. Daniel Kinahan, currently residing in Dubai, UAE, has been served, but has not yet entered an appearance or been responsive to communications from Plaintiff.

Defendant Mr. Paul D. Gibson is currently being served through the Hague Service Convention. Mr. Gibson has not responded to any email communications from Plaintiff.

Defendant VGC, LLP was voluntarily dismissed pursuant to Fed. R. Civ. P. 41. *See* ECF No. 29.

The parties stipulate with reference to the following facts:

1.  Plaintiffs Heredia Boxing Management, Inc. and Moses Heredia ("Plaintiffs") filed the operative Amended Complaint on January 18, 2021;

2.  In the interest of efficiency and judicial economy Defendant Golden Boy Promotions, Inc. ("Golden Boy"), Golden Boy agreed to execute a Waiver of Service of Summons, with a response deadline of April 2, 2021 pursuant to Federal Rule of Civil Procedure 4(d).

3.  On March 26 and 30, April 8 and 15, May 13, and 19, June 11 and 17,

and July 15, 2021, counsel for Golden Boy met and conferred with counsel for Plaintiffs regarding Golden Boy's intention to file a Motion to Dismiss in response to the Amended Complaint pursuant to Local Rule 7-3.  In order to address issues raised by Golden Boy during the meet and confer, Plaintiffs considered filing a Second Amended Complaint. Plaintiff's sent a revised draft Second Amended Complaint to Golden Boy for their review on July 15, 2021. This revised draft contained additional information recently obtained at a June 10, 2021 arbitration with the California State Athletic Commission in the matter of the arbitration between Moses Heredia and Joseph Diaz, Jr and also contained new information in the July 10, 2021 decision from the arbitrator.

4. The parties have met and conferred regarding the addition of defendant MTK Global USA, LLC and the removal of Heredia Boxing Management, Inc. in plaintiff's proposed Second Amended Complaint and Defendant Golden Boy has agreed, without waiver of any of its defenses or objections to the allegations contained therein, that Plaintiff should be permitted to file the Second Amended Complaint.

5. Under Federal Rules of Civil Procedure, Rule 15(a), leave to amend the complaint should be granted "freely given when justice so requires." Thus, leave is granted unless the amendment causes prejudice to the opposing party, is sought in bad faith, is futile, or creates undue delay. *Ascon Properties, Inc. v. Mobil Oil Co.*, 866 F.2d 1149, 1160 (9th Cir. 1989). As the Supreme Court explained:

> If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits. In the absence of any apparent or declared reason -- such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of

allowance of the amendment, futility of amendment, etc. -- the leave sought should, as the rules require, be "freely given." Of course, the grant or denial of an opportunity to amend is within the discretion of the District Court, but outright refusal to grant the leave without any justifying reason appearing for the denial is not an exercise of discretion; it is merely abuse of that discretion and inconsistent with the spirit of the Federal Rules.

*Foman v. Davis*, 371 U.S. 178, 182 (1962).

6. There is no prejudice to any defendant. Golden Boy entered this joint stipulation to grant leave for Plaintiff to file a Second Amended Complaint. Defendants MTK Global Sports Management, LLC and Mr. Daniel Kinahan will be served with a copy of the Second Amended Complaint and restart their time to respond to the operative complaint. Mr. Paul Gibson will be served the Second Amended Complaint through the Hague Service Convention. This case is still in the early litigation stage. Defendants will have ample opportunity to respond to the Second Amended Complaint and to conduct discovery related on the revised basis of liability.

7. The parties further agree that Golden Boy shall not be required to respond to the currently operative Amended Complaint and shall have thirty (30) days from the filing of the Second Amended Complaint to file any response thereto.

NOW THEREFORE, the parties hereby stipulate and request that the Court grant Plaintiff leave to file a Second Amended Complaint in this action, a true and correct copy of which is attached as Exhibit A hereto

**IT IS SO STIPULATED**.

//
//

4
JOINT STIPULATION AND REQUEST TO GRANT
LEAVE FOR PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

| | | |
|---|---|---|
| DATED: July 16, 2021 | | FEDERAL PRACTICE GROUP |

By: */s/ Rajan O. Dhungana*
RAJAN O. DHUNGANA (SBN 297794)
ERIC S. MONTALVO (*Pro Hac Vice*)
Attorneys for Plaintiffs HEREDIA
BOXING MANAGEMENT, INC. and
MOSES HEREDIA

DATED: July 16, 2021        GREENBERG GLUSKER FIELDS
                            CLAMAN & MACHTINGER LLP

By: [signature]
RICARDO P. CESTERO (SBN 203230)
Attorneys for Defendant GOLDEN BOY
PROMOTIONS, INC.

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: July 16, 2021        FEDERAL PRACTICE GROUP

By: */s/ Rajan O. Dhungana*
RAJAN O. DHUNGANA (SBN 297794)
ERIC S. MONTALVO (*Pro Hac Vice*)
Attorneys for Plaintiffs HEREDIA
BOXING MANAGEMENT, INC. and
MOSES HEREDIA