# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

### (Eastern Division)

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA, <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN, <br><br>　　　　Defendants. | Case No.: 5:20-cv-02618-JWH-KK <br><br> **[PROPOSED] ORDER GRANTING JOINT STIPULATION AND REQUEST FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

Currently pending before the Court is Plaintiffs Heredia Boxing Management and Mr. Moses Heredia's and Defendant Golden Boy Promotions, Inc., joint stipulation and request to grant leave for Plaintiff to file a second amended complaint. After considering the joint stipulation, the Court orders that it is **GRANTED** as set forth herein:

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs are granted leave to file the Second Amended Complaint, which is to be filed with the Court within ten (10) days of this signed order.

2. Defendant Golden Boy Promotions shall not be required to file a response to the currently operative Amended Complaint.

3. Defendant Golden Boy Promotions' response to the Second Amended Complaint shall be due thirty (30) after the filing of the Second Amended Complaint.

**IT IS SO ORDERED**.

Dated: _____2021

By_____
The Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE