1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                    **(Eastern Division)**

11

12   HEREDIA BOXING MANAGEMENT,        Case No.: 5:20-cv-02618-JWH-KKx
     INC.; & MOSES HEREDIA,
13                                       **ORDER GRANTING JOINT**
               Plaintiffs,               **STIPULATION AND REQUEST**
14                                       **FOR LEAVE TO FILE SECOND**
     vs.                                 **AMENDED COMPLAINT**
15

16   MTK GLOBAL SPORTS
     MANAGEMENT, LLC; GOLDEN BOY
17   PROMOTIONS, INC.; PAUL D.
     GIBSON; and DANIEL KINAHAN,
18
               Defendants.
19

20

21

22

23

24

25

26

27

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
1

1    Currently pending before the Court is Plaintiffs Heredia Boxing

2  Management and Mr. Moses Heredia's and Defendant Golden Boy Promotions,

3  Inc., joint stipulation and request to grant leave for Plaintiff to file a second

4  amended complaint. After considering the joint stipulation, the Court orders that it

5  is **GRANTED** as set forth herein:

6         **IT IS HEREBY ORDERED** as follows:

7         1.    Plaintiffs are granted leave to file the Second Amended Complaint,

8  which is to be filed with the Court within ten (10) days of this signed order.

9         2.    Defendant Golden Boy Promotions shall not be required to file a

10  response to the currently operative Amended Complaint.

11         3.    Defendant Golden Boy Promotions' response to the Second Amended

12  Complaint shall be due thirty (30) after the filing of the Second Amended

13  Complaint.

14         **IT IS SO ORDERED**.

15

16  Dated: July 19, 2021

17                                    By _____
                                        The Honorable John W. Holcomb
18                                        UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
2