1

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10                      **(Eastern Division)**

11

12  HEREDIA BOXING MANAGEMENT,        Case No.: 5:20-cv-02618-JWH-KKx
    INC.; & MOSES HEREDIA,
13                                      **ORDER GRANTING JOINT**
                 Plaintiffs,            **STIPULATION AND REQUEST**
14                                      **FOR LEAVE TO FILE SECOND**
    vs.                                 **AMENDED COMPLAINT**
15

16  MTK GLOBAL SPORTS
    MANAGEMENT, LLC; GOLDEN BOY
17  PROMOTIONS, INC.; PAUL D.
    GIBSON; and DANIEL KINAHAN,
18
                 Defendants.
19

20

21

22

23

24

25

26

27

Currently pending before the Court is Plaintiffs Heredia Boxing Management and Mr. Moses Heredia's and Defendant Golden Boy Promotions, Inc., joint stipulation and request to grant leave for Plaintiff to file a second amended complaint. After considering the joint stipulation, the Court orders that it is **GRANTED** as set forth herein:

**IT IS HEREBY ORDERED** as follows:

1. Plaintiffs are granted leave to file the Second Amended Complaint, which is to be filed with the Court within ten (10) days of this signed order.

2. Defendant Golden Boy Promotions shall not be required to file a response to the currently operative Amended Complaint.

3. Defendant Golden Boy Promotions' response to the Second Amended Complaint shall be due thirty (30) after the filing of the Second Amended Complaint.

**IT IS SO ORDERED**.

Dated: July 19, 2021

By _____
The Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE