MANCINI SHENK LLP
   Michael V. Mancini (S.B. #263799)
   mmancini@mancinishenk.com
   Peter J. Most (S.B. #143963)
   pmost@mancinishenk.com
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (424) 652-4000
Facsimile: (424) 652-4004

Attorneys for Defendant
MTK GLOBAL USA, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>    Plaintiff,<br><br>v.<br><br>MKT GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>    Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br>*Assigned to Hon. John W. Holcomb*<br><br>**JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT MTK GLOBAL USA, LLC TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>SAC Served: August 9, 2021<br>Current Response Date: August 30, 2021<br>New Response Date: September 29, 2021 |

## STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT MTK GLOBAL USA, LLC TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

WHEREAS, Plaintiff Moses Heredia filed Case No. 5:20-cv-02618-JWH (KKx) against certain Defendants on December 18, 2020;

WHEREAS, Plaintiff filed the First Amended Complaint against certain Defendants on January 18, 2021;

WHEREAS, Plaintiff filed the Second Amended Complaint ("SAC") against certain Defendants and, for the first time, named Defendant MTK Global USA, LLC ("MGUSA") on July 28, 2021;

WHEREAS, Plaintiff served the summons and SAC on MGUSA on August 9, 2021;

WHEREAS, MGUSA was required to meet and confer with counsel to Plaintiff regarding MGUSA's response to the SAC by August 23, 2021, fourteen days after service of the summons and SAC;

WHEREAS, MGUSA is required to file and serve its answer and/or response to Plaintiff's SAC by August 30, 2021, twenty-one days after service of the summons and SAC;

WHEREAS, counsel to MGUSA was retained on August 20 and immediately thereafter counsel for Plaintiff met and conferred with counsel for MGUSA regarding (1) MGUSA's need, in light of the complexity and number of the issues before the parties, for an extension of time to meet and confer regarding MGUSA's response to the SAC and (2) MGUSA's counsel's need for an extension of time due to familial obligations arising from a family member's serious medical procedure;

WHEREAS, on August 20, 2021, in light of the foregoing, MGUSA requested and Plaintiff agreed to a thirty-day extension of time for MGUSA to meet and confer and respond to the SAC;

WHEREAS, this is MGUSA's first request to extend time to respond to the

SAC;

WHEREAS, the parties agree good cause supports the stipulated request for an extension because (1) the parties will increase judicial efficiency by meeting and conferring regarding MGUSA's anticipated motion to dismiss the SAC and (2) MGUSA's counsel's familial obligations in the coming weeks arising from a family member's serious medical procedure are a substantial and legitimate justification for the requested extension of time;

NOW, THEREFORE, the parties hereby stipulate and agree that MGUSA shall have an extension of time through and including until September 29, 2021 to respond to the SAC.

Dated: August 24, 2021          MANCINI SHENK LLP

                                By:  /s/ Michael V. Mancini
                                     Michael V. Mancini (S.B. #263799)
                                     Peter J. Most (S.B. #143963)
                                     Attorneys for Defendant MTK GLOBAL
                                     USA, LLC

Dated: August 24, 2021          FEDERAL PRACTICE GROUP

                                By:  /s/ Rajan O. Dhungana
                                     RAJAN O. DHUNGANA (S.B. #297794)
                                     ERIC S. MONTALVO (*Pro Hac Vice*)
                                     Attorneys for Plaintiff MOSES HEREDIA

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 24, 2021        MANCINI SHENK LLP

By: _____/s/ Michael V. Mancini_____
Michael V. Mancini (S.B. #263799)
Attorneys for Defendant MTK GLOBAL USA, LLC