**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>MKT GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br>*Assigned to Hon. John W. Holcomb*<br><br>**ORDER ON JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT MTK GLOBAL USA, LLC TO RESPOND TO SECOND AMENDED COMPLAINT** |

Currently pending before the Court is Plaintiff Moses Heredia's and Defendant MTK Global USA, LLC's joint stipulation to extend time for MTK Global USA, LLC to respond to Plaintiff's Second Amended Complaint. After considering the joint stipulation, the Court orders that it is **GRANTED** as set forth herein:

**IT IS HEREBY ORDERED** that Defendant MTK Global USA, LLC shall have an extension through and including September 29, 2021 to respond to the Second Amended Complaint.

**IT IS SO ORDERED.**

Dated: August 25, 2021

HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

