RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:  310.553.3610
Fax:  310.553.0687

Attorneys for Defendant
GOLDEN BOY PROMOTIONS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| MOSES HEREDIA, | Case No.  5:20-cv-02618-JWH-KKx |
|---|---|
| Plaintiff, | *Assigned to Hon. John W. Holcomb* |
| v. | **JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC.'S TIME TO RESPOND TO COMPLAINT** |
| MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN, | |
| Defendants. | Current Response Date: August 27, 2021 |
| | New Response Date: September 29, 2021 |

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067

## STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC. TO RESPOND TO COMPLAINT

Whereas, Plaintiff Moses Heredia ("Plaintiff") filed the Second Amended Complaint on July 28, 2021.

Whereas, the deadline for Defendant Golden Boy Promotions, Inc. ("GBP") to respond to the Second Amended Complaint is currently August 27, 2021.

Whereas, on August 19, 2021, counsel for GBP sent a letter to Plaintiff's counsel explaining the basis for an anticipated motion to dismiss under Federal Rule 12(b)(6) or, in the alternative, a motion to compel arbitration.

Whereas, the parties are engaging in further meet and confer discussions to attempt to resolve GBP's objections to the Second Amended Complaint.

Whereas, the parties prefer to preserve their and the Court's resources by deferring such motion practice while the parties continue to engage in such discussions.

Whereas, Plaintiff and Defendant MTK Global USA, LLC ("MTK") recently filed a stipulation extending MTK's time to answer until September 29, 2021.

The parties, by and through their undersigned counsel, stipulate that GBP's time to respond to Plaintiff's Second Amended Complaint be extended to and until September 29, 2021.

//
//
//
//
//
//
//
//

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED:  August 25, 2021          GREENBERG GLUSKER FIELDS
                                 CLAMAN & MACHTINGER LLP


By:   /s/ Joshua M. Geller
      RICARDO CESTERO (SBN 203230)
      JOSHUA M. GELLER (SBN 295412)
      Attorneys for Defendant GOLDEN BOY
      PROMOTIONS, INC.

DATED:  August 25, 2021          FEDERAL PRACTICE GROUP


By:   /s/ Rajan Olarita Dhungana
      ERIC S. MONTALVO
      RAJAN OLARITA DHUNGANA
      Attorneys for Plaintiff MOSES
      HEREDIA and HEREDIA BOXING
      MANAGEMENT, INC.

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  August 25, 2021          GREENBERG GLUSKER FIELDS
                                 CLAMAN & MACHTINGER LLP


                                 By: ___/s/ Joshua M. Geller_____
                                     RICARDO CESTERO (SBN 203230)
                                     JOSHUA M. GELLER (SBN 295412)
                                     Attorneys for Defendant GOLDEN BOY
                                     PROMOTIONS, INC.