1  RICARDO P. CESTERO (SBN 203230)
   RCestero@ggfirm.com
2  JOSHUA M. GELLER (SBN 295412)
   JGeller@ggfirm.com
3  GREENBERG GLUSKER FIELDS CLAMAN &
   MACHTINGER LLP
4  2049 Century Park East, Suite 2600
   Los Angeles, California 90067
5  Telephone: 310.553.3610
   Fax: 310.553.0687
6
7  Attorneys for Defendant
   GOLDEN BOY PROMOTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>　　　　Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>*Assigned to Hon. John W. Holcomb*<br><br>**[PROPOSED] ORDER TO EXTEND DEFENDANT GOLDEN BOY PROMOTIONS, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>Current<br>Response Date: August 27, 2021<br><br>New<br>Response Date: September 29, 2021 |

17896-00636/4124969.1                                              [PROPOSED] ORDER

GREENBERG GLUSKER FIELDS CLAMAN
& MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

1  Currently pending before the Court is the parties' joint stipulation to extend time to respond to the complaint. After considering the joint stipulation, the Court orders that it is **GRANTED** as set forth herein:

**IT IS HEREBY ORDERED** that Defendant Golden Boy shall have an extension through and including September 29, 2021, to respond to the Complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE