RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
GOLDEN BOY PROMOTIONS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>　　　　　Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>*Assigned to Hon. John W. Holcomb*<br><br>**ORDER TO EXTEND DEFENDANT GOLDEN BOY PROMOTIONS, INC.'S TIME TO RESPOND TO COMPLAINT**<br><br>Current<br>Response Date: August 27, 2021<br><br>New<br>Response Date: September 29, 2021 |

17896-00636/4124969.1

ORDER

1  Currently pending before the Court is the parties' joint stipulation to extend
2  time to respond to the complaint.  After considering the joint stipulation, the Court
3  orders that it is **GRANTED** as set forth herein:
4  **IT IS HEREBY ORDERED** that Defendant Golden Boy shall have an
5  extension through and including September 29, 2021, to respond to the Complaint.
6  **IT IS SO ORDERED.**

8  Dated:  August 26, 2021



John W. Holcomb
UNITED STATES DISTRICT JUDGE

17896-00636/4124969.1

ORDER