RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
GOLDEN BOY PROMOTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA, <br><br> Plaintiffs, <br><br> v. <br><br> MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PRODUCTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN, <br><br> Defendants. | Case No. 5:20-cv-02618-JWH-KKx <br><br> *Assigned to Hon. John W. Holcomb* <br><br> **DECLARATION OF RICARDO P. CESTERO IN SUPPORT OF DEFENDANT GOLDEN BOY PROMOTIONS, INC.'S MOTION TO COMPEL ARBITRATION** <br><br> Date: November 5, 2021 <br> Time: 9:00 a.m. <br> Crtrm: 2 <br><br> [Motion to Compel and [Proposed] Order filed concurrently herewith] <br><br> Complaint filed: December 18, 2020 |

17896-00636/4149642.1               DECLARATION OF RICARDO P. CESTERO

## DECLARATION OF RICARDO P. CESTERO

I, Ricardo P. Cestero, declare:

1. I am an attorney duly licensed to practice in all the courts of the State of California and I am a partner of Greenberg Glusker Fields Claman & Machtinger LLP, attorneys of record for defendant Golden Boy Promotions, Inc. ("GBP"). The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto under oath. I submit this declaration in support of GBP's Motion to Compel Arbitration.

2. On August 18, 2021, I sent a letter to Plaintiff's counsel explaining the basis for the instant motion. A true and correct copy of that letter is attached as **Exhibit 1**.

3. On September 14, 2021, I met and conferred telephonically with Plaintiff's counsel concerning the basis of this motion. Plaintiff's counsel declined to dismiss the claims against GBP or have the claims heard in arbitration.

4. On September 14 and 15, 2021, I had further correspondence with Plaintiff's counsel by email concerning the basis of this motion. A true and correct copy of that email exchange is attached as **Exhibit 2**.

5. A true and correct copy of the promotion contract between GBP, Plaintiff, and Joseph Diaz Jr. is attached with partial redactions as **Exhibit 3**. The submitted copy has been redacted to protect sensitive and confidential business information but includes unredacted all provisions relevant to the instant motion.

6. A true and correct copy of the promotion contract between GBP, Plaintiff, and Luis Feliciano is attached with partial redactions as **Exhibit 4**. The submitted copy has been redacted to protect sensitive and confidential business information but includes unredacted all provisions relevant to the instant motion.

//
//
//

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 29th day of September, 2021 at Los Angeles, California.

                                      */s/ Ricardo P. Cestero*
                                          Ricardo P. Cestero