# Exhibit 3

## TERM SHEET

The following sets forth the material terms of the agreement ("Agreement") between Golden Boy Promotions, LLC ("Promoter") on the one hand, and Joseph Diaz Jr. ("Boxer") and Moses Heredia and Ralph Heredia (collectively "Managers") on the other hand regarding the grant of Boxer's exclusive promotional rights to Promoter.

















13. <u>Governing Law:</u>    (a) This Agreement will be governed and construed in accordance with the laws of the State of Nevada applicable to agreements entered into and wholly performed therein.   Any dispute, controversy or claim arising out of or relating to this Agreement, including the formation, interpretation, breach or termination thereof, including whether the claims asserted are arbitrable, will be referred to and finally determined by arbitration in accordance with the JAMS Commercial Arbitration Rules before a single arbitrator who shall be selected by the parties to the arbitration and who shall be a retired judge or justice. If the parties are unable to select an arbitrator, the arbitrator will be selected in accordance with the JAMS Rules.  The place of arbitration will be Las Vegas, Nevada. Judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof.  The prevailing Party in arbitration shall be entitled to its reasonable costs, including the costs of arbitration, and attorneys' fees.



15. <u>Formal Agreement</u>:   Promoter and Boxer may enter into a more formal agreement incorporating the terms hereof and Promoter' customary standard terms and conditions, but until such more formal agreement is executed, this Agreement and such standard terms and conditions (which are incorporated herein by this reference) shall constitute the entire understanding of the parties hereto and shall constitute a legal and binding agreement between the parties. Boxer agrees that in no event shall Boxer be entitled to (nor shall Boxer seek or authorize any other person or entity to seek) injunctive or other equitable relief or to otherwise terminate or rescind this Agreement. No waiver by Promoter of any breach or non-performance by Boxer hereunder shall be deemed to be a waiver of any preceding or succeeding breach or non-performance.  No modification or amendment of this Agreement shall be valid unless made by a writing signed by the party to be charged. All parties have participated in the negotiation of this Agreement and, thus, it is understood and

agreed that the general rule that ambiguities are to be construed against the drafter shall not apply to this Agreement. In the event that any language of this Agreement is found to be ambiguous, such ambiguity shall not be resolved by construing this Agreement in favor of or against any party, but rather construing the terms of this Agreement as a whole, according to their fair meaning, and each party shall have an opportunity to present evidence as to the actual intent of the parties with respect to any such ambiguous language.

**BOXER ACKNOWLEDGES THAT PROMOTER HAS RECOMMENDED THAT BOXER OBTAIN THE ADVICE OF HIS OWN, INDEPENDENT COUNSEL BEFORE ENTERING INTO THIS AGREEMENT, AND THAT HE HAS HAD THE OPPORTUNITY TO DO SO.**

**BOXER FURTHER UNDERSTANDS AND ACKNOWLEDGES THAT HE IS UNDER NO OBLIGATION TO ACCEPT ANY OF THE TERMS OF THIS AGREEMENT, THAT THE TERMS HAVE BEEN NEGOTIATED BETWEEN PROMOTER AND BOXER AND ARE THE RESULT OF SUCH NEGOTIATION AND THAT BOXER HAS READ ALL PARTS OF THIS AGREEMENT AND UNDERSTANDS THE TERMS HEREOF AND ENTERS INTO THIS AGREEMENT FREELY AND NOT AS THE RESULT OF ANY COERCION OR DURESS.**

**BOXER HEREBY ACKNOWLEDGES THAT HE HAS RECEIVED, READ AND UNDERSTOOD THE CONTENTS OF THIS DOCUMENT AND/OR THIS DOCUMENT WAS TRANSLATED TO HIM.**

By its signature below, each party confirms its understanding of, and agreement to the foregoing.

**PROMOTER:**

GOLDEN BOY PROMOTIONS, LLC

By: _____

Name: ROLANDO ARELLANO

Title: FIGHTER RELATIONS

Date: 3 / 22 / 2017

**BOXER:**

JOSEPH DIAZ JR.

By: _____

Name: Joseph Diaz Jr

Boxer

Date: 3/22/17

Page 14

MOSES HEREDIA

By:

Title: MANAGER

Date: 3/22/17

RALPH HEREDIA

By:

Title: MANAGER

Date: 3·22·17

Page 15