RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
GOLDEN BOY PROMOTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>Plaintiffs,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PRODUCTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>*Assigned to Hon. John W. Holcomb*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOLDEN BOY PROMOTIONS, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: November 5, 2021<br>Time: 9:00 a.m.<br>Crtrm: 2<br><br>[Declaration of Ricardo P. Cestero and [Proposed] Order filed concurrently herewith]<br><br>Complaint filed: December 18, 2020 |

Defendant Golden Boy Promotions, Inc.'s ("GBP") motion to compel arbitration came on for hearing in Courtroom 2 of the above-entitled Court, the Honorable John W. Holcomb presiding. Appearances were as reflected on the record. The Court, having considered the motion, the moving papers, the opposition papers, and the reply thereto, and the oral argument presented at the hearing, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The motion is GRANTED;
2. All claims against GBP are stayed pending completion of the arbitration; and
3. A post-arbitration status conference is set for _____.

**IT IS SO ORDERED**.

Dated: _____

HON. JOHN W. HOLCOMB
United States District Court Judge