NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Michael V. Mancini (S.B. #263799)
MANCINI SHENK LLP
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone: (424) 652-4000
Email: mmancini@mancinishenk.com

ATTORNEY(S) FOR: Defendant MTK GLOBAL USA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES HEREDIA<br><br>Plaintiff(s),<br>v.<br>MTK GLOBAL SPORTS MANAGEMENT, LLC,<br>et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>5:20-cv-02618-JWH (KKx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for      Defendant MTK GLOBAL USA, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Robert Yalen, an individual | Sole Member of MTK GLOBAL USA, LLC |

September 29, 2021                          /s/ Michael V. Mancini
Date                                        Signature

Attorney of record for (or name of party appearing in pro per):

Defendant MTK GLOBAL USA, LLC

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES