Rajan O. Dhungana (SBN: 297794)
  rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
  emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
(Eastern Division)

| | |
|---|---|
| MOSES HEREDIA,<br><br>　　　　Plaintiff,<br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; AND DANIEL KINAHAN<br>　　　　Defendants. | Case No.: 5:20-CV-02618-JWH (KKx)<br><br>**DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH** |

I, Jouslin Chibli Khairallah, hereby declare as follows:

1. I am over the age of 18 years and otherwise competent to testify in this matter.

2. I am authorized to serve process in this matter pursuant to Federal Rule of Civil Procedure Rule 4(c)(2) as I am a person over the age of 18 years and not a party.

3. I am the Owner and Manager of Khairallah Advocates & Legal Consultants, P.O. Box 450142, Dubai, United Arab Emirates.

4. On or about September 20, 2021, the Federal Practice Group retained Khairallah Advocates & Legal Consultants to locate and later to serve MTK Global Sports Management LLC and Mr. Daniel Kinahan as both reside in the UAE.

5. Neither MTK Global Sports Management LLC nor Daniel Kinahan are a minor, an incompetent person, or a person whose waiver has been filed.

6. The UAE is not a party to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters dated November 15, 1965, otherwise known as the Hague Service Convention. There are no other unilateral or bilateral agreements between the USA and UAE with respect to service of process.

7. Under UAE law, service may be accomplished via a courier, email, or via publication of a notice via a newspaper. For the newspaper, per Article 8(4) of Federal Law No. (11) of 1992 Concerning Issuance of the Civil Procedures Code, if a person to be notified has no domicile, residence, place of business, fax, email or a postal address, it shall notify through publication in two dailies issued in the State or abroad in the Arabic or foreign languages, as the case may be, and the date of the publication shall be considered as the date of notification.

8. On October 2, 2021, I served a copy of the summons and complaint to defendant MTK Global Sports Management LLC via courier service, email, and via English/Arabic newspapers. The email was delivered to r.reynolds@mtkglobal.com. This is the email listed as the individual able to receive service of process and the company contact on the applicable UAE DMCC Service License. I sent the same email on three separate dates, October 2, 3, and 10, 2021. The summons and complaint sent via courier services were delivered on October 7, 2021. The newspaper notification complied with UAE law, specifically, Article 8(4) of Federal Law No. (11) of 1992 Concerning Issuance of the Civil Procedures Code.

9. On October 2, 2021, I served a copy of the summons and complaint to

DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH

defendant Mr. Daniel Kinahan via courier service, email, and via English/Arabic newspapers. The email was delivered to r.reynolds@mtkglobal.com. This is the email listed as the individual able to receive service of process and the company contact on the applicable UAE DMCC Service License. I sent the same email on three separate dates, October 2, 3, and 10, 2021. The summons and complaint sent via courier services were delivered on October 7, 2021. The newspaper notification complied with UAE law, specifically, Article 8(4) of Federal Law No. (11) of 1992 Concerning Issuance of the Civil Procedures Code.

10. Attached hereto as **Exhibit A** is a true and correct copy of the emails I sent to Mr. Reynolds of MTK Global and the attachments therein. I recognize these emails as they are the emails I sent from my computer to Mr. Reynolds.

11. Attached hereto as **Exhibit B** is a true and correct copy of the newspaper notifications in English and Arabic providing notice to MTK Global Sports Management LLC as described herein. I recognize these newspaper notifications as I prepared them and caused them to be published.

12. Attached hereto as **Exhibit C** is a true and correct copy of the newspaper notifications in English and Arabic providing notice to Mr. Daniel Kinahan as described herein. I recognize these newspaper notifications as I prepared them and caused them to be published.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed November 24, 2021, in Dubai, UAE.

_____
Jouslin Chibli Khairallah