**Jason Moy**

| | |
|---|---|
| **From:** | Abdultaiyab Bahrainwala <bahrainwala@khlegal.ae> |
| **Sent:** | Sunday, March 21, 2021 1:16 AM |
| **To:** | r.reynolds@mtkglobal.com |
| **Cc:** | jouslin@khlegal.ae; ehsan@khlegal.ae; accountant@khlegal.ae; bahrainwala@khlegal.ae |
| **Subject:** | RE: SUMMONS IN A CIVIL ACTION- CIVIL ACTION NO. CASE 5:20-CV-02618-JWH-KK FILED BEFORE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA |
| **Attachments:** | LETTER FOR MTK GLOBAL SPORTS MANAGEMENT L.L.C (DMCC BRANCH).pdf; DOC 20 AMENDED COMPLAINT (Heredia).pdf; DOC 20-1 Civil Cover Sheet cv-71 Amended Civil Cover Sheet (Heredia).pdf |
| **Importance:** | High |

Dear Sir,

Kindly acknowledge receipt of our below email with attached Summons.

Look forward to your reply.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

---

**From:** Khairallah Advocates [mailto:info@khlegal.ae]
**Sent:** Thursday, March 18, 2021 5:56 PM
**To:** r.reynolds@mtkglobal.com
**Cc:** 'Jouslin Khairallah'; 'Abdultaiyab Bahrainwala'; ehsan@khlegal.ae; accountant@khlegal.ae
**Subject:** SUMMONS IN A CIVIL ACTION- CIVIL ACTION NO. CASE 5:20-CV-02618-JWH-KK FILED BEFORE UNITED STATES

DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA
**Importance:** High

Dear Sir,

We act on behalf of HEREDIA BOXING MANAGEMENT INC and MOSES HEREDIA (**Plaintiffs**) and write this letter to serve summons.

Kindly acknowledge receipt of this email with attachments.

Look forward to your reply.

Best Regards

Khairallah Advocates & Legal Consultants
T: +971 4 4270845 | F: +971 4 4270842
P.O.Box:450142 |Dubai |United Arab Emirates
W: www.khairallahlegal.com

 

*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we do not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai, U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**