WEDNESDAY 06 OCTOBER 2021

ENERGY                                             **EMIRATES** BUSINESS  03

# Petrofac surges after $95m bribery penalty by UK judge

**BLOOMBERG**



UK oil-service provider Petrofac Ltd must pay a $95 million penalty by a London judge for failing to prevent bribery between 2011 and 2017.

The penalty includes a $64 million fine and a $31 million confiscation order. The levy comes after the company pleaded guilty to seven bribery offenses, in a deal with the UK's Serious Fraud Office (SFO). Shares jumped as much as 17% in London trading to their highest since June 2020.

The company admitted last week to failing to prevent $44 million in bribes being paid to secure $3.6 billion worth of contracts. Petrofac was also ordered to pay 7 million pounds ($9.5 million) in legal costs.

"The corruption in this case is systemic, serious and grave," said Judge Deborah Taylor. She said that the company has substantial short term debt, and that payment cannot be met without refinancing. Petrofac last week said they would only be able to afford a total penalty of between $90 and $110 million. "Despite the very serious offending, I do not consider it necessary to put the company out of business," Taylor said.

> Petrofac's penalty includes a $64 million fine and a $31 million confiscation order. The levy comes after the company pleaded guilty to seven bribery offenses, in a deal with the UK's Serious Fraud Office
>
> She made reductions based on the company's change of leadership, compliance practices and their "serious attempt" to "change the culture and approach to compliance and address its past offending." The fine fell short of what the SFO sought, who'd asked the judge to order a 154 million pound penalty.

A former senior executive at Petrofac, David Lufkin, was handed a two year suspended sentence at Southwark Crown Courty, avoiding jail time. Taylor said Petrofac would have been unlikely to enter a plea deal if it hadn't been for Lufkin's own guilty plea with prosecutors.

---

**EXPERT MEETING**

THE GULF TIME — DATE: 06-10-2021

**Notice of Service by Publication**
**In the matter of Partial Commercial**
**Case No. 2021/278, Banking - Dubai**

Defendant: **Dean George Scott**
(Dubai — Bur Dubai — Dubai Sports City — Burj Khalifa, Flat No. 1404 — phone No. 0566822031)

Kindly be informed that Dubai Court of First Instance has appointed a banking expert in the matter of the above-mentioned case filed against you by Commercial Bank International.

Due to health precautionary measures at the moment, litigation will be held online. Thus, you are invited to attend Expert meeting via video calling system (Zoom Application) at **11:00 AM**, on **Tuesday** corresponding to **12/10/2021** by clicking on the following link:
https://us04web.zoom.us/j/77861735219?pwd=VkdndlErNDJ1L0g2YjU3cdUVQdhQT09

meeting ID: 778 6173 5219
Passcode: U8cPRK

You are kindly requested to provide us with the documents supporting your defenses in the matter of the said case on Email: khouse@knowledgehouse.ae or on Whatsapp number: 0562539394.

Yours sincerely,

**Banking Expert**
**Muhammed Hamel Eiran //Signed//**

---

**EXPERT MEETING**

THE GULF TIME — DATE: 06-10-2021

**Notification by Publication**
**Case No. 409-2021**
**Dispute assigning commercial expertise**
**Dubai Court - 3rd Amicable Settlement Circuit**

Dispute/ **Canar Communications Co. Ltd.**
Represented by / Al-Gharib & Associates Lawyers and Legal Consultants
Advocates and Legal Consultants
Mobile: 0506985411,       Telephone: 042955050
Email: mukhtar@algharibIawfirm.com & adv.algharib@gmail.com

**Against**

Disputed against: **NEEMA SOFTWARE CO. LLC.**
Telephone: 042948960       Email: info@neema-software.com
Gentlemen/ **NEEMA SOFTWARE CO. LLC**, with reference to the preliminary court ruling dated 14/09/2021 in the above-mentioned lawsuit regarding the assignment of an expert specialized in information technology and communications network security, you are invited to attend the company's representative or your authorized legal agent for the engineering expertise meeting scheduled to be held on **Monday, 11/10/2021**, at **1:00 p.m.** to hear your point of view and submit your documents, at the expertise headquarters located in the Emirate of Dubai - Deira Center - behind Day to Day -Centurion Star Building - Block B - Seventh Floor - Office 723

Please accept the highest respect

**Engineering expert**
**Engineer/ Ahmed Bahgat Hassan**

---

**ANNOUNCEMENT**

THE GULF TIME — DATE: 06-10-2021
Date: 03-Oct-2021

(Aim High Training & Development Center FZ -LLC). License No.18474, (Located at Dubai knowledge Park)
PO box No. 114929, Dubai, UAE, licensed with Dubai Knowledge Park wishes to announce its decision taken via board resolution passed at its board meeting held on 26/09/2021 regarding closing down and dissolution of "Aim High Training & Development Center FZ-LLC"

Accordingly, any interested party who has a claim against the company
is hereby requested to submit its outstanding claims withing 15 days of Notice by registered post or contact:

Company Name ( Aim High Training & Development Center FZ LLC)
PO Box 114929
Dubai, UAE.
Tel No. +971 50 2421500
Email: Aimhighuae@gmail.com

Claims received after expiry of the notice period of 15 days shall not be considered

Daeyeon Kwon
General Manager
**AIMHIGH T&D CENTER**

---



**DUBAI COURTS**

THE GULF TIME
DATE: 06-10-2021

Notice Number: 160716 / 2021
Date of Notice: 30-09-2021    Assignment Number: 225511 / 2021

**GOVERNMENT OF DUBAI**
Dubai Courts
Dubai Courts of First Instance

**Notification by Publication for Sale of Real Property**

On Case No.: 278 / 2020 / 250 Sale of Mortgaged Real Property
Heard before: Eighth Circuit of Execution No. (229)
Subject of Action: Seeking attachment of the mortgaged real property in preparation of selling it in a public auction in accordance with Articles (25) and (26) of Law No. (14) of 2008 on Mortgages in the Emirate of Dubai.

Applicant for Execution: **Standard Chartered Bank**
Address: Emirate of Dubai, Bur Dubai, Standard Chartered Bank Building, Emaar Square, Downtown Area, Burj Khalifa, Makani Number: 2595588434

Represented by: **Essam Abdulamir Hamadi Al Fadhli Al Tamimi**

Notified Party: **Muhammad Ali Khan Tausef Ahmad Khan**
Address: Apartment No. (302), 3rd Floor, Dickens Circus (1) Building, Near Royati Society, Up Town Motor City, Bur Dubai, Emirate of Dubai, United Arab Emirates, Makani Number: 2305370885, Tel.: 0504594583, 0504594583, 046932587, vardag2@hotmail.com

Subject of Notice:
On Wednesday, 20-10-2021, at 05:00 p.m. and on the three following days, if necessary, the real property which description is set out below will be sold at the entity entrusted with the sale "Emirates Auction" on its website (http://www.emiratesauction.ae), Those who desire to purchase the real property are required to submit a security deposit not less than 20% of the primary price before participating in the auction. Any party having an objection to the sale shall submit its objection accompanied by supporting documents before the session scheduled for sale within the time-limits provided for in Article (301) of the Code of Civil Procedure. The party whose bid is accepted shall provide the whole price and expenses within the ten days following the sale session. Any person not forbidden to bid may raise the price within the ten days following the auction's fees. However, such raise shall not be less than tenth the price. Such bidding party shall submit the whole offered price and the expenses in the court's treasury. Below is the description of the real property:

Residential apartment, Area: Al Hebiah First, Plot Number: 11, Municipality Number: 674-299, Area: 101.36 square meters, Building Number: 39, Building Name: Dickens Circus 1, Unit Number: 302, Total Value: AED 714,592.75 to be sold to the highest bid.

Notes:
1. The amount shall be paid immediately.

To peruse the details of the Action and the statements and memorandums and submit defence and requests, it is required to use the e-services of Dubai Courts. For subscription, kindly press the link.

Prepared by: **Asmaa Mosbeh Al Shebli**

---



**UNITED ARAB EMIRATES**

THE GULF TIME
DATE: 06-10-2021

**UNITED ARAB EMIRATES**
**MINISTRY OF JUSTICE**

**Publication Notification of Defendant**
**To Case Management Office in Federal Ajman civil Court of First Instance**
**On Case No. AJCFICIREA2021 / 0003345 / Civil (Partial)**

To Defendant: **Olosegon Taio Adebisi**

Unknown residence — Industrial Ajman — Postal Code: 4822109417

You shall attend in the session held on 14 / 10 / 2021 before the case management office in Federal Ajman Civil Court of First Instance —Office No. (case manager office no. 8) personally or by an approved attorney and present a plea of reply to the case attached with all documents within the term of no more than ten days upon the publication date to consider the abovementioned case as Defendant.

**Note:** Notification of Publication in Arabic and English

Judicial Service Office
**Kholud Salem Al Sweedi**
Handwritten Signature
// Seal of United Arab Emirates — Ministry of Justice //

---

**DUBAI COURTS**

THE GULF TIME
DATE: 06-10-2021

Notification Date: 01/09/2021
Mission No: 2021/194766
Notification No: 2021/25522

**GOVERNMENT OF DUBAI**
**DUBAI COURTS**
**COURT OF APPEAL**

**Notification by Publication (Appeal)**

At Appeal # 2363/2021/305 — Commercial Appeal
Considered in Third Commercial Appeals Department # 87
Appeal Subject: Appeal the judgment issued in case # 656/2020, Commercial Plenary, expenses, costs and attorney fees.
Appellant: Paymon Parviz Lashkarsan
Address: UAE, Dubai, Deira, Port Saeed District, Al Maktoum Street, Al Masoud Tower 2, 6th Floor, Office No. 601 Makani No: 3219494430
Represented By: Zayed Saeed Rashid Saeed Al Shehhi
To inform:
1- Ali Reza Morteza Onghaei (Onghaei Trading Manger) as defendant.
2- Reza Mahmoud Hedayati, as defendant.
3- Al Etisam General Trading Co (L.L.C) as defendant.
4- Mohsen Aliasghar Ebrahimi (Al Etisam General Trading Manager), as defendant.
5- Onghaei Trading L.L.C, as defendant.

Subject matter: The judgment issued in case No 2020/656, Commercial Plenary, has been appealed.
Session will be held on Monday, 01/11/2021, at 10:00 AM at remote courtroom. Therefore, you or your representative must attend otherwise your trail will be in absentia.

---



**DUBAI COURTS**

THE GULF TIME
DATE: 06-10-2021

Service Date: 21/9/2021
Mission No. 216117/2021
Service No. 155332/2021

**GOVERNMENT OF DUBAI**
**DUBAI COURTS**
**DUBAI COURT OF FIRST INSTANCE**

**Service by Publication**

In Appeal No. 1363/2021/100 — Muslim Personal Status
Heard Before: Fifth Family Personal Status Circuit no. 70
Case Subject: Fault Divorce for abandonment, proving the daughter's custody and comprehensive alimonies
Plaintiff: Sarah Saida Atiq Hamzawi
Address: Emirate of Dubai — Jumeirah — St. no. 16 — Jumeirah View Apartment — flat no. g12
Notified Party: 1- Hamid Al Khashani in his capacity as Defendant

Service Subject: Has filed the case against you and its subject is Fault Divorce for abandonment, proving the daughter's custody and comprehensive alimonies
The hearing dated Monday 11/10/2021 at 8:30 AM was determined in remote litigation hall in Personal Status Building, Qarhood Area, you are required to appear in person or via a legal representative and to submit memos or documents you have to the court at least three days prior to the hearing.

---

**DUBAI COURTS**                **DUBAI COURTS**                **DUBAI COURTS**

THE GULF TIME                   THE GULF TIME                   THE GULF TIME
DATE:06-10-2021                 DATE:06-10-2021                 DATE:06-10-2021

Notice Date: 4/10/2021
Notice No. 162553/2021

**GOVERNMENT OF**               **GOVERNMENT OF DUBAI**         **GOVERNMENT OF DUBAI**

Newspaper page containing multiple legal notices published in The Gulf Time, dated 06/10/2021.

---

**In the Partial Commercial Case No. 16/2021/3216**

Heard at: The Eleventh Partial Commercial Division No. (156)
Subject of Case: To order the Defendants to pay the sum of Dhs 271,080.00 along with the charges, expenses, lawyer's fees and a legal interest of 12% from the date of claim until the date of full payment, along with the expeditious execution of judgment without bail.
Claimant: Go Diamonds International DMCC
Address: Selected Domicile: Office No. 635, Block B, Business Village, Clock Tower, Deira, Dubai, UAE
Name of the Parties to be served:
1. Sudamin SA Co - Capacity: Defendant
2. Jon Cahin, in his personal capacity and in his capacity as a representative and manager of the First Defendant
Capacity: Defendant
Subject of Service: Kindly be advised that the court has ruled in the hearing dated 19/9/2021 in the presence of the Defendants to order the Defendants to jointly pay the Claimant the sum of Dhs 271,080.00 (two hundred seventy-one thousand and eighty dirhams) along with a legal interest of 5% per annum from 19/8/2021 until full payment in addition to the charges, expenses and one thousand dirhams as lawyer's fees.
This judgment is rendered in the presence of the Defendants and appealable within thirty (30) days from the day following its service.
This judgment is rendered in the name of H.H. Sheikh Mohammed Bin Rashid Al Maktoum, Ruler of Dubai, and read in public.

---

Notifying [...] Flowers Trading LLC
Legally Represented by the Lawyer / Nourah Mohamed Murad Abdul Hameed Al Maazmi
The Notified Party: Floral Tr. Co.-L.L.C
(unknown place of residence)
We hereby require and demand your immediate and prompt payment of the debt amounting to AED 137,514.30, (one hundred thirty-seven thousand, five hundred fourteen dirhams and thirty fils) in addition to the legal interest of 12% as of the claim date until the full amount is paid, within five days of your receipt of this notice for payment, pursuant to the Civil Procedure Law and the Cabinet Resolution No. 57 of 2018 on the Executive Regulations of the Civil Procedure Law. Otherwise, we shall have to take all legal actions against you and to apply for a payment order of the debt amount owed by you as well as compensation for the financial and moral damage plus a 12% legal interest as of the claim date until the full amount is paid. We shall also reserve the right to take all other legal actions in case you fail to pay the amount due with no need to serve another notice to you.
We reserve all other rights

Notary Public
Dubai Court
16 Sep, 2021

---

Notifying [...] Flowers Trading LLC
Legally Represented by the Lawyer / Nourah Mohamed Murad Abdul Hameed Al Maazmi
The Notified Party: Floral Tr. Co.-L.L.C
(unknown place of residence)
We hereby require and demand your immediate and prompt payment of the debt amounting to AED 62,119.00. (Sixty two thousand one hundred and nineteen dirhams) in addition to the legal interest of 12% as of the claim date until the full amount is paid, within five days of your receipt of this notice for payment, pursuant to the Civil Procedure Law and the Cabinet Resolution No. 57 of 2018 on the Executive Regulations of the Civil Procedure Law. Otherwise, we shall have to take all legal actions against you and to apply for a payment order of the debt amount owed by you as well as compensation for the financial and moral damage plus a 12% legal interest as of the claim date until the full amount is paid. We shall also reserve the right to take all other legal actions in case you fail to pay the amount due with no need to serve another notice to you.
We reserve all other rights

Notary Public
Dubai Court
16 Sep, 2021

---

**ANNOUNCEMENT OF HEALTH FACILITY LICENSE CANCELLATION**

AWAFI HEALTH CARE LLC registered with the Department of Health under health care Facility License No:MF3676 has applied for the cancellation of License and therefore the dealing with Insurance Companies shall be ceased. Anyone has the right to object against this Announcement, shall visit the Department of Health within one week from the publication of this announcement. Otherwise, the Department of Health is not responsible for any right or claim after expiration of such period as the required procedure will be completed.

AWAFI HEALTH CARE LLC

---



THE GULF TIME DATE:06-10-2021
Notification Date: 14-09-2021
Notification No. 163627 / 2021

**GOVERNMENT OF DUBAI**
**DUBAI COURTS**
**Dubai Courts of First Instance**

Duty No. 230376 / 2021
**Notification and Assignment for Publication**
**On Case No. 7132 / 2021 / 207 Commercial Execution**

Considered in: Fourth Execution Department No. 186
Subject of Case: Executing the judgment issued on the case no. 4914 / 2021 Payment Order for paying the executed amount of (AED 16469) inclusive of the fees and charges.
Claimant: Moon Light Auto REntal (L.L.C)
Address: UAE — Emirate of Dubai — Muroor — Dubai — Street 2 — Al Zaroni Building — Apartment 2-1
Informed Parties: 1- Abdulrahman Mohamed Yousef -
in his capacity as: Defendant
Subject of Notification: The abovementioned execution case was filed against you and you shall pay the executed amount of (AED 16469) to the execution applicant or the treasury of the court. Accordingly, the court will exercise the execution actions against you if not complying with the abovementioned resolution within 15 days upon the publication date of this notification.

---



THE GULF TIME DATE:06-10-2021
Notification No: 2021/160154
Notification Date: 29/09/2021

**GOVERNMENT OF DUBAI**
**DUBAI COURTS**
**Dubai Courts of First Instance**

Mission No: 2021/224377
**Notification by Publication & Payment Order**
**Execution No: 5072/2021/60 — Commercial Execution**

Presented to: Payments orders and commercial contracts enforcement No 203
Subject Matter of the Case: Request to issue order requiring defendant to pay an amount of AED 10000 (Only AED Ten Thousands) and legal interest of 12% from check due date, issue travel ban for the defendant, issue payment order to cover all country exits and requiring him to pay all expenses and attorney fees.
The plaintiff: Raj Kumar Shewakramani
Address: UAE, Dubai, Port Saeed District, Al Maktoum Street, Al Masoud Tower 2, Office No. 601, Makani No: 3219494430
The Notified Party: 1- Zayed Saeed Rashid Saeed Al Shehhi
Represented by: Vinu Krishnan Kutty Madhavan Krishnan Kutty
As: Defendant
Subject Matter of the Notification: To issue payment order, so Dubai Courts of First Instance decided on 10/08/2021 to obligate the defendant to pay an amount of AED 10000 (Only AED Ten Thousands) and legal interest of 5 % from the due date until full payment and AED 1000 for all expenses and attorney fees and rejected other demands.
You have the right to appeal the decision within 15 days from the following date to the notice publication.

---



THE GULF TIME DATE:06-10-2021

**UNITED ARAB EMIRATES**
**MINISTRY OF JUSTICE**

**Publication Notification of Defendant**
**To Case Management Office**
**In Federal Ajman Civil Court of First Instance**
**On Case No. AJCFICIREA2021 / 0003345 / Civil (Partial)**

To Defendant: Abdo Rahman Asoma
Unknown residence — municipal Ajman — Postal Code: 4822109417
You shall attend in the session held on 14 / 10 / 2021 before the case management office in Federal Ajman Civil Court of First Instance — Office No. (case manager office no. 8) personally or by an approved attorney and present a plea of reply to the case attached with all documents within the term of no more than ten days upon the publication date to consider the abovementioned case as Defendant.
Note: Notification of Publication in Arabic and English

Judicial Service Office
Kholud Salem Al Sweedi
Handwritten Signature
// Seal of United Arab Emirates —
Ministry of Justice // Executed on: 26 / 09 / 2021 H
Executed by Employee: ..................

---



THE GULF TIME DATE: 06-10-2021
Summons (announcement) date: 04.10.2021
Summons (announcement) ref. No.: 163299/2021
Action No.: 229781/2021

**GOVERNMENT OF DUBAI**
**DUBAI COURTS**
**DUBAI COURTS OF FIRST INSTANCE**

**Summons & Payment Order By Publishing**

Execution No. 211/2021/864 Real Estate Execution
Heard At: Eighth Execution Circuit No. 229
Execution Subject: Executing the judgment ruled in case No. 716/2021 Summary Real Estate by paying the adjudicated amount of AED 469727 including fees and expenses.
Execution Applicant: Amlak Finance (PJSC)
Address: Dubai Emirate, Al Brashaa, Emaar Business Park, Sheikh Zayed Road, Nearby Enjaz, Makani No. 1515576767, Tel No. 044274500.
Summoned Party: Afzal Ahmad Ishfaq Ahmad —
Capacity: Execution Respondent

Summons Subject: The plaintiff filed the aforementioned execution case versus you, obligating you to:
First: Pay the adjudicated amount of AED 469727 and hand it over to the execution applicant or to the treasury of the court.
Second: Terminate the lease —to—own agreement with its addendums, subject of the case, obligating the respondent to hand over the unit No. 1912, Business Bay Tower, B2B Building, free from occupancies, returning its possession to the plaintiff, removing the real estate restriction mark on the title deed and requesting the Land Department to do the same and issuing a title deed (ownership certificate) in the name of the plaintiff.

Accordingly, the Court shall proceed the executive procedures versus you in case you fail to implement the above mentioned award within (15) days from date of publishing this summons.

---

THE GULF TIME — DATE: 06/10/2021

**UNITED STATES DISTRICT COURT**
**for the**
**Central District of California**

Civil Action No., 5:20-CV-02618-JWH (KKx)
MOSES HEREDIA, Plaintiff(s)
v.
MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN
Defendant(s)

SUMMONS IN A CIVIL ACTION
To: (Defendant's name and address) Daniel Kinahan
PO Box 454833,
Al Barsha Post Office,
Dubai, UAE

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Rajan O. Dhungana
Federal Practice Group
14481 Aspen Street
Hesperia, CA 92344
rdhungana@fedpractice.com
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.
Date: 8/5/2021

CLERK OF COURT

---

THE GULF TIME — DATE: 06/10/2021

**UNITED STATES DISTRICT COURT**
**for the**
**Central District of California**

Civil Action No., 5:20-CV-02618-JWH (KKx)
MOSES HEREDIA, Plaintiff(s)
v.
MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN
Defendant(s)

SUMMONS IN A CIVIL ACTION
To: (Defendant's name and address) MTK Global Sports Management, LLC
Unit No: 3005-B
Jumeirah Bay Tower X3
Plot No: JLT-PH2-X3A
Jumeirah Lakes Towers
Dubai, UAE

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Rajan O. Dhungana
Federal Practice Group
14481 Aspen Street
Hesperia, CA 92344
rdhungana@fedpractice.com
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.
Date: 8/5/2021

CLERK OF COURT

---

United Arab Emirates
Ministry of Justice

THE GULF TIME DATE:06-10-2021

**UNITED ARAB EMIRATES**
**MINISTRY OF JUSTICE**

**Defendant Notification by Publication**
**Before Case Management Office**
**Ajman Federal Civil Court of First Instance**
Case No. AJCFICIPOR2021/0003070, Commercial Partial

To the First Defendant: M/s: AL MUHIRI OILED TRADING (Sole Establishment)
With Unknown Address: Ajman, Industrial No. 1, Property (Apt. No. 21, PO Box 9185
Second Defendant: Ms. Hamad Al Muhairi Used Lube Oil Collection. (Sole Establishment)
With unknown address: Sharjah, Al Sajaa Industrial, Aldahid St, Howlat owned by Mohamed Alshamsi sons, PO Box: 45784
Third Defendant: Ms: AL Hadaf Lube Oil and Lubricant Manufacturers (Sole Establishment)
With unknown address: Sharjah, Al Sajaa Industrial, Aldahid St, Howlat owned by Mohamed Alshamsi sons, PO Box: 45784
Fourth defendant: Mr. Hamad Khalfan Abdulrahman Al Muhairi
With unknown address: Ajman Industrial area 1, Property No 21 (Apt), PO Box: 9185
Fifth defendant: Mr. Abdulmajeed Saleem Abdulmajeed
With unknown address: Ajman Industrial area 1, Property No 21 (Apt), PO Box: 9185
Sixth defendant: Mr. Abdulmajeed Saleem Abdulmajeed
With unknown address: Ajman industrial area 1, Property No 21 (Apt), PO Box: 9185
you or your representative are requested to appear before the Case Management Office, Ajman Civil Court of First Instance, office No. (Case Manager Office No. 5) on 17/10/2021 to submit the your rejoinder to the case along with all of the documents attached thereto within a period not more than ten days from the date of publication to consider the aforementioned case, in your capacity as a defendant.

Legal services office
Maryam Jumaa

---



THE GULF TIME DATE: 06-10-2021
Notification No. 2021/163918
Date : 5/10/2021

**GOVERNMENT OF DUBAI**
**Dubai Courts**

**207/2021/6573 (commercial execution)**

Notification and assignment for payment in newspaper
Notification details:
To defendant: 1- Oamr Ismail Hassan Khawaja
Address: anonymous

As the plaintiff/ Arjo Middle East FZ (LLC) has filed against you the executive claim stated in above to oblige you to pay the sum of (AED 631822.50) to the plaintiff or the court's treasury, so the court shall commence the execution procedures against you in case you failed to comply with the decision stated in above in 15 days from the date of publishing this notification.

---



United Arab Emirates
Ministry of Justice

THE GULF TIME DATE: 06-10-2021

**UNITED ARAB EMIRATES**
**Ministry of Justice**

**Summoning the Defendant by publication**
**Before Case Management Office of Ajman Federal Court –**
**Federal Civil Court of First Instance, in case no.**
**AJCFICIREA2021/0003347 / Civil (partial)**

To the Defendant: Mohammed Ismail Hossain Faruk Mohammed Rofik
Residence Unknown: UAE – Emirate of Ajman – Rumailah 1, Sheikh Rashid Bin Humaid Al Nuaimi St., – St. no. 63, intersection of ST. no. 52 – Big. B38 – Place no. 9 – Makani no. 4300710623

You are requested to appear before the Case Management Office of Ajman Federal Court – Federal Civil Court of First Instance in the session held on 17/10/2021 – Office no. (Case Manager Office no. 5), in person or by a recognized attorney, and to submit a rejoinder to the case accompanied with all documents within a period not exceeding ten days from the date of summons, in order to examine the case mentioned above – in your capacity as the Defendant.

Judicial Services Office
Mariam Juma Al-Kaabi

//seal – Ministry of Justice – United Arab Emirates//

Issued on: 05/10/2021

---



United Arab Emirates
Ministry of Justice

THE GULF TIME DATE: 06-10-2021
Issuance date: 04-10-2021

**UNITED ARAB EMIRATES**
**Ministry of Justice**

**Notifying the defendant by publication**
**Federal Court of Sharjah – Civil Execution Court – Asad Ali Abdul Majeed**
**Notice for payment in the case No.**
**SHCEXCIPOR2020/0001034 – Commercial, Partial**

To the defendant: Asad Ali Abdul Majeed
Address: Sharjah
Whereas the attached judgment's copy has been issued against you in the favor of the Claimant/
Dubai Islamic Bank in the case mentioned hereinabove.

And whereas the mentioned claimant has submitted a request to execute the said judgment and paid the fees for it and whereas the judgment has obliged you for the following:
The total amount including all fees and expenses is 326290 AED
Therefore, you are obliged to pay what's mentioned in the execution will hereinabove within 15 days from the date of notifying you with this notice.
And in case of your failure to do so, the court shall take all of the compulsory execution procedures according to law.

The judge/ Wael Ahmed Abdulla
Federal court of Sharjah
Civil Execution court

---



Courts Department

THE GULF TIME DATE: 06-10-2021

**GOVERNMENT OF RAS AL KHAIMAH**
Courts Department

**Notice of Payment by publication**
**File no: 310/2021 – Civil Execution**

At the request of the Prevailing party:
Rashid Ahmed Hafez Qari Mohammed Farid, Nationality: Pakistan

To the losing party: Siraj Husen Gelete
Nationality: Ethiopian

Kindly be informed that RAK Court passed a judgment against you on 20/09/2020 in case no 15816/2020, binding you to pay AED 9659.00 including fees and expenses, and since the above prevailing party has submitted a request to execute the said judgment registered under the above mentioned number, you are required to execute the said judgment within 15 days as from the next day of notification, in case of default, the court will take the appropriate legal procedures against you to execute the judgment in addition to consequent fees.

Execution Section
Noora Abdulrahman Abdbullah