1  Rajan O. Dhungana (SBN: 297794)
   rdhungana@fedpractice.com
2  Eric S. Montalvo (*Pro Hac Vice*)
   emontalvo@fedpractice.com
3  FEDERAL PRACTICE GROUP
4  14481 Aspen Street
   Hesperia, CA 92344
5  Telephone: (310) 795-6905
6  *Attorneys for Plaintiff*
7  Moses Heredia

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11                    **EASTERN DIVISION**

12  MOSES HEREDIA,                          Case No. 5:20-cv-02618-JWH-KKx

13              Plaintiff,                   **PLAINTIFF MOSES HEREDIA'S**
                                             **APPLICATION FOR ENTRY OF**
14         v.                                **DEFAULT AGAINST DEFENDANT**
                                             **MTK GLOBAL SPORTS**
15                                           **MANAGEMENT, LLC**
    MTK GLOBAL SPORTS
16  MANAGEMENT, LLC; MTK
    GLOBAL USA, LLC; GOLDEN                  Courtroom:    2
17  BOY PROMOTIONS, INC.; PAUL              Judge:        Hon. John W. Holcomb
    D. GIBSON; and DANIEL
18  KINAHAN,
19
20  Defendants.
21
22
23
24
25
26
27
28
                                             PLAINTIFF MOSES HEREDIA'S APPLICATION FOR
                                             ENTRY OF DEFAULT AGAINST DEFENDANT MTK
                                             GLOBAL SPORTS MANAGEMENT, LLC

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Moses Heredia respectfully requests that the Clerk enter a default against Defendant MTK Global Sports Management, LLC on the ground that Defendant MTK Global Sports Management, LLC has failed to appear or otherwise respond to the Second Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure. Affidavit of Rajan O. Dhungana, ¶¶ 1-9.

Plaintiff Moses Heredia filed his Second Amended Complaint against, *inter alia*, Defendant MTK Global Sports Management, LLC on July 28, 2021. (ECF No. 43), Id. ¶2. The summons was issued on August 5, 2021. (ECF No. 45), Id. ¶3. Defendant MTK Global Sports Management, LLC was served with the Summons and Second Amended Complaint on October 6, 2021. Id. ¶4.  Proof of service on Defendant MTK Global Sports Management, LLC was filed with the Court on January 12, 2022. (ECF No. 62), Id. ¶4.

Defendant MTK Global Sports Management, LLC did not answer or otherwise defend the Second Amended Complaint within the 21-day timeframe set forth in Fed. R. Civ. P. 12(a). Id. ¶5.

Neither Plaintiff nor the Court has granted Defendant MTK Global Sports Management, LLC any extension of time to answer or otherwise defend the Second Amended Complaint. Id. ¶6.  Because it is a foreign corporate entity, Plaintiff does not believe that the Servicemembers Civil Relief Act (50 U.S.C. App. § 521) is applicable to Defendant MTK Global Sports Management, LLC. Id. ¶8.

1

1 | Dated: February 1, 2022.        Respectfully submitted,

2

3                                               /s/ *Rajan O. Dhungana*
                                                Rajan O. Dhungana (SBN: 297794)
4                                               FEDERAL PRACTICE GROUP
                                                14481 Aspen Street
5                                               Hesperia, CA 92344
                                                Telephone: (310) 795-6905
6                                               rdhungana@fedpractice.com

7

8                                               /s/ *Eric S. Montalvo*
                                                Eric S. Montalvo (*Pro Hac Vice*)
9                                               FEDERAL PRACTICE GROUP
                                                1750 K Street, N.W., Suite 900
10                                              Washington, D.C. 20006
                                                Telephone: (202) 862-4360
11                                              Fax: (888) 899-6053
                                                emontalvo@fedpractice.com
12

13

14                                              *Attorneys for Plaintiff*

15                                              Moses Heredia

16

17

18

19

20

21

22

23

24

25

26

27

28

2

**DECLARATION AND CERTIFICATE OF SERVICE**

I hereby declare and certify that on February 1, 2022, I filed the foregoing Plaintiff Moses Heredia's Application for Default Against Defendant MTK Global Sports Management, LLC with the Clerk of the Court and sent a copy of such filing via the CM/ECF system.

Furthermore, I sent a copy via email to the following:
MANCINI SHENK LLP
Michael V. Mancini (S.B. #263799)
mmancini@mancinishenk.com
Peter J. Most (S.B. #143963)
pmost@mancinishenk.com
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (424) 652-4000
Facsimile: (424) 652-4004
*Attorneys for Defendant*
MTK GLOBAL USA, LLC

Joshua Michael Geller
Greenberg Glusker Fields Claman and Machtinger LLP
2049 Century Park East 26th Floor
Los Angeles, CA 90067
310-553-3610
Fax: 310-553-0687
Email: jgeller@ggfirm.com
*Attorney for Defendant*
Golden Boy Promotions, Inc.

Ricardo P Cestero
Greenberg Glusker Fields Claman and Machtinger LLP
2049 Century Park East 26th Floor
Los Angeles, CA 90067
310-553-3610
Fax: 310-201-2309
Email: rcestero@ggfirm.com
*Attorney for Defendant*
Golden Boy Promotions, Inc.

3

Furthermore, in conformance with Local Rules 5-3.1.2 and 5-3.2.1, I declare that I served Defendant MTK Global Sports Management, LLC as follows:

(a) <u>The day and manner of service</u>: Service occurred on January 31, 2022 by first-class U.S. Mail, postage prepaid to its last-known address pursuant to Fed. R. Civ. P. 5(b)(2)(C).  The last-known address is: MTK Global Sports Management, LLC, PO Box 454833, Al Barsha Post Office, Dubai, United Arab Emirates.

(b) <u>Each person and/or entity served</u>: Defendant MTK Global Sports Management, LLC and its corporate representative, Paul D. Gibson, both were served.

(c) <u>The title of each document served</u>: "Plaintiff Moses Heredia's Application for Default Against Defendant MTK Global Sports Management, LLC."

(d) <u>The method of service employed</u>: first-class U.S. Mail, postage prepaid.

Furthermore, in conformance with Local Rules 5-3.1.2 and 5-3.2.1, I declare that I served Defendant Daniel Kinahan as follows:

(a) <u>The day and manner of service</u>: Service occurred on January 31, 2022 by first-class U.S. Mail, postage prepaid, to his last-known address pursuant to Fed. R. Civ. P. 5(b)(2)(C).  The last-known address is: Daniel Kinahan, PO Box 454833, Al Barsha Post Office, Dubai, United Arab Emirates.

(b) <u>Each person and/or entity served</u>: Defendant Daniel Kinahan was served.

(c) <u>The title of each document served</u>: Plaintiff Moses Heredia's Application for Default Against Defendant MTK Global Sports Management, LLC."

(d) <u>The method of service employed</u>: first-class U.S. Mail, postage prepaid.

I further certify that I emailed courtesy copies of the foregoing to the email address listed as the contact email for the Government of Dubai DMCC "Company Contact Details:" r.reynolds@MTKGlobal.com.

//

//

//

//

4

1   Dated: February 1, 2022

2                                    Respectfully submitted,

3

4                                    /s/ *Rajan O. Dhungana*

5                                    Rajan O. Dhungana
                                     FEDERAL PRACTICE GROUP
6                                    14481 Aspen St, Hesperia, CA 92344
                                     rdhungana@fedpractice.com
7                                    *Attorney for Plaintiff*
                                     Moses Heredia
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        5