Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>    Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>    Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>**DECLARATION OF RAJAN O. DHUNGANA IN SUPPORT OF PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MTK GLOBAL SPORTS MANAGEMENT, LLC**<br><br>Courtroom:  2<br>Judge:  Hon. John W. Holcomb |

# AFFIDAVIT OF RAJAN O. DHUNGANA

I, Rajan O. Dhungana, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this court. I am a partner in the law firm The Federal Practice Group.  I make this declaration of my own personal knowledge and could and would so testify if called.

2. Plaintiff Moses Heredia filed his Second Amended Complaint on July 28, 2021. (ECF No. 43), which named Defendant MTK Global Sports Management, LLC.

3. The Court issued a summons to Defendant MTK Global Sports Management, LLC on August 5, 2021. (ECF No. 45)

4. Defendant MTK Global Sports Management, LLC was served with the Summons and Second Amended Complaint on October 6, 2021.  Proof of service on Defendant MTK Global Sports Management, LLC was filed with the Court on January 12, 2022. (ECF No. 62).

5. Defendant MTK Global Sports Management, LLC did not waive service under Fed R. Civ. P. 4(d).  Therefore, pursuant to Fed. R. Civ. P. 12(a), Defendant MTK Global Sports Management, LLC was required to have filed its answer to, or otherwise have defended, the Second Amended Complaint within 21 days of being served with the summons and Second Amended Complaint.  Defendant MTK Global Sports Management, LLC has not answered or otherwise defended the

1  Second Amended Complaint, and more than 21 days have passed since the date of
2  service.
3  6. Neither Plaintiff nor the Court has granted Defendant MTK Global Sports
4  
5  Management, LLC an extension of time to respond to the Second Amended
6  Complaint.
7  7. Pursuant to Fed. R. Civ. P. 55(a), when party against whom a judgment for
8  
9  affirmative relief is sought has failed to plead or otherwise defend, and that failure is
10 shown by affidavit or otherwise, the clerk must enter the party's default.
11 
12 8. Because it is a foreign corporate entity, I do not believe that the Servicemembers
13 Civil Relief Act (50 U.S.C. App. § 521) is applicable to Defendant MTK Global
14 
15 Sports Management, LLC.
16 9. Plaintiff Moses Heredia has satisfied all conditions for entry of default against
17 Defendant MTK Global Sports Management, LLC in this case.
18      I declare under penalty of perjury under the laws of the United States of
19 
20 America that the foregoing is true and correct, and that this Declaration was
21 executed this 1st day of February 2022, at Anaheim, California.
22 
23 
24 
25 DATE: February 2, 2022                                    _____
26                                                            Rajan O. Dhungana
27 
28                                        2