Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>**PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DANIEL KINAHAN**<br><br>Courtroom:  2<br>Judge:  Hon. John W. Holcomb |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Moses Heredia respectfully requests that the Clerk enter a default against Defendant Daniel Kinahan on the ground that Defendant Daniel Kinahan has failed to appear or otherwise respond to the Second Amended Complaint within the time prescribed by the Federal Rules of Civil Procedure. <u>Affidavit of Rajan O. Dhungana</u>, ¶¶ 1-9.

Plaintiff Moses Heredia filed his Second Amended Complaint against, *inter alia*, Defendant Daniel Kinahan on July 28, 2021. (ECF No. 43), <u>Id</u>. ¶2. The summons was issued on August 5, 2021. (ECF No. 45), <u>Id</u>. ¶3. Defendant Daniel Kinahan was served with the Summons and Second Amended Complaint on October 6, 2021. <u>Id</u>. ¶4. Proof of service on Defendant Daniel Kinahan was filed with the Court on January 12, 2022. (ECF No. 62), <u>Id</u>. ¶4.

Defendant Daniel Kinahan did not answer or otherwise defend the Second Amended Complaint within the 21-day time frame set forth in Fed. R. Civ. P. 12(a). <u>Id</u>. ¶5.

Neither Plaintiff nor the Court has granted Defendant Daniel Kinahan any extension of time to answer or otherwise defend the Second Amended Complaint. <u>Id</u>. ¶6. Plaintiff does not believe that Defendant Daniel Kinahan is an infant or incompetent person or in the military or otherwise covered by the Servicemembers Civil Relief Act (50 U.S.C. App. § 521). <u>Id</u>. ¶8.

Dated: February 1, 2022        Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
rdhungana@fedpractice.com

/s/ *Eric S. Montalvo*
Eric S. Montalvo (*Pro Hac Vice*)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
emontalvo@fedpractice.com

*Attorneys for Plaintiff*

Moses Heredia

# DECLARATION AND CERTIFICATE OF SERVICE

I hereby declare and certify that on February 1, 2022, I filed the foregoing Plaintiff Moses Heredia's Application for Default Against Defendant Daniel Kinahan with the Clerk of the Court and sent a copy of such filing via the CM/ECF system.

Furthermore, I sent a copy via email to the following:
MANCINI SHENK LLP
Michael V. Mancini (S.B. #263799)
mmancini@mancinishenk.com
Peter J. Most (S.B. #143963)
pmost@mancinishenk.com
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (424) 652-4000
Facsimile: (424) 652-4004
*Attorneys for Defendant*
MTK GLOBAL USA, LLC

Joshua Michael Geller
Greenberg Glusker Fields Claman and Machtinger LLP
2049 Century Park East 26th Floor
Los Angeles, CA 90067
310-553-3610
Fax: 310-553-0687
Email: jgeller@ggfirm.com
*Attorney for Defendant*
Golden Boy Promotions, Inc.

Ricardo P Cestero
Greenberg Glusker Fields Claman and Machtinger LLP
2049 Century Park East 26th Floor
Los Angeles, CA 90067
310-553-3610
Fax: 310-201-2309
Email: rcestero@ggfirm.com
*Attorney for Defendant*
Golden Boy Promotions, Inc.

Furthermore, in conformance with Local Rules 5-3.1.2 and 5-3.2.1, I declare that I served Defendant Daniel Kinahan as follows:

(a) <u>The day and manner of service</u>: Service occurred on January 31, 2022 by first-class U.S. Mail, postage prepaid, to his last-known address pursuant to Fed. R. Civ. P. 5(b)(2)(C).  The last-known address is: Daniel Kinahan, PO Box 454833, Al Barsha Post Office, Dubai, United Arab Emirates.

(b) <u>Each person and/or entity served</u>: Defendant Daniel Kinahan was served.

(c) <u>The title of each document served</u>: "Plaintiff Moses Heredia's Application for Default Against Defendant Daniel Kinahan."

(d) <u>The method of service employed</u>: first-class U.S. Mail, postage prepaid.

Furthermore, in conformance with Local Rules 5-3.1.2 and 5-3.2.1, I declare that I served Defendant MTK Global Sports Management, LLC as follows:

(a) <u>The day and manner of service</u>: Service occurred on January 31, 2022 by first-class U.S. Mail, postage prepaid to its last-known address pursuant to Fed. R. Civ. P. 5(b)(2)(C).  The last-known address is: MTK Global Sports Management, LLC, PO Box 454833, Al Barsha Post Office, Dubai, United Arab Emirates.

(b) <u>Each person and/or entity served</u>: Defendant MTK Global Sports Management, LLC and its corporate representative, Paul D. Gibson, both were served.

(c) <u>The title of each document served</u>: "Plaintiff Moses Heredia's Application for Default Against Defendant Daniel Kinahan."

(d) <u>The method of service employed</u>: first-class U.S. Mail, postage prepaid.

I further certify that I emailed courtesy copies of the foregoing to the email address listed as the contact email for the Government of Dubai DMCC "Company Contact Details:" r.reynolds@MTKGlobal.com.

Dated: February 1, 2022.

Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana
FEDERAL PRACTICE GROUP
14481 Aspen St, Hesperia, CA 92344
rdhungana@fedpractice.com
*Attorney for Plaintiff*
Moses Heredia