Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>　　　　Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>**DECLARATION OF RAJAN O. DHUNGANA IN SUPPORT OF PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DANIEL KINAHAN**<br><br>Courtroom:　2<br>Judge:　　　Hon. John W. Holcomb |

# AFFIDAVIT OF RAJAN O. DHUNGANA

I, Rajan O. Dhungana, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this court. I am a partner in the law firm The Federal Practice Group. I make this declaration of my own personal knowledge and could and would so testify if called.

2. Plaintiff Moses Heredia filed his Second Amended Complaint on July 28, 2021. (ECF No. 43), which named Defendant MTK Global Sports Management, LLC.

3. The Court issued a summons to Defendant Daniel Kinahan on August 5, 2021. (ECF No. 45)

4. Defendant Daniel Kinahan was served with the Summons and Second Amended Complaint on October 6, 2021. Proof of service on Defendant Daniel Kinahan was filed with the Court on January 12, 2022. (ECF No. 62).

5. Defendant Daniel Kinahan did not waive service under Fed R. Civ. P. 4(d). Therefore, pursuant to Fed. R. Civ. P. 12(a), Defendant Daniel Kinahan was required to have filed its answer to, or otherwise have defended, the Second Amended Complaint within 21 days of being served with the summons and Second Amended Complaint. Defendant Daniel Kinahan has not answered or otherwise defended the Second Amended Complaint, and more than 21 days have passed since the date of service.

6. Neither Plaintiff nor the Court has granted Defendant Daniel Kinahan an extension of time to respond to the Second Amended Complaint.

7. Pursuant to Fed. R. Civ. P. 55(a), when party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

8. I do not believe that Defendant Daniel Kinahan is an infant or incompetent person or in the military or otherwise covered by the Servicemembers Civil Relief Act (50 U.S.C. App. § 521).

9. Plaintiff Moses Heredia has satisfied all conditions for entry of default against Defendant Daniel Kinahan in this case.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this Declaration was executed this 1st day of February 2022, at Anaheim, California.

DATE: February 1, 2022.

Rajan O. Dhungana