# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:20−cv−02618−JWH−KK<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   3/4/2022

Document Number(s):   67

Title of Document(s):   MOTION to Dismiss Defendant Golden Boy Promotions, Inc. FROM CERTAIN COUNTS IN THE COMPLAINT

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Other:

Incorrect hearing selected

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: March 7, 2022          By:  /s/ *Yvette Louis  yvette_louis@cacd.uscourts.gov*
                                     Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS