# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:20−cv−02618−JWH−KK<br><br>**RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| 3/4/2022 | 67 | PLAINTIFF HEREDIAS MOTION TO DISMISS DEFENDANT GOLDEN BOY PROMOTIONS, INC. FROM CERTAIN COUNTS IN THE COMPLAINT |

**IT IS HEREBY ORDERED:**

The motion is ACCEPTED as filed. Counsel selected the incorrect hearing date when e−filing the motion; however, the pleading [ECF No. 67] reflects the correct hearing date of April 1, 2022, at 9:00 a.m. Counsel is DIRECTED to re−notice the motion referencing the correct hearing date.

Clerk, U.S. District Court

Dated: March 7, 2022

By: /s/ *Irene Vazquez*
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112B (01/07) **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

Case 5:20-cv-02618-JWH-KK Document 69 Filed 03/07/22 Page 2 of 2 Page ID #:528

G–112B (01/07) **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**