Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>**RE-NOTICE OF MOTION AND MOTION TO DISMISS DEFENDANT GOLDEN BOY PROMOTIONS, INC. FROM CERTAIN COUNTS IN THE COMPLAINT**<br><br>Date:       April 1, 2022, 9:00am<br>Courtroom: 2<br>Judge:      Hon. John W. Holcomb |

## RE-NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES, AND THEIR COUNSELS OF RECORD:

NOTICE IS HEREBY GIVEN THAT on April 1, 2022, at 9:00 a.m., before the Honorable John W. Holcomb, in Courtroom 2 of the United States Courthouse for the Central District of California, Eastern Division, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Riverside, CA 92501, Plaintiff Moses Heredia will and hereby does move the Court to dismiss Defendant Golden Boy Promotions, Inc. from Count 9 of the complaint and to dismiss the entirety of Count 10 of the complaint.

This motion is made following the conference of counsel pursuant to Local Rule (L.R.) 7-3. Pursuant to Local Rule 7-3, on January 7, 2022 (more than seven days prior to the filing of the motion) counsel for Plaintiff, Eric Montalvo, discussed filing this motion with counsel for Defendant Golden Boy Promotions, Inc., Ricardo Cestero, who consented to this motion.

On January 20, 2022, (more than seven days prior to the filing of the motion) counsel for Plaintiff, Eric Montalvo, discussed filing this motion with counsel for Defendant MTK Global USA, LLC, Michael V. Mancini, who consented to the filing of this motion.

No counsel has entered an appearance for Defendant MTK Global Sports Management, LLC, Daniel Kinahan, or Paul Gibson and consequently no conference of counsel among those defendants is possible.

This Motion is based on this Re-Notice of Motion and Motion; the prior Notice and Motion filed on March 4, 2022 (Docket Entry 67), the accompanying Memorandum of Points and Authorities filed on March 4, 2022 (Docket Entry 67); and such further argument and matters as may be offered at the time of the hearing of this motion.

This Re-Notice of Motion and Motion are being filed pursuant to this Court's March 7, 2022 Order (Docket Entry 69). In accordance with that order, Plaintiffs hereby file a Re-Notice of the Motion with the corrected hearing date of April 1, 2022, at 9:00am.

Dated: March 8, 2022                    Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
rdhungana@fedpractice.com

/s/ *Eric S. Montalvo*
Eric S. Montalvo (*Pro Hac Vice*)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
emontalvo@fedpractice.com

*Attorneys for Plaintiff*
Moses Heredia

2

Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (Pro Hac Vice)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>**PLAINTIFF HEREDIA'S MOTION TO DISMISS DEFENDANT GOLDEN BOY PROMOTIONS, INC. FROM CERTAIN COUNTS IN THE COMPLAINT**<br><br>Date:       April 1, 2022, 9am<br>Courtroom: 2<br>Judge:      Hon. John W. Holcomb |

- 1 -
Notice of Motion and Partial Consent Motion to Dismiss

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN THAT on April 1, 2022, at 9:00 a.m., before the Honorable John W. Holcomb, in Courtroom 2 of the United States Courthouse for the Central District of California, Eastern Division, George E. Brown, Jr. Federal Building and United States Courthouse, 3470 12th St., Riverside, CA 92501, Plaintiff Moses Heredia will and hereby does move the Court to dismiss Defendant Golden Boy Promotions, Inc. from Count 9 of the complaint and to dismiss the entirety of Count 10 of the complaint.

This motion is made following the conference of counsel pursuant to Local Rule (L.R.) 7-3. Pursuant to Local Rule 7-3, on January 7, 2022 (more than seven days prior to the filing of the motion) counsel for Plaintiff, Eric Montalvo, discussed filing this motion with counsel for Defendant Golden Boy Promotions, Inc., Ricardo Cestero, who consented to this motion.

On January 20, 2022, (more than seven days prior to the filing of the motion) counsel for Plaintiff, Eric Montalvo, discussed filing this motion with counsel for Defendant MTK Global USA, LLC, Michael V. Mancini, who consented to the filing of this motion.

No counsel has entered an appearance for Defendant MTK Global Sports Management, LLC, Daniel Kinahan, or Paul Gibson and consequently no conference of counsel among those defendants is possible.

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities; and such further argument and matters as may be offered at the time of the hearing of this motion.

Dated: March 4, 2022             Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
rdhungana@fedpractice.com

/s/ *Eric S. Montalvo*
Eric S. Montalvo (*Pro Hac Vice*)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
emontalvo@fedpractice.com

*Attorneys for Plaintiff*

Moses Heredia

Rajan O. Dhungana (SBN: 297794)
   rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
   emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>**PLAINTIFF HEREDIA'S MOTION TO DISMISS DEFENDANT GOLDEN BOY PROMOTIONS, INC. FROM CERTAIN COUNTS IN THE COMPLAINT**<br><br>Date:        April 1, 2022, 9am<br>Courtroom: 2<br>Judge:      Hon. John W. Holcomb |

- 1 -
Notice of Motion and Partial Consent Motion to Dismiss

## STATEMENT OF THE MOTION

In this case, Plaintiff Moses Heredia sued Defendants Golden Boy Promotions, Inc., MTK Global Sports Management, LLC and MTK Global USA, LLC, Daniel Kinahan, and Paul D. Gibson. Plaintiff has reached a confidential settlement with Defendant Golden Boy Promotions, Inc. as to that defendant in Count 9 and also as to Count 10 of the complaint, which contains allegations only against Defendant Golden Boy Promotions, Inc.

Plaintiff, Defendant MTK Global USA, LLC, and Defendant Golden Boy Promotions, Inc. consent to the dismissal of Defendant Golden Boy Promotions, Inc. from Count 9 of the complaint, with prejudice, and the dismissal of the entirety of Count 10 of the complaint, with prejudice.

A proposed order is attached for the Court's consideration.

## CONCLUSION

For the foregoing reasons, Plaintiff Moses Heredia respectfully requests that this Court dismiss Defendant Golden Boy Promotions, Inc. from Count 9 of the complaint, with prejudice and dismiss Count 10 of the complaint in its entirety, with prejudice.

Dated: March 4, 2022                    Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
rdhungana@fedpractice.com

/s/ *Eric S. Montalvo*
Eric S. Montalvo (*Pro Hac Vice*)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900

Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
emontalvo@fedpractice.com

*Attorneys for Plaintiff*

Moses Heredia

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, I filed the foregoing Plaintiff Moses Heredia's Notice of Motion and Motion with the Clerk of the Court and sent a copy of such filing via the CM/ECF system.

Furthermore, I sent a copy via email to the following:

RICARDO P. CESTERO
RCestero@ggfirm.com
JOSHUA M. GELLER
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687
*Attorneys for Defendant*
GOLDEN BOY PROMOTIONS, INC.

MICHAEL V. MANCINI
mmancini@mancinishenk.com
MANCINI SHENK
1925 Century Park E Ste 1700
Los Angeles, CA 90067
Telephone: 424.652.4009
*Attorney for Defendant*
MTK GLOBAL USA, LLC

Dated: March 4, 2022                    Respectfully submitted,

                                        /s/ *Eric S. Montalvo*
                                        Eric S. Montalvo (Admitted *Pro Hac Vice*)
                                        FEDERAL PRACTICE GROUP
                                        1750 K Street, N.W., Suite 900
                                        Washington, D.C. 20006
                                        Telephone: (202) 862-4360
                                        emontalvo@fedpractice.com

                                        *Attorney for Plaintiff*
                                        Moses Heredia

- 4 -
Notice of Motion and Partial Consent Motion to Dismiss

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>Courtroom: 2<br>Judge: Hon. John W. Holcomb |

## ORDER

**UPON CONSIDERATION** of Plaintiff Moses Heredia's Motion to Dismiss Defendant Golden Boy Promotions, Inc. from Count 9 of the complaint and to dismiss Count 10 of the complaint, it is hereby **ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant Golden Boy Promotions, Inc. is dismissed, with prejudice, from Count 9 of the complaint; and it is further

**ORDERED** that Count 10 of the complaint is dismissed with prejudice.

Dated: _____

John W. Holcomb
UNITED STATES DISTRICT JUDGE