David S. Harris (Bar No. 255557)
 david@hawxhurstllp.com
DAVID S. HARRIS, P.C.
6520 Platt Avenue #683
West Hills, California 91307
Telephone: (747) 444-0780

Attorneys for Defendant
MTK Global Sports Management, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; AND DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH (KKx)<br><br>**DECLARATION OF QUENTIN RICHARD REYNOLDS IN SUPPORT OF DEFENDANT MTK GLOBAL SPORTS MANAGEMENT, LLC'S MOTION TO SET ASIDE DEFAULT**<br><br>[Notice of Motion and Motion, Memorandum of Points and Authorities, Declaration of Michael V. Mancini, Declaration of David S. Harris. and Proposed Order filed concurrently herewith] |

I, Quentin Richard Reynolds, declare as follows:

1. I am Head of Global Operations for defendant MTK Global Sports Management, LLC's ("MTK Global"). I submit this declaration in support of MTK Global's Motion to Set Aside Default. I have personal knowledge of the facts stated herein, and, if called upon to do so, could and would testify truthfully and competently with respect thereto.

2. MTK Global is a successful and well-respected boxing management and promotions company that is located in Dubai, United Araba Emirates ("UAE").

3. MTK Global USA, LLC ("MTK USA") is a separate and distinct company located in the United States that licenses the MTK name from MTK Global.

4. MTK Global did not know that plaintiff Moses Heredia was claiming to have served MTK Global with the summons in this case until after he filed his proof of service of summons on or about January 12, 2022.

5. After Mr. Heredia filed his proof of service of summons, MTK Global was informed that Mr. Heredia had agreed that he would *not* apply for entry of default until after he had further discussions with MTK USA's counsel regarding a potential global settlement. As such, I and (to my knowledge) everyone else at MTK Global were very surprised when Mr. Heredia applied for entry of default on February 1, 2022.

6. My understanding is that Mr. Heredia is claiming that he served MTK Global with the summons by publishing a notice of the summons in a UAE newspaper. However, MTK Global has a place of business, email, and postal address in the UAE, all of which could have been used to serve MTK Global. There was no need to resort to service by publication. Also, I did not personally see the notice of summons that was purportedly published in a UAE newspaper and, to my knowledge, no one else employed by MTK Global saw the notice either.

- 1 -
DECLARATION OF QUENTIN RICHARD REYNOLDS

7. My understanding is that Mr. Heredia is also claiming that he served MTK Global with the summons by having a courier deliver the documents to our registered office. However, MTK global never received such documents at its registered office. Based on our investigation, it appears that the documents were delivered to the MTK Global DMCC branch office, which (although it shares the MTK name) is not legally connected to MTK Global.

8. My understanding is that Mr. Heredia is also claiming that he served MTK Global with the summons by sending the documents to the email address r.reynolds@mtkglobal.com on October 2, 3, and 10, 2021. I have personally reviewed the emails sent to this address, including emails that were redirected to my spam folder, and have been unable to locate any emails transmitting the summons on October 2, 3, or 10, 2021 or, for that matter, on any other date.

9. MTK Global is confident that it has valid defenses against Mr. Heredia's causes of action.

10. MTK Global is not a front for a drug cartel and is not engaged in drug trafficking or money laundering; rather, MTK Global is a legitimate and well-respected company that specializes in boxer management, training, and event promotions.

11. MTK Global did not interfere with MR. Heredia's relationship with Joseph Diaz, Jr. MTK Global did not enter into the business advisory contract with MR. Diaz; that contract was entered into by MTK USA, which, again, is a separate entity from MTK Global.

///
///
///
///
///
///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

- 2 -
DECLARATION OF QUENTIN RICHARD REYNOLDS

Executed March __, 2022, at Dubai, United Arab Emirates.

                                                  */s/ Quentin Richard Reynolds*
                                                 Quentin Richard Reynolds
                                                 7/3/2022

DAVID S. HARRIS, P.C.
6520 PLATT AVENUE #683
WEST HILLS, CALIFORNIA 91307
(747) 444-0780

- 3 -
DECLARATION OF QUENTIN RICHARD REYNOLDS