1
2
3
4
5

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>      Plaintiff,<br><br>   v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; AND DANIEL KINAHAN,<br><br>      Defendants. | Case No. 5:20-cv-02618-JWH (KKx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MTK GLOBAL SPORTS MANAGEMENT, LLC'S MOTION TO SET ASIDE DEFAULT**<br><br>Date:  April 8, 2022<br>Time:  9:00 a.m.<br>Judge: Hon. John W. Holcomb |

THE COURT, having considered MTK Global Sports Management, LLC's ("MTK Global") Motion to Set Aside Default, and all papers filed in connection therewith, and finding the Motion supported by good cause within the meaning of Federal Rule of Civil Procedure 55(c), hereby ORDERS that the Motion is GRANTED.  The default that was entered against MTK Global on February 2, 2022 (Dkt. No. 65) is therefore set aside.

IT IS SO ORDERED.


DATED: _____


_____
Hon. John W. Holcomb
United States District Judge

[PROPOSED] ORDER GRANTING MTK GLOBAL'S MOTION TO SET ASIDE DEFAULT