JASON L. LIANG (SBN 251235)
Email: jliang@lianglyllp.com
WILL WANG (SBN 332814)
Email: will.wang@lianglyllp.com
LIANG LY LLP
601 South Figueroa Street
Suite 1950
Los Angeles, California 90017
Telephone:  (213) 262-8000
Facsimile:   (213) 335-7776

*Attorneys for Defendant Daniel Kinahan*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC., a California corporation; and MOSES HEREDIA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MTK GLOBAL USA, LLC, a Delaware limited liability company, *et al.*,<br><br>Defendants. | CASE NO. 5:20-cv-02618-JWH-KK<br><br>Hon. John W. Holcomb<br><br>**DECLARATION OF DANIEL KINAHAN IN SUPPORT OF MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Date:       April 22, 2022<br>Time:      9:00 a.m.<br>Ctr.:        2<br><br>Complaint Filed:  December 18, 2020 |

*(Left margin, vertical text:)* LIANG LY LLP  601 South Figueroa Street, Suite 1950  Los Angeles, California 90017  213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

## DECLARATION OF DANIEL KINAHAN

I, Daniel Kinahan, declare as follows:

1.      I submit this declaration in support of my Motion to Set Aside Entry of Default.  I have personal knowledge of the foregoing and, if called upon as a witness, I could and would competently testify thereto.

2.      I have been and am currently living in Dubai, United Arab Emirates. I do not conduct any business in the State of California.  I do not own any real property in the State of California.

3.      I do not work for and am not employed by MTK Global Sports Management, LLC, MTK Global USA, LLC, Golden Boy Productions, Inc., Golden Boy Promotions, Inc., VGC, LLP, or Paul D. Gibson.

4.      I do not receive mail at the P.O. Box 454833, Al Barsha Post Office, Dubai, United Arab Emirates.  This is not a P.O. Box that is associated with me, nor do I have access to this P.O. Box.  I have also never used that P.O. Box.

5.      I do not receive emails at "r.reynolds@mtkglobal.com".  I have not received any emails that have been sent to "r.reynolds@mtkglobal.com".

6.      I do not personally know Moses Heredia.  And I have not met with anyone from Heredia Boxing Management, Inc.  I have not spoken with Moses Heredia, or anyone from Heredia Boxing Management, Inc.  I do not have any dealings with Moses Heredia or Heredia Boxing Management, Inc.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.  Executed on March 14, 2022, in Dubai, United Arab Emirates.

_____
Daniel Kinahan