JASON L. LIANG (SBN 251235)
Email: jliang@lianglyllp.com
WILL WANG (SBN 332814)
Email: will.wang@lianglyllp.com
LIANG LY LLP
601 South Figueroa Street
Suite 1950
Los Angeles, California 90017
Telephone: (213) 262-8000
Facsimile: (213) 335-7776

*Attorneys for Defendant Daniel Kinahan*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC., a California corporation; and MOSES HEREDIA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MTK GLOBAL USA, LLC, a Delaware limited liability company, *et al.*,<br><br>Defendants. | CASE NO. 5:20-cv-02618-JWH-KK<br><br>Hon. John W. Holcomb<br><br>**DECLARATION OF JASON L. LIANG IN SUPPORT OF DEFENDANT DANIEL KINAHAN'S MOTION TO SET ASIDE ENTRY OF DEFAULT**<br><br>Date: April 22, 2022<br>Time: 9:00 a.m.<br>Ctr.: 2<br><br>Complaint Filed: December 18, 2020 |

DECLARATION OF JASON L. LIANG

## **DECLARATION OF JASON L. LIANG**

I, Jason L. Liang, declare as follows:

1. I am a partner at the law firm of Liang Ly LLP, counsel of record for Defendant Daniel Kinahan. I submit this declaration in support of Mr. Kinahan's Motion to Set Aside Entry of Default ("Motion"). I have personal knowledge of the foregoing and, if called upon as a witness, I could and would competently testify thereto.

2. On February 17, 2022, I reached out to counsel for Plaintiffs Heredia Boxing Management, Inc. and Moses Heredia ("Plaintiffs") to set up a meet and confer about having the entry of default against Mr. Kinahan set aside. A further conference was schedule for February 22, 2022.

3. On February 22, 2022, I met and conferred with Plaintiffs' counsel regarding Mr. Kinahan's anticipated motion to set aside default.

4. On February 25, 2022, Plaintiffs' counsel stated that they were not willing to stipulate to setting aside the default.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct. Executed on March 14, 2022, in Los Angeles, California.

_____
Jason Liang

---

1
DECLARATION OF JASON LIANG