JASON L. LIANG (SBN 251235)
Email: jliang@lianglyllp.com
WILL WANG (SBN 332814)
Email: will.wang@lianglyllp.com
LIANG LY LLP
601 South Figueroa Street
Suite 1950
Los Angeles, California 90017
Telephone:  (213) 262-8000
Facsimile:   (213) 335-7776

*Attorneys for*
*Specially Appearing Defendant Daniel Kinahan*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC., a California corporation; and MOSES HEREDIA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>MTK GLOBAL USA, LLC, a Delaware limited liability company, *et al.*,<br><br>Defendants. | CASE NO. 5:20-cv-02618-JWH-KK<br><br>Hon. John W. Holcomb<br><br>**[PROPOSED] ORDER GRANTING SPECIALLY APPEARING DEFENDANT DANIEL KINAHAN'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |

**IT IS HEREBY ADJUDGED AND ORDERED** that the entry of default against Specially Appearing Defendant Daniel Kinahan ("Mr. Kinahan") be set aside. Good cause exists to set aside pursuant to Fed. R. Civ. P. 55(c) because Mr. Kinahan was not culpable in allowing default to be entered, Mr. Kinahan can present a meritorious defense to the Second Amended Complaint, Plaintiffs Heredia Boxing Management, Inc. and Moses Heredia ("Plaintiffs") will not be prejudiced if the default is set aside, and service of the Second Amended Complaint upon Mr. Kinahan was procedurally defective. *See United States v. Signed Pers. Check No. 730 of Yubran S. Mesle*, 615 F.3d 1085, 1086 (9th Cir. Cir. 2010); *Winplus N. Am., Inc. v. Scan Top Enter. Co., Ltd.*, 2015 WL 13919469, at *3 (C.D. Cal. Dec. 7, 2015).

**IT IS SO ORDERED.**

DATED: _____

                                        Hon. John W. Holcomb
                                        United States District Judge

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)