Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>**DECLARATION OF ERIC MONTALVO IN SUPPORT OF PLAINTIFF HEREDIA'S OPPOSITION TO DEFENDANT MTK GLOBAL SPORTS MANAGEMENT, LLC'S MOTION TO SET ASIDE DEFAULT**<br><br>Date:          April 8, 2022, 9am<br>Courtroom:  2<br>Judge:         Hon. John W. Holcomb |

I, Eric Montalvo, declare as follows:

1. I am a partner in the Federal Practice Group law firm.

2. I am admitted *pro hac vice* to this Court and in that capacity, I filed the complaint in the above-captioned matter. I submit this declaration in support of Plaintiff Heredia's Opposition to MTK Global's Motion to Set Aside

Default. I have personal knowledge of the facts stated herein, and, if called upon to do so, could and would testify truthfully and competently with respect thereto.

3. Mr. Mancini was never counsel for Defendant MTK Global Sports Management, LLC or Mr. Kinahan that I am aware.

4. There had been discussions of global settlement for almost a year starting in mid-2021 with Mr. Greely of the law firm VGC, LLP and then most recently with Mr. Mancini starting in December, 2021.  MTK Global USA, LLC entered into the instant case in August, 2021.  After three follow-ups with no indication whether any settlement could be accomplished between December, 2021 and the end of January, 2022, Plaintiff took the first step in the default process.

5. Plaintiff had agreed to not to "move" for default until some clarity had been achieved regarding a settlement.  This is the second step in the default judgment process.  On February 2, 2022, Plaintiff filed its request for default with the Clerk of the Court, initiating the process.  To date no offer to resolve the matter has been received from any MTK defendant or Mr. Kinahan notwithstanding that this issue is being raised once again regarding the meet and confers relating to the instant motion.

6. Mr. Greely and his associates at VGC, LLP repeatedly demanded as a condition of any settlement with JoJo Diaz in the related litigation that all

MTK entities would be released. During these discussions undersigned counsel demanded that Defendant MTK Global Sports Management, LLC counsel be introduced because no global settlement could be achieved without the respective parties signing off on a settlement agreement. The most recent of these exchanges with Mr. Greeley occurring during December, 2021.

7. There has been no good faith effort to resolve this matter. The defendants have persisted that service has not been accomplished and at the same time are seeking via settlement to be removed from the suit at no cost through counsel for their entities and JoJo Diaz's counsel in the related litigation. An indication of cooperation between Defendant MTK US Management, LLC and JoJo Diaz was during the arbitration conducted during June of 2021 as reflected in JoJo Diaz's declaration.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 18, 2022, at Washington, DC.

/s/ Eric S. Montalvo
Eric S. Montalvo