**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFONIA**

**EASTERN DIVISION**

HEREDIA BOXING MANAGEMENT V. MTK GLOBAL SPORTS MANAGEMENT, LLC

5:20-CV-02618-JWH-KK

# EXHIBIT'S TABLE OF CONTENTS

| Exhibit No. | Description |
|:---:|:---:|
| A | Declaration of UAE Attorney Jouslin Chibli Khairallah |
| B | Email of Service to R.Reynolds *(October 02, 2021)* |
| C | Email of Service to R.Reynolds *(October 03, 2021)* |
| D | Email of Service to R.Reynolds *(October 10, 2021)* |

# EXHIBIT A

```
 1  Rajan O. Dhungana (SBN: 297794)
 2     rdhungana@fedpractice.com
 3  Eric S. Montalvo (*Pro Hac Vice*)
       emontalvo@fedpractice.com
 4  FEDERAL PRACTICE GROUP
 5  1750 K Street, NW, Suite 900
 6  Washington, DC 20006
 7  Telephone: (202) 862-4360
    Fax: (888) 899-6053
 8
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Eastern Division)

| | |
|---|---|
| MOSES HEREDIA,<br><br>      Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; AND DANIEL KINAHAN<br>      Defendants. | Case No.: 5:20-CV-02618-JWH (KKx)<br><br>**DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH** |

I, Jouslin Chibli Khairallah, hereby declare as follows:

1. I am over the age of 18 years and otherwise competent to testify in this matter.

2. I am authorized to serve process in this matter pursuant to Federal Rule of Civil Procedure Rule 4(c)(2) as I am a person over the age of 18 years and not a party.

3. I am the Owner and Manager of Khairallah Advocates & Legal Consultants, P.O. Box 450142, Dubai, United Arab Emirates.

4. On or about September 20, 2021, the Federal Practice Group retained Khairallah Advocates & Legal Consultants to locate and later to serve MTK Global Sports Management LLC and Mr. Daniel Kinahan as both reside in the UAE.

5. Neither MTK Global Sports Management LLC nor Daniel Kinahan are a minor, an incompetent person, or a person whose waiver has been filed.

6. The UAE is not a party to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters dated November 15, 1965, otherwise known as the Hague Service Convention. There are no other unilateral or bilateral agreements between the USA and UAE with respect to service of process.

7. Under UAE law, service may be accomplished via a courier, email, or via publication of a notice via a newspaper. For the newspaper, per Article 8(4) of Federal Law No. (11) of 1992 Concerning Issuance of the Civil Procedures Code, if a person to be notified has no domicile, residence, place of business, fax, email or a postal address, it shall notify through publication in two dailies issued in the State or abroad in the Arabic or foreign languages, as the case may be, and the date of the publication shall be considered as the date of notification.

8. On October 2, 2021, I served a copy of the summons and complaint to defendant MTK Global Sports Management LLC via courier service, email, and via English/Arabic newspapers. The email was delivered to r.reynolds@mtkglobal.com. This is the email listed as the individual able to receive service of process and the company contact on the applicable UAE DMCC Service License. I sent the same email on three separate dates, October 2, 3, and 10, 2021. The summons and complaint sent via courier services were delivered on October 7, 2021. The newspaper notification complied with UAE law, specifically, Article 8(4) of Federal Law No. (11) of 1992 Concerning Issuance of the Civil Procedures Code.

9. On October 2, 2021, I served a copy of the summons and complaint to

DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH

2

defendant Mr. Daniel Kinahan via courier service, email, and via English/Arabic newspapers. The email was delivered to r.reynolds@mtkglobal.com. This is the email listed as the individual able to receive service of process and the company contact on the applicable UAE DMCC Service License. I sent the same email on three separate dates, October 2, 3, and 10, 2021. The summons and complaint sent via courier services were delivered on October 7, 2021. The newspaper notification complied with UAE law, specifically, Article 8(4) of Federal Law No. (11) of 1992 Concerning Issuance of the Civil Procedures Code.

10. Attached hereto as **Exhibit A** is a true and correct copy of the emails I sent to Mr. Reynolds of MTK Global and the attachments therein. I recognize these emails as they are the emails I sent from my computer to Mr. Reynolds.

11. Attached hereto as **Exhibit B** is a true and correct copy of the newspaper notifications in English and Arabic providing notice to MTK Global Sports Management LLC as described herein. I recognize these newspaper notifications as I prepared them and caused them to be published.

12. Attached hereto as **Exhibit C** is a true and correct copy of the newspaper notifications in English and Arabic providing notice to Mr. Daniel Kinahan as described herein. I recognize these newspaper notifications as I prepared them and caused them to be published.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 24, 2021, in Dubai, UAE.

Jouslin Chibli Khairallah

# EXHIBIT B

## Abdultaiyab Bahrainwala

| | |
|---|---|
| **From:** | Khairallah Advocates <info@khlegal.ae> |
| **Sent:** | Saturday, October 2, 2021 10:18 AM |
| **To:** | r.reynolds@mtkglobal.com |
| **Cc:** | 'Jouslin Khairallah'; 'Abdultaiyab Bahrainwala'; ehsan@khlegal.ae; accountant@khlegal.ae |
| **Subject:** | SUMMONS IN A CIVIL ACTION- CIVIL ACTION NO. CASE 5:20-CV-02618-JWH-KK FILED BEFORE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA |
| **Attachments:** | LETTER FOR MTK GLOBAL SPORTS MANAGEMENT L.L.C (DMCC BRANCH).pdf |
| **Importance:** | High |

Dear Sir,

We act on behalf of MOSES HEREDIA (**Plaintiff**) and write this letter to serve summons.

Kindly acknowledge receipt of this email with attachment.

Look forward to your reply.

Best Regards

Khairallah Advocates & Legal Consultants
T: +971 4 4270845 | F: +971 4 4270842
P.O.Box:450142 |Dubai |United Arab Emirates
W: www.khairallahlegal.com




*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we do not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai, U.A.E
Professional License No 619338

Please consider the environment before printing this e-mail

1

# EXHIBIT C

## Abdultaiyab Bahrainwala

| | |
|---|---|
| **From:** | Abdultaiyab Bahrainwala <bahrainwala@khlegal.ae> |
| **Sent:** | Sunday, October 3, 2021 2:33 PM |
| **To:** | r.reynolds@mtkglobal.com |
| **Cc:** | jouslin@khlegal.ae; ehsan@khlegal.ae; accountant@khlegal.ae; bahrainwala@khlegal.ae |
| **Subject:** | RE: SUMMONS IN A CIVIL ACTION- CIVIL ACTION NO. CASE 5:20-CV-02618-JWH-KK FILED BEFORE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA |
| **Attachments:** | LETTER FOR MTK GLOBAL SPORTS MANAGEMENT L.L.C (DMCC BRANCH).pdf |
| **Importance:** | High |

Dear Sir,

Kindly acknowledge receipt of our below email with attached Summons.

Look forward to your reply.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
T:+971-4-4270845 (Ext: 107) | F:+971-4-4270842
T:+971-4-2287337 (Ext: 107)
E: bahrainwala@khlegal.ae W: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai, U.A.E
Professional License No 619338

Please consider the environment before printing this e-mail

---

**From:** Khairallah Advocates [mailto:info@khlegal.ae]
**Sent:** Saturday, October 2, 2021 10:18 AM
**To:** r.reynolds@mtkglobal.com
**Cc:** 'Jouslin Khairallah'; 'Abdultaiyab Bahrainwala'; ehsan@khlegal.ae; accountant@khlegal.ae
**Subject:** SUMMONS IN A CIVIL ACTION- CIVIL ACTION NO. CASE 5:20-CV-02618-JWH-KK FILED BEFORE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA
**Importance:** High

Dear Sir,

We act on behalf of MOSES HEREDIA (**Plaintiff**) and write this letter to serve summons.

Kindly acknowledge receipt of this email with attachment.

Look forward to your reply.

Best Regards

Khairallah Advocates & Legal Consultants
T: +971 4 4270845 | F: +971 4 4270842
P.O.Box:450142 |Dubai |United Arab Emirates
W: www.khairallahlegal.com




*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we do not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai, U.A.E
Professional License No 619338

Please consider the environment before printing this e-mail

2

# EXHIBIT D

## Abdultaiyab Bahrainwala

| | |
|---|---|
| **From:** | Abdultaiyab Bahrainwala <bahrainwala@khlegal.ae> |
| **Sent:** | Sunday, October 10, 2021 11:21 AM |
| **To:** | r.reynolds@mtkglobal.com |
| **Cc:** | jouslin@khlegal.ae; ehsan@khlegal.ae; accountant@khlegal.ae; bahrainwala@khlegal.ae |
| **Subject:** | RE: SUMMONS IN A CIVIL ACTION- CIVIL ACTION NO. CASE 5:20-CV-02618-JWH-KK FILED BEFORE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA |
| **Attachments:** | LETTER FOR MTK GLOBAL SPORTS MANAGEMENT L.L.C (DMCC BRANCH).pdf |
| **Importance:** | High |

Dear Sir,

Kindly acknowledge receipt of our below email with attached Summons.

Look forward to your reply.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T:**+971-4-4270845 (Ext: 107) | **F:**+971-4-4270842
**T:**+971-4-2287337 (Ext: 107)
**E:** bahrainwala@khlegal.ae **W:** www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

Please consider the environment before printing this e-mail

**From:** Khairallah Advocates [mailto:info@khlegal.ae]
**Sent:** Saturday, October 2, 2021 10:18 AM
**To:** r.reynolds@mtkglobal.com
**Cc:** 'Jouslin Khairallah'; 'Abdultaiyab Bahrainwala'; ehsan@khlegal.ae; accountant@khlegal.ae
**Subject:** SUMMONS IN A CIVIL ACTION- CIVIL ACTION NO. CASE 5:20-CV-02618-JWH-KK FILED BEFORE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA
**Importance:** High

Dear Sir,

We act on behalf of MOSES HEREDIA (**Plaintiff**) and write this letter to serve summons.

Kindly acknowledge receipt of this email with attachment.

Look forward to your reply.

Best Regards

Khairallah Advocates & Legal Consultants
T: +971 4 4270845 | F: +971 4 4270842
P.O.Box:450142 |Dubai |United Arab Emirates
W: www.khairallahlegal.com




*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we do not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai, U.A.E
Professional License No 619338

Please consider the environment before printing this e-mail