# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFONIA

# EASTERN DIVISION

MOSES HEREDIA V. MTK GLOBAL SPORTS MANAGEMENT, LLC, et al.

5:20-CV-02618-JWH-KK

## EXHIBIT'S TABLE OF CONTENTS

| Exhibit No. | Description | |
|---|---|---|
| A | Declaration of UAE Attorney Jouslin Chibli Khairallah, *Executed 31 March 2022* | |

# EXHIBIT A

Rajan O. Dhungana (SBN: 297794)
   rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
   emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, NW, Suite 900
Washington, DC 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA
(Eastern Division)

| | |
|---|---|
| MOSES HEREDIA,<br><br>             Plaintiff,<br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; AND DANIEL KINAHAN<br>             Defendants. | Case No.: 5:20-CV-02618-JWH (KKx)<br><br>**DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH** |

I, Jouslin Chibli Khairallah, hereby declare as follows:

1. I am over the age of 18 years and otherwise competent to testify in this matter.

2. I am authorized to serve process in this matter pursuant to Federal Rule of Civil Procedure Rule 4(c)(2) as I am a person over the age of 18 years and not a party.

3. I am the Owner and Manager of Khairallah Advocates & Legal Consultants, P.O. Box 450142, Dubai, United Arab Emirates.

4. I have previously provided information to this honorable Court regarding service of process on Mr. Daniel Kinahan.

5. Service on Mr. Kinahan was proper in this matter under UAE law.

6. Under UAE law, service may be accomplished via a courier, email, or via publication of a notice via a newspaper. For the newspaper, per Article 8(4) of Federal Law No. (11) of 1992 Concerning Issuance of the Civil Procedures Code, if a person to be notified has no domicile, residence, place of business, fax, email or a postal address, it shall notify through publication in two dailies issued in the State or abroad in the Arabic or foreign languages, as the case may be, and the date of the publication shall be considered as the date of notification.

7. As Mr. Kinahan's current address was not found through investigations, service was concluded via courier on last known address (courier was accepted, refer to **Exhibit A**) and notification was done via newspapers.

8. On October 2, 2021, I served a copy of the summons and complaint to defendant Mr. Daniel Kinahan via English/Arabic newspapers. The newspaper notification complied with UAE law, specifically, Article 8(4) of Federal Law No. (11) of 1992 Concerning Issuance of the Civil Procedures Code, and interpretation thereunder.

9. Attached hereto as **Exhibit B** is a true and correct copy of the newspaper notifications in English and Arabic providing notice to Mr. Daniel Kinahan as described herein. I recognize these newspaper notifications as I prepared them and caused them to be published.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed 31 March 2022, in Dubai, UAE.

Jouslin Chibli Khairallah

DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH

2

# Exhibit A

# aramex

**FORWARDER AIRWAYBILL**

*46796079573*

## 1 FROM (SHIPPER)

**Shipper's Account No.:** 43717
**Shipper's Ref.:**
**From (Your Name) Print Please:** KHAIRALLAH ADVOCATED AND LEGA
**Phone Number:** 97144270845 / 97144270845
**Company:** KHAIRALLAH ADVOCATED AND LEGAL CONSULTANTS
**Street Address:** CHURCHILL TOWER - OFFICE 3504--
**City:** Dubai
**State/Province:** Dubai
**Country:** United Arab Emirates
**ZIP/Postal Code:**

## 2 TO (RECEIVER)

**Receiver's Account No.:**
**Receiver's Ref.:**
**To (Receiver Name) Print Please:** DANIEL KINAHAN
**Phone Number(s):** 97144310887 / 97144310887
**Company:** DANIEL KINAHAN
**Street Address (ARAMEX CANNOT DELIVER TO A.P.O. BOX):** UNIT NO: 3005-B Jumeirah bay Tower x3 Plot No: JLT-PH2-X3A Jumeirah Lakes Towers P.O BOX: 454833--
**City:** Jumeirah
**State/Province:** Dubai
**Country:** United Arab Emirates
**ZIP/Postal Code:**

## 3 SHIPPER'S SIGNATURE & AUTHORIZATION

Shipper's Signature (Required) X
Date: 10/02/2021
Received By Aramex
Collection Location: Shipper's Door / Aramex Terminal / Other
Collection Ref:

## ORG. STN: DXB / DEST. STN: DXB

## 4 SHIPMENT INFORMATION

**No. of Pieces:** 1
**'Actual' Weight:** 0.50 KG
**'Chargeable' Weight:** 0.50 KG
**Country of Manufacture:**
**Description of Goods/Harmonized Code:** Document
**Customs Value:** 0.00
**Currency:** AED

## 5 SERVICES

**PROD GRP:** DOM
**PROD TYP:** OND
**SVC CODE / SVC CODE / SVC CODE**
**Remarks:**

## 6 TRANSPORTATION CHARGES

Default to Shipper Account if Not Noted
Bill Shipper
☐ Cash
☐ Prepaid Stock
☒ Account
☐ Bill Receiver Account (Collect) A/C No.
☐ Bill 3rd Party "Approved" Account APP A/C
Transport/Svc
Currency

## 7 DUTIES AND TAXES

Default to Receiver if not Noted
☐ Bill Shipper Account (Free Domicile)
☐ Bill Receiver
☐ Bill 3rd Party "Approved" Account APP A/C

## 8 COST OF GOODS

No Charges if not Noted
☐ Bill Receiver
☐ Bill 3rd Party "Approved" Account APP A/C
Cost of Currency

## 9 RECEIVER SIGNATURE

Received above shipment in good order and condition
Receiver's Signature (Required) X
Name (Please Print)
Date / Time

---

## CONDITIONS OF CARRIAGE

In tendering the shipment for carriage the customer agrees to these terms and conditions of carriage and that this air bill is NEGOTIABLE and has been prepared by the customer or on the customer's behalf by ARAMEX as used in these conditions, ARAMEX includes Aramex co Ltd all operating divisions and subsidiaries of Aramex Ltd and their respective agents, servants, officers and employees.

**1. SCOPE OF CONDITIONS**
These conditions shall govern and apply to all services provided by ARAMEX BY SIGNING THIS AIRBILL, THE CUSTOMER ACKNOWLEDGES THAT HE/SHE HAS READ THESE CONDITIONS AND AGREES TO BE BOUND BY EACH OF THEM. ARAMEX shall not be bound by any agreement which varies from these conditions such agreement is in writing and signed by an authorized officer of ARAMEX In the absence of such written agreement these conditions shall constitute the entire agreement between ARAMEX and each of its customers. An employee of ARAMEX shall have the authority to alter or waive these terms and conditions except as statted herein.

**2. ARAMEX'S OBLIGATIONS**
ARAMEX agrees, subject to receiving payment of applicable rates and charges in effect on the date of acceptance by ARAMEX of a shipment to arrange for the transportation of the shipment between the locations agreed upon by ARAMEX and the customer
ARAMEX reserves the right to transport the customer shipment by any route and procedure and by successive carriers and according to its own handling, storage and transportation methods.

**3. SERVICE RESTRICTION**
a) ARAMEX reserves the right to refuse any documents or parcels from any person or company at its own discretion
b) ARAMEX reserves the right to abandon carriage of any shipment at any time after acceptance when such shipments could possibly cause damage or delay to other shipments equipment or personnel or when any such carriage is prohibited by law or is in violation of any of the rules contained herein
c) ARAMEX reserves the right to open and inspect any shipment consigned by a customer to ensure that it is capable of carriage to the state or country of destination within the standard customs procedures and handling methods of ARAMEX exercising this right ARAMEX does not warrant that any particular item to be carried is capable of carriage without infringing the law of any country or state through which the item may be carried

**4. LIMITATION OF LIABILITY**
Subject to Sections 5 and 6 hereof it
a) ARAMEX will be responsible for the customer shipment only while it is within ARAMEX custody and control ARAMEX shall not be liable for loss or damage of a shipment while reshipment is out of ARAMEX's custody or control ARAMEX's LIABILITY IS IN ANY EVENT LIMITED TO ONE HUNDRED DOLLARS (US$100/-) or its equivalents per shipment unless a higher value is declared on the Airway bill at the time of tender and an additional charge is paid as assessed and determined by ARAMEX for each one Hundred Dollars (US$100/-) or fraction thereof which the insured value designated by the customer on the Airway bill exceeds One Hundred Dollars (US$100/-) per shipment.
b) Not withstanding the foregoing should the customer detail the time of the tender declare a higher value than One Hundred Dollars (US$100/-) on the Airway bill ARAMEX's liability shall in any event be limited to the lower of the insured value or the amount of any loss or damage actually sustained by the customer
c) The actual value of a shipment shall be ascertained by reference to its replacement cost reconstruction value at the time and place of shipment whichever is less, without reference to its commercial utility to the customer or any other cause reasonably beyond the control of ARAMEX
d) NOTWITHSTANDING ANY OF THE FOREGOING, THE MAXIMUM INSURED VALUE ON ANY SHIPMENT ACCEPTED BY ARAMEX IS TEN THOUSAND DOLLARS (US$10,000.00) AND IN NO EVENT SHALL THE LIABILITY OF ARAMEX EXCEED THAT AMOUNT.

**5. CONSEQUENTIAL DAMAGES EXCLUDED**
ARAMEX SHALL NOT BE LIABLE IN ANY EVENT, FOR ANY CONSEQUENTIAL OR SPECIAL OR INCIDENTAL DAMAGE OR OTHER INDIRECT LOSS HOWEVER ARISING, WHETHER OR NOT ARAMEX HAD KNOWLEDGE THAT SUCH DAMAGE MIGHT BE INCURRED, INCLUDING, BUT NOT LIMITED TO LOSS OF INCOME, PROFITS, INTEREST, UTILITY OR LOSS OF MARKET.

**6. LIABILITY NOT ASSUMED**
a) ARAMEX shall not be liable for any loss, damage, delay, misdelivery or nondelivery not caused by its own negligence or for any loss, damage, misdelivery or non-delivery caused by:
i. the act default or omission of the customer or consignee or any other party who claims an interest in the shipment
ii. the nature of the shipment or any defect, characteristic or inherent vice thereof
iii. violation by the shipper or consignee of any term or condition stated herein including but not limited to improper or insufficient packing, securing, marking or addressing, misdescribing the contents of any shipment or failure to observe any of the rules relating to the shipments not acceptable for transportation whether such rules are now or hereafter promulgated by ARAMEX
iv. Acts of God, perils of the air, enemies, public authorities acting with actual or apparent authority on the premises or omission of postal customs or other government officials riots, strikes or other local disputes hazard incidents to a state of war weather conditions temperature or atmospheric changes or conditions mechanical or other delays of any aircraft used in providing transportation services or any other cause reasonably beyond the control of ARAMEX
v. Acts or omissions of any postal service or waive or any other entity to whom a shipment is tendered by ARAMEX for transportation regardless of whether the shipper requested or had knowledge of such third party delivery requirement
vi. Electrical or magnetic injury erasure, or other such damage to electronic or photographic images or recordings in any form damage due to insects or vermin.
b) While ARAMEX will endeavour to exercise its best efforts to provide expeditious delivery in accordance with regular delivery schedules ARAMEX will not under any circumstances be liable for delay in pickup transportation or delivery of any shipment regardless of the causes of such delay.

**7. MATERIALS NOT ACCEPTABLE FOR TRANSPORT:**
a) ARAMEX will notify customer from time to time as to certain classes of materials which are not accepted by ARAMEX for carriage it is the customer responsibility to accurately describe the shipment on this Airbill and to ensure that no material is delivered to ARAMEX which has been declared to be unacceptable by ARAMEX
b) ARAMEX will not carry
i. property the carriage of which is prohibited by any law, regulation or statute or local government of any country or through which the property maybe carried
firearms  bullion  works of art  negotiable instruments in bearer form
jewelry  precious metals  precious stones  lewd obscene or pornographic material
currency  stamps  deeds  hazardous or combustible material
cashier's checks  money orders  travelers checks  industrial carbon and diamonds
antiques  plants  animals
c) In the event that any customer should consign to ARAMEX any such item described above, or any item which the customer has undervalued for customs purposes or misdescribed whether intentionally or otherwise the customer shall indemnify and hold ARAMEX harmless from all damages, fines and expenses arising in connection therewith and ARAMEX shall have the right to abandon such property and/or release possession of said property to any agent or employee of any national or local government claiming jurisdiction over such materials immediately upon ARAMEX obtaining knowledge that such materials infringing these conditions have been turned over to ARAMEX shall be free to exercise any of its rights reserved to it under this section without incurring liability whatsoever to the customer

**8. PACKAGING:**
The packaging of the customer documents or goods for transportation is the customer responsibility including the placing of the goods or documents in any container which may be supplied by the customer to ARAMEX ARAMEX accepts no responsibility for loss or damage to documents or goods caused by inadequate or inappropriate packaging the sole responsibility of the customer to organise the packaging of its documents or goods to enable effective delivery by ARAMEX ARAMEX will not be liable for delay in forwarding or delivery resulting from the customer failure to comply with its obligations in this respect.

**9. NEGLIGENCE:**
The customer is liable for all losses damages and expenses arising as a result of its failure to comply with its obligations under this agreement as a result of its negligence

**10. CHARGES:**
Any rates quoted by ARAMEX for carriage are inclusive of local airport taxes exclusive of any value added taxes, duties, levies, imposts deposits or outlays incurred in respect of carriage of the customer goods. Should the customer indicate by endorsement in the space provided on the airbill that the receiver shall be liable for any customs duty that customer shall be liable for such customs duty in the event of a default in payment by the receiver ARAMEX will not be liable for any penalties imposed or loss or damage incurred due to the customer documents or goods being impounded by customs or similar authorities and the customer hereby indemnifies ARAMEX against such penalty or loss

**11. PROPERTY:**
ARAMEX will only carry documents or goods which are the property of the customer and the customer warrants that it is authorized to accept and is accepting these conditions not only on behalf of itself but as agent on and on behalf of all other persons who are or may hereafter be interested in the documents or goods the customer hereby undertakes to indemnify ARAMEX against any damages costs and expenses resulting from any breach of this warranty

**12. CLAIMS**
ANY CLAIMS AGAINST ARAMEX MUST BE SUBMITTED IN WRITING TO THE OFFICE OF ARAMEX NEAREST THE LOCATION WHERE THE SHIPMENT WAS ACCEPTED, WITHIN SIXTY (60 DAYS) OF THE DATE OF ACCEPTANCE BY ARAMEX.

**13. NON-DELIVERY OF SHIPMENT**
Notwithstanding the shipment instruction to the contrary the shipper shall be liable for all costs and expenses related to the shipment of the package costs incurred in either returning the shipment or warehousing the shipment pending disposition

**14. INSURANCE:**
a) ARAMEX maintains cargo liability insurance to the full extent of the liability offered to the shipper
b) At the request of the shipper and upon payment therefore at the then prevailing rates ARAMEX will arrange insurance coverage on behalf of the shipper in an amount not exceeding Ten Thousand Dollars (10,000.00)
c) The insurance cover shall be governed by all the terms and conditions contained in the policy of insurance issued by ARAMEX certificate evidencing such insurance will be made available to the shipper
d) CONSEQUENTIAL DAMAGES AND LOSS OR DAMAGE RESULTING FROM DELAYS IN TRANSPORTATION ARE NOT COVERED BY ANY SUCH POLICY OF INSURANCE.

**15. WARSAW CONVENTION:**
"Where the rules relating to liability established by the Warsaw convention or the cmr convention apply carriers liability is governed by and shall be limited in accordance with such rules Subject to applicable laws where the Warsaw convention or the cmr convention do not apply liability to loss or damage is governed by these terms and conditions and shall be limited to the proven damages up to an amount not exceeding US$50 / shipment"
THIS IS A NON NEGOTIABLE AIRBILL ALL SERVICES PROVIDED ARE SUBJECT TO THE TERMS AND CONDITIONS SET FORTH ON THE REVERSE OF SHIPPER'S COPY. BY SIGNING THIS AIRBILL, THE SHIPPER ACKNOWLEDGES THAT HE/SHE HAS READ THESE CONDITIONS AND AGREES TO BE BOUND BY EACH OF THEM. ARAMEX'S LIABILITY IS LIMITED TO US$ 100.00 IN TENDERING THIS SHIPMENT SHIPPER AGREES THAT ARAMEX SHALL NOT BE LIABLE FOR SPECIAL INCIDENTAL OR CONSEQUENTIAL DAMAGES ARISING FROM THE CARRIAGE HEREOF, ARAMEX DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED WITH RESPECT TO THIS SHIPMENT.

| CN 22 Customs Declaration | | Registered | | | | EMIRATES POST بريد الإمارات |
|---|---|---|---|---|---|---|
| Office of origin: | Happiness Service Center – Al Barsha | مكتب المصدر: | KHAIRALLAH ADVOCATES AND KLEGAL CONSULTAN 0563934585 450142 Dubai POBox: Dubai, 450142 United Arab Emirates | Name | الاسم | المرسل منه (من) Sender (FROM) |
| Date of Posting: | 05/10/2021 | تاريخ الإرسال: | | Tel | الهاتف | |
| Staff Id: | 77404 | الرقم الوظيفي للموظف: | | Zip Code / P.O. Box | ص.ب | |
| Category of Item: | | فئة البعثة: | | Emirate | الإمارة | |
| | | | | Address | العنوان | |
| Account No.: | | Shipper Ref: | | Country | الدولة | |
| Receiver's Name: | | اسم المستلم: | DANIEL KINAHAN 00000000 Dubai, 454833 UNIT NO.3005-B, JUMEIRAH BAY TOWER X3, PLOT NO.JLT-PH2-X3A, JUMEIRAH LAKE TOWERS,PO. BOX 454833 DUBAI United Arab Emirates | Name | الاسم | المرسل إليه (إلى) Addressee (TO) |
| Receiver's Mobile: | | الهاتف المحمول للمستلم: | | Tel | الهاتف | |
| Date & Time: | | تاريخ ووقت الاستلام: | | Zip Code / P.O. Box | ص.ب | |
| Signature: | | التوقيع: | | Address 1 | العنوان 1 | |
| Remarks: | | ملاحظات: | | Address 2 | العنوان 2 | |
| | | | | Address 3 | العنوان 3 | |
| | | | | Country | الدولة | |

| Detailed Description of Contents تفصيل محتويات البعثة | Country of Origin بلد المنشأ | HS Code الرمز التعريفي | QTY العدد | Wgt (KG) الوزن كجم | Value AED القيمة (درهم) | Service Charges رسوم الخدمة (بالدرهم) |
|---|---|---|---|---|---|---|
| | | | | | | 11.20 AED |
| | | | | | | Total Weight الوزن الإجمالي |
| | | | | | | 268 gm(s) |
| Service Type / نوع الخدمة: Domestic | | Total Gross Wgt / الوزن الإجمالي للبعثة: | | 0.000 | Value AED / القيمة (درهم): 0.00 | |
| Date & Sender's Signature: التاريخ وتوقيع المرسل منه | | Sender Instructions in case of non-delivery: تعليمات المرسل في حالة عدم التسليم | | | Certificates & Invoices: الشهادات والفواتير | |

CUSTOMER ACKNOWLEDGEMENT :By handing over this shipment to emirates post, you acknowledge that you accept our terms & conditions, and you confirm that this shipment does not hold any dangerous goods, prohibited or mis-declared items. You also agree for us to complete this process on your behalf whether you have singed the front of the Airway Bill or not. Shipments carried by us may be subject to screening and you accept that your shipment may be opened and its contents

Customer is responsible to ensure correct sender/receiver's address & contact details, in case of any wrong info, the customer will incur the cost of both Sending and Return to Sender (RTS) fees- where applicable, with no compensation.

Emirates Post, UAE    600599999    custservice@epg.gov.ae    www.epg.gov.ae    Terms & Conditions Apply for details

## Shipment Summary



Tracking Number: 46796080520

✓     ✓     ✓

Processing   In Transit   Delivered

**Dubai** - United Arab Emirates
Tuesday, 05 October 2021

**Jumeirah** - United Arab Emirates
Thursday, 07 October 2021

## History

Where Your Shipment Has Been

**07 Oct 2021** 11:26 AM

Alquoz Branch, United Arab Emirates

Shipment delivered Noufal

**07 Oct 2021** 08:16 AM

Alquoz Branch, United Arab Emirates

Shipment is out for delivery

**06 Oct 2021** 01:05 PM

Network Update

Customer could not be reached - contact details required from customer

06 Oct 2021 08:46 AM

Alquoz Branch, United Arab Emirates

Shipment is out for delivery

06 Oct 2021 12:50 AM

Alquoz Branch, United Arab Emirates

Shipment arrived at Aramex destination facility - will be updated once ready for collection/delivery

05 Oct 2021 11:10 PM

Dubai, United Arab Emirates

Shipment departed origin sorting facility - in transit to destination

05 Oct 2021 10:26 PM

Aramex Umm Ramool , United Arab Emirates

Shipment received at Aramex origin sorting facility

05 Oct 2021 10:00 PM

Dubai, United Arab Emirates

Shipment departed origin sorting facility - in transit to destination

05 Oct 2021 09:33 PM

Alquoz Branch, United Arab Emirates

Shipment received at Aramex origin sorting facility

05 Oct 2021 04:34 PM

Dubai, United Arab Emirates

Shipment collected from shipper

02 Oct 2021 10:27 AM

Dubai, United Arab Emirates

Shipment still not received by Aramex

**Details**

More About Your Shipment


Shipment Type
Overnight (Document)

Weight
0.50
KG

Service
N/A

No. Of Items
1

Origin
Dubai
United Arab Emirates
Dubai

Destination
Jumeirah
United Arab Emirates

Dubai

Description
Document

# Exhibit B

WEDNESDAY 06 OCTOBER 2021

ENERGY

**EMIRATES BUSINESS 03**

# Petrofac surges after $95m bribery penalty by UK judge

**BLOOMBERG**

UK oil-service provider Petrofac Ltd must pay a $95 million penalty by a London judge for failing to prevent bribery between 2011 and 2017.

The penalty includes a $64 million fine and a $31 million confiscation order. The levy comes after the company pleaded guilty to seven bribery offenses, in a deal with the UK's Serious Fraud Office (SFO). Shares jumped as much as 17% in London trading to their highest since June 2020.

The company admitted last week to failing to prevent $44 million in bribes being paid to secure $3.6 billion worth of contracts. Petrofac was also ordered to pay 7 million pounds ($9.5 million) in legal costs.

"The corruption in this case is systemic, serious and grave," said Judge Deborah Taylor. She said that the company has substantial short term debt, and that payment cannot be met without refinancing. Petrofac last week said they would only be able to afford a total penalty of between $90 and $110 million. "Despite the very serious offending, I do not consider it necessary to put the company out of business," Taylor said.



> Petrofac's penalty includes a $64 million fine and a $31 million confiscation order. The levy comes after the company pleaded guilty to seven bribery offenses, in a deal with the UK's Serious Fraud Office
>
> She made reductions based on the company's change of leadership, compliance practices and their "serious attempt" to "change the culture and approach to compliance and address its past offending." The fine fell short of what the SFO sought, who'd asked the judge to order a 154 million pound penalty.

A former senior executive at Petrofac, David Lufkin, was handed a two year suspended sentence at Southwark Crown Courty, avoiding jail time. Taylor said Petrofac would have been unlikely to enter a plea deal if it hadn't been for Lufkin's own guilty plea with prosecutors.

---

[Classified legal notices section follows — multiple Expert Meeting, Announcement, and Court notices from Dubai Courts, UAE Ministry of Justice, and Government of Dubai dated 06-10-2021, including Case No. 2021/278 Banking Dubai; Case No. 409-2021 Dispute assigning commercial expertise; announcements regarding Aim High Training & Development Center FZ-LLC; Notification by Publication for Sale of Real Property (Case No. 278/2020/250); Publication Notification of Defendant (Case No. AJCFICIREA2021/0003345); Notification by Publication (Appeal) At Appeal # 2363/2021/305; Service by Publication In Appeal No. 1363/2021/100.]





---

**Issue No. 7287/2021**

**In the Partial Commercial Case No. 16/2021/3216**

Heard at: The Eleventh Partial Commercial Division No. (156)
Subject of Case: To order the Defendants to pay the sum of Dhs 271,080.00 along with the charges, expenses, lawyer's fees and a legal interest of 12% from the date of claim until the date of full payment, along with the expeditious execution of judgment without bail.
Claimant: Go Diamonds International DMCC
Address: Selected Domicile: Office No. 635, Block B, Business Village, Clock Tower, Deira, Dubai, UAE
Name of the Parties to be served:
1. Sudamin SA Co - Capacity: Defendant
2. Jon Cohin, in his personal capacity and in his capacity as a representative and manager of the First Defendant
Capacity: Defendant
Subject of Service: Kindly be advised that the court has ruled in the hearing dated 19/9/2021 in the presence of the Defendants to order the Defendants to jointly pay the Claimant the sum of Dhs 271,080.00 (two hundred seventy-one thousand and eighty dirhams) along with a legal interest of 5% per annum from 19/8/2021 until full payment in addition to the charges, expenses and one thousand dirhams as lawyer's fees.
This judgment is rendered in the presence of the Defendants and appealable within thirty (30) days from the day following its service.
This judgment is rendered in the name of H.H. Sheikh Mohammed Bin Rashid Al Maktoum, Ruler of Dubai, and read in public.

---

**The Notification by Publication regarding Al Emirates Towers Trading LLC**

Legally Represented by the Lawyer / Nourah Mohamed Murad Abdul Hameed Al Maazmi
The Notified Party: Floral Tr. Co.-L.L.C
(unknown place of residence)
We hereby require and demand your immediate and prompt payment of the debt amounting to AED 137,514.30, (one hundred thirty-seven thousand, five hundred fourteen dirhams and thirty fils) in addition to the legal interest of 12% as of the claim date until the full amount is paid, within five days of your receipt of this notice for payment, pursuant to the Civil Procedure Law and the Cabinet Resolution No. 57 of 2018 on the Executive Regulations of the Civil Procedure Law. Otherwise, we shall have to take all legal actions against you and to apply for a payment order of the debt amount owed by you as well as compensation for the financial and moral damage plus a 12% legal interest as of the claim date until the full amount is paid. We shall also reserve the right to take all other legal actions in case you fail to pay the amount due with no need to serve another notice to you.
We reserve all other rights

Notary Public
Dubai Court
16 Sep, 2021

---

**The Notification by Publication regarding Al Emirates Towers Trading LLC**

Legally Represented by the Lawyer / Nourah Mohamed Murad Abdul Hameed Al Maazmi
The Notified Party: Floral Tr. Co.-L.L.C
(unknown place of residence)
We hereby require and demand your immediate and prompt payment of the debt amounting to AED 62,119.00. (Sixty two thousand one hundred and nineteen dirhams) in addition to the legal interest of 12% as of the claim date until the full amount is paid, within five days of your receipt of this notice for payment, pursuant to the Civil Procedure Law and the Cabinet Resolution No. 57 of 2018 on the Executive Regulations of the Civil Procedure Law. Otherwise, we shall have to take all legal actions against you and to apply for a payment order of the debt amount owed by you as well as compensation for the financial and moral damage plus a 12% legal interest as of the claim date until the full amount is paid. We shall also reserve the right to take all other legal actions in case you fail to pay the amount due with no need to serve another notice to you.
We reserve all other rights

Notary Public
Dubai Court
16 Sep, 2021

---

**THE GULF TIME — DATE: 06/10/2021**

**ANNOUNCEMENT OF HEALTH FACILITY LICENSE CANCELLATION**

AWAFI HEALTH CARE LLC registered with the Department of Health under health care Facility License No:MF3676 has applied for the cancellation of License and therefore the dealing with Insurance Companies shall be ceased. Anyone has the right to object against this Announcement, shall visit the Department of Health within one week from the publication of this announcement. Otherwise, the Department of Health is not responsible for any right or claim after expiration of such period as the required procedure will be completed.

AWAFI HEALTH CARE LLC

---



THE GULF TIME
DATE:06-10-2021
Notification Date: 14-09-2021
Notification No. 163627 / 2021

**GOVERNMENT OF DUBAI**
**DUBAI COURTS**
**Dubai Courts of First Instance**

**Duty No. 230376 / 2021**
**Notification and Assignment for Publication**
**On Case No. 7132 / 2021 / 207 Commercial Execution**

Considered in: Fourth Execution Department No. 186
Subject of Case: Executing the judgment issued on the case no. 4914 / 2021 Payment Order for paying the executed amount of (AED 16469) inclusive of the fees and charges.
Claimant: Moon Light Auto REntal (L.L.C)
Address: UAE — Emirate of Dubai — Muror — Dubai — Street 2 — Al Zaroni Building — Apartment 2-1
Informed Parties: 1- Abdulrahman Mohamed Yousef - in his capacity as: Defendant
Subject of Notification: The abovementioned execution case was filed against you and you shall pay the executed amount of (AED 16469) to the execution applicant or the treasury of the court. Accordingly, the court will exercise the execution actions against you if not complying with the abovementioned resolution within 15 days upon the publication date of this notification.

---



THE GULF TIME
DATE:06-10-2021
Notification No: 2021/160154
Notification Date: 29/09/2021

**GOVERNMENT OF DUBAI**
**DUBAI COURTS**
**Dubai Courts of First Instance**

**Mission No: 2021/224377**
**Notification by Publication & Payment Order**
**Execution No: 5072/2021/60 — Commercial Execution**

Presented to: Payments orders and commercial contracts enforcement No 203
Subject Matter of the Case: Request to issue order requiring defendant to pay an amount of AED 10000 (Only AED Ten Thousands) and legal interest of 12% from check due date, issue travel ban for the defendant, issue prevent circle on all country exits and requiring him to pay all expenses and attorney fees.
The plaintiff: Raj Kumar Shewakramani
Address: UAE, Dubai, Port Saeed District, Al Maktoum Street, Al Masood Tower 2, Office No. 601, Makani No: 3219494430
The Notified Party: 1- Vinu Krishnan Kutty Madhavan Krishnan Kutty
Represented By: Zayed Saeed Rashid Saeed Al Shehhi
As: Defendant
Subject Matter of the Notification: To issue payment order, so Dubai Courts of First Instance decided on 10/08/2021 to obligate the defendant to pay an amount of AED 10000 (Only AED Ten Thousands) and legal interest of 5 % from the due date until full payment and AED 1000 for all expenses and attorney fees and rejected other demands. You have the right to appeal on decision within 15 days from the following date to the notice publication.

---



THE GULF TIME
DATE: 06-10-2021

**UNITED ARAB EMIRATES**
**MINISTRY OF JUSTICE**

**Publication Notification of Defendant**
**To Case Management Office**
**in Federal Ajman Civil Court of First Instance**
**On Case No. AJCFICIREA2021 / 0003345 / Civil (Partial)**

To Defendant: Abdo Rahman Asoma
Unknown residence — Emirate of Ajman — Postal Code: 4822109417
You shall attend in the session held on 14 / 10 / 2021 before the case management office in Federal Ajman Civil Court of First Instance — Office No. (case manager office no. 8) personally or by an approved attorney and present a plea of reply to the case attached with all documents within the term of no more than ten days upon the publication date to consider the abovementioned case as Defendant.
Note: Notification of Publication in Arabic and English

Judicial Service Office
Kholud Salem Al Sweedi
Handwritten Signature
// Seal of United Arab Emirates //
Ministry of Justice // Executed on: 26 / 09 / 2021 H
Executed by Employee: ....................

---

THE GULF TIME
DATE: 06-10-2021
Summons (announcement) date: 04,10,2021
Summons (announcement) ref. No.: 163299/2021
Action No.: 229781/2021

**GOVERNMENT OF DUBAI**
**DUBAI COURTS**
**DUBAI COURTS OF FIRST INSTANCE**

**Summons & Payment Order By Publishing**

Execution No. 211/2021/864 Real Estate Execution
Heard At: Eighth Execution Circuit No. 229
Execution Subject: Executing the judgment ruled in case No. 716/2021 Summary Real Estate by paying the adjudicated amount of AED 469727 including fees and expenses.
Execution Applicant: Amlak Finance (PJSC)
Address: Dubai Emirate, Al Brashaa, Emaar Business Park, Sheikh Zayed Road, Nearby Enjaz, Makani No. 1515576767, Tel No. 044274500.
Summoned Party: Afzal Ahmad Ishfaq Ahmad —
Capacity: Execution Respondent

Summons Subject: The plaintiff filed the aforementioned execution case versus you, obligating you to:
First: Pay the adjudicated amount of AED 469727 and hand it over to the execution applicant or to the treasury of the court.
Second: Terminate the lease —to—own agreement with its addendum, subject of the case, obligating the respondent to hand over the unit No. 1912, Business Bay Tower, B2B Building, free from occupancies, returning its possession to the plaintiff, removing the real estate restriction mark on the title deed and requesting the Land Department to do the same and issuing a title deed (ownership certificate) in the name of the plaintiff.

Accordingly, the Court shall proceed the executive procedures versus you in case you fail to implement the above mentioned award within (15) days from date of publishing this summons.

---

THE GULF TIME — DATE: 06/10/2021

**UNITED STATES DISTRICT COURT**
for the
**Central District of California**

Civil Action No., 5:20-CV-02618-JWH (KKx)
MOSES HEREDIA, Plaintiff(s)
v.
MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN
Defendant(s)

SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address) Daniel Kinahan
PO Box 454833,
Al Barsha Post Office,
Dubai, UAE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Rajan O. Dhungana
Federal Practice Group
14481 Aspen Street
Hesperia, CA 92344
rdhungana@fedpractice.com
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.
Date: 8/5/2021
CLERK OF COURT

---

THE GULF TIME — DATE: 06/10/2021

**UNITED STATES DISTRICT COURT**
for the
**Central District of California**

Civil Action No., 5:20-CV-02618-JWH (KKx)
MOSES HEREDIA, Plaintiff(s)
v.
MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN
Defendant(s)

SUMMONS IN A CIVIL ACTION

To: (Defendant's name and address) MTK Global Sports Management, LLC
Unit No: 3005-B
Jumeirah Bay Tower X3
Plot No: JLT-PH2-X3A
Jumeirah Lakes Towers
Dubai, UAE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Rajan O. Dhungana
Federal Practice Group
14481 Aspen Street
Hesperia, CA 92344
rdhungana@fedpractice.com
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.
Date: 8/5/2021
CLERK OF COURT

---



THE GULF TIME
DATE: 06-10-2021

**UNITED ARAB EMIRATES**
**MINISTRY OF JUSTICE**

**Defendant Notification by Publication**
**Before Case Management Office**
**Ajman Federal Civil Court of First Instance**
**Case No. AJCFICIPOR2021/0003070, Commercial Partial**

To the First Defendant: M/s: AL MUHIRI OILED TRADING (Sole Establishment)
With Unknown address: Ajman, Industrial No. 1, Property (Apt. No. 21, PO Box 9185
Second Defendant: Ms.: Hamad Al Muhairi Used Lube Oil Collection, (Sole Establishment)
With unknown address: Sharjah, Al Sajaa Industrial, Aldahid St., Howlat owned by Mohamed Alshamsi sons, PO Box: 45784
Third Defendant: Ms: AL Hadaf Lube Oil and Lubricant Manufacturers (Sole Establishment)
With unknown address: Sharjah, Al Sajaa Industrial, Aldahid St., Howlat owned by Mohamed Alshamsi sons, PO Box: 45784
Fourth defendant: Mr: Hamad Khalfan Abdulrahman Al Muhairi
With unknown address: Ajman Industrial area 1, Property No 21 (Apt), PO Box: 9185
Fifth defendant: Mr. Abdulmajeed Saleem Abdulmajeed
With unknown address: Ajman industrial area 1, Property No 21 (Apt), PO Box 9185
Sixth defendant: Mr. Abdulmajeed Saleem Abdulmajeed
With unknown address: Ajman industrial area 1, Property No 21 (Apt), PO Box: 9185
you or your representative are requested to appear before the Case Management Office, Ajman Civil Court of First Instance, office No. (Case Manager Office No. 5) on 17/10/2021. To submit the your rejoinder to the case along with all of the documents attached thereto within a period not more than ten days from the date of publication to consider the aforementioned case, in your capacity as a defendant.

Legal services office
Maryam Jumaa

---



THE GULF TIME
DATE: 06-10-2021
Notification No. 2021/163918
Date : 5/10/2021

**GOVERNMENT OF DUBAI**
Dubai Courts

**207/2021/6573 (commercial execution)**

Notification and assignment for payment in newspaper
Notification details:
To defendant: 1- Oamr Ismail Hassan Khawaja
Address: anonymous

As the plaintiff/ Arjo Middle East FZ (LLC) has filed against you the executive claim stated in above to oblige you to pay the sum of (AED 631822.50) to the plaintiff or the court's treasury, so the court shall commence the execution procedures against you in case you failed to comply with the decision stated in above in 15 days from the date of publishing this notification.

---

THE GULF TIME
DATE: 06-10-2021

**UNITED ARAB EMIRATES**
Ministry of Justice

**Summoning the Defendant by publication**
**Before Case Management Office of Ajman Federal Court –**
**Federal Civil Court of First Instance, in case no.**
**AJCFICIREA2021/0003347 / Civil (partial)**

To the Defendant: Mohammed Ismail Hossain Faruk Mohammed Rofik
Residence Unknown: UAE – Emirate of Ajman – Rumailah 1, Sheikh Rashid Bin Humaid Al Nuaimi St., – St. no. 63, Intersection of St. no. 52 – Big. B38 – Place no. 9 – Makani no. 4300710623

You are requested to appear before the Case Management Office of Ajman Federal Court – Federal Civil Court of First Instance in the session held on 17/10/2021 – Office no. (Case Manager Office no. 5), in person or by a recognized attorney, and to submit a rejoinder to the case accompanied with all documents within a period not exceeding ten days from the date of summons, in order to examine the case mentioned above – in your capacity as the Defendant.

Judicial Services Office
Mariam Juma Al-Kaabi

//seal – Ministry of Justice – United Arab Emirates//

Issued on: 05/10/2021

---



THE GULF TIME
DATE: 06-10-2021
Issuance date: 04-10-2021

**UNITED ARAB EMIRATES**
Ministry of Justice

**Notifying the defendant by publication**
**Federal Court of Sharjah – Civil Execution Court– Asad Ali Abdul Majeed**
**Notice for payment in the case No.**
**SHCEXCIPOR2020/0001034 – Commercial, Partial**

To the defendant: Asad Ali Abdul Majeed
Address: Sharjah
Whereas the attached judgment's copy has been issued against you in the favor of the Claimant/
Dubai Islamic Bank in the case mentioned hereinabove.

And whereas the mentioned claimant has submitted a request to execute the said judgment and paid the fees for it and whereas the judgment has obliged you for the following:
The total amount including all fees and expenses is 326290 AED
Therefore, you are obliged to pay what's mentioned in the execution writ hereinabove within 15 days from the date of notifying you with this notice.
And in case of your failure to do so, the court shall take all of the compulsory execution procedures according to law.

The judge/ Wael Ahmed Abdulla
Federal court of Sharjah
Civil Execution court

---

THE GULF TIME
DATE: 06-10-2021

**GOVERNMENT OF RAS AL KHAIMAH**
Courts Department

**Notice of Payment by publication**
**File no: 310/2021 – Civil Execution**

At the request of the Prevailing party:
Rashid Ahmed Hafez Qari Mohammed Farid, Nationality: Pakistan

To the losing party: Siraj Husen Gelete
Nationality: Ethiopian

Kindly be informed that RAK Court passed a judgment against you on 20/09/2020 in case no 1581 6/2020, binding you to pay AED 9659.00 including fees and expenses, and since the above prevailing party has submitted a request to execute the said judgment registered under the above mentioned number, you are required to execute the said judgment within 15 days as from the next day of notification, in case of default, the court will take the appropriate legal procedures against you to execute the judgment in addition to consequent fees.

Execution Section
Noora Abdulrahman Abdbullah

THE GULF TIME — DATE: 06/10/2021

# UNITED STATES DISTRICT COURT
## for the
## Central District of California

Civil Action No. 5:20-CV-02618-JWH (KKx)
**MOSES HEREDIA**, Plaintiff(s)
v.
**MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN**
Defendant(s)

SUMMONS IN A CIVIL ACTION
To: (Defendant's name and address) Daniel Kinahan
PO Box 454833,
Al Barsha Post Office,
Dubai, UAE

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Rajan O. Dhungana
Federal Practice Group
14481 Aspen Street
Hesperia, CA 92344
rdhungana@fedpractice.com
If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.                Date: 8/5/2021

**CLERK OF COURT**

# إعـــــلان

## العدد ١٣٣٥٩ بتاريخ ٢٠٢١/١٠/٦

الدعوى رقم : -5:20-cv-02618 ؛ المستند تاريخ إقامة الدعوى : الصفحة: 1 الرقم التعريفي للصفحة:
JWH-KK 45 2021/05/08 من 1 297

AO 440 (نسخة منقحة: 12/06) إعلان دعوى مدنية

محكمة مقاطعة الولايات المتحدة الأمريكية للمنطقة المركزية لولاية كاليفورنيا

موسى هيريديا

المدعي (المدعون)

ضد - ام تي كيه جلوبال للإدارة الرياضية ذ.م.م، وام تي كيه جلوبال يو إس أيه ذ.م.م، وجولدين بوي برموشنز إنك، وبول دي. جيبسون، ودانيال كيناهان

دعوى مدنية رقم : 5:20-CV-
02618-JWH (KKx)

المدعى عليه (المدعى عليهم)

إعلان دعوى مدنية

إلى: (اسم المدعى عليه وعنوانه)   ام تي كيه جلوبال للإدارة الرياضية ذ.م.م
الوحدة رقم: 3005-B    جميرا باي تاور اكس 3   قطعة أرض رقم: JLT-PH2-X3A
أبراج بحيرات جميرا   دبي   الإمارات العربية المتحدة

يُرجى العلم بأنه قد جرت إقامة دعوى ضدكم.

يجب إرسال رد إلى المدعي بخصوص الشكوى أو الالتماس المرفق بموجب المادة 12 (أ) (2) أو (3) من قواعد الإجراءات المدنية الفيدرالية وذلك في غضون 21 يوماً من تاريخ إعلان الدعوى هذا (دون حساب يوم تسلُّم إعلان الدعوى) أو في غضون 60 يوماً إذا كنتم من الولايات المتحدة الأمريكية، أو وكالة قائمة بالولايات المتحدة الأمريكية، أو مسؤولاً، أو موظفاً في الولايات المتحدة الأمريكية على النحو المبين في قواعد الإجراءات المدنية الفيدرالية. كما يجب إرسال الرد أو الالتماس إلى المدعي أو وكيل المدعي المبين اسمه وعنوانه أدناه:

راجان أو. دونغانا

فيديرال براكتيس جروب   14481 أسبين ستريت

هيسبيريا، سي أيه 92344   rdhungana@fedpractice.com

في حال عدم الرد ستصدر المحكمة حكماً غيابياً ضدكم بالانتصاف تأييداً للطلب المبين في الشكوى. إضافة إلى ذلك، يجب إرسال ردكم أو التماسكم إلى المحكمة.

كاتب المحكمة / توقيع كاتب المحكمة أو نائب كاتب المحكمة /يوجد توقيع / التاريخ: 2021/05/08

/ختم محكمة مقاطعة الولايات المتحدة الأمريكية للمنطقة المركزية لولاية كاليفورنيا، الولايات المتحدة الأمريكية/