# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFONIA

### EASTERN DIVISION

MOSES HEREDIA V. MTK GLOBAL SPORTS MANAGEMENT, LLC, et al.

5:20-CV-02618-JWH-KK

## ATTACHMENT'S TABLE OF CONTENTS

| Attach. No. | Description |
|---|---|
| 1 | *Article,* Paul Gibson Appointed International Operations Director of MTK Global *(November 2017)* |
| 2 | Email stating Gibson is an agent of MTK *(November 11, 2020)* |
| 3 | Email to Paul Gibson from The Federal Practice Group *(February 18, 2021)* |
| 4 | Follow up Email to Gibson from The Federal Practice Group *(March 16, 2021)* |
| 5 | *Wikipedia Page,* Daniel Kinahan |
| 6 | *Article, Daniel Kinahan 'named and shamed' in Dubai Newspapers (January 2022)* |
| 7 | *Article,* Tyson Fury's Association with Suspected Mob Boss Daniel Kinahan *(October 2021)* |
| 8 | *Website Link, Tyson Fury's Biography on MTK Global's Site* |
| 9 | *Article, Tyson Fury thanks Daniel Kinahan for organizing Anthony Joshua fight (June 2020)* |
| 10 | *Article,* Bob Yalen Appointed CEO of MTK Global *(June 2020)* |
| 11 | *Article,* Boxing Firm MTK Enters Partnership with Daniel Kinahan *(May 2020)* |
| 12 | *Article,* Boxing 'crime boss' Daniel Kinahan Still Working  *(February 2021)* |
| 13 | *Article,* Cartel chief Daniel Kinahan Served with Court Summons in Dubai bolt-hole by US Lawyers *(June 2021)* |
| 14 | *Article,* Daniel Kinahan - BBC Documentary Alleges the Controversial Figure Is Still Advising Boxers *(February 2021)* |

| | |
|---|---|
| 15 | *Article,* Daniel Kinahan Issues Public Statement Ahead of BBC Panorama Probe into Boxing World *(January 2021)* |
| 16 | *Article,* Daniel Kinahan May Have US Assets Seized *(January 2021)* |
| 17 | *Article,* Daniel Kinahan Podcast Interview with James English Pulled Due to 'Legal Issues' *(March 2022)* |
| 18 | *Article,* Daniel Kinahan Praised by MTK Global President Bob Yalen *(July 2019)* |
| 19 | *Article,* Daniel Kinahan Pursued by Criminal Assets Bureau for First Time *(March 2022)* |
| 20 | *Article,* Daniel Kinahan Ran Boxing Using Fear and Bullying *(July 2020)* |
| 21 | *Article,* Daniel Kinahan Statement Released to Talksport from Controversial Boxing Adviser After Panorama Investigation *(February 2021)* |
| 22 | *Article,* Joseph Diaz Lost His Title and His Car *(March 2021)* |
| 23 | *Article,* Law360 Heredia's Suing VGC *(December 2020)* |
| 24 | *Article,* Lawyers Want Boxing Authorities to Freeze Fight *(February 2021)* |
| 25 | *Article,* Paul Gibson Appointed MTK Chief Strategy Officer - MTK global *(June 2020)* |
| 26 | *Article,* Promotion Company Founded by Daniel Kinahan says it 'is not front for European drug cartel' *(March 2022)* |
| 27 | *Article,* What We Know About Tyson Fury's 'advisor' Daniel Kinahan, a Suspected $1.1 billion Drug Lord *(July 2020)* |
| 28 | *Wikipedia Page,* MTK Global |
| 29 | *Email of Service to Ireland Counsel – Finucanes Firm, (March 17, 2021)* |
| 30 | *Email of Service to UK Counsel – Brand Smith (March 17, 2021)* |
| 31 | *MTK Global 1st Service News Clipping in English and Arabic (March 18-20, 2021)* |
| 32 | Kinahan 1st Service News Clippings in English and *Arabic (March 21, 2021)* |

| | |
|---|---|
| 33 | Follow up Emails from UAE Counsel to Reynolds regarding Service *(March 21 and 27, 2021)* |
| 34 | Emails from UAE Counsel to FPG confirming Service *(March 18, 2021)* |
| 35 | MTK Global 2nd Service News Clipping in English *(October 06, 2021)* |
| 36 | VGC Letter to Golden Boy re: JoJo Diaz *(November 09, 2020)* |
| 37 | Golden Boy Promotions Letter to VGC re: JoJo Diaz *(November 10, 2020)* |

# Attachment 1

Click To Subscribe: Gallows @ fred 63 Sketch

MTK GLOBAL

FOLLOW US ON

   

November 9, 2017

## PAUL GIBSON APPOINTED INTERNATIONAL OPERATIONS DIRECTOR OF MTK GLOBAL



RELATED POSTS

LONDON CALLING FOR MICHAEL CONLAN AS HE LINKS UP

January 24, 2018

| What are you looking for? | Search |



SEÁN TURNER FLYING FIT FOR CROSSROADS BO

December 5, 2017

**Matthew Macklin believes Paul Gibson will help carry MTK Global onto the next level**

MTK Global are delighted to announce that Paul Gibson has joined the company as Director of International Operations.

The appointment forms part of the recent Management Buy-In and Paul will play a key role in MTK Global's future as it looks to consolidate and then build upon five years of rapid growth. He will be heavily involved in both the boxing and the commercial side of the business.

With over five years' experience within the corporate banking sector in London, Frankfurt and Edinburgh, Paul brings a wealth of financial expertise to the table.

A lifelong boxing fan, he has more recently been working as a highly-respected journalist and author, covering the sport for outlets such as the Guardian and the BBC while publishing two books on fighters.

Having been based in Spain and Latin America for the past seven years, Paul is fluent in Spanish and has connections throughout the Hispanic boxing world. He has already tapped into this network to arrange top class sparring, source opponents and sign fighters.

Born and raised in Belfast, Paul's longstanding relationships with MTK Global boxers such as Jamie and Michael Conlan and Carl Frampton make him a natural fit for the company and MTK Global co-founder Matthew Macklin believes there is no one better to fulfil the role:

"It is great to have Paul on board," says Macklin. "I have known him for years through his media work and there is no doubt he knows boxing. The new management team head-hunted him and when I discovered his background in finance I knew he'd be perfect to help carry MTK Global forward onto the next level."

Paul can't wait to get started: "It was too exciting an opportunity to turn down. What MTK Global has achieved in such a short space of time is incredible and all the fighters I have spoken with have only good things to say about the company. There are some big plans being put in place for 2018 and I'm looking forward to working with the new management team and being part of the journey now."

Further announcements on new management personnel will follow shortly.

SAUNDERS 'OVER THE MOON' TO SEE TYSON FUR

December 13, 2017

PROUD MTK SPONSORS

Share:

Twitter

Facebook

WhatsApp

LinkedIn

Tags:

MTK Global    Paul Gibson    TEAM MTK Global

OSPECTS RETAIN UNBEATEN RECORDS – RESULTS & REACTION        07 Sep   TILL: INJURIES INEVIT

OUR PARTNERS






Book a class

View schedule

PAGES          GYMS

About          MTK Global          MTK TV

News           Manchester          MTK Foundation

Classes        Marbella            Contact

Gallery        Scotland

Booking

MTK Newcastle
0191 469 1007





**Eric Montalvo**

**Subject:**            FW: FW: Diaz adv. Golden Boy Promotions
**Attachments:**     image001.png

---------- Forwarded message ---------
From: **George Gallegos** <George@gallegoslawfirm.com>
Date: Wed, Nov 11, 2020 at 12:14 PM
Subject: FW: Diaz adv. Golden Boy Promotions

Call me to discuss

Sincerely,

George A. Gallegos, Attorney at Law

Law Offices of George A. Gallegos

328 S. Atlantic Blvd. Suite 100

Monterey Park, CA 91754

(626) 576-8988

---

**From:** James Greeley <jgreeley@vgcllp.com>
**Sent:** Wednesday, November 11, 2020 11:58 AM
**To:** George Gallegos <George@gallegoslawfirm.com>
**Cc:** Alex Safyan <asafyan@vgcllp.com>
**Subject:** Re: Diaz adv. Golden Boy Promotions

**Confidential Settlement Communication Made Under Cal. Evidence Code Section 1152**

George,

We received your letter.  We will, of course, present any legitimate offer to Mr. Diaz.  A legitimate offer contains at least the following elements:  (1) an opponent; (2) a purse; (3) a date; (4) and a location.   Your note is missing half of those, and instead gives an undefined two month timeframe for a bout with no location set.  This overture is pretext meant to create the illusion of contractual compliance where it does not exist.

Your letter also contains a clear message to Mr. Diaz:  Golden Boy does not view its champion and former Olympian as a main event fighter worthy of compensation commensurate with his talent or accomplishments.  You have made it plain in our previous communications and this latest letter that your client prioritizes non-champions above Mr. Diaz.  Mr. Diaz has competed in two championship fights.  Golden Boy was the lead promoter of neither.  The best Golden Boy can offer Mr. Diaz is an undercard spot for an unspecified time and location for a subpar purse.  To be clear, do you already have a deal in place with the Russian promoter or is this another attempt to get Mr. Diaz to agree to a fight that Golden Boy is not even in a position to offer?  Has the Russian promoter agreed to a deal with Golden Boy granting the rights to its fighter and agreeing that the fight can take place at any time in the months of February and March 2021 in an unknown location?  If so, please provide me the contract or confirmation from the Russians.

Offering an undercard slot for its world champion comes immediately on the heels of a previous slight you acknowledge--a Golden Boy press release failing to mention Mr. Diaz altogether.  Golden Boy and its publicist could have easily corrected the supposed error immediately or at any time since.  As of this writing, they have not.  That speaks for itself.

So there is no misunderstanding, emotion is not driving this.  Business concerns are.  Golden Boy can say, through its counsel, that is endeavoring to fulfill its obligations to Mr. Diaz.  But Golden Boy's actions--the inability or unwillingness of Golden Boy to make a fight for Mr. Diaz this year--speak louder and more convincingly.  Golden Boy is clearly focused exclusively on other fighters.  And laying the blame for this non-performance on something you call "Team Diaz," which was evidently, in your mind, comprised of a known felon and unlicensed boxing manager on the one hand, and a lawyer that Mr. Diaz had not engaged to represent him, does not absolve Golden Boy of its failures.  It compounds them.

Last week, I offered a call to discuss how we could work cooperatively to resolve this situation together. You rejected it in favor of a letter writing campaign.  That approach is leading us nowhere except litigation.  In one last attempt to avoid that, I would suggest a call between the business teams at MTK and Golden Boy to discuss Mr. Diaz's future.  Please let me know who the appropriate contact would be at Golden Boy.  Paul Gibson would take the call on behalf of MTK.  Clearly, you and I are not going to resolve this between lawyers.

Regards,
Jim Greeley

James L. Greeley | Principal

2

m: 310.902.4847 | email: jgreeley@vgcllp.com

9461 Charleville Blvd.

Suite 757

Beverly Hills, CA 90212


http://www.VGCllp.com


On Tue, Nov 10, 2020 at 2:43 PM George Gallegos <George@gallegoslawfirm.com> wrote:

Alex,

 Please see attached.


Sincerely,


George A. Gallegos, Attorney at Law

Law Offices of George A. Gallegos

328 S. Atlantic Blvd. Suite 100

Monterey Park, CA 91754

(626) 576-8988


**From:** Alex Safyan <asafyan@vgcllp.com>
**Sent:** Monday, November 9, 2020 1:32 PM
**To:** George Gallegos <George@gallegoslawfirm.com>
**Cc:** James Greeley <jgreeley@vgcllp.com>
**Subject:** Diaz adv. Golden Boy Promotions


George,


Please see the attached letter on behalf of Joseph Diaz, Jr.

Regards,

Alexander R. Safyan | Litigation Partner



t: 424.256.8296 | [www.vgcllp.com](http://www.vgcllp.com)

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this message in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail and delete the original message.

## Eric Montalvo

**From:** Jason Moy
**Sent:** Thursday, February 18, 2021 6:53 PM
**To:** 'Cestero, Ricardo'; James Greeley; 'Alex Safyan'; 'p.gibson@mtkglobal.com'; 'george@gallegoslawfirm.com'
**Cc:** Eric Montalvo; Rajan Dhungana; Ji-Eun Lee; Daisy Chung
**Subject:** Heredia v. Diaz - Demand Letter in re Management Fee
**Attachments:** Heredia v. Diaz - Demand Letter to GBP, Diaz, and MTK in re management f....pdf

Gentlemen,

Please see attached on behalf of Mr. Montalvo.

Best Regards,

Jason Moy



Jason Moy | Senior Associate
1750 K Street, NW, Suite 900 | Washington, DC 20006
202-862-4360 | Fax: 888-899-6053 | www.FedPractice.com

   

Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice: This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq., and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

## Eric Montalvo

| | |
|---|---|
| **From:** | Jason Moy |
| **Sent:** | Tuesday, March 16, 2021 8:59 PM |
| **To:** | 'p.gibson@mtkglobal.com' |
| **Cc:** | Eric Montalvo; Jason Moy; Daisy Chung; Ji-Eun Lee |
| **Subject:** | Notification of Lawsuit and Request for Waiver of Service in Heredia v. MTK et. al. |
| **Attachments:** | DOC 20-1 Civil Cover Sheet cv-71 Amended Civil Cover Sheet (Heredia).pdf; DOC 20 AMENDED COMPLAINT (Heredia).pdf; CV-108 - Waiver for Mr. Gibson.pdf |

Dear Mr. Gibson,

I am an attorney and our firm represent Heredia Boxing Management and Moses Heredia, plaintiffs in Heredia v. MTK, et. al. (5:20-cv-02618-JWH-KK). You are listed as a defendant in this case.  Please let us know if you have retained counsel and the name, phone number, and email of counsel.

Best Regards,

Jason Moy



   

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:**  This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

# Attachment

# 5

# Daniel Kinahan

**Daniel Kinahan** (born 25 June 1977[1]) is an Irish reputed gang boss and boxing promoter from Dublin. He has been named by the High Court of Ireland as a senior figure in organised crime on a global scale.[2][3][4][5] The Criminal Assets Bureau has stated he "controlled and managed" the operations of the Kinahan Organised Crime Group (commonly referred to by the media as the *Kinahan Cartel*), a criminal organisation which smuggles drugs and firearms into Ireland, the UK and mainland Europe and "has associations that facilitate international criminal activity in Europe, Asia, the Middle East and South America".[6][7][8][9][10] The Kinahan Cartel is party to the Hutch–Kinahan feud, which has resulted in 20 murders, most of which have taken place on the streets of Dublin.[11][12][13]

Kinahan was reported to have fled his "safe-haven" of Dubai on 9 July 2020 as a result of the EncroChat probes.[14]

## Contents

Early life

Kinahan Cartel

Boxing promotion controversy

References

# Early life

Kinahan was born in 1977. He is the eldest son of Christy Kinahan, a convicted drug dealer widely reported to be the founder and leader of the Kinahan Cartel.[15]

In 2001, Kinahan was one of five people arrested in connection with a "vicious attack" on two members of the Garda Síochána outside Shelbourne Park greyhound stadium in May of that year. He was charged with assault and refused bail by Dublin District Court in July 2001. In January 2002, the charges were dropped.[1]

# Kinahan Cartel

In a 2009 diplomatic cable sent from a US embassy in South America to The Pentagon, Kinahan was described as a "suspected international drug-trafficking figure".[1]

Kinahan was arrested in Spain in 2010, during a joint Spanish–Irish–British operation, in which SOCA, the predecessor to the UK's National Crime Agency, deployed more than 200 officers in the arrest phase of the multinational drug trafficking inquiry.[16]

Kinahan was the reported target of the 2016 Regency Hotel Shooting in which three people were shot, including Kinahan associate David Byrne (32), who was shot dead.[17][18] It was reported that the Garda Síochána believed Kinahan fled the attack by jumping out a window.[17] He has also been the target of at least one more assassination attempt.[16]

In 2018, a Spanish police officer told a court in Marbella that Kinahan had ordered the murder of gang rival Gary Hutch on the Costa del Sol in 2015.[19]

As of 2019, Kinahan lives in Dubai with brother Christopher Kinahan Jr.

He is banned from entering the US, having been placed on a list of "narco terrorists", compiled by the FBI and Drug Enforcement Administration. There are 27 other associates of the Kinahan Cartel who are also banned from entering the US.[21] His father, Christy Kinahan, and brother Christopher Jr, are also barred from entering the US.[16] Kinahan is reported to be a target for the UK's National Crime Agency.[16]

DEA documents sent to the Dutch police exposed what would be a super drug cartel headed by Daniel Kinahan, Raffaele Imperiale (Camorra's drugs and arms dealer), Ridouan Taghi (former Dutch most wanted criminal, now in jail) and Edin G. (Bosnian drug trafficker). The group was observed by the DEA having meetings in the Burj Al Arab hotel in Dubai, where is the base of the alleged cartel. The meetings took place in 2017, however, it only reached the Dutch media in October 2019. The DEA regards this as one of the world's fifty largest drug cartels, with a virtually monopoly of the Peruvian cocaine and would control around a third of the cocaine trade in Europe. Yet, according to the DEA documents, the destination for all the drugs shipments would be the Dutch ports.[22][23][24]

# Boxing promotion controversy

In 2012 Kinahan founded MTK Global (originally named MGM) with Irish boxer Matthew Macklin in Marbella, Spain. Since its founding, MTK Global has signed a host of world-class fighters, such as Tyson Fury. In 2017, in the wake of the shooting of David Byrne of which Kinahan was considered the main target, MTK Global cut its ties with Kinahan.[25] However, he has remained a prominent figure in the international boxing world, including as an advisor and matchmaker for Fury.[26]

Despite cutting ties with MTK Global in February 2017, Kinahan remained an active figure in global boxing. On 10 June 2020, it was reported that Tyson Fury and Anthony Joshua had reached an agreement in principle for a two-fight deal, which pundits touted as the "biggest fight in British boxing history". Fury publicly thanked Kinahan for helping to broker the agreement. "Big shout-out Dan, he got this done, literally over the line, two-fight deal, Tyson Fury versus Anthony Joshua next year." He said. "One problem, I've just got to smash Deontay Wilder's face right in in the next fight and then we're going to the Joshua fight next year."[27]

In June 2020, the Irish government expressed its "outrage" over the involvement of Kinahan in the brokering of the proposed boxing agreement, leading to Kinahan being named in the Irish parliament, Dáil Éireann, and being singled out by Taoiseach Leo Varadkar, the country's prime minister.[28] The Irish Department of Foreign Affairs contacted authorities in the United Arab Emirates regarding Kinahan.[29] BBC News reported that "politicians, police officers and the public in Ireland are keen that the outside world get to know what they call the real Daniel Kinahan."[30]

Also in June 2020, Kinahan, who served as a "special adviser" to KHK Sports was dropped from the role after just a month. KHK Sports, owned by Khalid bin Hamad Al Khalifa, a son of the king of Bahrain, enlisted the assistance of the head of international media relations for the Bahrain government, in communicating the statement of Kinahan's termination in the role to media outlets directly.[31][32]

Later in June 2020 Tyson Fury ended his relationship with Daniel Kinahan according to Bob Arum.[33]

# References

1. Brady, Tom (12 June 2020). "Who is Daniel Kinahan? From €1bn crime empire and murderous feuds, to his planned life as boxing promoter" (https://www.independent.ie/irish-news/who-is-daniel-kinahan-from-1bn-crime-empire-and-murderous-feuds-to-his-planned-life-as-boxing-promoter-39281504.html). Irish Independent. Retrieved 13 June 2020.
2. Reynolds, Paul (18 May 2020). "Daniel Kinahan 'reinventing' himself as boxing promoter" (https://www.rte.ie/news/crime/2020/0517/1138858-daniel-kinahan/). RTÉ News. Retrieved 12 June 2020.

3.  "Promoter Behind Fury-Joshua Deal Provokes Outrage in Ireland" (https://www.nytimes.com/aponline/2020/06/11/sports/ap-box-joshua-fury-promoter.html). The New York Times. 11 June 2020. Retrieved 13 June 2020.

4.  "Government urged to pressure UAE to eject crime boss Daniel Kinahan" (https://www.irishtimes.com/news/crime-and-law/government-urged-to-pressure-uae-to-eject-crime-boss-daniel-kinahan-1.4276982). The Irish Times. 12 June 2020. Retrieved 13 June 2020.

5.  "Irish Government to write to UK counterparts over Daniel Kinahan controversy" (https://www.telegraph.co.uk/boxing/2020/06/12/irish-government-write-uk-counterparts-daniel-kinahan-controversy/). The Telegraph. 12 June 2020. Retrieved 13 June 2020.

6.  "Boxing promotions company MTK enters partnership with Daniel Kinahan" (https://www.rte.ie/news/ireland/2020/0521/1139799-kinahan-boxing/). RTÉ News. 21 May 2020. Retrieved 12 June 2020.

7.  "Outrage in Ireland over Tyson Fury thanking Daniel Kinahan" (https://www.espn.com/boxing/story/_/id/29297729/outrage-ireland-tyson-fury-thanking-daniel-kinahan). ESPN. 11 June 2020. Retrieved 13 June 2020.

8.  McQuinn, Cormac (12 June 2020). "Daniel Kinahan: Outrage over Dublin gang boss role in world boxing showpiece" (https://www.belfasttelegraph.co.uk/news/republic-of-ireland/daniel-kinahan-outrage-over-dublin-gang-boss-role-in-world-boxing-showpiece-39279840.html). Belfast Telegraph. Retrieved 13 June 2020.

9.  "Government to write to UK counterparts over Daniel Kinahan controversy" (https://www.breakingnews.ie/ireland/government-to-write-to-uk-counterparts-over-daniel-kinahan-controversy-1004821.html). Press Association. 11 June 2020. Retrieved 13 June 2020.

10. "Daniel Kinahan 'reinventing' himself as boxing promoter" (https://www.rte.ie/news/crime/2020/0517/1138858-daniel-kinahan/). RTÉ News. 18 May 2020. Retrieved 13 June 2020.

11. Foy, Ken (11 September 2017). "Garda crackdown on crime has cost Kinahan gang millions as big hitters face criminal charges" (https://www.independent.ie/irish-news/garda-crackdown-on-crime-has-cost-kinahan-gang-millions-as-big-hitters-face-criminal-charges-36120428.html). Irish Independent. Retrieved 13 June 2020.

12. MacNamee, Garreth (17 May 2020). "The curious case of Daniel Kinahan: Cocaine scion or boxing power broker?" (https://www.thejournal.ie/daniel-kinahan-dubai-5097835-May2020/). TheJournal.ie. Retrieved 13 June 2020.

13. Güell, Oriol (7 November 2016). "Why is Irish drug trafficker Christy Kinahan still at liberty on the Costa del Sol?" (https://english.elpais.com/elpais/2016/11/04/inenglish/1478268077_569082.html). EL PAÍS. Retrieved 13 June 2020.

14. Foy, Ken; Feehan, Conor (9 July 2020). "Gardai probe reports that hunted mob boss Kinahan has fled his safe-haven of Dubai" (https://www.herald.ie/news/gardai-probe-reports-that-hunted-mob-boss-kinahan-has-fled-his-safe-haven-of-dubai-39352213.html). The Herald.

15. Lally, Conor (17 February 2016). "The six unsolved gun murders linked to the Kinahan cartel" (https://www.irishtimes.com/news/crime-and-law/the-six-unsolved-gun-murders-linked-to-the-kinahan-cartel-1.2538303). The Irish Times. Retrieved 12 June 2020.

16. O'Neill, Sean (13 June 2020). "Daniel Kinahan: Tyson Fury's adviser is on radar of UK drug unit" (https://www.thetimes.co.uk/article/daniel-kinahan-tyson-furys-adviser-is-on-radar-of-uk-drug-unit-gt8ss5zgk). The Times. Retrieved 13 June 2020.

17. O'Keeffe, Cormac (8 February 2016). "Gardaí believe main target jumped out a window to escape Regency hotel attack" (https://www.irishexaminer.com/ireland/gardai-believe-main-target-jumped-out-a-window-to-escape-regency-hotel-attack-380655.html). Irish Examiner. Retrieved 13 June 2020.

18. Lally, Conor (8 February 2016). "Regency Hotel shooting: Cutbacks saw gardaí miss a big target" (https://www.irishtimes.com/news/ireland/irish-news/regency-hotel-shooting-cutbacks-saw-garda%C3%AD-miss-a-big-target-1.2527414). The Irish Times. Retrieved 13 June 2020.

19. Gallagher, Conor (11 June 2020). "Daniel Kinahan's role in major boxing match draws ire" (https://www.irishtimes.com/news/crime-and-law/daniel-kinahan-s-role-in-major-boxing-match-draws-ire-1.4276911). The Irish Times. Retrieved 12 June 2020.

20. "How the Kinahan crime gang were jailed" (https://www.rte.ie/news/2019/0802/1066647-how-the-kinahan-gang-were-jailed/). RTÉ News. 4 August 2019. Retrieved 12 June 2020.

21. "'Criminal parasite' Daniel Kinahan at centre of £200m fight between Tyson Fury and Anthony Joshua" (https://www.thetimes.co.uk/article/criminal-parasite-daniel-kinahan-at-centre-of-200m-fight-between-tyson-fury-and-anthony-joshua-3c76d9cww). The Sunday Times. 13 June 2020. Retrieved 13 June 2020.

22. "Taghi part of 'super cartel' controlling third of EU cocaine trafficking: report (https://nltimes.nl/2019/10/18/taghi -part-super-cartel-controlling-third-eu-cocaine-trafficking-report)". *NL Times*. 18 October 2019. Retrieved 24 June 2020.

23. "Bundelen cokekartels de krachten in Dubai?" (https://www.destentor.nl/binnenland/bundelen-cokekartels-de-kr achten-in-dubai~aaec6071/) (in Dutch).

24. "Werkt Ridouan Taghi samen met deze drugshandelaren?" (https://www.parool.nl/nederland/werkt-ridouan-taghi -samen-met-deze-drugshandelaren~be80f6f2/?utm_source=link&utm_medium=social&utm_campaign=shared_ earned) (in Dutch).

25. "MTK distance themselves from Daniel Kinahan as they announce Ireland 'boycott' " (https://www.independent.i e/irish-news/news/mtk-distance-themselves-from-daniel-kinahan-as-they-announce-ireland-boycott-36583754.h tml). *Irish Independent*.

26. Rumsby, Ben; Davies, Gareth A. (10 June 2020). "Anthony Joshua vs Tyson Fury: Fighters have reached agreement over two-fight deal, says Eddie Hearn" (https://www.telegraph.co.uk/boxing/2020/06/10/anthony-josh ua-vs-tyson-fury-fighters-have-reached-agreement/). *The Telegraph*.

27. Rumsby, Ben; Davies, Gareth A. (10 June 2020). "Anthony Joshua vs Tyson Fury: Fighters have reached agreement over two-fight deal, says Eddie Hearn" (https://www.telegraph.co.uk/boxing/2020/06/10/anthony-josh ua-vs-tyson-fury-fighters-have-reached-agreement/). *The Telegraph*.

28. Government express 'outrage' to UK sports minister over Kinahan boxing involvement (https://www.irishtimes.c om/sport/other-sports/government-express-outrage-to-uk-sports-minister-over-kinahan-boxing-involvement-1.4 276924) Irish Times, 2020-06-11

29. Carroll, Rory (11 June 2020). "Irish government contacts UAE over crime boss role in Fury-Joshua bout" (http s://www.theguardian.com/sport/2020/jun/11/irish-government-contacts-uae-over-boss-role-in-fury-joshua-bout). The Guardian. Retrieved 12 June 2020.

30. Harrison, Shane (11 June 2020). "Daniel Kinahan: Questions over Fury-Joshua fight promoter's 'drug gang links' " (https://www.bbc.co.uk/news/world-europe-53010105). BBC News. Retrieved 12 June 2020.

31. Rumsby, Ben (16 June 2020). "Sports firm KHK drops Joshua-Fury broker Daniel Kinahan after controversy" (ht tps://www.telegraph.co.uk/boxing/2020/06/16/sports-firm-khk-drops-daniel-kinahan-criminal-links/). The Telegraph. Retrieved 16 June 2020.

32. Gallagher, Conor (16 June 2020). "Daniel Kinahan is dropped as adviser by sports company" (https://www.irisht imes.com/news/crime-and-law/daniel-kinahan-is-dropped-as-adviser-by-sports-company-1.4280625). The Irish Times. Retrieved 16 June 2020.

33. de Menezes, Jack (24 June 2020). "Tyson Fury splits from controversial advisor Daniel Kinahan" (https://www.in dependent.co.uk/sport/boxing/tyson-fury-daniel-kinahan-anthony-joshua-fight-dillian-whyte-a9582731.html). *The Independent*. Retrieved 24 June 2020.

Retrieved from "https://en.wikipedia.org/w/index.php?title=Daniel_Kinahan&oldid=968889280"

**This page was last edited on 22 July 2020, at 04:03 (UTC).**

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Attachment
# 6

UNDAY WORLD

Friday, 18 March 2022 | 10.4°C Dublin     Subscribe   Register

NEWS   **CRIME**   SPORT   SHOWBIZ   LIFESTYLE   VIDEOS     ☰ MORE

IRISH CRIME   COURTS   SPECIAL INVESTIGATIONS   WORLD CRIME

# FEELING THE HEAT | Daniel Kinahan 'named and shamed' in Dubai newspaper as lawyers pressure cartel boss

**Dubai-based lawyers published a court summons for the cartel kingpin on the same page of a Dubai newspaper containing a court summons issued by the UAE Ministry of Justice**



UFC fighter Darren Till, who is not involved in crime, takes a stroll in Dubai with Daniel Kinahan

**Patrick O'Connell**
**January 24 2022 09:00 PM**
  

Lawyers chasing Daniel Kinahan over a boxing dispute in which they have accused him of murder, drug trafficking and money- laundering have ramped up the pressure on the mob boss in his Dubai bolthole.


page of a Dubai newspaper containing a court summons issued by the United
Arab Emirates (UAE) Ministry of Justice.

Details of the brazen move can today be revealed after law outfit Khairallah
Advocates & Legal Consultants filed evidence of service with the United
States District Court for the District of California.

Accompanying a letter confirming service of the summons, lawyer
Abdultaiyab Bahrainwala filed the newspaper clipping.



Eric Montalvo

This is the second time California based lawyer Eric Montalvo, who has
accused Kinahan of racketeering and using MTK Boxing for the purposes of
laundering drug cartel cash, has published a summons for Kinahan in a
newspaper in the UAE.

Mr Montalvo represents Heredia Boxing Management who are suing Kinahan
and MTK Global Sports Management over the alleged poaching of boxer
JoJo Diaz.

It is the first time a summons for Kinahan has been published alongside an
official Ministry of Justice summons.

"It's about as in your face as you can get," a source told the <span style="color:red">Sunday World</span>.




— **TOP VIDEOS** —



**Jono
Carroll
tells
Boxing
King**

⚙ Privacy

Daniel Kinahan named and shamed' by Dubai newspaper - Sunday World.com



changed
his life



Archive:
Life and
death
inside
the mob

"Publishing the summons in this manner ensures that not only will Kinahan read it but also that senior officials in the Ministry of Justice in the UAE will see it.

"The activities of foreigners in Dubai are closely watched by the government so this will infuriate him. The authorities there have tolerated Kinahan's presence in the Emirate so far, but things like this can only ramp up the pressure he is under."



'Happy
St.Patrick's
Day
everyone,
except
Putin' say
Jedward in
hilarious
video

Mobster Kinahan is notoriously protective of his reputation within the UAE and previously threatened legal action against an online publication in Dubai after it published a story describing him as a 'notorious Dublin gangster'.

## SUNDAY WORLD NEWSLETTER

Sign up for the latest news and updates

Enter your Email Address    Sign Up



Watch:
Hilarious
video of
Customs
and
Excise
carrying
out
petrol
check on
electric
car

In November 2018, the Lovin' Dubai website apologised for referring to him as an international drug baron in an article titled 'Notorious Irish gangster is getting married today in the Burj Al Arab'.

The piece detailed Kinahan's marriage to the widow of slain trafficker, Micka 'the Panda' Kelly in Dubai.



English
man
explains
St
Patrick's
Day in
hilarious
video



MTK allegedly poached JoJo Diaz



It's thought the website's decision to apologise to the man repeatedly named in court as an international drugs trafficker may have been due to the

🔒 Privacy



**SUNDAY WORLD** NEWS CRIME SPORT SHOWBIZ LIFESTYLE VIDEOS PODCASTS

Libel and slander are criminal rather than civil offences in Dubai, carrying a maximum sentence of up to two years in prison and a fine of over €4,700.

However, the publication of the legal summons, which makes far more serious and detailed allegations against Kinahan, carries no such risks.

Although anyone who saw it could use the case number to link to the RICO allegations of money laundering and drug trafficking before the civil courts in California, the advert itself is allowed under both US and UAE law.

It's understood the decision to publish the summons in Dubai was taken by former military lawyer Eric Montalvo who is spear-heading a case for damages against Kinahan and MTK after efforts to issue the summons to the mob boss personally were frustrated.

Under Californian law, where a person does not make themselves available for summons, a writ can be legally executed by publication in a widely read newspaper in the jurisdiction where the party to be summonsed resides.

**— READ MORE —**

- Shipping firm suspends activities in Brazil after being 'used' by Kinahan-linked super-cartel
- Luxury car company founded by Thomas 'Bomber' Kavanagh to conceal drugs cash is shut down
- Lawyer for Daniel Kinahan associate Ridouan Taghi denies he plotted to escape prison

The summons, which has now been certified in the UAE and California as served on Kinahan, gave him 21 days to respond to the charges against him, or face judgment in default that could see damages ordered against him running to millions of dollars.

It's understood Mr Montalvo's clients are seeking damages of a minimum US$2 million and could seek to have assets belonging to Kinahan seized if he does not comply with the summons and respond to the allegations.

MTK has submitted its response to the allegations being made against it as part of the US lawsuit.

It denied Kinahan was a noted member of the notorious Kinahan cartel or that he oversees the company's operations.

The filing went on to say MTK Global USA "lacked sufficient knowledge or information" to admit or deny claims made by Heredia that the Kinahan cartel was allegedly responsible for several murders, drug trafficking and money laundering, and that Daniel Kinahan had fled Ireland after the Regency attack and was now living in Dubai.

MTK Global US said that, on the basis of this lack of knowledge, it was denying each allegation. The company also denied claims it had engaged in racketeering and denied it ever transacted in or held funds directly or indirectly derived from racketeering activity.

Promoted Links by

 How Seniors Relieve 'Bone-On-Bone' Knee Troubles (Works Fast) AmRelieve

 Singer Ari Lennox arrested at Amsterdam airport The Grio

 Before you shop on Amazon, read this Capital One Shopping

 The Best-Kept Secret to Healthier Snacking Mauna Loa

**LATEST IRISH CRIME** — MORE ›

- Man (30s) arrested for terrifying armed robbery in Dublin after he tried to flee from gardai
- Gardaí warn of mobile phone thefts ahead of St Patrick's Day bank holiday
- Woman (40s) arrested after gardai find over €200k worth of heroin and cannabis
- Johnny 'Mad Dog' Adair says man who tried to kill him should face trial for Denis Donaldson killing
- How tycoon Jim Mansfield Snr juggled the business world and the crime underworld

**LATEST** — MORE ›

- 11 minutes ago
Woman and two children who went missing from Drogheda yesterday located

Case 5:20-cv-02618-JWH-kk   Document 80-2   Filed 04/01/22   Page 23 of 149   Page ID
                                        #:1933



**NEWS**   **CRIME**   **SPORT**   **SHOWBIZ**   **LIFESTYLE**   **VIDEOS**   **PODCASTS**

# Download the Sunday World app

Now download the free app for all the latest Sunday World News, Crime, Irish
Showbiz and Sport. Available on Apple and Android devices

    

Promoted Links by                                          Recommended by ▷



Nissan's Gorgeous New Lineup Has Arrived (See It
Now)
    Cars | Search ads

Read This Before You Renew Amazon Prime
Again
    Capital One Shopping



Greatest High School Basketball Teams of All Time

Stadium Talk

---

- Weymouth man charged after
  protester ties himself to post
  during Everton match

● 38 minutes ago
**Rachael Blackmore's Gold Cup
win seals stunning cash windfall
for Galway punter**

● 58 minutes ago
**Man arrested on suspicion of
attempted murder following**

Belfast assault which left man
critical

● 1 hour ago
**Man (39) admits telling garda
'f\*\*k off, f\*\*k you' and punching
him in the face**

Privacy



# SUNDAY WORLD

NEWS  CRIME  SPORT  SHOWBIZ  LIFESTYLE  VIDEOS  PODCASTS



**100+ Kid-Friendly Series From Disney+**
POPSUGAR



# SUNDAY WORLD

Search entire site

**NEWS**
Latest News
Irish News
Comment
World News
Northern Ireland

**CRIME**
Irish Crime
Courts
Special Investigations
World Crime

**SPORT**
Soccer
GAA
Columnists
Rugby
Boxing
Golf
Horse Racing
Other Sport

**SHOWBIZ**
Irish Showbiz
Celebrity
TV
Movies
Music

**LIFESTYLE**
Real Life
Fashion & Beauty
Health & Fitness
Ask the Experts
Food
Travel
Tech
Motoring
Pubspy

Videos
Podcast
Newsletters
Jellow.ie
Learning Force
Socials

  

Sitemap     Archive     Contact Us     Terms & Conditions     Privacy Statement     Cookie Policy     Group Websites     Advertise with Us

A **MEDIA**HUIS WEBSITE © SUNDAYWORLD.COM

 ✿ Privacy

# Attachment 7





INSIDER

Subscribe

HOME > SPORTS

# Tyson Fury's association with suspected mob boss Daniel Kinahan overshadows Deontay Wilder fight week

**Alan Dawson**  Oct 7, 2021, 12:53 PM

  

Download the app



HOMEPAGE

Subscribe

3/18/22, 3:33 PM
Case 5:20-cv-02618-JWH-KK   Document 80-2   Filed 04/01/22   Page 27 of 149   Page ID
#:1027
Tyson Fury's Link to Alleged Mob Boss Daniel Kinahan Revisited



**Tyson Fury arrives in Las Vegas for the Deontay Wilder trilogy fight.**  Photo by Mikey Williams/Top Rank Inc via
Getty Images

- **Tyson Fury's high-profile third fight with American boxer Deontay Wilder takes
  place Saturday.**

---

- **But behind the fight lurks reports that Fury is linked to alleged mob boss Daniel
  Kinahan, who has a prominent role in global boxing.**

---

- **Kinahan's organized crime group — which specializes in drugs and weapons — is
  suspected in 18 deaths.**

---

- **Visit Insider's homepage for more stories.**

---

---

‹   HOMEPAGE                                                                    Subscribe

3/18/22, 3:38 AM          Case 5:20-cv-02618-JWH-KK          Document 80-2 Filed 04/01/22 Page 29 of 149   Page ID
Tyson Fury's Link to Alleged Mob Boss Daniel Kinahan Revisited
#:1028

WBC heavyweight boxing champion Tyson Fury returns to the ring Saturday for a big-money trilogy bout with long-time rival Deontay Wilder, a ferocious puncher from the US.

They fought twice before, to a draw in 2018 and a Fury knockout win in 2020. Those events captured the public imagination because of the combat-sport drama

combined with the undeniable pizzazz from the shows.

Fury's status as the No.1 boxer in the sport's glamour division is a far cry from where he was five years ago. At that time, he was an obese retired athlete who said he abused alcohol, cocaine, and had contemplated suicide.

The fighter's former trainer, Ben Davison, credited his comeback in boxing to the advisor, agent, and event promoter Daniel Kinahan. Davison said Kinahan was a "Godsend" to Fury, according to a new book.

---

‹  HOMEPAGE                                                        Subscribe

was named in a high court in Ireland as the figurehead of the $1 billion Kinahan

Organized Crime Group, also known as The cartel. The ruling itself was never published but was reported by The Irish Times. The Kinahan Organized Crime Group allegedly has interests in hard drugs, weapons, and, according to a special criminal court, specializes in execution-style murders, as previously detailed by Insider.

A bloody feud between the Kinahan Organized Crime Group and the Hutch Organized Crime Group has reportedly "led to the deaths of 18 men in Ireland and

Spain" over the last five years, according to Paul Reynolds, the crime correspondent at Ireland's national broadcaster RTE. The gangland conflict was largely a one-sided slaughter, with the Kinahan cartel coming out on top, according to award-winning crime journalist Nicola Tallant.

There is no suggestion that Davison or Fury are linked to criminality. Kinahan has previously denied that he is a criminal.

Tallant, based in Ireland, revisited Fury's association with Kinahan in a new book, "Clash of the Clans: The rise of the Irish narcos and boxing's dirty secret," published September 30.

---

‹ HOMEPAGE                                                          Subscribe

Insider contacted a legal representative of Kinahan's about the allegations in this

Case 5:20-cv-02618-JWH-KK    Document 80-2    Filed 04/01/22    Page 30 of 149    Page ID #:1030

story, but has yet to receive a reply.

## Fury became linked to Kinahan four years ago

In March 2017, Fury posted a selfie taken with Kinahan on his Twitter account. They are both seen smiling for the camera.

It is unclear if this was his first introduction to Kinahan. However, Tallant reports

❮  H O M E P A G E    Subscribe

This period is significant to Fury, who was at a point where he had a considerable

Case 5:20-cv-02618-JWH-KK Document 80-2 Filed 04/01/22 Page 31 of 149 Page ID #:1031



public image problem in the UK. He had made sexist and racist comments regarding women and Jewish people.

"I believe a woman's best place is in the kitchen and on her back," he said in 2015. The following year, he said: "Zionist, Jewish people own all the banks, all the papers, all the TV stations," a statement that employs the fictitious anti-Semitic trope of global Jewish control.

In June 2016, the UK Anti-Doping agency suspended Fury after drug-test samples reportedly showed he had elevated levels of nandrolone metabolites, according to iNews. The organization said the following year that Fury never knowingly or deliberately committed an anti-doping rule violation.

Fury resumed his career in June 2018, after a near-three year hiatus following his iconic victory over Wladimir Klitschko in a bamboozling for the ages.

Those three years away from the sport were wrought with issues, and his relationship

❮ HOMEPAGE                                    Subscribe

"Tyson was questioning everything about himself, even his own existence," Davison said, according to the "Clash of the Clans" book.

"To have somebody come along and say 'don't worry, I believe in you, I've got your back' was a Godsend to him. Daniel gave him the footings to start again, a positive outlook, and a pathway back to the top. It was huge for Tyson."

Kinahan was a shoulder for Fury to cry on, according to Tallant, who reported that he also showed him a "sparkling future, one of unimaginable wealth, where all his worries were left behind."

## Fury reportedly attended Kinahan's lavish wedding in Dubai

Kinahan married Caoimhe Robinson in May 2017 at the seven-star Burj Al Arab hotel in Dubai in May 2017. Tallant claims "criminals from all over the world" attended the event.

❮  HOMEPAGE                                                        Subscribe

Some were "under surveillance" by the Drug Enforcement Agency (DEA), who believed Kinahan joined forces with the largest cocaine barons in Europe. According to Tallant, this included "Dutch criminal Ridouan Taghi, Chilean trafficker Richard Eduardo Riquelme Vega, aka El Rico, Italian mob boss Raffaele Imperiale, and Bosnian Edin Gacanin of the notorious Dino and Tito Cartel."

**This is what has since happened to Kinahan's wedding guests:**

- Dubai police arrested Morocco-born Ridouan Taghi in 2019. The Guardian reported at the time that he was the suspected head of a cocaine trafficking gang, and the most wanted man in the Netherlands. He is currently being held at the maximum-security Nieuw Vosseveld prison in Vught, Netherlands, amid an ongoing trial where he, along with 16 others, have been charged with a series of murders and attempted murders, Dutch News reported in August.

- The Dutch-Chilean trafficker Richard Eduardo Riquelme Vega was jailed for 11 years in June, according to the Independent in Ireland. The newspaper reported that he was found guilty of operating an assassination ring and laundering drug money.

- Dubai police arrested Raffaele Imperiale in July, as per an Interpol report that



‹ HOMEPAGE                                                        Subscribe

trafficking and organized crime."

3/18/22, 3:33 PM  Case 5:20-cv-02618-JWH-KK   Document 80-2   Filed 04/01/22   Page 34 of 149   Page ID
Tyson Fury's Link to Alleged Mob Boss Daniel Kinahan Revisited
#:1034

- Edin Gacanin is believed to be in Dubai. According to Kurir, a daily tabloid newspaper in Serbia, he is believed to be "the boss of one of the most powerful drug clans in the world." Similar language has been used by the OCCRP, which is the Organized Crime and Corruption Reporting Project.

Tallant wrote in the book: "The DEA believed they had joined forces to form a European 'Super Cartel' by buying supplies in bulk and moving it together to cut back on transport costs.

"The DEA believed they had moved billions of cocaine into Europe already and that Daniel Kinahan had been the one that proposed the business partnership."

< HOMEPAGE                                                    Subscribe

**Daniel Kinahan.** Photo by YouTube / Acrobat Tv

Alleged gangsters were not the only attendees at the Kinahan wedding. Fury was present as a guest of honor, alongside his wife, Paris. Fury, though, appeared to commit a faux pas when he posted a message on social media to wish Kinahan well. "He was ordered to delete a tweet," according to Tallant.

Kinahan and Fury's relationship tightened over the years. So much so that the heavyweight posted a video message on his Twitter account praising him in 2020.

## 'Big thank you, Dan'

"I'm just after getting off the phone with Daniel Kinahan," Fury began in his message. "He just informed me that the biggest fight in British boxing history has just been agreed. Get up there, my boy!

<HOMEPAGE                                    Subscribe

"Big shout out, Dan — he got this done. Literally, over the line; two-fight deal: Tyson Fury vs. Anthony Joshua next year.

"One problem, I just got to smash Deontay Wilder's face right in the next fight and then we go into the Joshua fight."

< HOMEPAGE                                                                           Subscribe

This video was the catalyst for significant political intervention. Irish leader Leo
Varadkar, who was Taoiseach at the time, told lawmakers in Ireland that the country
would be talking to the United Arab Emirates about Kinahan, who continued to
reside there. Tallant claimed Varadkar consulted with the "country's most senior
officers" for a personal briefing on Kinahan.

Multiple politicians were appalled.

Neale Richmond, who represents a region in Dublin, made accusations in February
2021 that: "[Kinahan's] cartel has heaped misery on the streets of our capital through
drugs, terror, and murder."

Richmond called on boxing to oust Kinahan from the sport. "There is a responsibility

 HOMEPAGE     Subscribe

3/18/22, 3:38 PM    Case 5:20-cv-02618-JWH-KK    Document 80-2    Filed 04/01/22    Page 38 of 149    Page ID
#:1039
Tyson Fury's Link to Alleged Mob Boss Daniel Kinahan Revisited

Between comments from politicians and mainstream media scrutiny in Ireland and
the UK, Fury's promoter Bob Arum, the founder and CEO of American fight firm Top
Rank, said Kinahan would no longer be involved in Fury's fight negotiations. Fury,
though, made a bizarre post on Instagram that claimed Kinahan should be Ireland's
"PM" — which is likely short for Prime Minister.

One boxing source with knowledge of the situation, who spoke to Insider under the
condition of anonymity, doubted that Kinahan would ever leave boxing for good. Last
year, the source told us Kinahan would always strive to be involved at the sport's
highest echelons and with the best fighters behind the scenes or, preferably, in front
of them.

"With people like Kinahan ... people don't just sever ties with him," the source said.
"He severs ties with you."

### Tallant's book continues to tell an inconvenient truth about boxing



‹  HOMEPAGE                                                          Subscribe



**Tyson Fury.** Photo by Mikey Williams/Top Rank Inc via Getty Images

"Clash of the Clans" focuses on Daniel Kinahan, his alleged links to organized crime, and how much he influences the sport of boxing through big names like Fury.

Boxing's media largely downplay these links. Some seem to pretend Kinahan's background does not even exist, while others appear to participate in the "sportswashing" of his image, as Insider has previously detailed. It is particularly relevant now as interest in Saturday's "Fury vs. Wilder 3" fight in Las Vegas continues to build.

Currently, the media spotlight appears to be on trivial things, like excuses Wilder made in the months that followed his knockout defeat to Fury in February last year — a fight where Insider was ringside.

‹  HOMEPAGE                                        

The bigger story is that Kinahan has grown to a position in boxing where he is one of
the most powerful figures in the sport. His advisory role with Terence Crawford, one
of boxing's best fighters, is yet further evidence he has a growing influence on the
fight game in America, having already established himself as a significant boxing
executive in Europe.

"I continue to be involved in planning multiple record-breaking and exciting world
title fights," he said in a rare statement to Talksport earlier this year, adding later: "I'm
not part of a criminal gang."

Tallant is unconvinced, and said Kinahan's attempt to reinvent himself from an
alleged gangland criminal to businessman "has been a disaster," and something that,
she said, could potentially end with him being thrown in "a jail cell."

*"Clash of the Clans" is published by Mirror Books.*

⚡ **KEEP READING**

‹ HOMEPAGE                                                    Subscribe



## The Refresh from Insider

### Welcome!

For Mar 18. Hosts Rebeca Ibarra and Dave Smith bring you realtime news…

00:00                                                                    10:41

| **Welcome!** | 00:11 |
| It's the 23rd day of Russia's invasion of Ukraine | 00:05 |

Spooler

## NOW WATCH: The science behind how NFL quarterbacks throw perfect spirals



‹  H O M E P A G E                                        Subscribe



More:    Tyson Fury    Boxing    Deontay Wilder    Daniel Kinahan    ∨

\* Copyright © 2022 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our

Terms of Service, Privacy Policy  and  Cookies Policy.

Contact Us    |    Sitemap    |    Disclaimer    |    Accessibility    |    Commerce Policy    |    CA Privacy Rights    |    Coupons    |    Made in NYC

|    Jobs

Stock quotes by finanzen.net    |    Reprints & Permissions

‹    HOMEPAGE                                                                                           Subscribe

3/18/22, 3:30 PM    Case 5:20-cv-02618-JWH-KK    Document 80-2 Filed 04/01/22 Page 43 of 149    Page ID
Tyson Fury's Link to Alleged Mob Boss Daniel Kinahan Revisited
#:1043

# Attachment 8

Gain a globally recognised qualification with the MTK Academy - Learn more



## TYSON FURY

31-0-1-KO22

Heavy
United Kingdom

| Profile | Career |

## BIOGRAPHY

A man who needs little introduction. Fury was born months premature but despite his fragile state, his father John named him after Mike Tyson and told surrounding nurses that his son would one day be heavyweight champion of the world.

+ Read More



## MTK GLOBAL SPONSORS

 

**PAGES**

About

Boxers

News

Events

Privacy Policy

Cookie Policy

MTK TV

MTK Foundation

MTK Academy

MTK Global Business

MTK Global Careers

Contact

**GYMS & LOCATIONS**

Manchester

Scotland

Newcastle

Liverpool

Leeds

Lake District

Gloucestershire

Worcestershire

Sydney

Africa

Kazakhstan

UAE

Tenerife

Fuerteventura

Costa Blanca

Tucson

Japan

Costa Brava

New York City

Marseille

Miami

Denmark

Croatia

Alberta

LNK Boxing

MTK Global © 2021 - Website by Xtensive

# Attachment 9

ARCHIVE: Tyson Fury thanks Daniel Kinahan for organising Anthony Joshua fight - Independent.ie



Friday, 18 March 2022 | 10.4°C Dublin

# Independent.ie

News   Opinion   Business   Sport   Life   Style   Entertainment   Travel   ☰ Sections

Irish News   Dublin   World News   Local News   Local ePapers   Environment   Weather   Latest News   Video   Topics

## ARCHIVE: Tyson Fury thanks Daniel Kinahan for organising Anthony Joshua fight



**@Tyson_Fury Twitter**
June 11 2020 08:17 AM

  

## Read More

**Independent.ie**

News    Opinion    Business    Sport    Life    Style    Entertainment    Travel

## Most Watched Videos



Kellie Harrington sings 'Grace' on The Late Late Show



John C. Reilly sings Raglan Road on The Late Late Show





Arnold Schwarzenegger tells 'truth' about Ukrainian conflict to Russian people





English guy explains St Patrick's Day in hilarious video



Tourists make hilarious effort to impersonate Irish accents and phrases for St Patrick's Day





Incredible survival of



WATCH: Ryan Tubridy reveals



⚙ Privacy



# Attachment 10

Gain a globally recognised qualification at the MTK Academy - Learn more

MTK GLOBAL

June 29, 2020

# BOB YALEN APPOINTED CEO OF MTK GLOBAL



**MTK Global is delighted to announce the appointment of Bob Yalen as the company's new CEO.**

Yalen replaces MTK owner Sandra Vaughan who is stepping down from the CEO position after three successful years.

A member and elector of the International Boxing Hall of Fame since its inception, Yalen has held numerous high-level positions within the world of combat sports. The highly respected American was instrumental to the boxing coverage of ABC Sports for over 20 years, as well as producing the boxing coverage for NBC Sports at the 1996 and 2000 Olympics.

He went on to become ESPN's Director of Programming & Acquisitions in 1996, and after eight successful years there, positions as Director at Mohegan Sun and CPTV Sports followed.

In addition, Yalen has acted as a consultant for Showtime, CBS Sports and Fox Sports and is a six-time Sports Emmy award winner. A former Associate Editor of Ring Record Book and FightFax Record Book, he is regarded as one of the world's leading boxing historians and record-keepers.

In 2016 he was elected to the Boxing Hall of Fame in Connecticut, where he currently resides. Before joining MTK as the company's president in 2018, Yalen was the Technical Director and Chairman of the Ratings Committee of the WBC.

**Speaking on the announcement Yalen said:** *"I feel both humbled and incredibly motivated by this opportunity. It has been an honour to be a part of the growth of MTK since 2018 and I now look forward to driving the business to even greater heights as CEO. Sandra Vaughan has done a phenomenal job over the past three years and I now intend to build on her successes."*

Case 5:20-cv-02618-JWH-KK   Document 80-2   Filed 04/01/22   Page 55 of 149   Page ID #:1055

**Outgoing CEO Sandra Vaughan added:** *"It is a pleasure to welcome Bob into his new position. We are going through a transitional phase in the business and I feel fortunate to have someone of Bob's experience and expertise to assume the CEO role and allow me to focus my energies in other areas. I wish him all the best in this new chapter for MTK."*

**Stay up to date at** [mtkglobal.com](mtkglobal.com) **and on social media** [@mtkglobal](@mtkglobal)

**Share:**

Twitter

Facebook

WhatsApp

LinkedIn

**Tags:**

( Bob Yalen )   ( Boxeo )   ( Boxing )   ( MTK Global )

STAY UPDATED WITH THE LATEST NEWS

**Email Address** *

Subscribe

FOLLOW US ON



PROUD MTK SPONSORS



| RWEIGHT TITLE | 11 Mar | MTK GLOBAL STARS EARN BIG WINS ON FRIDAY | 11 Mar | |

# MTK GLOBAL SPONSORS







| PAGES | MTK TV | GYMS & LOCATIONS | Sydney | |
|---|---|---|---|---|
| | MTK Foundation | | Africa | |
| About | MTK Academy | Manchester | Kazakhstan | Costa Brava |
| Boxers | MTK Global Business | Scotland | UAE | New York City |
| News | MTK Global Careers | Newcastle | Tenerife | Marseille |

Events                Contact                                    Fuerteventura          Miami

Privacy Policy                                                   Costa Blanca           Denmark

Cookie Policy                                     Leeds          Tucson                 Croatia

                                        Gloucestershire         Japan                  Alberta

                                        Worcestershire                                 LNK Boxing

MTK Global © 2021 – Website by Xtensive

    

# Attachment 11

# Boxing promotions company MTK enters partnership with Daniel Kinahan

Updated / Thursday, 21 May 2020 **14:28**



Daniel Kinahan was last week appointed as a special advisor to KHK Sports

The boxing promotions company MTK has announced it has entered into a partnership with Daniel Kinahan and KHK Sports to stage the world's biggest boxing and combat sports events in the Middle East.

Kinahan has been identified in the High Court in Dublin as a senior figure in organised crime on a global scale.

The Criminal Assets Bureau said he "controlled and managed" the operations of the Kinahan organised crime group, an organisation that smuggles drugs and guns into Ireland, the UK and mainland Europe and "has associations that facilitate international criminal activity in Europe, Asia, the Middle East and South America".

MTK had previously denied it had any relationship with Kinahan.

Kinahan was last week appointed as a special advisor to KHK Sports, which was founded in 2015 by His Highness Sheikh Khalid Bin Hamad Al Khalifa, the fifth son of King Hamad, the ruler of Bahrain.

In today's press release Kinahan is quoted as saying: "This is a monumental move for KHK Sports and MTK Global. Both organizations have been making substantial waves in the international combats sports landscape and combined, the sky is the limit in what they can achieve.

"The only way for the sport to truly grow and be accessible to all, is to make it a truly global sport and this partnership will ensure that boxing is accessible to all in the Middle East and open the region to international opportunities."

Kinahan was also named in a High Court judgment on 31 July 2018 that resulted in the loss of €1.4 million of criminal assets to a Dublin-based criminal organisation led by Liam Byrne, whom the court found was "a trusted lieutenant of Daniel Kinahan and the Kinahan organised crime group".

Gardaí believe this is another step in Kinahan's reinvention as a boxing promoter.

Last week, his role in the sport at the highest level was endorsed by the US promoter Bob Arum, the CEO of MTK Sandra Vaughan and by KHK Sports, which is linked to the Bahrain royal family.

Mr Arum confirmed that Kinahan was working on securing a world heavyweight title fight between Tyson Fury and Anthony Joshua.

---

# News Headlines

The latest headlines from the RTÉ Newsroom – straight to your inbox.

Sign Me Up

Article printed from RTE.ie

# Attachment 12

**B B C**

Home     News     Sport     More ▾     🔍 Search

Home | Coronavirus | Video | World | US & Canada | UK | Business | Tech | Science | Stories |     More

Entertainment & Arts

UK | England | N. Ireland | Scotland | Wales | Local News

ADVERTISEMENT

# Boxing: 'Crime boss' Daniel Kinahan still working in the sport

🕒 1 day ago



POLARPIX

Daniel Kinahan, originally from Ireland, moved to Dubai in 2016

**A suspected crime boss is still working at the top of world boxing, a BBC Panorama investigation has found.**

Daniel Kinahan has no criminal convictions but has been named in the Irish courts as the head of one of Europe's most prominent drug cartels.

The suspected gangster helped set up boxing management business MTK Global **-** but it was announced last year he was stepping away from the sport.

But the company has now confirmed he still advises some of its boxers.

Panorama has spoken to several boxing insiders who have expressed concerns about Mr Kinahan's power and influence in the sport.



GETTY IMAGES

Barry McGuigan now works as a boxing manager

Former world champion Barry McGuigan said there was an element of terror around the Kinahan name.

"There is no doubt that there is an intimidation effect, there is no question about that," he said. "If we were to believe what we believe, this is a very dangerous man.

"Someone has got to look out for this sport. They really need to look at this situation very carefully, because it's bloody dangerous."

The courts in Ireland have accepted the Kinahan Organised Crime Group is involved in drug trafficking, money laundering and gangland executions.

Mr Kinahan moved to Dubai in 2016 and police believe the Kinahan family is now running the drugs gang from there.

His role in world boxing caused an outcry in June last year when it emerged he had been working as a personal adviser to world heavyweight champion Tyson Fury ahead of **his much-anticipated title fight** with fellow British champion Anthony Joshua.



GETTY IMAGES

Fury thanked Daniel Kinahan for brokering a deal that would allow him to fight Joshua

Mr Kinahan's involvement in boxing was raised in both the British and **Irish parliaments**, but the criticism fizzled out when it was announced **he was stepping away from the sport**.

The Panorama investigation shows this has not happened.

Lawyers for MTK Global told the programme: "It is true that Mr Kinahan provides some personal advice to a number of boxers managed by MTK Global and we are instructed that Mr Kinahan also provides such advisory services to

and we are a management and boxing services company, servicing boxers who are managed by other worldwide boxing management companies too."

They said Mr Kinahan had never owned, controlled or been an employee of MTK Global.

Panorama asked Fury whether Mr Kinahan was still his personal adviser, but he did not respond.

- **Kinahan to 'take time away' from boxing**
- **Questions over fight promoter's 'drug gang links'**
- **Timeline of Dublin 'gangland' feud**

More than 30 people linked to the Kinahan cartel have already been jailed in Ireland.

Panorama understands the Irish authorities are going to try to get other gang members deported from the United Arab Emirates.

John O'Driscoll, an assistant commissioner from the Irish police, said they had been successful in identifying members of the cartel - but declined to confirm any names.

Panorama also understands the American Drug Enforcement Agency (DEA) may be investigating the gang.

The DEA said it was not able to comment on the activities of the Kinahan cartel because it is part of an ongoing investigation.

Mr Kinahan's lawyers said he has no criminal convictions and the allegations about him running a violent cartel are false and have no evidential basis.

"He is proud of his record in boxing to date. He has operated on the basis of honesty and with a commitment to putting fighters' needs first," they said.

"Mr Kinahan is a successful and independent advisor in the boxing industry in his own right. It is a matter of public record that he has exited the business of MTK."

*Panorama, Boxing and the Mob is on BBC One on Monday 1 February at 21:00 and BBC iPlayer.*

---

## Related Topics

| Drugs trade | Republic of Ireland | Tyson Fury |
|---|---|---|

## More on this story

### Carl Frampton challenged over Daniel Kinahan links

15 September 2020

### Adviser Kinahan to 'take time away'

29 June 2020

### Questions over fight promoter's 'drug gang links'

11 June 2020

### Joshua-Fury agree to two fights - Hearn

11 June 2020

## More Videos from the BBC

Recommended by Outbrain

**The toxic ingredient being smuggled onto US menus**

**The striking difference between French and American attitudes to sex**

**The truth about Christopher Columbus**

**UK 'must come down hard' on South Africa variant**

**Romney: 'Tell Trump voters the truth'**

**Schwarzenegger: 'I know where Trump's lies lead'**

## Elsewhere on BBC

Recommended by Outbrain



BBC

**Singapore's first crowdsourced digital art exhibition turns fond Singapore memories into art.**

BBC

**Ten films to watch in February**

BBC

**Twenty films to watch in 2021**

BBC

**The buried ship found on an English estate**

BBC News

**Pakistan court outlaws 'virginity tests'**

BBC

**Why your banking habits matter for the climate**

---

## Top Stories

### Aung San Suu Kyi charged after Myanmar army coup

The elected civilian leader has not been heard from since she was detained on Monday.

🕐 1 hour ago

### Study showing vaccine slows virus spread 'superb'

🕐 4 hours ago

### PM announces national clap for Capt Sir Tom

🕐 35 minutes ago

ADVERTISEMENT

## Features



**Migrant girl held by US for 531 days and counting**



**Uighur camp detainees allege systematic rape**



**Racial Impostor Syndrome: When you feel like a fake**



**What do we know about China's Covid-19 vaccines?**



**Haunting images of America's painful past**



**What to expect from the Golden Globe nominations**



**Saving South Africa's abandoned chicks**



**BBC Culture: The ultimate French style icon?**



**Solar energy empowers young women in Yemen**

## Elsewhere on the BBC





## Football phrases

15 sayings from around the world

---

## Most Read

Eric Trump hits out at MSPs in wealth debate

1

---

Uighur camp detainees allege systematic rape

2

---

Aung San Suu Kyi charged after Myanmar army coup

3

---

Radio stations drop country star over racial slur

4

---

Study showing vaccine slows virus spread 'superb'

5

---

Missing hiker taken against will, partner fears

6

---

India says Rihanna tweet on farmers 'irresponsible'

7

---

British man facing jail flees Iran over mountains

8

---

Sister sues Mariah Carey over 'vindictive' book

9

---

Mummies with golden tongues unearthed in Egypt

10

ADVERTISEMENT

ADVERTISEMENT

# BBC News Services

On your mobile

On smart speakers

Get news alerts

Contact BBC News

| | | | | | |
|---|---|---|---|---|---|
| Home | Sport | Worklife | Future | Music | Weather |
| News | Reel | Travel | Culture | TV | Sounds |

Terms of Use    About the BBC    Privacy Policy    Cookies    Accessibility Help    Parental Guidance

Contact the BBC    Get Personalised Newsletters    Why you can trust the BBC    Advertise with us

AdChoices / Do Not Sell My Info

© 2021 BBC. The BBC is not responsible for the content of external sites. **Read about our approach to external linking.**

# Attachment 13

**UNDAY WORLD**

Tuesday, 15 March 2022 | 8.7°C Dublin

Subscribe | Register

NEWS | CRIME | SPORT | SHOWBIZ | LIFESTYLE | VIDEOS | ☰ MORE

IRISH CRIME | COURTS | SPECIAL INVESTIGATIONS | WORLD CRIME

# WRIT HITS THE FAN | Cartel chief Daniel Kinahan served with court summons in Dubai bolt-hole by US lawyers

Solicitor describes how mob boss is living in gated compound with heavy security



Daniel Kinahan with top US boxing promoter Bob Arum

**Patrick O'Connell**
June 06 2021 02:30 AM

 

Cartel boss Daniel Kinahan has been formally served with a racketeering summons in his Dubai bolthole.

For the first time, the 44-year-old's security cordon in the UAE has been breached.

Agents, co-ordinated by lawyer and retired US marine Eric Montalvo, succeeded in formally serving him with a demand to appear before a US court.

Criminal & Small Business Law
Experienced/Trusted. Over 3 decades helping businesses and the accused berniemyattorney.com



**SUNDAY WORLD**    NEWS    CRIME    SPORT    SHOWBIZ    LIFESTYLE    VIDEOS    PODCASTS

compounds and security guarded buildings, closed off to the public at all times.

Kinahan is accused of racketeering and money laundering, and the claims have been issued as part of proceedings in a high-profile legal wrangle between Heredia Boxing Management and MTK, over Mexican boxer Jo Jo Diaz.

The summons, which has now been certified in the UAE as served on Kinahan, gives him just days to respond to the charges against him, or face judgment in default that could see damages ordered against him running to tens of millions of dollars.



Lawyer and ex-marine Eric Montalvo.

But more concerning to billionaire Kinahan will be the fact that his failure to answer the racketeering and money-laundering questions could be viewed by US boxing authorities as a tacit acceptance of the charges against him.

"They tried to (dodge the summons) but we already got a hold of Kinahan and MTK," Mr Montalvo - who served combat tours in Iraq and Afghanistan during 21 years in the US Marine Corps - told the Sunday World.

"Daniel Kinahan has been served and MTK as well."

Pressed on the issue of how the summons was served, he said, given his military background: "I have the ability to communicate in a way that most firms cannot, with an existing law firm that understood what needed to happen and could do this on our behalf.

"For most people, trying to find some Dubai law firm to do that would be a Herculean effort. Had I not had this relationship, then certainly I would have been up a pole. So, I was fortunate to have established this relationship several years ago.

— **TOP VIDEOS** —    ☒

**Criminal & Small Business Law**
Experienced/Trusted. Over 3 decades helping businesses and the accused berniemyattorney.com



**SUNDAY WORLD NEWSLETTER**

Sign up for the latest news and updates

Enter your Email Address     Sign Up

petrol check on electric car



Man makes threats with over Quinn/McDo feud in Fingl



Daniel Kinahan talks about The Regency hotel shooting to podcaster James English

Mr Montalvo said 21-day period to respond since service has expired, but his team is not yet in a position to seek judgment against Kinahan and MTK in default - as they are continuing to work on amending the complaint before the Californian courts.

"We may have to serve another summons on him but that is not a problem," he said.

"I'm evaluating that, because if I can get default judgment then maybe I'll just do that, I just haven't made my decision yet. I'm weighing up my different options because service the last time was a pain.

"I got it done but it was a pain and I'm not sure if I want to go through that again. But I'd rather get it right than just get it done. The default judgment would request a certain amount and he would be stuck with that when the judge approves it.

"I can't get into the calculus of that right now."

Asked how difficult Kinahan had made it to serve the summons, he said: "People with money can put up barriers. They can have guards and they can have closed compounds.



Fight breaks out at fuel pumps as petrol stations run dry



Mountjoy Cell Phone Party for Cartel

— READ MORE —

- **Lawyers for Kinahan-linked gangster in jail for murder call for probe into possible 'Iran' link**
- **How Daithi Douglas's fate was sealed by vengeful Kinahan cartel who met in secret**
- **Daniel Kinahan's 'super cartel' ally El Rico is jailed for 11 years for running gangland assassination ring**

"Buildings in Dubai are not openly accessible and you have to have a basis for being in a building.

"There is fair amount of scrutiny and there are cameras all over the place. Unless you know where someone is going to be, it's not as easy as it is in other countries to get a hold of somebody.

"You can travel in cars that are not necessarily registered to him and everything is blacked out, so it is a challenge.



**Criminal & Small Business Law**
Experienced/Trusted. Over 3 decades helping businesses and the accused berniemyattorney.com

3/15/22, 10:09 AM    Cartel chief Daniel Kinahan served with court summons in Dubai bolt-hole by US lawyers - Sunday world.com

Case 5:20-cv-02658-JWH-KK Document 80-2 Filed 04/01/22 Page 76 of 149 Page ID #:1076



**SUNDAY WORLD**    NEWS    CRIME    SPORT    SHOWBIZ    LIFESTYLE    VIDEOS    PODCASTS

"That's what part of Dubai is about – money and exclusivity. And with the amount of money that he has, he can certainly make it difficult, but not impossible.



Summons formally issued in Dubai to Kinahan

"It's just harder. A guy showing up to work at Dunkin' Donuts everyday, he's going to get served. But a guy that has €500m or a billion dollars running around and he's also a narco-terrorist, I think that made it a little harder.

"If it was easy to catch a criminal, then cops wouldn't have jobs, right?"

Asked how confident he is that the courts in California will order Daniel Kinahan and MTK to pay up in the wrangle over Diaz, Mr Montalvo said: "I do believe we will ultimately prevail ."

The allegations against Kinahan and MTK are contained in a 32-page filing, submitted to the US District Court in California, in support of a civil suit against the Irish organised crime boss and the company he founded in 2012.

The papers, filed by Mr Montalvo, allege that MTK lured Jojo Diaz away from his contract with Heredia Boxing Management (HBM) by offering him a $100,000 advance on his next prize purse, which "essentially caused Mr Diaz to mortgage his future away".

> ## ❝ The papers also allege MTK funded a campaign against HBM to get it to release Diaz as a client.

This included the sending of "threatening" letters and social media posts smearing Heredia.

The claim also alleges Kinahan, who is regarded by gardaí as the head of the Kinahan Organised Crime Group, still controls MTK, and uses fights to

Available now on Apple

Promoted Links by


Read This Before You Renew Amazon Prime Again
Capital One Shopping


Singer Ari Lennox arrested at Amsterdam airport
The Grio


Many Medicare Recipients Have Failed To Claim This (Check If You Qualify)
Penny Pinchers


Daily Items That Are Dirtier Than Your Pet's Mouth
pethelpful.com

LATEST CRIME ———————— MORE ›

- **Barrister allegedly shot unarmed dad in back of head after farm 'altercation', court told**

- **Rachel Allen's son Joshua withdraws appeal against cocaine possession conviction**

- **Solicitor and accountant's premises, and five homes searched in Sligo CAB raid**

- **Decorated Tipperary soldier jailed for sexually abusing three boys 40 years ago**

- **Irish beauty spot sees rise in indecent exposure incidents and sexual shenanigans!**

LATEST ————————— MORE ›

Criminal & Small Business Law
Experienced/Trusted. Over 3 decades helping businesses and the accused berniemyattorney.com

3/15/22, 10:07 AM · Cartel chief Daniel Kinahan served with court summons in Dubai bolt-hole by US lawyers - Sunday World.com

Case 5:20-cv-02658-JWH-KK · Document 80-2 · Filed 04/01/22 · Page 77 of 149 · Page ID #:1077



| NEWS | **CRIME** | SPORT | SHOWBIZ | LIFESTYLE | VIDEOS | PODCASTS |

MTK, which was founded by Kinahan, wants to become the dominant force in US boxing.

It has repeatedly claimed Kinahan has stepped away from the company.

In a witness statement submitted to the High Court in London, MTK's then CEO Sandra McClumpha said "Mr Kinahan has no interest in (or association with) MTK whatsoever. I deny unequivocally MTK's association with any criminal enterprise."

# Download the Sunday World app

Now download the free app for all the latest Sunday World News, Crime, Irish Showbiz and Sport. Available on Apple and Android devices

 

Promoted Links by                    Recommended by



The Worst Retirement Mistakes People Make
SmartAsset



How to order DoorDash without paying DoorDash prices
Capital One Shopping



**Criminal & Small Business Law**
Experienced/Trusted. Over 3 decades helping businesses and the accused berniemyattorney.com

×

Bord Gáis announces massive energy price hike with gas bills set to rise by €350

● 8 hours ago
**Inquest hears how boy (12) suffered 'severe brain injury' after school bannister fall**

● 8 hours ago
**Rachel Allen's son Joshua withdraws appeal against cocaine possession conviction**

● 9 hours ago
**Sky News presenter Kay Burley refers to 'British' support for Ukrainian refugees who fled to Dublin**



**SUNDAY WORLD**   NEWS   **CRIME**   SPORT   SHOWBIZ   LIFESTYLE   VIDEOS   PODCASTS

Before you renew Amazon Prime, read this

Capital One Shopping



7 Ways to Retire Comfortably With $500K

Fisher Investments

**SUNDAY WORLD**

Search entire site

| NEWS | CRIME | SPORT | SHOWBIZ | LIFESTYLE |
|------|-------|-------|---------|-----------|
| Latest News | Irish Crime | Soccer | Irish Showbiz | Real Life |
| Irish News | Courts | GAA | Celebrity | Fashion & Beauty |
| Comment | Special Investigations | Columnists | TV | Health & Fitness |
| World News | World Crime | Rugby | Movies | Ask the Experts |
| Northern Ireland | | Boxing | Music | Food |
| | | Golf | | Travel |
| | | Horse Racing | | Tech |
| | | Other Sport | | Motoring |
| | | | | Pubspy |

**Criminal & Small Business Law**

Experienced/Trusted. Over 3 decades helping businesses and the accused berniemyattorney.com

SUNDAY WORLD

**NEWS**   **CRIME**   **SPORT**   **SHOWBIZ**   **LIFESTYLE**   **VIDEOS**   **PODCASTS**

Sitemap      Archive      Contact Us      Terms & Conditions      Privacy Statement      Cookie Policy      Group Websites      Advertise with Us

A MEDIAHUIS WEBSITE © SUNDAYWORLD.COM

×

## Criminal & Small Business Law

Experienced/Trusted. Over 3 decades helping businesses and the accused berniemyattorney.com

# Attachment 14



# Daniel Kinahan - BBC Documentary Alleges The Controversial Figure is Still Advising Boxers

By Ron Lewis (https://www.boxingscene.com/author/Ron-Lewis)    Published On Tue Feb 2, 2021, 07:34 AM EST

A BBC documentary has alleged that Daniel Kinahan remains as an adviser to many boxers, despite apparently stepping back from his role in the sport last year.

An episode of the BBC investigative series Panorama, broadcast on Monday, dug into the world of Kinahan. The episode, entitled 'Boxing And The Mob' referred to Kinahan as a "suspected mob boss" and focused on his connections to Tyson Fury and MTK Global.

"Boxing's reputation is in pieces because the regulators and the sport haven't stopped him," reporter Darragh MacIntyre claimed

It was alleged that Kinahan and his brother Christopher Jr, were responsible for the day-to-day running of a crime group set up by their father Christy Sr, which it was alleged deals in drug-trafficking, supplying guns and money laundering. The crime group was also linked to numerous killings.



Kinahan, 43, is always understood to have set up MTK Global (then known as MGM Marbella) with Matthew Macklin, although any official role in the company has always been denied. What has never been questioned is his role as an adviser to many world class boxers, including Fury, who have MTK as their management company.

Having largely been behind the scenes, he began to come to prominence last year, when he was given an official advisory role with a sports group connected to the Bahrain royal family, while Bob Arum openly spoke of dealing with him. But it was after Fury credited Kinahan with negotiating his fight against Anthony Joshua that a wave of negative publicity led to him taking a less prominent role again.

The programme showed CCTV footage moments before the murders of Gerard Kavanagh and Gary Hutch in Spain and linked them to Kinahan, although the lead police investigator in charge of the Hutch murder, for which a man, James Quinn, has been jailed, said there was not enough evidence to prove the link in court.

The Hutch murder came just weeks before the Regency Hotel shooting at a weigh-in in Dublin in 2016, where an associate of Kinahan, David Byrne, was killed, and sparked a war between Dublin gangs, which it is said had been responsible for 18 murders.

The show alleged that it had spoken to numerous senior figures in boxing, claiming many want Kinahan thrown out of British boxing, but it said that only one, Barry McGuigan, was willing to speak on camera.

"There is no doubt there is an intimidation effect," McGuigan said. "If we are to believe what we believe, this is a very dangerous man. Because I am Irish, I know about Daniel Kinahan. Everybody knows about Daniel Kinahan, even the dogs in the street know about Daniel Kinahan, because there is an element of fear and terror around that name."

McGuigan alleged that five of his fighters had been poached by MTK, but said in at least one case Kinahan had approached a boxer to leave McGuigan and sign for MTK.

"I'm not worried about these guys threatening me, I've been involved in terrifying situations my whole life, it doesn't bother me," McGuigan said. "But I think someone has got to look out for the sport. They really need to look at this situation very carefully because it is bloody dangerous."

MacIntyre also spoke to Bob Yalen, the MTK CEO, off camera and reported that Yalen had denied that it was money from Kinahan that funded MTK's huge global expansion.

"I asked him where the money was coming from to fuel the expansion of MTK in the US and he said a big pot has been developed over the years," MacIntyre said.

"I asked him 'was the pot from Daniel Kinahan's drug cartel dealings' and he said 'no'.

"He told me Daniel Kinahan is still advising MTK boxers so I asked him is Daniel Kinahan an adviser to Tyson Fury and he said he didn't know and to ask Tyson Fury. I said 'of course you know — you're CEO of MTK. You do know.'

"The bottom line — Daniel Kinahan is still involved in boxing."

A statement was issued by Kinahan denying any links to criminality and calling him a legitimate businessman.

"Daniel is incapable of receiving a fair trial, not just in Ireland but elsewhere in the world due to the barrage of media accusations and coverage," the statement said.

*Ron Lewis is a senior writer for Boxing Scene. He was Boxing Correspondent for The Times, where he worked from 2001-2019 - covering four Olympic Games and numerous world title fights across the globe. He has written about boxing for a wide variety of publications worldwide since the 1980s.*

**Privacy Policy (https://www.cbsinteractive.com/legal/cbsi/privacy-policy)**

**Terms of Use (https://www.cbsinteractive.com/legal/cbsi/terms-of-use)   Advertise with Us (mailto:editors@boxingscene.com)**

**Contact Us (https://boxingscene.zendesk.com/hc/en-us/requests/new?ticket_form_id=360000636254)**

**Site Map (https://www.boxingscene.com/sitemap/)   Submit News (mailto:editors@boxingscene.com)**

**Team (https://www.boxingscene.com/forums/view.php?pg=team)**

**California Privacy/Info We Collect (https://ca.privacy.cbs/)   Do Not Sell My Personal Information (https://ca.privacy.cbs/donotsell)**

This website may contain adult language.

TM & © 2021 BoxingScene. All Rights Reserved.

/

# Attachment

# 15



Tuesday, 2 February 2021 | 9°C Dublin

NEWS   **CRIME**   SPORT   SHOWBIZ   LIFESTYLE   VIDEOS   PODCAST   ≡ MORE

IRISH CRIME   COURTS   SPECIAL INVESTIGATIONS   WORLD CRIME

# BREAKS SILENCE | Daniel Kinahan issues public statement ahead of BBC Panorama probe into boxing world

**Regency target says he will never return home to Ireland, claims he is a 'legitimate and respected businessman'**



Daniel Kinahan

**Ken Foy**
**January 30 2021 08:48 AM**

  

Daniel Kinahan has released his first public statement ahead of a major BBC Panorama investigation due to be aired on Monday.

On the fifth anniversary of one of the most horrific murders in Irish gangland history, Kinahan said he cannot leave his new base in the Middle East.

In the lengthy statement, he claimed he cannot get a "fair trial" in Ireland.

The 43-year-old issued a lengthy statement in which he says he is "a legitimate and respected businessman" working in the boxing world.

Timeline of the bloody Hutch-Kinahan Feud

✿ Privacy





> ▶ 00:00 ○━━━━━━━━━━━━━━━━━  03:06  🔊  ⌘  1080p  🔧

"Daniel is incapable of receiving a fair trial, not just in Ireland but elsewhere in the world due to the barrage of media accusations and coverage," the statement said.

Gardai insist Kinahan is the leader of a ruthless criminal organisation and they are building a case against him in relation to his alleged role in organised crime and murders.

Kinahan remains in Dubai out of the reach of our law enforcement agencies and is heavily involved in the multi-million euro boxing industry.

The Department of Foreign Affairs has been in communication with authorities in the United Arab Emirates about Kinahan's presence there.

Although he has been named in the High Court as the leader of an international drugs cartel, he claims the statements made in court were "wholly untrue and unsupported by any evidence".

He also seeks to blame the media for the "relentless publication" of articles linking him to crime.

**━ READ MORE ━━━━━━━━━━━━━━━━━━**

- **Liverpool gangster Darren Gee threatens to punch Daniel Kinahan in social media callout video**
- **Daniel Kinahan's dreams of 'sports-washing' his image scuppered after emails to Irish diplomats**
- **Sentencing of senior Kinahan Cartel mobster Thomas 'Bomber' Kavanagh, delayed**

However, it is not only journalists who have tracked his alleged links to organised crime and drug dealing.

He has been the target of police operations in the UK, Spain, the Netherlands, the Middle East and South America.


⚙ Privacy

to hear of Kinahan's involvement in a major boxing match headlined by Tyson Fury.

Mr Varadkar urged sports organisations and the media to "have nothing to do with" the fight.

It is now five years since images of armed men dressed as gardaí storming a boxing weigh-in at the Regency Hotel in north Dublin shocked the country.

While Kinahan escaped what was a third attempt on his life, his close

It sparked the Hutch-Kinahan feud that has resulted in up to 18 killings, including the murders of at least three innocent people.

Aftermath - Five years since on since the Regency shooting





In his statement, Kinahan expresses no remorse for the feud or the deaths and instead presents himself as the victim of an "orchestrated" campaign of lies.

"The opinion of garda, expressed during court proceedings unconnected to Daniel, is routinely presented as fact, absent of scrutiny or context," the statement issued with his consent said.

It added that he has no convictions and should be considered "innocent until proven guilty".

Kinahan, who says he is a "proud Irishman", stated: "A lie repeated one hundred times is still a lie. My wish, as is my God-given right, is to continue my professional and family life in peace and without continued harassment and I will vigorously defend my right to do so."





NICOLA TALLANT'S

Episode 11: ...

Episode 11: Gangland's a-li...    8.4K
Episode 10: The stalking ...    11.1K
Episode 9: The murder of ...    10K
Episode 8: Criminal gangs ...    9.9K
Episode 7: Fr Brian D'Arcy ta...    7K
Episode 6: A stolen master...    10K
Episode 5: The Rise and ...    13.7K

Crime World
Crime World
Cookie policy

Crime World ◇ Crime World

Available now on Apple Podcasts, Spotify or SoundCloud.

Promoted Links by


[Pics] Meet Michael Strahan's Partner
https://financialadvisorheroes.co...


[Pics] He Saved An Odd Creature From The Sidewalk, But He Never Expected...
Maternity Week


Actor And Girlfriend Found Dead In Las Vegas
Moguldom Nation

[Pics] Michael Jordan's Wife

Privacy

Daniel Kinahan

It comes ahead of a BBC Panorama documentary to be screened on Monday night, which is part of a lengthy investigation into the Dubliner and his role in boxing promotion.

Kinahan was previously described in a Criminal Assets Bureau (CAB) affidavit to the High Court as managing and controlling the day-to-day drug trafficking operations of the Kinahan gang.

According to evidence put forward by CAB before the High Court, he is one of two leaders of the Kinahan cartel and is based in Dubai.

"It would appear that (Christopher Kinahan Snr) is now resident in Dubai, United Arab Emirates, and that the day-to-day operations of his drug trafficking are managed and controlled by his sons, Christopher Jnr and Daniel Kinahan," the court was told.

Ultimately, the CAB action against the cartel resulted in them losing €1.4m in criminal assets.

However, this weekend Kinahan insisted he is "a legitimate businessman who has the trust and respect of leading international figures in his industry".

"Daniel has worked tirelessly over the last decade and a half protecting the interests of the fighters whose trust and respect he treasures," the statement said.

It does not directly address the fact that Kinahan and his father and brother were all main targets and were among 23 people arrested in Spain, Ireland and the UK as part of the massive 2010 international police operation into international drug smuggling codenamed Operation Shovel.

However, it does claim he has built a "legitimate career" in international boxing over the last 15 years.

In July 2018, at the trial of cartel member James Quinn for the murder of Gary Hutch, a Spanish police officer told the court Daniel Kinahan had ordered the murder of his one time close associate Gary Hutch.

That gun murder in September 2015 was the starting point for the Hutch-Kinahan feud and made Kinahan the target of the Regency bloodbath less than five months later.

"We attributed the Gary Hutch murder to the Kinahan clan early on and concluded James Quinn was the material author of the crime with assistance from others after that," the officer said.

Kinahan's statement does not address this either.

Many of the main players in the Kinahan cartel are locked up for a variety of serious offences including murder, involvement in murder plots, being caught with weapons, cash and drugs and many others are awaiting trial.

## Download the Sunday World app

Now download the free app for all the latest Sunday World News, Crime, Irish Showbiz and Sport. Available on Apple and Android devices

Used with the Google Ling.

Serendipity Times

LATEST IRISH CRIME ─────── MORE ›

• **How wiretaps and bugging devices helped gardai bring the Kinahan Cartel to its knees**

• **Man allegedly kicked door in, assaulted woman and threatened to 'burn house down', court told**

• **Gardai begin policing operation in Dublin's north inner city after spate of violence**

• **Father-of-11 charged with using hook to take money from church collections**

• **Hutch clan thug hospitalised after savage beating in bike row**

LATEST ─────────── MORE ›

○ 55 minutes ago
**Sergio Aguero on comeback trail but still 'a few weeks' from Man City return**

○ 57 minutes ago
**Lorry driver blinded in brick attack may be first victim of violent loyalist anti-protocol group**

○ 1 hour ago
**Port checks in Northern Ireland suspended after coded message to Sunday World**

○ 1 hour ago
**'Don't get involved in Irish politics' - man's racially abusive call to election candidate**

○ 1 hour ago
**Argentina defender Marcos Rojo leaves Manchester United for Boca Juniors**

🌐 Privacy



Online Editors

Promoted Links by          |

He Was A NBA Legend, Now He's Working 9 To 5

The Delite

Eyewear for Everyone

Buy prescription glasses online, starting at $6.95

Zenni

Pole Vault Photo Sends Sport Into Tailspin

Definition

It Was The Most Famous Movie Line Ever, But He Was Nev…

Definition

These Are The Wives Of The Richest Men On Earth

Definition

Caught On Camera: Disturbing Nature Photos

Definition

[Gallery] The Giant Costume Blooper Everyone Missed In…

Definition

(Gallery) Tiger Woods Private Jet Is Absurd

Bon Voyaged

[Pics] No One Realizes This District Of Columbia Snake Is Th…

Definition

## — RELATED CONTENT ————————



### Kinahan Cartel lieutenant Ross Browning puts up no defence in CAB case

Kinahan Cartel lieutenant Ross Browning has put up no defence in a case taken against him by the Criminal Assets Bureau and his lawyer has told the High Court that he has received nothing from him yet.



### Gang with links to David Waldron lose over €1m in cash in major bust

A gang with links to drug dealer David Waldron lost more than €1 million in cash when premises were searched linked to the mob.

⚙ Privacy

**SUNDAY WORLD**

Search entire site

## NEWS

Latest News
Irish News
Comment
World News
Northern Ireland

## CRIME

Irish Crime
Courts
Special Investigations
World Crime

## SPORT

Soccer
GAA
Columnists
Rugby
Boxing
Golf
Horse Racing
Other Sport

## SHOWBIZ

Irish Showbiz
Celebrity
TV
Movies
Music

## VIDEOS

## PODCAST

## SOCIALS

## LIFESTYLE

Real Life
Fashion & Beauty
Health & Fitness
Ask the Experts
Food
Travel
Tech
Motoring


Privacy

# Attachment 16

## ARCHIVES



## CATEGORIES

Administrative
Investigations

Administrative Leave

Administrative
Separations

Article 133 Conduct
Unbecoming

Article 32

Aviation Law Letter of
intent

Discrimination

Domestic Violence

# ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, PROVIDES COMMENTARY TO IRISH SUN ON DANIEL KINAHAN

Posted By smay || 20-Jan-2021



HOME     ABOUT US      MEET THE TEAM      AREAS OF PRACTICE     PRESS

CONTACT

VICTORIES & TESTIMONIALS      EN ESPAÑOL     MAKE A PAYMENT

US

ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, TO IRISH SUN ON DANIEL KINAHAN | The Federal Practice Group    5/28/21, 12:25 PM

Federal Employment Law

Firm News

Freedom of Information
Act

Good Soldier Defense

Government Contracts

Harassment

Hostile Work Environment

Immigration

Immigration Law

International Business

International Business
Law

International Sales

Litigation

Military Criminal Defense

Military Law

Military Personnel Law

Military Sex Crimes

Pre-Trial Procedures

RCM 706

Security Clearance

Sentencing

Sexual Harassment

Termination

UN Convention on
International Sales

Uncategorized

Whistleblower Defense

White Collar Criminal
Defense

# DANIEL KINAHAN MAY HAVE US ASSETS SEIZED IF HE FAILS TO SHOW UP BEFORE LA COURT FOR CIVIL SUIT AGAINST BOXING FIRM MTK

20 Jan 2021, 7:00

DANIEL Kinahan could have any US assets seized from him if he fails to show up before a Los Angeles court as part of a civil suit against boxing firm MTK.

Crime cartel boss Kinahan, 43, has been named along with MTK and others in the case over the alleged poaching of top boxer Joseph 'JoJo' Diaz from rival manager Moses Heredia.Amended court filings published in California on Monday show a summons has been sent to Kinahan via Dubai PO Box.

The lawyer acting on Heredia's behalf claims a ruling in his client's favour could see any or all US assets belonging to MTK or Kinahan seized.

In an exclusive interview with the Irish Sun, Heredia's lawyer Eric Montalvo, told us: "The bottom line is if the civil litigation results in a finding, there are mechanisms in the federal court to go after assets.

"So that is a possible enforcement mechanism after a judgement.

ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, TO IRISH SUN ON DANIEL KINAHAN | The Federal Practice Group | 5/26/21, 12:25 PM

White Collar Criminal
Defense
Wrongful Termination

DEBRA D'AGOSTINO,
FOUNDING PARTNER
OF THE FEDERAL
PRACTICE GROUP,
TALKS
WHISTLEBLOWER
REFORM WITH TOM
TEMIN OF FEDERAL
NEWS RADIO
Jason Moy, A SENIOR
ASSOCIATE AT THE
FEDERAL PRACTICE
GROUP, DISCUSSES
CHANGES IN THE BUY
AMERICAN ACT
ALYSA WILLIAMS, AN
ASSOCIATE AT THE
FEDERAL PRACTICE
GROUP, DISCUSSES
OPM's New Guidance on
COVID-19 Leave
DANIEL POPE, AN
ASSOCIATE AT THE

"They're not guilty yet, they haven't been found liable yet, so it's hard for me to speak to that.

"As a general matter, if they should get a verdict against them, then their assets in the US could be subject to seizure if they fail to pay."

# 'ADVISORY' ROLES

It's understood Daniel's assets could include any payments he receives for 'advisory' roles in organising fights.

Kinahan — one of five defendants named — must now reply, or a judgement by default may be entered against him and the others.

The suit, submitted to the United States District Court in California on behalf of Heredia Boxing Management and Moses Heredia, insists that Kinahan still controls MTK.

And it alleges the Dubliner, 43, is using his profits from organised crime to do so.

Kinahan — who investigators believe is worth €1bn — supposedly stood away from any involvement in the company in 2017, around a year after the Regency Hotel attack in Dublin which claimed the life of his close associate David Byrne.

MTK later admitted that Kinahan has advised them to sign certain fighters — including global star Tyson Fury, who has no involvement in crime — and has clearly maintained close ties to the organisation.

# DAN 'BLESSING'

Just last summer, boxing Hall of Famer and Top Rank promotions chief Bob Arum told the Irish Sun that Kinahan "blessed" MTK fighter Michael Conlan's 2019 summer bout in Belfast.

ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, TO IRISH SUN ON DANIEL KINAHAN | The Federal Practice Group      5/26/21, 12:25 PM

FEDERAL PRACTICE GROUP, DISCUSSES NEED FOR IG REFORM Jason Moy, A SENIOR ASSOCIATE AT THE FEDERAL PRACTICE GROUP, DISCUSSES WHEN TO PETITION OR NOT TO PETITION A DISCHARGE REVIEW BOARD

## REQUEST YOUR CASE EVALUATION

First Name

Last Name

Phone

Email

There was also uproar when Tyson Fury cited the gangster as one of the organisers of his proposed money-spinning clash with Anthony Joshua.

Explaining what role he plays, the lawsuit, originally submitted late last year, said: "Mr Kinahan continues to arrange boxing matches that involve MTK fighters.

"These matches are steeped in money obtained from drug trafficking and money laundering.

"MTK then uses this money to attempt to bring in more fighters and arrange more fights so that more drug trafficking proceeds can be laundered through what appears to be a legitimate business."

It also states: "MTK itself is laundering the illicit proceeds of the KOCG drug trafficking enterprise."

The case accuses MTK of luring JoJo Diaz away from manager Heredia by "providing a financial inducement" of $100,000.

It adds: "This advance essentially caused Mr Diaz to mortgage his future away."

## MTK SIGNING

Diaz became world super featherweight champion in the US early last year, before it was announced some months later on social media he was signing for MTK in August.

This was the first time the Heredia team became aware of the deal. Diaz's contract with Heredia Boxing Management does not expire until 2022.

The case alleges that MTK has breached the Racketeer Influenced and

ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTISE GROUP, TO IRISH SUN ON DANIEL KINAHAN | The Federal Practice Group    5/20/21, 12:25 PM

Preferred contact ti

I am a...

Please provide a
brief description
of your matter:

SEND MY INFORMATION

*"The information on this
website is for general
information purposes only.
Nothing on this site should
be taken as legal advice for
any individual case or
situation. This information is
not intended to create, and
receipt or viewing does not
constitute, an attorney-client
relationship.*

*Sending a message using
this form does not create an
attorney-client relationship
between you and The
Federal Practice Group.
Please do not use this form
to send us confidential
information."*

Corrupt Organisations Act. They have done so by using money from
organised crime.

The RICO Act is a federal law designed to combat organised crime in
the US.

It allows prosecution and civil penalties for racketeering activity
performed as part of an ongoing criminal enterprise.

# 'THREATENING LETTERS'

It alleges that MTK was behind a campaign against boxing coach
Heredia, including "threatening" letters and "directing a social media
campaign where Mr Diaz proclaims he is no longer with the plaintiffs
due to them being "toxic" and that the plaintiffs were "f***ing with his
money".

It points to how Kinahan — who previously boasted on social media
about his involvement with high-profile boxers — and over 20
associates are banned from the US having been placed on a narco
terrorist list, which was revealed by the Irish Sun last year.

Lawyer Montalvo insists this comes down to Kinahan's actions alone.
He told the Irish Sun: "I am not creating a case against Mr Kinahan. He
created the case.

"I didn't tell him to create that company. I didn't tell him to start tweeting
about his involvement with fighters.

"I didn't tell him to come to the US and violate contractual law, state law
and federal law — I didn't do any of those things.

"Those are choices that company and those individuals made and I am
not the one spending the money, he is.

"I'm not saying he's a narco terrorist. The United States of America said that. I do need to investigate and verify — these are things that happened. I mean he came in and violated this contract, these are facts."

## 'CREDIBLE INFORMATION'

He added: "There's plenty of information out there, credible information and not fanciful stuff.

"And the way forward in a civil litigation we get into is called discovery. And that's where I get to start looking at things and investigating his actual records and what's going on."

Kinahan — who waged the war on the Hutch faction in a feud that saw 18 murders including innocent victims — remains a major target for gardai and is wanted for questioning over at least three murder plots in Ireland.

In 2018, in submissions to the High court in a case against one of Kinahan's most trusted allies Liam Byrne, the Criminal Assets Bureau revealed how Daniel plays an "integral part" in organising the supply of drugs into Ireland.

Last year, the Special Criminal Court here established how the Kinahan Organised Crime Group carries out "execution-style murders" and trafficks drugs and firearms on "an international scale".

## NO FEAR

Despite the thug's notorious reputation, former US Marine Montalvo insists he will not be intimidated by Kinahan.

He said: "I think it's fair to have a reasonable level of concern that

Daniel Kinahan has the ability to do something bad — but then so do lots of other people.

"If that's how he wants to handle his business, by taking out a counsel that's causing him pain . . . If somebody really wants that to happen, then it is going to happen.

"But I'm not going to wake up every morning worrying about it.

"Either I'm going to move on and do what I'm going to do or I'm going to go to a corner and hide and that's not going to happen."

He added: "It's fair to say going up against someone like this who has this reputation, places some amount of risk in doing that.

"If that's what stops us from doing what is supposed to be done, then we are in trouble and then he's won.

"I've never practised law that way and never served in the Marine Corps that way and I'm not going to start at 51 living that way. It's just not going to happen."

Mr Montalvo has also requested a copy of the best-seller The Cartel on the Kinahans — written by Irish Sun journalists Stephen Breen and Owen Conlon — to help assist with the case.

Although Mr Montalvo says he is acting on behalf of Heredia, he also believes that challenging Kinahan and his cohorts it is something the sport needs.

By John Hand

**Categories:** Firm News, Litigation

ERIC MONTALVO, FOUNDING PARTNER OF THE FEDERAL PRACTICE GROUP, TO HOST SUN ON DANIEL KINAHAN | The Federal Practice Group     5/26/21, 12:25 PM

HOME                    SITEMAP                    RESOURCES                    CONTACT US

FOLLOW US

Updates, Latest News, Your Rights



Federal Practice Group

1750 K Street, NW, 9th Floor,

Washington, DC 20006

View Map

(202) 640-4180

fedpractice.com

© 2021 The Federal Practice
Group

Powered By Matador Solutions

BUSINESS CLASSIFICATION

Service Disabled Veteran Owned

Small Business

DUNS: 079559132

CAGE Code: 7M4P8



# Attachment 18

Case 5:20-cv-02618-JWH-KK  Document 80-2  Filed 04/01/22  Page 101 of 149   Page ID #:1101

**Independent.ie** 🔍 Search 🔍          Tuesday, 15 March 2022 | 8.6°C **Dublin**          Subscribe | Log In 👤

# Independent.ie

**News**   **Opinion**   **Business**   **Sport**   **Life**   **Style**   **Entertainment**   **Travel**   ☰ **Sections**

Other Sports  •  Athletics   Boxing   Cricket   Cycling   Equestrian   Hockey   Motor Sport   Olympics   Snooker   Swimming

# Daniel Kinahan praised by MTK Global president Bob Yalen



MTK Global president Bob Yalen (inset) has confirmed the company's media ban in the Republic of Ireland has been lifted

**Independent.ie Newsdesk** 🐦 ✉
July 16 2019 10:43 AM

  

The president of MTK Global, Bob Yalen, has praised the boxing management company's co-founder Daniel Kinahan for his work in the sport.

Yalen, who previously praised Kinahan in an interview with The Sunday World in May, doubled down on The Boxing Esq. podcast with Kurt Emhoff, stating that he "perfectly understood" why Kinahan - one of the leaders of his father Christy's multi-million illegal drug empire - stepped away from the company.

**Promoted Links** by 

 **Singer Ari Lennox arrested at Amsterdam airport**
The Grio

 **We are selling off our remaining magic metal windmills.**
acsthper

 **Here Are The 13 Richest Black Billionaires**
Forbes

 **Average Retirement Savings By Age: Are You Normal?**
SmartAsset

**Most Watched**

⚙ Privacy

Daniel Kinahan praised by MTK Global president Bob Yalen | Independent.ie

Independent.ie 🍀    **News**   **Opinion**   **Business**   **Sport**   **Life**   **Style**   **Entertainment**   **Travel**

Emhoff said: "I'd (sic) probably be remiss if I didn't ask about MTK... there's been a few incidents in the last couple of years with the violence at the weigh-in, cancelling some shows.

"The Irish press made a big deal of Daniel Kinahan's involvement. Is he still involved with MTK, Daniel Kinahan?"

Yalen replied: "No. No, he's agreed to step aside and he perfectly understood what the issues were.

"In fairness to Daniel, I've met very few people who have a fighter's best interest at heart, more of a best interest of heart than Daniel.

"He may himself admit did he always go about it the right way, maybe not, but never anything malicious.

"Daniel, anytime I've spoken to him in the past, is always 'what's best for the fighter?' 'what can be done for the fighter?'

"So I can't fault him for that."



## Sport Newsletter

Get the best analysis and comment from our award-winning team of writers and columnists with our free newsletter.

| Enter your Email Address | **Sign Up** |

Emhoff then raised the subject of MTK's Irish media ban, and asked if the ban had been lifted.

Yalen replied: "Yeah, yeah absolutely."

Emhoff asked Yalen about "the incidents in the past" and their possible effects on Yalen's decision to become MTK's president.

"No. None whatsoever," Yalen replied. "When I sat and spoke with the people it wasn't just 'dollar, cents' it wasn't just how we move this fighter into the first


appear to correct Kay Burley after she says they could 'build new life in Dublin, safe in knowledge British people are behind you'


**Russian state TV employee interrupts news broadcast, holding 'No war' sign**


**Joe Duffy, Marty Morrissey and more friends of Charlie Bird collaborate for 'Shine a Light' charity single**


**Man makes threats with over Quinn/McD feud in Fing**

**Russian police arrest people for holding signs and even arrest a**

⚙ Privacy

Yalen also credited the company's CEO Sandra Vaughan as the "driving force" behind MTK, adding: "Sandra's terrific. She's very savvy on how to move things forward."

Yalen revealed how he became the president of MTK Global, saying: "I guess I got lucky. They recruited me through some mutual contact and I went over to Dubai, had a nice meeting with them.

"I really like the outlook of the company, I like the way they think, the way they want to treat their fighters. It is what I consider a really good fit.

"Boxing is my passion. The way they want to treat their fighters, not just in the ring but out of the ring really appealed to me and so I just accepted right on the spot."

## Promoted Links by   |



**Average Retirement Savings By Age: Are You Normal?**

SmartAsset



**A Simple Method to Reduce Neuropathy (Watch)**

Health Today News



**Luxury Resorts for Vacation**

Vacation Deals | Search ads



**Nurse Salaries - See What A Nurse Earns In 2022**

Nursing Jobs | Search Ads



**150+ Photos of 2021's Met Gala**

POPSUGAR



**30 Best Happy Accidents in Business History**

Work + Money



**Electric Companies Will Hate You For Doing This, But They Can't...**

ELECTRICSAVER



**These 2021 Grammy Awards Outfits Broke The Internet**

stylebistro.com



**Sleep Apnea Treatment Without CPAP - This Might Really Surprise...**

Sleep Apnea | Search Ads

## Related Content

Boxing

**Ewan MacKenna: MTK's attitude might scream they're better than you, but they're surely due a look in the mirror**

---

### Ukrainian invasion

### Latest Boxing                         More ›

- **Michael Conlan to finally be let off the leash with a world title on the line**

- **'Selfishly, it probably happened at a good time for me' – Michael Conlan unconcerned about judging for title bout**

- **'Tickets on sale next week': Jake Paul shares mock-up Vladimir Putin fight poster**

- **Eric Donovan outclassed on way to third round stoppage by Robeisy Ramirez**

- **Double gold for Ireland as Kellie Harrington and Aoife O'Rourke claim unanimous victories in Sofia**

### Most Read

1   **'Devastated' Michael Conlan seeks rematch after knockout defeat to Leigh Wood**

2   **Michael Conlan reassures fans he 'will be back' following vicious knockout in final round of world title fight**

3   **'It's very, very tough' - emotional Emmet Brennan fights back tears after Olympic defeat**

4   **'He blames me for leaving him behind after all he's done for me. But I'm not leaving him behind. He's my father'**

5   **'I'm heartbroken about last night' - Jamie Conlan on IBF world title loss**

### Latest

  ⚙ Privacy



Boxing

### Aaron McKenna looking for eight wins in-a-row in California as Eric Donovan has first fight outside Ireland

Monaghan native Aaron McKenna has his last professional fight before celebrating his twentieth birthday when he takes on Mexican journeyman Daniel Perales in a welterweight bout in the Fantasy Springs Casino, Indio, California on Friday night.



Boxing

### Fury edges closer to Wilder rematch with devastating second-round win

It was impossible not to smile when Tyson Fury danced to the ring in a stars-and-stripes outfit from Rocky IV, and even harder not to wince as his fists ruined Tom Schwarz in round two at the MGM.



Boxing

### Tyson Fury eases to victory with second round TKO of Tom Schwarz on Las Vegas debut

Tyson Fury eased to victory on the occasion of his first fight in Las Vegas as he furthered his reputation as the world's finest heavyweight by stopping Germany's Tom Schwarz in the second round.

> **The GAA were wrong to decide our national games should have no high-profile action on St Patrick's Day**

— 6 hours ago
### This evening's headlines: Tributes paid to 'profoundly committed' Irish journalist killed outside Kyiv; Joshua Allen withdraws appeal against cocaine possession conviction

— 6 hours ago
**Patrick Mullins**
> **Cheltenham 2022 Day Two: We need a bounce of the ball for Chacun Pour Soi – and no result would give us more pleasure**

— 7 hours ago
### Tributes paid to Irish journalist killed after vehicle hit by Russian fire outside Kyiv

— 7 hours ago
### 'Walking to the winner's enclosure, that's an incredible place to be' – Rachael Blackmore savours Cheltenham applause

---

Search entire site 🔍

| News | Opinion | Business | Sport | Life |
| --- | --- | --- | --- | --- |
| Irish News | Letters | Budget | Cheltenham | Health & Wellbeing |
| Dublin | Editorial | Brexit | Rugby | Home & Garden |
| World News | Comment | Irish | GAA | Family |
| Local News | Journalists | World | Soccer | Parenting |
| Local ePapers | | Technology | The Left Wing | Food & Drink |
| Environment | | Personal Finance | The Throw In | Motoring |
| Weather | | Small Business | Women's Sport | |
| Latest News | | Farming | Golf | |
| Video | | Jobs | Horse Racing | |

⚙ Privacy

Case 5:20-cv-02618-JWH-KK  Document 80-2  Filed 04/01/22  Page 105 of 149  Page ID #:1105



# Attachment 19

# Daniel Kinahan pursued by Criminal Assets Bureau for first time

Jailed Jim Mansfield Jnr and gang member Thomas 'Bomber' Kavanagh also targets

◷ Wed, Mar 9, 2022, 15:02 │ Updated: Wed, Mar 9, 2022, 15:49

**Conor Lally**




The Criminal Assets Bureau (Cab) is pursuing Daniel Kinahan, Jim Mansfield Jnr and Thomas 'Bomber' Kavanagh as part of an assets confiscation case.

Mansfield Jnr, who is currently in prison, is understood to be the primary target in the case, with a number of other people named as respondents, including Kinahan and Kavanagh.

The Cab case, which is seeking to confiscate assets, has been ongoing for well over a year but has remained secret.

The case is the first time Daniel Kinahan (44) has been named as a respondent in a Cab investigation. It is understood the case will get its first substantive public airing in the High Court in Dublin next month.

Kinahan is currently in Dubai and Kavanagh is in the UK, where he is in prison.

While the full detail of the case has not yet been outline in court, it is understood the action centres on property owned by Mansfield and sum of money he is also alleged to own and which Cab is trying to seize.

In January businessman Mansfield Jnr was found guilty of perverting the course of justice by ordering the destruction of CCTV footage showing him with his former employee Martin Byrne on the morning that Mr Byrne was kidnapped by well-known criminals and INLA figures Dessie O'Hare and Declan 'Whacker' Duffy. Mansfield was jailed for 18 months last month and is currently serving that sentence.

The 54-year-old was acquitted by the Special Criminal Court of a separate charge of conspiracy to falsely imprison Mr Byrne, who had previously provided security for the family business.

The court found that although Mansfield had knowingly involved O'Hare and Duffy in his attempts to recover assets lost in the 2008 economic crash, there was insufficient evidence to show Mansfield knew the two men planned to kidnap Mr Byrne.

ADVERTISEMENT

3/15/22, 10:35 PM    Daniel Kinahan pursued by Criminal Assets Bureau for first time
Case 5:20-cv-02618-JWH-KK   Document 80-2   Filed 04/01/22   Page 108 of 149   Page ID
#:1108

## Organised crime group

Kavanagh (53) is a member of the Byrne organised crime group, whose leadership was based in Dublin and which has been linked to the Kinahan cartel for almost two decades. He lived in Tamworth, outside Birmingham, where Kinahan cartel founder Christy Kinahan first settled when he left Ireland. While regarded as a key cog in the Dublin-based Byrne crime group, he also has the ear of the Dubai-based leadership of the Kinahan cartel.

In September 2019, Kavanagh was jailed in England for possession of a 10,000 volt stun gun at his Birmingham home. He is currently awaiting sentencing in the UK after pleading guilty to his role in a conspiracy to import class A and B drugs worth approximately €30 million.

Daniel Kinahan has been named by the Garda in court actions as a key gangland figure in Ireland. In 2019, when Cab concluded a case against Liam Byrne (41), Crumlin, the bureau told the High Court that Byrne was a lieutenant of Daniel Kinahan.

The bureau also told the court at the time the Kinahan cartel was engaged in a feud with the Hutch organised crime group. The evidence put by Cab before the High Court named Daniel Kinahan as one of two leaders of the Kinahan cartel.

Cab added that Byrne was the leader of what the bureau called the Byrne organised crime group, linked to the Kinahan organised crime group, and was living in Birmingham after his house and business in Dublin were confiscated.

The affidavit evidence also said Daniel Kinahan and his brother Christopher Jnr (40) had assumed control of the criminal cartel their father, Christy Kinahan (66), began.

"The Byrne organised crime group originated in Dublin but now has interests in Spain, the Netherlands, South America and Dubai," an unpublished ruling of the High Court stated three years ago. "It was previously led and directed by Christopher Kinahan snr, an Irish citizen who left Ireland to live in Spain and direct the operations of the group from that jurisdiction. It would appear that Mr Kinahan is now resident in Dubai, United Arab Emirates, and that the day-to-day operations of his drug trafficking are managed and controlled by his sons, Christopher jnr and Daniel Kinahan."

ADVERTISEMENT

**READ MORE**

» Three men arrested over aggravated burglary of Sligo pensioner

» Ex-Garda chief recalls being sent home for refusing to make sandwiches

» Gardaí foil gunpoint robbery of taxi driver after pursuit in central Dublin

» European Court of Justice to rule next month on Graham Dwyer data retention case

» Landlord ordered to pay former tenant €7,500 for refusing to accept HAP

*Facts have no agenda. Real news has value.* **Subscribe.**

**MORE FROM THE IRISH TIMES**

| Social Affairs | | on |
| --- | --- | --- |
| Irish journalist Pierre Zakrzewski killed in Ukraine after vehicle hit by Russian shelling | | Michael McDowell: Pressuring Putin the only option on Ukraine tragedy |
| Racing | | Social Affairs |
| Cheltenham: Rachael Blackmore's Honeysuckle wins Champion Hurdle | | HSE's minute's silence was 'emotional', Ukrainian doctor in Dublin says |

ADVERTISEMENT

ADVERTISEMENT

# Attachment
# 20



**INSIDER**

HOME › SPORTS

# Daniel Kinahan, a suspected $1.1 billion Irish gang lord, ran boxing using fear and bullying, sources say

**Alan Dawson**
Jul 21, 2020, 1:06 PM










**INSIDER**



**Daniel Kinahan with Billy Joe Saunders, one of the fighters he advised for years.**  Photos by Getty Images, YouTube, and IFL TV

**Sources have spoken to Insider about the methods allegedly used by suspected Irish mob boss Daniel Kinahan to operate in boxing.**

**The sources said that Kinahan and his confidants in boxing have pressured others into deals, relying on their belief that he is a feared boss of a reputed $1 billion gang empire.**

**Authorities in Ireland suspect Kinahan to be the figurehead of the Kinahan organized crime group, which an Irish judge last month described as specializing in "execution-type murders" to "protect its core activities."**

**"I'm not scared of a lot of people ... but I'm scared of those people," one source with knowledge of Kinahan's dealings said.**

**Kinahan's name was thrust into the spotlight last month when the unbeaten heavyweight champion Tyson Fury mentioned Kinahan's part in negotiating a match with Anthony Joshua.**

**Should Kinahan continue to operate in boxing, corporate sponsors could flee, affecting the sport for years to come, a second source with knowledge of the situation said.**

**A representative for Kinahan did not respond to Insider's request for comment.**

**Visit Insider's homepage for more stories.**

For years, Daniel Kinahan has tightened his grip on the sport of

INSIDER

His client list included the world champion fighters Tyson Fury and Billy Joe Saunders, and he's also had the ear of the powerful Las Vegas promoter Bob Arum — a testament to how massive Kinahan has become in combat sport.

But Kinahan, a Dubliner based in Dubai who is suspected by authorities in Ireland of operating a $1.1 billion drug empire, ran the sport using intimidation, fear, and strong-arm tactics, sources claimed.

Two separate boxing-industry sources, who spoke with Insider on the condition of anonymity and whose identity had been confirmed by us, detailed phone calls in which Kinahan bullied the person on the other end of the line and convinced that person to do what Kinahan wanted.

"Some are afraid to even speak Kinahan's name in public," the first source said, adding that an associate of Kinahan's would prey on those fears.

The fear is understandable. The organization that authorities allege is linked to Kinahan has also been linked to 18 deaths.

The associate would sometimes name-drop Kinahan if the conversation wasn't going their way, saying Kinahan could straighten it out, the source said. The implication as understood by the listener was that Kinahan's two worlds — one from links to organized crime and the other as a string-puller in boxing — could collide in a devastating fashion.



## flee, a source says

Kinahan generated mainstream attention in May when Arum, the founder of Top Rank, said in an iFL TV video that Kinahan was his company's point person in the Middle East and that he could even bring the lucrative Fury-Anthony Joshua fights to the region.

Fury then thanked Kinahan three times in a June video announcing that financial terms for the two fights had been agreed — prompting widespread scrutiny of Kinahan.

Not much has gone on in European boxing in recent years without Kinahan's behind-the-scenes involvement, the two sources told Insider.

But unless Kinahan is checked, his involvement could cause corporate sponsors to flee and hurt boxing for years, our second source said.

Neither source wanted to speak on the record, citing a fear of

INSIDER

Kinahan has never been charged with a crime in Ireland. But authorities have told the Irish courts that he is suspected to be the leader of the Kinahan organized crime group.

A representative for Kinahan didn't respond to Insider's request for comment on the allegations in this story.

**TYSON FURY** ✔
@Tyson_Fury

INSIDER

1:49 PM · Mar 8, 2017                                                    ⓘ

♡ 920        💬  215 people are Tweeting about this

But a representative for Brandsmiths, the law firm representing
Kinahan in the UK, said ahead of publication of a separate story last

month: "We have been instructed by Mr. Kinahan to write to certain
newspapers which have published gravely defamatory statements
about him, and to bring proceedings against those newspapers if the
relief requested is not forthcoming.

"The fact that defamatory allegations are consistently repeated does
not afford the maker of those repeated statements a defence."

## 18 deaths linked to a feud

The Irish Times reported that a judge, Justice Tony Hunt, said a court
accepted evidence in May that the Kinahan group specialized in
"execution-type murders" to "protect its core activities" in the drugs

INSIDER

Paul Reynolds, a crime correspondent for Ireland's national broadcaster, RTE, has identified 18 deaths in Ireland and Spain linked to a gangland feud between the group linked to Kinahan and the Hutch family, another reputed criminal organization in Ireland.

The Kinahan — Hutch feud has resulted in the "slaughter" of numerous people, Nicola Tallant, the investigations editor at Ireland's Sunday World newspaper, previously told Insider.

## Cocaine and guns

The Kinahan group has generated more than $1.1 billion from organized crime, involving international drugs and firearms trafficking, Ireland's Criminal Asset Bureau told the High Court in 2018, the Irish Mirror reported.

While Kinahan's father reportedly established the gang's activities decades ago, the day-to-day operations were now under Kinahan's

INSIDER

"In recent months, testimony has been accepted by Ireland's highest judges laying out exactly who Mr. Kinahan is and how he runs the most vicious criminal cartel in Dublin, a cartel that has been involved in a vicious feud that has cost lives including three innocent bystanders," Neale Richmond, of the Fine Gael party, told Insider.

"These findings have not been challenged," Richmond said.

The group — which is said to have enforcers in the Middle East, Spain, and Ireland — is suspected to have interests in global shipments of cocaine and firearms on a scale so massive that several national police forces, Europol, and even the US's Drug Enforcement Administration and the FBI have looked into it, according to reports in The Journal in Ireland and The Times in the UK.

## 'This is no ordinary businessman'

These law-enforcement agencies declined to discuss Kinahan, citing blanket policies not to comment on individual cases.

INSIDER

Stephen Farry, a sitting member of the UK Parliament with the Alliance Party of Northern Ireland, said an affidavit recently presented to the Irish High Court described Kinahan "as running the day-to-day operations of an international crime gang."

While noting the same point from the Criminal Assets Bureau affidavit, Richmond accused Kinahan of being "one of Ireland's most dangerous criminals."

Farry went on to say: "This is no ordinary businessman. He is not a fit and proper person to be involved in the promotion of professional sport."

## Some in boxing have distanced themselves from Kinahan

INSIDER

**Kinahan working a white-collar boxing event in Marbella, Spain, in 2012.**  Photo by YouTube / Acrobat Tv

While Kinahan seemed to be responsible for bringing together Fury and Joshua, heavyweight boxing's two biggest names, in a $250 million match, his reputation in Ireland is at odds with his public perception in boxing.

Amid the backlash over Kinahan's involvement in the Fury-Joshua negotiations, companies and people once closely tied to him have tried to distance themselves.

Among those said to have severed ties with Kinahan are KHK Sport, a company in Bahrain that Kinahan had an advisory role with; MTK Global, a firm representing many fighters Kinahan has advised (Kinahan cofounded the company, which was previously known as Macklin's Gym Marbella, or MGM); and Fury, whom Kinahan had been advising.

INSIDER

But hours after saying he'd severed ties with Kinahan, Fury appeared to suggest on Instagram that Kinahan should be "PM", the Irish prime minister, or Taoiseach.

And Arum told The Telegraph in late June: "We've talked with Dan, who Tyson and I both love and admire and respect, and he understands it's best the negotiations on Tyson's side be handled that way. He only wants the best for Tyson."

Top Rank; its broadcaster, ESPN; and Disney, which owns ESPN, all declined requests for comment from Insider.

There is no indication that Disney, ESPN, Top Rank, Arum, Fury, or Joshua are involved in any criminality.

## Is Kinahan leaving the fight game?

INSIDER

In a June 27 video on iFL TV, a YouTube channel sponsored by MTK Global, Saunders, a two-weight world champion, said he trusted Kinahan so implicitly that if his adviser were to leave the sport, he would consider turning his back on the fight game forever.

"I took a lot of advice in a very good personal friend of mine, Daniel," Saunders said. "And I know that he's walking away from boxing, which is a big, big, big loss in my eyes. And I don't know if I want to be a part of it at this level anymore moving forward."

There is no indication that Saunders is involved in criminal activity.

Richmond told Insider the idea that Kinahan would leave boxing was questionable.

"Has he really stepped away?" Richmond said. "It is hard to imagine that he has no more involvement or contact."



**Kinahan with Saunders at a fight alongside Matthew Macklin, who cofounded MGM Marbella with Kinahan.** Photo by Getty Images

One of Insider's sources with knowledge of how Kinahan operates in international boxing said it was not uncommon for Kinahan to bully fighters, their representatives, and TV executives in boxing.

The sources told Insider about specific incidents of bullying and intimidation by Kinahan in boxing, but Insider is not detailing them to protect the sources' anonymity.

INSIDER

"I'm not scared of a lot of people ... but I'm scared of those people," a second source with a similar background said, referring to the Kinahan crime group.

"There's a literal reign of fear" at the highest level of world boxing that is so bad that "some are afraid to even speak Kinahan's name in public," the first source said.

The second source agreed with this characterization, saying that this is how Kinahan and those close to him in boxing liked to work.

As a result, the source said, "boxing is in a really bad place."

## Boxing in Ireland is dying, and some say Kinahan is to blame

It's unclear how long it would take for boxing to repair its reputation

INSIDER

But Kinahan's involvement, overt or otherwise, could "bring boxing down," Insider's second source said, as blue-chip companies that broadcast or sponsor events could desert the sport, significantly affecting the amount of money big fights can generate.

Boxing in Ireland has already been tainted because of Kinahan, Tallant, the Sunday World investigations editor, told Insider. The sport "is toxic in this country," she said, "and that's thanks to Daniel Kinahan and his crew."

Part of this toxicity goes back to a weigh-in at Dublin's Regency Hotel in February 2016, ahead of a Kinahan-promoted "Clash of the Clans" event. Men disguised as Ireland's SWAT-like ERU police guards stormed the Regency armed with assault rifles and opened fire, killing one man and injuring two others, Stephen Breen and Owen Conlon wrote in their 2017 book, "The Cartel."

There's no allegation that Kinahan orchestrated the attack; rather, he

INSIDER

wrote.

Enda Kenny, the taoiseach at the time, described it as "an extreme case" of criminal activity, The Irish Times reported. Tallant told Insider that the shooting sparked "murder after murder after murder" in retaliation.

That shooting has tarnished boxing's image in Ireland; no major shows have taken place there since.

Mel Christle, the president of the Irish Boxing Union, told Insider that "the reality now is that Irish MTK fighters box in Northern Ireland, the UK, or further afield."

"MTK have not promoted in the Republic of Ireland since the Regency shooting," Christle said.

The dearth of shows in Ireland could play out elsewhere should Kinahan continue to operate in boxing, one of Insider's sources said.

INSIDER

the shadows, pulling strings as he has done for years.

"With people like Kinahan ... people don't just sever ties with him," the source said. "He severs ties with you."

## Allegations that Kinahan instills fear have been made in the past

**Police tape cordoning off the Regency Hotel in Dublin after a shooting at a Kinahan-organized boxing event in 2016.** Photo by Caroline Quinn / AFP via Getty Images

INSIDER

Kinahan used intimidation to pull fighters into line.

Breen said he learned through an associate of MGM that Kinahan "brainwashed" some athletes he represented and by promising vast sums of money but often underdelivered, delaying payments or missing them altogether. Breen's source claimed that fighters were sometimes offered drugs instead of payment but refused.

The source said Kinahan "would often tell them they would know what happened if they stepped out of line."

Breen's source claimed that once you're signed with Kinahan, there is no leaving — not unless it's he who wants you to go.

It was all about control, Breen wrote.

"The gym was all about manipulation and was simply an exercise by Daniel to portray himself as a legitimate businessman, but this couldn't be further from the truth," Breen's source said. "He ruled through fear."

INSIDER

Breen told Insider that the person he spoke with in 2018 "had various dealings with Daniel Kinahan, and they were adamant that Daniel Kinahan was a bully and that boxers were terrified of him because of his name."

Kinahan carries a macho image, offers young boxers a life of luxury, and tells them they're going to be great. But the reality is that only one or two make it to the top and receive the sort of money he promised, Breen said.

"The person I spoke to about Daniel Kinahan's personality said he was very controlling, he was coercive, and, to young boxers, he could easily manipulate them," Breen said.

Breen said Kinahan was regarded as a Messiah figure in boxing, overseeing a cultlike following within the sport.

## 'Any challenge to him will be punished'

INSIDER

through the boxing, from the beginning they courted celebrity, separated boxers from everyone they previously knew, and lived almost like a family."

"The same would be said for his criminal organization," Tallant said, adding that Kinahan's business had a "cultish setup where any

challenge to him will be punished and he has to literally be on a greater height than everybody else."

"The punishment for those who challenged him was clearly murder," Tallant said.

She said that the person who challenged Kinahan most was Gary Hutch, who was shot dead in Spain in 2015. A witness told a court in 2018 that Hutch pleaded with his killer, The Irish Times reported.

A man named James Quinn was convicted of the murder of Hutch and sentenced to 22 years behind bars. A Spanish detective told the court that the police believed that Kinahan ordered the killing, the



## A botched hit

Breen theorized that Kinahan's paranoia and ego had fueled one of Dublin's worst gangland feuds going back to 2014.

That year, Hutch, Kinahan's employee at the time, put a hit out on Kinahan, Breen wrote in The Irish Sun in 2016, citing sources.

Breen said the gunman Hutch hired botched the hit, shooting at Jamie Moore, a former super-welterweight boxer who was on Kinahan's Costa del Sol property.

There is no indication that Moore has any involvement in criminality. Breen described him as an innocent bystander in the shooting.

Breen's sources told him that even though the Hutch family paid Kinahan and had a secret meeting in Spain to calm tensions, there was an onslaught.

INSIDER

"It was all down to him leading the charge against people who he believed had tried to kill him and who he believed were his enemies at that point," Breen told Insider.

Breen said Kinahan had the money, power, and international associations to wage a war against his onetime friends that they could not keep up with.

"I can see how his personality in organized crime — where it is about control, it's about power, coercion, and letting people know who is in charge — would transfer to his personality in boxing," Breen said.

## Police say they're pursuing those at the top of the Kinahan group

INSIDER

Three men — Michael Burns, Stephen Curtis, and Ciaran O'Driscoll — were sentenced in late June for their role in what was described as a Kinahan cartel plot to kill a Hutch family member in Dublin, The Irish Times reported.

During the sentencing, Hunt, the Irish judge, rebuked the group, saying it recruited "dispensable foot soldiers" who were "desperate and foolish."

Breen told Insider that it was "an extremely significant day in Dublin" as "three individuals received prison sentences for their decision to get involved in the Kinahan-Hutch feud."

Breen added that there were now 30 people who had been imprisoned since 2016 "as a result of working for Daniel Kinahan and his gang," including "people for murder, conspiracy to murder, facilitating an organized crime gang."

After the convictions of the three men last month, John O'Driscoll,

INSIDER

top of the cartel.

---

"It is ultimately our aim to dismantle the entire crime group," he said, according to the Irish Independent. "Based on our experience we are confident that the evidence we have gained in investigations we are undertaking will result in the charging of other people."

He added: "It is obviously a desire that we achieve success in relation to those who are at the top of the pyramid in a crime group, but taking out the pillars of a crime group along the way ultimately causes damage to that crime group and bring about the downfall of those who are at the top of the pyramid."

Breen told us that by "those who are at the top of the pyramid," he believes O'Driscoll was referring to Kinahan.

O'Driscoll added, according to the Independent: "We are not going to finish our business until such time as everyone involved is brought before the courts, particularly those at the top tier. I believe the progress that's being made in the ultimate aim of dismantling the

INSIDER

"What is clear is that the Kinahan organized crime group have
wreaked havoc on communities. They are involved in drug selling. It
is that drug selling that had wrecked the lives of so many people in
the community from where they came from themselves."

## 'A very deliberate PR attempt' by Kinahan

Kinahan has been using boxing to burnish his image internationally,
Richmond, the Irish politician, told Insider in a statement.

"Kinahan has engaged in a very deliberate PR attempt to reinvent
himself as a legitimate boxing promoter with no criminal
convictions," Richmond said. This has included but is not limited to
social-media channels trying "to distract from his real infamy," he
said.

"His opaque connections to MTK has seen numerous fighters and
trainers connected to MTK repeatedly and zealously defend him,"

INSIDER

"If Mr. Kinahan were to return to Ireland, it is clear that he would be arrested immediately. It is known that the Gardai are working to bring him to justice having repeatedly tried and convicted many of his associates in recent months."

## Fury's video may turn out to be a big mistake

Richmond told us that Fury's video in which he thanked Kinahan multiple times could prove to be Kinahan's downfall.

"For Mr. Kinahan, the biggest mistake he has made is allowing Tyson Fury to name-check him no less than three times in a video announcing the biggest fight in British boxing history," he said.

"That opened the floodgates of international [media attention] into who this powerful matchmaker is. Brave Irish journalists and the Irish authorities have been highlighting exactly who he is and the misery he sews on the streets of Dublin for years.

INSIDER

"By allowing himself to be brought into the limelight, his true identity was revealed. Not as a powerful boxing promoter but as a ruthless criminal responsible for some of the worst criminal atrocities in recent years in Ireland.

"The world now knows who Mr. Kinahan really is," Richmond told Insider, adding that he was skeptical that Kinahan has willingly stepped into the shadows of the fight game.

"Boxing must work hard to genuinely prove that he no longer has any role and that he is not welcome in the sport," Richmond said.

"I have no doubt the Irish authorities will bring Mr. Kinahan to justice eventually. He can't run forever."

INSIDER

---

**Read more:**

How Daniel Kinahan, a suspected $1.1 billion Irish gang lord, suddenly became the broker of boxing's biggest clash in years

British and Irish politicians are increasingly alarmed at suspected $1 billion drug lord Daniel Kinahan's involvement in elite boxing

Tyson Fury appeared to say suspected gang lord Daniel Kinahan should be Ireland's prime minister — hours after apparently severing ties with him

**NOW WATCH:**

More:    Daniel Kinahan    Boxing    Sports UK

**INSIDER**

**If you're over 50 - this game is a must!**

Sponsored by Vikings: Free Online Game

**This WW2 strategy game will keep you entertained for weeks!**

Sponsored by Call of War World War II

**Montana Man Discovers He Has Oldest DNA in America**

Sponsored by Genetics Digest

**This Game Can Train Your Brain To Think Strategically**

Sponsored by Total Battle - Tactical Game Online

**Missing Submarine With 80 Sailors Found, Experts Discovered The Truth**

Sponsored by Maternity Week

**Before you renew Amazon Prime, read this**

Sponsored by Wikibuy

**Every US Citizen is Buying this N95 Mask | Free Shipping**

Sponsored by Rise N95 Masks

**30 Military Aircraft Now For Sale To The Public**

Sponsored by Yeah Motor

**Where Parker Schnabel Lives At 25 Is Tough To Handle**

Sponsored by Swift Verdict

**Play the most addictive World War 3 strategy game right now!**

Sponsored by Conflict Of Nations : World War 3

**INSIDER**

**Simple Home Remedies For Toenail Fungus**
Sponsored by Fungus Eliminator

**This Is Where the Majority of Singles Over 40 Are Finding Love in Hanover**
Sponsored by EliteSingles

**One Thing All Liars Have in Common, Brace Yourself**
Sponsored by TruthFinder

**5 Online Dating Sites That Actually Work**
Sponsored by Top 5 Dating Sites

**Jada Pinkett Smith Was Left In Shock After Her Son Made A Heartbreaking Decision**
Sponsored by Affluent Times

**William And Kate Have Been Told Their Fate Once Charles Finally Becomes King**
Sponsored by Atlantic Mirror

**Drone Photos That Fell Into The Wrong Hands**
Sponsored by Obsev

**N95 Respirator Mask Reusable (FDA Registered), 10% Off**
Sponsored by Canopus Group

**Chelsea Handler wore a sports bra made out of masks to prove a point about face coverings, and fans can't get enough of her message — or her...**





* Copyright © 2020 Insider Inc. All rights reserved. Registration on or use of this site constitutes acceptance of our Terms of Service, Privacy Policy and Cookies Policy.

Sitemap | Disclaimer | Commerce Policy | CA Privacy Rights | Coupons | Made in NYC | Jobs

Stock quotes by finanzen.net | Reprints & Permissions

International Editions:   INTL | AUS | DE | ES | FR | IN | IT | JP | MX | NL | SE | PL | ZA

CA Do Not Sell My Info

# Attachment 21



Search

Transfers   **Boxing**   **Sport**   Selector   Schedule/Catch Up   Podcasts   Shop

**All Sport**    Boxing    MMA    Wrestling    Basketball    Cricket    Rugby Union

Contact us

Work for us

License content

Privacy policy

Terms of use

News Centre

Topics A-Z

Cookie Settings

The world's biggest sports radio station ▭

# SPEAKING OUT Daniel Kinahan: Full statement released to talkSPORT from controversial boxing adviser after Panorama investigation

**EXCLUSIVE**

**By talkSPORT**
8th February 2021, 11:37 am  |  Updated: 8th February 2021, 11:53 am

▶

 

**Daniel Kinahan, the subject of a Panorama investigation into his influence on boxing, has given an exclusive statement to talkSPORT.**

Kinahan has no criminal convictions but has been named in the Irish courts as the head of one of Europe's most prominent drug cartels.

The Dubai-based 43-year-old co-founded MTK Global, which manages over 250 fighters, and was credited by Tyson Fury last year with brokering a deal to face Anthony Joshua in 2021.



Daniel Kinahan remains heavily involved in boxing and claims he is the victim of an orchestrated campaign

Here's the statement from Daniel Kinahan in full:

"I have tried my best to ignore the allegations that are constantly made about me. I have dedicated myself to my work in boxing for over 15 years.



FindLaw

The most common mistakes law firms make on their website (and how to correct them).

**PREMIER LEAGUE**

| 08/02 | LEE | 20:00 | CRY |
|-------|-----|-------|-----|

Match page

| 17/02 | BRN | 18:00 | FUL |
|-------|-----|-------|-----|

Match page

| 17/02 | EVE | 20:15 | MCI |
|-------|-----|-------|-----|

Match page

| 23/02 | LEE | 18:00 | SOU |
|-------|-----|-------|-----|

"I have started from the bottom and worked my way up. I am proud to say today that I have helped organise over a dozen major world title fights. I continue to be involved in planning multiple record-breaking and exciting world title fights: I'm doing all I can to give fight fans around the world the fights they want. My professional commitment is always to the boxers, those who take the ultimate risk.

"I'm Irish. I was born and raised in Dublin. In a deprived area with serious levels of poverty, of crime, of under investment. People like me, from there, aren't expected to do anything with their lives other than serve the middle and upper classes. Boxing is a working class sport for which I've had a lifelong love and passion.

"I love the sport of boxing but didn't love how business was done. Many boxers have similar backgrounds to me. I got into boxing to make sure that boxers get fairly rewarded and not taken advantage of. The boxers put their lives on the line. It's my mission to ensure that the boxers are financially secure when they finish boxing, and healthy too. Let's not forget – the money in boxing is put there one way or another by the fans, sponsors and TV companies – not by me or anyone else – and they put it there to watch the fighters. The fighters deserve their fair share.



2

Kinahan has acted as heavyweight world champion Fury's close adviser

"I firmly believe that my success has led to an increase in the campaign against me. Pretty much anything can be said about me, or inferred about me, and it goes unchallenged and is sadly

Promoted Stories                    Promoted Links

**Man Who Predicted 2020...**

**Randy Jackson: This 3 Minute...**

Watch when Tyson Fury and David Haye clashed in hilarious...
**talkSPORT**

Bellew was 'reprimanded and told off' by Sky for...
**talkSPORT**

**Man Who Predicted 2020...**

**Hate Annual Fees But Love Perks?...**

believed last week it was inferred that I had threatened a reporter. Let me be clear on this point before I address the other allegations against me. I have full respect for journalism. I have worked with journalists and I value their role. Journalists should always be free to do their job, free from any threat or harassment. I have never threatened a reporter or journalist or asked anyone to do that for me. I never have and I never would.

"My concern is that I have not been on the receiving end of fair and credible journalism, especially in the UK and Ireland. The recent BBC Panorama programme is a good example. This was a rehash of unsubstantiated allegations that have been made previously on many occasions. It was unashamedly sensationalist and devoid of evidence or critical analysis. They refused to publish the statement I made in advance of the programme or even question the fundamental claim that "an Irish court accepted..." That Irish Court is the SCC, a court with no jury,  and which accepts the word of police officers without question. It is criticised by both the UN and Amnesty International. This latest report follows a long pattern of throwing innuendo and baseless accusations at me hoping that some may stick.

"I can't be any clearer on the fundamental slur – I am not a part of a criminal gang or any conspiracy. I have no convictions. None. Not just in Ireland but anywhere in the world.

"Media outlets link my name with criminality unconnected to me. I am not involved in any proceedings therefore I am unable to challenge this in court. The media know this yet they refuse to acknowledge it. There is no evidence or proof against me. I have said repeatedly: I have no criminal record anywhere in the world. Sections of the media ask that I disprove a negative. This is impossible but it shows what I'm up against.

"People need to ask themselves – If he has done the things he has been accused of why has he not been arrested and charged? Why does a police organisation anywhere in the world not have this information and evidence some sections of the media would have you believe actually exists. Why is there only a trial by media and not a criminal trial? There is a simple answer to this. That answer is because there is no evidence. It's because it is not true.

"I'm blessed with an amazing family. I'm blessed to work in boxing at the highest level having organised some of the biggest fights in boxing previously and in the future. I will continue working every day to bring out the best in, and look after, the boxers I am lucky enough to work with.

"I have chosen to dedicate my life to my family and my work. I do so every day in good and honest faith. I will continue to always

Watch Wilder and Hrgovic brawl in rare footage from Haye's...

talkSPORT
UNITY HEALTH LABS MULTI-GI 5
THESAVINGREPORT.COM

choose love and choose God in my future as I do in my present.

## Promoted Stories

### Man Who Predicted 2020 Crash 45 Days Early Issues Next Major Warning

THE LEGACY REPORT                                          SPONSORED

Sponsored Links

### Man Who Predicted 2020 Crash Predicts Now Massive Stock Market Event

THELEGACYREPORT.COM

### Hate Annual Fees But Love Perks? These Cards Are For You

NERDWALLET

Sponsored Links

### These Cars Are So Loaded It's Hard to Believe They're So Cheap

LUXURY SUVS | SEARCH ADS

### The Dating Site for Singles Over 40 in Mc Lean

ELITESINGLES

### Randy Jackson: This 3 Minute Routine Transformed My Health

UNIFY HEALTH LABS MULTI-GI 5 SUPPLEMENT                    SPONSORED

### Watch when Tyson Fury and David Haye clashed in hilarious Ringside interview

### Saunders denies making reference to McGuigan's daughter Danika, who...

# Deontay Wilder's sacked coach makes shocking revelation about Wilder's...

Sponsored Links

## A CEO Thinks This Tech Could Be 35 Amazons

THE MOTLEY FOOL

## Mc Lean, Virginia Drivers Are Stunned By This Little Known Rule

US AUTO INSURANCE NOW QUOTES

## Kinahan, who brokered Fury-AJ deal, confirms he's still involved in boxing

**TOPICS**    **TYSON FURY**

## FOLLOW talkSPORT

## Services

Advertise with us | Advertising specs | Brand guidelines | Competition rules |
Contact us | Work for us | License content | Privacy policy |
News Centre | Topics A-Z | Cookie Settings

This service is provided on talkSPORT Ltd's Terms of Use in accordance with our Privacy Policy.