# Attachment 22



# Joseph Diaz Jr. lost his title and his car. Now he's fighting to get it all back

 **Mike Coppinger**
5 hours ago

INDIO, Calif. — Joseph Diaz Jr., stepped outside his Southern California home one September day and noticed something was missing: his Lexus RC350.

Naturally, he called the police and filed a stolen vehicle report. Turns out his longtime managers, Ralph and Moses Heredia, repossessed the coupe.

  2  Aa

The brothers held the title on the car, a vehicle they purchased for the fighter in November 2019 with an agreement that Diaz would pay it off. After he defeated Tevin Farmer in January 2020 to win his first world championship, Diaz says he paid $25,000 toward the vehicle with another $4,000 invested toward cosmetic upgrades. He says he planned to pay off the rest after his most recent fight against Shavkatdzhon Rakhimov last month.

At a pivotal moment in his life, Diaz was sans transportation for nearly two weeks (and also had to replace the car down $29,000). His now-fiancee was pregnant with his first child (a boy, Zenith, was born in November) and Diaz was also about to begin training for his first title defense.

Diaz viewed the vehicle incident as retribution by his managers for his decision in August to bring on new



decision in August to bring on new advisors, which he says set off a chain of events that threw his life — and boxing career — into disarray.

Since signing with MTK Global in August, the Heredia brothers sued his new management company for racketeering, Diaz lost the junior lightweight belt he worked his entire life for after weighing in 3.5 pounds over the limit, then was held to a majority draw against Rakhimov (a fight Diaz was favored to win).

All of the outside distractions, he says, played a part in how he fared inside the ropes.

"I was dealing with a lot of stuff with my lawyers and my ex-managers," Diaz tells The Athletic, "and it's about staying focused and determined and staying hungry to the point where I'm not gaining that much weight."

A

Diaz added new representation in August, he says, because he wasn't getting all he was initially promised by his management company. He wanted better fights, more promotion, more sponsorship deals. None were coming his way.

When he signed with MTK, becoming the first American champion in that stable, he was sure the new relationship would take his career to the next level. After all, MTK worked with some of the biggest fighters in the world including Tyson Fury, Josh Taylor and Billy Joe Saunders.

"This is going to impact my career in a big way and make me the star that I feel I am. Not just in the U.S., but globally," he told The Athletic at the time. "I'm really going to take advantage of this opportunity and become a unified champion and make sure I deliver very exciting fights for MTK, the fans and for everybody

champion and make sure I deliver very exciting fights for MTK, the fans and for everybody."



Joseph Diaz Jr., right, ended his bout with Shavkatdzhon Rakhimov in February in a draw. (Tom Hogan / Golden Boy)

The Heredias' attorney, Eric Montalvo of Federal Practice Group, didn't return a voice message seeking comment.

Diaz's decision to add MTK bothered the Heredia brothers who, as his managers, would be forced to work with and relinquish power to the new advisors.

"They took it as disrespect," Diaz, a 2012 Olympian, told The Athletic. "I feel like MTK is going to benefit me by promoting my name more and getting me the biggest fights. It would have benefited everybody … myself … Ralph and Moses … if they would have kept it cordial and been understanding of everything I'm trying to do in my career and in my life.

"I was always in the back. I wasn't being promoted and getting the marketing and sponsorship deals I feel like I should have at that time. I told them many times I wanted to bring someone in. They never listened to me. They always wanted to make sure … they have leverage over me."

The dispute between the parties then escalated to the courts.

Diaz claims the Heredias used his connection to Golden Boy for tickets to events including Canelo Alvarez-Gennadiy Golovkin in 2017 and 2018; took 20 percent of his purse from fights

Gennadiy Golovkin in 2017 and 2018; took 20 percent of his purse from fights rather than the contracted 18 percent commission (under the guise of legal fees) and sent a legal letter promising to pursue damages in federal court.

"The Heredias did not just fail to protect my interests. They also actively stole from me," Diaz said in a sworn declaration filed with the California State Athletic Commission.

Now, Diaz awaits an arbitration hearing scheduled for later this month where the California State Athletic Commission will rule on the validity of his contract with the Heredias.

There's also two pending lawsuits: one filed by Diaz against Ralph Heredia on Oct. 6 in Superior Court in California alleging that his half-brother, Moses Heredia, was the manager "on paper" while Ralph served as the de facto manager. The reason? Moses was licensed in California while Ralph wasn't, "likely due to the fact that he has been hiding his true identity," per a copy

wasn't," likely due to the fact that he has been hiding his true identity," per a copy of the complaint obtained by The Athletic. Managers in boxing must be licensed by the state athletic commission.

Then on Dec. 18, Heredia Boxing Management and Moses Heredia responded with a lawsuit filed in U.S. District Court in California. Diaz wasn't named, but the suit alleged four counts of racketeering against MTK, its co-founder, Daniel Kinahan; and its chief strategy officer, Paul Gibson.

Also named in the lawsuit: Golden Boy and VGC LLP (the law firm representing Diaz) with four counts of tortious interference against both parties (and MTK) along with one count of breach of promoter-manager contract vs. GBP.

A

Diaz is one of the brightest young fighters in boxing today. The 28-year-old claimed the 130-pound title with an impressive performance against Tevin Farmer in January 2020, winning via unanimous decision.

But after competing three times in each of 2018 and 2019, Diaz fought only once in the past year due to the pandemic. He ballooned in weight and was forced to spend training camp for his fight with Rakhimov shedding pounds quickly. The time grew even shorter after the fight was moved one week earlier from its initial date of Feb. 20.

When he weighed 3.5 pounds over the limit, the boxing world was shocked.

"The reason I lost (the title) is because of my mistake; I didn't lose it any other way. … It was my fault, man. I'm not blaming that there was no sauna or anything. It was a bad situation because of COVID but that doesn't make it any (excuse) for me that I didn't make weight."

of COVID but that doesn't make it any (excuse) for me that I didn't make weight."



Joseph Diaz Jr. missed weight for his bout with Shavkatdzhon Rakhimov in February by 3.5 pounds. (Tom Hogan / Golden Boy / Getty Images)

JoJo woke up early Friday before the fight in an attempt to lose the final few pounds. He shadowboxed for an hour but didn't sweat at all. He was surprised. Usually, the beads start falling about 20 minutes in.

He ran for 30 or 40 minutes; no sweat whatsoever.

"I completely held onto the water weight," he says. "I was in shape, I went the full 12 rounds and was pushing the Russian guy back. My body just gave out. I tried to make the weight but my body was like enough is enough.

"At the end of the day, I didn't want to not make weight and lose my belt at the scale. I did the hot bath. … It's not like I didn't try. I really did try to keep that title around my waist. I trained my ass off for this fight."

Diaz says part of the reason for his issues both on the scales in the ring last month was distractions dealing with his management. And it isn't stopping any time soon.

His next bout, per sources, could come this summer against Roger Gutierrez, a fellow Golden Boy Promotions fighter. The Venezuelan is coming off a career-best victory, a decision over Rene Alvarado in January. If the fight



Alvarado in January. If the fight happens, it shapes up as another action fight for Diaz but first, he has a legal battle to attend to.

Diaz hired an attorney, Jim Greeley, who contends that while the Heredias saw Diaz's move to bring in an advisor as an act of aggression, it was never meant as such.

"The Heredias held a position of trust as Diaz's managers and fiduciaries," he says. "Rather than working to advance Diaz's career as is their job and legal duty, the evidence shows the Heredias have launched a deliberate campaign to attack and harm Diaz, work against his interests, and interfere with his career.

"They have revealed they are Diaz's enemies, not his managers, and they will pay the consequences for illegally abusing his trust and causing him injury."

Court documents show that Rafael Heredia Tarango, previously known as Rafael Bustamante, was convicted in

Court documents show that Rafael Heredia Tarango, previously known as Rafael Bustamante, was convicted in 1993 of conspiracy to possess and distribute 12 kilograms of cocaine.

"The guy (Ralph) Heredia is a convicted felon and cheated the fighter and filed legal papers about Kinahan being involved with the fighter, JoJo Diaz. Nonsense," says Top Rank chairman Bob Arum, who promotes champions from the MTK stable such as Fury and Taylor.

MTK is also no stranger to controversy as Kinahan has been named by the Irish high court as the leader of a drug cartel. He's denied the allegations and has never been charged.

A

Diaz is no longer a champion, but he still figures prominently into the stacked

A

Diaz is no longer a champion, but he still figures prominently into the stacked title picture at 130 pounds. There's Oscar Valdez, who just scored a hellacious knockout of Miguel Berchelt in an ESPN title tilt; Gervonta Davis, the biggest star in the division; Shakur Stevenson, a budding star who held a title at 126 pounds; and then Jamel Herring and Carl Frampton, who will vie for Herring's title April 3 in Dubai.

Like Diaz, Herring and Frampton are advised by MTK, potentially setting up Diaz for the winner later this year. Also out there: Farmer, who Diaz soundly beat last year.

There was a rematch clause in the contract for the Farmer fight, but efforts to finalize the bout were complicated by the pandemic and the deadline passed, voiding the deal.

voiding the deal.

"I was fine doing the rematch," Diaz says. "Ralph said 'no,' because the contract would be voided so we wouldn't be fighting for the measly amount. So if they wanted me to fight Farmer again, I could make more money.

"If the money was right, I would have taken the rematch without a doubt, but Golden Boy and Ralph, they were trying to make it seem like the money wasn't there."



Joseph Diaz has no shortage of top-tier opponents in the coming months. (Ed

    

Instead, Diaz proceeded with his mandated title defense vs. Rakhimov. All the while, Farmer lobbed insults at Diaz and when he missed weight, Farmer celebrated on social media. After the draw result, Farmer took yet another victory lap.

"For him to even be celebrating someone's — I wouldn't even say downfall because I still won the fight and I honestly thought I was robbed — for him to even praise that I'm doing bad, for him to act that type of way, he's a coward," Diaz says.

But Diaz vows to change himself, starting with keeping his weight down in between fights. And before his next ring foray, he could have clarity — calm, even — in relation to the ongoing situation with the Heredias.

*(Top photo: Ed Mulholland / Matchroom Boxing USA)*

# Attachment 23



**Portfolio Media. Inc.** | 111 West 19th Street, 5th floor | New York, NY 10011 | www.law360.com
Phone: +1 646 783 7100 | Fax: +1 646 783 7161 | customerservice@law360.com

# Boxer's Manager Accuses Co., Law Firm VGC Of Racketeering

By **Clarice Silber**

Law360 (December 21, 2020, 6:31 PM EST) -- The manager of a world champion boxer has sued law firm VGC LLP and a management and promotional company allegedly linked to organized crime, claiming the company was engaged in a racketeering scheme to interfere with his contract with the athlete.

Moses Heredia filed a lawsuit in California federal court against MTK Global Sports Management LLC, VGC, Golden Boy Promotions Inc and other parties on Friday alleging MTK improperly entered into a "marketing advisory" agreement with boxer Joseph Diaz and provided him a $100,000 advance using funds derived from drug trafficking and money laundering.

"Here, MTK has attempted to acquire an interest in Mr. Joseph Diaz, as a professional boxer. MTK provided Mr. Diaz $100,000 in an attempt to fraudulently induce him without proper licensure, contractual or lawful authority," the complaint said.

Heredia alleged in the complaint that MTK Global colluded with the law firm and Golden Boy, which holds the promotional agreement for Diaz, to unlawfully facilitate and negotiate the contract. The complaint said that MTK Global and Golden Boy also scheduled a bout for Diaz in February 2021 without any input or communication with the plaintiffs.

Heredia, the owner of Heredia Boxing Management Inc, said he has a contract with Diaz that started in 2017 and is slated through February 2022. Diaz holds the International Boxing Federation super featherweight title and fought in the 2012 Olympics in London.

Eric Montalvo, an attorney for Heredia, told Law360 that MTK Global has been undertaking a hostile takeover of the boxing industry and scooping up fighters by throwing money at them and not having any profit expectations.

"So the bottom line is that there's a straight-up contract that's been acknowledged by the state of California, the Heredias went and tried to arbitrate this with the fighter earlier, but because of COVID they deferred the decision until next year to do the hearing, and then the organization is refusing to negotiate anything, this is a pattern of practice that this organization gets into," Montalvo said.

According to the complaint, Daniel Kinahan, an Irishman currently based in the United Arab Emirates who founded MTK Global, is a member of Ireland's Kinahan Organized Crime Group and allegedly continues to arrange boxing matches and act in a management capacity for the company.

Heredia stated in the filing that Kinahan fled to the UAE after a boxing match that he promoted in Ireland ended in violence, with masked gunmen firing AK-47s into the crowd and killing one person and injuring others.

The complaint also claims that MTK has approached several U.S. fighters and offered similar "marketing advisor" arrangements.

"MTK sometimes does this with the knowledge and consent of the fighters boxing manager. On other occasions, such as this current dispute, it is a hostile attempt to peel a boxer or sports fighter away

from his or her managers," the filing said.

Heredia is seeking multiple unspecified damages, recovery of attorney fees and the costs of bringing the suit against the management company.

Representatives for the other parties did not immediately respond to requests for comment Monday.

Heredia is represented by Rajan O. Dhungana and Eric S. Montalvo of Federal Practice Group.

Attorney information for MTK Global, Golden Boy Promotions and VGC LLP was not immediately available.

The case is Heredia Boxing Management Inc et al. v. MTK Global Sports Management LLC et al., case number 20-cv-2618, in the United States District Court for the Central District of California.

--Editing by Michael Watanabe.

All Content © 2003-2021, Portfolio Media, Inc.

# Attachment 24



Sign in

Irish Sun | Search





...LOUS   **SPORT**   **NEWS**   **MONEY**   **DEAR DEIDRE**   **MOTORS**   **TRAVEL**   **TECH**   **PUZZLES**   **TOPICS A-Z**



EXCLUSIVE

News  >  Irish News

# FIGHT CASH Lawyers want boxing authorities to freeze fight proceeds before it ends up in Daniel Kinahan's pocket

**John Hand**

7:15, 11 Feb 2021

**Share**

LAWYERS want boxing authorities to freeze

**proceeds of a "poached" fighter's world title
defence before it ends up in mob boss Daniel
Kinahan's pocket.**

The Irish Sun can reveal representatives of manager
Moses Heredia approached the California Boxing
Commission to stop money set aside for Jo Jo Diaz's
managers from going to MTK and Kinahan, following
his fight against Shavkatdzhon Rakhimov on
Saturday.

Lawyers want boxing authorities to freeze fight proceeds before it ends up in Daniel Kinahan's pocket    5/31/21, 10:31 AM



**Mob boss Daniel Kinhan** Credit: Refer to Caption



**Boxer Joseph Diaz Jr** Credit: Getty Images - Getty

Lawyer Eric Montalvo last night also hit out at evil
Kinahan for trying to wipe out boxing managers such

Case 5:20-cv-02618-JWH-KK   Document 80-3   Filed 04/01/22   Page 26 of 154   Page ID
#:1175

as his client and Irish legend Barry McGuigan.

Crime cartel boss Kinahan, 43, has been named along with MTK and others in the case brought by rival manager Heredia — over the alleged luring of top boxer Diaz with a $100,000 payment.

## PRIZED TITLE

Diaz made the move last August having won his prized title under Heredia at the beginning of 2020.

The case also alleges that Kinahan — who runs a global crime cartel worth an estimated €1billion — organises fights that involve MTK fighters which are "steeped in money obtained from drug trafficking and money laundering".

Despite the lawsuit, Diaz's fight under MTK management is going ahead this weekend.

But speaking last night, Heredia's lawyer Montalvo told the Irish Sun: "We want the money held up because of concerns it's going to go to MTK illegally or unlawfully."

He added: "This will be the first instance where there's going to be a transfer of funds back to Daniel Kinahan."

## LOAN

Montalvo says the alleged $100,000 payment to Diaz effectively is a loan, insisting that it is against the law. A state structure was put in place where a boxer was to be protected from being exploited, and this happens by funds going through state.

But ex-Marine Montalvo said: "What's happening in this case, you have an unlicensed promoter or manager taking a $100,000 dollar lean on the future proceeds of a fight. This is exactly what the act was intended to prevent.

"None of this money is being controlled through the state, which it is supposed to be."

The lawyers have become aware of MTK's responses to the suit through the media, but the company along with Kinahan have yet to formally respond to the case.

Kinahan's involvement in the sport is under the spotlight more than ever following last week's BBC Panorama programme, which documented how the head of a crime cartel rose through the ranks to become a powerful boxing figure.

## STATEMENTS

On Monday, Kinahan issued the second of two statements in two weeks claiming he has organised more than a dozen world title fights.

He also claimed his innocence of any crimes. Kinahan advises a number of MTK fighters, but the company he co-founded claim he is not involved directly with their business anymore.

Montalvo has questioned evil thug Kinahan's intentions, pointing towards McGuigan's management business. None of the fighters advised by Kinahan have any involvement in crime.

McGuigan featured on the BBC programme and said he lost at least five fighters who have headed to MTK.

Lawyers want boxing authorities to freeze fight proceeds before it ends up in Daniel Kinahan's pocket

5/31/21, 10:31 AM

## Lawyer Eric Montalvo



3

**Lawyer Eric Montalvo** Credit: Getty Images - Getty

# MOST READ IN NEWS

**COVID UPDATE**
378 new cases of
Covid-19 in Ireland
as 98 patients
fight virus in
hospitals

**WINNER WINNER**
Lotto confirm
€2.8m ticket sold
in Cork town but
winner yet to
come forward

**COUPLE CHARGED**
Former worker to
stand trial for
stealing €870k
from Virgin Media
Television

Montalvo blasted: "This suit isn't just about money.

Lawyers want boxing authorities to freeze fight proceeds before it ends up in Daniel Kinahan's pocket 5/31/21, 10:31 AM

It's about him coming in and taking the from businesses like Barry McGuigan and the Heredias, ruining their position instead of working with them.

He added: "If his intention is to have the sport view him in a favourable light, then he is completely contradicting that through his actions.

MTK and the California Boxing Commission did not respond to requests for comment.

**Topics**  | Boxing | | Kinahan Cartel | | Daniel Kinahan |

## YOU MIGHT LIKE





**SPONSORED BY GUNDRYMD**
**MD: If You Have Dark Spots, Do This Immediately (It's Genius!)**

SEE MORE



**MUM'S FEARS** Children forced to pee in buckets to avoid rats in horror halting...



**TRAGEDY** All five horses killed in horror truck crash were pregnant after €581k...

Lawyers want boxing authorities to freeze fight proceeds before it ends up in banned Kinahan's pocket





**TOUGH GO** Kenny admits McCarthy may have played his last game for Ireland du...

**MYSTIC MEG** May 31: People who may not have heard you before are suddenly all...

## MORE FOR YOU



**SPONSORED BY GUNDRYMD**

**MD: If You Have Dark Spots, Do This Immediately (It's Genius!)**

SEE MORE





**OH MAM** Woman horrified by 'creepy' set of rules her boyfriend's mum shared

**TOT HORROR** Girls, 3 & 4, fighting for life after bouncy castle EXPLODES hurling...







Lawyers want boxing authorities to freeze fight proceeds before it ends up in banker Kinahan's pocket                    5/31/21, 10:31 AM




**STALL ORDER** Dustin Poirier has 'big-time advantage' over McGregor, says...

**'IT'S A FAMILY SHOW'** Amanda Holden makes X-rated slip-up on I Can See...





**NO MURR FOOTY** Brighton legend Glenn Murray retires from football and shares...

**GIRLS NIGHT OUT** Love Island's Molly-Mae goes braless as Maura Higgins...




**'STUPID TWEET'** Christian Jessen faces bankruptcy

**WICKED WILL** Fair City's Will in old ways as he brands

Lawyers want boxing authorities to freeze fight proceeds before it ends up in banter Kinahan's pocket

**after order to pay Arlene...**

**Damien cheat leaving...**



**RADIO READY** RTE 2fm fans
left 'crying laughing' at
'brilliant' new breakfast...



**GUM 'DEATH'** Mum's warning
after daughter, 19, 'died
from eating too much...



**'NO WAY OUT'** I was days
from death after 3-year
booze & cocaine binge, say...



**'I WAS DIFFERENT'** I found
out I was autistic at 39 —
suddenly my meltdowns...

## FOLLOW THE SUN

Lawyers want boxing authorities to freeze fight proceeds before it ends up in Daniel Kinahan's pocket                                    5/31/21, 10:31 AM

Sign Up To The Sun                           Terms and Conditions

Editorial Complaints                         Clarifications and Corrections

Syndication                                  Advertising

Contact Us                                   Help Hub

Cookie Settings                              Contact Preferences

©News Group Newspapers Limited in England No. 679215 Registered office: 1
London Bridge Street, London, SE1 9GF. "The Sun", "Sun", "Sun Online" are
registered trademarks or trade names of News Group Newspapers Limited. This
service is provided on News Group Newspapers' Limited's Standard Terms and
Conditions in accordance with our Privacy & Cookie Policy. To inquire about a
licence to reproduce material, visit our Syndication site. View our online Press
Pack. For other inquiries Contact Us. To see all content on The Sun, please use
the Site Map. The Sun website is regulated by the Independent Press Standards
Organisation (IPSO)..

THE IRISH SUN, A NEWS IRELAND COMPANY

# Attachment 25

Gain a globally recognised qualification at the MTK Academy - Learn more

**MTK GLOBAL**

June 3, 2020

# PAUL GIBSON APPOINTED MTK CHIEF STRATEGY OFFICER

| What are you looking for? | Search |



*Boxing management giants MTK Global promote Gibson to CSO role as the company's global expansion gathers pace*

**MTK Global is delighted to announce the appointment of Paul Gibson as Chief Strategy Officer (CSO). The newly created executive position will see Gibson play a key role in the development, execution and communication of strategic decisions across the business.**

Gibson joined MTK in 2017 as Director of International Operations. His wide-ranging remit has at different times included responsibility for structuring the company's media team, signing and managing boxers, forming strategic partnerships worldwide, opening new gym franchises and overseeing MTK live events televised on platforms such as ESPN+ and Sky Sports.

This invaluable experience in every facet of the industry, coupled with his extensive background in media and finance, position Gibson as an ideal choice for the CSO position.

**Speaking on the announcement Gibson said:** *"I am very grateful for this opportunity to play a more advanced role in MTK's continued success. I have been blessed that the past three years have provided me with an education in pretty much every aspect of the boxing business and I'm now looking forward to embracing a role that demands such a varied level of experience and skillsets."*

**MTK Global CEO Sandra Vaughan said:** *"It is a pleasure to congratulate Paul on his promotion. He has become an integral part of our business and I look forward to working with him in his new CSO role. It is a key position as we continue to grow, both in the identification and development of new initiatives and, just as importantly, how we communicate our strategies to the wider world."*

**MTK Global President Bob Yalen added:** *"I am extremely pleased to welcome Paul to this new challenge. His contribution to MTK's growth over the past few years has been as varied as it has been important. CSO is the perfect position for Paul as it is such a far-reaching role, encompassing so many areas which are of vital importance to our continued development as the world's foremost boxing management company."*

Aged 15-19 and want to enter the world of boxing as a fighter, coach, referee, cutsperson, promoter, event coordinator, journalist and everything in between? Sign up for the #MTKAcademy now: www.academyse.co.uk/mtkacademy

**Stay up to date at mtkglobal.com and on social media @mtkglobal**

**Share:**

Facebook

WhatsApp

LinkedIn

Tags:

Bob Yalen    Boxeo    Boxing    Chief Strategy Office    MTK CSO    MTK Global    Paul Gibson    Sandra Vaughan

STAY UPDATED WITH THE LATEST NEWS

**Email Address** *

Subscribe

FOLLOW US ON



PROUD MTK SPONSORS



 WEIGHT TITLE          11 Mar   MTK GLOBAL STARS EARN BIG WINS ON FRIDAY          11 Mar   LEI  

## MTK GLOBAL SPONSORS

| PAGES | | GYMS & LOCATIONS | | |
|---|---|---|---|---|
| | MTK TV | | Sydney | |
| About | MTK Foundation | | Africa | |
| Boxers | MTK Academy | Manchester | Kazakhstan | Costa Brava |
| News | MTK Global Business | Scotland | UAE | New York City |
| Events | MTK Global Careers | Newcastle | Tenerife | Marseille |
| Privacy Policy | Contact | Liverpool | Fuerteventura | Miami |
| Cookie Policy | | Leeds | Costa Blanca | Denmark |
| | | Lake District | Tucson | Croatia |
| | | Gloucestershire | Japan | Alberta |
| | | | | LNK Boxing |

MTK Global © 2021 - Website by Xtensive



# Attachment 26

3/15/22, 10:26 AM                    Promotion company founded by Daniel Kinahan says it is not front for European drug cartel - sundayworld.com

**SUNDAY WORLD**

Wednesday, 16 March 2022 | 6.6°C Dublin

Subscribe    Register

NEWS    **CRIME**    SPORT    SHOWBIZ    LIFESTYLE    VIDEOS                    ☰ MORE

IRISH CRIME    COURTS    SPECIAL INVESTIGATIONS    WORLD CRIME

**LEGAL FIGHT** | Promotion company founded by Daniel Kinahan says it 'is not front for European drug cartel'

**MTK denies it launders drug money in court battle against rival promoter**



Daniel Kinahan

**Patrick O'Connell**
**March 13 2022 10:18 AM**

 

MTK, the boxing company founded by Daniel Kinahan, has denied it is a front

 
Misfits Market — Save up to 40 on groceries

Case 5:20-cv-02618-JWH-KK Document 80-3 Filed 04/01/22 Page 41 of 154 Page ID #:1190

poaching of boxer JoJo Diaz.

In documents filed on Tuesday, MTK Global denied it was correctly served a court summons in the United Arab Emirates by rival promoter Moses Heredia and furthermore described allegations it is a corrupt organisation involved in money-laundering as 'wild".

"Mr Heredia's RICO claims fail," submitted MTK Global's lawyer David Harris, "because, contrary to his wild allegations, MTK Global is not a front for a European drug cartel, does not engage in money laundering, and does not make money from the sale of illicit drugs; rather, MTK Global is a successful and well-respected boxing management and promotions company."

Fighter Joseph 'JoJo' Diaz

In early February, the Sunday World revealed how defaults in the multi-million case had been entered against mob boss Daniel Kinahan and MTK Global by lawyers for Heredia - after the court was informed neither had responded to court summons.

This gave Kinahan and MTK Global a period 45 days to avoid having a full default judgment issued against them in favour of Heredia - who is understood to be seeking damages of up to US$2m over MTK's alleged poaching of Diaz.

Heredia's lawyer Eric Montalvo has previously vowed he will seek to have Kinahan's assets in his Dubai bolthole frozen to pay off the judgment.

Kinahan continues to live a life of luxury in Dubai while a large number of his criminal associates serve lengthy sentences in Ireland.

Previously, in legal documents filed by lawyer and former marine Eric Montalvo on behalf of Heredia Boxing Management (HBM), he stated that the company had a five-year contract to represent Mr Diaz, which expired in 2022.


Misfits Market    Save up to 40 on groceries

3/15/22, 10:22 AM    Promotion company founded by Daniel Kinahan says it is not front for European drug cartel – Sunday World



NEWS    **CRIME**    SPORT    SHOWBIZ    LIFESTYLE    VIDEOS    PODCASTS

──── **READ MORE** ────

- **NI Justice Department backs Paddy Barnes approval to the Probation Board despite defence of Daniel Kinahan**
- **Daniel Kinahan rubbishes African crime links despite leaked 'narcotrafficking' file**
- **EXCLUSIVE: Daniel Kinahan and 'Bomber' Kavanagh named in new CAB case against Jim Mansfield Jnr**

───────────────────────

The suit alleged MTK lured Mr Diaz away by offering him a $100,000 advance on his next prize purse, which "essentially caused Mr Diaz to mortgage his future away".



## SUNDAY WORLD NEWSLETTER

Sign up for the latest news and updates

| Enter your Email Address | Sign Up |

The papers also alleged MTK funded a campaign against Heredia in an effort to get it to release Mr Diaz as a client.

This included the sending of "threatening" letters and social media posts smearing Heredia.

The suit further alleged Kinahan still controls MTK and uses fights and its fighters to launder money from his international drugs trafficking operations.

Furthermore, it accused MTK and Kinahan of breaching the Racketeer Influenced and Corrupt Organisations (Rico) Act by using money derived from organised crime activity.

The Rico Act was introduced by the federal government to tackle organised crime, but it can also be used in civil suits.

──── **TOP VIDEOS** ────



Watch: Hilarious video of Customs and Excise carrying out petrol check on electric car


Man makes threats with over Quinn/McDo feud in Fingl Dublin


Daniel Kinahan talks about The Regency hotel shooting to podcaster James English


Camilla laughs as Charles pours a pint of Guinness


Archive: Life and death

Misfits Market  Save up to 40 on groceries

3/15/22, 10:23 AM
Case 5:20-cv-02619-JWH-kk Document 80-3 Filed 04/01/22 Page 43 of 154 Page ID
Promotion company founded by Daniel Kinahan says it is not front for European drug cartel – Sunday World
#:1192



**SUNDAY WORLD**   NEWS   CRIME   SPORT   SHOWBIZ   LIFESTYLE   VIDEOS   PODCASTS



Lawyer Montalvo

Now, however, MTK's lawyers, in seeking to have the default against MTK set aside, are insisting the service of the summons on their client was not valid.

"Mr Heredia must serve MTK Global in a manner that is consistent with UAE law," lawyer Mr Harris submitted.

The lawyer went on to accuse Mr Heredia of having engaged in 'gamesmanship' in seeking the default.

"Mr Heredia claims he served MTK Global in October 2021, but he did not file the proof of that purported service until January 2022," he submitted.

"He then promised the defendants that he would not seek entry of default against MTK Global while the parties were attempting to negotiate a global settlement, only to turn around and file an application for entry of default, without warning, notice, or explanation."

Concluding his submission, Mr Andrew said: "MTK Global respectfully requests that the Court grant this motion and set aside the default entered against it."

MTK's motion is set for hearing on April 8 before Judge John W. Holcomb.

# Download the Sunday World app

Now download the free app for all the latest Sunday World News, Crime, Irish Showbiz and Sport. Available on Apple and Android devices

 

Available now on Apple Podcasts, Spotify or Google Podcasts.

**Promoted Links by**


Singer Ari Lennox arrested at Amsterdam airport
The Grio


How to order Grubhub without paying Grubhub prices
Capital One Shopping


Most American Chrome Users Didn't Know This (Do It Now)
guard.io


150+ Photos of 2021's Met Gala
POPSUGAR

**LATEST IRISH CRIME** ———— **MORE ›**

• Revenue seize beer worth €101K smuggled in truck at Dublin Port

• Solicitor and accountant's premises, and five homes searched in Sligo CAB raid

Promoted Links by                    Recommended by


amazon

Misfits Market   Save up to 40 on groceries





### SUNDAY WORLD

NEWS   **CRIME**   SPORT   SHOWBIZ   LIFESTYLE   VIDEOS   PODCASTS

guilty over Kinahan cartel plots to murder James 'Mago' Gately

- £20k reward offered for information on murder of Lurgan nurse Laura Marshall

**LATEST** ———————— **MORE** ›

- 2 hours ago

**Kylie Jenner says postpartum after birth of son was 'not easy mentally'**

- 3 hours ago

**Jurgen Klopp sure uncertainty over Mohamed Salah future won't create disharmony**

- 3 hours ago

**Antonio Conte willing to walk away as he reiterates his vision for Tottenham**

- 4 hours ago

**Actress Billie Lourd tells of 'magical' wedding ceremony on Mexican beach**

- 4 hours ago

**DWTS pro Denys Samson fears Russia is tracking texts with mum in Ukraine**

Before you shop on Amazon, read this

Capital One Shopping



Read This Before You Renew Amazon Prime Again

Capital One Shopping



Signs of Schizophrenia - Take a Look at Them (They May Surprise You)

Schizophrenia | Sponsored



Ranking Every Panda Express Menu Item From Worst to First

Thrillist


Misfits Market    Save up to 40% on groceries



**SUNDAY WORLD**    NEWS    CRIME    SPORT    SHOWBIZ    LIFESTYLE    VIDEOS    PODCASTS

**MOBSTER CHAT**

Mob boss Daniel Kinahan has described how he narrowly avoided being shot in the Regency Hotel attack and claims he is just trying "to help people," in a preview for a new podcast.



WORLD NEWS

### Controversial Josh Taylor – Jack Catterall title fight referred to police in UK

**FIGHT COMPLAINT**

Josh Taylor and Jack Catterall's controversial undisputed super-lightweight title fight has been referred to the police in the UK by the Speaker of the House of Commons.



BOXING

### Sunny Edwards winds up Irish boxing fans with cheeky photo of Katie Taylor

**SHE'S IRISH!**

The boxer Sunny Edwards has managed to wind up his Twitter followers with a cheeky mocked-up photo of Irish fighter Katie Taylor in a sports top featuring the British Union Jack flag.



IRISH CRIME

Nicola Tallant

### ❝ Daniel Kinahan's message to the world of boxing is that he is above criticism and scrutiny

**BOXED IN**

Daniel Kinahan is posturing again with press statements, pictures and propaganda from an army of boxers under his control.

---

**SUNDAY WORLD**

Search entire site 🔍

**NEWS**
Latest News
Irish News
Comment
World News
Northern Ireland

**CRIME**
Irish Crime
Courts
Special Investigations
World Crime

**SPORT**
Soccer
GAA
Columnists
Rugby
Boxing
Golf
Horse Racing
Other Sport

**SHOWBIZ**
Irish Showbiz
Celebrity
TV
Movies
Music

**LIFESTYLE**
Real Life
Fashion & Beauty
Health & Fitness
Ask the Experts
Food
Travel
Tech
Motoring
Pubspy

Videos    ☒



Misfits Market    Save up to 40 on groceries

SUNDAY WORLD

Force

NEWS    CRIME    SPORT    SHOWBIZ    LIFESTYLE    VIDEOS    PODCASTS

Sitemap       Archive       Contact Us       Terms & Conditions       Privacy Statement       Cookie Policy       Group Websites       Advertise with Us

A  MEDIAHUIS  WEBSITE © SUNDAYWORLD.COM



# Attachment 27

**Sportscasting**

Home  ›  Boxing

BOXING

# What We Know About Tyson Fury's 'Advisor' Daniel Kinahan, a Suspected $1.1 Billion Drug Lord

by Madilyn Zeegers on July 12, 2020

The boxing world has had its fair share of nefarious characters. A look into Don King's past could make anyone shudder. One current figure allegedly has a shady past. Tyson Fury's adviser, Daniel Kinahan, is suspected of being involved with illegal activities.

ADVERTISEMENT

Let's look at the alleged crime lord, his relationship with the heavyweight champ, and what role he'll play in boxing moving forward.

## Who is Daniel Kinahan?

ADVERTISEMENT

**Sportscasting**

The prime minister himself has condemned him in Parliament. In Irish High Court proceedings that did not focus on Kinahan, the alleged crime lord was accused of leading a gang known as "The Cartel," which is a highly lucrative organized crime outfit.

Rumor has it that Kinahan and his brother Christopher manage the Cartel's criminal enterprise. This came out in a never-published 2019 Irish High Court ruling, according to the Irish Times.

It's important to note that Kinahan has not been convicted of any crime. He's rumored to be something of a mysterious figure with suspected ties to gang activities. But what does he have to do with Tyson Fury?

# The connection between Tyson Fury and Daniel Kinahan



**RELATED: Tyson Fury Promoter Wanted to Pay Off Deontay Wilder to Avoid a Third Fight**

Insider reports that Irish political figures call Kinahan a "criminal and gang lord." Neale Richmond, affiliated with the Fine Gael party, said that Kinahan is a part of Ireland's "most famous criminal outfit."

Xfinity online in
just minutes.



Service activated!

Learn More

wit
and p

X

Max Kellerman is hopeful Tyson Fury vs. Anthony Joshua...



Week.

While Kinahan's role in Fury's camp is unclear, it's apparent his association with the champ is no fabrication. Fury personally thanked Kinahan in a Twitter video post. British and Irish political figures are expressing dismay over Kinahan's involvement with such a high profile British boxer.

ADVERTISEMENT



In a statement, high-ranking Northern Ireland politician Stephen Farry expressed concern over Kinahan's role. Farry, who is the deputy of Northern Ireland's Alliance Party and a British parliament member stated how troubling Kinahan's involvement is in no uncertain terms:

*"Many people enjoy sport, including professional boxing and would look forward to a match-up between Tyson Fury and Anthony Joshua. But it is critical that we have integrity in sport.*

*"Daniel Kinahan has been described by the Irish police, An Garda Siochana, in an affidavit to the Irish High Court as running the day to day operations of an international crime gang. This is no ordinary businessman."*

What Kinahan's involvement could mean for the future of boxing



Tyson Fury at the airport | Peter Byrne/PA Images via Getty Images

**RELATED: Is Tyson Fury Named After Mike Tyson?**

Kinahan's potential involvement could be a snag for the Fury camp. Coming off a dominating performance against Deontay Wilder, Fury has never had a higher profile. Simply put, he's the hottest ticket in boxing right now. That means that Fury has the ability to bring someone like Kinahan into his camp and get away with it.

That said, there may be consequences, even for someone as powerful as Fury. As long as there's a connection between them, Fury will have to answer questions about Kinahan. This is a potential distraction, depending on how much political and legal heat surrounds Kinahan. It also may cause the press and others to dig deeper into the pair's connection.



Tags:   **TYSON FURY**



View More on Instagram

102,173 likes

gypsyking101

I stand alone in the dark waiting patiently for my next challenge.
@wbcboxing @ringtv #LINEALCHAMPION #COME&TRY #WEARESPARTANS

view all comments

Add a comment...

Fury's career started out in 2008, and it was largely unremarkable for many fans. While he did win against a few notable names, such as Dereck Chisora, heavyweight boxing was in a drought compared to the '80s and '90s era that was dominated by 'Iron Mike.' Fury was undefeated though, and he did show some great boxing skills that made up for his relative lack of knockout power.

As a result, he was given a title shot against Wladimir Klitschko, who had dominated the heavyweight boxing world for over a decade. Surprisingly, Fury managed to not only beat Klitschko, but he also managed to convincingly beat him in their 12 round fight. Fury didn't knock Klitschko out, but nobody had ever dominated Klitschko like that before.

**Sportscasting**

suffered two losses that broke his spirit. Although he's made the transition into other careers, like showbiz and the weed market, he may have found the boxing spirit that he had lost over a decade ago.

The former heavyweight champ posted several training clips onto his social media where he showed off his still impressive boxing skills. Even though he's 53 years old, he ended one of those clips by saying that he was "back." He's also said on his social media that he not only feels "unstoppable," but that he feels "young again."

These posts, as well as others, have caused many of his fans to speculate that he's serious about a comeback into the ring. As for who his opponent might be, that's still up in the air, as is which company will actually promote the fight.

For example, Bare Knuckle Fighting Championships has reportedly offered him $20 million for his comeback fight. And, in terms of his possible opponents, one of them happens to be Fury.

## What Tyson Fury said about a fight with Mike Tyson

had given up due to his addictions.

# Mike Tyson's potential comeback



**miketyson**
12.6m followers

View Profile

View More on Instagram

2,603,519 likes

**miketyson**

Anything is possible when you are smart about it. Train Smart. Recover Smarter. @smartcups #SmartCups #baddestmanontheplanet #stillthebaddestmanontheplanet @tysonranchofficial @coppergel #tysonranch SmartCups.com

view all 112,916 comments

Add a comment...

taller than his namesake is, but his arms are 14 inches longer and he's also in his prime while Tyson isn't.

That's why Fury is probably right when he said that, "I don't think anything's materialized out of it." It's more likely that the former champ will make a comeback against someone his age, such as Evander Holyfield.

Tags:   MIKE TYSON      TYSON FURY

ADVERTISEMENT

# Sportscasting



View More on Instagram

**79,736 likes**

**miketyson**

Comment below who you think will win the @bronzebomber vs @gypsyking101 rematch then place your bets online at Parimatch #parimatch #wilderfury

view all 1,311 comments

Add a comment...

**RELATED:** **Mike Tyson Once Knocked Out a Garbage Man Avenging a Dead Pigeon**

According to CBS Sports, Fury, who was named after 'Iron Mike' himself, was actually asked by a promoter if he wanted to be Tyson's opponent. This wouldn't be a real boxing fight, since it would be an exhibition match, but Fury, who's a fan of the former champ, didn't waste time and said that he would be willing to fight 'Iron Mike.' That said, Fury doesn't think that this fight will happen.

**Sportscasting**

BOXING

# Could Tyson Fury Be Mike Tyson's First Opponent to Kick off a Comeback?

by J.L. Seto on June 21, 2020

Tyson Fury is the current WBC heavyweight champ of the world, and he has several possible future opponents. After Fury beat Deontay Wilder in their rematch, a trilogy fight between the two is likely. And, while it's possible that Fury will fight Anthony Joshua for his heavyweight belts, a fight between Fury and Mike Tyson could also happen too.

ADVERTISEMENT

## Tyson Fury's career so far

# Attachment 28

# MTK Global

**MTK Global** (Mack The Knife Global)[1] is a boxing and MMA management and event promotions company founded by Daniel Kinahan[2][3] and former professional boxer Matthew Macklin in 2012, originally established as *MGM* (Macklins Gym Marbella).[4]

Since its founding, MTK Global has signed a host of world class fighters, including Tyson Fury, Billy Joe Saunders, Josh Taylor, Carl Frampton, Terry Flanagan, Charlie Edwards, Rocky Fielding, Hughie Fury, Michael Conlan and Paddy Barnes.[5]

## Contents

History

The Golden Contract

Current notable boxers

Controversies

References

External links

# History

MTK Global originally formed as MGM, an acronym for Macklins Gym Marbella,[6] starting out as a boxing gym in Marbella, Spain, in September 2012. In 2017, following lengthy talks with MGM Grand Resort and Casino over a naming dispute, MGM rebranded to MTK Global.[7][8]

In December 2017, it was announced UFC star Darren Till had signed with the company, marking MTK Global's entry into MMA.[9][10]

In March 2019, it was announced that MTK Global and Top Rank had signed a multi-year deal that would see MTK's events broadcast exclusively on ESPN platforms in the United States. Top Rank founder Bob Arum said of the deal; "MTK Global manages a vast number of A-list fighters from around the globe. This deal will enable Top Rank, through the ESPN family of networks, to afford viewers in the United States the opportunity to see these great fighters perform."[11][12]

In November 2019, it was announced MTK Global had entered a partnership with The Academy of Sports and Education to form the MTK National Boxing and Education Academy, a programme for 16–18 year olds aimed at enabling young people to gain relevant qualifications relating to a career in the sport of boxing, whether that be as a professional boxer, physiotherapist, coach or in sports journalism. The first academy was opened in London in January 2020, with the goal to roll the programme out across the UK by September.[13]

# The Golden Contract

In July 2019, it was announced MTK Global would host a new boxing tournament, *The Golden Contract*. The tournament will be held across three weight-classes – featherweight, light-welterweight and light-heavyweight – with eight fighters competing in each division and the winners securing a two-year, five-fight contract with MTK

Global.[14] The fights will be aired live on Sky Sports in the United Kingdom[15] and streamed on ESPN+ in the
United States.[16]

# Current notable boxers

| Boxer [1] | Nationality | Weight |
|---|---|---|
| David Brophy | 🏴󠁧󠁢󠁳󠁣󠁴󠁿 Scottish | Super-middleweight |
| Akeem Ennis-Brown | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Light-welterweight |
| Hekkie Budler | 🇿🇦 South African | Light-flyweight |
| Hosea Burton | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Light-heavyweight |
| Iain Butcher | 🏴󠁧󠁢󠁳󠁣󠁴󠁿 Scottish | Bantamweight |
| Chantelle Cameron | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Light-welterweight |
| Danny Carr | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Welterweight |
| Jono Carroll | 🇮🇪 Irish | Super-featherweight |
| Jack Catterall | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Light-welterweight |
| Michael Conlan | 🇮🇪 Irish | Featherweight |
| Ohara Davies | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Light-welterweight |
| TJ Doheny | 🇮🇪 Irish | Super-bantamweight |
| Steven Donnelly | 🏴 Northern Irish | Light-middleweight |
| Charlie Edwards | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Flyweight |
| Sunny Edwards | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Super-flyweight |
| Larry Ekundayo | 🇳🇬 Nigerian | Welterweight |
| Rocky Fielding | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Super-middleweight |
| Terry Flanagan | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Light-welterweight |
| Carl Frampton | 🏴 Northern Irish | Featherweight |
| Hughie Fury | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Heavyweight |
| Tyson Fury | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Heavyweight |
| Jay Harris | 🏴󠁧󠁢󠁷󠁬󠁳󠁿 Welsh | Flyweight |
| Natasha Jonas | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Lightweight |
| David Oliver Joyce | 🇮🇪 Irish | Featherweight |
| Martin Murray | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Super-middleweight |
| David Price | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Heavyweight |
| Billy Joe Saunders | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Super-middleweight |
| Andrew Selby | 🏴󠁧󠁢󠁷󠁬󠁳󠁿 Welsh | Flyweight |
| Liam Smith | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Light-welterweight |
| Josh Taylor | 🏴󠁧󠁢󠁳󠁣󠁴󠁿 Scottish | Light-welterweight |
| Liam Walsh | 🏴󠁧󠁢󠁥󠁮󠁧󠁿 English | Lightweight |
| Muhammad Waseem | 🇵🇰 Pakistani | Flyweight |
| Shakhobidin Zoirov | 🇺🇿 Uzbekistani | Bantamweight |

# Controversies

MTK Global has been criticised in the Irish media for its links to gangland figures, in particular, co-founder Daniel Kinahan, a member of Ireland's notorious Kinahan Cartel.[18][19][20][21][22]

On 5 February 2016, an alleged associate of the Kinahan Cartel, David Byrne, was shot dead after armed men dressed as Gardaí stormed a boxing weigh-in held at the Regency Hotel in Dublin, Ireland, for an event promoted by MTK Global.[23]

In September 2016, Spanish police raided MGM Marbella in Puerto Banús as part of an international crackdown on the Kinahan Cartel's criminal activities, searching properties in both Spain and Ireland. One man, Jamie Quinn, said to have worked at the MGM Marbella gym, was arrested at a Spanish airport for the murder of Gary Hutch.[24][25][26]

Due to the criticisms, CEO Sandra Vaughan announced a boycott of Irish media in 2018.[27][28] In May 2020 MTK announced it had agreed a partnership with Kinahan, who had previously sold his share and distances himself from the company. Following the announcement it was widely reported that Irish police believe the Kinahan Cartel plan to use MTK as a front for criminal activities.[29]

# References

1. "Ewan MacKenna: Boxing to Daniel Kinahan is what football was to Pablo Escobar - and it's choking the sport in Ireland" (https://www.independent.ie/sport/other-sports/boxing/ewan-mackenna-boxing-to-daniel-kinahan-is-w hat-football-was-to-pablo-escobar-and-its-choking-the-sport-in-ireland-36670728.html). *Independent.ie*. Retrieved 2019-11-20.

2. "Daniel Kinahan praised by MTK Global president Bob Yalen" (https://www.msn.com/en-ie/news/other/daniel-ki nahan-praised-by-mtk-global-president-bob-yalen/ar-AAEp4XA). *www.msn.com*. Retrieved 2019-11-20.

3. "TheJournal.ie - Boxing company co-founded by Daniel Kinahan to receive 'large up-front investment' after buyout" (https://www.thejournal.ie/mtk-gym-sold-kinahan-3687386-Nov2017/?amp=1). *www.thejournal.ie*. Retrieved 2019-11-20.

4. "MTK GLOBAL TO HOST INCREDIBLE COMMUNITY DAYS TO CELEBRATE ANNIVERSARY" (https://mtkglo bal.com/mtk-global/mtk-global-to-host-incredible-community-days-to-celebrate-anniversary/). *MTK Global*. Retrieved 2019-11-20.

5. "Boxers" (https://mtkglobal.com/boxers/). *MTK Global*. Retrieved 2019-11-20.

6. "Carl Frampton signs with firm whose gym was raided by gardai" (https://www.belfasttelegraph.co.uk/news/nort hern-ireland/carl-frampton-signs-with-firm-whose-gym-was-raided-by-gardai-36149127.html). *BelfastTelegraph.co.uk*. ISSN 0307-1235 (https://www.worldcat.org/issn/0307-1235). Retrieved 2019-11-20.

7. "Las Vegas casino giant forces boxing firm to change name | Evening Times" (https://www.eveningtimes.co.uk/ news/15198415.amp/). *www.eveningtimes.co.uk*. Retrieved 2019-11-20.

8. O'Neill, Joe (2017-01-23). "Macklin's Gym Marbella to rebrand" (https://www.irish-boxing.com/macklins-gym-ma rbella-rebrand/). Retrieved 2019-11-20.

9. "Darren Till Calls Out 'Irish Boy' Conor McGregor After Signing With Matthew Macklin's MTK Global – Pundit Arena" (https://punditarena.com/mma/thepateam/darren-till-signs-mtk-global/amp/). *punditarena.com*. Retrieved 2019-11-25.

10. "MTK Global sign UFC star Darren Till" (https://mtkglobal.com/mtk-global/mtk-global-sign-ufc-star-darren-till/). *MTK Global*. Retrieved 2019-11-25.

11. "Top Rank reaches deal for MTK cards on ESPN" (https://www.espn.co.uk/boxing/story/_/id/26228846/top-rank- reaches-deal-mtk-cards-espn). *ESPN.com*. 2019-03-11. Retrieved 2019-11-21.

12. RINGSIDE. "Top Rank deal sees 30 MTK Global shows per year broadcast on ESPN" (https://www.worldboxing news.net/2019/03/12/top-rank-deal-sees-30-mtk-global-shows-per-year-broadcast-espn/). Retrieved 2019-11-21.

13. Lewis, Ron (2 February 2020). "MTK Global CEO Expects Big Things For New Academy" (https://www.boxings cene.com/%20mtk-global-ceo-expects-big-things-new-academy--146409). *BoxingScene.com*. Retrieved 2 February 2020.

14. "MTK Announce Series Of Golden Contract Tournaments" (http://boxing-social.com/news/mtk-announce-golden-contract/). *Boxing Social*. 2019-07-29. Retrieved 2019-12-12.

15. "The Golden Contract tournament will be shown live on Sky Sports" (https://www.skysports.com/boxing/news/12183/11806350/the-golden-contract-tournament-will-be-shown-live-on-sky-sports). *Sky Sports*. Retrieved 2019-12-12.

16. "What's the Golden Contract tournament, and who's in it?" (https://www.espn.co.uk/boxing/story/_/id/27738190/golden-contract-featherweight-tournament-it). *ESPN.com*. 2019-09-30. Retrieved 2019-12-12.

17. "Boxers" (https://mtkglobal.com/boxers/). *MTK Global*. Retrieved 2019-11-22.

18. "Daniel Kinahan living in 'air-conditioned desert prison' as he's afraid to leave Dubai" (https://www.independent.ie/irish-news/crime/daniel-kinahan-living-in-airconditioned-desert-prison-as-hes-afraid-to-leave-dubai-37326467.html). *Independent.ie*. Retrieved 2019-11-20.

19. Reynolds, Paul (2019-08-03). "How the Kinahan crime gang were jailed" (https://www.rte.ie/news/2019/0802/1066647-how-the-kinahan-crime-gang-were-jailed/).

20. "Ewan MacKenna: Boxing to Daniel Kinahan is what football was to Pablo Escobar - and it's choking the sport in Ireland" (https://www.independent.ie/sport/other-sports/boxing/ewan-mackenna-boxing-to-daniel-kinahan-is-what-football-was-to-pablo-escobar-and-its-choking-the-sport-in-ireland-36670728.html). *Independent.ie*. Retrieved 2019-11-20.

21. "Kinahan gang member's shadow hangs over Irish boxing" (https://www.irishtimes.com/news/ireland/irish-news/kinahan-gang-member-s-shadow-hangs-over-irish-boxing-1.3520548?mode=amp). *www.irishtimes.com*. Retrieved 2019-11-20.

22. McDermott, by Stephen; 11:00, 22 Mar 2017Updated10:33 (2017-03-22). "Katie Taylor's dad 'knew nothing' of new boxer's link to Kinahans" (https://www.dublinlive.ie/news/dublin-news/katie-taylors-dad-denies-knowledge-12777876). *dublinlive*. Retrieved 2019-11-20.

23. "Regency Hotel shooting investigation collapses, sparking fears of more Kinahan-Hutch related violence" (https://www.bloodyelbow.com/2019/3/5/18249735/regency-hotel-shooting-investigation-collapses-violence-hutch-kinahan-ireland-boxing-mma-crime-news). *www.bloodyelbow.com*. Retrieved 2019-11-20.

24. Duggan, Joe (2016-09-14). "Man arrested over Gary Hutch murder as police raid MGM Marbella gym linked to Kinahan crime family" (https://www.theolivepress.es/spain-news/2016/09/14/man-arrested-over-gary-hutch-murder-as-police-raid-mgm-marbella-gym-linked-to-kinahan-crime-family/). *Olive Press News Spain*. Retrieved 2019-11-21.

25. "Guardia Civil raid MGM gym and arrest murder suspect" (https://www.planetmarbella.com/guardia-civil-raid-mgm-gym/). *Planet Marbella*. 2016-09-15. Retrieved 2019-11-21.

26. Couzens, by Gerard; 13:39, 14 Sep 2016Updated15:05 (2016-09-14). "VIDEO: Spanish police raid gym believed to be linked to Kinahan cartel" (https://www.irishmirror.ie/news/irish-news/crime/watch-dramatic-moment-spanish-police-8833242). *irishmirror*. Retrieved 2019-11-21.

27. "MTK Global announces total boycott of Irish media" (https://www.rte.ie/amp/939338/). *www.rte.ie*. Retrieved 2019-11-20.

28. "MTK Global's Irish boxers not competing in Irish capital" (https://www.bbc.com/news/world-europe-45732324). 2018-10-04. Retrieved 2019-11-20.

29. https://www.rte.ie/news/ireland/2020/0521/1139799-kinahan-boxing/

# External links

- MTK Global official website (https://mtkglobal.com)
- MTK MMA official website (https://mtkmma.com)

Retrieved from "https://en.wikipedia.org/w/index.php?title=MTK_Global&oldid=962354331"

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to
the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Attachment 29

| | |
|---|---|
| **From:** | John Finucane |
| **To:** | Jason Moy |
| **Cc:** | Eric Montalvo; Rajan Dhungana; Daisy Chung; Ji-Eun Lee |
| **Subject:** | RE: Heredia v. MTK Global, et. al. Case No: 5-20-cv-02618-JWH-KK (C.D. Cal. 2020) |
| **Date:** | Thursday, March 18, 2021 9:51:50 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |

Mr Moy

I can confirm that I do not have any authority to accept service in the proceedings you have referenced.

Yours sincerely

John Finucane

---

**From:** Jason Moy [mailto:jmoy@fedpractice.com]
**Sent:** 17 March 2021 15:13
**To:** John Finucane <john@finucanetoner.com>
**Cc:** Eric Montalvo <emontalvo@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Ji-Eun Lee <jlee@fedpractice.com>
**Subject:** Heredia v. MTK Global, et. al. Case No: 5-20-cv-02618-JWH-KK (C.D. Cal. 2020)

Dear Mr. Finucane,

I am an attorney and our firm represents plaintiffs Heredia Boxing Management and Moses Heredia, in *Heredia v. MTK Global, et. al*., Case No. 5:20-cv-02618-JWH-KK which is filed in the United State District Court for the Central District of California. Mr. Daniel Kinahan is listed as a defendant. An internet search revealed that your firm may have represented Mr. Kinahan in the past. https://www.belfasttelegraph.co.uk/sunday-life/news/finucanes-firm-acted-for-dublin-crime-lord-daniel-kinahan-39609766.html. Does your firm still represent Mr. Kinahan? If so, would you be willing to accept service of process in this matter?

Thank you in advance for your time and consideration.

Best Regards,

Jason Moy

cid:4aeea8bb-b0b5-42fb-93d2-25c516b5aa76

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:**  This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq*., and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

# Attachment 30

| | |
|---|---|
| **From:** | Adam Morallee |
| **To:** | Jason Moy |
| **Cc:** | Eric Montalvo; Rajan Dhungana; Daisy Chung; Ji-Eun Lee |
| **Subject:** | RE: Heredia v. MTK Global, et. al. Case No: 5-20-cv-02618-JWH-KK (C.D. Cal. 2020) |
| **Date:** | Wednesday, March 17, 2021 7:21:29 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.jpg |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.jpg |
| | image011.jpg |
| | image012.jpg |
| | image013.jpg |

Dear Mr Moy

Thank you for your email.

We are not instructed to accept service of proceedings in this matter, in relation to which we are not instructed by any of the parties.

Yours sincerely

# ADAM MORALLEE

PARTNER

----

**T**: +44 (0) 203 709 8956
**E**: adam@brandsmiths.co.uk



Old Pump House 19 Hooper Street London E1 8BU

Chancery Place 50 Brown Street Manchester M2 2JG

WWW.BRANDSMITHS.CO.UK

  

Brandsmiths is a trading name of Brandsmiths SL Limited registered in England and Wales with company registration number 09308037 and is authorised and regulated by the Solicitors Regulation Authority, SRA no. 620298.

Our registered office is at Old Pump House, 19 Hooper Street, London E1 8BU. Founding Partner:  Adam Morallee.



**OUR OFFICES ARE CLOSED DUE TO COVID-19:**
**In accordance with Government guidelines, all our staff are working from home.**

**We cannot guarantee (and indeed it is unlikely) that documents and/or notices served other than by email will be received and/or dealt with whilst we are unable to work in our offices. Until further notice therefore, service of court documents, correspondence and any other notices can only be accepted by email.**

**For new matters, all correspondence should be sent directly to info@brandsmiths.co.uk, seeking confirmation of receipt. Where a matter is ongoing, please correspond by email only to the relevant Brandsmiths' fee earner(s). If you are unclear who to contact, please ring 020 3709 8957 or 0161 464 9237.**

---

**From:** Jason Moy <jmoy@fedpractice.com>
**Sent:** 17 March 2021 15:12
**To:** Adam Morallee <adam@brandsmiths.co.uk>
**Cc:** Eric Montalvo <emontalvo@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; Daisy Chung <DChung@fedpractice.com>; Ji-Eun Lee <jlee@fedpractice.com>
**Subject:** Heredia v. MTK Global, et. al. Case No: 5-20-cv-02618-JWH-KK (C.D. Cal. 2020)

Dear Mr. Morallee,

I am an attorney and our firm represents plaintiffs Heredia Boxing Management and Moses Heredia, in *Heredia v. MTK Global, et. al*., Case No. 5:20-cv-02618-JWH-KK which is filed in the United State District Court for the Central District of California. Both MTK Global and Mr. Daniel Kinahan are listed as a defendants. An internet search revealed that your firm may have represented MTK Global and /or Mr. Kinahan in the past. Does your firm still represent MTK Global and / or Mr. Kinahan? If so, would you be willing to accept service of process in this matter?

Thank you in advance for your time and consideration.

Best Regards,

Jason Moy

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:**  This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

# Attachment
# 31

THURSDAY-SATURDAY 18-20 MARCH 2021

# EMIRATES BUSINESS

## ENERGY

# India considers 2050 net-zero target

BLOOMBERG

India, the world's third-biggest emitter, has come under pressure to make a net-zero pledge ahead of global climate talks in Glasgow this year.

Top Indian government officials are debating whether to set a goal to zero out its greenhouse gas emissions by mid-century, an ambitious target that would require overhauling its coal-dependent economy.

Officials close to Prime Minister Narendra Modi are working with senior bureaucrats and foreign advisers to consider ways to meet

the 2050 deadline, according to people familiar with the matter. A 2047 target is also being considered, they

said, to mark the centenary of India's independence from British rule. The people asked not to be identified because the discussions are private.

India, the world's third-biggest emitter, has come under pressure to make a net-zero pledge ahead of global climate talks in Glasgow, Scotland, this year. Signatories of the Paris Agreement are expected to boost their commitments to slow global warming, and China — the biggest polluter and a rival of India — won international praise for setting a 2060 net-zero target in September.

# NRG Energy sees $750m loss after Texas cold snap

BLOOMBERG

NRG Energy Inc. withdrew an earlier full-year profit forecast and said it expects a $750 million loss due to the brutal cold snap that froze Texas and led to sweeping blackouts across the state.

"Based on new information available to us, we are unable to provide financial guidance due to the unprecedented and unpredictable market outcomes resulting from winter storm Uri," CEO Mauricio Gutierrez said. NRG is the latest power company to report taking a hit from the bitter cold after electricity prices surged to $9,000 a megawatt-hour during the blackouts and providers had to turn to the spot market to meet contractual obligations.

# Armenians to get gas through Azerbaijan for first time in 30 years

BLOOMBERG

Gazprom will export natural gas to Armenia via Azerbaijan for the first time in almost three decades as former Soviet neighbours work to reopen communication links following last year's war.

The Russian gas giant's export arm signed a short-term transit deal with Azeri state energy firm Socar, both firms said. Azerbaijan's pipeline will be needed as the link that currently ships Russian

gas to Armenia via Georgia will close for three weeks of maintenance, Gazprom said.

Armenia and Azerbaijan severed economic ties and communications in 1991 when they went to war over the breakaway territory of Nagorno-Karabakh.

United Arab Emirates
Ministry of Justice

UNITED ARAB EMIRATES
MINISTRY OF JUSTICE

Before case management office, Ajman Federal Court of First Instance
In case No. AJCFCIREA 2021/0000673 civil (partial)

THE GULF TIME
DATE: 18-03-2021

UNITED STATES DISTRICT COURT
for the
Central District of California

Civil Action No.
5:20-cv-02618-JWH (KK)

SUMMONS IN A CIVIL ACTION

CLERK OF COURT

THE GULF TIME
DATE: 18-03-2021

United Arab Emirates
Ministry of Justice

UNITED ARAB EMIRATES
MINISTRY OF JUSTICE

NOTICE TO DEFENDANT THROUGH PUBLICATION
AT CASE MANAGEMENT BUREAU, SHARJAH COURT,
FEDERAL CIVIL COURT OF FIRST INSTANCE
IN CASE NO. SHCFCICIPL2021/0001054 / (TENANT) COMMERCIAL

THE GULF TIME
DATE: 18-03-2021

Dubai Courts

THE GULF TIME
DATE: 18-03-2021

Dubai Courts

THE GULF TIME
DATE: 16/03/2021

Courts Department

THE GULF TIME
DATE: 18-03-2021

**المحكمة الابتدائية والاتحادية بدبي دائرة تنفيذ المنازعات الايجارية**

التاريخ 19/3/2021 العدد 13192

---

# GOVERNMENT OF DUBAI
## DUBAI COURTS

Date 18/3/2021 Issue No : 13192

Justice warning to be published in both Arabic and English

Notifier : Banque Misr

Notified : Fazina Yosofali Abedini Abkhare

According to this warning, the Notifier party warns the notified to pay the amount owed by you, Association No. 2/457/216 AED (four hundred and sixty seven thousand two hundred and thirty-four AED). In addition to the late interest on the aforementioned amount from the date due until full payment within (5) five days from the date of Your receipt and (if not paid, legal warning) we will be forced to resort to the Judicial authorities to claim all your rights, in addition to the legal interest of 12% annually from due date until full payment, while obliging you to pay fees and expenses in exchange for compensation, while preserving all the right of the warning to take all precautionary measures against you.

The notary public

---

**محكمة دبي الابتدائية**

التاريخ 18/3/2021 العدد 13192

# GOVERNMENT OF DUBAI
## DUBAI COURTS

Publication Notice

No. 2355/2021

Warned Zinc Al Kareem Kanthum

Consecrated to him Habib Nawas Habib

According to this warning, warns you to pay the aforementioned debt amount, and accordingly it gives you a time limit of 7 days, and preserves the claim of the warrant for compensation, damages, and reviews the warning, will be forced to take all legal measures against him, including the filing of the lawsuit with the issuer charged with all fees and charges of litigation and attorney fees.

Notary

---

**محكمة دبي الابتدائية**

التاريخ 18/3/2021 العدد 13192

# GOVERNMENT OF DUBAI
## DUBAI COURTS

Date 18/3/2021 Issue No : 13192

Real Estate Summary 296/2021/18

Details of service by publication

To the defendant 1- Shebhit Singh 2- Vira Singh Unknown place of residence Whereas the plaintiff Aspar Corporation Represented by (Abdullah Maruwan Abdullah Ahmed Bekhiet Al Matrushi - Filed the case against you which subject to a claim to order the defendant to pay an amount of (AED 1,250,994), the charges, the expenses, the attorney's fees and the interest of 12 % from the claim until the full payment. The hearing of Sunday 28-03-2021 at 08:30 AM on the online court bearing was determined for the same. Therefore, you are ordered to attend by yourself or your legal attorney and you have to submit the memos or documents you have to the court three days at least prior to the hearing.

---

# GOVERNMENT OF DUBAI
## DUBAI COURTS

Date 18/3/2021 Issue No : 13192

Summons by Publication - (33/9/2021)

Submitted by Notifying Party: Commercial Bank of Dubai

Notified Party Mr/Mrs MOHAMMED RAMEZ GADO – Person assigned

Subject: On 29/6/2009, a mortgage agreement for the mortgage of property positioned apartment no. 4301 floor 43, situated in Burj Khalifa, Chuthfill Residential Towers 3 in Emirate of Dubai, Plot of Land no. 383, situated in Burj Dubai Second, measured 1061 sq. the Notifying Party is the sum of Dhs. 2,500,000 (UAE Dirhams) two Million Five Hundred Thousand). Approval was issued and the Mortgage Contract was made between her and the Mortgagee Party including terms and conditions. Because the Notified Party has been registered with Lang Department at Emirate of Dubai as their due mortgage, the Notified Party also failed to comply with their contractual obligations. Whereas this property and that the letter is the right of any repudiation that they have the intention to sell the property mortgaged. Because, the property and it has awareness on the mortgagor in the auction (The following terms: Notifying Party is requested to pay the amount of the Dhs 1723 884,135 (UAE Dirhams One Million Seven Hundred Twenty Three Thousand Eight Hundred Eighty Four Dirhams and One Hundred Thirty Five Fils) on 12/11/2020, and failed to pay the same; despite the repeated demands. Whereas the Mortgagee Contract (updated) with Land Department provides for the sum of the Mortgaged Property or part thereof in case of failure by the Notifying Party to pay the amount due within the period specified in the notification by the Notified Party served on it. the affected wish for cases in which the Mortgagee could therefore it has to settled its due; or if a resolution that the Mortgagee wish to put its property in an auction, and is requested to pay the amount due within within...

---

**حكومة دبي - محاكم دبي**

التاريخ 19/3/2021 العدد 13192

# GOVERNMENT OF DUBAI
## DUBAI COURTS

Date 18/3/2021 Issue No : 13192

Real Estate Summary 300/2021/18

Details of service by publication

To the defendant 1- Whit Mohammed Unknown place of residence

Represented by the plaintiff Aspar Corporation Represented by (Abdullah Maruwan Abdullah Ahmed Bekhiet Al Matrushi - Filed the case against you which subject to a claim to order the defendant to an amount of (AED 891,579), the charges, the expenses, the attorney's fees and the interest of 12 % from the claim until the full payment. The hearing of Wednesday 24-03-2021 at 08:30 AM on the online court bearing was determined for the same. Therefore, you are ordered to attend yourself or your legal attorney and you have to submit the memos or documents you have to the court three days at least prior to the hearing

---

**Arabic legal notices (various panels)**

التاريخ 19/3/2021

محكمة دبي الاتحادية

رقم 1243/2021 لسنة 2021

اعلان بالنشر

2021/2338 رقم

التاريخ 19/3/2021

اعلان بالنشر

2021/2339 رقم

التاريخ 19/3/2021

---

قلم المحضر / بيمنث



قلم الجواز اسفر

محمود عبد الكريم حبيب
الجنسية مصر

من   (A22269853)

يحمد عليه بالمطالبة

0582512559

---

قلم الجواز اسفر



شاطيهانا / محمد ابو
يوسف / بنك سفره رقم

من   (0555210BX)

يحمد عليه بالمطالبة

05511665296

---

سارة ريكاي / سلمرورقم
الجنسية اليمان - الفلبين
بردجي   (B5881423)

قلم الجواز اسفر

سايعان جوالز سفره رقم

# Attachment 32

THE GULF TIME DATE: 21-03-2021
دائرة المحاكم Courts Department
Notarization Date: 25/02/2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Subject/ Notarial Notice**
**Notarization No: 3718/2021**

**Warner:** Hesham Mustafa Mohammed Talawy - Egyptian, as an Attorney of Mr. **Al-Fadil Moetasem Abdul Rahman Al- Maqbool** - Emirati, in his personal capacity and as the owner of the professional license no. **CN1035473**, named: **Dar Al-Hikma Lawyers and Legal Consultancy**, under Power of Attorney No. 2056001102, and as an Attorney of Abu Dhabi Commercial Bank PJSC under the Power of Attorney No. 2005002094.

**Warnee: SHOWMON PADANILAM THOMAS — Indian National**
Address: Fujairah, Al Ethad Road. Mobile: 0569196915.

**Subject: Claiming the Amount of AED 22,288.00**
According to this notice, we notify you to pay the outstanding due amount of AED **22,288.00** (Twenty-Two Thousand and Two Hundred Eighty Eight Dirhams Only) within seven days of the date of the notice. Otherwise, we shall take all procedures to sell the car mortgaged to our Principal "the Warner Bank". (Ford Echo Sport / Blue/ Private/ No. C-32795, licensed in Fujairah), in accordance with Article No. 172-175 of Commercial Transaction Law)

Reserving all other rights of the Warner.
**The Warner**
**//Signature//**

THE GULF TIME DATE: 21-03-2021
دائرة المحاكم Courts Department
Notarization Date: 25/02/2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Subject/ Notarial Notice**
**Notarization No: 3741/2021**

**Warner:** Hesham Mustafa Mohammed Talawy - Egyptian, as an Attorney of Mr. **Al-Fadil Moetasem Abdul Rahman Al- Maqbool** - Emirati, in his personal capacity and as the owner of the professional license no. **CN1035473**, named: **Dar Al-Hikma Lawyers and Legal Consultancy**, under Power of Attorney No. 2056001102, and as an Attorney of Abu Dhabi Commercial Bank PJSC under the Power of Attorney No. 2005002094.

**Warnee: AL DAWLAH FOODSTUFF TRADING**
Address: Ajman, AL Nuaimia, Al Wasl Building Flat 101. Mobile: 0521121828.

**Subject: Claiming the Amount of AED 77,468.00**
According to this notice, we notify you to pay the outstanding due amount of AED **77,468.00** (Seventy-Seven Thousand and Four Hundred Sixty Eight Dirhams Only) within seven days of the date of the notice. Otherwise, we shall take all procedures to sell the car mortgaged to our Principal "the Warner Bank". (Toyota Hiace / White/ Private/ No. B-51431, licensed in Ajman), in accordance with Article No. 172-175 of Commercial Transaction Law)

Reserving all other rights of the Warner.
**The Warner**
**//Signature//**

THE GULF TIME DATE: 21-03-2021
دائرة المحاكم Courts Department
Notarization Date: 25/02/2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Subject/ Notarial Notice**
**Notarization No: 3744/2021**

**Warner:** Hesham Mustafa Mohammed Talawy - Egyptian, as an Attorney of Mr. **Al-Fadil Moetasem Abdul Rahman Al- Maqbool** - Emirati, in his personal capacity and as the owner of the professional license no. **CN1035473**, named: **Dar Al-Hikma Lawyers and Legal Consultancy**, under Power of Attorney No. 2056001102, and as an Attorney of Abu Dhabi Commercial Bank PJSC under the Power of Attorney No. 2005002094.

**Warnee: ANITA ORPLA PROTACIO - Philippines National**
Address: Dubai, Deira, Mobile: 0502961084.

**Subject: Claiming the Amount of AED 35,192.00**
According to this notice, we notify you to pay the outstanding due amount of AED **35,192.00** (Thirty-Five Thousand and One Hundred Ninety Two Dirhams Only) within seven days of the date of the notice. Otherwise, we shall take all procedures to sell the car mortgaged to our Principal "the Warner Bank". (Ford / Grey/ Private/ No. H-23650, licensed in Dubai), in accordance with Article No. 172-175 of Commercial Transaction Law)

Reserving all other rights of the Warner.
**The Warner**
**//Signature//**

THE GULF TIME DATE: 21-03-2021
دائرة المحاكم Courts Department
Notarization Date: 25/02/2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Subject/ Notarial Notice**
**Notarization No: 3709/2021**

**Warner:** Hesham Mustafa Mohammed Talawy - Egyptian, as an Attorney of Mr. **Al-Fadil Moetasem Abdul Rahman Al- Maqbool** - Emirati, in his personal capacity and as the owner of the professional license no. **CN1035473**, named: **Dar Al-Hikma Lawyers and Legal Consultancy**, under Power of Attorney No. 2056001102, and as an Attorney of Abu Dhabi Commercial Bank PJSC under the Power of Attorney No. 2005002094.

**Warnee: JACK SAMUEL BRIAN — British National**
Address: Abu Dhabi, Al Reem Island, Mobile: 0569043721.

**Subject: Claiming the Amount of AED 33,482.00**
According to this notice, we notify you to pay the outstanding due amount of AED **33,482.00** (Thirty-Three Thousand and Four Hundred Eighty Two Dirhams Only) within seven days of the date of the notice. Otherwise, we shall take all procedures to sell the car mortgaged to our Principal "the Warner Bank". (Ford Echo Sport / Silver / Private/ No. 16-40791, licensed in Abu Dhabi), in accordance with Article No. 172-175 of Commercial Transaction Law)

Reserving all other rights of the Warner.
**The Warner**
**//Signature//**

THE GULF TIME DATE: 21-03-2021
دائرة المحاكم Courts Department
Notarization Date: 25/02/2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Subject/ Notarial Notice**
**Notarization No: 3740/2021**

**Warner:** Hesham Mustafa Mohammed Talawy - Egyptian, as an Attorney of Mr. **Al-Fadil Moetasem Abdul Rahman Al- Maqbool** - Emirati, in his personal capacity and as the owner of the professional license no. **CN1035473**, named: **Dar Al-Hikma Lawyers and Legal Consultancy**, under Power of Attorney No. 2056001102, and as an Attorney of Abu Dhabi Commercial Bank PJSC under the Power of Attorney No. 2005002094.

**Warnee: SURAS GAUTAM TULSHI RAM - Nepal National**
Address: Dubai, International City, Building No. 102, Financial Center, Mobile: 0558657725.

**Subject: Claiming the Amount of AED 34,648.00**
According to this notice, we notify you to pay the outstanding due amount of AED **34,648.00** (Thirty-Four Thousand and Six Hundred Forty Eight Dirhams Only) within seven days of the date of the notice. Otherwise, we shall take all procedures to sell the car mortgaged to our Principal "the Warner Bank". (Nissan Altras / White/ Private/ No. D-57987, licensed in Dubai), in accordance with Article No. 172-175 of Commercial Transaction Law)

Reserving all other rights of the Warner.
**The Warner**
**//Signature//**

THE GULF TIME DATE: 21-03-2021
دائرة المحاكم Courts Department
Notarization Date: 25/02/2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Subject/ Notarial Notice**
**Notarization No: 3710/2021**

**Warner:** Hesham Mustafa Mohammed Talawy - Egyptian, as an Attorney of Mr. **Al-Fadil Moetasem Abdul Rahman Al- Maqbool** - Emirati, in his personal capacity and as the owner of the professional license no. **CN1035473**, named: **Dar Al-Hikma Lawyers and Legal Consultancy**, under Power of Attorney No. 2056001102, and as an Attorney of Abu Dhabi Commercial Bank PJSC under the Power of Attorney No. 2005002094.

**Warnee: VITHAL BALARAM YELVE — Indian National**
Address: Dubai, Sky Tower, Flat no. 401. Mobile: 0569944276.

**Subject: Claiming the Amount of AED 31,397.00**
According to this notice, we notify you to pay the outstanding due amount of AED **31,397.00** (Thirty-One Thousand and Three Hundred Ninety Seven Dirhams Only) within seven days of the date of the notice. Otherwise, we shall take all procedures to sell the car mortgaged to our Principal "the Warner Bank". (Mitsubishi Lancer / Black/ Private/ No. V-87636, licensed in Dubai), in accordance with Article No. 172-175 of Commercial Transaction Law)

Reserving all other rights of the Warner.
**The Warner**
**//Signature//**

THE GULF TIME DATE: 21-03-2021
دائرة المحاكم Courts Department
Notarization Date: 25/02/2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Subject/ Notarial Notice**
**Notarization No: 3714/2021**

**Warner:** Hesham Mustafa Mohammed Talawy - Egyptian, as an Attorney of Mr. **Al-Fadil Moetasem Abdul Rahman Al- Maqbool** - Emirati, in his personal capacity and as the owner of the professional license no. **CN1035473**, named: **Dar Al-Hikma Lawyers and Legal Consultancy**, under Power of Attorney No. 2056001102, and as an Attorney of Abu Dhabi Commercial Bank PJSC under the Power of Attorney No. 2005002094.

**Warnee: RASHID ANIS ANIS AHMED — Pakistani National**
Address: Dubai, Al Muraqabat, Mobile No.: 0524332819.

**Subject: Claiming the Amount of AED 76,158.00**
According to this notice, we notify you to pay the outstanding due amount of AED **76,158.00** (Seventy-Six Thousand and One Hundred Fifty Eight Dirhams Only) within seven days of the date of the notice. Otherwise, we shall take all procedures to sell the car mortgaged to our Principal "the Warner Bank". (BMW 640 / White / Private/ No. P-75698, licensed in Dubai), in accordance with Article No. 172-175 of Commercial Transaction Law)

Reserving all other rights of the Warner.
**The Warner**
**//Signature//**

THE GULF TIME DATE: 21-03-2021
دائرة المحاكم Courts Department
Notarization Date: 25/02/2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Subject/ Notarial Notice**
**Notarization No: 3742/2021**

**Warner:** Hesham Mustafa Mohammed Talawy - Egyptian, as an Attorney of Mr. **Al-Fadil Moetasem Abdul Rahman Al- Maqbool** - Emirati, in his personal capacity and as the owner of the professional license no. **CN1035473**, named: **Dar Al-Hikma Lawyers and Legal Consultancy**, under Power of Attorney No. 2056001102, and as an Attorney of Abu Dhabi Commercial Bank PJSC under the Power of Attorney No. 2005002094.

**Warnee: GREEN FACILITIES MANAGEMENT**
Address: Dubai, Tecom, Etisalat Tower, Al Thurayya, Office no. 702, Mobile No.: 0585634313.

**Subject: Claiming the Amount of AED 41,895.00**
According to this notice, we notify you to pay the outstanding due amount of AED **41,895.00** (Forty-One Thousand and Eight Hundred Ninety Five Dirhams Only) within seven days of the date of the notice. Otherwise, we shall take all procedures to sell the car mortgaged to our Principal "the Warner Bank". (Nissan Micro / White/ Private/ No. D-71688, licensed in Dubai), in accordance with Article No. 172-175 of Commercial Transaction Law)

Reserving all other rights of the Warner.
**The Warner**
**//Signature//**

THE GULF TIME DATE: 21-03-2021
دائرة المحاكم Courts Department
Notarization Date: 25/02/2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Subject/ Notarial Notice**
**Notarization No: 3711/2021**

**Warner:** Hesham Mustafa Mohammed Talawy - Egyptian, as an Attorney of Mr. **Al-Fadil Moetasem Abdul Rahman Al- Maqbool** - Emirati, in his personal capacity and as the owner of the professional license no. **CN1035473**, named: **Dar Al-Hikma Lawyers and Legal Consultancy**, under Power of Attorney No. 2056001102, and as an Attorney of Abu Dhabi Commercial Bank PJSC under the Power of Attorney No. 2005002094.

**Warnee: MICHAEL JAYMES SICAT — Philippines National**
Address: Dubai, Al Nahda, Al Basha Building, Flat no. 709, Mobile: 0562617858.

**Subject: Claiming the Amount of AED 46,714.00**
According to this notice, we notify you to pay the outstanding due amount of AED **46,714.00** (Forty-Six Thousand and Seven Hundred Fourteen Dirhams Only) within seven days of the date of the notice. Otherwise, we shall take all procedures to sell the car mortgaged to our Principal "the Warner Bank". (Kia Sorento / Grey / Private/ No. U-77260, licensed in Dubai), in accordance with Article No. 172-175 of Commercial Transaction Law)

Reserving all other rights of the Warner.
**The Warner**
**//Signature//**

THE GULF TIME DATE: 21-03-2021
دائرة المحاكم Courts Department
Notarization Date: 25/02/2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Subject/ Notarial Notice**
**Notarization No: 3719/2021**

**Warner:** Hesham Mustafa Mohammed Talawy - Egyptian, as an Attorney of Mr. **Al-Fadil Moetasem Abdul Rahman Al- Maqbool** - Emirati, in his personal capacity and as the owner of the professional license no. **CN1035473**, named: **Dar Al-Hikma Lawyers and Legal Consultancy**, under Power of Attorney No. 2056001102, and as an Attorney of Abu Dhabi Commercial Bank PJSC under the Power of Attorney No. 2005002094.

**Warnee: JOSEPH DAVID THYPARAMBIL — Indian National**
Address: Abu Dhabi, Al Najda Street, Mobile No.: 0504462899.

**Subject: Claiming the Amount of AED 80,915.00**
According to this notice, we notify you to pay the outstanding due amount of AED **80,915.00** (Eighty Thousand and Nine Hundred Fifteen Dirhams Only) within seven days of the date of the notice. Otherwise, we shall take all procedures to sell the car mortgaged to our Principal "the Warner Bank". (Toyota Fortuner / Pearly White / Private/ No. 15-24045, licensed in Abu Dhabi), in accordance with Article No. 172-175 of Commercial Transaction Law)

Reserving all other rights of the Warner.
**The Warner**
**//Signature//**

THE GULF TIME DATE: 21-03-2021
دائرة المحاكم Courts Department
Notarization Date: 25/02/2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Subject/ Notarial Notice**
**Notarization No: 3717/2021**

**Warner:** Hesham Mustafa Mohammed Talawy - Egyptian, as an Attorney of Mr. **Al-Fadil Moetasem Abdul Rahman Al- Maqbool** - Emirati, in his personal capacity and as the owner of the professional license no. **CN1035473**, named: **Dar Al-Hikma Lawyers and Legal Consultancy**, under Power of Attorney No. 2056001102, and as an Attorney of Abu Dhabi Commercial Bank PJSC under the Power of Attorney No. 2005002094.

**Warnee: RAJU BHASKARAN NAIR — Indian National**
Address: Dubai, Deira, Office no., Mobile No.: 0506071109.

**Subject: Claiming the Amount of AED 57,086.00**
According to this notice, we notify you to pay the outstanding due amount of AED **57,086.00** (Fifty-Seven Thousand and Eighty Six Dirhams Only) within seven days of the date of the notice. Otherwise, we shall take all procedures to sell the car mortgaged to our Principal "the Warner Bank". (Hyundai Accent / White / Private/ No. L-60617, licensed in Dubai), in accordance with Article No. 172-175 of Commercial Transaction Law)

Reserving all other rights of the Warner.
**The Warner**
**//Signature//**

حكومة رأس الخيمة Government of Ras Al Khaimah
دائرة المحاكم Courts Department
THE GULF TIME — DATE: 21-03-2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Legal Notice by Publication**
**Number: 2423 / 2021**

**Warner : Dubai Islamic Bank (Public Joint Stock Company)**

**Represented by the Attorney: Sughra Salim Bin Sarm**

**Warnee : IMAGE ADV.& PUB**

This is to notify the warnee to pay the warner An amount and capacity of 54095 dirhams (fifty-four thousand and ninety-five dirhams ) - for Nissan Pathfinder - 2014 model - white color - plate number (71950) Place of issue - Sharjah - private - Plate Code I within 7 days from the date of the publication of this notice. And in the case of nonpayment of the above mentioned amount, legal actions will be taken against you for the payment of this amount along with the legal interest and you shall bear all the cost and expenses.

**Public Notary**

THE GULF TIME DATE: 21-03-2021
دائرة المحاكم Courts Department

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Notice of Payment by publication**
**File no: 14/2021 – Civil Execution**

At the request of the **Prevailing party: Consultants for Advocacy & Legal Affairs** Nationality:

To the **losing party: Mayank Singh Anil Singh** Nationality: **India**

Kindly be informed that RAK Court passed a judgment against you on (11/10/2018) in case no (196/2018) civil-summary jurisdiction, binding you to pay AED 11481.00 including fees and expenses, and since the above prevailing party has submitted a request to execute the said judgment registered under the above mentioned number, you are required to execute the above mentioned within 15 days as from the next day of notification. In case of default, the court will take the appropriate legal procedures against you to execute the judgment in addition to consequent fees.

**Execution Section**
Noora Abdulrahman Abdullah

حكومة رأس الخيمة Government of Ras Al Khaimah
دائرة المحاكم Courts Department
THE GULF TIME — DATE: 21-03-2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Judicial warning**
**No. 4797/2021**

**Notifier : Dubai Islamic Bank PJSC**
**Notified to : AKHTAR ALI NAZEER AHMED**
(Anonymous place of residence)

**Publication form**
The Notifier warns the Notified to with the following:

Firstly - paying the debt amount of ( 34567 ) dirhams within the legal deadlines

Secondly — the Notifier notifies the notified to with the importance of paying his unpaid debt with an amount of (34567 dirhams) and that should be during a period of seven days from the date of this announcement - otherwise, the notifier will have to proceed to sell the warned mortgaged vehicle which is mortgaged to the Notifier with the following details : (TOYOTA CAMRY / WHITE color / SALOON / 2014 Model / No. 17967 / private- C — RAS ALKHAIMA ) according to the provisions of Articles 172 & 175 of the Commercial Transactions Law with preserving all the other rights of the Notifier.

**Notary**

حكومة رأس الخيمة Government of Ras Al Khaimah
دائرة المحاكم Courts Department
THE GULF TIME — DATE: 21-03-2021

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Judicial warning**
**No. 4789/2021**

**Notifier : Abu Dhabi Commercial Bank**
**Notified to : RODRIGO NAPOLEON PINO GARRIDO**
(Anonymous place of residence)

**Publication form**
The Notifier warns the Notified to with the following:
Firstly - paying the debt amount of ( 88714 ) dirhams within the legal deadlines

Secondly — the Notifier notifies the notified to with the importance of paying his unpaid debt with an amount of (88714 dirhams) and that should be during a period of seven days from the date of this announcement - otherwise, the notifier will have to proceed to sell the warned mortgaged vehicle which is mortgaged to the Notifier with the following details : (PEUGEOT 3008 / BROWN color / SALOON / 2019 Model / No. 71590 / private- 11 — ABU DHABI ) according to the provisions of Articles 172 & 175 of the Commercial Transactions Law with preserving all the other rights of the Notifier.

**Notary**

THE GULF TIME DATE: 21-03-2021
دائرة المحاكم Courts Department

## GOVERNMENT OF RAS AL KHAIMAH
Courts Department

**Notification of a judgment by publication**
**Case No: 47/2021 – payment order**

At the request of the Plaintiff: **Sindbad Rent A Car LLC** Nationality:
To the defendant: **Catherine Rose Diola Aspiras** Nationality: **Philippine**

Kindly be informed that the court passed the following judgment against you on 03/03/2021.

After reviewing the attached documents and paper and pursuant to articles 62, 63, 64 of the executive regulation of Civil Procedures Law, we have ruled:
To bind the defendant **Catherine Rose Diola Aspiras** to pay AED 4033 to the plaintiff, **Sindbad Rent A Car**, being the debt confirmed by the cheque no. 28 dated 22/12/2019 drawn on Emirates NBD along with legal interest @ 9% annually as from the date of claim on 17/12/2020 till the full payment. Moreover, the court charged the defendant expenses and one hundred attorney fees. The applicant shall take the necessary legal procedures.

The judgment is liable to appeal within fifteen days from the day following its notification date. In case this period expires without submitting any appeal against the above mentioned judgment, the court will take legal procedures to execute it.

**Customer Happiness Administrator**

محاكم دبي DUBAI COURTS
THE GULF TIME DATE: 21-03-2021

## GOVERNMENT OF DUBAI
## DUBAI COURTS

**Notification by Publication No. 2507/2021**

**Notifying Party: Forcellan Co. (L.L.C)**
Represented by advocate Al Mohanna Al Romi

**Notified Party: Global Green Bridge Contracting LLC (Debtor)**

**Subject:**

The Notifying Party hereby notifies the Notified Party to pay it the entire value of the goods previously supplied to the Notified Party amounting to United Arab Emirates Dirhams Sixteen Thousand Seven Hundred Seventy Three and Sixty One Fils (AED 16,773.61), failing which the Notifying Party will take all legal actions to recover its dues by law in addition to the compensation and legal interest at the rate of 12% from the due date till full payment, as well the legal and judicial fees, and any other relief it is entitled to by law.

**Notary Public**
**(Sealed and Signed)**

محاكم دبي DUBAI COURTS
THE GULF TIME DATE: 21-03-2021

## GOVERNMENT OF DUBAI
## DUBAI COURTS

**The Parties** **Lens Details**
**Minor Commercial Circuit 413/ 2021/ 16**

Legal Agent/ Representatives No.: 3541774 Party Name: Mashreqbank (psc)
Capacity: Claimant Post-Judgment Capacity: Address
Legal Agent/ Representatives No.: 554236
Party Name: FRANKLIN HENRY OWENS Capacity: Plaintiff
Post-Judgment Capacity: Address

Regulations & Memoranda Show Details
Exhibits Show Details
Publications Show Details
Notice of Publications Show Details

**Minor Commercial Circuit 413/ 2021/ 16**

**Publication No.** 43696/ 2021 **Date:** 18/ 03/ 2021
**Type:** Notice of Publication **Document Name:** Vol. No.:
**Issuance Date:** Publications Details

**Details of the Notice of Publication:**
To: 1- FRANKLIN HENRY OWENS (Anonymous Address)
**Whereas the Plaintiff** Mashreqbank (psc)
Filed the lawsuit against you requesting you to pay an amount of AED 112,500, fees and attorney's fees plus legal interest of 9% from the due date to the full payment.
The said Lawsuit was dated Sunday, March 28, 2021, at 08:30 am, at Building Deira. Therefore, you are obligated to attend in person, or via a representative.
You must submit the files and documents (3) days prior the session.

Lawsuit Management Hearing Show Details
Decisions and Minutes of Court Sessions Show Details

THE GULF TIME DATE: 21-03-2021

## UNITED STATES DISTRICT COURT
for the
**Central District of California**

HEREDIA BOXING MANAGEMENT, INC., & MOSES HEREDIA,
Plaintiff(s)
v.
MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PROMOTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN,
Defendant(s)

Civil Action No. 5:20-cv-02618-JWH (KK)

**SUMMONS IN A CIVIL ACTION**

To: (Defendant's name and address) Daniel Kinahan
PO Box [illegible], Al Aymo Post Office
Dubai, United Arab Emirates

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Rajan O. Dhungana
Federal Practice Group
1750 K Street NW, Suite 900
Washington D.C., 20006
rdhungana@fedpractice.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT

محاكم دبي DUBAI COURTS
THE GULF TIME DATE: 21-03-2021

## GOVERNMENT OF DUBAI
## DUBAI COURTS

**In case No 2/2021/19 General civil**
**Announcement publishing**

Announcement No 43094/2021 Announcement date 17/03/2021

**The subject matter of the lawsuit :**

Claim to obligate the defendants jointly and severally to pay the plaintiff an amount of 12,500,000.00 AED, fees, charges, attorneys fees and interest 9% from the date of the claim until the completion of payment.

**Announcement applicant: Hussein Moaad Ibrahim**
**His capacity in the lawsuit: plaintiff**

**To be announced: Ahmed Niaz Kiani Ahmed**
**His capacity in the lawsuit: Defendant**

Has filed the lawsuit and the merits of the Claim to obligate the defendants jointly and severally to pay the plaintiff an amount of 12,500,000 AED fees, charges, attorneys fees, and interest 9% from the date of the claim until the completion of payment. We would like to inform you that the aforementioned case has been registered against you, to please kindly know and attend via the BOTIM video communication program before the Fifth Trial Chamber of First Instance on the phone number 00971566039174 on 24/03/2021 at 9 A.M. until 12:00 P.M. or Visible attendance through the Advocate or accredited service and to present your answer on the case application.

**Case Manager**
**Nada Abdul Qadir Al-Khamri**

United Arab Emirates Ministry of Justice
THE GULF TIME DATE: 21-03-2021
UNITED ARAB EMIRATES
MINISTRY OF JUSTICE

محاكم دبي DUBAI COURTS
THE GULF TIME DATE: 21-03-2021
GOVERNMENT OF DUBAI
DUBAI COURTS

THE GULF TIME DATE: 21-03-2021
GOVERNMENT OF DUBAI
DUBAI COURTS

محاكم دبي DUBAI COURTS
THE GULF TIME DATE: 21-03-2021
GOVERNMENT OF DUBAI
DUBAI COURTS

Case 5:20-cv-02618-JWH-KK   Document 80-3   Filed 04/01/22   Page 80 of 154   Page ID #:1229




















# Attachment 33

**Jason Moy**

| | |
|---|---|
| **From:** | Abdultaiyab Bahrainwala <bahrainwala@khlegal.ae> |
| **Sent:** | Thursday, March 18, 2021 9:58 AM |
| **To:** | Jason Moy |
| **Cc:** | Ji-Eun Lee; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae; bahrainwala@khlegal.ae |
| **Subject:** | RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel) |
| **Attachments:** | MX-M356NV_20210318_174925.pdf; MX-M356NV_20210318_174832.pdf; SUMMONS IN A CIVIL ACTION- CIVIL ACTION NO. CASE 5:20-CV-02618-JWH-KK FILED BEFORE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA |

| | |
|---|---|
| **Importance:** | High |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Mr. Moy,

Please find enclosed English and Arabic newspapers.

Mtk Global Sports Management L.L.C (Dmcc Branch) was notified via newspapers.

We also attached copy of email.

Original letters with complaint and civil coversheet will be sent via courier.

Note: Daniel Kinahan will be notified via newspapers on Sunday.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T:**+971-4-4270845 | **F:**+971-4-4270842
**E:** bahrainwala@khlegal.ae **W:** www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Thursday, March 18, 2021 5:42 PM
**To:** 'Jason Moy'
**Cc:** 'Ji-Eun Lee'; 'Rajan Dhungana'; 'Eric Montalvo'; 'jouslin@khlegal.ae'; 'accountant@khlegal.ae'; 'ahmed@khlegal.ae'; 'ehsan@khlegal.ae'; 'bahrainwala@khlegal.ae'
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)
**Importance:** High

Dear Mr. Moy,

You email is duly noted.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

**From:** Jason Moy [mailto:jmoy@fedpractice.com]
**Sent:** Thursday, March 18, 2021 5:38 PM
**To:** 'Abdultaiyab Bahrainwala'
**Cc:** Ji-Eun Lee; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)

Dear Mr. Bahrainwala,

Yes, please include the complaint when serving the letters to the defendants. Please also include the attached civil cover sheet.

Best Regards,

Jason Moy



   

**Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Thursday, March 18, 2021 1:21 AM
**To:** Jason Moy
**Cc:** Ji-Eun Lee; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae; bahrainwala@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)
**Importance:** High

Dear Mr. Moy,

Please find enclosed letters we will serve to Defendants.

Kindly confirm if we can send enclosed complaint also via courier and email.

Look forward to your prompt response.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T:**+971-4-4270845 | **F:**+971-4-4270842
**E:** bahrainwala@khlegal.ae **W:** www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

---

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Thursday, March 18, 2021 8:37 AM
**To:** 'Jason Moy'
**Cc:** 'Ji-Eun Lee'; 'Rajan Dhungana'; 'Eric Montalvo'; 'jouslin@khlegal.ae'; 'accountant@khlegal.ae'; 'ahmed@khlegal.ae'; 'ehsan@khlegal.ae'; 'bahrainwala@khlegal.ae'
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)
**Importance:** High

Dear Mr. Moy,

Thank you for sending signed authorization letters.

We will send letters and ensure to keep you updated.

Best Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T:**+971-4-4270845 | **F:**+971-4-4270842
**E:** bahrainwala@khlegal.ae **W:** www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

---

**From:** Jason Moy [mailto:jmoy@fedpractice.com]
**Sent:** Wednesday, March 17, 2021 6:20 PM
**To:** 'Abdultaiyab Bahrainwala'
**Cc:** Ji-Eun Lee; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)

Dear Mr. Bahrainwala,

Thank you for the additional information. Please see attached authorization letters signed by Mr. Heredia.

Best Regards,

Jason Moy



   

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:**  This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

---

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Wednesday, March 17, 2021 3:09 AM
**To:** Jason Moy
**Cc:** Ji-Eun Lee; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae; bahrainwala@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)
**Importance:** High

Dear Mr. Moy,

Thank you for your reply.

We followed up with Immigration Authority several times, submitted passport copy and emirates ID. However as number are not visible, Immigration Authority didn't provide requested information about Daniel Kinahan.

As we don't have residential address of Daniel Kinahan, we can notify him on Company address.

Note: Two notifications will be published in English and Arabic newspapers tomorrow.

Best Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

---

**From:** Jason Moy [mailto:jmoy@fedpractice.com]
**Sent:** Wednesday, March 17, 2021 6:14 AM
**To:** 'Abdultaiyab Bahrainwala'
**Cc:** Ji-Eun Lee; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)

Dear Mr. Bahrainwala,

I will get the authorization letters signed.

I have reviewed the letters prepared for Mr. Kinahan and MTK Global. Shouldn't there be a different address for Mr. Kinahan? I thought your firm did an investigation based on the passport we provided to get his residential address?  Is his address the same address as MTK Global?

Also, we do not have the email or phone number for Mr. Kinahan.

Your investigation into MTK Global did turn up one email: r.reynolds@mtkglobal.com. He is listed as the company contact. His number is also listed as +97144310887. Please use that in your letter to MTK Global.  Mr. Reynolds is listed as the Head of Global Operations on the MTK Global website. https://mtkglobal.com/about/


Best Regards,

Jason Moy



   

**Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Tuesday, March 16, 2021 1:08 AM
**To:** Jason Moy
**Cc:** Ji-Eun Lee; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae; bahrainwala@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)
**Importance:** High

Dear Mr. Moy,

Please find enclosed Letters prepared for Mtk Global Sports Management L.L.C (DMCC BRANCH) and Daniel Kinahan for your kind perusal and comments (provide highlighted information).

We also attached drafts of Authorization Letters, please ask Client to sign and return scanned copy via email.

Note: We submitted copy of summons for publication (we will notify by English and Arabic newspapers).

Look forward to your earliest response.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T:**+971-4-4270845 | **F:**+971-4-4270842
**E:** bahrainwala@khlegal.ae **W:** www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

Please consider the environment before printing this e-mail

---

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Monday, March 15, 2021 5:13 PM
**To:** 'Jason Moy'
**Cc:** 'Ji-Eun Lee'; 'Rajan Dhungana'; 'Eric Montalvo'; 'jouslin@khlegal.ae'; 'accountant@khlegal.ae'; 'ahmed@khlegal.ae'; 'ehsan@khlegal.ae'; 'bahrainwala@khlegal.ae'
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)
**Importance:** High


Dear Mr. Moy,

Thank you for sending unredacted passport copy.

Best Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae  **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

Please consider the environment before printing this e-mail

---

**From:** Jason Moy [mailto:jmoy@fedpractice.com]
**Sent:** Monday, March 15, 2021 5:08 PM
**To:** 'Abdultaiyab Bahrainwala'

**Cc:** Ji-Eun Lee; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)

Dear Mr. Bahrainwala,

Please see attached unredacted passport.


Best Regards,

Jason Moy



   

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.


**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Friday, March 12, 2021 11:46 PM
**To:** Jason Moy
**Cc:** Ji-Eun Lee; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae; bahrainwala@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)
**Importance:** High

Dear Mr. Moy,

In order to prepare Authorization Letter, we need to insert passport number.

Please send unredacted copy.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants

P.O. Box 450142 | Dubai | United Arab Emirates
**T:**+971-4-4270845 | **F:**+971-4-4270842
**E:** bahrainwala@khlegal.ae **W:** www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

---

**From:** Jason Moy [mailto:jmoy@fedpractice.com]
**Sent:** Thursday, March 11, 2021 6:45 PM
**To:** 'Abdultaiyab Bahrainwala'
**Cc:** Ji-Eun Lee; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)

Dear Mr. Bahrainwala,

Please see attached passport. I have redacted it to protect personal information. If an unredacted copy is required, please let us know.


Best Regards,

Jason Moy



   

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:**  This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Thursday, March 11, 2021 12:01 AM
**To:** Jason Moy
**Cc:** Ji-Eun Lee; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae; bahrainwala@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)
**Importance:** High

Dear Mr. Moy,

Thank you for sending attached summons for MTK Global Sports Management and Mr. Daniel Kinahan.

If we require any amendment, will let you know.

Best Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T:**+971-4-4270845 | **F:**+971-4-4270842
**E:** bahrainwala@khlegal.ae **W:** www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

**From:** Jason Moy [mailto:jmoy@fedpractice.com]
**Sent:** Wednesday, March 10, 2021 9:55 PM
**To:** 'Abdultaiyab Bahrainwala'; Ji-Eun Lee
**Cc:** Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)

Dear Mr. Bahrainwala,

Please find attached summons for MTK Global Sports Management and Mr. Daniel Kinahan.

If you have more specific addresses for MTK Global Sports Management and Mr. Kinahan, we can amend these summons with the court.

Best Regards,

Jason Moy



   

**Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Wednesday, March 10, 2021 7:15 AM
**To:** Jason Moy; Ji-Eun Lee
**Cc:** Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae; bahrainwala@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)
**Importance:** High

Dear Mr. Moy,

Please send Heredia Boxing Management INC Certificate of Incorporation along with passport copy of Moses Heredia for preparing Authorization Letter that will allow us to serve notice.

As confirmed, we will serve notice via email and publish it in newspaper.

We await confirmation about email ids of MTK Global Sports Management LLC and Daniel Kinahan submitted to US Courts.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

---

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Tuesday, March 09, 2021 8:56 AM
**To:** 'Jason Moy'; 'Ji-Eun Lee'
**Cc:** 'Rajan Dhungana'; 'Eric Montalvo'; 'jouslin@khlegal.ae'; 'accountant@khlegal.ae'; 'ahmed@khlegal.ae'; 'ehsan@khlegal.ae'; 'bahrainwala@khlegal.ae'
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)
**Importance:** High


Dear Mr. Moy,

We acknowledge receipt of your email with attachments.

We will prepare and send Notification.

Please confirm email ids of MTK Global Sports Management LLC and Daniel Kinahan submitted to US Courts.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

**From:** Jason Moy [mailto:jmoy@fedpractice.com]
**Sent:** Tuesday, March 09, 2021 2:02 AM
**To:** 'Abdultaiyab Bahrainwala'; Ji-Eun Lee
**Cc:** Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)

Dear Mr. Bahrainwala,

Please find attached 1) the Amended Complaint filed in US District Court for the Central District of California, and 2) the civil cover sheet. We will need to provide you with updated summons as the ones we currently have need to be extended.

Currently, there are no scheduled dates for the hearing in this case. We must get all the defendants served before a hearing date is scheduled.

Generally, the timeline in the Federal Rules of Civil Procedure is that a party needs to be served within 90 days of the action commencing. Fed. R. Civ. Proc. 4. The action was originally filed on 18 December 2020. This means our deadline is 18 March 2021. This time is extended for international service. Fed. R. Civ. Proc. 4.m. However, we must show due diligence to the courts if we are past the 90 day mark. *See Lucas v. Natoli*, 936 F.2d 432 (9th Cir. 1991).

Best Regards,

Jason Moy



   

**Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Sunday, March 7, 2021 3:22 AM
**To:** Jason Moy; Ji-Eun Lee
**Cc:** Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae; bahrainwala@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)
**Importance:** High

Dear Mr. Moy,

Please provide copy of notification about US case, inform about next hearing date.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T:**+971-4-4270845 | **F:**+971-4-4270842
**E:** bahrainwala@khlegal.ae **W:** www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Thursday, February 11, 2021 9:50 AM
**To:** 'Jason Moy'; 'Ji-Eun Lee'
**Cc:** 'Rajan Dhungana'; 'Eric Montalvo'; 'jouslin@khlegal.ae'; 'accountant@khlegal.ae'; 'ahmed@khlegal.ae'; 'ehsan@khlegal.ae'; 'bahrainwala@khlegal.ae'
**Subject:** *RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)
**Importance:** High

Dear Mr. Moy,

As per UAE laws, we will notify Company and Mr. Kinahan about US case via email and newspaper.

Our accounts department will send cost.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T:**+971-4-4270845 | **F:**+971-4-4270842
**E:** bahrainwala@khlegal.ae **W:** www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

Please consider the environment before printing this e-mail

**From:** Jason Moy [mailto:jmoy@fedpractice.com]
**Sent:** Thursday, February 11, 2021 5:55 AM
**To:** 'Abdultaiyab Bahrainwala'; Ji-Eun Lee
**Cc:** Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)

Dear Mr. Bahrainwala,

Under the Civil Procedure Law of UAE, is it possible to serve a party by mail?

We reviewed Federal Law No. 10 dated 20/11/2014 that amended certain provisions of the Civil Procedure Law issued by virtue of Federal Law N. 11 of 1992.

It appears that mailing is an option for service in the UAE. Is this an accurate assessment?


Best Regards,

Jason Moy



   

**Attorney/Client Privileged, Protected and Confidential Communication.** **Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Wednesday, February 10, 2021 1:50 AM
**To:** Ji-Eun Lee
**Cc:** Jason Moy; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae; bahrainwala@khlegal.ae

**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)
**Importance:** High

Dear Ms. Lee,

Please find enclosed official trade license of Company we received from DMCC Authority.

Concerning address of Mr. Kinahan, we are carrying out investigations from Immigration Authority.

Agreed scope of work is to obtain above information.

Serving notification about US case is considered additional scope of work for which we will require Power of Attorney from the Claimant.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

---

**From:** Ji-Eun Lee [mailto:jlee@fedpractice.com]
**Sent:** Tuesday, February 09, 2021 11:45 PM
**To:** 'Abdultaiyab Bahrainwala'; ehsan@khlegal.ae
**Cc:** Jason Moy; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala and Ms. Fadel)

Mr. Bahrainwala and Ms. Fadel,

Per the previous email, this is to follow up on the status of the assistance in serving MTK and Mr. Kinahan in UAE. Please kindly advise.

Should you have any questions or comments, please do not hesitate to contact us via this email.
Again, thank you in advance for your time and assistance.
Have a good day.

Respectfully yours,

Ji-Eun Lee
Paralegal



   

**Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

---

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Friday, February 5, 2021 11:36 PM
**To:** Ji-Eun Lee
**Cc:** Jason Moy; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae; bahrainwala@khlegal.ae
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala)
**Importance:** High

Dear Ms. Lee,

We acknowledge receipt of your email with attachments.

My colleague Ms. Ehsan Fadel will update up ASAP.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

---

**From:** Ji-Eun Lee [mailto:jlee@fedpractice.com]
**Sent:** Saturday, February 06, 2021 2:44 AM
**To:** 'Abdultaiyab Bahrainwala'
**Cc:** Jason Moy; Rajan Dhungana; Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; ahmed@khlegal.ae; ehsan@khlegal.ae
**Subject:** FW: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala)
**Importance:** High

Mr. Bahrainwala,

This is to follow up on forwarded email below with the attached concerning the status of the assistance in serving MTK and Mr. Kinahan in UAE. Please kindly advise at your earliest convenience.

Should you have any questions or comments, please do not hesitate to contact us via this email.
Thank you in advance for your time and assistance.

Respectfully yours,

Ji-Eun Lee
Paralegal



   

**Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

---

**From:** Ji-Eun Lee
**Sent:** Thursday, February 4, 2021 6:20 PM
**To:** 'Abdultaiyab Bahrainwala'
**Cc:** Jason Moy; Rajan Dhungana; Eric Montalvo
**Subject:** FW: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala)

Mr. Bahrainwala,

This is to follow up on forwarded email below with the attached concerning the status of the assistance in serving MTK and Mr. Kinahan in UAE. Please kindly advise at your earliest convenience.

Should you have any questions or comments, please do not hesitate to contact us via this email.
Thank you in advance for your time and assistance.

Respectfully yours,

Ji-Eun Lee
Paralegal



   

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice**:  This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

---

**From:** Ji-Eun Lee
**Sent:** Wednesday, February 3, 2021 11:04 PM
**To:** 'Abdultaiyab Bahrainwala'
**Cc:** Jason Moy; Rajan Dhungana; Eric Montalvo
**Subject:** RE: Status of Assistance in Serving MTK and Mr. Kinahan in UAE (Mr. Bahrainwala)

Mr. Bahrainwala,

This is to follow up on the status of the assistance in serving MTK and Mr. Kinahan in UAE.

Attached, please find the amended complaint, civil cover sheet, the summons (for MTK and Kinahan), and waiver of service (for MTK and Kinahan).

Note: CV108 Waiver – I believe the date (yellow highlighted portion of the form) needs to be modified as to the service date.

Should you have any questions or comments, please do not hesitate to contact us via this email.
Thank you in advance for your time and assistance.

Respectfully yours,

Ji-Eun Lee
Paralegal

**Ji-Eun Lee | Paralegal**
1750 K Street, NW, Suite 900 | Washington, DC 20006
202-862-4360 | Fax: 888-899-6053 | www.FedPractice.com

   

Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice: This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 et seq., and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Saturday, January 30, 2021 12:13 AM
**To:** Eric Montalvo; Jason Moy
**Cc:** jouslin@khlegal.ae; accountant@khlegal.ae; Ji-Eun Lee; ahmed@khlegal.ae; ehsan@khlegal.ae; bahrainwala@khlegal.ae
**Subject:** RE: Mr. Daniel Kinahan
**Importance:** High

Dear Mr. Montalvo,

We acknowledge receipt of below email and will revert ASAP.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U,A,E
Professional License No 619338

Please consider the environment before printing this e-mail

**From:** Eric Montalvo [mailto:emontalvo@fedpractice.com]
**Sent:** Saturday, January 30, 2021 1:04 AM
**To:** 'Abdultaiyab Bahrainwala'; Jason Moy
**Cc:** jouslin@khlegal.ae; accountant@khlegal.ae; Ji-Eun Lee; ahmed@khlegal.ae; ehsan@khlegal.ae
**Subject:** RE: Mr. Daniel Kinahan
**Importance:** High

Please see the below and information contained in the link which is Dubai based.  Please confirm the way forward as this is time sensitive.

R/s



https://www.essexnewsandinvestigations.com/single-post/2019/12/21/new-costa-del-crime-dubai-takes-over-from-marbella-as-international-gangsters-money-laund

Eric S. Montalvo
Founding Partner



   

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Sunday, January 24, 2021 8:16 AM
**To:** Jason Moy
**Cc:** jouslin@khlegal.ae; accountant@khlegal.ae; Ji-Eun Lee; ahmed@khlegal.ae; ehsan@khlegal.ae; bahrainwala@khlegal.ae
**Subject:** RE: Mr. Daniel Kinahan
**Importance:** High

Dear Mr. Moy,

Please send passport copy or passport details of Mr. Daniel Kinahan.

We must specify nationality and passport number for obtaining information.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

**From:** Jason Moy [mailto:jmoy@fedpractice.com]
**Sent:** Wednesday, December 23, 2020 6:01 PM
**To:** 'Abdultaiyab Bahrainwala'
**Cc:** Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; Ji-Eun Lee
**Subject:** RE: greetings from the Federal Practice Group

Mr. Bahrainwala,

Received. Thank you very much.


Best Regards,

Jason Moy





**Attorney/Client Privileged, Protected and Confidential Communication.** **Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Tuesday, December 22, 2020 3:42 AM
**To:** Jason Moy
**Cc:** Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; Ji-Eun Lee; bahrainwala@khlegal.ae
**Subject:** RE: greetings from the Federal Practice Group
**Importance:** High

Dear Mr. Moy,

We undertook detailed investigations and found below details:

MTK GLOBAL SPORTS MANAGEMENT L.L.C (DMCC BRANCH)

ام تي كيه جلوبال للادارة الرياضية ذ.م.م

| | |
|---|---|
| License Number | DMCC-403062 |
| License Issue Date | 15/02/2018 |
| License Expiry Date | 14/02/2021 |
| License Address | Unit No: 3005-B<br>Jumeirah Bay Tower X3<br>Plot No: JLT-PH2-X3A<br>Jumeirah Lakes Towers<br>Dubai<br>UAE |
| License Address(Arabic) | جميرا باي تاور اكس3<br>أرض رقم: جي ال تي- بي اتش2-اكس 3 أي<br>ابراج بحيرات جميرا<br>دبي<br>الامارات العربية المتحدة |
| License Manager | Alexandra Louise Thomson McClumpha |
| License Manager(Arabic) | اليكساندرا لويس تومسون مكلومفا |
| License Activity | Sport Clubs & Facilities Management |
| License Activity(Arabic) | ادارة الاندية والمنشآت الرياضية وتشغيلها |
| License Status | Active |
| Registration Status | Established |

| Establishment Number | DMCC107139 |
|---|---|
| Establishment Date | 07/02/2018 |

In order to obtain Company documents to note details about Shareholders, we need to file case before Dubai Courts as information is not available in Public Domain.

Look forward to your response.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

Please consider the environment before printing this e-mail



**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Tuesday, December 22, 2020 8:50 AM
**To:** 'Jason Moy'
**Cc:** 'Eric Montalvo'; 'jouslin@khlegal.ae'; 'accountant@khlegal.ae'; 'Ji-Eun Lee'; 'bahrainwala@khlegal.ae'
**Subject:** RE: greetings from the Federal Practice Group
**Importance:** High

Dear Mr. Moy,

We acknowledge receipt of enclosed complaint.

We will review same and revert to you.


Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**



---

**From:** Jason Moy [mailto:jmoy@fedpractice.com]
**Sent:** Monday, December 21, 2020 8:52 PM
**To:** 'Abdultaiyab Bahrainwala'
**Cc:** Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; Ji-Eun Lee
**Subject:** RE: greetings from the Federal Practice Group

Mr. Bahrainwala,

Please see attached a copy of the complaint filed in US District Court last Friday.


Best Regards,

Jason Moy

   

**Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Monday, December 21, 2020 3:58 AM
**To:** Jason Moy
**Cc:** Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; bahrainwala@khlegal.ae
**Subject:** RE: greetings from the Federal Practice Group
**Importance:** High

Dear Mr. Moy,

Please acknowledge receipt of below email.

Look forward to your prompt response.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T:**+971-4-4270845 | **F:**+971-4-4270842
**E:** bahrainwala@khlegal.ae **W:** www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**



**THE EMIRATES**

---

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Saturday, December 19, 2020 8:49 AM
**To:** 'Jason Moy'
**Cc:** 'Eric Montalvo'; 'jouslin@khlegal.ae'; 'accountant@khlegal.ae'; 'bahrainwala@khlegal.ae'
**Subject:** RE: greetings from the Federal Practice Group
**Importance:** High

Dear Mr. Moy,

Thank you for your reply.

Please share copy of complaint to note more details.

Best Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae  **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**



THE EMIRATES

---

**From:** Jason Moy [mailto:jmoy@fedpractice.com]
**Sent:** Thursday, December 17, 2020 11:13 PM
**To:** 'Abdultaiyab Bahrainwala'
**Cc:** Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae
**Subject:** RE: greetings from the Federal Practice Group

Dear Mr. Bahrainwala,

Thank you for your response.  We intend to file a complaint in U.S. District Court and are looking for information to serve process on the entity.  If you would like, I can send a copy of the complaint to you.

Thank you again,


Best Regards,

Jason Moy



Jason Moy | Senior Associate
1750 K Street, NW, Suite 900 | Washington, DC 20006
202-862-4360 | Fax: 888-899-6053 | www.FedPractice.com

   

**Attorney/Client Privileged, Protected and Confidential Communication.  Confidentiality / Privilege Notice:**  This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure.  If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited.  This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq.*, and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520.  If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

---

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Thursday, December 17, 2020 12:16 AM

**To:** Jason Moy
**Cc:** Eric Montalvo; jouslin@khlegal.ae; accountant@khlegal.ae; bahrainwala@khlegal.ae
**Subject:** RE: greetings from the Federal Practice Group
**Importance:** High

Dear Mr. Moy,

Please let us know purpose for obtaining details about Dubai business entity.

In our jurisdiction, information is not available in Public Domain.

However after extensive research we found MTK Global Sports Management LLC is Company licensed by Dubai Economy (Mainland Dubai Company) and obtained details about Company Manager.

Look forward to your response.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T**:+971-4-4270845 | **F**:+971-4-4270842
**E**: bahrainwala@khlegal.ae **W**: www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**



THE EMIRATES

---

**From:** Abdultaiyab Bahrainwala [mailto:bahrainwala@khlegal.ae]
**Sent:** Tuesday, December 15, 2020 12:20 PM
**To:** 'moy@fedpractice.com'
**Cc:** 'montalvo@fedpractice.com'; 'jouslin@khlegal.ae'; 'accountant@khlegal.ae'; 'bahrainwala@khlegal.ae'

**Subject:** RE: greetings from the Federal Practice Group
**Importance:** High

Dear Mr. Moy,

We acknowledge receipt of your email with attachment and will revert to you ASAP.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T:**+971-4-4270845 | **F:**+971-4-4270842
**E:** bahrainwala@khlegal.ae **W:** www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**



**From:** Jason Moy <jmoy@fedpractice.com>
**Subject: greetings from the Federal Practice Group**
**Date:** December 15, 2020 at 1:03:21 AM GMT+4
**To:** "'jouslin@khlegal.ae'" <jouslin@khlegal.ae>
**Cc:** Eric Montalvo <emontalvo@fedpractice.com>

Dear Ms. Khairallah,

I hope this email finds you well. I am a senior associate at the Federal Practice Group. Mr. Eric Montalvo asked me to get in touch with you concerning a Dubai business entity we are researching.

If possible could you provided us further information regarding the following entity? Specifically, we are looking to see who has ownership interests and whether the entity is associated with Mr. Daniel Kinahan:

**MTK GLOBAL Sports Management LLC,** a company registered in the Dubai Economic Zone with license number 785135 and having its registered office at PO Box 454833, Al Barsha Post Office, Dubai, United Arab Emirates.

This entity also has an address listed as "JLT JLT, Dubai, UAE" on a filing in England and Wales where it is listed as the shareholder of a company by the same name.

Thanks in advance and please let us know if you have any questions.
Best Regards,
Jason Moy

# Attachment 34

## Jason Moy

| | |
|---|---|
| **From:** | Abdultaiyab Bahrainwala <bahrainwala@khlegal.ae> |
| **Sent:** | Sunday, March 21, 2021 1:16 AM |
| **To:** | r.reynolds@mtkglobal.com |
| **Cc:** | jouslin@khlegal.ae; ehsan@khlegal.ae; accountant@khlegal.ae; bahrainwala@khlegal.ae |
| **Subject:** | RE: SUMMONS IN A CIVIL ACTION- CIVIL ACTION NO. CASE 5:20-CV-02618-JWH-KK FILED BEFORE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA |
| **Attachments:** | LETTER FOR MTK GLOBAL SPORTS MANAGEMENT L.L.C (DMCC BRANCH).pdf; DOC 20 AMENDED COMPLAINT (Heredia).pdf; DOC 20-1 Civil Cover Sheet cv-71 Amended Civil Cover Sheet (Heredia).pdf |
| **Importance:** | High |

Dear Sir,

Kindly acknowledge receipt of our below email with attached Summons.

Look forward to your reply.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
**Khairallah Advocates & Legal Consultants**
P.O. Box 450142 | Dubai | United Arab Emirates
**T:**+971-4-4270845 | **F:**+971-4-4270842
**E:** bahrainwala@khlegal.ae **W:** www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

**From:** Khairallah Advocates [mailto:info@khlegal.ae]
**Sent:** Thursday, March 18, 2021 5:56 PM
**To:** r.reynolds@mtkglobal.com
**Cc:** 'Jouslin Khairallah'; 'Abdultaiyab Bahrainwala'; ehsan@khlegal.ae; accountant@khlegal.ae
**Subject:** SUMMONS IN A CIVIL ACTION- CIVIL ACTION NO. CASE 5:20-CV-02618-JWH-KK FILED BEFORE UNITED STATES

DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA
**Importance:** High

Dear Sir,

We act on behalf of HEREDIA BOXING MANAGEMENT INC and MOSES HEREDIA (**Plaintiffs**) and write this letter to serve summons.

Kindly acknowledge receipt of this email with attachments.

Look forward to your reply.

Best Regards

Khairallah Advocates & Legal Consultants
T: +971 4 4270845 | F: +971 4 4270842
P.O.Box:450142 |Dubai |United Arab Emirates
W: www.khairallahlegal.com

 

*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we do not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai, U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

**Jason Moy**

| | |
|---|---|
| **From:** | Abdultaiyab Bahrainwala <bahrainwala@khlegal.ae> |
| **Sent:** | Saturday, March 27, 2021 1:23 AM |
| **To:** | r.reynolds@mtkglobal.com |
| **Cc:** | jouslin@khlegal.ae; ehsan@khlegal.ae; accountant@khlegal.ae; bahrainwala@khlegal.ae |
| **Subject:** | RE: SUMMONS IN A CIVIL ACTION- CIVIL ACTION NO. CASE 5:20-CV-02618-JWH-KK FILED BEFORE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA |
| **Attachments:** | LETTER FOR MTK GLOBAL SPORTS MANAGEMENT L.L.C (DMCC BRANCH).pdf; DOC 20 AMENDED COMPLAINT (Heredia).pdf; DOC 20-1 Civil Cover Sheet cv-71 Amended Civil Cover Sheet (Heredia).pdf |
| **Importance:** | High |

Dear Sir,

Kindly acknowledge receipt of our below email with attached Summons.

Look forward to your reply.

Thanks & Regards

**Abdultaiyab Bahrainwala,** LLM
Senior Lawyer
Khairallah Advocates & Legal Consultants
P.O. Box 450142 | Dubai | United Arab Emirates
**T:**+971-4-4270845 | **F:**+971-4-4270842
**E:** bahrainwala@khlegal.ae **W:** www.khairallahlegal.com



*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we does not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai,U.A.E
Professional License No 619338

Please consider the environment before printing this e-mail

**From:** Khairallah Advocates [mailto:info@khlegal.ae]
**Sent:** Thursday, March 18, 2021 5:56 PM
**To:** r.reynolds@mtkglobal.com
**Cc:** 'Jouslin Khairallah'; 'Abdultaiyab Bahrainwala'; ehsan@khlegal.ae; accountant@khlegal.ae
**Subject:** SUMMONS IN A CIVIL ACTION- CIVIL ACTION NO. CASE 5:20-CV-02618-JWH-KK FILED BEFORE UNITED STATES

DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA
**Importance:** High

Dear Sir,

We act on behalf of HEREDIA BOXING MANAGEMENT INC and MOSES HEREDIA (**Plaintiffs**) and write this letter to serve summons.

Kindly acknowledge receipt of this email with attachments.

Look forward to your reply.

Best Regards

Khairallah Advocates & Legal Consultants
T: +971 4 4270845 | F: +971 4 4270842
P.O.Box:450142 |Dubai |United Arab Emirates
W: www.khairallahlegal.com

 

*Your ultimate legal solution*

This email and any attachments may contain confidential information. You must not read them unless they are intended for you or your organization. If you have received them in error, please delete them and contact our office. If the content of this e-mail does not relate to our business, we do not endorse it. You should check attachments for viruses before opening.

Authorized Issued by: Government of Dubai, U.A.E
Professional License No 619338

**Please consider the environment before printing this e-mail**

# Attachment 35

## ENERGY

# Petrofac surges after $95m bribery penalty by UK judge

BLOOMBERG

Oil-services provider Petrofac Ltd must pay a $95 million penalty by a London judge for failing to prevent bribery between 2011 and 2017.

The penalty includes a $64 million fine and a $31 million confiscation order. The levy comes after the company pleaded guilty to seven bribery offences in a deal with the UK's Serious Fraud Office (SFO).

Shares jumped as much as 17% in London trading to their high-

to pay 7 million pounds ($9.5 million) in legal costs.

The corruption in this case is systemic, serious and grave," said judge Deborah Taylor. She said that the company "has substantial short term debt, and that payment cannot be met without refinancing. Petrofac last week said they would only be able to afford a total penalty of between $99 and $110 million. Despite the grave offending, I do not consider it is necessary to put the company out of business," Taylor said.

Petrofac's penalty includes a $64 million fine and a $31 million confiscation order. The levy comes after the company pleaded guilty to seven bribery offenses, in a deal with the UK's Serious Fraud Office

est since June 2020.

The company admitted last week to failing to prevent $44 million in bribes being paid to secure $3.6 billion worth of contracts. Petrofac was also ordered

their "serious attempt" to "change the culture and approach to compliance and address its past offending. The fine falls short of what the SFO sought, which asked the judge to order a 154 million pound penalty.

A former senior executive at Petrofac, David Lufkin, was handed a two year suspended sentence at Southwark Crown Court, avoiding jail time. Taylor said Petrofac would have been eligible for an even higher penalty but for its cooperation – plus it hadn't been for Lufkin's own guilty pleas with prosecutors.

She made reductions based on the company's change of leadership, compliance practices and



# Attachment
# 36

**VGC** LLP

NEW YORK | LOS ANGELES | SAN FRANCISCO

ALEXANDER R. SAFYAN | ASAFYAN@VGCLLP.COM | T: 424-256-8296

November 9, 2020

**VIA EMAIL**

Golden Boy Promotions, LLC
c/o George A. Gallegos
Law Offices of George A. Gallegos
328 S. Atlantic Blvd., Suite 100, Monterey Park, CA 91754
Email: george@gallegoslawfirm.com

  **Re:** **Joseph Diaz, Jr. adv. Golden Boy Promotions, LLC**

Dear George:

As you know, this firm is counsel to Joseph "JoJo" Diaz, Jr.  We write this letter to address the irresolvable conflict that exists between Golden Boy Promotions ("GBP") and Diaz as a result of GBP's inability to perform its contractual obligations to Diaz and its continuous disregard of Diaz's interests.

Diaz has been ready, willing, and able to participate in a bout for months.  When we first reached out to you in September, we conveyed that Diaz wanted to participate in a bout before the end of the year.  You told us that GBP had previously made an offer to Diaz's "representatives" for Diaz to participate in a rematch bout with Tevin Farmer, but that the offer had been rejected.  After some discussion (including us informing you of the dispute between Diaz and his "managers," Moses and Ralph Heredia), we told you that Diaz would consider an offer for the rematch and asked GBP to attempt to arrange the fight prior to the end of the year.

Nearly two months later, it is now clear that GBP's suggestion that it could "offer" Diaz the Farmer rematch was illusory.  GBP has no ability to put on this fight.  It is in a very tenuous situation with the exclusive service that would be able to broadcast this fight, DAZN.[1]  It evidently has no relationship with Showtime—the *only* network specifically recognized as a potential broadcaster of a Major World Title Defense in Diaz's promotional rights Term Sheet Agreement now that HBO is out of the business—or any other network or service that could broadcast this fight.  It has been informed by Matchroom—the promoter ostensibly required to promote the rematch between Diaz and Farmer—that Matchroom has no obligation to GBP or Diaz and has no intention of promoting the rematch.  Rather than attempt to further negotiate with Matchroom or enforce its stated legal rights (and Diaz's interests), GBP decided to throw up its hands and take no further action as to this rematch or its ability to offer Diaz the fight.

---

[1] GBP's apparent captivity to DAZN as it relates to broadcasting any Diaz fight is itself a violation of Diaz's Term Sheet Agreement dated March 22, 2017 and frustrates the purpose of the contract.

George A. Gallegos
Re: Joseph Diaz, Jr. adv. Golden Boy Promotions, LLC
Page 2

Meanwhile, as you know, an IBF purse bid for a bout between Diaz and his mandatory challenger, Shavratdzhon Rakhimov, has been scheduled for November 16, 2020.  Despite GBP's initial stated intention to participate in the purse bid and ensure that Diaz is protected financially (by guaranteeing an adequate bid so that Diaz is properly compensated) and physically (by guaranteeing that the fight take place in the United States), GBP is unwilling to make any commitment to Diaz with respect to the seriousness of GBP's purse bid and appears ready to abandon Diaz.

GBP's recent actions (or inactions) with respect to Diaz, among other things discussed below, reinforce that GBP does not have Diaz's promotional interests in mind.  GBP has made only half-hearted efforts to arrange a suitable fight for Diaz.  When faced with any setback, GBP has given up.  Now unable to deliver *any* fight to Diaz, GBP appears to have given up on Diaz too.  GBP clearly does not hold Diaz, its "homegrown" world champion, in high regard or view him as a major part of its future.  Diaz's name was conspicuously left out of a statement issued last week by GBP's founder Oscar de la Hoya in connection with GBP's split from Canelo Álvarez, in which Mr. de la Hoya stated that GBP "will continue showcasing [its] wide array of talent, including rising superstars like **Ryan Garcia, Jaime Munguia and Vergil Ortiz Jr.**, all of whom have the talent and potential to become the next biggest star in our sport."  This is a slap in the face to Diaz.

Diaz's relationship with GBP has been marred by legal violations and exploitation from the beginning.  Indeed, GBP cooperated with and relied on an unlicensed, ex-felon "manager," Ralph Heredia, to represent Diaz's interests and negotiate deals for Diaz.  GBP knowingly entered into Diaz's Term Sheet Agreement with Ralph Heredia falsely signing as Diaz's manager.  (*See* below.)

By its signature below, each party confirms its understanding of, and agreement to the foregoing.

PROMOTER:                                          BOXER:

GOLDEN BOY PROMOTIONS, LLC          JOSEPH DIAZ JR.

By: _____            By: _____

Name: ROLANDO ARELLANO              Name: Joseph Diaz Jr

Title: FIGHTER RELATIONS               Boxer

Date: 3/22/2017                                   Date: 3/22/17

Page 14

MOSES HEREDIA                                 RALPH HEREDIA

By: _____            By: _____

Title: MANAGER                                   Title: MANAGER

Date: 3/24/17                                        Date: 3-22-17

George A. Gallegos
Re: Joseph Diaz, Jr. adv. Golden Boy Promotions, LLC
Page 3

GBP then catered to the Heredias (who funneled all their clients to GBP) and helped them take
advantage of Diaz.  This included providing illicit benefits to the Heredias—such as tickets to a
high-demand fight between Canelo Álvarez and Gennadiy Golovkin in Las Vegas, Nevada—in
violation of the federal Muhammad Ali Boxing Reform Act, and deliberately excluding Diaz from
negotiations between GBP and the Heredias relating to Diaz's career.  GBP also negotiated with
and supposedly conveyed offers to an attorney purporting to represent *the Heredias* named Steve
Bash—even though Bash did not represent Diaz, did not have any agreement with Diaz, and never
communicated with Diaz.  GBP took no steps to ensure that the "representatives" with whom it
was communicating on Diaz's behalf had any legitimate connection to Diaz and were actually
acting in Diaz's best interests.[2]

In light of GBP's inability (or unwillingness) to perform under its Term Sheet Agreement with
Diaz, its disregard for Diaz now and as a future part of GBP, and its misconduct toward Diaz to
date, Diaz wishes to sever all ties with GBP.  We ask that you confirm no later than **5:00 p.m. PST
on Tuesday, November 10, 2020**, that Diaz is a promotional free agent and free to pursue other
promotional opportunities.  If we do not hear from you by then, we will act promptly to enforce
our client's legal rights.

Nothing contained herein is intended or should be construed as a waiver of any of our client's
rights or remedies, whether legal or equitable, all of which are hereby expressly reserved.

Very truly yours,

Alexander R. Safyan
Litigation Partner
VGC, LLP

cc      James L. Greeley

Encl.

---

[2] As you know, we have filed a lawsuit against Ralph Heredia in connection with his negotiations
with GBP and other actions taken against Diaz.  We believe GBP colluded with Heredia and will
bring claims against GBP for its participation in the wrongdoing if necessary.  For your reference,
a copy of the filed complaint is attached to this letter as Exhibit A.

# EXHIBIT A

1    James L. Greeley (SBN 218975)
       jgreeley@vgcllp.com
2    Diyari Vázquez (SBN 222461)
       dvazquez@vgcllp.com
3    Alexander R. Safyan (SBN 277856)
       asafyan@vgcllp.com
4    VGC, LLP
     1515 7th Street, No. 106
5    Santa Monica, California 90401
     Telephone: (424) 256-8296
6
     *Attorneys for Plaintiff*
7    JOSEPH DIAZ, JR.

8

9              **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

10                 **FOR THE COUNTY OF SAN BERNARDINO**

11
                                              **CIV DS 2 0 2 1 9 1 3**
12   JOSEPH DIAZ, JR.,
                                      Case No.
13                    Plaintiff,
                                      **COMPLAINT FOR:**
           v.
14                                    1.  **FRAUD**
     RALPH HEREDIA, true name RAFAEL   2.  **BREACH OF FIDUCIARY DUTY**
15   HEREDIA TARANGO, a/k/a RAFAEL     3.  **BREACH OF IMPLIED-IN-FACT**
     HEREDIA, a/k/a RAFAEL BUSTAMANTE;     **CONTRACT**
16   JOHN DOE, ESQ.; and JANE DOES 1  4.  **CONVERSION**
     through 20, inclusive,           5.  **TORTIOUS INTERFERENCE WITH**
17                                        **PROSPECTIVE ECONOMIC**
                      Defendants.         **ADVANTAGE**
18                                    6.  **VIOLATION OF THE MUHAMMAD**
                                          **ALI BOXING REFORM ACT (15**
19                                        **U.S.C. §§ 6301,** *et seq.***)**
                                      7.  **QUANTUM MERUIT**
20                                    8.  **ACCOUNTING**

21                                    **JURY TRIAL DEMANDED**

22

23

24

25

26

27

28

                                                              COMPLAINT

Plaintiff JOSEPH DIAZ, JR. ("Diaz" or "Plaintiff") brings this Complaint against Defendants RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE ("Heredia"), JOHN DOE, ESQ., and JANE DOES 1 through 20 (collectively, "Defendants") and alleges, based on knowledge as to himself and his own acts and on information and belief as to all other matters, as follows:

## INTRODUCTION

1.      Diaz is a world champion professional boxer.  He holds the International Boxing Federation super featherweight title, which he won on January 30, 2020.  He is a former U.S. National Champion and U.S. Olympian, having fought for the United States in the 2012 Summer Olympics in London.

2.      Heredia is Diaz's boxing manager.  This is a defined role that means he represents Diaz in contractual negotiations relating to boxing contests, exhibitions, and training exercises.  As a boxing manager, Heredia's compensation is a percentage of the money the boxer (Diaz) earns, which amount is supposed to be fixed by contract, and which contract must be approved by the California State Athletic Commission.

3.      As discussed more fully below, a boxing manager is supposed to be wholly devoted to his or her client's best interests.  The manager is a fiduciary.  The manager has a professional, legal, and ethical responsibility to handle a boxer's business affairs with care and trust.

4.      Heredia did not do that for Diaz.  Instead, Heredia manipulated, exploited, and stole from his champion client in violation of both state law and the federal Muhammad Ali Boxing Reform Act ("Ali Act").  As discussed more fully below, Heredia first induced Diaz into an illicit arrangement whereby Heredia's half-brother, Moses Heredia, was Diaz's manager "on paper," while Defendant Heredia served as Diaz's de facto manager.  The reason for this arrangement was that Moses Heredia was licensed by the California State Athletic Commission as a boxing manager; Defendant Heredia was not.  And the reason Defendant Heredia was not licensed is likely due to the fact that he has been hiding his true identity.  Diaz's counsel has discovered that Ralph Heredia's true name is Rafael Heredia Tarango and that he has gone by many aliases, including Rafael Tarango and Rafael Bustamante.  The name "Ralph Heredia" is one such alias used to conceal his criminal

past.  Defendant Heredia (as Rafael Bustamante) is a convicted felon who spent years in prison for his role in running a drug trafficking ring in the 1990s.  Of course, Defendant Heredia never disclosed these facts to his client, Diaz, or the true reason why he had his half-brother, Moses, sign Diaz's manager agreement that was submitted to the Commission (like every boxer-manager contract in California must be).

5.     As part of his plot, after signing Diaz as a client, Heredia used Diaz to get his foot in the door with the well-known boxing promotion firm, Golden Boy Promotions.   Once that relationship was established, Heredia expressly and continuously put his own interests over Diaz's interests and sought benefits for himself from Golden Boy rather than advocating for Diaz's interests—a violation of the Ali Act and his duties as a manager.

6.     On top of all that, and as discussed more fully below, Heredia also repeatedly stole from Diaz—both money and personal property.  He did so with the help of an attorney, Defendant John Doe, Esq., whose name Diaz does not know and whom he never agreed to retain.

7.     Through this action, Diaz seeks compensatory and punitive damages, as well as the recovery of his attorneys' fees, against the Defendants for their violations of state and federal law, as alleged herein.

**THE PARTIES**

8.     Plaintiff Joseph Diaz, Jr. is an individual residing in San Bernardino County, California.

9.     Defendant Ralph Heredia, true name Ralph Heredia Tarango, a/k/a Rafael Heredia, a/k/a Rafael Bustamante, is an individual residing in San Bernardino County, California.

10.     Defendant John Doe, Esq. is a licensed attorney practicing in California, who will be identified through discovery in this case.

11.     The true names and capacities, whether individual, corporate, associate, or otherwise, of Defendants Jane Does 1 through 20, inclusive, are presently unknown to Plaintiff, who therefore sues said defendants by such fictitious names.  Each fictitiously named defendant is in some way responsible for, participated in, or contributed to the matters alleged herein.  Plaintiff will amend this

COMPLAINT

Complaint to allege the true names and capacities of Defendants Jane Does 1 through 20 when they are ascertained.

12. Each and every Defendant was the agent, servant, employee, joint venturer, partner, subsidiary, and/or co-conspirator of each other Defendant, and in performing or failing to perform the acts alleged herein each Defendant was acting individually as well as through and in the foregoing alleged capacity and within the course and scope of such agency, employment, joint venture, partnership, subsidiary, and/or conspiracy.

## JURISDICTION AND VENUE

13. This Court has subject matter jurisdiction over this action because the amount of damages claimed, exclusive of interest and costs, is in excess of $25,000.00.

14. This Court has personal jurisdiction over Defendants because they reside in California, do substantial business in California, have substantial minimum contacts with California, and/or intentionally avail themselves of the benefits and protections of California law through the promotion, sale, marketing, and provision of services in California.

15. Venue is proper in this Court because Defendants reside and/or do business in this judicial district.

## FACTUAL ALLEGATIONS

### The Professional Boxing Industry

#### *Managers*

16. The preeminent Ali Act defines a "manager" as "a person who receives compensation for service as an agent or representative of a boxer." 15 U.S.C. § 6301(5). Boxers must navigate complex contractual relationships with various participants in the boxing industry. This can be daunting, especially for fighters who are not experienced or educated in the business side of the industry. A manager's professional role is to represent the boxer in various negotiations and otherwise handle the boxer's business affairs in a fair and ethical manner. The manager serves as a fiduciary to the boxer. The manager is supposed to be wholly devoted to his or her client's best interests.

- 3 -

17.     As compensation, the manager typically receives a percentage of the boxer's "purse" for each "bout," or fight.  The purse is the amount of money the boxer receives from the promoter of a fight (defined below).  The promoter guarantees the purse at the outset; the purse amount does not depend on the outcome of the fight.  Because the manager's compensation is ordinarily tied to the boxer's purse, the manager has every incentive to negotiate vigorously with the promoter for as large a purse as possible.

*Promoters*

18.     Promoters play a different role in boxing.  The Ali Act defines a "promoter" as "the person primarily responsible for organizing, promoting, and producing a professional boxing match."  15 U.S.C. § 6301(9).  Promoters contract with boxers to provide a certain number of fights in return for compensation, in the form of a "purse" for each fight.  Promoters make money primarily from selling tickets, television rights, and advertising rights for a bout, as well as from other promotional activities.  Promoters guarantee the purse to the boxer and manager before the fight and then earn their profit by generating more money in revenue than they spend promoting the fight.

*Sanctioning Organizations*

19.     Under the Ali Act, a "sanctioning organization" is "an organization that sanctions professional boxing matches in the United States."  15 U.S.C. § 6301(14).  Stated differently, these are the organizations that rate boxers and recognize championships and titles.  There are four major sanctioning organizations: the World Boxing Association (WBA); the World Boxing Council (WBC); the World Boxing Organization (WBO); and the International Boxing Federation (IBF).

**Federal and State Regulation of Professional Boxing**

20.     Professional boxing in the United States is governed at both the federal and state level.  At the federal level, there are two primary laws that regulate the boxing industry: the Professional Boxing Safety Act and the Ali Act.

21.     After a number of boxing bills were introduced in Congress from the 1970s through the 1990s aimed at addressing practices such as bribery, racketeering, licensing, and safety, in 1996, with the sponsorship of Senators John McCain and Richard Bryan, Congress passed the Professional Boxing Safety Act, which was designed to ensure boxers' safety.

- 4 -

22.     While the Professional Boxing Safety Act sought to protect boxers from physical harm, it did not address abusive and exploitative business practices that had taken root in the boxing industry.  Congress was particularly concerned with the financial exploitation of boxers by other participants in the industry with more experience and bargaining power.

23.     Such exploitation could be avoided if the boxer had competent and independent representation.  This is where boxing managers enter the picture.  Ideally, a manager should fiercely and exclusively advocate for the boxer's interests when negotiating with sophisticated business entities.  In reality, however, that did not always happen:

> "A manager is supposed to have some degree of independent judgment. . . . [T]here are situations where a manager is actually a paid employee of a promoter or even an officer of a promotion company.  Sometimes this is quite overt, and since one of the roles of manager is to represent a boxer in negotiations with a promoter it is obvious that appropriate objectivity cannot exist in such a circumstance."

*Business Practices in the Professional Boxing Industry: Hearing Before the Committee on Commerce, Science, and Transportation*, S. Hrg. 105-712, at 29 (1998) (prepared statement).

24.     In order to address abusive and exploitative business practices in the boxing industry, Senators McCain and Bryan proposed the Ali Act in 1998.  According to the initial Senate Report, the Ali Act was intended to "protect professional boxers from coercive and exploitative business practices, assist state boxing officials to provide proper oversight of the sport, and increase honest competition and the integrity of the industry."  S. Rep. 105-371, at 1 (Oct. 6, 1998).

25.     The bill also proposed to outlaw conflicts of interest between promoters and managers.  The Senate Report emphasized that "it remains essential that managers serve and protect the interest of the boxer" and that managers "should not be serving the financial interests of the promoter, while simultaneously taking a [percentage] earnings cut from the boxer for biased representation as manager."  Id. at 7.

26.     Congress passed the Ali Act in 2000.  President Bill Clinton signed the bill into law on May 26, 2000.

COMPLAINT

27.     Among other things, the Ali Act established the following major reforms:

a.     **"Firewall" Between Managers and Promoters:**  The Ali Act establishes a "firewall" between managers and promoters.  Managers are prohibited from having a "direct or indirect financial interest in the promotion of a boxer" and from being "employed by or receiv[ing] compensation or other benefits from a promoter, except for amounts received as consideration under the manager's contract with the boxer."  15 U.S.C. § 6308(b).

b.     **Protection from Coercive Contracts:**  The Ali Act declares that long-term "option" contracts are "in restraint of trade, contrary to public policy, and unenforceable against any boxer."  Id. § 6307b.

c.     **Required Disclosures:**  Promoters and sanctioning organizations are required to make certain financial disclosures regarding the bouts they promote or oversee.  Id. §§ 6307d & 6307e.

28.     The Ali Act calls for severe sanctions against individuals who violate the manager-promoter "firewall," up to and including criminal penalties.  Id. § 6309.

29.     Because the amount a promoter makes is, in part, a function of how much it pays the boxer—that is, how big of a purse the promoter guarantees the boxer from a given bout—promoters and boxers are expected to negotiate hard over payment and other terms.  The promoter and the boxer sit on opposite sides of the bargaining table, and if they strike a deal, they become business partners. It is the manager's job to represent the boxer in these negotiations.  The manager serves as a fiduciary to the boxer and is expected to protect and advance the boxer's interests.  Because the manager's fee is tied to the size of the purse—since the manager makes a percentage of what the boxer makes—the manager is supposed to have every incentive to bargain hard for a bigger payout to his or her client (and by extension, to him or herself).

30.     The Ali Act serves to protect boxers, the boxing industry, and the public from abusive, exploitative, and anticompetitive behavior.   The establishment of a strict "firewall" between managers and promoters underscores Congress's judgment that "*[a] manager must be a determined*

- 6 -

*advocate for the boxer's interests* and not be influenced by financial inducements from a promoter." S. Rpt. No. 106-83, at 11 (June 21, 1999) (emphasis added).

31.     Every state has its own boxing regulations as well.  In California, the State Athletic Commission, which is part of the Department of Consumer Affairs, is charged with regulating amateur and professional boxing, in addition to wrestling and other mixed martial arts.  The regulatory activities of the Commission protect the public, contestants, and state government from monetary losses due to fraudulent business practices.  Boxers are protected from injury by preventing mismatches and ensuring proper medical examinations.  The Commission also has the sole power to license all professionals and amateurs who participate in these sports.  Each participant in the boxing industry must be licensed before taking part in the sport, including managers, fighters, matchmakers, and fight officials.

32.     The Commission primarily establishes requirements for licensure, issues and renews licenses, approves and regulates events, assigns ringside officials, investigates complaints received, and issues fines and/or suspends or revokes licenses for misconduct.

33.     In California, in addition to the federal Ali Act, boxing is regulated by the state Boxing Act (Bus. & Prof. Code §§ 18600, *et seq.*), the California Code of Regulations (Cal. Code. Regs., title 4, §§ 201, *et seq.*), and other miscellaneous provisions of the Civil Code and Penal Code.

**Defendants' Relationship with Diaz and Violation of the Law**

34.     Diaz was introduced to Heredia when Diaz was approximately 14 or 15 years old.  Heredia maintained what Diaz describes as a "cordial" relationship with Diaz for several years, periodically buying him gifts such as boxing gear and equipment.  In or around 2011, when Diaz began to win national boxing tournaments and gain more recognition, Heredia took a greater interest in Diaz.  In 2011, Diaz won the U.S. Men's National Tournament.  Then he won at the U.S. Olympic trials and qualified for the 2012 Olympics.  Around that time, Heredia approached Diaz and his father and asked whether he could sign Diaz as a boxing client.

35.     Shortly after the 2012 Olympics, Diaz agreed to allow Heredia to be his manager and signed a manager agreement.  But the manager agreement was not directly signed by Heredia as

Diaz's manager.  Instead, Heredia had his half-brother, Moses Heredia, sign the manager agreement with Diaz and be the manager of record.

36.     The reason Defendant Heredia had his half-brother, Moses, sign the manager agreement was that Moses Heredia was licensed as a manager by the California State Athletic Commission; Defendant Heredia was not.  In fact, to this day, Defendant Heredia is not licensed as a manager by the Commission.  This is likely due to the fact that Defendant Heredia has a documented criminal history and did not want to reveal his true identity to the Commission (or to Diaz).  Indeed, Defendant Heredia's true name is Rafael Heredia Tarango.  Defendant Heredia has gone by many aliases, including Rafael Tarango and Rafael (or Ralph) Bustamante.  The name "Ralph Heredia" is one such alias used to conceal his criminal past.  Defendant Heredia (as Rafael Bustamante) was indicted in connection with a headline-making extortion and threatened murder plot against Los Angeles Rams player Darryl Henley over a $350,000 debt stemming from a drug deal involving over twenty-five pounds of cocaine.  He was ultimately convicted of a felony for conspiracy to possess and distribute cocaine for which he was sentenced to nearly twenty years in prison.  Defendant Heredia never disclosed these facts to Diaz or the true reason he had his half-brother, Moses, sign the manager agreement.

37.     At all relevant times, Moses Heredia was only a "paper manager."  At all relevant times, Defendant Ralph Heredia handled all of Diaz's financial affairs and was the true manager for the duration of the parties' relationship (continuing to this day).  Diaz had met Moses only once before signing the manager agreement.  After signing the agreement, Diaz hardly interacted with Moses at all.

38.     Defendant Ralph Heredia arranged all of Diaz's boxing commitments.  He negotiated all of Diaz's media workouts and interviews.  He negotiated what few, paltry sponsorship opportunities Diaz entered (and caused Diaz to miss out on the many he did not).  And he was primarily involved in the negotiations with Golden Boy, who became Diaz's promoter.

39.     Prior to signing Diaz, Ralph (and Moses) Heredia were relatively unknown in the boxing industry.  They did not have many, if any, other clients.  After signing Diaz, Defendant Heredia traded on Diaz's name and reputation to advance his own interests rather than Diaz's.

- 8 -

Heredia used Diaz to get his foot in the door with Golden Boy.  He then traded on Diaz and Golden Boy's names and reputations to sign other fighters, such as Luis Feliciano and Francisco Vargas. Today, all of Heredia's clients are signed with Golden Boy.

40.     Defendant Heredia's arrangement with his other clients is similar to his arrangement with Diaz.  Moses Heredia is the signor of the manager agreement with the boxer.  Moses Heredia is the manager of record as far as the California State Athletic Commission is aware.  But Defendant Ralph Heredia is the true manager, operating without a contract or the necessary licensure or approval from the Commission.

41.     Over the course of the parties' relationship, Heredia failed to adequately protect or advance Diaz's interests.  Diaz brought to Heredia's attention repeatedly that other fighters with worse qualifications than Diaz were getting better matches, greater purses, and more sponsorship opportunities.  Heredia always dismissed these concerns and assured Diaz that Heredia would take care of everything.

42.     In reality, Diaz was often forced to strike his own deals and advance his own interests without (and often in spite of) Heredia.  For example, Diaz had to promote himself on social media to obtain sponsorship opportunities.  Diaz also pushed for his championship bout against Tevin Farmer (who was not signed with Golden Boy) on January 30, 2020 in Miami, Florida, while Heredia was advocating for worse matchups in other locations, which were more favorable to Heredia and/or Golden Boy.  Heredia was more concerned with his relationship with Golden Boy than with Diaz. Since Heredia used Diaz as his ticket to get in with Golden Boy, and since all of his clients were Golden Boy clients, Heredia could not, and did not, negotiate vigorously with Golden Boy on Diaz's behalf.  Heredia knew that if he bargained too hard with Golden Boy for Diaz, it would hurt him with his other clients.

43.     Heredia did not just fail to adequately protect Diaz's interests.  He also *stole* from Diaz.  In or around February 2017, Heredia approached Diaz and told him that he wanted to enter into a new manager agreement and change the terms of their deal—specifically, to increase the manager's fee to 20%.  After some consideration, Diaz agreed to a fee of 18%, not 20%.  On or

around February 23, 2017, Diaz signed the new manager agreement memorializing the 18% fee (the "Current Agreement").

44.     The Current Agreement was signed solely by Heredia's half-brother, Moses, as Diaz's manager.  To wit, there is no name or signature indicating a co-manager.



45.     The Current Agreement was presented to the California State Athletic Commission for approval and approved on February 24, 2017.  Defendant Ralph Heredia's name does not appear anywhere on the Current Agreement.  But this did not stop Defendant Ralph Heredia (who, again, is not licensed by the Commission) from serving and holding himself out as Diaz's manager.

46.     Only weeks after inducing Diaz to enter into the Current Agreement signed only by Moses, Defendant Ralph Heredia negotiated Diaz's promotional agreement with Golden Boy. Critically, Moses Heredia is not the only "manager" listed on the Golden Boy Agreement.  Defendant Ralph Heredia also signed the Golden Boy Agreement as Diaz's "manager."

By its signature below, each party confirms its understanding of, and agreement to the foregoing.

**PROMOTER:**

GOLDEN BOY PROMOTIONS, LLC

By: _____

Name: Rolando Arellano

Title: Fighter Relations

Date: 3 / 22 / 2017

**BOXER:**

JOSEPH DIAZ JR.

By: _____

Name: Joseph Diaz Jr

Boxer

Date: 3/22/17

Page 14

MOSES HEREDIA

By: _____

Title: MANAGER

Date: 3/24/17

RALPH HEREDIA

By: _____

Title: MANAGER

Date: 3·22·17

47.     Despite the fact that Moses signed the Current Agreement as Diaz's purported "sole and exclusive" manager and is the manager of record as far as the California State Athletic Commission is aware, Defendant Ralph Heredia continued to serve as Diaz's true manager (and continues to do so to this day). This was a fraud perpetrated on the Commission. It was also a fraud perpetrated on Diaz. Heredia never disclosed to Diaz the true nature of the parties' relationship. He did not disclose the true reason why he had his half-brother, Moses, sign the Current Agreement as the manager, rather than him. The true reason was that Heredia was trying to hide his criminal past

COMPLAINT

from the Commission and from Diaz.  He was not (and is not) qualified or licensed to serve as Diaz's manager.  He did not (and does not) have the necessary approvals to serve as Diaz's manager.  He did not (and does not) have the requisite qualifications to handle Diaz's affairs or represent him in all the relevant contractual negotiations relating to his boxing career.  The truth is, this illicit arrangement was the only way to enable Heredia to gain full access to Diaz's finances, to be able to divert Diaz's money and property into his own coffers and to create illicit revenue streams and benefits of his own with Golden Boy.

48.     Furthermore, despite the fact that the Current Agreement calls for an 18% fee, Diaz eventually realized that Heredia was actually taking a 20% fee (even though Diaz had expressly rejected the 20% fee).  When Diaz confronted Heredia about the extra 2%, Heredia responded that this was the fee for "Diaz's lawyer" who Heredia had retained on Diaz's behalf to help with his affairs.

49.     But Diaz never agreed to any lawyer.  The truth is, the extra 2% was used to pay for *Heredia's* lawyer, not "Diaz's lawyer."  This lawyer is Defendant John Doe, Esq.  Diaz does not know the identity of John Doe, Esq.  Diaz never signed a retainer agreement with John Doe, Esq.  He does not recall seeing any correspondence from John Doe, Esq.  He believes he may have met John Doe, Esq. once, but does not recall having any conversation with him about any legal matter or issue.  John Doe, Esq. was hired by Heredia for the benefit of *Heredia*.  Diaz never agreed to hire John Doe, Esq. or to be represented by John Doe, Esq., who in turn necessarily violated the rules of professional conduct and the law to the extent he purported to represent Diaz without his knowledge or consent, and without an engagement agreement.

50.     At a minimum, Heredia stole the extra 2% manager's fee from Diaz.  John Doe, Esq. was directly aware of and participated in this scheme to steal the 2% from Diaz.

51.     Practically speaking, Heredia also stole whatever portion he received of the 18% manager's fee from Diaz.  Heredia was not a party to the Current Agreement.  He was not entitled to *any* manager's fee from Diaz.  But he has been pocketing a portion of the manager's fee under the Current Agreement.  He is able to do this because, by virtue of his role as Diaz's manager, Heredia has full access to Diaz's finances, including the compensation paid by Golden Boy.  Heredia induced

Diaz to enter into the Current Agreement under false pretenses, while concealing his criminal past and the fact that he did not have the proper licensure or qualifications to manage Diaz, which render the Current Agreement null and void.

52.     Heredia also stole money from Diaz in another explicit way.  In or around October 2019, Heredia purchased a 2016 Lexus RC350 purportedly for Diaz's benefit and agreed to make a (presumably unlicensed) "auto loan" to Diaz until Diaz could pay it off.  The parties agreed that Diaz would pay Heredia for the vehicle from his boxing proceeds (in addition to the contractual manager's fee).  After one particular bout, Diaz paid Heredia $25,000.00 toward the vehicle.  Heredia accepted this money.  Diaz also paid $4,000.00 to have the vehicle (which was originally painted white) wrapped in matte black.

53.     On or about September 8, 2020, despite the fact that Diaz had invested $29,000.00 into the vehicle, Heredia intentionally and maliciously had the vehicle repossessed and took it back for himself.  He did not give any notice to Diaz that Diaz was purportedly in default on payments for the vehicle (because he was not).  He never asked Diaz for any additional payments toward the vehicle.  He did not give Diaz any notice that he would be repossessing the vehicle.  He also did not return the $25,000.00 that Diaz had paid him toward the vehicle or the $4,000.00 that Diaz had paid for improvements to the vehicle.  And Diaz had, among other personal effects, approximately $300.00 in cash in the vehicle, which was never returned to him.

54.     Diaz believes that Heredia repossessed his vehicle and stole his $29,000.00 investment (plus approximately $300.00 in cash in the vehicle) in retaliation for Diaz signing a business advisory agreement with another company.  Heredia was jealous and believed that the other company was infringing on his manager's rights with Diaz, which it was not.

55.     Yet another way that Heredia stole from Diaz was by taking tickets provided by Golden Boy to Diaz's fights that were supposed to be for Diaz's family and friends and converting them to his own use.  Specifically, Heredia stole the best seats for himself and his conspirators, and gave only a few, much worse, seats to Diaz's family and friends.

56.     Heredia also leveraged his relationship with Golden Boy to obtain additional benefits for himself at Diaz's expense.  For example, on at least one occasion, Heredia represented to Golden

Boy that *Diaz* wanted tickets to a highly anticipated bout between Saul "Canelo" Álvarez and Gennadiy Golovkin in Las Vegas, Nevada (Diaz was not fighting on this card). In reality, Heredia wanted—and took—the tickets for himself. After the bout, Heredia complained to Golden Boy about the quality of the tickets, stating that *Diaz* was upset the tickets were not floor seats and felt that Golden Boy was not taking care of Diaz's "team." Diaz never expressed such a sentiment. This was Heredia taking an illicit benefit for himself (in violation of the Ali Act) and then complaining that the benefit was not beneficial enough.

57.     At all relevant times, Heredia acted in his own best interests rather than in Diaz's best interests. Heredia used Diaz to enrich himself and his conspirators, did not adequately protect or advance Diaz's boxing career, and acted precisely in the ways that the Ali Act is designed to protect against.

58.     Heredia induced Diaz into an illicit arrangement whereby his half-brother, Moses, was Diaz's manager "on paper," while he served as Diaz's de facto manager. Heredia used Diaz to get his foot in the door with Golden Boy and then favored his own relationship with Golden Boy instead of vigorously advocating for his client, Diaz. And Heredia actively stole money and personal property from Diaz.

59.     Defendant John Doe, Esq. conspired with Heredia to steal from Diaz. John Doe, Esq. was aware of the illicit arrangement whereby Moses Heredia was Diaz's "paper manager," but Defendant Ralph Heredia served as Diaz's de facto manager. He was aware that the Current Agreement called for an 18% manager's fee. He was aware that Ralph took a 20% fee—2% more than the Current Agreement allowed. And he accepted that extra 2% for himself for purported legal services. He did not obtain Diaz's agreement or approval for the provision of legal services or for any payment for legal services. At all relevant times, John Doe, Esq. took Diaz's money earned under the Current Agreement and converted it to his own personal use.

**CAUSES OF ACTION**

**FIRST CAUSE OF ACTION**

**Fraud**

**(Against Heredia)**

60.     Diaz incorporates by reference and realleges each and every allegation contained in the paragraphs above as though fully set forth herein.

61.     At all relevant times, Heredia and Diaz were in a fiduciary relationship, a relationship of trust and confidence.  A boxing manager owes a fiduciary duty to his client, the boxer.  A boxing manager must act with the utmost care, trust, and good faith for the benefit of his client, the boxer.  The boxer places his confidence in the manager and trusts that the manager will protect his interests, not take advantage of him, and not place his own interests over those of the boxer.

62.     Heredia intentionally concealed and failed to disclose material facts to Diaz in connection with their relationship and Heredia's role as Diaz's manager.  As alleged above, those material facts included:

a.     That Heredia was not licensed as a manager by the California State Athletic Commission.

b.     That Heredia had a criminal history, including a felony conviction.

c.     That the name "Ralph Heredia" was his alias used to conceal his criminal history.

d.     That Heredia used his half-brother, Moses Heredia, as the signor on the Current Agreement to evade scrutiny from the California State Athletic Commission.

e.     That Heredia was not qualified to represent Diaz as a boxing manager.

f.     That Heredia was taking benefits from Golden Boy for himself at Diaz's expense.

g.     That Heredia was taking an additional 2% manager's fee from Diaz.

- 15 -

COMPLAINT

       h.      That Heredia never intended to actually sell the 2016 Lexus RC350 that he purportedly purchased for Diaz's benefit but always intended to accept Diaz's money and then take the vehicle back for himself.

63.     Heredia intentionally concealed these material facts from Diaz to induce Diaz to enter into an arrangement with him whereby Heredia could manipulate, exploit, and take advantage of Diaz.  This was the only way to enable Heredia to gain full access to Diaz's finances, to be able to divert Diaz's money and property into his own coffers and to create illicit revenue streams and benefits of his own with Golden Boy.

64.     The facts that Heredia intentionally concealed and/or failed to disclose to Diaz were known only to Heredia and his co-conspirators.  Diaz did not know these facts.  Diaz did not, and could not, discover the true facts until the months leading up to the filing of this complaint with the help of his counsel's investigation.  Even with reasonable diligence, Diaz could not have discovered the true facts but for his counsel's investigation.

65.     Heredia's fraudulent concealment as alleged in this Complaint was knowing and intentional and intended to deceive Diaz.  Had Heredia disclosed the material facts he concealed, Diaz would not have allowed him to serve as his boxing manager, would not have allowed him to have access to his business and financial affairs, and would not have allowed him to steer his boxing career.

66.     Heredia's fraudulent concealment was a substantial factor in causing harm to Diaz.

67.     As a direct and proximate result of Heredia's conduct, Diaz has suffered damages in an amount to be proved at trial.

68.     Heredia's conduct, as alleged in this Complaint, was also intentional, willful, malicious, and oppressive, and therefore justifies an award of punitive damages.

## SECOND CAUSE OF ACTION

### Breach of Fiduciary Duty

### (Against Heredia)

69.     Diaz incorporates by reference and realleges each and every allegation contained in the paragraphs above as though fully set forth herein.

- 16 -

70. As alleged above, a boxing manager owes a fiduciary duty to his client, the boxer.

71. Heredia was Diaz's true boxing manager at all relevant times herein. As such, Heredia owed a fiduciary duty to Diaz.

72. Heredia breached his fiduciary duty to Diaz by taking advantage of Diaz, placing his own interests over Diaz's interests, and stealing from Diaz, in all the ways alleged in this Complaint.

73. Heredia's breach of fiduciary duty was a substantial factor in causing harm to Diaz.

74. As a direct and proximate result of Heredia's conduct, Diaz has suffered damages in an amount to be proved at trial.

## THIRD CAUSE OF ACTION

### Breach of Implied-in-Fact Contract

### (Against Heredia)

75. Diaz incorporates by reference and realleges each and every allegation contained in the paragraphs above as though fully set forth herein.

76. In or around October 2019, Diaz and Heredia entered into an implied-in-fact contract relating to the 2016 Lexus RC350 purchased by Heredia purportedly for Diaz's benefit. Under this implied-in-fact contract, Heredia agreed to "loan" the vehicle to Diaz until Diaz could pay it off, which he would do from his boxing proceeds (in addition to the contractual manager's fee). After one particular bout, Diaz paid Heredia $25,000.00 toward the vehicle. Heredia accepted this money. Diaz also paid $4,000.00 to have the vehicle wrapped in matte black.

77. The parties intended that their conduct relating to the vehicle—namely, Heredia "loaning" the vehicle to Diaz and Diaz paying for the vehicle from his boxing proceeds—would create a contract between them, and each knew that the other would interpret their conduct as creating a contract.

78. Diaz performed all, or substantially all, of the acts required of him under the parties' implied-in-fact contract, except those things that were excused by Heredia's breach.

79. Heredia breached the parties' implied-in-fact contract. On or about September 8, 2020, Heredia intentionally and maliciously had the vehicle repossessed and took it back for himself, in violation of the parties' agreement that Diaz could use the vehicle as his own and then would own

the vehicle once he paid it off.  Heredia did not give any notice to Diaz that Diaz was purportedly in default on payments for the vehicle (because he was not).  He never asked Diaz for any additional payments toward the vehicle.  He did not give Diaz any notice that he would be repossessing the vehicle.  He also did not return the $25,000.00 that Diaz had paid him toward the vehicle or the $4,000.00 that Diaz had paid in improvements to the vehicle.

80.     As a direct and proximate result of Heredia's breach of contract, Diaz has been damaged in an amount to be proved at trial, but which amount is not less than $29,000.00.

## FOURTH CAUSE OF ACTION

### Conversion

### (Against All Defendants)

81.     Diaz incorporates by reference and realleges each and every allegation contained in the paragraphs above as though fully set forth herein.

82.     At all relevant times, Diaz had ownership or the right to possession of certain property alleged in this Complaint, including his money and boxing tickets provided for his benefit by Golden Boy.

83.     Defendants intentionally and substantially interfered with Diaz's rights to his money and personal property.  Defendants wrongfully converted Diaz's money and personal property in at least the following ways:

    a.     Heredia converted approximately $29,300.00 of Diaz's money by repossessing Diaz's vehicle and failing to return his payment of $25,000.00 toward the vehicle, $4,000.00 in improvements to the vehicle, and approximately $300.00 in cash that was in the vehicle at the time it was repossessed.

    b.     Defendants converted whatever portion they received of the 18% manager's fee under the Current Agreement from Diaz.  Heredia was not a party to the Current Agreement.  Nor was John Doe, Esq.  They were not entitled to *any* of Diaz's money under the Current Agreement.  This is a knowable amount, which will be established at trial.

c.    Defendants converted an extra 2% of Diaz's manager's fee by taking a 20% fee instead of the 18% fee set forth in the Current Agreement.  Heredia took this extra 2% fee without Diaz's knowledge or consent.  John Doe, Esq. accepted this extra 2% fee without Diaz's knowledge or consent.  This extra 2% fee is a knowable amount, which will be established at trial.

d.    Heredia converted tickets provided by Golden Boy to Diaz's fights that were supposed to be for Diaz's family and friends.  The value of these tickets is knowable and will be established at trial.

84.    Defendants had no legal right to interfere in such a manner with Diaz's property rights. Diaz did not consent in any manner to Defendants engaging in this wrongful conduct.

85.    As a direct and proximate result of Defendants' conversion, Diaz has been damaged in an identifiable amount which will be determined at trial.

86.    Defendants' acts of conversion, as alleged in this Complaint, were intentional, willful, malicious, and oppressive, and therefore justify an award of punitive damages.

87.    Diaz is further entitled to his attorneys' fees and costs pursuant to California Civil Code section 3336.

## FIFTH CAUSE OF ACTION

### Tortious Interference with Prospective Economic Advantage

### (Against Heredia)

88.    Diaz incorporates by reference and realleges each and every allegation contained in the paragraphs above as though fully set forth herein.

89.    An economic relationship existed between Diaz and his promoter, Golden Boy, for the promotion of certain bouts for which Diaz would earn a purse.

90.    Heredia had knowledge of the relationship between Diaz and Golden Boy.  Indeed, he (fraudulently) signed the promotional agreement between Diaz and Golden Boy as Diaz's "manager."

91.    The relationship between Diaz and Golden Boy offered valuable prospective economic benefits to Diaz.  The more challenging and high-profile the bouts Diaz fought, and the

- 19 -

faster Diaz could build on his pedigree and further advance his career, the greater the purses Diaz would obtain (and the more money he would earn).

92.     However, Heredia engaged in intentional and wrongful conduct designed to interfere with or disrupt the relationship between Diaz and Golden Boy.  Heredia expressly and continuously sought out benefits for himself and his other clients signed with Golden Boy instead of protecting and advancing Diaz's interests with Golden Boy.  Heredia intentionally did not vigorously negotiate with Golden Boy on Diaz's behalf so that Heredia could squeeze more out of Golden Boy for himself and his other clients.

93.     Heredia actually disrupted and interfered with the relationship between Diaz and Golden Boy.  Heredia cost Diaz multiple opportunities for more and better bouts that would be promoted by Golden Boy and thereby cost Diaz the benefits of his relationship with Golden Boy.

94.     Diaz suffered actual harm as a direct and proximate result of Heredia's wrongful conduct in an amount of damages to be proved at trial.

95.     Heredia's acts alleged herein were intentional, willful, malicious, and oppressive, and therefore justify an award of punitive damages.

## SIXTH CAUSE OF ACTION

### Violation of the Muhammad Ali Boxing Reform Act

### (Against Heredia)

96.     Diaz incorporates by reference and realleges each and every allegation contained in the paragraphs above as though fully set forth herein.

97.     The Ali Act provides a private right of action to "[a]ny boxer who suffers economic injury as a result of a violation of this chapter" and states that such boxer "may bring an action in the appropriate Federal or State court and recover the damages suffered, court costs, and reasonable attorneys fees and expenses."  15 U.S.C. § 6309(d).

98.     Among other things, the Ali Act establishes a "firewall" between managers and promoters.  Managers are prohibited from having a "direct or indirect financial interest in the promotion of a boxer" and from being "employed by or receiv[ing] compensation or other benefits

COMPLAINT

from a promoter, except for amounts received as consideration under the manager's contract with the boxer." 15 U.S.C. § 6308(b).

99.     Heredia violated the Ali Act by receiving benefits from Golden Boy that were for his own benefit and not for Diaz's benefit, as alleged in this Complaint.  These benefits were not part of any consideration Heredia was owed under a manager's contract with Diaz.  Heredia used Diaz as subterfuge for obtaining these benefits at Diaz's expense, as Diaz did not receive the full benefits of his relationship with Golden Boy as a result of the personal benefits given by Golden Boy to Heredia.

100.    The illicit benefits received by Heredia in violation of the Ali Act included tickets from Golden Boy to a highly anticipated bout between Saul "Canelo" Álvarez and Gennadiy Golovkin in Las Vegas, Nevada, which were worth thousands of dollars.  Heredia used Diaz's name and goodwill to obtain these tickets, then falsely blamed Diaz for being upset with the quality of the tickets, damaging Diaz's relationship with Golden Boy.

101.    Diaz suffered economic injury as a result of Heredia's violation of the Ali Act.  But for Heredia's violation, Diaz would have earned more money and/or benefits of his own from Golden Boy, which would have been *legitimate* (unlike Heredia's benefits).  The precise amount of damages suffered by Diaz will be determined at trial.

102.    In addition to his damages suffered, Diaz is entitled to recover his court costs and reasonable attorneys' fees and expenses under the Ali Act.

## SEVENTH CAUSE OF ACTION

### Quantum Meruit

### (Against All Defendants)

103.    Diaz incorporates by reference and realleges each and every allegation contained in the paragraphs above as though fully set forth herein.

104.    Defendants received certain benefits from Diaz to which they were not entitled.  Specifically, Defendants received the following benefits:

a.    Heredia received approximately $29,300.00 of Diaz's money by repossessing Diaz's vehicle and failing to return his payment of $25,000.00 toward the

- 21 -

1  vehicle, $4,000.00 in improvements to the vehicle, and approximately $300.00

2  in cash that was in the vehicle at the time it was repossessed.

3      b.    Defendants received an extra 2% of Diaz's manager's fee by taking a 20% fee

4  instead of the 18% fee set forth in the Current Agreement.  Heredia took this

5  extra 2% fee without Diaz's knowledge or consent.  John Doe, Esq. accepted

6  this extra 2% fee without Diaz's knowledge or consent.  This extra 2% fee

7  amounts to tens, if not hundreds, of thousands of dollars, and the precise

8  amount will be established at trial.

9      c.    Heredia received tickets provided by Golden Boy to Diaz's fights that were

10  supposed to be for Diaz's family and friends.

11      105.    Furthermore, Heredia received the benefit of services owed by Diaz under the Current

12  Agreement, which services were supposed to be provided to Moses Heredia as the manager of record.

13  Thus, in addition to the extra 2% of Diaz's manager's fee alleged above, Heredia received the benefit

14  of whatever portion of Diaz's 18% manager's fee he took, to which he was not entitled.

15      106.    Defendants obtained the benefits alleged herein through wrongful and illegitimate

16  means.  Defendants have been enriched by these benefits, and it would be unjust for Defendants to

17  retain these benefits.

18      107.    Diaz is entitled to restitution from Defendants for the reasonable value of the benefits

19  conferred upon them.

20  **EIGHTH CAUSE OF ACTION**

21  **Accounting**

22  **(Against All Defendants)**

23      108.    Diaz incorporates by reference and realleges each and every allegation contained in

24  the paragraphs above as though fully set forth herein.

25      109.    As alleged in this Complaint, a fiduciary, contractual, and/or confidential relationship

26  existed between Diaz and Defendants.

27      110.    Diaz is unable to determine the exact amount of money owed by Defendants to Diaz

28  as a result of their conduct as alleged in this Complaint without an accounting.

111.    Accordingly, Diaz requests an accounting of all unsettled accounts between Defendants and Diaz.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment and an award against Defendants as follows:

1.    For compensatory damages in an amount to be determined at trial;

2.    For pre- and post-judgment interest at the maximum rate allowed by law;

3.    For punitive damages on the first, fourth, and fifth causes of action;

4.    For an accounting as alleged herein;

5.    For the recovery of reasonable attorneys' fees;

6.    For the costs of this suit; and

7.    For such other and further relief as the Court may deem just and proper.

Dated: October 7, 2020                    VGC, LLP


By: _____
James L. Greeley
Diyari Vázquez
Alexander R. Safyan
*Attorneys for Plaintiff*
JOSEPH DIAZ, JR.

COMPLAINT

**DEMAND FOR JURY TRIAL**

Plaintiff hereby demands a jury trial on all issues so triable.

Dated: October 7, 2020                    VGC, LLP


By: _____
      James L. Greeley
      Diyari Vázquez
      Alexander R. Safyan
      *Attorneys for Plaintiff*
      JOSEPH DIAZ, JR.

- 24 -

# Attachment 37

LAW OFFICES OF

# GEORGE A. GALLEGOS

A PROFESSIONAL CORPORATION

328 SOUTH ATLANTIC BOULEVARD, SUITE 100

MONTEREY PARK, CALIFORNIA 91754

TEL: (626) 576-8988

FAX: (626) 576-7070

November 10, 2020

Attn. Alexander R. Safyan
VGC LLP

*Via Email Only*

Re:  ***Joseph Diaz, Jr. adv. Golden Boy Promotions, LLC***

Dear Mr. Safyan:

This letter responds to your letter of November 9, 2020 wherein you demand the contractual release of your client, Joseph Diaz, yet fail to articulate a single breach on behalf of Golden Boy Promotions ("Golden Boy"). The audacity of such a demand without referencing the breach of a single contractual provision is truly remarkable.

To be clear, the failure of the Tevin Farmer rematch to materialize is no fault of Golden Boy. I specifically advised you Golden Boy would try to revive the previously rejected offer of the Tevin Farmer rematch, but there was no guarantee, given the stance previously taken by Team Diaz and the time period lapse. Therefore, Matchroom's refusal to stage the rematch should not have been a surprise. Moreover, Golden Boy's decision to take no further action is not an emotional decision "to throw up its hands," but rather a business decision based almost entirely on Team Diaz' previously decision to reject the rematch. Matchroom could literally cut and paste the same arguments from Team Diaz' letter to defend such lawsuit. I'm sure your firm will not pursue a lawsuit against Matchroom, on behalf of Jojo, which it could do, but won't for the same reasons.

Additionally, your emotionally charged paragraph that Golden Boy "has given up" on Mr. Diaz, while incredibly dramatic, is simply untrue. In our first conversations, I made clear that Golden Boy was particularly excited to reset their relationship with Jojo Diaz. In fact, I suggested we meet for lunch with Jojo Diaz and Golden Boy executives to reset this relationship, which you refused. I agree the press release was a mistake and an apology is owed to Jojo, however, it was created by a third-party publicist who a wrote a press release in a time crunch without proper vetting. Regardless, Golden Boy remains committed to JoJo Diaz, at it has since is first bout to him becoming a world champion.

At this time, I will not address your wild accusations and conspiracy theories involving Golden Boy and the Heredia's.   While your accusations make for interesting fictional reading, it has nothing to do with Golden Boy's focus to get Jojo back into the ring and will therefore not be addressed.

In light of the foregoing, Golden Boy would like to convey the following official Bout Offer:

Date: February/March 2021

Opponent: Mandatory Challenger Shavkat Rakhimov

Rounds:12 rds.

Weight: 130lbs

Purse:  $350,000

Broadcast:   Non-main event featured bout on DAZN

Location: United States

From the dramatic and divisive tone of your letter, it is clear that rather than intending on helping your client, Jojo Diaz, succeed with Golden Boy, you are trying to create a wedge between us for the benefit of whomever is paying your legal bills.  Instead of continuing a dramatic and divisive dialogue to try to create this wedge, I hope we can focus on business which is in the best interests of both of our clients, i.e. Jojo Diaz' title defense.  Please let me know if Jojo Diaz is agreeable to the offer, set forth above, as we hope to have the fight signed before the purse bid next week.

I look forward to your response.

Sincerely,

LAW OFFICES OF GEORGE A. GALLEGOS

GEORGE A. GALLEGOS