JASON L. LIANG (SBN 251235)
Email: jliang@lianglyllp.com
WILL WANG (SBN 332814)
Email: will.wang@lianglyllp.com
LIANG LY LLP
601 South Figueroa Street
Suite 1950
Los Angeles, California 90017
Telephone:  (213) 262-8000
Facsimile:   (213) 335-7776

*Attorneys for*
*Specially Appearing Defendant Daniel Kinahan*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC., a California corporation; and MOSES HEREDIA, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> MTK GLOBAL USA, LLC, a Delaware limited liability company, *et al.*, <br><br> Defendants. | CASE NO. 5:20-cv-02618-JWH-KK <br><br> Hon. John W. Holcomb <br><br> **SPECIALLY APPEARING DEFENDANT DANIEL KINAHAN'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS FILED IN SUPPORT OF OPPOSITION TO MOTION TO SET ASIDE ENTRY OF DEFAULT** <br><br> Date:       April 22, 2022 <br> Time:      9:00 A.M. <br> Ctr.:        2 <br><br> Complaint Filed:  December 18, 2020 |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

Specially Appearing Defendant Daniel Kinahan ("Mr. Kinahan") hereby asserts the following evidentiary objections to the attachment exhibits filed by Plaintiff Moses Heredia ("Plaintiff") in support of his opposition ("Opposition") to Mr. Kinahan's Motion to Set Aside Entry of Default ("Motion").  Plaintiff submitted a total of 37 attachments in support of his Opposition.  These attachments consist mainly of various online articles, Wikipedia printouts, and communications between attorneys.  None of these attachments have been authenticated, as Plaintiff did not provide any sworn testimony as to what they were or where he got them.  These documents are also irrelevant and unduly prejudicial.  They do not establish that Mr. Kinahan received notice of this lawsuit.  In fact, most of these documents seem to serve no purpose other than to tarnish Mr. Kinahan's reputation.  Finally, the online articles are hearsay with no exception, as Plaintiff submits them to prove the truth of their asserted matters.

A full list of objections to each attachment is provided below.

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| 1. | Attachment No 1:<br><br>Article, Paul Gibson Appointed International Operations Director of MTK Global (November 2017) | **The document has not been properly authenticated.**  F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** F.R.E. 801-803.  The document is submitted for the truth of its asserted | Sustained: __<br><br>Overruled: __ |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | matters and is hearsay not subject to any exception. | |
| | | **The document is irrelevant.** F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| | | **The document is unduly prejudicial.** F.R.E. 403. Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he | |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | received constructive notice of this lawsuit through this document. | |
| 2. | Attachment No 2: Email between James Greeley and George Gallegos (November 11, 2020) | **The document is hearsay subject to no exception.** F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would | Sustained: _____ Overruled: _____ |

601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

LIANG LY LLP

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

**LIANG LY LLP**
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | result in a mini-trial over whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 3. | <u>Attachment No 3:</u><br><br>Email to Paul Gibson from The Federal Practice Group (February 18, 2021) | **The document is hearsay subject to no exception.** F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | Sustained: _____<br>Overruled: _____ |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | **The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 4. | <u>Attachment No 4:</u><br><br>Follow up Email to Gibson from The Federal Practice Group (March 16, 2021) | **The document is hearsay subject to no exception.** F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to | Sustained: _____ Overruled: _____ |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 5. | Attachment No 5:<br><br>Wikipedia Page, Daniel Kinahan | **The document has not been properly authenticated.**  F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** F.R.E. 801-803.  The | Sustained: _____<br>Overruled: _____ |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.** F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial. F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or | |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) I 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 6. | Attachment No 6: <br><br> Article, Daniel Kinahan 'named and shamed' in Dubai Newspapers (January 2022) | **The document has not been properly authenticated.**  F.R.E. 901. <br><br> **The document is hearsay subject to no exception.**  F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception. <br><br> **The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive | Sustained: <br> _____ <br> Overruled: <br> _____ |

8

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.** F.R.E. 403. Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 7. | Attachment No 7:<br><br>Article, Tyson Fury's Association with Suspected Mob Boss Daniel Kinahan | **The document has not been properly authenticated.** F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** | Sustained:<br>——<br>Overruled:<br>—— |

9

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | (October 2021) | F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.**  F.R.E. 403. Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan | |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

**LIANG LY LLP**
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
|  |  | read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. |  |
| 8. | Attachment No 8:<br><br>Website Link, Tyson Fury's Biography on MTK Global's Site | **The document has not been properly authenticated.**  F.R.E. 901.<br><br>**The document is hearsay subject to no exception.**  F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402.  There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive | Sustained: ———— Overruled: ———— |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | notice of this lawsuit through this document.  **The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 9. | Attachment No 9:  Article, Tyson Fury thanks Daniel Kinahan for organizing | **The document has not been properly authenticated.**  F.R.E. 901.  **The document is hearsay subject to no exception.** | Sustained: _____ Overruled: _____ |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | Anthony Joshua fight (June 2020) | F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.  **The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.  **The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan | |

13

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 10. | Attachment No 10: Article, Bob Yalen Appointed CEO of MTK Global (June 2020) | **The document has not been properly authenticated.** F.R.E. 901. <br><br>**The document is hearsay subject to no exception.** F.R.E. 801-803. The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception. <br><br>**The document is irrelevant.** F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive | Sustained: _____ Overruled: _____ |

14

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document**.** | |
| 11. | Attachment No 11:<br><br>Article, Boxing Firm MTK Enters Partnership with Daniel Kinahan (May 2020) | **The document has not been properly authenticated.**  F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** | Sustained: _____<br>Overruled: _____ |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan | |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 12. | Attachment No 12:<br><br>Article, Boxing 'crime boss' Daniel Kinahan Still Working (February 2021) | **The document has not been properly authenticated.**  F.R.E. 901.<br><br>**The document is hearsay subject to no exception.**  F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402.  There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive | Sustained: _____<br>Overruled: _____ |

LIANG LY LLP<br>601 South Figueroa Street, Suite 1950<br>Los Angeles, California 90017<br>213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.** F.R.E. 403. Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 13. | Attachment No 13:<br><br>Article, Cartel chief Daniel Kinahan Served with Court | **The document has not been properly authenticated.** F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** | Sustained: _____<br>Overruled: _____ |

18
EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | Summons in Dubai bolthole by US Lawyers (June 2021) | F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.  **The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.  **The document is unduly prejudicial.**  F.R.E. 403. Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan | |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

19

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 14. | Attachment No 14:<br><br>Article, Daniel Kinahan - BBC Documentary Alleges the Controversial Figure Is Still Advising Boxers (February 2021) | **The document has not been properly authenticated.**  F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive | Sustained: _____<br>Overruled: _____ |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.** F.R.E. 403. Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 15. | <u>Attachment No 15:</u><br><br>Article, Daniel Kinahan Issues Public Statement Ahead of BBC Panorama Probe | **The document has not been properly authenticated.** F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** | Sustained: _____<br>Overruled: _____ |

LIANG LY LLP<br>601 South Figueroa Street, Suite 1950<br>Los Angeles, California 90017<br>213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | into Boxing World (January 2021) | F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402.  There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.**  Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan | |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 16. | Attachment No 16:<br><br>Article, Daniel Kinahan May Have US Assets Seized (January 2021) | **The document has not been properly authenticated.**  F.R.E. 901.<br><br>**The document is hearsay subject to no exception.**  F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive | Sustained:<br>_____<br>Overruled:<br>_____ |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.** F.R.E. 403. Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 17 | Attachment No 17:<br><br>Article, Daniel Kinahan Podcast Interview with James English Pulled Due to | **The document has not been properly authenticated.** F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** | Sustained: _____<br>Overruled: _____ |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**LIANG LY LLP**
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | 'Legal Issues' (March 2022) | F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.**  F.R.E. 403. Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan | |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 18. | Attachment No 18: Article, Daniel Kinahan Praised by MTK Global President Bob Yalen (July 2019) | **The document has not been properly authenticated.** F.R.E. 901. **The document is hearsay subject to no exception.** F.R.E. 801-803. The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception. **The document is irrelevant.** F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive | Sustained: _____ Overruled: _____ |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 19. | <u>Attachment No 19:</u><br><br>Article, Daniel Kinahan Pursued by Criminal Assets Bureau for First Time (March | **The document has not been properly authenticated.**  F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** | Sustained: _____<br>Overruled: _____ |

27

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | 2022) | F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402.  There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.**  F.R.E. 403.  Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan | |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 20. | Attachment No 20:<br><br>Article, Daniel Kinahan Ran Boxing Using Fear and Bullying (July 2020) | **The document has not been properly authenticated.**  F.R.E. 901.<br><br>**The document is hearsay subject to no exception.**  F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402.  There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive | Sustained:<br>_____<br>Overruled:<br>_____ |

29

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | notice of this lawsuit through this document. **The document is unduly prejudicial.** F.R.E. 403. Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 21. | Attachment No 21: Article, Daniel Kinahan Statement Released to Talksport from Controversial | **The document has not been properly authenticated.** F.R.E. 901. **The document is hearsay subject to no exception.** | Sustained: _____ Overruled: _____ |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | Boxing Adviser After Panorama Investigation (February 2021) | F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.  **The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.  **The document is unduly prejudicial.**  F.R.E. 403. Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan | |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 22. | Attachment No 22: <br><br> Article, Joseph Diaz Lost His Title and His Car (March 2021) | **The document has not been properly authenticated.**  F.R.E. 901. <br><br> **The document is hearsay subject to no exception.**  F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception. <br><br> **The document is irrelevant.**  F.R.E. 402.  There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive | Sustained: _____ <br> Overruled: _____ |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 23. | <u>Attachment No 23:</u><br><br>Article, Law360 Heredia's Suing VGC (December 2020) | **The document has not been properly authenticated.**  F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** | Sustained: _____<br>Overruled: _____ |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan | |

34

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 24. | Attachment No 24: Article, Lawyers Want Boxing Authorities to Freeze Fight (February 2021) | **The document has not been properly authenticated.**  F.R.E. 901.<br><br>**The document is hearsay subject to no exception.**  F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive | Sustained: _____ Overruled: _____ |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 25. | Attachment No 25:<br><br>Article, Paul Gibson Appointed MTK Chief Strategy Officer - MTK global (June | **The document has not been properly authenticated.**  F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** | Sustained: _____<br>Overruled: _____ |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | 2020) | F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402.  There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.**  Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan | |

37

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 26. | Attachment No 26: Article, Promotion Company Founded by Daniel Kinahan says it 'is not front for European drug cartel' (March 2022) | **The document has not been properly authenticated.** F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402.  There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive | Sustained: _____<br>Overruled: _____ |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.** F.R.E. 403. Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 27. | Attachment No 27:<br><br>Article, What We Know About Tyson Fury's 'advisor' Daniel | **The document has not been properly authenticated.** F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** | Sustained:<br>——<br>Overruled:<br>—— |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | Kinahan, a Suspected $1.1 billion Drug Lord (July 2020) | F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402.  There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.**  F.R.E. 403.  Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan | |

**LIANG LY LLP**
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 28. | Attachment No 28:<br><br>Wikipedia Page, MTK Global | **The document has not been properly authenticated.** F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** F.R.E. 801-803. The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.** F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive | Sustained:<br>_____<br>Overruled:<br>_____ |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

41

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.**  Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 29. | Attachment No 29:<br><br>Email of Service to Ireland Counsel – Finucanes Firm, (March 17, 2021) | **The document is hearsay subject to no exception.**  F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception. | Sustained: _____<br>Overruled: _____ |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | **The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| 30. | Attachment No 30:<br><br>Email of Service to UK Counsel – Brand Smith (March 17, 2021) | **The document is hearsay subject to no exception.** F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.**  F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether Mr. Kinahan read, became aware of, or | Sustained:<br>——<br>Overruled:<br>—— |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) I 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 31. | Attachment No 31: MTK Global 1st Service News Clipping in English and Arabic (March 18-20, 2021) | **The document has not been properly authenticated.** F.R.E. 901. **The document is irrelevant.** F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. **The document is unduly prejudicial. F.R.E. 403.** Even if relevant, this document should be excluded because it would | Sustained: _____ Overruled: _____ |

45

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | result in a mini-trial over whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 32. | Attachment No 32: Kinahan 1st Service News Clippings in English and Arabic (March 21, 2021) | **The document has not been properly authenticated.** F.R.E. 901.<br><br>**The document is irrelevant.** F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial. F.R.E. 403.** | Sustained: _____ Overruled: _____ |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 33. | Attachment No 33: Follow up Emails from UAE Counsel to Reynolds regarding Service (March 21 and 27, 2021) | **The document is hearsay subject to no exception.** F.R.E. 801-803.  The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.  **The document is irrelevant.**  F.R.E. 402. There is no indication that | Sustained: _____ Overruled: _____ |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 34. | Attachment No 34:<br><br>Emails from UAE Counsel to FPG | **The document is hearsay subject to no exception.** F.R.E. 801-803.  The document is submitted for the truth of its asserted | Sustained:<br>_____<br>Overruled:<br>_____ |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | confirming Service (March 18, 2021) | matters and is hearsay not subject to any exception. **The document is irrelevant.** F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. **The document is unduly prejudicial. F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |

49

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | | |
| 35. | Attachment No 35: MTK Global 2nd Service News Clipping in English (October 06, 2021) | **The document has not been properly authenticated.** F.R.E. 901.<br><br>**The document is hearsay subject to no exception.** F.R.E. 801-803. The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.** F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial. F.R.E. 403.** | Sustained: ———— Overruled: ———— |

50

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | Even if relevant, this document should be excluded because it would result in a mini-trial over whether the publication was directed to the UAE, available in the UAE, and whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 36. | <u>Attachment No 36:</u><br><br>VGC Letter to Golden Boy re: JoJo Diaz (November 09, 2020) | **The document is hearsay subject to no exception.** F.R.E. 801-803. The document is submitted for the truth of its asserted matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.** F.R.E. 402. There is no indication that | Sustained: _____ Overruled: _____ |

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial.  F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document. | |
| 37. | Attachment No 37:<br><br>Golden Boy Promotions Letter to VGC re: JoJo | **The document is hearsay subject to no exception.** F.R.E. 801-803.  The document is submitted for the truth of its asserted | Sustained: _____<br>Overruled: _____ |

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | Diaz (November 10, 2020) | matters and is hearsay not subject to any exception.<br><br>**The document is irrelevant.** F.R.E. 402. There is no indication that Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit through this document.<br><br>**The document is unduly prejudicial. F.R.E. 403.** Even if relevant, this document should be excluded because it would result in a mini-trial over whether Mr. Kinahan read, became aware of, or had access to this document, or that he received constructive notice of this lawsuit | |

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

LIANG LY LLP
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)

| OBJECT. NO. | DESCRIPTION | OBJECTIONS & AUTHORITIES | RULING |
|---|---|---|---|
| | | through this document. | |

DATED:  April 8, 2022          Respefully Submitted,
                                       LIANG LY LLP

                                       By:   /s/ Jason L. Liang
                                              Jason L. Liang
                                              Will Wang
                                              *Attorneys for Specially Appearing*
                                              *Defendant Daniel Kinahan*

EVIDENTIARY OBJECTIONS TO PLAINTIFF'S ATTACHMENTS IN SUPPORT OF OPPOSITION

**LIANG LY LLP**
601 South Figueroa Street, Suite 1950
Los Angeles, California 90017
213.262.8000 (Telephone) | 213.335.7776 (Facsimile)