RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California  90067
Telephone:  310.553.3610
Fax:   310.553.0687

Attorneys for Defendant
GOLDEN BOY PROMOTIONS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>    Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>    Defendants. | Case No.  5:20-cv-02618-JWH-KKx<br><br>*Assigned to Hon. John W. Holcomb*<br><br>**JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC.'S TIME TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>Current<br>Response Date: May 13, 2022<br><br>New<br>Response Date: May 27, 2022 |

# STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT GOLDEN BOY PROMOTIONS, INC. TO RESPOND TO THIRD AMENDED COMPLAINT

Whereas, Plaintiff Moses Heredia ("Plaintiff") filed the Third Amended Complaint on April 29, 2022;

Whereas, pursuant to the Court's April 11, 2022 Order (ECF No. 83), the deadline for Defendant Golden Boy Promotions, Inc. ("GBP") to respond to the Third Amended Complaint is currently May 13, 2022;

Whereas, on May 9, 2022, counsel for GBP sent a letter to Plaintiff's counsel explaining the basis for an anticipated motion to dismiss under Federal Rule 12(b)(6);

Whereas, counsel for Plaintiff is presently out of the country and so the parties have been unable to fully meet and confer regarding the substance of the anticipated motion;

Whereas, the parties prefer to preserve their and the Court's resources by deferring such motion practice while the parties continue to engage in meet and confer discussions;

The parties, by and through their undersigned counsel, stipulate that GBP's time to respond to Plaintiff's Third Amended Complaint be extended to and until May 27, 2022.

//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | DATED: May 11, 2022 | GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ Joshua M. Geller |
| 5 | | RICARDO CESTERO (SBN 203230) JOSHUA M. GELLER (SBN 295412) Attorneys for Defendant GOLDEN BOY PROMOTIONS, INC. |
| 6 | | |
| 7 | DATED: May 11, 2022 | FEDERAL PRACTICE GROUP |
| 8 | | |
| 9 | | By: /s/ Rajan Olarita Dhungana |
| 10 | | ERIC S. MONTALVO RAJAN OLARITA DHUNGANA Attorneys for Plaintiff MOSES HEREDIA and HEREDIA BOXING MANAGEMENT, INC. |

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067

17896-00636/4373409.1    3    JOINT STIPULATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  May 11, 2022

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP

By:  */s/ Joshua M. Geller*
RICARDO CESTERO (SBN 203230)
JOSHUA M. GELLER (SBN 295412)
Attorneys for Defendant GOLDEN BOY PROMOTIONS, INC.