RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
GOLDEN BOY PROMOTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>　　　　Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>*Assigned to Hon. John W. Holcomb*<br><br>**[PROPOSED] ORDER TO EXTEND DEFENDANT GOLDEN BOY PROMOTIONS, INC.'S TIME TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>Current<br>Response Date: May 13, 2022<br><br>New<br>Response Date: May 27, 2022 |

17896-00636/4373461.1                                                                                       [PROPOSED] ORDER

Currently pending before the Court is the parties' joint stipulation to extend time to respond to the Third Amended Complaint. After considering the joint stipulation, the Court orders that it is **GRANTED** as set forth herein:

**IT IS HEREBY ORDERED** that Defendant Golden Boy shall have an extension through and including May 27, 2022, to respond to the Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: _____

_____
John W. Holcomb
UNITED STATES DISTRICT JUDGE

17896-00636/4373461.1                                                             [PROPOSED] ORDER