| | |
|---|---|
| Name | Ricardo P. Cestero (SBN 203230)/ Joshua M. Geller (SBN 295412) |
| Address | Greenberg Glusker Fields Claman & Machtinger LLP 2049 Century Park East, Suite 2600 |
| City, State, Zip | Los Angeles, California  90067 |
| Phone | 310.553.3610 |
| Fax | 310.553.0687 |
| E-Mail | RCestero@ggfirm.com; JGeller@ggfirm.com |

☐ FPD  ☐ Appointed  ☐ CJA  ☐ Pro Per  ☒ Retained

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,

PLAINTIFF(S),

v.

MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PRODUCTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN,

DEFENDANT(S).

CASE NUMBER:
5:20-cv-02618-JWH-KKx

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _Golden Boy Promotions, Inc._ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**

☒ Order (specify): Order Regarding Motion to Compel Arbitration (ECF No. 83)

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _April 11, 2022_. Entered on the docket in this action on _April 11, 2022_.

A copy of said judgment or order is attached hereto.

| | |
|---|---|
| May 11, 2022 | */s/ Joshua M. Geller* |
| Date | Signature |
| | ☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk |

**Note:** The Notice of Appeal shall contain the names of all parties to filed judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).