RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
GOLDEN BOY PROMOTIONS, INC.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>Plaintiffs,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PRODUCTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>*Assigned to Hon. John W. Holcomb*<br><br>**REPRESENTATION STATEMENT**<br><br>Complaint filed: December 18, 2020 |

17896-00636/4374344.1

REPRESENTATION STATEMENT

Pursuant to Circuit Rule 3-2(b) and Federal Rule of Appellate Procedure 12(b), Defendant-Appellant Golden Boy Promotions, Inc. submits this Representation Statement. The following list identifies all parties to the action and their respective counsel:

**PLAINTIFF:**

MOSES HEREDIA, represented by:

> Eric S. Montalvo
> Federal Practice Group
> 1750 K Street NW Suite 900
> Washington, DC 20006
> Telephone: 202-862-4360
> Email: emontalvo@fedpractice.com

> Rajan Olarita Dhungana
> Federal Practice Group
> 14481 Aspen Street
> Hesperia, CA 92344
> Telephone: 310-406-4934
> Email: rdhungana@fedpractice.com

**DEFENDANTS:**

MTK GLOBAL SPORTS MANAGEMENT, LLC, represented by:

> David S Harris
> David S. Harris, P.C.
> 6520 Platt Avenue Suite 683
> West Hills, CA 91307
> Telephone: 747-444-0780
> Email: david@harrislitigation.com

//

//

//

**DEFENDANTS (continued):**

DANIEL KINAHAN, represented by:

> Jason L. Liang
> John K. Ly
> Liang Ly LLP
> 601 South Figueroa Street Suite 1950
> Los Angeles, CA 90017
> Telephone: 213-262-8000
> Email: jliang@lianglyllp.com; jly@lianglyllp.com

GOLDEN BOY PROMOTIONS, INC., represented by:

> Ricardo P. Cestero
> Joshua M. Geller
> Greenberg Glusker Fields Claman and Machtinger LLP
> 2049 Century Park East 26th Floor
> Los Angeles, CA 90067
> Telephone: 310-553-3610
> Email: rcestero@ggfirm.com; jgeller@ggfirm.com

MTK GLOBAL USA, LLC, represented by:

> Michael V. Mancini
> Mancini Shenk LLP
> 1925 Century Park East Suite 1700
> Los Angeles, CA 90067
> Telephone: 424-652-4009
> Email: mmancini@mancinishenk.com

DATED: May 11, 2022        GREENBERG GLUSKER FIELDS
                           CLAMAN & MACHTINGER LLP


                           By: _/s/ Joshua M. Geller_
                               RICARDO P. CESTERO (SBN 203230)
                               JOSHUA M. GELLER (SBN 295412)
                               Attorneys for Defendant GOLDEN BOY
                               PROMOTIONS, INC.