RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
GOLDEN BOY PROMOTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>*Assigned to Hon. John W. Holcomb*<br><br>**ORDER TO EXTEND DEFENDANT GOLDEN BOY PROMOTIONS, INC.'S TIME TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>Current Response Date: May 13, 2022<br><br>New Response Date: May 27, 2022 |

17896-00636/4373461.1

ORDER

Currently pending before the Court is the parties' joint stipulation to extend time to respond to the Third Amended Complaint. After considering the joint stipulation, the Court hereby **ORDERS** as follows:

1. The stipulation is **GRANTED**.

2. Defendant Golden Boy shall have an extension through and including May 27, 2022, to respond to the Third Amended Complaint.

**IT IS SO ORDERED.**

Dated: May 12, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE

17896-00636/4373461.1

ORDER