Case 5:20-cv-02618-JWH-KK   Document 92   Filed 05/13/22   Page 1 of 4   Page ID #:1565

MANCINI SHENK LLP
  Michael V. Mancini (S.B. #263799)
  mmancini@mancinishenk.com
  Peter J. Most (S.B. #143963)
  pmost@mancinishenk.com
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (424) 652-4000
Facsimile: (424) 652-4004

Attorneys for Defendant
MTK GLOBAL USA, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>        Plaintiff,<br><br>    v.<br><br>MKT GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>        Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br>*Assigned to Hon. John W. Holcomb*<br><br>**JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT MTK GLOBAL USA, LLC TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>TAC Served: August 9, 2021<br>Current Response Date: May 13, 2022<br>New Response Date: May 27, 2022 |



1

Case No. 5:20-cv-02618-JWH (KKx)
JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME TO RESPOND TO TAC

## STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT MTK GLOBAL USA, LLC TO RESPOND TO THIRD AMENDED COMPLAINT

WHEREAS, Plaintiff Moses Heredia ("Plaintiff") filed Case No. 5:20-cv-02618-JWH (KKx) on December 18, 2020;

WHEREAS, Plaintiff filed the Third Amended Complaint ("TAC") on April 29, 2022;

WHEREAS, the deadline for Defendant MTK Global USA, LLC ("MGUSA") to respond to the TAC is currently May 13, 2022;

WHEREAS, counsel for Plaintiff and MGUSA have met and conferred regarding the need for an extension of time for MGUSA to respond due to the illness-related unavailability of counsel and other outside factors necessitating an extension of time to respond;

WHEREAS, due to these circumstances, MGUSA requested and Plaintiff agreed to a fourteen-day extension of time for MGUSA to respond to the TAC, through May 27, 2022;

WHEREAS, pursuant to an extension this Court recently granted for another Defendant, May 27 is the same date that Defendant Golden Boy Promotions, Inc. ("GBP") will respond to the TAC;

WHEREAS, this is MGUSA's first request to extend time to respond to the TAC, and coordinating the response deadlines is expected to increase judicial efficiency;

NOW, THEREFORE, the parties hereby stipulate and agree that MGUSA's time to respond to the TAC be extended to and until May 27, 2022.

///
///
///
///

| | | |
|---|---|---|
| Dated: May 13, 2022 | MANCINI SHENK LLP | |
| | By: /s/ Michael V. Mancini | |
| | Michael V. Mancini (S.B. #263799) | |
| | Peter J. Most (S.B. #143963) | |
| | Attorneys for Defendant MTK GLOBAL USA, LLC | |
| Dated: May 13, 2022 | FEDERAL PRACTICE GROUP | |
| | By: /s/ Rajan O. Dhungana | |
| | RAJAN O. DHUNGANA (S.B. #297794) | |
| | ERIC S. MONTALVO (*Pro Hac Vice*) | |
| | Attorneys for Plaintiff MOSES HEREDIA | |

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 13, 2022                MANCINI SHENK LLP


By: /s/ Michael V. Mancini
Michael V. Mancini (S.B. #263799)
Attorneys for Defendant MTK GLOBAL USA, LLC