1
2
3
4
5
6
7
8
9
10  **UNITED STATES DISTRICT COURT**
11  **CENTRAL DISTRICT OF CALIFORNIA**
12  **EASTERN DIVISION**

13  MOSES HEREDIA,

14          Plaintiff,

15      v.

16

17  MKT GLOBAL SPORTS
    MANAGEMENT, LLC; MTK
18  GLOBAL USA, LLC; GOLDEN BOY
    PROMOTIONS, INC.; PAUL D.
19  GIBSON; and DANIEL KINAHAN,

20          Defendants.

21

22

23

24

25

26

27

28

Case No. 5:20-cv-02618-JWH-KKx
*Assigned to Hon. John W. Holcomb*

**[PROPOSED] ORDER ON JOINT STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR DEFENDANT MTK GLOBAL USA, LLC TO RESPOND TO THIRD AMENDED COMPLAINT**

MANCINI SHENK

1

1       Currently pending before the Court is Plaintiff Moses Heredia's and Defendant

2   MTK Global USA, LLC's joint stipulation to extend time for MTK Global USA, LLC

3   to respond to Plaintiff's Third Amended Complaint. After considering the joint

4   stipulation, the Court orders that it is **GRANTED** as set forth herein:

5       **IT IS HEREBY ORDERED** that Defendant MTK Global USA, LLC shall

6   have an extension through and including May 27, 2022 to respond to the Third

7   Amended Complaint.

8       **IT IS SO ORDERED.**

9

10   Dated: _____

                                       _____

11                                        HON. JOHN W. HOLCOMB

UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

