1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

MOSES HEREDIA,

        Plaintiff,

    v.

MKT GLOBAL SPORTS
MANAGEMENT, LLC; MTK
GLOBAL USA, LLC; GOLDEN BOY
PROMOTIONS, INC.; PAUL D.
GIBSON; and DANIEL KINAHAN,

        Defendants.

Case No. 5:20-cv-02618-JWH-KKx
*Assigned to Hon. John W. Holcomb*

**ORDER ON JOINT STIPULATION
AND REQUEST FOR EXTENSION
OF TIME FOR DEFENDANT MTK
GLOBAL USA, LLC TO RESPOND
TO THIRD AMENDED
COMPLAINT**

MANCINI SHENK

Currently pending before the Court is Plaintiff Moses Heredia's and Defendant MTK Global USA, LLC's joint stipulation to extend time for MTK Global USA, LLC to respond to Plaintiff's Third Amended Complaint.  After considering the joint stipulation, and good cause appearing therefor, the Court hereby **ORDERS** as follows:

        1.     The joint stipulation is **GRANTED**.

        2.     Defendant MTK Global USA, LLC shall have an **EXTENSION** through and including May 27, 2022, to respond to the Third Amended Complaint.

        **IT IS SO ORDERED.**

Dated: May 13, 2022

_____
HON. JOHN W. HOLCOMB
UNITED STATES DISTRICT JUDGE

MANCINI SHENK

2