RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
GOLDEN BOY PROMOTIONS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>Plaintiffs,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PRODUCTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>*Assigned to Hon. John W. Holcomb*<br><br>**DECLARATION OF JOSHUA M. GELLER IN SUPPORT OF DEFENDANT GOLDEN BOY PROMOTIONS, INC.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT PURSUANT TO FRCP 12(B)(6)**<br><br>Date: June 24, 2022<br>Time: 9:00 a.m.<br>Crtrm: 9D<br><br>[Notice of Motion and Motion and [Proposed] Order filed concurrently herewith]<br><br>Complaint filed: December 18, 2020 |

17896-00636/4390737.1                                           DECLARATION OF JOSHUA M. GELLER

# **DECLARATION OF JOSHUA M. GELLER**

I, Joshua M. Geller, declare:

1. I am an attorney duly licensed to practice in all the courts of the State of California and I am counsel of Greenberg Glusker Fields Claman & Machtinger LLP, attorneys of record for defendant Golden Boy Promotions, Inc. ("GBP"). The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto under oath. I submit this declaration in support of GBP's Motion to Dismiss the Third Amended Complaint with prejudice.

2. On May 9, 2022, my colleague Ricardo P. Cestero sent a letter to Plaintiff's counsel, on which I was copied, explaining the basis for the instant motion. A true and correct copy of that letter is attached as **Exhibit 1**.

3. On May 20, 2022, I met and conferred telephonically with Plaintiff's counsel concerning the basis of this motion. Plaintiff's counsel declined to dismiss the claims against GBP.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of May, 2022 at Los Angeles, California.

                                                     */s/ Joshua M. Geller*
                                                     Joshua M. Geller