RICARDO P. CESTERO (SBN 203230)
RCestero@ggfirm.com
JOSHUA M. GELLER (SBN 295412)
JGeller@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendant
GOLDEN BOY PROMOTIONS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>Plaintiffs,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PRODUCTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>*Assigned to Hon. John W. Holcomb*<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOLDEN BOY PROMOTIONS, INC.'S MOTION TO DISMISS THIRD AMENDED COMPLAINT PURSUANT TO FRCP 12(B)(6)**<br><br>Date: June 24, 2022<br>Time: 9:00 a.m.<br>Crtrm: 9D<br><br>[Notice of Motion and Motion and Declaration of Joshua M. Geller filed concurrently herewith]<br><br>Complaint filed: December 18, 2020 |

Defendant Golden Boy Promotions, Inc.'s ("GBP") motion to dismiss came on for hearing in Courtroom 9D of the above-entitled Court, the Honorable John W. Holcomb presiding. Appearances were as reflected on the record. The Court, having considered the motion, the moving papers, the opposition papers, and the reply thereto, and the oral argument presented at the hearing, and for good cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. The motion is GRANTED; and
2. The Fifth, Seventh, and Eighth Causes of Action are dismissed as to GBP without leave to amend.

**IT IS SO ORDERED**.

Dated: _____     _____
HON. JOHN W. HOLCOMB
United States District Court Judge

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067