| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | RICARDO P. CESTERO (SBN 203230)<br>RCestero@ggfirm.com<br>JOSHUA M. GELLER (SBN 295412)<br>JGeller@ggfirm.com<br>GREENBERG GLUSKER FIELDS CLAMAN &<br>MACHTINGER LLP<br>2049 Century Park East, Suite 2600<br>Los Angeles, California  90067<br>Telephone:  310.553.3610<br>Fax:  310.553.0687<br><br>Attorneys for Defendant<br>GOLDEN BOY PROMOTIONS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC.; & MOSES HEREDIA,<br><br>Plaintiffs,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; GOLDEN BOY PROMOTIONS, INC.; VGC, LLP; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No.  5:20-cv-02618-JWH-KKx<br><br>*Assigned to Hon. John W. Holcomb*<br><br>**DECLARATION OF JOSHUA M. GELLER IN SUPPORT OF DEFENDANT GOLDEN BOY PROMOTIONS, INC.'S MOTION FOR RELIEF FROM ORDER PURSUANT TO RULE 60(B) OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION**<br><br>Date:     June 24, 2022<br>Time:    9:00 a.m.<br>Crtrm:   9D<br><br>[Notice of Motion and Motion and [Proposed] Order filed concurrently herewith]<br><br>Complaint filed: December 18, 2020 |

## DECLARATION OF JOSHUA M. GELLER

I, Joshua M. Geller, declare:

1. I am an attorney duly licensed to practice in all the courts of the State of California and I am counsel of Greenberg Glusker Fields Claman & Machtinger LLP, attorneys of record for defendant Golden Boy Promotions, Inc. ("GBP"). The facts set forth herein are of my own personal knowledge and if sworn I could and would testify competently thereto under oath. I submit this declaration in support of GBP's Motion for Relief from Order Pursuant to Rule 60(b) or, in the alternative, to Compel Arbitration.

2. On May 9, 2022, my colleague Ricardo P. Cestero sent a letter to Plaintiff's counsel, on which I was copied, explaining the basis for the instant motion. A true and correct copy of that letter is attached as **Exhibit 1**.

3. On May 20, 2022, I met and conferred telephonically with Plaintiff's counsel concerning the basis of this motion. Plaintiff's counsel declined to dismiss the claims against GBP or have the claims heard in arbitration.

4. A true and correct copy of the promotion contract between GBP, Plaintiff, and Joseph Diaz Jr. is attached with partial redactions as **Exhibit 2**. The submitted copy has been redacted to protect sensitive and confidential business information but includes unredacted all provisions relevant to the instant motion.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 27th day of May, 2022 at Los Angeles, California.

                                                                    */s/ Joshua M. Geller*
                                                                      Joshua M. Geller

GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP
2049 Century Park East, Suite 2600
Los Angeles, California 90067