# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC. , et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC , et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:20−cv−02618−JWH−KK<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

    06/15/2022            102              Request for Summons
Date Filed         Doc. No.       Title of Doc.

**ERROR(S) WITH DOCUMENT:**

The caption of the summons must match the caption of the complaint verbatim. If the caption is too large to fit in the space provided, enter the name of the first party and then write "see attached." Next, attach a face page of the complaint or a second page addendum to the Summons.

*Other Error(s):*

Please add next to SUMMONS IN A CIVIL ACTION on the Third Amended Complaint

The summons cannot be issued until this defect has been corrected. Please correct the defect and re−file your summons request.

                                                                Clerk, U.S. District Court

Date: June 15, 2022                         By: /s/ *Lori Muraoka*
                                                                 lori_muraoka@cacacd.uscourts.gov
                                                                Deputy Clerk

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**