Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>    Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>    Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>**STIPULATION FOR A CONTINUANCE OF JULY 1, 2022 HEARING**<br><br>Date:         July 1, 2022, 9:00 a.m.<br>Courtroom:  9D<br>Judge:        Hon. John W. Holcomb |

Pursuant to this Court's Local Rule 7-1, Plaintiff Moses Heredia hereby stipulates with the concurrence of Defendant Golden Boy Promotions, Inc. and Defendant MTK Global USA, LLC to continue the motions hearing scheduled in this matter for July 1, 2022 at 9:00 a.m., until July 22, 2022 at 9:00 a.m. In support of this stipulation, Plaintiff Moses Heredia states as follows:

On May 31, 2022, Defendant Golden Boy Promotions, Inc. filed its Notice Of Motion And Motion To Dismiss Third Amended Complaint Pursuant To FRCP 12(b)(6) [ECF No. 96] and its Notice Of Motion And Motion For Relief From Order Pursuant To Rule 60(b) Or, In The Alternative, To Compel Arbitration [ECF No. 97]. Both of these matters were noticed for a hearing on June 24, 2022 at 9:00 a.m.

On June 3, 2022, Plaintiff Moses Heredia timely filed his Opposition to Defendant Golden Boy Promotions, Inc.'s Motion For Relief From Order Pursuant To Rule 60(B) Or, In The Alternative, To Compel Arbitration [ECF No. 98] and his Plaintiff's Opposition To Defendant Golden Boy Promotions, Inc.'s Motion To Dismiss Third Amended Complaint Pursuant To Fed. R. Civ. P. 12(b)(6) [ECF No. 99].

On June 10, 2022, Defendant Golden Boy Promotions, Inc. timely filed its Reply In Support Of Motion To Dismiss Third Amended Complaint Pursuant To FRCP 12(b)(6); Memorandum Of Points And Authorities [ECF NO. 100] and its Reply In Support Of Motion For Relief From Order Pursuant To Rule 60(b) Or, In The Alternative, To Compel Arbitration [ECF No. 101].

Both counsel for Plaintiff cleared their schedules in anticipation of the June 24, 2022 hearing in this matter.

On June 22, 2022, the Court *sua sponte* issued an Order [ECF No. 105] continuing the June 24, 2022 hearing until July 1, 2022 at 9:00 a.m., and ordering counsel to attend the hearing in person.

Good cause exists for this stipulation for a continuance because counsel for Plaintiff, Mr. Montalvo, is unavailable on July 1, 2022.  As stated in his attached Declaration (Exh. A), Mr. Montalvo has been on urgent, unanticipated international travel from June 24, 2022.  His return date to the United States is uncertain in that it depends on developments in Mr. Montalvo's destination country, but at this point is expected to be no later than July 2, 2022.

To be able to comply with the Court's June 22, 2022 order requiring counsel to appear before the Court in person, counsel for Plaintiff contacted counsel for Defendant Golden Boy Promotions, Inc. and counsel for Defendant MTK Global USA, LLC, both of whom have entered general appearances on behalf of their respective clients.  They each stipulated to Plaintiff's request for a continuance, pending the Court's approval, and stated they would be available either July 8 or July 22.  For reasons stated in Mr. Montalvo's declaration, July 8 is effectively unavailable.  Accordingly, Mr. Heredia respectfully proposes July 22, 2022 at 9:00 a.m. as the continued hearing date and time if it is convenient for the Court.

A proposed order is attached as an exhibit for the Court's consideration in compliance with Local Rule 52-4.1.

Dated: June 27, 2022                    Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
rdhungana@fedpractice.com

/s/ *Eric S. Montalvo*
Eric S. Montalvo (*Pro Hac Vice*)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
emontalvo@fedpractice.com

*Attorneys for Plaintiff*
Moses Heredia

Dated: June 27, 2022                    /s/ *Ricardo Cestero*
Ricardo Cestero (SBN 203230)
Greenberg Glusker Fields
Claman & Machtinger LLP
2409 Century Park East, Suite 2600
Los Angeles, CA 90067
Telephone: (310) 553- 3610
Fax: (310) 553- 0687
RCestero@ggfirm.com

*Attorneys for Defendant*
Golden Boy Promotions, Inc.

Dated: June 27, 2022

*/s/ Michael V. Mancini*
Michael V. Mancini
Mancini Shenk LLP
1925 Century Park East Suite 1700
Los Angeles, CA 90067
Telephone: (424) 652-4009
Fax: (424) 652 – 4004
mmancini@manicinishenk.com

*Attorney for Defendant*
MTK Global USA, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2022, I filed the foregoing Stipulation for a Continuance of July 1, 2022 Hearing with the Clerk of the Court and sent a copy of such filing via the CM/ECF system.

Furthermore, I sent a copy via email to the following:

MANCINI SHENK LLP
Michael V. Mancini (S.B. #263799)
mmancini@mancinishenk.com
Peter J. Most (S.B. #143963)
pmost@mancinishenk.com
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (424) 652-4000
Facsimile: (424) 652-4004
*Attorneys for Defendant*
MTK GLOBAL USA, LLC

Joshua Michael Geller
Greenberg Glusker Fields Claman and Machtinger LLP
2049 Century Park East 26th Floor
Los Angeles, CA 90067
310-553-3610
Fax: 310-553-0687
Email: jgeller@ggfirm.com
*Attorney for Defendant*
Golden Boy Promotions, Inc.

Ricardo P. Cestero
Greenberg Glusker Fields Claman and Machtinger LLP
2049 Century Park East 26th Floor
Los Angeles, CA 90067
310-553-3610
Fax: 310-201-2309
Email: rcestero@ggfirm.com
*Attorney for Defendant*
Golden Boy Promotions, Inc.

Dated: June 27, 2022

1
2
3
4
5

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
rdhungana@fedpractice.com

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28