Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>                Plaintiff,<br><br>        v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>**DECLARATION OF ERIC MONTALVO IN SUPPORT OF THE STIPULATION FOR A CONTINUANCE OF JULY 1, 2022 HEARING**<br><br>Date:           July 1, 2022, 9:00am<br>Courtroom:  9D<br>Judge:         Hon. John W. Holcomb |

I, Eric Montalvo, declare as follows:

1. I am a founding partner in the Federal Practice Group law firm.

2. I am admitted *pro hac vice* to this Court. I caused to be filed the opposition papers to the Defendant Golden Boy Promotions, Inc.'s motions that are the subject of the Court's July 1, 2022 hearing in this case.  I have personal

knowledge of the facts stated herein, and, if called upon to do so, could and would testify truthfully and competently with respect thereto.

3. Defendant Golden Boy Promotions, Inc.'s two pending motions were noticed for a hearing on June 24, 2022 at 9:00 a.m.  I had cleared my calendar for that day to be able to appear before the Court and advocate on behalf of my client, Plaintiff Moses Heredia.

4. On June 22, 2022, the Court continued the hearing date until July 1, 2022 at 9:00 a.m., and ordered the parties to appear in person before the Court.

5. I am unavailable on July 1, 2022.  I will be out of the country on an emergent matter unrelated to this case.  My return date is uncertain due to the nature of the matter and is subject to developments in-country, but at this time, I expect to be back in the United States by July 2, 2022.

6. To comply with the Court's order requiring the parties to appear in person at the continued hearing date, Rajan O. Dhungana contacted counsel for Defendant Golden Boy Promotions, Inc. and counsel for Defendant MTK Global USA, LLC to determine their position on a continuance.  Counsel for both of those defendants were agreeable to continuing the currently-scheduled hearing date until July 8 or July 22, 2022 at 9:00 a.m. if it is convenient for the Court.

7. I respectfully request that the hearing be continued until July 22, as internal firm matters would significantly impinge on my ability to participate in a July 8 hearing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed June 27, 2022, at Kuwait City, Kuwait.

/s/ Eric S. Montalvo
Eric S. Montalvo

MONTALVO DECL. ISO PLAINTIFF MOSES HEREDIA'S STIPULATION FOR A CONTINUANCE