1  Rajan O. Dhungana (SBN: 297794)
   rdhungana@fedpractice.com
2  Eric S. Montalvo (*Pro Hac Vice*)
3  emontalvo@fedpractice.com
   FEDERAL PRACTICE GROUP
4  14481 Aspen Street
5  Hesperia, CA 92344
   Telephone: (310) 795-6905
6  *Attorneys for Plaintiff*
7  Moses Heredia

8
           **UNITED STATES DISTRICT COURT**
9
           **CENTRAL DISTRICT OF CALIFORNIA**
10
                  **EASTERN DIVISION**
11

| | |
|---|---|
| 11  MOSES HEREDIA, | Case No. 5:20-cv-02618-JWH-KKx |
| 12 | |
| 13         Plaintiff, | **STIPULATION FOR A CONTINUANCE OF JULY 1, 2022 HEARING** |
| 14     v. | |
| 15  MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN, | |
| 20  Defendants. | |

[PROPOSED] ORDER

# [PROPOSED] ORDER

**UPON CONSIDERATION** of Plaintiff Moses Heredia's Stipulation for a Continuance, and for good cause shown, it is hereby

**ORDERED** that the July 1, 2022 hearing date in this case is continued until July 22, 2022 at 9:00 a.m.  The parties are DIRECTED to appear in person on this date in Courtroom 9D, on the 9th Floor of the Ronald Reagan Federal Building and United States Courthouse at 411 W. Fourth Street, Santa Ana, California  92701.

Dated: _____

_____
John W. Holcomb
United States District Judge

[PROPOSED] ORDER