**NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT**

1
2
3
4
5
6
7

8                **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10   MOSES HEREDIA, | Case No. 5:20-cv-02618-JWH-KKx |
| 11           Plaintiff, | **STIPULATION FOR A CONTINUANCE OF JULY 1, 2022, HEARING** |
| 12       v. | |
| 13   MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK | |
| 14   GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL | |
| 15   D. GIBSON; and DANIEL KINAHAN, | |
| 16 | |
| 17           Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

ORDER

    **Upon consideration** of Plaintiff Moses Heredia's Stipulation for a Continuance, and for good cause shown, it is hereby **ORDERED** as follows:

    1.    The Stipulation is **GRANTED**.

    2.    The July 1, 2022, hearing date in this case is **CONTINUED** to July 29, 2022, at 9:00 a.m. The parties are **DIRECTED** to appear in person on that date in Courtroom 9D, on the 9th Floor of the Ronald Reagan Federal Building and United States Courthouse at 411 W. Fourth Street, Santa Ana, California 92701.

    **IT IS SO ORDERED.**

Dated: June 28, 2022

_____
John W. Holcomb
United States District Judge

ORDER