MANCINI SHENK LLP
  Michael V. Mancini (S.B. #263799)
  mmancini@mancinishenk.com
  Peter J. Most (S.B. #143963)
  pmost@mancinishenk.com
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (424) 652-4000
Facsimile: (424) 652-4004

Attorneys for Defendant
MTK GLOBAL USA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MKT GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>　　　　　Defendants. | Case No. 5:20-cv-02618-JWH (KKx)<br>*Assigned to Hon. John W. Holcomb*<br><br>**DECLARATION OF MICHAEL V. MANCINI IN SUPPORT OF NOTICE OF MOTION AND MOTION TO BE RELIEVED AS COUNSEL TO DEFENDANT MTK GLOBAL USA, LLC**<br><br>[Notice of Motion and Motion to Be Relieved as Counsel, Memorandum of Points and Authorities, and Proposed Order filed concurrently herewith]<br><br>Date:　　　September 2, 2022<br>Time:　　　9:00 a.m.<br>Place:　　　Courtroom 2 |

# DECLARATION OF MICHAEL V. MANCINI

I, Michael V. Mancini, declare as follows:

1. I am a founding partner at the law firm Mancini Shenk LLP, counsel of record for Defendant MTK Global USA, LLC ("MTK USA") in this matter. I submit this declaration in support of the Motion to be Relieved as Counsel to MTK USA ("Motion"). I have personal knowledge of the facts stated herein, and, if called upon to do so, could and would testify truthfully and competently with respect thereto.

2. After the filing of the Third Amended Complaint, MTK USA terminated the services of and discharged Mancini Shenk LLP and its attorneys, including Michael V. Mancini and Peter J. Most (collectively, "MSLLP"). Accordingly, Rule 1.16(a)(4) of the California Rules of Professional Conduct requires MSLLP to withdraw from this representation.

3. MSLLP has provided MTK USA with written notice of the consequences of being unable to appear pro se in this action, and MTK USA responded that it has no objection to MSLLP's withdrawal. When given notice of this Motion, MTK USA consented to its filing and confirmed that it has no objection to MSLLP being relieved as counsel and wishes for MSLLP to be relieved as counsel to MTK USA.

4. On July 27, 2022, I gave notice to all counsel that MSLLP intended to withdraw from this representation and in the same communication attempted to schedule a Local Rule 7-3 conference of counsel regarding this Motion. A true and correct copy of that communication is **Exhibit A** to this Declaration.

5. Plaintiff's counsel and counsel to Defendant Golden Boy Productions, Inc., confirmed in writing that they have no objection to the motion. True and correct copies of their emails are **Exhibit B** to this Declaration. Counsel to Defendant Daniel Kinahan did not object, but informed MSLLP that they are no longer counsel to Mr. Kinahan and asked to be removed from the service list for this case. A true and correct copy of that email is **Exhibit C** to this Declaration. Counsel to Defendant MTK

Global Sports Management, LLC noted in a telephone call on July 28, 2022 that MTK Global Sports Management, LLC has not been served in this action, and based thereon expressed no objection to the granting of this Motion.

6.   Concurrently with the filing of this Motion and its supporting papers, I will serve them via email upon Delaware counsel to MTK USA, Michael Joyce, The Law Offices of Joyce LLC, 1225 King Street, Suite 800, Wilmington, Delaware 19801, mjoyce@mjlawoffices.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed July 28, 2022 at San Marino, California.

/s/ Michael V. Mancini
Michael V. Mancini

# EXHIBIT "A"

# Michael V. Mancini

| | |
|---|---|
| **From:** | Michael V. Mancini |
| **Sent:** | Wednesday, July 27, 2022 3:59 PM |
| **To:** | rcestero@ggfirm.com rcestero@ggfirm.com (Other); jgeller@ggfirm.com jgeller@ggfirm.com (Other); Eric S. Montalvo; Rajan O. Dhungana; Jason Liang; jly@lianglyllp.com; David Harris |
| **Cc:** | Peter J. Most |
| **Subject:** | Notice of Intent to Withdraw and Request for Conference of Counsel |
| **Importance:** | High |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Counsel,

As you are aware, our office has been counsel of record to Defendant MTK Global USA, LLC ("MTK USA") in *Heredia, et al. v. MTK Global Sports Management, LLC, et al.*, C.D. Cal. Case No. 5:20-cv-02618-JWH-KK.

Under Local Rule 83-2.3.2, we intend to file a motion to be relieved as counsel to MTK USA on the basis that our services have been terminated, thereby necessitating mandatory withdrawal (*see* Cal. Rules Prof. Cond., Rule 1.16(a)(4)).  Please provide your soonest availability to conduct a conference of counsel under Local Rule 7-3 or, in the alternative, please advise if you have no objection to the motion.  If all counsel have no objection to the motion, which we expect, then we will so inform the Court and request that the motion be ruled upon without hearing.

Thank you for your response.

Sincerely,

**Michael V. Mancini** (He/Him/His) | Founding Partner

**MANCINI** SHENK LLP
mmancini@mancinishenk.com | o: (424) 652-4000 | d: (424) 652-4009
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Bio | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of Mancini Shenk LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.*

# EXHIBIT "B"

# Michael V. Mancini

| | |
|---|---|
| **From:** | Eric Montalvo <emontalvo@fedpractice.com> |
| **Sent:** | Wednesday, July 27, 2022 4:53 PM |
| **To:** | Michael V. Mancini; rcestero@ggfirm.com rcestero@ggfirm.com (Other); jgeller@ggfirm.com jgeller@ggfirm.com (Other); Rajan Dhungana; Jason Liang; jly@lianglyllp.com; David Harris |
| **Cc:** | Peter J. Most |
| **Subject:** | RE: Notice of Intent to Withdraw and Request for Conference of Counsel |

No objection.

V/r
ESM

Eric S. Montalvo
Founding Partner



   

**Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq*., and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.

**From:** Michael V. Mancini <mmancini@mancinishenk.com>
**Sent:** Wednesday, July 27, 2022 6:59 PM
**To:** rcestero@ggfirm.com rcestero@ggfirm.com (Other) <rcestero@ggfirm.com>; jgeller@ggfirm.com jgeller@ggfirm.com (Other) <jgeller@ggfirm.com>; Eric Montalvo <emontalvo@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; Jason Liang <jliang@lianglyllp.com>; jly@lianglyllp.com; David Harris <david@harrislitigation.com>
**Cc:** Peter J. Most <pmost@mancinishenk.com>
**Subject:** Notice of Intent to Withdraw and Request for Conference of Counsel
**Importance:** High

Counsel,

As you are aware, our office has been counsel of record to Defendant MTK Global USA, LLC ("MTK USA") in *Heredia, et al. v. MTK Global Sports Management, LLC, et al.*, C.D. Cal. Case No. 5:20-cv-02618-JWH-KK.

Under Local Rule 83-2.3.2, we intend to file a motion to be relieved as counsel to MTK USA on the basis that our services have been terminated, thereby necessitating mandatory withdrawal (*see* Cal. Rules Prof. Cond., Rule 1.16(a)(4)).  Please provide your soonest availability to conduct a conference of counsel under Local Rule 7-3 or, in the alternative, please advise if you have no objection to the motion.  If all counsel have no objection to the motion, which we expect, then we will so inform the Court and request that the motion be ruled upon without hearing.

Thank you for your response.

Sincerely,

**Michael V. Mancini** (He/Him/His) | Founding Partner

**MANCINI** SHENK LLP

mmancini@mancinishenk.com | o: (424) 652-4000 | d: (424) 652-4009

1925 Century Park East, Suite 1700

Los Angeles, CA 90067

Bio | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of Mancini Shenk LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.*

# Michael V. Mancini

| | |
|---|---|
| **From:** | Cestero, Ricardo <rcestero@greenbergglusker.com> |
| **Sent:** | Wednesday, July 27, 2022 4:05 PM |
| **To:** | Michael V. Mancini; Geller, Joshua; Eric S. Montalvo; Rajan O. Dhungana; Jason Liang; jly@lianglyllp.com; David Harris |
| **Cc:** | Peter J. Most |
| **Subject:** | RE: Notice of Intent to Withdraw and Request for Conference of Counsel |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Golden Boy has no objection.

**Ricardo P. Cestero**
Attorney at Law
Biography | vCard
310.785.6809 Direct
rcestero@greenbergglusker.com

**Greenberg Glusker LLP**
2049 Century Park East, Suite 2600
Los Angeles, CA  90067
**GreenbergGlusker.com**

This message is intended solely for the use of the addressee(s) and is intended to be privileged and confidential within the attorney client privilege. If you have received this message in error, please immediately notify the sender at Greenberg Glusker and delete all copies of this email message along with all attachments. Thank you.

**From:** Michael V. Mancini <mmancini@mancinishenk.com>
**Sent:** Wednesday, July 27, 2022 3:59 PM
**To:** Cestero, Ricardo <rcestero@greenbergglusker.com>; Geller, Joshua <jgeller@greenbergglusker.com>; Eric S. Montalvo <emontalvo@fedpractice.com>; Rajan O. Dhungana <rdhungana@fedpractice.com>; Jason Liang <jliang@lianglyllp.com>; jly@lianglyllp.com; David Harris <david@harrislitigation.com>
**Cc:** Peter J. Most <pmost@mancinishenk.com>
**Subject:** Notice of Intent to Withdraw and Request for Conference of Counsel
**Importance:** High

Counsel,

As you are aware, our office has been counsel of record to Defendant MTK Global USA, LLC ("MTK USA") in *Heredia, et al. v. MTK Global Sports Management, LLC, et al.*, C.D. Cal. Case No. 5:20-cv-02618-JWH-KK.

Under Local Rule 83-2.3.2, we intend to file a motion to be relieved as counsel to MTK USA on the basis that our services have been terminated, thereby necessitating mandatory withdrawal (*see* Cal. Rules Prof. Cond., Rule 1.16(a)(4)).  Please provide your soonest availability to conduct a conference of counsel under Local Rule 7-3 or, in the alternative, please advise if you have no objection to the motion.  If all counsel have no objection to the motion, which we expect, then we will so inform the Court and request that the motion be ruled upon without hearing.

Thank you for your response.

1

Sincerely,

**Michael V. Mancini** (He/Him/His) | Founding Partner

**MANCINI** SHENK LLP

mmancini@mancinishenk.com | o: (424) 652-4000 | d: (424) 652-4009
1925 Century Park East, Suite 1700
Los Angeles, CA 90067
Bio | LinkedIn | Twitter

*This message and any attached documents contain information from the law firm of Mancini Shenk LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.*

# EXHIBIT "C"

**Michael V. Mancini**
___

| | |
|---|---|
| **From:** | Jason Liang <jliang@lianglyllp.com> |
| **Sent:** | Wednesday, July 27, 2022 4:03 PM |
| **To:** | Michael V. Mancini; rcestero@ggfirm.com rcestero@ggfirm.com (Other); jgeller@ggfirm.com jgeller@ggfirm.com (Other); Eric S. Montalvo; Rajan O. Dhungana; John Ly; David Harris |
| **Cc:** | Peter J. Most |
| **Subject:** | RE: Notice of Intent to Withdraw and Request for Conference of Counsel |
| **Categories:** | Filed to ND |
| **FilingIndicator:** | -1 |

Counsel,

Please be advised that my office is no longer involved in this matter and we are no longer counsel to Mr. Kinahan.  Please take me off of the service list.

Best,
Jason

# Jason Liang
**LIANG LY LLP**
Partner
601 S. Figueroa St., Suite 1950
Los Angeles, California 90017
213.262.8000 (Main)
213.262.8002 (Direct)
213.335.7776 (Fax)
jliang@lianglyllp.com
www.lianglyllp.com

___

**From:** Michael V. Mancini <mmancini@mancinishenk.com>
**Sent:** Wednesday, July 27, 2022 3:59 PM
**To:** rcestero@ggfirm.com rcestero@ggfirm.com (Other) <rcestero@ggfirm.com>; jgeller@ggfirm.com jgeller@ggfirm.com (Other) <jgeller@ggfirm.com>; Eric S. Montalvo <emontalvo@fedpractice.com>; Rajan O. Dhungana <rdhungana@fedpractice.com>; Jason Liang <jliang@lianglyllp.com>; John Ly <jly@lianglyllp.com>; David Harris <david@harrislitigation.com>
**Cc:** Peter J. Most <pmost@mancinishenk.com>
**Subject:** Notice of Intent to Withdraw and Request for Conference of Counsel
**Importance:** High

Counsel,

As you are aware, our office has been counsel of record to Defendant MTK Global USA, LLC ("MTK USA") in *Heredia, et al. v. MTK Global Sports Management, LLC, et al.*, C.D. Cal. Case No. 5:20-cv-02618-JWH-KK.

Under Local Rule 83-2.3.2, we intend to file a motion to be relieved as counsel to MTK USA on the basis that our services have been terminated, thereby necessitating mandatory withdrawal (*see* Cal. Rules Prof. Cond., Rule 1.16(a)(4)).  Please provide your soonest availability to conduct a conference of counsel under Local Rule 7-3 or, in the alternative, please

advise if you have no objection to the motion.  If all counsel have no objection to the motion, which we expect, then we will so inform the Court and request that the motion be ruled upon without hearing.

Thank you for your response.

Sincerely,

**Michael V. Mancini** (He/Him/His) | Founding Partner

**MANCINI** SHENK LLP

[mmancini@mancinishenk.com](mailto:mmancini@mancinishenk.com) | o: (424) 652-4000 | d: (424) 652-4009

1925 Century Park East, Suite 1700

Los Angeles, CA 90067

[Bio](#) | [LinkedIn](#) | [Twitter](#)

*This message and any attached documents contain information from the law firm of Mancini Shenk LLP that may be confidential and/or privileged. If you are not the intended recipient, you may not read, copy, distribute, or use this information. If you have received this transmission in error, please notify the sender immediately by reply email and then delete this message.*