UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>    Plaintiff,<br><br>v.<br><br>MKT GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>    Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br>*Assigned to Hon. John W. Holcomb*<br><br>**[PROPOSED] ORDER ON MOTION TO BE RELIEVED AS COUNSEL TO DEFENDANT MTK GLOBAL USA, LLC** |

Currently pending before the Court is the Motion to be Relieved as Counsel to Defendant MTK Global USA, LLC and all papers filed in support thereof. After considering the motion and the papers filed in support thereof, the Court orders that it is **GRANTED**.

**IT IS HEREBY ORDERED** that Michael V. Mancini, Peter J. Most, and the law firm Mancini Shenk LLP and its attorneys are relieved as counsel to Defendant MTK Global USA, LLC in this action.

**IT IS SO ORDERED.**

Dated: _____          _____
                                      HON. JOHN W. HOLCOMB
                                      UNITED STATES DISTRICT JUDGE