UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-02618-JWH(KKx) | Date | July 29, 2022 |
| Title | *Heredia et al v. MTK Global Sports Management, LLC et al* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | Debbie Gale/CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Eric S. Montalvo | Joshua Geller |
| Rajan Olarita Dhungana | |

**Proceedings:** **HEARING RE DEFENDANT'S MOTION TO DISMISS ALL CLAIMS [96]; DEFENDANT'S MOTION FOR RELIEF PURSUANT TO RULE 60(B), OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION [97]**

Counsel state their appearances. The Court confers with counsel regarding the Court's Tentative Order and hears oral argument.

In view of the unavailability of counsel for MTK Global Sports Management, LLC ("MTK") to attend the hearing, the Court hereby **DIRECTS** MTK, at its option, to file a supplemental brief no later than August 12, 2022, that provides the Court with MTK's position regarding the pending motions [ECF Nos. 96 & 97]. If MTK chooses not to file a supplemental brief, then MTK shall file a Notice in that regard by the August 12, 2022, deadline. If MTK files a supplemental brief and any other party wishes to respond thereto, that party is **DIRECTED** to file such response no later than August 19, 2022.

Upon the filing of any supplemental brief and responses thereto, the pending motions [ECF Nos. 96 & 97] will be deemed under submission.

**IT IS SO ORDERED.**

Time:  01:15
Initials of Preparer: djl