MANCINI SHENK LLP
  Michael V. Mancini (S.B. #263799)
  mmancini@mancinishenk.com
  Peter J. Most (S.B. #143963)
  pmost@mancinishenk.com
1925 Century Park East, Suite 1700
Los Angeles, California 90067
Telephone: (424) 652-4000
Facsimile: (424) 652-4004

Attorneys for Defendant
MTK GLOBAL USA, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>            Plaintiff,<br><br>       v.<br><br>MKT GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>            Defendants. | Case No. 5:20-cv-02618-JWH (KKx)<br>*Assigned to Hon. John W. Holcomb*<br><br>**MTK GLOBAL USA, LLC'S RESPONSE TO MINUTE ORDER [ECF No. 112]** |

## RESPONSE TO MINUTE ORDER (ECF NO. 112)

Defendant MTK GLOBAL USA, LLC ("MTK USA") and its counsel appreciate the Court's flexibility in light of counsel's inability to appear for the July 29, 2022 hearing regarding Defendant Golden Boy Productions, Inc.'s pending motions [ECF Nos. 96 & 96].

MTK USA intended to appear for the convenience of the Court in the event the Court sought to inquire as to scheduling or other issues in the case, and never intended to take a position regarding the pending motions. Accordingly, MTK USA and its counsel take no position regarding the motions and thank the Court for the opportunity to be heard.

Respectfully submitted,

Dated: August 5, 2022            MANCINI SHENK LLP

By:     /s/ Michael V. Mancini
Michael V. Mancini
Peter J. Most
Attorneys for Defendant MTK Global USA. LLC