# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | EDCV 20-02618-JWH(KKx) | Date | October 21, 2022 |
| Title | *Heredia, et al v. MTK Global Sports Management, LLC, et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Eric S. Montalvo | None |
| Rajan Olarita Dhungana | |

**Proceedings:** **VIDEO HEARING RE: SCHEDULING CONFERENCE; STATUS CONFERENCE RE NEW COUNSEL**

Counsel state their appearances. The Court confers with counsel.

The Court **DIRECTS** counsel to file a joint status report on or before January 6, 2023, advising the Court of the posture of the case. The Court **SETS** a Status Conference for January 20, 2022, at 11:00 a.m., via video conference.

The Court **DEFERS** setting a trial schedule.

**IT IS SO ORDERED.**

Time: 00:20
Initials of Preparer: djl