Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>  Defendants. | Case No.: 5:20-cv-02618-JWH-KKx<br><br>**AFFIDAVIT OF RAJAN O. DHUNGANA**<br><br>Courtroom:   9D<br>Judge:        Hon. John W. Holcomb |

AFFIDAVIT OF RAJAN O. DHUNGANA - 1

# AFFIDAVIT OF RAJAN O. DHUNGANA

I, Rajan O. Dhungana, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this court. I am a partner in the law firm The Federal Practice Group. I make this declaration of my own personal knowledge and could and would so testify if called.

2. Plaintiff Moses Heredia filed his Complaint against Defendant MTK Global Sports Management, LLC, MTK Global USA, LLC, Golden Boy Promotions, Inc., Paul D. Gibson, and Daniel Kinahan on December 18, 2020. [ECF 1].

3. Attorney Michael V. Mancini of Mancini Shenk, LLP entered as counsel of record on behalf of MTK Global USA, LLC on August 24, 2021. [ECF 49].

4. Mr. Mancini circulated an email to counsel on July 27, 2022, notifying all parties that MTK had terminated Mancini Shenk's representation, and requested all other counsel give consent for withdrawal, or make themselves available to meet and confer.

5. On behalf of the Plaintiff, our office indicated that we had no objection to Mancini Shenk's withdrawal on behalf of MTK.

6. Mancini Shenk, LLP filed its Notice of Motion and Motion to be Relieved as Counsel to Defendant MTK Global USA, LLC on July 28, 2022. [ECF 111].

AFFIDAVIT OF RAJAN O. DHUNGANA - 2

7.  The Court entered its Order permitting Mancini Shenk to withdraw on September 6, 2022. [ECF 117]. The Court also ordered that MTK was to obtain new counsel and cause them to file an entry of appearance by not later than September 23, 2022. [ECF 117].

8.  According to the docket, MTK has not caused new counsel to enter an appearance on its behalf. It has now been over three months since MTK's previous counsel was permitted to withdraw.

9.  This matter is currently set for a Status Conference re: New Counsel on January 20, 2022, at 11:00 A.M. via video conference. [ECF 120].

10. Neither Plaintiff nor the Court has granted Defendant MTK any further extensions of time to obtain new counsel.

11. Pursuant to Local Rule 83-2.2.2, Defendant MTK Global USA, LLC cannot proceed *pro se*, as it is an organization, not an individual.

12. Pursuant to Fed. R. Civ. P. 55(a), when party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

13. Plaintiff Moses Heredia has satisfied all conditions for entry of default against Defendant MTK Global USA, LLC in this case.

AFFIDAVIT OF RAJAN O. DHUNGANA - 3

1  I declare under penalty of perjury that the foregoing is true and correct, and
2  that this Declaration was executed this 7th day of December, 2022, in Las Vegas,
3  
4  Nevada.
5  
6  DATE: December 7, 2022            /s/Rajan O. Dhungana_____
7                                                            Rajan O. Dhungana

AFFIDAVIT OF RAJAN O. DHUNGANA - 4