Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>    Defendants. | Case No.: 5:20-cv-02618-JWH-KKx<br><br>**PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MTK GLOBAL USA, LLC**<br><br>Courtroom:   9D<br>Judge:        Hon. John W. Holcomb |

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MTK GLOBAL USA, LLC - 1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Moses Heredia ("Heredia") respectfully requests that the Clerk enter a default judgment against Defendant MTK Global USA, LLC ("MTK USA") on the grounds that MTK USA failed to obtain new counsel by the September 23, 2022 as directed by the Court. Affidavit of Rajan O. Dhungana, ¶¶1-13. For purpose of clarity, Plaintiff is only requesting default as to the Defendant named MTK Global USA, LLC, <u>not</u> Defendant MTK Global Sports Management, LLC.

On July 28, 2022, Mancini Shenk LLP, then-counsel for MTK USA, filed its Notice of Motion and Motion to be Relieved as Counsel. [ECF 111]. Affidavit, ¶6. Heredia did not object to Mancini Shenk's request to withdraw. [ECF 111]. Affidavit, ¶5.

The Court granted Mancini Shenk's Motion to Withdraw by its Order dated September 6, 2022. [ECF 117], Affidavit, ¶7. As MTK USA is a corporate entity, and unable to proceed *pro se*, the Court ordered MTK USA to engage new counsel, whose Notice of Appearance was to be filed no later than September 23, 2022. [ECF 117], Affidavit, ¶7.

The deadline for MTK to have new counsel file a Notice of Appearance has long since passed, and no counsel has entered an appearance on behalf of MTK USA. [ECF 117], Affidavit, ¶8. MTK USA has made no effort to explain its failure to

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MTK GLOBAL USA, LLC - 2

obtain new counsel, nor has the Court granted MTK USA any further extension of time in which to obtain new counsel. Furthermore, despite receiving Heredia's Third Amended Complaint (filed April 29, 2022) [ECF 85] while represented by counsel, MTK USA has filed no answer or other responsive pleading.

Plaintiff Moses Heredia therefore requests that Defendant MTK Global USA, LLC be entered into default. Plaintiff further notifies the Court that he intends to submit a Joint Status Report to address Plaintiff's recommended way forward regarding the current Rule 26(f) discovery plan and moving for entry of a default judgment against MTK USA.

Dated: December 14, 2022            Respectfully submitted,

/s/ Rajan O. Dhungana
Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
14481 Aspen Street
Hesperia, CA 92344
Telephone: (310) 795-6905

*Attorneys for Plaintiff*
Moses Heredia

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MTK GLOBAL USA, LLC - 3