UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | EDCV 20-02618-JWH(KKx) | Date | January 20, 2023 |
|---|---|---|---|
| Title | *Heredia, et al v. MTK Global Sports Management, LLC, et al.* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Deborah Lewman for Clarissa Lara | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Eric S. Montalvo | None |
| Rajan Olarita Dhungana | |

**Proceedings:    VIDEO HEARING RE:  STATUS CONFERENCE**

Counsel state their appearances.  The Court confers with counsel.

The court **AUTHORIZES** Plaintiff to conduct discovery in support of its potential Motion for Default Judgment against Defendant MTK Global Sports Management Company, LLC.

The Court **DIRECTS** counsel to file a joint status report on or before March 17, 2023, advising the Court of the posture of the case.  The Court **SETS** a Status Conference for March 31, 2023, at 11:00 a.m., via video conference.

The Court **DEFERS** setting a trial schedule.

**IT IS SO ORDERED.**

Time:  00:20
Initials of Preparer: djl