# PARASEC

National Entity Formation & Compliance
PO Box 160568
Sacramento, CA 95816-0568

NEOPOST          FIRST-CLASS MAIL
01/05/2023
US POSTAGE $001.05⁰



ZIP 95833
041M11299467

NEOPOST
01/12/2023
US POSTAGE $000.63⁰



ZIP 95833
041M11299467

Address Service Requested

JWH

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 17 2023

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN 1 9 2023

CENTRAL DISTRICT OF CALIF.
SOUTHERN DIVISION   BY DEP.

 **PARACORP**
Nationwide Registered Agent Services



FILED
CLERK, U.S. DISTRICT COURT

JAN 2 5 2023

CENTRAL DISTRICT OF CALIFORNIA
BY _____ CLA _____ DEPUTY

December 15th, 2022

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTIRCT OF CALIFORNIA OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CA 90012**

**Re: MTK GLOBAL USA, LLC – DE**

To Whom It May Concern:

Our office is in receipt of the enclosed Service of Process for the above-referenced company. Paracorp Incorporated is no longer the registered agent for **MTK GLOBAL USA, LLC** in **DELAWARE**.

Please find enclosed the original documents. We are returning these for immediate attention. If you have any questions, please do not hesitate to contact Leticia Herrera, Manager, at (888) 272-3725.

Thank you,

**Vanessa Flanagan**
**Paracorp Incorporated**
**2804 Gateway Oaks**
**#100**
**Sacramento, CA 95833**
**Tel: (888) 272-3725**

Case: 5:20cv2618  Doc: 126



MTK Global USA, LLC
2140 S Dupont Hwy
Camden, DE 19934

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:noreply@ao.uscourts.gov
Message-Id:<35017114@cacd.uscourts.gov>Subject:Activity in Case 5:20-cv-02618-JWH-KK
Heredia et al v. MTK Global Sports Management, LLC et al Deficiency - Default /Default Judgment
(CV-52b) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 12/8/2022 at 10:07 AM PST and filed on 12/8/2022

| | |
|---|---|
| **Case Name:** | Heredia et al v. MTK Global Sports Management, LLC et al |
| **Case Number:** | 5:20-cv-02618-JWH-KK |
| **Filer:** | |
| **Document Number:** | 126 |

**Docket Text:**
**NOTICE OF DEFICIENCY Re: APPLICATION for Clerk to Enter Default against defendant
MTK Global USA, LLC[125]. The Clerk cannot enter the requested relief as: No proof of
service/waiver of service on file. No record indicating the summons was returned executed upon
defendant. (yl)**

**5:20-cv-02618-JWH-KK Notice has been electronically mailed to:**
Eric S. Montalvo    emontalvo@fedpractice.com
Ricardo P Cestero    calendar@greenbergglusker.com, rcestero@ggfirm.com, jgore@ggfirm.com
John K. Ly    jly@lianglyllp.com, moz@lianglyllp.com
Jason L. Liang    moz@lianglyllp.com, jliang@lianglyllp.com
Rajan Olarita Dhungana    rdhungana@fedpractice.com, docketclerk@fedpractice.com
David S Harris    david@harrislitigation.com
Joshua Michael Geller    calendar@greenbergglusker.com, knicolas@greenbergglusker.com,
jgeller@ggfirm.com, jgeller@greenbergglusker.com
**5:20-cv-02618-JWH-KK Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
MTK Global USA, LLC
2140 S Dupont Hwy
Camden DE 19934
US

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC., et al.<br><br>Plaintiff(s),<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:20–cv–02618–JWH–KK<br><br><br>**NOTICE OF DEFICIENCY<br>DEFAULT/DEFAULT JUDGMENT** |

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of   MTK Global Sports Management, LLC   for the following reason(s):

- ___  No declaration as required by F.R.Civ.P 55(a)
- _X_  No proof of service/waiver of service on file
- ___  The name of the person served does not exactly match the person named in complaint
- ___  Proof of Service is lacking required information
- ___  Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- ___  Time to respond has not expired
- ___  Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- ___  Request for Entry of Default has been forwarded to the assigned Judge
- ___  Party dismissed from action on
- ___  Case terminated on
- ___  Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- _X_  Other: No record indicating the summons was returned executed upon defendant

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

- ___  No Entry of Default on file
- ___  No declaration as required by F.R.Civ.P 55(b)
- ___  The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- ___  Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- ___  A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- ___  No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- ___  Amount sought is not for a sum certain or cannot be computed to a sum certain
- ___  Attorney Fees sought not in compliance with Local Rule 55–3
- ___  Amount sought for costs is incorrect
- ___  Case terminated on
- ___  Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- ___  Other:

CLERK, U.S. DISTRICT COURT

Date:  December 8, 2022

By:  /s/ Yvette Louis
Deputy Clerk
yvette_louis@cacd.uscourts.gov