Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N. Brookhurst Street
Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905

Eric S. Montalvo (admitted *Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6083
*Attorneys for Plaintiff:*
Moses Heredia

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br>　　　　　Plaintiff,<br>vs.<br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC,; PAUL D. GIBSON; AND DANIEL KINAHAN,<br>　　　　　Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>JOINT STATUS REPORT |

**PLAINTIFF MOSES HEREDIA'S STATUS REPORT**

**PURSUANT TO** the Court's Order of January 20, 2023 (ECF 132), Plaintiff Moses Heredia, by and through counsel, submits this Status Report.  As will be made apparent *infra*, this Status Report is not, and cannot, be a joint filing.  The applicable Defendants are either currently in default by entry of the Clerk of Court or are subjects of Plaintiff's attempts at service of process since the Court's Order of January 20, 2023.

**Defendant MTK Global USA**:

Plaintiff obtained an Entry of Default by Clerk pursuant to FED. R. CIV. P. 55(a) on December 20, 2022 (ECF 128). Subsequent to that date, Plaintiff, by and through counsel, has sought to locate a person(s) or entity(es) amenable to service on behalf of MTK Global USA in order to initiate propounding discovery to the Defendant as permitted by the Court's January 20, 2023 Order.  However, Plaintiff's efforts have been stymied in that Plaintiff has been informed in a mailing from the State of Delaware Secretary of State, dated January 23, 2023, that MTK Global USA, LLC filed a "Certificate of Cancellation," signed by Robert Yalen, on May 26, 2022. This is notable as this occurred prior to counsel for MTK Global USA moving the Court to withdraw (ECF 111, July 28, 2022) and the Court granting that motion (ECF 117, September 6, 2022).  Further, a filing entered on January 25, 2023 (ECF 133) informed the Court that Paracorp, Incorporated "is no longer the registered agent for MTK Global USA, LLC in Delaware." Consequently, Plaintiff is faced

JOINT STATUS REPORT - 2

with finding alternative points of contact for serving discovery on MTK Global USA; Plaintiff's counsel is exploring all options for accomplishing that task.

Additionally, as set forth in the Status Report filed by Plaintiff on January 6, 2023 (ECF 129), Plaintiff intends to seek a Default Judgment against MTK Global USA, LLC as to liability and then conduct discovery pertaining to damages.

**Defendants MTK Global Sports Management, Inc. and Daniel Kinahan**:

Plaintiff is informed that both of these Defendants have been successfully served with Summons and the Third Amended Complaint by publication under the laws of the United Arab Emirates, under the direction and assistance of the UAE court. Plaintiff, by and through counsel, is currently awaiting the receipt of the Affidavit of Service from Attorney Jouslin Chibli Khairallah, who serves as the principal in Khairallah Advocates & Legal Consultants in Dubai.

**Defendant Paul D. Gibson**:

Per ECF 131, on January 23, 2023, a Summons was issued for Paul D. Gibson; on that Summons is the address Plaintiff (by and through counsel) believes is currently located.  Efforts to effect service of process upon Paul D. Gibson have been undertaken and are ongoing.

Dated:  March 17, 2022

Respectfully submitted,

JOINT STATUS REPORT - 3

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
431 N. Brookhurst Street
Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
rdhungana@fedpractice.com

/s/ *Eric S. Montalvo*
Eric S. Montalvo (*Pro Hac Vice*)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
emontalvo@fedpractice.com

**Attorneys for Plaintiff:**
**Moses Heredia**

JOINT STATUS REPORT - 4

# ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that of the other parties referenced in this Report, one is currently without counsel (and in default), and the other two have yet to enter an appearance in the instant matter, either pro se or by and through counsel. Accordingly, no consent to this filing by any other party is possible.

/s/ Rajan O. Dhungana_____
Rajan O. Dhungana
Attorney for Plaintiff:
Moses Heredia