Name and address:
> Rajan O. Dhungana
> California Bar No. 297794
> Federal Practice Group
> 431 N Brookhurst St., Suite 130
> Anaheim, California 92801

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOSES HEREDIA<br><br>Plaintiff(s),<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBS<br>Defendant(s), | CASE NUMBER<br><br>5:20-CV-02618-JW(KKx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* ***ELECTRONIC SIGNATURES ARE NOT ACCEPTED.*** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* ***Out-of-state federal government attorneys are not required to pay the $500 fee.*** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Keesling, David R.
*Applicant's Name (Last Name, First Name & Middle Initial)*    check here if federal government attorney ☐

Federal Practice Group
*Firm/Agency Name*

6660 South Sheridan Road        918-936-3420         888-899-6053
Suite 250                       *Telephone Number*   *Fax Number*
*Street Address*

Tulsa, OK 74136                 DKeesling@fedpractice.com
*City, State, Zip Code*         *E-mail Address*

**I have been retained to represent the following parties:**

Moses Heredia                    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
_____        ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| Oklahoma | 04/24/1998 | YES |
| USDC, Northern District of Oklahoma | 03/17/2003 | YES |
| USDC, Western District of Oklahoma | 03/18/2010 | YES |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:22-cv-02888-SB-JEM | Dorothy Y. Lee, et. al., v. Ziad Batal | 03/06/2023 | Granted |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  3/24/23

David R. Keesling
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

G-64 (09/20)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 2 of 3

## SECTION III - DESIGNATION OF LOCAL COUNSEL

*Designee's Name (Last Name, First Name & Middle Initial)*
Dhungana, Rajan, O.

*Firm/Agency Name*
Federal Practice Group

431 N Brookhurst St, Suite 130
*Street Address*

Anaheim, CA 92801
*City, State, Zip Code*

310-795-6905
*Telephone Number*

888-899-6053
*Fax Number*

rdhungana@fedpractice.com
*Email Address*

297794
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated 03/27/2023

Rajan O. Dhungana
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Active Member in Good Standing:
District Court for the Eastern District of Oklahoma 04/289/2010
District Court for the Northern District of Texas 10/01/2019
District Court for the Western District of Texas 08/12/2020
District Court for the Eastern District of Texas 06/26/2020
District Court for the Northern District of Indiana 08/01/2016
United States Court of Appeals for the 10th Circuit 04/24/2012