Rajan O. Dhungana
California Bar No. 297794
Federal Practice Group
431 N Brookhurst St., Suite 130
Anaheim, California 92801
RDhungana@fedpractice.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH DIAZ, JR.,<br><br>　　　　　　　　　　　　　Plaintiff(s)<br>v.<br>RALPH HEREDIA, true name RAFAEL HEREDIA TARANGO, a/k/a RAFAEL HEREDIA, a/k/a RAFAEL BUSTAMANTE;<br><br>　　　　　　　　　　　　　Defendant(s). | CASE NUMBER<br>5:20-cv-02332-JWH-KK<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Keesling, David R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

918-936-3420   888-899-6053
*Telephone Number*   *Fax Number*

DKeesling@fedpractice.com
*E-Mail Address*

of

Federal Practice Group
6660 South Sheridan Road
Suite 250
Tulsa, OK 74136
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
RALPH HEREDIA

*Name(s) of Party(ies) Represented*   ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ Other: _____

**and designating as Local Counsel**
Dhungana, Rajan O.
*Designee's Name (Last Name, First Name & Middle Initial)*

297794   310-795-6905   888-899-6053
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

RDhungana@fedpractice.com
*E-Mail Address*

of

Federal Practice Group
431 N Brookhurst Street
Suite 130
Anaheim, CA 92801
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
　　　　　　☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
　　　　　　☐ for failure to complete Application: _____
　　　　　　☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
　　　　　　☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
　　　　　　☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____                                _____
　　　　　　　　　　　　　　　　　U.S. District Judge/U.S. Magistrate Judge