Rajan O. Dhungana
California Bar No. 297794
Federal Practice Group
431 N Brookhurst St., Suite 130
Anaheim, California 92801
RDhungana@fedpractice.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

MOSES HEREDIA

Plaintiff(s)

v.

MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON

Defendant(s).

CASE NUMBER

5:20-CV-02618-JW(KKx)

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Keesling, David R.
*Applicant's Name (Last Name, First Name & Middle Initial)*

918-936-3420
*Telephone Number*

888-899-6053
*Fax Number*

DKeesling@fedpractice.com
*E-Mail Address*

Federal Practice Group
6660 South Sheridan Road
Suite 250
Tulsa, OK 74136
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Moses Heredia

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Dhungana, Rajan O.
*Designee's Name (Last Name, First Name & Middle Initial)*

297794
*Designee's Cal. Bar No.*

310-795-6905
*Telephone Number*

888-899-6053
*Fax Number*

RDhungana@fedpractice.com
*E-Mail Address*

Federal Practice Group
431 N Brookhurst Street
Suite 130
Anaheim, CA 92801
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application: _____
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge