1  Rajan O. Dhungana (SBN: 297794)
2     rdhungana@fedpractice.com
   Eric S. Montalvo (*Pro Hac Vice*)
3     emontalvo@fedpractice.com
4  FEDERAL PRACTICE GROUP
   431 N Brookhurst St., Suite 130
5  Anaheim, California 92801
6  Telephone: (202) 862-4360
7  Fax: (888) 899-6053

8              UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA
10                  (Eastern Division)

11

12 MOSES HEREDIA,                    Case No.: 5:20-CV-02618-JWH (KKx)

13              Plaintiff,            **DECLARATION OF JOUSLIN**
   vs.                               **CHIBLI KHAIRALLAH**
14

15
16 MTK GLOBAL SPORTS
   MANAGEMENT, LLC; MTK GLOBAL
17 USA, LLC; GOLDEN BOY
   PROMOTIONS, INC.; PAUL D.
18 GIBSON; AND DANIEL KINAHAN
19              Defendants.
20

21

22

23

24

25

26

27

28

DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH

1

I, Jouslin Chibli Khairallah, hereby declare as follows:

1.      I am over the age of 18 years and otherwise competent to testify in this matter.

2.      All facts herein are personally known to me or known to be true on information and belief.

3.      I am authorized to serve process in this matter pursuant to Federal Rule of Civil Procedure Rule 4(c)(2) as I am a person over the age of 18 years and not a party.

4.      I am the Owner and Manager of Khairallah Advocates & Legal Consultants, P.O. Box 450142, Dubai, United Arab Emirates.

5.      On 09/11/2022 Moses Heredia gave a notarized Power of Attorney to me to act on his behalf to notify MTK Global Sports Management LLC and Daniel Kinahan via Dubai Courts Notary Public. Power of Attorney was registered by the Ministry of Justice under no. 9911409712.

6.      Neither MTK Global Sports Management LLC nor Daniel Kinahan are a minor, an incompetent person, or a person whose waiver has been filed.

7.      The UAE is not a party to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters dated November 15, 1965, otherwise known as the Hague Service Convention. There are no other unilateral or bilateral agreements between the USA and UAE with respect

DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH

2

to service of process.

8.     Article 9 of Federal Decree-Law No. (42) of 2022 Enacting the Civil Procedure Code (new law which took effect on 2 January 2023) governs UAE service in this case. A copy of the legal English translation of that law is attached as *Exhibit A*. This law took effect since the prior service on MTK Global Sports Management LLC and on Daniel Kinahan.

**Service on MTK Global Sports Management LLC**

9.     On 13 December 2022, I sent a copy of the summons and Third Amended Complaint to Dubai Courts Notary Public for service on defendant MTK Global Sports Management LLC.

10.    On 15 December 2022, the Assigned Declarer by Dubai Courts traveled to the last-known address of MTK Global Sports Management LLC. The Assigned Declarer arrived at the last-known address and found that there is another/illegible/in the premises. *See Exhibit B*.

11.    The Assigned Declarer also called the number listed for MTK Global Sports Management LLC, and determined that the number was disconnected. Id.

12.    Therefore, the documents could not be served on MTK Global Sports Management LLC at its last-known address. Id.

13.    I then caused to be carried out an investigation from National Economic Register (Ministry of Economy). The investigation failed to find a new address of

DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH

MTK Global Sports Management LLC.

14.     Accordingly, pursuant to Article 9(3) of Federal Decree-Law No. (42) of 2022 Enacting the Civil Procedure Code, I requested permission from Dubai Courts to serve MTK Global Sports Management LLC via publication of notices in English and Arabic newspapers. On 18 January 2023, the Dubai Courts granted permission to serve MTK Global Sports Management via such publication of notices .

15.     MTK Global Sports Management LLC was served by notification in Arabic newspaper Al Fajr on 19 January 2023. Al Fajr is "a widely circulated electronic or paper daily newspaper issued in the [UAE] in the Arabic language." Article 9(3) of Federal Decree-Law No. (42) of 2022 Enacting the Civil Procedure Code (new law implemented on 2 January 2023).

16.     MTK Global Sports Management LLC was also served by notification in English newspaper The Gulf Time on 20 January 2023.

17.     The newspaper notifications constituted valid service under UAE law, specifically, Article 9(3) of Federal Decree-Law No. (42) of 2022 Enacting the Civil Procedure Code (new law implemented on 2 January 2023).

**Service on Daniel Kinahan**

18.     On 21 November 2022, I obtained an official report from Federal Authority for Identity and Citizenship (General Directorate of Residency and

DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH

4

Foreigners Affairs) regarding whether Daniel Kinahan had a residence in UAE. That report showed that Mr. Kinahan was still present in the UAE. *See Exhibit C* (Official English language translation of 21 November 2022 Official Report from Federal Authority for Identity and Citizenship (General Directorate of Residency and Foreigners Affairs) ("Official Report").

19.    On 13 December 2022, I sent a copy of the summons and Third Amended Complaint to Dubai Courts Notary Public for service on defendant Daniel Kinahan.

20.    On 15 December 2022, the Assigned Declarer by Dubai Courts traveled to the address of Industrious Facilities Management LLC (current sponsor of Daniel Kinahan's visa, Exh. B) and attempted to serve Mr. Kinahan there pursuant to Article 9(1)(D) of Federal Decree-Law No. (42) of 2022 Enacting the Civil Procedure Code (permitting service to be effected at the defendant's place of work or to whomever is determined to be in charge of his administration, i.e., his sponsor). *See Exhibit D.*

21.    Once on site at the address listed for Mr. Kinahan's current visa sponsor, the Assigned Declarer found the center name changed to (Smart Zoom)/illegible/. By asking Ms./illegible/, an employee at the Center, the employee stated that she does not know the place of the Notified Party (Daniel Kinahan)/illegible/. Also she stated that she does not know Industrious Facilities Management LLC as the address of the Notified Party (Daniel Kinahan). Therefore,

DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH

5

1    the documents could not be served there.

2    　　22.    On 22 December 2022, through Tableegh Legal Notifications Services
3
4    LLC, I tried to serve a copy of the summons and Third Amended Complaint to
5    defendant Daniel Kinahan via text message on the mobile phone (0559287858)
6
7    listed in the Official Report. This is a valid method of service under Article
8    9(1)(A)(1) of Federal Decree-Law No. (42) of 2022 Enacting the Civil Procedure
9
     Code.
10
11   　　23.    The text message could not be delivered.

12   　　24.    Accordingly, pursuant to Article 9(3) of Federal Decree-Law No. (42)
13
14   of 2022 Enacting the Civil Procedure Code, we sought permission from Dubai
15   Courts to serve Daniel Kinahan via publication of notices in English and Arabic
16
     newspapers.
17
18   　　25.    Henceforth, on 18 January 2023, we obtained permission from Dubai
19
20   Courts to serve Daniel Kinahan via publication of notices in English and Arabic
     newspapers.
21
22   　　26.    Daniel Kinahan was served by notification in Arabic newspaper Al Fajr
23
24   on 19 January 2023. Al Fajr is "a widely circulated electronic or paper daily
25   newspaper issued in the [UAE] in the Arabic language." Article 9(3) of Federal
26
27   Decree-Law No. (42) of 2022 Enacting the Civil Procedure Code (new law
28   implemented on 2 January 2023).

DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH

27.    Because Mr. Kinahan is "a foreigner," *see Exh. B* (showing, inter alia, his Irish nationality), he was also required to be served "in another newspaper issued in a foreign language." Therefore, Mr. Kinahan was also served by notification in English newspaper The Gulf Time on 20 January 2023.

28.    The newspaper notifications constituted valid service under UAE law, specifically, Article 9(3) of Federal Decree-Law No. (42) of 2022 Enacting the Civil Procedure Code (new law implemented on 2 January 2023).

29.    Attached hereto as *Exhibit E* is a true and correct copy of the newspaper notifications in English and Arabic providing notice to MTK Global Sports Management LLC as described herein. I recognize these newspaper notifications as I prepared them and caused them to be published.

30.    Attached hereto as *Exhibit F* is a true and correct copy of the newspaper notifications in English and Arabic providing notice to Mr. Daniel Kinahan as described herein. I recognize these newspaper notifications as I prepared them and caused them to be published.

Pursuant to 28 U.S.C. § 1726(1), as well as the laws of the State of California, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH

1    Executed 29 March, 2023, in Dubai, UAE.

2

3

4                                                    _____
                                                     Jouslin Chibli Khairallah
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF JOUSLIN CHIBLI KHAIRALLAH

8