20-cv-02618-JWH (KKx)

# PLAINTIFF'S EXHIBIT A

*English Translation*
*Article 9 of Federal Decree-Law No. 42 (2022)*
*United Arab Emirates*

**APHAMEA TRANSLATION & LINGUISTIC SERVICES**

Burj Khalifa, Business Bay, Churchill Tower
4th Floor, Office No. 413, Dubai, UAE.
Tel.: +971 4 3918848
Email: aphamea.tr@gmail.com
Web.: www.aphamea.ae



أفاميا للترجمة والخدمات اللغوية

منطقة برج خليفة، الخليج التجاري، برج تشرشل
الطابق ٤، مكتب رقم: ٤١٣، دبي، الإمارات العربية المتحدة
الهاتف: ٩٧١٤٣٩١٨٨٤٨+
البريد الإلكتروني: aphamea.tr@gmail.com
الموقع الإلكتروني: www.aphamea.ae

# In the name of God, the most gracious, the most merciful
## H.H. Mohammed bin Zayed Al Nahyan
## President of the United Arab Emirates
## Federal Decree-Law No. (42) of 2022
## Enacting the Civil Procedure Code

We, Mohammed bin Zayed Al Nahyan, President of the United Arab Emirates

- Having reviewed the constitution,
- And Federal Law No. (1) of 1972 on the Functions of Ministries and the Powers of Ministers, as amended;
- And Federal Law No. (10) of 1973 on the Federal Supreme Court, as amended;
- And Federal Law No. (6) of 1978 on the Establishment of Federal Courts and the Transfer of Jurisdictions of Local Judicial Authorities in Some Emirates to them, as amended;
- And Federal Law No. (26) of 1981 on the Maritime Commercial Law, as amended;
- And Federal Law No. (5) of 1985 promulgating the Civil Transactions Law of the United Arab Emirates, as amended;
- And Federal Law No. (11) of 1992 on the Civil Procedures Law, as amended;
- And Federal Law No. (18) of 1993 on Commercial Transactions, as amended;
- And Federal Law No. (28) of 2005 on Personal Status, as emended,
- And Federal Decree-Law No. (9) of 2016 on Bankruptcy, as amended;

أشهد بموجبه أنا المترجم القانوني المحلف والمرخص من وزارة العدل بأن هذه الترجمة صحيحة ومطابقة للنص الأصلي المرفق.
I hereby certify, in my capacity as a sworn translator licensed by the MoJ, that this translation is correct and consistent with the attached source document.



**APHAMEA TRANSLATION & LINGUISTIC SERVICES**

Burj Khalifa, Business Bay, Churchill Tower
4th Floor, Office No. 413, Dubai, UAE.
Tel.: +971 4 3918848
Email: aphamea.tr@gmail.com
Web.: www.aphamea.ae

أفـامـيـا للترجمة والخدمات اللغوية

منطقة برج خليفة، الخليج التجاري، برج تشرشل
الطابق ٤، مكتب رقم: ٤١٣، دبي، الإمارات العربية المتحدة
الهاتف: ٣٩١٨٨٤٨ ٤ ٩٧١+
البريد الإلكتروني : aphamea.tr@gmail.com
الموقع الإلكتروني : www.aphamea.ae

- And Federal Law No. (13) of 2016 on Judicial Fees before Federal Courts, as amended;
- And Federal Law No. (17) of 2016 on the Establishment of Mediation and Conciliation Centers in Civil and Commercial Disputes, as amended;
- And Federal Law No. (7) of 2017 on Tax Procedures, as amended;
- And Federal Law No. (6) of 2018 on Arbitration
- And Federal Law No. (10) of 2019 on the Regulation of Judicial Relations between the Federal and Local Judicial Authorities;
- And Federal Decree-Law No. (19) of 2019 on Insolvency;
- And Federal Law No. (6) of 2021 on Mediation for the Settlement of Civil and Commercial Disputes;
- And Federal Decree-Law No. (32) of 2021 on Commercial Companies;
- And Federal Decree-Law No. (46) of 2021 on Electronic Transactions and Trust Services

### (Article 9)

1. The notified person is to be served notice by any of the following means:

أشهد بموجبه أنا المترجم القانوني المحلف والمرخص من وزارة العدل بأن صحة ومطابقة للنص الأصلي المرفق .
I hereby certify, in my capacity as a sworn translator licensed by the MoJ, that this translation is correct and consistent with the attached source document.



**APHAMEA** TRANSLATION & LINGUISTIC SERVICES

Burj Khalifa, Business Bay, Churchill Tower
4th Floor, Office No. 413, Dubai, UAE.
Tel.: +971 4 3918848
Email: aphamea.tr@gmail.com
Web.: www.aphamea.ae

أفـاميـا للترجمة والخدمات اللغوية

منطقة برج خليفة، الخليج التجاري، برج تشرشل
الطابق ٤، مكتب رقم: ٤١٣، دبي، الإمارات العربية المتحدة
الهاتف: ٣٩١٨٨٤٨ ٤ ٩٧١+
البريد الإلكتروني : aphamea.tr@gmail.com
الموقع الإلكتروني : www.aphamea.ae

A. Recorded voice or video calls, text messages on mobile phones, smart applications, e-mail, fax, or other technical means, or in any other way agreed upon by the two parties out of the means laid down in this law.

B. To his person, wherever he may be, or in his domicile or place of residence, or to his attorney. If the notice is not served for a reason attributed to the notified person, or he refuses to be notified of it, this is considered a notification to his person, and if the process server does not find the person to be notified in his domicile or place of residence, he must serve the notice to any of those who live with him such as the spouses, relatives, in-laws, or those working in his service. If any of the above-mentioned refuses to receive the notice, or if he does not find anyone upon whom it is appropriate to serve the notice, or if his place of residence is closed, then he must immediately stick the notice clearly on the outer door of the place of his residence, or by listing it on the court's website.

C. Service address

D. At his place of work, and if he does not find the person to be notified, he must serve the notice upon his boss at work or to

أشهد بموجبه أنا المترجم القانوني المحلف والمرخص من وزارة العدل بأن [هذه الترجمة] مطابقة للنص الأصلي المرفق.

I hereby certify, in my capacity as a legal translator licensed by the MoJ, that this translation is correct and consistent with the attached source document.



**APHAMEA TRANSLATION & LINGUISTIC SERVICES**

Burj Khalifa, Business Bay, Churchill Tower
4th Floor, Office No. 413, Dubai, UAE.
Tel.: +971 4 3918848
Email: aphamea.tr@gmail.com
Web.: www.aphamea.ae

أفاميا للترجمة والخدمات اللغوية

منطقة برج خليفة، الخليج التجاري، برج تشرشل
الطابق ٤، مكتب رقم: ٤١٣، دبي، الإمارات العربية المتحدة
الهاتف: ٠٠٩٧١٤٣٩١٨٨٤٨
البريد الإلكتروني: aphamea.tr@gmail.com
الموقع الإلكتروني: www.aphamea.ae

---

whomever it is determined to be in charge of his administration or one of the employees working therein. This excludes notices related to personal status cases, which are to be served to him in person at his place of work.

2. The process server must ascertain the identity of the person who he serves the notice upon, so that his appearance indicates that he has completed (18) eighteen years of age, and neither he nor his representative has an apparent interest that conflicts with the interest of the notified person. In the case of serving notice by means of communication with the technologies stipulated in Paragraph (a) of Clause (1) of this Article, the process server must ensure that this means, whatsoever, belongs to the notified person. He shall, in the case of serving notice by audio or video recorded calls, to write a report to prove the content of the call, its time and date, and the notified person. This report shall act as evidence, and shall be attached to the case docket.

3. If it is not possible to serve notice on the person to be notified in accordance with Clause (1) hereof, the matter shall be presented to the Case Management Office, the competent judge, or the head of the circuit, as the case may be, for investigation by at

---

أشهد بموجبه أنا المترجم القانوني المحلف والمرخص من وزارة العدل ب... ومطابقة للنص الأصلي المرفق.

I hereby certify, in my cap... ...nslator licensed by the MoJ, that this translation is correct an... ...th the attached source document.

**APHAMEA TRANSLATION & LINGUISTIC SERVICES**

Burj Khalifa, Business Bay, Churchill Tower
4th Floor, Office No. 413, Dubai, UAE.
Tel.: +971 4 3918848
Email: aphamea.tr@gmail.com
Web.: www.aphamea.ae

أفاميا للترجمة والخدمات اللغوية

منطقة برج خليفة، الخليج التجاري، برج تشرشل
الطابق ٤، مكتب رقم: ٤١٣، دبي، الإمارات العربية المتحدة
الهاتف: ٣٩١٨٨٤٨ ٤ ٩٧١+
البريد الإلكتروني : aphamea.tr@gmail.com
الموقع الإلكتروني : www.aphamea.ae

least one of the relevant authorities, and then be served notice by listing it on the court's website or by publishing it in a widely circulated electronic or paper daily newspaper issued in the State in the Arabic language, and in another newspaper issued in a foreign language, if necessary, and the person to be notified is a foreigner.




أشهد بموجبه أنا المترجم القانوني المحلف والمرخص من وزارة العدل بأن الترجمة أعلاه صحيحة ومطابقة للنص الأصلي المرفق .

I hereby certify, in my capacity as a sworn translator licensed by the MoJ, that this translation is correct and consistent with the attached source document.




مرسوم بقانون اتحادي رقم (42) لسنة 2022
بإصدار قانون الإجراءات المدنية

نحن محمد بن زايد آل نهيان            رئيس دولة الإمارات العربية المتحدة،

- بعد الاطلاع على الدستور،
- وعلى القانون الاتحادي رقم (1) لسنة 1972 بشأن اختصاصات الوزارات وصلاحيات الوزراء، وتعديلاته،
- وعلى القانون الاتحادي رقم (10) لسنة 1973 في شأن المحكمة الاتحادية العليا، وتعديلاته،
- وعلى القانون الاتحادي رقم (6) لسنة 1978 في شأن إنشاء محاكم اتحادية ونقل اختصاصات الهيئات القضائية المحلية في بعض الإمارات إليها، وتعديلاته،
- وعلى القانون الاتحادي رقم (26) لسنة 1981 بشأن القانون التجاري البحري، وتعديلاته،
- وعلى القانون الاتحادي رقم (5) لسنة 1985 بإصدار قانون المعاملات المدنية لدولة الإمارات العربية المتحدة، وتعديلاته،
- وعلى القانون الاتحادي رقم (11) لسنة 1992 بشأن قانون الإجراءات المدنية، وتعديلاته.
- وعلى القانون الاتحادي رقم (18) لسنة 1993 بشأن المعاملات التجارية، وتعديلاته،
- وعلى القانون الاتحادي رقم (28) لسنة 2005 بشأن الأحوال الشخصية، وتعديلاته،
- وعلى المرسوم بقانون اتحادي رقم (9) لسنة 2016 بشأن الإفلاس، وتعديلاته،
- وعلى القانون الاتحادي رقم (13) لسنة 2016 بشأن الرسوم القضائية أمام المحاكم الاتحادية، وتعديلاته،
- وعلى القانون الاتحادي رقم (17) لسنة 2016 بإنشاء مراكز الوساطة والتوفيق في المنازعات المدنية والتجارية، وتعديلاته،
- وعلى القانون الاتحادي رقم (7) لسنة 2017 بشأن الإجراءات الضريبية، وتعديلاته،
- وعلى القانون الاتحادي رقم (6) لسنة 2018 بشأن التحكيم،
- وعلى القانون الاتحادي رقم (10) لسنة 2019 في شأن تنظيم العلاقات القضائية بين السلطات القضائية الاتحادية والمحلية،
- وعلى المرسوم بقانون اتحادي رقم (19) لسنة 2019 بشأن الإعسار.
- وعلى القانون الاتحادي رقم (6) لسنة 2021 في شأن الوساطة لتسوية المنازعات المدنية والتجارية،
- وعلى المرسوم بقانون اتحادي رقم (32) لسنة 2021 بشأن الشركات التجارية،
- وعلى المرسوم بقانون اتحادي رقم (46) لسنة 2021 بشأن المعاملات الإلكترونية وخدمات الثقة،

مرسوم بقانون اتحادي بإصدار قانون الإجراءات المدنية

1



## المادة (9)

1. يتم إعلان الشخص المعلن إليه بأي من الطرق الآتية:-

أ. المكالمات المسجلة الصوتية أو المرئية، أو الرسائل النصية على الهاتف المحمول، أو التطبيقات الذكية، أو البريد الإلكتروني أو الفاكس أو وسائل التقنية الأخرى أو بأية طريقة أخرى يتفق عليها الطرفان من الطرق الواردة في هذا القانون.

ب. لشخصه أينما وجد أو في موطنه أو محل إقامته، أو لوكيله، فإذا لم يبلغ الإعلان بسبب يرجع إلى المعلن إليه أو رفض التبلغ به، يُعد ذلك تبليغاً لشخصه، وإذا لم يجد القائم بالإعلان الشخص المطلوب إعلانه في موطنه أو محل إقامته فعليه أن يُبلغ الإعلان إلى أي من الساكنين معه من الأزواج أو الأقارب أو الأصهار أو العاملين في خدمته، وفي حال رفض أي من المذكورين أعلاه التبليغ بالإعلان أو إذا لم يجد أحداً ممن يصح تبليغ الإعلان إليه، أو كان محل إقامته مغلقاً، فعليه مباشرة أن يلصق الإعلان بشكل واضح على الباب الخارجي لمحل إقامته، أو بالإدراج في الموقع الإلكتروني للمحكمة.

ج. في موطنه المختار.

د. في محل عمله، وإذا لم يجد الشخص المطلوب إعلانه فعليه أن يُبلّغ الإعلان لرئيسه في العمل أو لمن يقرر أنه من القائمين على إدارته أو من العاملين فيه ويُستثنى من ذلك الإعلانات المتعلقة بدعاوى الأحوال الشخصية فإنها تبلغ لشخصه في محل عمله.

6     مرسوم بقانون اتحادي بإصدار قانون الإجراءات المدنية







2. يجب على القائم بالإعلان التأكد من شخصية من يقوم بإبلاغه بالإعلان، بحيث يدل ظاهره على أنه أتم (18) الثامنة عشرة من عمره، وليس له أو لمن يمثله مصلحة ظاهرة تتعارض مع مصلحة المعلن إليه. وفي حالة الإعلان بوسائل الاتصال بالتقنيات المنصوص عليها في الفقرة (أ) من البند (1) من هذه المادة، يجب على القائم بالإعلان التأكد من أن هذه الوسيلة أياً كانت خاصة بالمعلن إليه، كما يلتزم في حالة الإعلان بالمكالمات المسجلة الصوتية أو المرئية بتحرير محضر يثبت فيه مضمون المكالمة وساعتها وتاريخها وشخص المُبلَّغ، ويكون لهذا المحضر حجيته في الإثبات، ويرفق بملف الدعوى.

3. إذا تعذر إعلان المطلوب إعلانه وفق البند (1) من هذه المادة يعرض الأمر على مكتب إدارة الدعوى أو القاضي المختص أو رئيس الدائرة بحسب الأحوال، للتحري من جهة واحدة على الأقل من الجهات ذات العلاقة ثم إعلانه بالإدراج على الموقع الإلكتروني للمحكمة أو بالنشر في صحيفة يومية إلكترونية أو ورقية واسعة الانتشار تصدر في الدولة باللغة العربية، وبصحيفة أخرى تصدر بلغة أجنبية إن اقتضى الأمر وكان المطلوب إعلانه أجنبياً.

