20-cv-02618-JWH (KKx)

# PLAINTIFF'S EXHIBIT B

*Assigned Declarer Report*
*For MTK Global Sports Management, LLC*



إيلاف للترجمة القانونية
Elaph Legal Translation

Department of Judicial Declarations Delivery Service
Aramex
Courts Project
Receiving Date: 14.12.2022
Dubai Courts – Aramex – Al Barsha Baranch
Dubai Al-Barsha Court – Aramex

*47539504681*

### Assigned Declarer Report

| | | |
|---|---|---|
| **Notifying Party** | : | Moses Heredia   For Guidance   :   044270845 |
| **Exhibit No.** | : | 431717/1/2022 |
| **Notified Party** | : | MTK GLOBAL SPORTS MANAGEMENT L.L.C |
| **Notified Party Address** | : | Jumeirah Lake Towers - Jumeirah Bay Tower X3 – Unite No. 3005B – Phone: 044310887 |

On this Thursday, 15.12.2022, at 11:45 am/pm, I, Abd Allah Mabkhout, the Assigned Declarer by Dubai Courts has moved to the address of the Notified Party shown above, and found that there is another /illegible/ in the premises 3005, and by calling the Notified Party the number was disconnected, therefore, the execution could not be done.

| | | | | |
|---|---|---|---|---|
| **Receiver Name** | : | **Assigned Declarer Signature** | : | /signed/ |
| **Class** | : | **Assigned Declarer Seal** | : | /Seal of Abd Allah Mabkhout/ |
| **ID No.** | : | | | |
| **Signature** | : | | | |

Task No.
X

Audit Seal
/seal reading: audit done – Aramex/









هاتف: ٣٣٢ ١٠ ٣٣ ٤ ٩٧١+ فاكس ٢٥٠ ١٠ ٣٣ ٤ ٩٧١+ ص.ب: ١٨٤٩١٦، دبي – إ.ع.م
Tel: +971 4 33 10 332 Fax: +971 4 33 10 250 P.O.Box 184916 – Dubai – UAE
Email: info@elaphtranslation.com    www.elaphtranslation.com

٣

**Department of Judicial Declarations Delivery Service**

قسم خدمة توصيل
الإعلانات القضائية



أرامكس / aramex
مشروع المحاكم – Courts Project
تاريخ الاستلام : 14/12/2022
محاكم دبي - أرامكس – فرع البرشاء
DUBAI AL-BARSHA COURT – ARAMEX


*47539504681*

### تقرير المكلف بالإعلان ( Report )

الـمنذر : موسيز هيردبا      للإرشاد: 044270845

رقم المحرر : 431717 / 2022/1

المنذر اليه : ام تي كية جلوبال سبورتس مانجمنت ذ م م

عنوان المنذر اليه : ابراج بحيرات جميرا – برج جميرا باي X3 – وحدة 3005 ب – هاتف:044310887

إنه في يوم /الخميس____ الموافق _ ١ـ / ١٢ / 2022 في الساعه __ ٥:٣٠__ صباحا / مساءا

انتقلت أنا _عبدالله مبخوت_____ المكلف بالإعلان من قبل محاكم دبي الى عنوان المطلوب إعلانه الموضح أعلاه وهناك وجدت اوجه اخرى غير عنوان المطلوب عليه بالمطلوب بالعنوان الرقم يفصل لذلك تعذر التنفيذ

اسم المستلم : _____       توقيع المكلف بالإعلان
الصفة : _____           ختم المكلف بالإعلان
                              [عبدالله مبخوت]
هوية رقم : _____
التوقيع : _____         ختم التدقيق :
رقم المهمة :
[X]

Radouane Zaouache – ELAPH LEGAL TRANSLATION