20-cv-02618-JWH (KKx)

# PLAINTIFF'S EXHIBIT C

*Official Report*
*Federal Authority for Identity and Citizenship*
*(United Arab Emirates)*
*RE: Daniel Joseph Kinahan*



إيلاف للترجمة القانونية
Elaph Legal Translation

| Federal Authority for Identity and Citizenship | Naturalization and Residency System | User | : | DB1310220 |
|---|---|---|---|---|
| General Directorate of Residency and Foreigners Affairs | Personal Details Report | Date | : | 21.11.2022 |
| | | Page | : | |

### Personal Details

| | | | | | |
|---|---|---|---|---|---|
| Unified No. | : 195762701 | Personal Status | : Inside the UAE | ID No. | : 784 197715087538 |
| Name | : دانيل جوزيف كيناهان | | | | |
| Name in Latin | : DANIEL JOSEPH KINAHAN | | | | |
| Gender | : Male | Marital Status | : Married | | |
| Nationality | : Ireland | Place of Birth | : Dublin | Personal Class | : Resident |
| Occupation | : Partner | Date of Birth | : 25.06.1977 | Town | : |
| Mother's Name | : Al Sayeda | Religion | : Christian | Work Sector | : |
| Registration No. | : | Educational level | : University graduate | | |

### Documents

| Document Type | : ID Card | Document No. | : 102254445 | Issuing Place | : UAE |
|---|---|---|---|---|---|
| Document Nationality | : UAE | Issuing Date | : 26.10.2020 | Expiry Date | : 25.10.2023 |
| | | Issuing Place | : | | |

| Document Type | : Unspecified | Document No. | : 201820831 | Issuing Place | : UAE |
|---|---|---|---|---|---|
| Document Nationality | : Ireland | Issuing Date | : 10.04.2016 | Expiry Date | : 10.04.2018 |
| | | Issuing Place | : | | |

| Document Type | : ID Card | Document No. | : 086199525 | Issuing Place | : UAE |
|---|---|---|---|---|---|
| Document Nationality | : UAE | Issuing Date | : 07.11.2017 | Expiry Date | : 31.12.2020 |
| | | Issuing Place | : | | |

| Document Type | : Regular Passport | Document No. | : PW1900911 | Issuing Place | : Ireland |
|---|---|---|---|---|---|
| Document Nationality | : Ireland | Issuing Date | : 06.04.2017 | Expiry Date | : 05.04.2027 |
| | | Issuing Place | : | | |

| Document Type | : Unspecified | Document No. | : 201820831 | Issuing Place | : UAE |
|---|---|---|---|---|---|
| Document Nationality | : UAE | Issuing Date | : 10.04.2016 | Expiry Date | : 10.04.2018 |
| | | Issuing Place | : | | |

| Document Type | : ID Card | Document No. | : 076822265 | Issuing Place | : UAE |
|---|---|---|---|---|---|
| Document Nationality | : UAE | Issuing Date | : 03.02.2016 | Expiry Date | : 12.01.2018 |
| | | Issuing Place | : | | |

| Document Type | : Regular Passport | Document No. | : PB1642995 | Issuing Place | : Ireland |
|---|---|---|---|---|---|
| Document Nationality | : Ireland | Issuing Date | : 01.01.1900 | Expiry Date | : 12.04.2017 |
| | | Issuing Place | : Ireland | | |

### Addresses

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Current Address | : Current Address | Emirate | : Dubai | Town/City | : Dubai | Area | : Al Aweer |
| Street | : | Home Phone | : 067011555 | Work Phone | : 043513544 | P.O. Box | : 1 |
| Pager | : | Fax | : | Mobile | : 0559287858 | | |
| Work Address | : -999 | | | Email | : | | |
| Detailed Address | : A | | | | | | |

### Residency/Visa

**1**
| Type | : Visa | Administration | : Dry Dock Port | | |
|---|---|---|---|---|---|
| Type | : | Serial | : 202451 | Year | : 2015 |
| Sponsor Administration | : Dry Dock Port | Type | : Government/Local Sponsor | No. | : 171157 |
| Arabic Name | : كفالة ذاتية لتأشيرات عند الوصول | Latin Name | : Individual Sponsor for On-Arrival Visas | | |
| Sponsor Nationality | : | | | Sponsor Address | : |

**2**
| Type | : Visa | Administration | : Dry Dock Port | | |
|---|---|---|---|---|---|
| Type | : | Serial | : 431333 | Year | : 2015 |
| Sponsor Administration | : Dry Dock Port | Type | : Government/Local Sponsor | No. | : 171157 |
| Arabic Name | : كفالة ذاتية لتأشيرات عند الوصول | Latin Name | : Individual Sponsor for On-Arrival Visas | | |
| Sponsor Nationality | : | | | Sponsor Address | : |



Radouane Zaouache
Legal Translator Approved by Ministry of Justice
Dubai - UAE - Reg.n
Arabic - English - Arabic

هاتف: ٢٣٢ ١٠ ٣٣ ٤ ٩٧١+ فاكس ٢٥٠ ١٠ ٣٣ ٤ ٩٧١+ ص.ب: ١٨٤٩١٦ دبي - إ.ع.م
Tel: +971 4 33 10 332 Fax: +971 4 33 10 250 P.O.Box 184916 - Dubai - UAE
Email: info@elaphtranslation.com    www.elaphtranslation.com



إيلاف للترجمة القانونية
Elaph Legal Translation

| 3 | Type : | Visa | Administration : | Federal Authority For Identity, Citizenship, Customs, and Port Security/Ajman | | | | |
|---|---|---|---|---|---|---|---|---|
| | Type | : | Residency | Serial | : | 139 | Year : | 2016 |
| | Sponsor Administration | : | Federal Authority For Identity, Citizenship, Customs, and Port Security/Ajman | Type | : | Companies Sponsor | No. : | 92596 |
| | Arabic Name : | دي جيه كي ميدل ايست تريدنج – م م ح | | Latin Name | : | DJK MIDDLE EAST TRADING - F Z E | | |
| | Sponsor Nationality | : | | Sponsor Address | : | | | |

| 4 | Type : | Residency | Administration : | Federal Authority For Identity, Citizenship, Customs, and Port Security/Ajman | | | | |
|---|---|---|---|---|---|---|---|---|
| | Type | : | Residency | Serial | : | 139 | Year : | 2016 |
| | Sponsor Administration | : | Federal Authority For Identity, Citizenship, Customs, and Port Security/Ajman | Type | : | Companies Sponsor | No. : | 92596 |
| | Arabic Name : | دي جيه كي ميدل ايست تريدنج – م م ح | | Latin Name | : | DJK MIDDLE EAST TRADING - F Z E | | |
| | Sponsor Nationality | : | | Sponsor Address | : | | | |

| 5 | Type : | Visa | Administration : | Federal Authority For Identity, Citizenship, Customs, and Port Security/Dubai | | | | |
|---|---|---|---|---|---|---|---|---|
| | Type | : | Residency | Serial | : | 620486 | Year : | 2017 |
| | Sponsor Administration | : | Federal Authority For Identity, Citizenship, Customs, and Port Security/Dubai | Type | : | Companies Sponsor | No. : | 13665130 |
| | Arabic Name | : | اندستريوس لخدمات إدارة المنشآت ذ.م.م. | Latin Name : | | INDUSTRIOUS FACILITIES MANAGEMENT L.L.C. | | |
| | Sponsor Nationality | : | | Sponsor Address | : | | | |

| 6 | Type : | Residency | Administration : | Federal Authority For Identity, Citizenship, Customs, and Port Security/Dubai | | | | |
|---|---|---|---|---|---|---|---|---|
| | Type | : | Residency | Serial | : | 620486 | Year : | 2017 |
| | Sponsor Administration | : | Federal Authority For Identity, Citizenship, Customs, and Port Security/Dubai | Type | : | Companies Sponsor | No. : | 13665130 |
| | Arabic Name : | اندستريوس لخدمات إدارة المنشآت ذ.م.م. | Latin Name: | INDUSTRIOUS FACILITIES MANAGEMENT L.L.C. | | | | |
| | Sponsor Nationality | : | | Sponsor Address | : | | | |

/Seal of Federal Authority for Identity and Citizenship - General Directorate of Residency and Foreigners Affairs/








هاتف: ٣٣٢ ١٠ ٣٣ ٤ ٩٧١+ فاكس ٢٥٠ ١٠ ٣٣ ٤ ٩٧١+ ص.ب: ١٨٤٩١٦، دبي – إ.ع.م
Tel: +971 4 33 10 332 Fax: +971 4 33 10 250 P.O.Box 184916 - Dubai - UAE
Email: info@elaphtranslation.com      www.elaphtranslation.com



| المستخدم : DBI310220 | أنظمة الجنسية و الاقامة |
|---|---|
| التاريخ : 2022/11/21 | تقرير بيانات الشخص |
| الصفحة : 1/ 2 | |

**البيانات الشخصية**

| الرقم الموحد : 195762701 | وضعية الشخص : داخل الدولة | رقم الهوية : 784197715087538 |
|---|---|---|
| الاسم : دانيل جوزيف كيناهان | | |
| الاسم اللاتيني : DANIEL JOSEPH KINAHAN | | |
| الجنس : ذكر | الحالة الاجتماعية : متزوج | |
| الجنسية : ايرلندا | مكان الولادة : دبلين | فئة الشخص : مقيم |
| المهنة : شربك | تاريخ الميلاد : 1977/06/25 | البلدة : |
| اسم الام : السيده | الديانة : مسيحي | قطاع العمل : |
| رقم القيد : | المستوى التعليمي : شهادات جامعيه | |

**الوثائق**

| نوع الوثيقة : بطاقه الهوية | رقم الوثيقة : 102254445 | بلد الاصدار : الامارات |
|---|---|---|
| جنسية الوثيقة : الامارات | تاريخ الاصدار: 2020/10/26 | تاريخ الانتهاء : 2023/10/25 |
| | مكان الاصدار : | |
| نوع الوثيقة : غير محدد | رقم الوثيقة : 201820831 | بلد الاصدار : الامارات |
| جنسية الوثيقة : ايرلندا | تاريخ الاصدار: 2016/04/10 | تاريخ الانتهاء : 2018/04/10 |
| | مكان الاصدار : | |
| نوع الوثيقة : بطاقة الهوية | رقم الوثيقة : 086199525 | بلد الاصدار : الامارات |
| جنسية الوثيقة : الامارات | تاريخ الاصدار: 2017/11/07 | تاريخ الانتهاء : 2020/12/31 |
| | مكان الاصدار : | |
| نوع الوثيقة : جواز سفر عادي | رقم الوثيقة : PW1900911 | بلد الاصدار : ايرلندا |
| جنسية الوثيقة : ايرلندا | تاريخ الاصدار: 2017/04/06 | تاريخ الانتهاء : 2027/04/05 |
| | مكان الاصدار : | |
| نوع الوثيقة : غير محدد | رقم الوثيقة : 201820831 | بلد الاصدار : الامارات |
| جنسية الوثيقة : الامارات | تاريخ الاصدار: 2016/04/10 | تاريخ الانتهاء : 2018/04/10 |
| | مكان الاصدار : | |
| نوع الوثيقة : بطاقة الهوية | رقم الوثيقة : 076822265 | بلد الاصدار : الامارات |
| جنسية الوثيقة : الامارات | تاريخ الاصدار: 2016/02/03 | تاريخ الانتهاء : 2018/01/12 |
| | مكان الاصدار : | |
| نوع الوثيقة : جواز سفر عادي | رقم الوثيقة : PB1642995 | بلد الاصدار : ايرلندا |
| جنسية الوثيقة : ايرلندا | تاريخ الاصدار: 1900/01/01 | تاريخ الانتهاء : 2017/04/12 |
| | مكان الاصدار: IRELAND | |

**العناوين**

| العنوان الحالي : العنوان الحالي | الامارة : دبي | المدينة أو البلدة : دبي | المنطقة : منطقة العوير |
|---|---|---|---|
| الشارع : | هاتف المنزل : 067011555 | هاتف العمل : 043513544 | ص ب : 1 |
| النداء : | الفاكس : | الهاتف المتحرك : 0559287858 | |
| عنوان العمل : -999.. | | البريد الالكتروني : | |
| العنوان التفصيلي : A | | | |





Radouane Zaouache
Certified Legal Translator Approved by Ministry of Justice
Dubai – UAE – Reg. no: 548
Arabic – English – Arabic

| | | |
|---|---|---|
| المستخدم : DBI310220 | أنظمة الجنسية و الاقامة |  |
| التاريخ : 2022/11/21 | تقرير بيانات الشخص | |
| الصفحة : 2/ 2 | | |

**اقامة / تأشيرة**

**1** الصفة : تأشيرة
النوع :
ادارة الكفيل : ميناء الحوض الجاف
الأسم العربي : كفاله ذاتيه لتاشيرات عند الوصول
جنسية الكفيل:
الأدارة : ميناء الحوض الجاف
التسلسل : 202451   السنة : 2015
نوعه : كفيل حكومة / محلية   رقمه : 171157
الأسم اللاتيني : Individual Sponsor for On-Arrival Visas
عنوان الكفيل :

**2** الصفة : تأشيرة
النوع :
ادارة الكفيل : ميناء الحوض الجاف
الأسم العربي : كفاله ذاتيه لتاشيرات عند الوصول
جنسية الكفيل:
الأدارة : ميناء الحوض الجاف
التسلسل : 431333   السنة : 2015
نوعه : كفيل حكومة / محلية   رقمه : 171157
الأسم اللاتيني : Individual Sponsor for On-Arrival Visas
عنوان الكفيل :

**3** الصفة : تأشيرة
النوع : اقامة
ادارة الكفيل : الهيئة الاتحادية للهوية والجنسية والجمارك وأمن المنافذ / عجمان
الأسم العربي : دى جيه كى ميدل ايست تريدنج - م م ح
جنسية الكفيل:
الأدارة : الهيئة الاتحادية للهوية والجنسية والجمارك وأمن المنافذ / عجمان
التسلسل : 139   السنة : 2016
نوعه : كفيل شركات   رقمه : 92596
الأسم اللاتيني : DJK MIDDLE EAST TRADING - F Z E
عنوان الكفيل :

**4** الصفة : إقامة
النوع : اقامة
ادارة الكفيل : الهيئة الاتحادية للهوية والجنسية والجمارك وأمن المنافذ / عجمان
الأسم العربي : دى جيه كى ميدل ايست تريدنج - م م ح
جنسية الكفيل:
الأدارة : الهيئة الاتحادية للهوية والجنسية والجمارك وأمن المنافذ / عجمان
التسلسل : 139   السنة : 2016
نوعه : كفيل شركات   رقمه : 92596
الأسم اللاتيني : DJK MIDDLE EAST TRADING - F Z E
عنوان الكفيل :

**5** الصفة : تأشيرة
النوع : اقامة
ادارة الكفيل : الهيئة الاتحادية للهوية والجنسية والجمارك وأمن المنافذ / دبى
الأسم العربي : اندستريوس لخدمات إدارة المنشآت ذ.م.م
جنسية الكفيل:
الأدارة : الهيئة الاتحادية للهوية والجنسية والجمارك وأمن المنافذ / دبى
التسلسل : 620486   السنة : 2017
نوعه : كفيل شركات   رقمه : 13665130
الأسم اللاتيني : NDUSTRIOUS FACILITIES MANAGEMENT L.L
عنوان الكفيل :

**6** الصفة : إقامة
النوع : اقامة
ادارة الكفيل : الهيئة الاتحادية للهوية والجنسية والجمارك وأمن المنافذ / دبى
الأسم العربي : اندستريوس لخدمات إدارة المنشآت ذ.م.م
جنسية الكفيل:
الأدارة : الهيئة الاتحادية للهوية والجنسية والجمارك وأمن المنافذ / دبى
التسلسل : 620486   السنة : 2017
نوعه : كفيل شركات   رقمه : 13665130
الأسم اللاتيني : NDUSTRIOUS FACILITIES MANAGEMENT L.L
عنوان الكفيل :





