20-cv-02618-JWH (KKx)

# PLAINTIFF'S EXHIBIT D

*Assigned Declarer Report*
*For Daniel Kinahan*



إيلاف للترجمة القانونية
**Elaph Legal Translation**

**Department of Judicial Declarations Delivery Service**
**Aramex**
**Courts Project**
**Receiving Date: 14.12.2022**
**Dubai Courts – Aramex – Al Barsha Baranch**
**Dubai Al-Barsha Court – Aramex**

*47539504670*

### Assigned Declarer Report

| | | |
|---|---|---|
| **Notifying Party** | : | Moses Heredia     For Guidance     :     044270845 |
| **Exhibit No.** | : | 431725/1/2022 |
| **Notified Party** | : | Daniel Kinahan |
| **Notified Party Address** | : | Port Saeed – Etihad Road – Crystal Business Center – Office No. 602 – Phone: 043513544 |

INDUSTRIOUS FACILITIES MANAGEMENT L.L.C

On this Thursday, 15.12.2022, at 8:15 (am/pm), I, Ibrahim Abd Allah, the Assigned Declarer by Dubai Courts has moved to the address of the Notified Party shown above, and found that the center name has changed to (Smart Zoom) /illegible/, and by asking Ms. /illegible/, an employee at the Center, she stated that she does not know the place of the Notified Party /illegible/, therefore, the Declaration could not be delivered, also she stated that she does not know INDUSTRIOUS FACILITIES MANAGEMENT L.L.C as the address of the Notified Party.

| | | | | |
|---|---|---|---|---|
| **Receiver Name** | : | **Assigned Declarer Signature** | : | /signed/ |
| **Class** | : | **Assigned Declarer Seal** | : | /Seal of Ibrahim Abd Allah/ |
| **ID No.** | : | | | |
| **Signature** | : | | | |

Task No.              Audit Seal
   X          /seal reading: audit done – Aramex/








هاتف: ٣٣٢ ١٠ ٣٣ ٤ ٩٧١+ فاكس ٢٥٠ ١٠ ٣٣ ٤ ٩٧١+ ص.ب: ١٨٤٩١٦، دبي – إ.ع.م
Tel: +971 4 33 10 332 Fax: +971 4 33 10 250 P.O.Box 184916 - Dubai - UAE
Email: info@elaphtranslation.com          www.elaphtranslation.com

| | | |
|---|---|---|
| Department of Judicial Declarations<br>Delivery Service | **aramex**<br>مشروع المحاكم – Courts Project<br>تاريخ الاستلام : 14/12/2022<br>محاكم دبي - أرامكس – فرع البرشاء<br>DUBAI AL-BARSHA COURT – ARAMEX | قسم خدمة توصيل<br>الإعلانات القضائية<br>

تقرير المكلف بالاعلان ( Report )

الـمـنذر : مرسيدس ميرديا      للارشاد: 044270845

رقم المحرر : 431725 / 2022/1

الـمنذر اليه : دانيل كينامان

عنوان المنذر اليه : بورسعيد – شارع الاتحاد – كريستال بزنس سنتر – مكتب 602 – هاتف:043513544
اندستريوس لخدمات ادارة المنشات ذ م م

إنه في يوم الخميس المـوافق 15/ 12 / 2022 في الساعة 8:15 /صباحا / مساءا
انتقلت أنا _____ المكلف بالاعلان من قبل محاكم دبي الى عنوان
المطلوب اعلانه الموضح أعلاه وهناك _____
_____
_____
_____
_____

| | |
|---|---|
| اسم المستلم : | توقيع المكلف بالاعلان : |
| الصفة : | ختم المكلف بالاعلان : إبراهيم عبدالله |
| هوية رقم : | |
| التوقيع : | ختم التدقيق : تم التدقيق ارامكس |
| رقم المهمة : X | |

