20-cv-02618-JWH (KKx)

# PLAINTIFF'S EXHIBIT F

*Newspaper Publication Report*
*For Daniel Kinahan*



THE GULF TIME
DATE: 20-01-2023

# GOVERNMENT OF DUBAI
# DUBAI COURTS

## Notice and Payment Order with Announcement No.: (240/2023)

**Notice by / Warner: MOSES HEREDIA**

**Notice to / Warnee: DANIEL KINAHAN**
**(Unknown Residency)**

Pursuant to this Notice, the Warner hereby warns the Warnee with the necessity of attending in the Civil Lawsuit no.: (CV-02618-JW (KKx) 5:20) filed before the District Court of California State in USA and filing your defense memo before the Court. In case of not receiving a response from your side, the Court shall issue a Judgement in absentia against you.

**Notary Public**
**//Handwritten Signature//**




# حكومة دبي
## محاكم دبي

70459

العدد ١٣٧٥٢ بتاريخ ٢٠٢٣/١/١٩

إنذار وتكليف بالوفاء بالنشر

رقم (239/2023)

المنذر : موسيز هيرديا

المنذر إليها : ام تي كيه جلوبال سبورتس مانجمنت ذ.م.م

(مجهول محل الإقامة)

بموجب هذا الانذار تنذر المنذر - المنذر إليها - ويكلفها بضرورة الحضور في دعوى مدنية رقم 5:20 ((KKx) CV-02618-JW مرفوعة لدى المحكمة الجزئية لمقاطعة كاليفورنيا بالولايات المتحدة الامريكية، وإيداع مذكرة بدفاعكم لدى المحكمة ، وفي حال عدم ردكم ، سوف تصدر المحكمة حكماً غيابياً بحقكم.

الكاتب العدل