UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:20-cv-02618-JWH(KKx) | Date | March 31, 2023 |
| Title | *Heredia, et al v. MTK Global Sports Management, LLC, et al.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Clarissa Lara | Sharon Seffens |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Eric S. Montalvo | None |
| Rajan Olarita Dhungana | |

**Proceedings:**   HEARING RE: STATUS CONFERENCE

Counsel state their appearances. The Court confers with counsel regarding the posture of the case.

The Court **DIRECTS** counsel to file a joint status report on or before August 18, 2023, advising the Court of the posture of the case. The Court **SETS** a Status Conference for August 25, 2023, at 11:00 a.m., in person.

The Court **DEFERS** setting a trial schedule.

**IT IS SO ORDERED.**

Time: 00:16
Initials of Preparer: cla