

NEOPOST
04/18/2023
US POSTAGE $001.
ZIP 9
041M11



# PARACORP

Nationwide Registered Agent Services
PO Box 160568
Sacramento, CA 95816-0568

Address Service Requested







April 14th, 2023

**UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE ST RM 180**
**LOS ANGELES, CA 90012**


**Re: MTK GLOBAL USA, LLC**

To Whom It May Concern:

Our office is in receipt of the enclosed Service of Process for the above-referenced company.  Paracorp
Incorporated is no longer the registered agent for **MTK GLOBAL USA, LLC in CALIFORNIA**.

Please find enclosed the original documents.  We are returning these for immediate attention. If
you have any questions, please do not hesitate to contact Leticia Herrera, Manager, at: (888) 272-
3725.

Thank you,

**Vanessa Flanagan**
**Paracorp Incorporated**
**2804 Gateway Oaks**
**#100**
**Sacramento, CA 95833**
**Tel: (888) 272-3725**

Case: 5:20cv2618  Doc: 143



MTK Global USA, LLC
2140 S Dupont Hwy
Camden, DE 19934

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<35609451@cacd.uscourts.gov>Subject:Activity in Case 5:20-cv-02618-JWH-KK
Heredia et al v. MTK Global Sports Management, LLC et al Status Conference - optional html form
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 4/3/2023 at 10:13 AM PDT and filed on 3/31/2023

| | |
|---|---|
| **Case Name:** | Heredia et al v. MTK Global Sports Management, LLC et al |
| **Case Number:** | 5:20-cv-02618-JWH-KK |
| **Filer:** | |
| **Document Number:** | 143 |

**Docket Text:**
**MINUTES OF HEARING RE: STATUS CONFERENCE held before Judge John W. Holcomb.
The Court DIRECTS counsel to file a joint status report on or beforeAugust 18, 2023, advising
the Court of the posture of the case. The Court SETS a Status Conference for August 25, 2023,
at 11:00 a.m., in person. Court Reporter: Sharon Seffens. (lom)**

**5:20-cv-02618-JWH-KK Notice has been electronically mailed to:**
Eric S. Montalvo    emontalvo@fedpractice.com
Ricardo P Cestero    calendar@greenbergglusker.com, rcestero@ggfirm.com, bgarza@ggfirm.com,
jgore@ggfirm.com
Rajan Olarita Dhungana    rdhungana@fedpractice.com, docketclerk@fedpractice.com,
clagarde@fedpractice.com
David S Harris    dharris@willenken.com, david@harrislitigation.com
John K. Ly    jly@lianglyllp.com, moz@lianglyllp.com
Jason L. Liang    moz@lianglyllp.com, jliang@lianglyllp.com
David R. Keesling    dkeesling@fedpractice.com
Joshua Michael Geller    calendar@greenbergglusker.com, knicolas@greenbergglusker.com,
jgeller@ggfirm.com, jgeller@greenbergglusker.com
**5:20-cv-02618-JWH-KK Notice has been delivered by First Class U. S. Mail or by other means
<u>BY THE FILER</u> to :**
MTK Global USA, LLC
2140 S Dupont Hwy

Camden DE 19934
US

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES -
GENERAL

| Case No. | 5:20-cv-02618-JWH(KKx) | Date | March 31, 2023 |
|---|---|---|---|
| Title | *Heredia, et al v. MTK Global Sports Management, LLC, et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Sharon Seffens |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Eric S. Montalvo | None |
| Rajan Olarita Dhungana | |

**Proceedings:    HEARING RE: STATUS CONFERENCE**

Counsel state their appearances.  The Court confers with counsel regarding the posture of the case.

The Court **DIRECTS** counsel to file a joint status report on or before August 18, 2023, advising the Court of the posture of the case.  The Court **SETS** a Status Conference for August 25, 2023, at 11:00 a.m., in person.

The Court **DEFERS** setting a trial schedule.

**IT IS SO ORDERED.**

Time:  <u>00:16</u>
Initials of Preparer: cla