Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No.: 5:20-cv-02618-JWH-KKx<br><br>**PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DANIEL KINAHAN**<br><br>Courtroom: 9D<br>Judge: Hon. John W. Holcomb |

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DANIEL KINAHAN - 1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Moses Heredia ("Heredia"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully requests that the Clerk enter a default judgment against Defendant Daniel Kinahan ("Kinahan") on the grounds that Kinahan failed to answer or otherwise plead in response to service with Heredia's Third Amended Complaint by February 10, 2023, as required by Fed. R. Civ. P. 12. Affidavit of Rajan O. Dhungana, ¶¶ 1-23; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 1-30.

On September 11, 2022, Heredia gave a notarized Power of Attorney to Jouslin Chibli Khairallah of Khairallah Advocates & Legal Consultants for the express purpose of effecting service of the Summons and Third Amended Complaint herein upon Kinahan in the United Arab Emirates.  Affidavit of Rajan O. Dhungana, ¶ 4; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶ 5.

On December 13, 2022, Ms. Khairallah caused a copy of the Summons and Third Amended Complaint to be delivered to the Dubai Courts Notary Public for service upon Kinahan. Affidavit of Rajan O. Dhungana, ¶ 5; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶ 9.

On December 15, 2022, an Assigned Declarer acting on behalf of the Dubai Courts traveled to the address of Industrious Facilities Management, LLC, listed as

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DANIEL KINAHAN - 2

the sponsor of Kinahan's visa in the United Arab Emirates. The Assigned Declarer was unable to locate Industrious Facilities Management at the given address, and no person located at the address knew the location of said entity, or of Kinahan. Affidavit of Rajan O. Dhungana, ¶ 7; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 18-21. Ms. Khairallah engaged Tableegh Legal Notification Services, LLC to attempt service by Mr. Kinahan by text message on the mobile phone number listed on his official documents; however, the message could not be delivered. Affidavit of Rajan O. Dhungana, ¶ 7; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 22-23.

Based on the failures of the foregoing efforts to serve Kinahan directly, Ms. Khairallah petitioned the Dubai Courts to serve Kinahan via publication of notices in newspapers printed in English and Arabic. Affidavit of Rajan O. Dhungana, ¶ 8; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 24-25.

The Dubai Courts granted permission for service upon Kinahan via publication on January 18, 2023. Kinahan was served by notification in the Arabic newspaper Al Fajr on January 19, 2023, and in the English newspaper The Gulf Time on January 20, 2023. Affidavit of Rajan O. Dhungana, ¶¶ 8-9; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 26-27. Under Article 9(3) of Federal Decree-Law No. (42) of 2022 Enacting the Civil Procedure Code of the United Arab

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DANIEL KINAHAN - 3

Emirates, this constituted valid service. Affidavit of Rajan O. Dhungana, ¶ 9; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶ 28. Service upon Kinahan by the means described above complies with Fed. R. Civ. P. 4(f)(2)(A). Affidavit of Rajan O. Dhungana, ¶ 10.

Defendant Daniel Kinahan was required to file an answer or otherwise plead in response to service with Heredia's Third Amended Complaint by not later than February 11, 2023. Fed. R. Civ. P. 12. To date, Kinahan has filed no answer or responsive pleading, nor has entry of appearance been made on its behalf by counsel. Therefore, Heredia is entitled to petition the Clerk to enter Kinahan into default.

Plaintiff Moses Heredia therefore requests that Defendant Daniel Kinahan be entered into default.

Dated: May 5, 2023                                    Respectfully submitted,

/s/ Rajan O. Dhungana
Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905

*Attorneys for Plaintiff*
Moses Heredia