Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

## (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>      Defendants. | Case No.: 5:20-cv-02618-JWH-KKx<br><br>**AFFIDAVIT OF RAJAN O. DHUNGANA**<br><br>Courtroom:   9D<br>Judge:        Hon. John W. Holcomb |

AFFIDAVIT OF RAJAN O. DHUNGANA - 1

## AFFIDAVIT OF RAJAN O. DHUNGANA

I, Rajan O. Dhungana, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this court. I am a partner in the law firm The Federal Practice Group. I make this declaration of my own personal knowledge and could and would so testify if called.

2. Plaintiff Moses Heredia filed his Complaint against Defendants MTK Global Sports Management, LLC, MTK Global USA, LLC, Golden Boy Promotions, Inc., Paul D. Gibson, and Daniel Kinahan on December 18, 2020. [ECF 1].

3. Plaintiff filed the operative Third Amended Complaint on April 29, 2022. [ECF 85].

4. On September 11, 2022, Plaintiff engaged Jouslin Chibli Khairallah of Khairallah Advocates & Legal Consultants to accomplish service of the Summons and Third Amended Complaint upon Defendants MTK Global Sports Management, LLC and Daniel Kinahan in the United Arab Emirates. Ms. Khairallah's efforts to serve Defendants MTK Global and Kinahan are known to me personally, and are documented by her Declaration filed of record with this Court on March 30, 2023. [ECF 142].

AFFIDAVIT OF RAJAN O. DHUNGANA - 2

5. On December 13, 2022, Ms. Khairallah caused a copy of the Summons and Third Amended Complaint to be delivered to the Dubai Courts Notary Public for service.

6. On December 15, 2022, an Assigned Declarer acting on behalf of the Dubai Courts traveled to the last known address of MTK Global Sports Management, LLC to attempt service. MTK Global Sports Management, LLC could not be located at their last known address. The Assigned Declarer attempted to call MTK Global Sports Management, LLC at their listed phone number, but it was disconnected.

7. On December 15, 2022, the Assigned Declarer traveled to the address of Industrious Facilities Management LLC, the sponsor of Daniel Kinahan's visa in the United Arab Emirates, in attempt to serve him there. Industrious Facilities Management LLC could not be located at the address, and no person present knew the location of the entity, or of Daniel Kinahan. Ms. Khairallah sought the services of Tableegh Legal Notification Services, LLC to attempt service by Mr. Kinahan by text message on the mobile phone number listed on his official documents; however, the message could not be delivered.

8. Based on the failed attempts to serve MTK Global Sports Management, LLC and Daniel Kinahan by the methods described above, Ms. Khairallah sought permission of the Dubai Courts to serve the defendants via publication. Permission for service by publication was granted by the Dubai Courts on January 18, 2023.

AFFIDAVIT OF RAJAN O. DHUNGANA - 3

9. Defendants MTK Global Sports Management, LLC and Daniel Kinahan were served via publication in the Arabic newspaper Al Fajr on January 19, 2023, and the English newspaper The Gulf Times on January 20, 2023. Upon information, this constitutes valid service under the laws of the United Arab Emirates.

10. Under Fed. R. Civ. P. 4(f)(2)(A), the service methods described above satisfy the requirements for service upon individuals in a foreign country by compliance with the foreign country's laws of service.

11. Based on the service date of January 20, 2023, Defendants MTK Global Sports Management, LLC and Daniel Kinahan were required to answer or otherwise plead by not later than February 11, 2023. Fed. R. Civ. P. 12.

12. Pursuant to Fed. R. Civ. P. 55(a), when party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

13. Plaintiff Moses Heredia has satisfied all conditions for entry of default against Defendants MTK Global Sports Management, LLC and Daniel Kinahan.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed this 25 day of April, 2023, at Anaheim, California.

DATE: May 1, 2023

_____
Rajan O. Dhungana