Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No.: 5:20-cv-02618-JWH-KKx<br><br>**PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MTK GLOBAL SPORTS MANAGEMENT, LLC**<br><br>Courtroom:   9D<br>Judge:   Hon. John W. Holcomb |

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MTK GLOBAL SPORTS MANAGEMENT, LLC - 1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Moses Heredia ("Heredia"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully requests that the Clerk enter a default judgment against Defendant MTK Global Sports Management, LLC ("MTK Global") on the grounds that MTK Global failed to answer or otherwise plead in response to service with Heredia's Third Amended Complaint by February 10, 2023, as required by Fed. R. Civ. P. 12. Affidavit of Rajan O. Dhungana, ¶¶ 1-23; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 1-30.

On September 11, 2022, Heredia gave a notarized Power of Attorney to Jouslin Chibli Khairallah of Khairallah Advocates & Legal Consultants for the express purpose of effecting service of the Summons and Third Amended Complaint herein upon MTK Global in the United Arab Emirates. Affidavit of Rajan O. Dhungana, ¶ 4; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶ 5.

On December 13, 2022, Ms. Khairallah caused a copy of the Summons and Third Amended Complaint to be delivered to the Dubai Courts Notary Public for service upon MTK Global. Affidavit of Rajan O. Dhungana, ¶ 5; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶ 9.

On December 15, 2022, an Assigned Declarer acting on behalf of the Dubai Courts traveled to the last known address of MTK Global. The Assigned Declarer

was unable to locate MTK Global at the last known address, and the telephone number associated with MTK Global was disconnected. Affidavit of Rajan O. Dhungana, ¶ 6; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 10-11.

Ms. Khairallah carried out an investigation through the National Economic Register, but could find no new address for MTK Global. Accordingly, she petitioned the Dubai Courts to serve MTK Global via publication of notices in newspapers printed in English and Arabic. Affidavit of Rajan O. Dhungana, ¶ 8; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 13-14.

The Dubai Courts granted permission for service upon MTK Global via publication on January 18, 2023. MTK Global was served by notification in the Arabic newspaper Al Fajr on January 19, 2023, and in the English newspaper The Gulf Time on January 20, 2023. Affidavit of Rajan O. Dhungana, ¶¶ 8-9; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 14-16. Under Article 9(3) of Federal Decree-Law No. (42) of 2022 Enacting the Civil Procedure Code of the United Arab Emirates, this constituted valid service. Affidavit of Rajan O. Dhungana, ¶ 9; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶ 17. Service upon MTK Global by the means described above complies with Fed. R. Civ. P. 4(f)(2)(A). Affidavit of Rajan O. Dhungana, ¶ 10.

Defendant MTK Global was required to file an answer or otherwise plead in response to service with Heredia's Third Amended Complaint by not later than February 11, 2023. Fed. R. Civ. P. 12. To date, MTK Global has filed no answer or responsive pleading, nor has entry of appearance been made on its behalf by counsel. Therefore, Heredia is entitled to petition the Clerk to enter MTK Global into default.

Plaintiff Moses Heredia therefore requests that Defendant MTK Global Sports Management, LLC be entered into default.

Dated: May 1, 2023                                  Respectfully submitted,

/s/ Rajan O. Dhungana
Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905

*Attorneys for Plaintiff*
Moses Heredia