1  Rajan O. Dhungana (SBN: 297794)
2  rdhungana@fedpractice.com
3  Eric S. Montalvo (*Pro Hac Vice*)
   emontalvo@fedpractice.com
4  FEDERAL PRACTICE GROUP
   431 N Brookhurst St, Suite 130
5  Anaheim, CA 92801
6  Telephone: (310) 795-6905
7  *Attorney for Plaintiff*
   Moses Heredia

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>   Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>   Defendants. | Case No.: 5:20-cv-02618-JWH-KKx<br><br>**PROPOSED ORDER GRANTING PLAINTIFF MOSES HEREDIA'S MOTION TO ENTER DEFAULT JUDGMENT AS TO DEFENDANT DANIEL KINAHAN**<br><br>Courtroom:   9D<br>Judge: Hon. John W. Holcomb |

**[PROPOSED] ORDER GRANTING PLAINTIFF MOSES HEREDIA'S MOTION TO ENTER DEFAULT JUDGMENT AS TO DEFENDANT MTK GLOBAL USA LLC**

PROPOSED ORDER GRANTING PLAINTIFF MOSES HEREDIA'S MOTION TO ENTER DEFAULT JUDGMENT AS TO DEFENDANT MTK GLOBAL USA LCC - 1

Upon consideration of Plaintiff's Motion to Enter Default Judgment, the Court finds that there is good cause to grant Plaintiff's motion. The Court therefore orders as follows:

1. The Court finds that entry of default judgment is appropriate as to Defendant MTK Global USA, LLC on all counts alleged against said Defendant as to the issue of Defendant MTK Global USA, LLC's liability for said allegations ONLY; and

2. That the Plaintiff has previously been given permission by this Court to conduct discovery into the nature of his damages caused by this Defendant, and that Plaintiff shall be permitted to continue such process, and that the issue of damages shall be reserved for future hearing before this Court, upon application of the Plaintiff.

**IT IS SO ORDERED.**

**Dated:**

                                      Honorable John W. Holcomb
                                      UNITED STATES DISTRICT JUDGE