Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorney for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>　　　　Defendants. | Case No.: 5:20-cv-02618-JWH-KKx<br><br>**PROPOSED ORDER GRANTING PLAINTIFF MOSES HEREDIA'S MOTION TO ENTER DEFAULT JUDGMENT AS TO DEFENDANT DANIEL KINAHAN**<br><br>Courtroom:　　9D<br>Judge: Hon. John W. Holcomb |

**[PROPOSED] ORDER GRANTING PLAINTIFF MOSES HEREDIA'S MOTION TO ENTER DEFAULT JUDGMENT AS TO DEFENDANT MTK GLOBAL SPORTS MANAGEMENT LLC**

PROPOSED ORDER GRANTING PLAINTIFF MOSES HEREDIA'S MOTION TO ENTER DEFAULT JUDGMENT AS TO DEFENDANT MTK GLOBAL SPORTS MANAGEMENT LCC - 1

Upon consideration of Plaintiff's Motion to Enter Default Judgment, the Court finds that there is good cause to grant Plaintiff's motion. The Court therefore orders as follows:

1. The Court finds that entry of default judgment is appropriate as to Defendant MTK Global Sports Management, LLC on all counts alleged against said Defendant as to the issue of Defendant MTK Global Sports Management, LLC's liability for said allegations ONLY; and

2. That the Plaintiff is permitted, pursuant to Fed. R. Civ. P. 55(b), to conduct discovery against the Defendant in order to develop evidence of his damages, the issue of which shall be taken up by the Court at a subsequent time upon Plaintiff's application.

**IT IS SO ORDERED.**

**Dated:**

Honorable John W. Holcomb
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER GRANTING PLAINTIFF MOSES HEREDIA'S MOTION TO ENTER DEFAULT JUDGMENT AS TO DEFENDANT MTK GLOBAL SPORTS MANAGEMENT LCC - 2