



May 26th, 2023

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**255 EAST TEMPLE ST, RM 180**
**LOS ANGELES, CA 90012**


**Re: MTK GLOBAL USA, LLC**

To Whom It May Concern:

Our office is in receipt of the enclosed Service of Process for the above-referenced company. Paracorp Incorporated is no longer the registered agent for **MTK GLOBAL USA, LLC in DELAWARE**.

Please find enclosed the original documents. We are returning these for immediate attention. If you have any questions, please do not hesitate to contact Leticia Herrera, Manager, at: (888) 272-3725.

Thank you,

**Vanessa Flanagan**
**Paracorp Incorporated**
**2804 Gateway Oaks**
**#100**
**Sacramento, CA 95833**
**Tel: (888) 272-3725**

Case: 5:20cv2618  Doc: 146

    MTK Global USA, LLC
2140 S Dupont Hwy
Camden, DE 19934

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<35767128@cacd.uscourts.gov>Subject:Activity in Case 5:20-cv-02618-JWH-KK
Heredia et al v. MTK Global Sports Management, LLC et al Motion for Clerk to Enter Default
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered by Dhungana, Rajan on 5/1/2023 at 4:27 PM PDT and filed on
5/1/2023

| | |
|---|---|
| **Case Name:** | Heredia et al v. MTK Global Sports Management, LLC et al |
| **Case Number:** | 5:20-cv-02618-JWH-KK |
| **Filer:** | Heredia Boxing Management, Inc. |
| | Moses Heredia |
| **Document Number:** | 146 |

**Docket Text:**
**APPLICATION for Clerk to Enter Default against Defendant MTK Global Sports
Management, LLC filed by Plaintiffs Heredia Boxing Management, Inc., Moses Heredia.
(Attachments: # (1) Affidavit Affidavit of Rajan O. Dhungana) (Dhungana, Rajan)**

**5:20-cv-02618-JWH-KK Notice has been electronically mailed to:**
David R. Keesling    dkeesling@fedpractice.com
David S Harris    dharris@willenken.com, david@harrislitigation.com
Eric S. Montalvo    emontalvo@fedpractice.com
Jason L. Liang    jliang@lianglyllp.com, moz@lianglyllp.com
John K. Ly    jly@lianglyllp.com, moz@lianglyllp.com
Joshua Michael Geller    jgeller@ggfirm.com, calendar@greenbergglusker.com,
jgeller@greenbergglusker.com, knicolas@greenbergglusker.com
Rajan Olarita Dhungana    rdhungana@fedpractice.com, clagarde@fedpractice.com,
docketclerk@fedpractice.com
Ricardo P Cestero    rcestero@ggfirm.com, bgarza@ggfirm.com, calendar@greenbergglusker.com,
jgore@ggfirm.com
**5:20-cv-02618-JWH-KK Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
MTK Global USA, LLC

2140 S Dupont Hwy
Camden, DE 19934

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\2023.05.01 - Application for Default - MTK Global.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/1/2023] [FileNumber=35767126-0]
[34e8f92956371c9d5f76643f50aac795d15c7c3b028818e2064729e5f27f2d42d5e0
354ec50f65a8e925048c9abd5a87504cf71ebb50fc66b0345406d9585e5d]]
**Document description:**Affidavit Affidavit of Rajan O. Dhungana
**Original filename:**C:\fakepath\2023.05.01 - Application for Default - Rajan Affidavit for MTK
Global and Kinahan.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/1/2023] [FileNumber=35767126-1]
[b9f91e5ea1d974548e1e86ce07222ff1971bb2fc8ced55a1a88f44284afd6731dba4
62e8bcbad2a36abfd15a0e7e827d31d9ca021140ccedd9955ddac77c308a]]

1  Rajan O. Dhungana (SBN: 297794)
2  rdhungana@fedpractice.com
   Eric S. Montalvo (*Pro Hac Vice*)
3  emontalvo@fedpractice.com
4  Federal Practice Group
   431 N Brookhurst St, Suite 130
5  Anaheim, CA 92801
6  Telephone: (310) 795-6905
7  *Attorneys for Plaintiff*
   Moses Heredia
8
9              **UNITED STATES DISTRICT COURT**
10             **CENTRAL DISTRICT OF CALIFORNIA**
11                  **(EASTERN DIVISION)**
12

| 13 MOSES HEREDIA, | Case No.: 5:20-cv-02618-JWH-KKx |
|---|---|
| 14 Plaintiff, | **PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF** |
| 15 vs. | **DEFAULT AGAINST DEFENDANT MTK GLOBAL SPORTS** |
| 16 | **MANAGEMENT, LLC** |
| 17 MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL | Courtroom:    9D |
| 18 USA, LLC; GOLDEN BOY | Judge:        Hon. John W. Holcomb |
| 19 PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN, | |
| 20          Defendants. | |

21
22
23
24
25
26
27
28

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MTK
GLOBAL SPORTS MANAGEMENT, LLC - 1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Moses Heredia ("Heredia"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully requests that the Clerk enter a default judgment against Defendant MTK Global Sports Management, LLC ("MTK Global") on the grounds that MTK Global failed to answer or otherwise plead in response to service with Heredia's Third Amended Complaint by February 10, 2023, as required by Fed. R. Civ. P. 12. Affidavit of Rajan O. Dhungana, ¶¶ 1-23; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 1-30.

On September 11, 2022, Heredia gave a notarized Power of Attorney to Jouslin Chibli Khairallah of Khairallah Advocates & Legal Consultants for the express purpose of effecting service of the Summons and Third Amended Complaint herein upon MTK Global in the United Arab Emirates. Affidavit of Rajan O. Dhungana, ¶ 4; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶ 5.

On December 13, 2022, Ms. Khairallah caused a copy of the Summons and Third Amended Complaint to be delivered to the Dubai Courts Notary Public for service upon MTK Global. Affidavit of Rajan O. Dhungana, ¶ 5; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶ 9.

On December 15, 2022, an Assigned Declarer acting on behalf of the Dubai Courts traveled to the last known address of MTK Global. The Assigned Declarer

was unable to locate MTK Global at the last known address, and the telephone number associated with MTK Global was disconnected. Affidavit of Rajan O. Dhungana, ¶ 6; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 10-11.

Ms. Khairallah carried out an investigation through the National Economic Register, but could find no new address for MTK Global. Accordingly, she petitioned the Dubai Courts to serve MTK Global via publication of notices in newspapers printed in English and Arabic. Affidavit of Rajan O. Dhungana, ¶ 8; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 13-14.

The Dubai Courts granted permission for service upon MTK Global via publication on January 18, 2023. MTK Global was served by notification in the Arabic newspaper Al Fajr on January 19, 2023, and in the English newspaper The Gulf Time on January 20, 2023. Affidavit of Rajan O. Dhungana, ¶¶ 8-9; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 14-16. Under Article 9(3) of Federal Decree-Law No. (42) of 2022 Enacting the Civil Procedure Code of the United Arab Emirates, this constituted valid service. Affidavit of Rajan O. Dhungana, ¶ 9; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶ 17. Service upon MTK Global by the means described above complies with Fed. R. Civ. P. 4(f)(2)(A). Affidavit of Rajan O. Dhungana, ¶ 10.

Defendant MTK Global was required to file an answer or otherwise plead in response to service with Heredia's Third Amended Complaint by not later than February 11, 2023. Fed. R. Civ. P. 12. To date, MTK Global has filed no answer or responsive pleading, nor has entry of appearance been made on its behalf by counsel. Therefore, Heredia is entitled to petition the Clerk to enter MTK Global into default.

Plaintiff Moses Heredia therefore requests that Defendant MTK Global Sports Management, LLC be entered into default.

Dated: May 1, 2023

Respectfully submitted,

/s/ Rajan O. Dhungana
Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905

*Attorneys for Plaintiff*
Moses Heredia

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MTK GLOBAL SPORTS MANAGEMENT, LLC - 4

Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| MOSES HEREDIA, | Case No.: 5:20-cv-02618-JWH-KKx |
|---|---|
| Plaintiff, | **AFFIDAVIT OF RAJAN O. DHUNGANA** |
| vs. | |
| | Courtroom:     9D |
| MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN, | Judge:          Hon. John W. Holcomb |
| Defendants. | |

AFFIDAVIT OF RAJAN O. DHUNGANA - 1

## AFFIDAVIT OF RAJAN O. DHUNGANA

I, Rajan O. Dhungana, state and declare as follows:

1.      I am an attorney duly licensed to practice law in the State of California and admitted to practice before this court. I am a partner in the law firm The Federal Practice Group.  I make this declaration of my own personal knowledge and could and would so testify if called.

2.      Plaintiff Moses Heredia filed his Complaint against Defendants MTK Global Sports Management, LLC, MTK Global USA, LLC, Golden Boy Promotions, Inc., Paul D. Gibson, and Daniel Kinahan on December 18, 2020. [ECF 1].

3.      Plaintiff filed the operative Third Amended Complaint on April 29, 2022. [ECF 85].

4.      On September 11, 2022, Plaintiff engaged Jouslin Chibli Khairallah of Khairallah Advocates & Legal Consultants to accomplish service of the Summons and Third Amended Complaint upon Defendants MTK Global Sports Management, LLC and Daniel Kinahan in the United Arab Emirates. Ms. Khairallah's efforts to serve Defendants MTK Global and Kinahan are known to me personally, and are documented by her Declaration filed of record with this Court on March 30, 2023. [ECF 142].

AFFIDAVIT OF RAJAN O. DHUNGANA - 2

5.      On December 13, 2022, Ms. Khairallah caused a copy of the Summons and Third Amended Complaint to be delivered to the Dubai Courts Notary Public for service.

6.      On December 15, 2022, an Assigned Declarer acting on behalf of the Dubai Courts traveled to the last known address of MTK Global Sports Management, LLC to attempt service. MTK Global Sports Management, LLC could not be located at their last known address. The Assigned Declarer attempted to call MTK Global Sports Management, LLC at their listed phone number, but it was disconnected.

7.      On December 15, 2022, the Assigned Declarer traveled to the address of Industrious Facilities Management LLC, the sponsor of Daniel Kinahan's visa in the United Arab Emirates, in attempt to serve him there. Industrious Facilities Management LLC could not be located at the address, and no person present knew the location of the entity, or of Daniel Kinahan. Ms. Khairallah sought the services of Tableegh Legal Notification Services, LLC to attempt service by Mr. Kinahan by text message on the mobile phone number listed on his official documents; however, the message could not be delivered.

8.      Based on the failed attempts to serve MTK Global Sports Management, LLC and Daniel Kinahan by the methods described above, Ms. Khairallah sought permission of the Dubai Courts to serve the defendants via publication. Permission for service by publication was granted by the Dubai Courts on January 18, 2023.

AFFIDAVIT OF RAJAN O. DHUNGANA - 3

9.      Defendants MTK Global Sports Management, LLC and Daniel Kinahan were served via publication in the Arabic newspaper Al Fajr on January 19, 2023, and the English newspaper The Gulf Times on January 20, 2023. Upon information, this constitutes valid service under the laws of the United Arab Emirates.

10.     Under Fed. R. Civ. P. 4(f)(2)(A), the service methods described above satisfy the requirements for service upon individuals in a foreign country by compliance with the foreign country's laws of service.

11.     Based on the service date of January 20, 2023, Defendants MTK Global Sports Management, LLC and Daniel Kinahan were required to answer or otherwise plead by not later than February 11, 2023. Fed. R. Civ. P. 12.

12.     Pursuant to Fed. R. Civ. P. 55(a), when party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

13.     Plaintiff Moses Heredia has satisfied all conditions for entry of default against Defendants MTK Global Sports Management, LLC and Daniel Kinahan.

        I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed this 25 day of April, 2023, at Anaheim, California.

DATE: May 1, 2023                    _____

                                     Rajan O. Dhungana

AFFIDAVIT OF RAJAN O. DHUNGANA - 4

Case: 5:20cv2618  Doc: 145

MTK Global USA, LLC
2140 S Dupont Hwy
Camden, DE 19934

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<35767091@cacd.uscourts.gov>Subject:Activity in Case 5:20-cv-02618-JWH-KK
Heredia et al v. MTK Global Sports Management, LLC et al Motion for Clerk to Enter Default
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered by Dhungana, Rajan on 5/1/2023 at 4:24 PM PDT and filed on
5/1/2023

| | |
|---|---|
| **Case Name:** | Heredia et al v. MTK Global Sports Management, LLC et al |
| **Case Number:** | 5:20-cv-02618-JWH-KK |
| **Filer:** | Heredia Boxing Management, Inc. |
| | Moses Heredia |
| **Document Number:** | 145 |

**Docket Text:**
**APPLICATION for Clerk to Enter Default against Defendant Daniel Kinahan filed by Plaintiffs
Heredia Boxing Management, Inc., Moses Heredia. (Attachments: # (1) Affidavit Affidavit of
Rajan O. Dhungana) (Dhungana, Rajan)**

**5:20-cv-02618-JWH-KK Notice has been electronically mailed to:**
David R. Keesling    dkeesling@fedpractice.com
David S Harris    dharris@willenken.com, david@harrislitigation.com
Eric S. Montalvo    emontalvo@fedpractice.com
Jason L. Liang    jliang@lianglyllp.com, moz@lianglyllp.com
John K. Ly    jly@lianglyllp.com, moz@lianglyllp.com
Joshua Michael Geller    jgeller@ggfirm.com, calendar@greenbergglusker.com,
jgeller@greenbergglusker.com, knicolas@greenbergglusker.com
Rajan Olarita Dhungana    rdhungana@fedpractice.com, clagarde@fedpractice.com,
docketclerk@fedpractice.com
Ricardo P Cestero    rcestero@ggfirm.com, bgarza@ggfirm.com, calendar@greenbergglusker.com,
jgore@ggfirm.com
**5:20-cv-02618-JWH-KK Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER to :**
MTK Global USA, LLC

2140 S Dupont Hwy
Camden, DE 19934

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\fakepath\2023.05.01 - Application for Default - Kinahan.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/1/2023] [FileNumber=35767089-0]
[5d4a5f82e8f989c3e0abf26796a2297ecf3460b484c1036202eb39b56bda99a940d9
b4bf49533d260d1e3ae985f95d9475104a86b7eded0d7f40103c9eb3d11f]]
**Document description:**Affidavit Affidavit of Rajan O. Dhungana
**Original filename:**C:\fakepath\2023.05.01 - Application for Default - Rajan Affidavit for MTK
Global and Kinahan.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=5/1/2023] [FileNumber=35767089-1]
[673fbe1506739a3270718871e7c0ce0d61c3af2e9f205484f83d9b3991d46fe74bd5
c6cbc50cf4fbe4150c57c6a99644c26c5986eaa4a6a1393f62444404d190]]

Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No.: 5:20-cv-02618-JWH-KKx<br><br>**PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DANIEL KINAHAN**<br><br>Courtroom:   9D<br>Judge:       Hon. John W. Holcomb |

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT
DANIEL KINAHAN - 1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Moses Heredia ("Heredia"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully requests that the Clerk enter a default judgment against Defendant Daniel Kinahan ("Kinahan") on the grounds that Kinahan failed to answer or otherwise plead in response to service with Heredia's Third Amended Complaint by February 10, 2023, as required by Fed. R. Civ. P. 12. Affidavit of Rajan O. Dhungana, ¶¶ 1-23; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 1-30.

On September 11, 2022, Heredia gave a notarized Power of Attorney to Jouslin Chibli Khairallah of Khairallah Advocates & Legal Consultants for the express purpose of effecting service of the Summons and Third Amended Complaint herein upon Kinahan in the United Arab Emirates. Affidavit of Rajan O. Dhungana, ¶ 4; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶ 5.

On December 13, 2022, Ms. Khairallah caused a copy of the Summons and Third Amended Complaint to be delivered to the Dubai Courts Notary Public for service upon Kinahan. Affidavit of Rajan O. Dhungana, ¶ 5; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶ 9.

On December 15, 2022, an Assigned Declarer acting on behalf of the Dubai Courts traveled to the address of Industrious Facilities Management, LLC, listed as

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DANIEL KINAHAN - 2

the sponsor of Kinahan's visa in the United Arab Emirates. The Assigned Declarer was unable to locate Industrious Facilities Management at the given address, and no person located at the address knew the location of said entity, or of Kinahan. Affidavit of Rajan O. Dhungana, ¶ 7; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 18-21. Ms. Khairallah engaged Tableegh Legal Notification Services, LLC to attempt service by Mr. Kinahan by text message on the mobile phone number listed on his official documents; however, the message could not be delivered. Affidavit of Rajan O. Dhungana, ¶ 7; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 22-23.

Based on the failures of the foregoing efforts to serve Kinahan directly, Ms. Khairallah petitioned the Dubai Courts to serve Kinahan via publication of notices in newspapers printed in English and Arabic. Affidavit of Rajan O. Dhungana, ¶ 8; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 24-25.

The Dubai Courts granted permission for service upon Kinahan via publication on January 18, 2023. Kinahan was served by notification in the Arabic newspaper Al Fajr on January 19, 2023, and in the English newspaper The Gulf Time on January 20, 2023. Affidavit of Rajan O. Dhungana, ¶¶ 8-9; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶¶ 26-27. Under Article 9(3) of Federal Decree-Law No. (42) of 2022 Enacting the Civil Procedure Code of the United Arab

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DANIEL KINAHAN - 3

Emirates, this constituted valid service. Affidavit of Rajan O. Dhungana, ¶ 9; Declaration of Jouslin Chibli Khairallah [ECF 142], ¶ 28. Service upon Kinahan by the means described above complies with Fed. R. Civ. P. 4(f)(2)(A). Affidavit of Rajan O. Dhungana, ¶ 10.

Defendant Daniel Kinahan was required to file an answer or otherwise plead in response to service with Heredia's Third Amended Complaint by not later than February 11, 2023. Fed. R. Civ. P. 12. To date, Kinahan has filed no answer or responsive pleading, nor has entry of appearance been made on its behalf by counsel. Therefore, Heredia is entitled to petition the Clerk to enter Kinahan into default.

Plaintiff Moses Heredia therefore requests that Defendant Daniel Kinahan be entered into default.

Dated: May 5, 2023                    Respectfully submitted,

                                      /s/ Rajan O. Dhungana
                                      Rajan O. Dhungana (SBN: 297794)
                                      rdhungana@fedpractice.com
                                      Eric S. Montalvo (*Pro Hac Vice*)
                                      emontalvo@fedpractice.com
                                      Federal Practice Group
                                      431 N Brookhurst St, Suite 130
                                      Anaheim, CA 92801
                                      Telephone: (310) 795-6905

                                      *Attorneys for Plaintiff*
                                      Moses Heredia

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT DANIEL KINAHAN - 4

1   Rajan O. Dhungana (SBN: 297794)
2   rdhungana@fedpractice.com
    Eric S. Montalvo (*Pro Hac Vice*)
3   emontalvo@fedpractice.com
4   Federal Practice Group
    431 N Brookhurst St, Suite 130
5   Anaheim, CA 92801
6   Telephone: (310) 795-6905
7   *Attorneys for Plaintiff*
    Moses Heredia
8

9            **UNITED STATES DISTRICT COURT**

10          **CENTRAL DISTRICT OF CALIFORNIA**

11                **(EASTERN DIVISION)**

12

13   MOSES HEREDIA,          Case No.: 5:20-cv-02618-JWH-KKx

14   Plaintiff,             **AFFIDAVIT OF RAJAN O.**
    vs.                       **DHUNGANA**
15
                    Courtroom:    9D
16   MTK GLOBAL SPORTS     Judge:       Hon. John W. Holcomb
17   MANAGEMENT, LLC; MTK GLOBAL
    USA, LLC; GOLDEN BOY
18   PROMOTIONS, INC.; PAUL D.
    GIBSON; and DANIEL KINAHAN,
19
20        Defendants.

21

22

23

24

25

26

27

28

    AFFIDAVIT OF RAJAN O. DHUNGANA - 1

## **AFFIDAVIT OF RAJAN O. DHUNGANA**

I, Rajan O. Dhungana, state and declare as follows:

1.     I am an attorney duly licensed to practice law in the State of California and admitted to practice before this court. I am a partner in the law firm The Federal Practice Group.  I make this declaration of my own personal knowledge and could and would so testify if called.

2.     Plaintiff Moses Heredia filed his Complaint against Defendants MTK Global Sports Management, LLC, MTK Global USA, LLC, Golden Boy Promotions, Inc. Paul D. Gibson, and Daniel Kinahan on December 18, 2020. [ECF 1].

3.     Plaintiff filed the operative Third Amended Complaint on April 29, 2022. [ECF 85].

4.     On September 11, 2022, Plaintiff engaged Jouslin Chibli Khairallah of Khairallah Advocates & Legal Consultants to accomplish service of the Summons and Third Amended Complaint upon Defendants MTK Global Sports Management, LLC and Daniel Kinahan in the United Arab Emirates. Ms. Khairallah's efforts to serve Defendants MTK Global and Kinahan are known to me personally, and are documented by her Declaration filed of record with this Court on March 30, 2023. [ECF 142].

AFFIDAVIT OF RAJAN O. DHUNGANA - 2

5.      On December 13, 2022, Ms. Khairallah caused a copy of the Summons and Third Amended Complaint to be delivered to the Dubai Courts Notary Public for service.

6.      On December 15, 2022, an Assigned Declarer acting on behalf of the Dubai Courts traveled to the last known address of MTK Global Sports Management, LLC to attempt service. MTK Global Sports Management, LLC could not be located at their last known address. The Assigned Declarer attempted to call MTK Global Sports Management, LLC at their listed phone number, but it was disconnected.

7.      On December 15, 2022, the Assigned Declarer traveled to the address of Industrious Facilities Management LLC, the sponsor of Daniel Kinahan's visa in the United Arab Emirates, in attempt to serve him there. Industrious Facilities Management LLC could not be located at the address, and no person present knew the location of the entity, or of Daniel Kinahan. Ms. Khairallah sought the services of Tableegh Legal Notification Services, LLC to attempt service by Mr. Kinahan by text message on the mobile phone number listed on his official documents; however, the message could not be delivered.

8.      Based on the failed attempts to serve MTK Global Sports Management, LLC and Daniel Kinahan by the methods described above, Ms. Khairallah sought permission of the Dubai Courts to serve the defendants via publication. Permission for service by publication was granted by the Dubai Courts on January 18, 2023.

AFFIDAVIT OF RAJAN O. DHUNGANA - 3

9.      Defendants MTK Global Sports Management, LLC and Daniel Kinahan were served via publication in the Arabic newspaper Al Fajr on January 19, 2023, and the English newspaper The Gulf Times on January 20, 2023. Upon information, this constitutes valid service under the laws of the United Arab Emirates.

10.     Under Fed. R. Civ. P. 4(f)(2)(A), the service methods described above satisfy the requirements for service upon individuals in a foreign country by compliance with the foreign country's laws of service.

11.     Based on the service date of January 20, 2023, Defendants MTK Global Sports Management, LLC and Daniel Kinahan were required to answer or otherwise plead by not later than February 11, 2023. Fed. R. Civ. P. 12.

12.     Pursuant to Fed. R. Civ. P. 55(a), when party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

13.     Plaintiff Moses Heredia has satisfied all conditions for entry of default against Defendants MTK Global Sports Management, LLC and Daniel Kinahan.

        I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed this 25 day of April, 2023, at Anaheim, California.

DATE: May 1, 2023                    _____

                                     Rajan O. Dhungana

AFFIDAVIT OF RAJAN O. DHUNGANA - 4

Case: 5:20cv2618  Doc: 147

    MTK Global USA, LLC
2140 S Dupont Hwy
Camden, DE 19934

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<35801408@cacd.uscourts.gov>Subject:Activity in Case 5:20-cv-02618-JWH-KK
Heredia et al v. MTK Global Sports Management, LLC et al Deficiency - Default /Default Judgment
(CV-52b) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 5/8/2023 at 11:12 AM PDT and filed on 5/2/2023

| | |
|---|---|
| **Case Name:** | Heredia et al v. MTK Global Sports Management, LLC et al |
| **Case Number:** | 5:20-cv-02618-JWH-KK |
| **Filer:** | |
| **Document Number:** | 147 |

**Docket Text:**
**NOTICE OF DEFICIENCY Re: APPLICATION for Clerk to Enter Default against Defendant
Daniel Kinahan [145], APPLICATION for Clerk to Enter Default against Defendant MTK
Global Sports Management, LLC [146]. Applications are referred to the Judge for further
review. (yl)**

**5:20-cv-02618-JWH-KK Notice has been electronically mailed to:**
Eric S. Montalvo    emontalvo@fedpractice.com
Ricardo P Cestero    calendar@greenbergglusker.com, rcestero@ggfirm.com, bgarza@ggfirm.com,
jgore@ggfirm.com
Rajan Olarita Dhungana    rdhungana@fedpractice.com, docketclerk@fedpractice.com,
clagarde@fedpractice.com
David S Harris    dharris@willenken.com, david@harrislitigation.com
John K. Ly    jly@lianglyllp.com, moz@lianglyllp.com
Jason L. Liang    moz@lianglyllp.com, jliang@lianglyllp.com
David R. Keesling    dkeesling@fedpractice.com
Joshua Michael Geller    calendar@greenbergglusker.com, knicolas@greenbergglusker.com,
jgeller@ggfirm.com, jgeller@greenbergglusker.com
**5:20-cv-02618-JWH-KK Notice has been delivered by First Class U. S. Mail or by other means
BY THE FILER** to :
MTK Global USA, LLC
2140 S Dupont Hwy

Camden DE 19934
US

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

HEREDIA BOXING MANAGEMENT, INC., et al.

Plaintiff(s),

v.

MTK GLOBAL SPORTS MANAGEMENT, LLC, et al.

Defendant(s).

CASE NUMBER:

5:20-cv-02618-JWH-KK

**NOTICE OF DEFICIENCY
DEFAULT/DEFAULT JUDGMENT**

PLEASE TAKE NOTICE:

The Clerk cannot enter the requested **Default** of __ for the following reason(s):

- No declaration as required by F.R.Civ.P 55(a)
- No proof of service/waiver of service on file
- The name of the person served does not exactly match the person named in complaint
- Proof of Service is lacking required information
- Waiver of Service lacking the signature of the sender and/or the person acknowledging receipt
- Time to respond has not expired
- Answer and/or Motion for Summary Judgment and/or Motion to Dismiss on file
- Request for Entry of Default has been forwarded to the assigned Judge
- Party dismissed from action on
- Case terminated on
- Requesting party shall file a new Request/Application with noted deficiencies corrected in order to have **default reconsidered**.
- __X__ Other: Referred to the Judge for further review.

The Clerk cannot enter the requested **Default Judgment** against __ for the following reason(s):

- No Entry of Default on file
- No declaration as required by F.R.Civ.P 55(b)
- The name of the person for which Default Judgment is requested does not exactly match the person named in the complaint
- Amounts requested differ or exceed the amounts prayed for in the demand for judgment in the most recently filed complaint
- A declaration establishing the amount due must accompany the plaintiff's request for default judgment
- No judgment by default may be entered by the Clerk against the United States or an incompetent person. The Request for Entry of Default has been forwarded to the assigned Judge
- Amount sought is not for a sum certain or cannot be computed to a sum certain
- Attorney Fees sought not in compliance with Local Rule 55-3
- Amount sought for costs is incorrect
- Case terminated on
- Requesting party shall file a new Request/Application with noted deficiencies corrected **in order to have default judgment reconsidered**.
- Other:

CLERK, U.S. DISTRICT COURT

Date: May 8, 2023

By: /s/ Yvette Louis
Deputy Clerk
yvette_louis@cacd.uscourts.gov

CV-52B(09/12)        NOTICE OF DEFICIENCY – DEFAULT/DEFAULT JUDGMENT

Case: 5:20cv2618  Doc: 148

MTK Global USA, LLC
2140 S Dupont Hwy
Camden, DE 19934

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<35824922@cacd.uscourts.gov>Subject:Activity in Case 5:20-cv-02618-JWH-KK
Heredia et al v. MTK Global Sports Management, LLC et al Clerks Entry of Default (CV-37) -
optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**Notice of Electronic Filing**
The following transaction was entered on 5/11/2023 at 1:16 PM PDT and filed on 5/11/2023

| | |
|---|---|
| **Case Name:** | Heredia et al v. MTK Global Sports Management, LLC et al |
| **Case Number:** | 5:20-cv-02618-JWH-KK |
| **Filer:** | Daniel Kinahan |
| | MTK Global Sports Management, LLC |
| **Document Number:** | 148 |

**Docket Text:**
**DEFAULT BY CLERK F.R.Civ.P.55(a) as to MTK Global Sports Management, LLC., and
Daniel Kinahan (yl)**

**5:20-cv-02618-JWH-KK Notice has been electronically mailed to:**
Eric S. Montalvo     emontalvo@fedpractice.com
Ricardo P Cestero     calendar@greenbergglusker.com, rcestero@ggfirm.com, bgarza@ggfirm.com,
jgore@ggfirm.com
Rajan Olarita Dhungana     rdhungana@fedpractice.com, docketclerk@fedpractice.com,
clagarde@fedpractice.com
David S Harris     dharris@willenken.com, david@harrislitigation.com
John K. Ly     jly@lianglyllp.com, moz@lianglyllp.com
Jason L. Liang     moz@lianglyllp.com, jliang@lianglyllp.com
David R. Keesling     dkeesling@fedpractice.com
Joshua Michael Geller     calendar@greenbergglusker.com, knicolas@greenbergglusker.com,
jgeller@ggfirm.com, jgeller@greenbergglusker.com
**5:20-cv-02618-JWH-KK Notice has been delivered by First Class U. S. Mail or by other means
<u>BY THE FILER</u> to :**
MTK Global USA, LLC
2140 S Dupont Hwy
Camden DE 19934

US

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | CASE NUMBER: |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC., et al. <br><br> PLAINTIFF(S) <br><br> v. <br><br> MTK GLOBAL SPORTS MANAGEMENT, LLC, et al. <br><br><br> DEFENDANT(S). | 5:20−cv−02618−JWH−KK <br><br><br> **DEFAULT BY CLERK** <br> **F.R.Civ.P. 55(a)** |

It appearing from the records in the above−entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

MTK Global Sports Management, LLC

Daniel Kinahan

Clerk, U.S. District Court

__May 11, 2023__  By _/s/ Yvette Louis_
Date                 Deputy Clerk

CV−37 (10/01)          **DEFAULT BY CLERK F.R.Civ.P. 55(a)**

**PARACORP**

Nationwide Registered Agent Services
PO Box 160568
Sacramento, CA 95816-0568

Address Service Requested



RECEIVED
CLERK, U.S. DISTRICT COURT

JUN - 2 2023

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

JUN - 5 2023

CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY                DEPUTY

N+2



ZIP 9
041M112