Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No.: 5:20-cv-02618-JWH-KKx<br><br>**PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT PAUL D. GIBSON**<br><br>Courtroom:   9D<br>Judge:          Hon. John W. Holcomb |

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT PAUL D. GIBSON - 1

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

Plaintiff Moses Heredia ("Heredia"), pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, respectfully requests that the Clerk enter a default judgment against Defendant Paul D. Gibson on the grounds that Defendant Gibson failed to answer or otherwise plead in response to service with Heredia's Third Amended Complaint by April 19, 2023, as required by Fed. R. Civ. P. 12. Affidavit of Rajan O. Dhungana, ¶¶ 1-9; Ex. A, Proof of Service.

On March 29, 2023, Mr. Gibson was served a copy of the TAC and corresponding summons. *See* Ex. A; Affidavit of Rajan O. Dhungana, ¶ 5.

Defendant Gibson was required to file an answer or otherwise plead in response to service with Heredia's Third Amended Complaint by not later than April 19, 2023. Fed. R. Civ. P. 12. To date, Defendant Gibson has filed no answer or responsive pleading, nor has entry of appearance been made on his behalf by counsel. Affidavit of Rajan O. Dhungana, ¶ 7. Therefore, Heredia is entitled to petition the Clerk to enter Paul D. Gibson into default.

Plaintiff Moses Heredia, therefore, requests that Defendant Paul D. Gibson be entered into default.

Dated: June 28, 2023

Respectfully submitted,

/s/ Rajan O. Dhungana
Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905

*Attorneys for Plaintiff*
Moses Heredia