Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
Federal Practice Group
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No.: 5:20-cv-02618-JWH-KKx<br><br>**AFFIDAVIT OF RAJAN O. DHUNGANA**<br><br>Courtroom:   9D<br>Judge:         Hon. John W. Holcomb |

AFFIDAVIT OF RAJAN O. DHUNGANA - 1

# AFFIDAVIT OF RAJAN O. DHUNGANA

I, Rajan O. Dhungana, state and declare as follows:

1. I am an attorney duly licensed to practice law in the State of California and admitted to practice before this court. I am a partner in the law firm The Federal Practice Group. I make this declaration of my own personal knowledge and could and would so testify if called.

2. Plaintiff Moses Heredia filed his Complaint against Defendants MTK Global Sports Management, LLC, MTK Global USA, LLC, Golden Boy Promotions, Inc, Paul D. Gibson, and Daniel Kinahan on December 18, 2020. [ECF 1].

3. Plaintiff filed the operative Third Amended Complaint on April 29, 2022. [ECF 85].

4. On November 08, 2022, Plaintiff engaged Process Server One to accomplish service of the Summons and Third Amended Complaint upon Defendant Paul D. Gibson in Spain. Process Server One's efforts to serve Defendant Gibson are known to me personally, and are documented by the proof of service filed with this Court concurrently with Plaintiff's Application for Entry of Default.

5. On March 29, 2022, Process Server One caused a copy of the Summons and Third Amended Complaint to be served upon Paul D. Gibson.

6. Under Fed. R. Civ. P. 4(f)(1), the service methods described above satisfy the requirements for service upon individuals in a foreign country by compliance

AFFIDAVIT OF RAJAN O. DHUNGANA - 2

with the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents.

7. Based on the service date of March 29, 2023, Defendants Gibson was required to answer or otherwise plead by not later than April 19, 2023. Fed. R. Civ. P. 12.

8. Pursuant to Fed. R. Civ. P. 55(a), when party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.

9. Plaintiff Moses Heredia has satisfied all conditions for entry of default against Defendant Paul D. Gibson.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed this 28th day of June, 2023, at Anaheim, California.

DATE: June 28, 2023

_____
Rajan O. Dhungana

AFFIDAVIT OF RAJAN O. DHUNGANA - 3