Case: 5:20cv2618   Doc: 156



MTK Global USA, LLC
2140 S Dupont Hwy
Camden, DE 19934

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<36107123@cacd.uscourts.gov>Subject:Activity in Case 5:20-cv-02618-JWH-KK Heredia et al v. MTK Global Sports Management, LLC et al Clerks Entry of Default (CV-37) - optional html form Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 6/29/2023 at 6:07 PM PDT and filed on 6/29/2023

| | |
|---|---|
| **Case Name:** | Heredia et al v. MTK Global Sports Management, LLC et al |
| **Case Number:** | 5:20-cv-02618-JWH-KK |
| **Filer:** | Paul D Gibson |
| **Document Number:** | 156 |

**Docket Text:**
**DEFAULT BY CLERK F.R.Civ.P.55(a) as to Paul D. Gibson. (yl)**

**5:20-cv-02618-JWH-KK Notice has been electronically mailed to:**
Eric S. Montalvo     emontalvo@fedpractice.com
Ricardo P Cestero     calendar@greenbergglusker.com, rcestero@ggfirm.com, bgarza@ggfirm.com, jgore@ggfirm.com
Rajan Olarita Dhungana     rdhungana@fedpractice.com, docketclerk@fedpractice.com, clagarde@fedpractice.com
David S Harris     dharris@willenken.com, david@harrislitigation.com
John K. Ly     jly@lianglyllp.com, leilani.sui@lianglyllp.com
Jason L. Liang     moz@lianglyllp.com, jliang@lianglyllp.com
David R. Keesling     dkeesling@fedpractice.com
Joshua Michael Geller     calendar@greenbergglusker.com, knicolas@greenbergglusker.com, jgeller@ggfirm.com, jgeller@greenbergglusker.com
**5:20-cv-02618-JWH-KK Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
MTK Global USA, LLC
2140 S Dupont Hwy
Camden DE 19934
US

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEREDIA BOXING MANAGEMENT, INC., et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>5:20-cv-02618-JWH-KK<br><br><br>**DEFAULT BY CLERK**<br>**F.R.Civ.P. 55(a)** |

    It appearing from the records in the above-entitled action that summons has been served upon the defendant(s) named below, and it further appearing from the affidavit of counsel for Plaintiff, and other evidence as required by F.R.Civ.P. 55(a), that each of the below defendants have failed to plead or otherwise defend in said action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

    Now, therefore, on request of counsel, the DEFAULT of each of the following named defendant(s) is hereby entered:

Paul D. Gibson

 

Clerk, U.S. District Court

_June 29, 2023_  
Date

By _/s/ Yvette Louis_  
Deputy Clerk

CV-37 (10/01)          **DEFAULT BY CLERK F.R.Civ.P. 55(a)**

OFFICIAL BUSINESS

**RETURN TO SENDER**

JWH

RECEIVED
CLERK, U.S. DISTRICT COURT

JUL 26 2023

CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION     BY DEPUTY



NEOPOST
07/14/2023
US POSTAGE $001.5
FIRST-CLASS
ZIP 958
041M1129