1  Rajan O. Dhungana (SBN: 297794)
2  rdhungana@fedpractice.com
   FEDERAL PRACTICE GROUP
3  431 N Brookhurst Street, Suite 130
4  Anaheim, CA 92801
   Telephone: (310) 795-6905
5  Facsimile: (888) 899-6083
6
7  Eric S. Montalvo (admitted *pro hac vice*)
   emontalvo@fedpractice.com
8  FEDERAL PRACTICE GROUP
9  1750 K Street, N.W., Suite 900
   Washington, D.C. 20006
10 Telephone: (202) 862-4360
11 Facsimile: (888) 899-6083
12
   *Attorneys for Plaintiff*
13 *Moses Heredia*
14            UNITED STATES DISTRICT COURT
15
             CENTRAL DISTRICT OF CALIFORNIA
16
17              (EASTERN DIVISION)
18
   MOSES HEREDIA,                    Case No.: 5:20-cv-02618-JWH-KK
19
              Plaintiff,
20
                                     STATUS REPORT
21 vs.
22
   MTK GLOBAL SPORTS
23 MANAGEMENT, LLC; MTK GLOBAL
   USA, LLC; GOLDEN BOY
24 PROMOTIONS, INC.; PAUL D.
   GIBSON; and DANIEL KINAHAN,
25
              Defendants.
26
27
28

STATUS REPORT - 1

**PLAINTIFF MOSES HEREDIA'S STATUS REPORT**

**PURSUANT TO** the Court's Order of March 31, 2023 (ECF 143), Plaintiff Moses Heredia, by and through counsel, submits this Status Report. As all Defendants in this action are currently in default by entry of the Clerk of Court, this Status Report cannot be a joint filing.[1]

**POSTURE OF THE CASE**

Plaintiff obtained an Entry of Default by Clerk pursuant to Fed. R. Civ. P. 55(a) against Defendant MTK Global USA, LLC on December 20, 2022. ECF 128. In his Status Report filed on January 6, 2023 (ECF 129), Plaintiff requested the Court permit discovery on damages in support of his pending Motion for Entry of Default Judgment against Defendant MTK Global USA, LLC; the Court ordered discovery for this Motion in its Minutes Order on January 20, 2023 (ECF 132).

Plaintiff then obtained an Entry of Default by Clerk against Defendants MTK Global Sports Management, LLC and Daniel Kinahan on May 11, 2023 (ECF 148), and against Defendant Paul D. Gibson on June 29, 2023 (ECF 156). On May 31, 2023, Plaintiff filed his Notice of Motion, Motion, and Incorporated Memorandum for Entry of Default Judgment as to Defendants MTK Global USA, LLC (ECF 150),

---

[1] On September 6, 2022, the Court entered an Order dismissing without prejudice Plaintiff's claims against Golden Boy Promotions, Inc. ECF 116

MTK Global Sports Management, LLC (ECF 151), and Daniel Kinahan (ECF 152). On August 4, 2023, Plaintiff filed his Notice of Motion, Motion, and Incorporated Memorandum for Entry of Default Judgment as to Defendant Paul D. Gibson. ECF 159. Plaintiff's Motions request default judgment against all Defendants as to the issue of liability and an Order authorizing Plaintiff to conduct discovery under Fed. R. Civ. P. 55(b) on the issue of damages.[2]

Plaintiff's Motions against Defendants MTK Global USA, LLC (ECF 150), MTK Global Sports Management, LLC (ECF 151), and Daniel Kinahan (ECF 152) were previously set for hearing on June 30, 2023. ECF 150. On June 27, 2023, the Court issued an Order in which the Court found Plaintiff's Motions were appropriate for resolution without a hearing and vacated the June 30, 2023 setting. ECF 154. Plaintiff's Motions against Defendants MTK Global USA, LLC (ECF 150), MTK Global Sports Management, LLC (ECF 151), and Daniel Kinahan (ECF 152) currently stand submitted on the papers timely filed. ECF 154. Plaintiff's Motion against Defendant Paul D. Gibson (ECF 159) is currently set for hearing at the August 25, 2023 Status Conference. ECF 159, 160.

---

[2] The Motion for Default Judgment against MTK Global USA, LLC requests this Court "[c]ontinue in effect the previous Order authorizing Plaintiff to conduct necessary discovery to develop the facts necessary for the Court to make a meaningful assessment of damages for a final award of damages, litigation costs, and attorney fees."

STATUS REPORT - 3

1

2

3

**PLAINTIFF'S EFFORTS TO ASSESS DAMAGES AGAINST DEFENDANT MTK GLOBAL USA, LLC, AND IN ANTICIPATION OF ORDER AUTHORIZING DISCOVERY ON THE ISSUE OF DAMAGES AGAINST THE REMAINING DEFENDANTS**

4

5

From August 6-13, 2023, Plaintiff's counsel traveled to various witness

6

locations and collected relevant information to assist Plaintiff with anticipated

7

8

discovery efforts in this action. Plaintiff has secured the cooperation of individuals

9

with relevant information and has hired an investigator to assist with obtaining

10

additional information relevant to Plaintiff's damages. If authorized by the Court,

11

12

Plaintiff intends to serve subpoenas for documents and depositions to key entities

13

and persons whom Plaintiff has identified as having evidence relevant to Plaintiff's

14

damages.

15

16

Dated: August 16, 2023

17

18

Respectfully submitted,

19

FEDERAL PRACTICE GROUP

20

*/s/ Rajan O. Dhungana*

21

Rajan O. Dhungana (SBN: 297794)
431 N Brookhurst Street, Suite 130

22

Anaheim, CA 92801
Telephone: (310) 795-6905

23

Facsimile: (888) 899-6053

24

rdhungana@fedpractice.com

25

Eric S. Montalvo (admitted *pro hac vice)*

26

1750 K Street, N.W., Suite 900
Washington, D.C. 20006

27

Telephone: (202) 862-4360

28

STATUS REPORT - 4

Facsimile: (888) 899-6053
emontalvo@fedpractice.com

*Attorneys for Plaintiff*
*Moses Heredia*

## **ATTESTATION**

     Pursuant to Local Rule 5-4.3.4(a)(2)(i), the undersigned attests that Defendants MTK Global Sports Management, LLC, MTK Global USA, LLC, Paul D. Gibson, and Daniel Kinahan are currently in default for failure to appear. Accordingly, no consent to this filing by any other party is possible.

                            */s/ Rajan O. Dhungana*
                            Rajan O. Dhungana

STATUS REPORT - 5