

**PARACORP**
Nationwide Registered Agent Services
PO Box 160568
Sacramento, CA 95816-0568

August 9th, 2023

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE ST, RM 180
LOS ANGELES, CA 90012

Address Service Requested



FILED
CLERK, U.S. DISTRICT COURT
AUG 14 2023
CENTRAL DISTRICT OF CALIFORNIA
BY ASH    DEPUTY

NEOPOST 08/10/2023 US POSTAGE $001.83
FIRST-CLASS MAIL
ZIP 95833
041M11299467



RECEIVED
CLERK, U.S. DISTRICT COURT
AUG 14 2023
CENTRAL DISTRICT OF CALIFORNIA
BY    DEPUTY



FIRST CLASS



August 9th, 2023

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE ST, RM 180**
**LOS ANGELES, CA 90012**

**RE: MTK GLOBAL USA, LLC**

To Whom It May Concern:

Our office is in receipt of the enclosed Service of Process for the above-referenced company. Paracorp Incorporated is no longer the registered agent for **MTK GLOBAL USA, LLC in <u>DELAWARE.</u>**

Please find enclosed the original documents. We are returning these for immediate attention. If you have any questions, please do not hesitate to contact Leticia Herrera, Manager, at: (888) 272-3725.

Thank you,

**Vanessa Flanagan**
**Paracorp Incorporated**
**2804 Gateway Oaks**
**#100**
**Sacramento, CA 95833**
**Tel: (888) 272-3725**

Case: 5:20cv2618  Doc: 158

MTK Global USA, LLC
2140 S Dupont Hwy
Camden, DE 19934