UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:20-cv-02618-JWH(KKx) | Date | August 25, 2023 |
| Title | *Heredia, et al v. MTK Global Sports Management, LLC, et al.* | | |

| | |
|---|---|
| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
| Clarissa Lara | Sharon Seffens |
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Eric S. Montalvo | None |

**Proceedings:** HEARING RE: PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT [ECF No. 159]; STATUS CONFERENCE

Counsel state their appearances. The Court confers with counsel regarding the posture of the case. For reasons stated in open court, it is hereby **ORDERED** as follows:

1. In accordance with Rule 55(b)(2)(B) of the Federal Rules of Civil Procedure, Plaintiffs' Motions for Default Judgment [ECF Nos. 150, 151, 152, & 159] are **REFERRED** to Magistrate Judge Stephanie S. Christensen.

2. Plaintiff Heredia is **DIRECTED** to appear before Magistrate Judge Stephanie S. Christensen, who shall provide a report and recommendation regarding the amount of damages that should be awarded to Plaintiff in a default judgment.

3. The Order to Show cause [ECF No. 158] is hereby **DISCHARGED**.

**IT IS SO ORDERED.**

Time: 00:17
Initials of Preparer: cla