UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-cv-02618-JWH-KK | Date | September 7, 2023 |
|---|---|---|---|
| Title | Moses Heredia v. MTK Global Sports Management, LLC, et al. | | |

| Present: The Honorable | Stephanie S. Christensen, U.S. Magistrate Judge |
|---|---|
| Teagan Snyder | n/a |
| Deputy Clerk | Court Smart / Recorder |
| Attorneys Present for Plaintiff | Attorneys Present for Defendant |
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **Order Setting Hearing on Motions for Default Judgment (ECF 150, 151, 152, 159)**

Before the Court are Plaintiff's motions for default judgment (motions) against Defendants MTK Global USA, LLC; MTK Global Sports Management, LLC; Daniel Kinahan; and Paul D. Gibson.  (ECF 150, 151, 152, 159.)  The assigned United States District Judge has referred Plaintiff's motions to this Court for a report and recommendation.  (ECF 163.)

To facilitate the just adjudication of this matter, this Court deems it appropriate for the parties to appear for a hearing on Plaintiff's motions.  At the hearing, Plaintiff will be given an opportunity to address whether the Court should enter default judgment against Defendants MTK Global USA, LLC; MTK Global Sports Management, LLC; Daniel Kinahan; and Paul D. Gibson, and why the Court should permit additional discovery on the issue of damages.

Accordingly, IT IS ORDERED that the parties appear before this Court via videoconference on Thursday, October 5, 2023, at 10:00 a.m.  The parties are directed to contact the Clerk before the hearing to obtain instructions for accessing the videoconference.

IT IS FURTHER ORDERED that Plaintiff shall provide notice to Defendants MTK Global USA, LLC; MTK Global Sports Management, LLC; Daniel Kinahan; and Paul D. Gibson of the date and time of the hearing to allow them to appear, if they wish to do so, and contest Plaintiff's claimed

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 5:20-cv-02618-JWH-KK | Date | September 7, 2023 |
|---|---|---|---|
| Title | Moses Heredia v. MTK Global Sports Management, LLC, et al. | | |

relief.  At or prior to the scheduled hearing, Plaintiff must provide the Court with proof of compliance with the notice requirement.

The Court DEFERS consideration of Plaintiff's motions for default judgment (ECF 150, 151, 152, 159) until after the hearing.

**IT IS SO ORDERED.**

Initials of Preparer : ts