UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

- - -

THE HONORABLE JOHN W. HOLCOMB, JUDGE PRESIDING

```
HEREDIA, et al.,            ) CERTIFIED TRANSCRIPT
            Plaintiffs,     )
    vs.                     )
                            )   EDCV-20-02618-JWH
MTK GLOBAL SPORTS           )
MANAGEMENT, LLC, et al.,    )
            Defendants.     )
----------------------------)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Santa Ana, California

August 25, 2023


SHARON A. SEFFENS, RPR
United States Courthouse
411 West 4th Street, Suite 1-1053
Santa Ana, CA  92701
(612) 804-8655

```
 1   APPEARANCES OF COUNSEL:

 2   For the Plaintiffs:

 3   ERIC S. MONTALVO
     FEDERAL PRACTICE GROUP
 4   1750 K Street NW, Suite 900
     Washington, DC  20006
 5   (202) 862-4360

 6   For the Defendants:

 7   (None Present)

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

|  |  |
|---|---|
|  | 1 SANTA ANA, CALIFORNIA; FRIDAY, AUGUST 25, 2023; 9:46 A.M. |
| 09:46 | 2       THE CLERK:  Calling Item No. 2, Case No. |
| 09:46 | 3 EDCV-20-02618-JWH, Heredia, et al., versus MTK Global Sports |
| 09:46 | 4 Management, LLC, et al. |
| 09:46 | 5       Counsel, please state your appearances for the |
| 09:46 | 6 record. |
| 09:46 | 7       MR. MONTALVO:  Good morning, Your Honor.  Eric |
| 09:46 | 8 Montalvo on behalf of the plaintiff. |
| 09:46 | 9       THE COURT:  Mr. Montalvo, great to see you as |
| 09:46 | 10 always. |
| 09:46 | 11       MR. MONTALVO:  Thank you, sir. |
| 09:46 | 12       This is Mr. Moses Heredia.  He wished to be |
| 09:46 | 13 present today. |
| 09:46 | 14       THE COURT:  Mr. Heredia, I'm glad you are here. |
| 09:46 | 15 Welcome and good morning. |
| 09:46 | 16       Okay, so, Mr. Montalvo, let me run through where I |
| 09:46 | 17 think we are.  I want to do a summary.  Originally, in this |
| 09:46 | 18 case, we had two plaintiffs, Mr. Heredia and Heredia Boxing |
| 09:47 | 19 Management, Inc.  That other plaintiff has been dismissed, |
| 09:47 | 20 so it's just Mr. Heredia as a plaintiff. |
| 09:47 | 21       Then on the defendants' side, at one time we had |
| 09:47 | 22 seven different defendants.  Two of those seven have been |
| 09:47 | 23 dismissed.  Golden Boy Productions, Inc., and VGC, LLP, have |
| 09:47 | 24 both been dismissed.  Let me pause there. |
| 09:47 | 25       Mr. Montalvo, concur? |

```
09:47   1              MR. MONTALVO:  That's correct, Your Honor.
09:47   2              THE COURT:  That leaves five defendants.  Four of
09:47   3    them are the subject of -- well, four of them are the
09:47   4    subjects of plaintiff's motions for entry of default
09:47   5    judgment.  One is set for hearing today.  The other three I
09:47   6    think I took under submission.
09:47   7              The hearing today pertains to Paul D. Gibson,
09:48   8    correct?
09:48   9              MR. MONTALVO:  Yes, Your Honor.
09:48  10              THE COURT:  And ECF 159 is plaintiff's motion.
09:48  11              MR. MONTALVO:  That's correct.
09:48  12              THE COURT:  Plaintiff also filed as I said three
09:48  13    other motions for the entry of default judgment:  ECF 150
09:48  14    for MTK Global USA, LLC; ECF 151 for MTK Global Sports
09:48  15    Management, LLC; and ECF 152 for defendant Daniel Kinahan.
09:48  16              MR. MONTALVO:  Yes, that's correct.
09:48  17              THE COURT:  So that's six of the seven defendants
09:48  18    sort of accounted for.  The last is Golden Boy Promotions,
09:48  19    Inc., which I think I sent that to arbitration, correct?
09:48  20              MR. MONTALVO:  That is correct, Your Honor.
09:48  21              THE COURT:  What is the status of the arbitration
09:49  22    to the extent you know?
09:49  23              MR. MONTALVO:  I do know, Your Honor.
09:49  24              THE COURT:  Would you go to the lectern?  I like
09:49  25    that better.  The microphone is closer to you.
```

```
09:49   1              MR. MONTALVO:  For the arbitration, we selected a
09:49   2    retired federal judge as the arbitrator.
09:49   3              THE COURT:  Who is that?
09:49   4              MR. MONTALVO:  It's a lady woman out of Vegas.  I
09:49   5    will get you the name.
09:49   6              THE COURT:  She is a retired federal judge but not
09:49   7    from the Central District?
09:49   8              MR. MONTALVO:  Not from California because we are
09:49   9    doing it in Nevada, Your Honor.
09:49  10              THE COURT:  Got it.
09:49  11              MR. MONTALVO:  She first went through the
09:49  12    pleadings.  I'll try to abbreviate it.  I will keep it tight
09:50  13    now.  She wanted a more expansive pleading because I was
09:50  14    focused on arbitrability.  So Golden Boy opposed our
09:50  15    pleading, and then they also requested dismissal.  She's
09:50  16    like, well, you're the ones who wanted to go to arbitration,
09:50  17    so I'm little confused right now.  Then we had a hearing two
09:50  18    weeks ago on the issue of the way forward, and Her Honor
09:50  19    said the pleadings are good, so Golden Boy, that's a
09:50  20    nonissue.  I'm going to set this solely for arbitrability.
09:50  21              So I believe we have a hearing in November --
09:50  22    excuse me, we have pleading trial milestones.  They are
09:50  23    required to produce their pleading before the end of this
09:51  24    month.  Then I have until the end of September, and then
09:51  25    they have a potential surreply if they request leave, and
```

```
09:51   1   then she will decide whether or not the matter can be
09:51   2   arbitrated.
09:51   3           THE COURT:  Okay.  What is the last date there?
09:51   4   I'm wondering when your arbitrator will have a decision on
09:51   5   arbitrability.
09:51   6           MR. MONTALVO:  I believe before the end of the
09:51   7   year is her indication.
09:51   8           THE COURT:  Remind me, did I stay this case or
09:51   9   dismiss?
09:51  10           MR. MONTALVO:  You dismissed without prejudice,
09:51  11   Your Honor.
09:51  12           THE COURT:  Okay.  So now let's turn to the
09:51  13   Motions for Default Judgment.  As I understand it, plaintiff
09:51  14   is essentially asking for more time and the ability to take
09:51  15   more discovery so that plaintiff can liquidate plaintiff's
09:51  16   damages that should be included in the default judgment in
09:52  17   the monetary award, correct?
09:52  18           MR. MONTALVO:  That's correct.
09:52  19           THE COURT:  And the reason plaintiff filed motions
09:52  20   without having that piece of it is because I essentially
09:52  21   made you do it, right?
09:52  22           MR. MONTALVO:  Well, in part, yes.  I was moving
09:52  23   along on discovery.  I can update Your Honor on what I have
09:52  24   accomplished so far.
09:52  25           THE COURT:  Let's come back to that.  You probably
```

```
09:52   1    know this, but we try to track dates and deadlines pretty
09:52   2    closely for deadline to serve, for the deadline for the
09:52   3    defendant to answer.  After the defendant answers, you know,
09:52   4    moving the case forward.  When those things don't happen, we
09:52   5    issue OSCs.
09:52   6                 MR. MONTALVO:  I totally understand.
09:52   7                 THE COURT:  So that's what is going on.  So this
09:52   8    Court is now faced with four Notices for Default Judgment,
09:53   9    and they're not quite completely briefed because the
09:53  10    plaintiff doesn't have the monetary piece.  That's where we
09:53  11    are, right?
09:53  12                 MR. MONTALVO:  That's correct, Your Honor.
09:53  13                 THE COURT:  So the reason I cut you off and didn't
09:53  14    let you tell me about where you are in discovery is because
09:53  15    if you look at Rule 55, the default judgment rule --
09:53  16                 MR. MONTALVO:  One of the problems is the amount
09:53  17    in controversy.
09:53  18                 THE COURT:  Let me come back to that.
09:53  19                 MR. MONTALVO:  Yes, sir.
09:53  20                 THE COURT:  So plaintiff has asked for default
09:53  21    judgment with respect to these four defendants.  That's Rule
09:53  22    55.
09:53  23                 MR. MONTALVO:  Yes, Your Honor.
09:53  24                 THE COURT:  55(b) is entitled "Entering Default
09:53  25    Judgment."  55(b)(2) is by the Court as opposed to one by
```

|       |    |                                                                      |
|-------|----|----------------------------------------------------------------------|
| 09:53 | 1  | the Clerk, so we are at Rule 55(b)(2).  I'm not going to             |
| 09:53 | 2  | read the entire rule, but toward the end of that text before         |
| 09:54 | 3  | subdivisions (a) through (d), the rule says:  "The Court may         |
| 09:54 | 4  | conduct hearings or make referrals preserving any federal            |
| 09:54 | 5  | statutory right to a jury trial when to enter or effectuate          |
| 09:54 | 6  | judgment it needs to be determined the amount of damages."           |
| 09:54 | 7  |      I'm focusing on "may conduct hearings or make         |
| 09:54 | 8  | referrals."  So I'm expressly permitted under the rules to           |
| 09:54 | 9  | refer this to a magistrate judge to deal with what you need          |
| 09:54 | 10 | to do discovery wise, what you have done, what permission            |
| 09:54 | 11 | you may need, filing your appropriate papers to quantify             |
| 09:54 | 12 | your alleged damages and making that determination.                  |
| 09:54 | 13 |      What I am telling you is I'm going to refer these      |
| 09:55 | 14 | four Motions for Default Judgment to Magistrate Judge                |
| 09:55 | 15 | Stephanie Christiansen, and she will preside over that and           |
| 09:55 | 16 | give a report and recommendation to me regarding what                |
| 09:55 | 17 | judgment I should enter in terms of the monetary piece.              |
| 09:55 | 18 |      MR. MONTALVO:  Understood, Your Honor.                 |
| 09:55 | 19 |      THE COURT:  So my minute order memorializing this     |
| 09:55 | 20 | hearing will say that the Court orders plaintiff Moses               |
| 09:55 | 21 | Heredia to appear before Magistrate Judge Stephanie                  |
| 09:55 | 22 | Christensen who shall provide a report and recommendation            |
| 09:55 | 23 | regarding the amount of damages, if any, that should be              |
| 09:56 | 24 | awarded to plaintiff as a default judgment.                          |
| 09:56 | 25 |      Okay, so I'm going hand this off to Judge             |

```
09:56   1   Christensen, and she'll deal with it.  I'll speak with her
09:56   2   but not in great detail about this.  She'll of course get
09:56   3   this order, so you can either reach out to her chambers or
09:56   4   you might want to wait.  She may reach out to you or make an
09:56   5   order about how she wishes to proceed.  She'll deal with
09:56   6   what needs to be done in terms of supervising your
09:56   7   discovery, authorizing more, dealing with disputes, whatever
09:56   8   may arise.
09:56   9           So I cut you off.  I'm curious about how you are
09:56  10   doing in discovery if you want to give me a quick report.
09:56  11           MR. MONTALVO:  Sure.  The big takeaways are I
09:56  12   traveled to both the Middle East and to Ireland.  I sat down
09:57  13   with key persons, and I acquired a fair amount of
09:57  14   documentary evidence already that demonstrates that MTK had
09:57  15   a plan and practice to attack managers, put them in
09:57  16   arbitration postures, and then also sue.  So this was their
09:57  17   model that they used in Ireland.  One of the managers
09:57  18   suffered ten different arbitrations and a pretty extensive
09:57  19   lawsuit.
09:57  20           In the discovery in the litigation, it reveals
09:57  21   that MTK would enter into zero percent agreements with the
09:57  22   fighters, and then push in half a million to a million
09:57  23   dollars worth of euros in increments, and then you would see
09:58  24   that money leave the fighter's bank account in also large
09:58  25   sums.  So it appears this is a mechanism upon which they
```

```
09:58   1   were moving their money.  So I was pretty happy on that
09:58   2   development.
09:58   3           I'm also undertaking asset recovery to determine
09:58   4   where his assets are so that he can access those, which we
09:58   5   have had a fair amount of progress.  And I have also brought
09:58   6   on recently a gentleman by the name of Bill Gonzalez who
09:58   7   used to work for the DOJ in their Asset Forfeiture Division.
09:58   8           THE COURT:  Did you mention him to me before?
09:58   9           MR. MONTALVO:  I believe I did.  He is starting in
09:58  10   September.  He has got 30-plus years of money laundering
09:58  11   experience across the globe.  I have worked with him
09:58  12   previously, so we are excited to bring him on board and sort
09:59  13   of tidy up the connections that I have established.  We are
09:59  14   doing pretty well.  I did send some documentary requests to
09:59  15   Golden Boy regarding the communications and such, and we
09:59  16   will probably take a few depositions before the end of the
09:59  17   year, so we are on track in my opinion.
09:59  18           I did have a housekeeping matter.
09:59  19           THE COURT:  Yes, please.
09:59  20           MR. MONTALVO:  It's sort of unrelated a little
09:59  21   bit.  We currently have a trial slated -- I'm referring to
09:59  22   the Diaz v. Heredia matter, and I also have Mr. Ralph
09:59  23   Heredia in the room as well.  This is the brother.  This is
09:59  24   Mr. Ralph Heredia, and this is Mr. Moses Heredia.
09:59  25           THE COURT:  It's a pleasure to see both of you.  I
```

```
09:59   1    have read an awful lot of the pleadings and other papers in
09:59   2    both of these cases, so it's a pleasure.
10:00   3            I don't really want to turn this into a status
10:00   4    conference on the other case.
10:00   5            MR. MONTALVO:  I think we need a discussion, Your
10:00   6    Honor, because we currently have it slated for trial
10:00   7    November 6, and we still haven't had a ruling on the
10:00   8    counterclaims.  So I feel if --
10:00   9            THE COURT:  Again, the other -- I hear you.  I
10:00   10   hear what you are saying, but the other counsel isn't here.
10:00   11   Have you communicated with -- I forgot who it is.
10:00   12           MR. MONTALVO:  VGC is Mr. --
10:00   13           THE COURT:  Have you communicated with them about
10:00   14   it?
10:00   15           MR. MONTALVO:  No, but I put a note to ask if Your
10:00   16   Honor is still intending on holding that date or not.
10:00   17           THE COURT:  Again, I don't want to deal with
10:00   18   another case without other counsel present.  All I can say
10:00   19   is what I am hearing you say is you would like an extension
10:01   20   of the trial date in view of where I am on my rulings.  If
10:01   21   that's the case, communicate with your adversary, your
10:01   22   counterpart, and file an appropriate stipulation, and I will
10:01   23   certainly take a look at it.
10:01   24           MR. MONTALVO:  Yes, Your Honor.  It was just a
10:01   25   little heads-up on that.  Other than that, I think we're
```

12

```
10:01   1    good, Your Honor.
10:01   2                THE COURT:  Okay.  So Judge Christensen will deal
10:01   3    with this matter and I think help you in terms of
10:01   4    supervising the discovery that you may wish to take.
10:01   5                Coming back to Golden Boy Promotions and the
10:01   6    arbitration, if the arbitrator determines that the dispute
10:01   7    is not arbitrable -- I know we're looking way ahead --
10:01   8    what's your inclination?
10:02   9                MR. MONTALVO:  I would bring them forward
10:02  10    separately because I don't want to disturb this matter.
10:02  11                THE COURT:  You would file a new lawsuit?
10:02  12                MR. MONTALVO:  That's correct.  Yes, Your Honor.
10:02  13                THE COURT:  If you do that, would you intend to do
10:02  14    it in this court?
10:02  15                MR. MONTALVO:  Yes, I would list it as a companion
10:02  16    case.
10:02  17                THE COURT:  That's what I was going to say, file a
10:02  18    Notice of Related Case.  We have a process for doing that.
10:02  19    At least the system will know, and there is a potential it
10:02  20    will get back to me.
10:02  21                MR. MONTALVO:  Understood, Your Honor.
10:02  22                THE COURT:  Do we still have an OSC outstanding,
10:02  23    Madam Clerk?  I have 158.
10:02  24                MR. MONTALVO:  I believe you said that if we
10:02  25    didn't file it would be acted upon.
```

```
10:02   1              THE COURT:  Right.  I'm not saying that you have
10:02   2   done anything wrong.  It's just housekeeping wise.
10:02   3              THE CLERK:  It's discharged.
10:03   4              THE COURT:  My point is we need to make a docket
10:03   5   entry.  OSC 158 is discharged.
10:03   6              MR. MONTALVO:  Thank you, Your Honor.
10:03   7              THE COURT:  That covers everything on my agenda.
10:03   8              Anything else?
10:03   9              MR. MONTALVO:  No, Your Honor.  I'm just glad to
10:03  10   be here.  Have a great Friday.  I'm glad it wasn't longer
10:03  11   than it had to be.
10:03  12              THE COURT:  It's always a pleasure to see you,
10:03  13   Mr. Montalvo.  Mr. Moses Heredia and Mr. Ralph Heredia, it's
10:03  14   a pleasure to meet you.
10:03  15              I look forward to get Judge Christensen's report
10:03  16   and recommendation, and then we will move forward with this
10:03  17   case, and we will see what happens with your arbitration
10:03  18   with Golden Boy Promotions.
10:03  19              Thank you.
10:03  20              MR. MONTALVO:  Thank you.
10:03  21              (Whereupon, the proceedings were concluded.)
10:03  22                          *   *   *
10:03  23
10:03  24
10:03  25
```

**CERTIFICATE**

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:   September 15, 2023

/s/   Sharon A. Seffens   9/15/23
_____
**SHARON A. SEFFENS, U.S. COURT REPORTER**