Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst Street, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
Facsimile: (888) 899-6083

Eric S. Montalvo (admitted *pro hac vice*)
DC Bar No. 993206
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Facsimile: (888) 899-6083

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>　　　　Defendants. | Case No.: 5:20-cv-02618-JWH-KK<br><br>**PLAINTIFF MOSES HEREDIA'S APPLICATION FOR CONTINUANCE OF OCTOBER 5, 2023 HEARING**<br><br>Date:　　　　October 3, 2023<br>Time:　　　　1:30 p.m.<br>Courtroom:　790<br>Judge: Hon. Stephanie S. Christensen |

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR CONTINUANCE OF OCTOBER 5, 2023 HEARING - 1

Plaintiff Moses Heredia hereby requests a continuance of the hearing on Plaintiff's motions for default judgement scheduled for October 5, 2023. In Support of this Application, Plaintiff informs the Court as follows:

1. Plaintiff previously obtained Entry of Default Judgment against Defendants MTK Global USA, LLC [ECF 128], MTK Global USA, LLC [ECF 148], Daniel Kinahan [ECF 148], and Paul D. Gibson [ECF 156].

2. Pursuant to Local Rule 7-19, Plaintiff advises the Court that Defendants MTK Global Sports Management, LLC, MTK Global USA, LLC, Paul D. Gibson, and Daniel Kinahan are currently unrepresented by counsel and in default for failure to appear. Plaintiff is therefore requesting an ex parte order continuing the October 5, 2023 hearing on Plaintiff's Motions for Default Judgment [ECF 150, 151, 152, 159]. Accordingly, it is not possible to advise counsel for any other party of the date and substance of this proposed Application.

3. On May 31, 2023, Plaintiff filed his Notice of Motion and Motion for Default Judgment against Defendants MTK Global USA, LLC [ECF 150], MTK Global Sports Management, LLC [ECF 151], and Daniel Kinahan [ECF 152]. All three of these matters were noticed for a hearing on June 30, 2023.

4. On June 27, 2023, the Court issued an Order [ECF 154] finding that said Motions were appropriate for resolution without a hearing and vacating the June 30, 2023 hearing.

5. On August 4, 2023, Plaintiff filed his Notice of Motion and Motion for Default Judgment against Defendant Paul D. Gibson [ECF 159]. This matter was noticed for a hearing on August 25, 2023.

6. On August 25, 2023, the Court held a Status Conference and ordered that Plaintiff's Motions for Default Judgment [ECF 150, 151, 152, 159] were referred to Magistrate Judge Stephanie S. Christensen for a report and recommendation regarding the amount of damages that should be awarded to Plaintiff in a default judgment [ECF 163].

7. On September 7, 2023, Magistrate Judge Christensen entered an Order Setting Hearing on Motions for Default Judgment [ECF 164] for October 5, 2023 at 10:00 a.m., and ordered the parties to attend the hearing via videoconference.

8. Good cause exists for granting this application for continuance because counsel for Plaintiff, Eric Montalvo, is unavailable on October 5, 2023. As stated in his attached declaration, Mr. Montalvo serves as lead counsel for appellant General Logistics Group, Ltd. ("GLG") in Appeal No. 60838, which is currently pending before the Armed Services Board of Contract Appeals ("ASBCA"). Exhibit A, Declaration of Eric S. Montalvo, ¶ 6. Mr. Montalvo is currently scheduled to travel from California to Washington, D.C. and Florida to undertake depositions on or between on October 2, 2023 and October 13, 2023. *Id*. These depositions were scheduled prior to the Court's scheduling of the instant matter. *Id*. The ASBCA

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR CONTINUANCE OF OCTOBER 5, 2023 HEARING - 3

matter is on an expedited hearing schedule and the rescheduling of government and expert witnesses would be prejudicial. *Id.* The close of discovery is October 13, 2023.

9. Plaintiff respectfully requests that the Court continue the October 5, 2023 hearing on Plaintiff's Motions for Default Judgment to October 17 or 19, 2023.[1]

10. There are no deadlines that would be affected by granting the relief requested in this Application.

11. A proposed order is attached as an exhibit for the Court's consideration in compliance with Local Rule 52-4.1.

WHEREFORE, Plaintiff Moses Heredia respectfully requests that the Court continue the October 5, 2023 hearing on Plaintiff's Motions for Default Judgment [ECF 150, 151, 152, 159].

---

[1] Plaintiff has confirmed the Court's availability to continue the hearing to October 17 or 19, 2023.

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR CONTINUANCE OF OCTOBER 5, 2023 HEARING - 4

Respectfully submitted,

FEDERAL PRACTICE GROUP

*/s/ Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
431 N Brookhurst Street, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
Facsimile: (888) 899-6053
rdhungana@fedpractice.com

Eric S. Montalvo (admitted *pro hac vice*)
DC Bar No. 993206
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Facsimile: (888) 899-6053
emontalvo@fedpractice.com

*Attorneys for Plaintiff*
*Moses Heredia*