Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst Street, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
Facsimile: (888) 899-6083

Eric S. Montalvo (admitted *pro hac vice*)
DC Bar No. 993206
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Facsimile: (888) 899-6083

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>          Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>          Defendants. | Case No.: 5:20-cv-02618-JWH-KK<br><br>**DECLARATION OF ERIC S. MONTALVO**<br><br>Date:            October 3, 2023<br>Time:           1:30 p.m.<br>Courtroom:   790<br>Judge: Hon. Stephanie S. Christensen |

DECLARATION OF ERIC S. MONTALVO - 1

I, Eric S. Montalvo, declare as follows:

1. I am a founding partner with Federal Practice Group and am lead counsel for Plaintiff, Moses Heredia, in the above-captioned matter.

2. I submit this declaration in support of Plaintiff Moses Heredia's Application for Continuance of October 5, 2023 Hearing.

3. I am admitted *pro hac vice* to appear before this Court.

4. I have personal knowledge of the facts stated herein, and, if called upon to do so, could and would testify truthfully and competently with respect thereto.

5. On September 7, 2023, the Court set Plaintiff's motions for default judgment for hearing on October 5, 2023, and ordered the parties to appear before this Court via videoconference at 10:00 a.m. My office did contact the Court's clerk to seek an alternative date and understood that a formal motion needed to be filed.

6. I am unavailable on October 5, 2023. I serve as lead counsel for appellant General Logistics Group, Ltd. ("GLG") in Appeal No. 60838, which is currently pending before the Armed Services Board of Contract Appeals. I am currently scheduled to travel from California to Washington D.C. and Florida to undertake depositions on or between October 2, 2023 and October 13, 2023. These depositions were scheduled prior to the Court's scheduling of the instant matter. The ASBCA matter is on an expedited hearing schedule and the rescheduling of

DECLARATION OF ERIC S. MONTALVO - 2

government and expert witnesses would be prejudicial.  The close of discovery is October 13, 2023.

7. My first availability after October 13, 2023 for the continued hearing on Plaintiff's Motions for Default Judgment is either October 17 or 19, 2023.

8. I respectfully request that the October 5, 2023 hearing on Plaintiff's Motions for Default Judgment be continued to a date and time certain, consistent with my availability as provided above.  I will also coordinate with the Clerk for other dates if the Court so directs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 25, 2023

California

                                                /s/ Eric S. Montalvo
                                                Eric S. Montalvo