Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst Street, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
Facsimile: (888) 899-6083

Eric S. Montalvo (admitted *pro hac vice*)
DC Bar No. 993206
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Facsimile: (888) 899-6083

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>    Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>    Defendants. | Case No.: 5:20-cv-02618-JWH-KK<br><br>**PLAINTIFF MOSES HEREDIA'S APPLICATION FOR CONTINUANCE OF OCTOBER 5, 2023 HEARING** |

PLAINTIFF MOSES HEREDIA'S APPLICATION FOR CONTINUANCE OF OCTOBER 5, 2023 HEARING - 1

**[PROPOSED] ORDER**

**UPON CONSIDERATION** of Plaintiff Moses Heredia's Application for Continuance of October 5, 2023 Hearing, and for good cause shown, it is hereby

1.      **ORDERED** that the October 5, 2023 hearing date in this case is continued to _____, _____, 2023 at __:____ __.m. The parties are **ORDERED** to appear via videoconference on this date. The parties are DIRECTED to contact the Clerk before the hearing to obtain instructions for accessing the videoconference. **IT IS FURTHER ORDERED** that Plaintiff shall provide notice to Defendants MTK Global USA, LLC, MTK Global Sports Management, LLC, Daniel Kinahan, and Paul D. Gibson of the date and time of the hearing to allow them to appear, if they wish to do so, and contest Plaintiff's claimed relief. Notice shall be provided by mailing copies of this Order to Defendants MTK Global USA, LLC, MTK Global Sports Management, LLC, Daniel Kinahan, and Paul D. Gibson at their last known address. At or prior to the scheduled hearing, Plaintiff must provide the Court with proof of compliance with the notice requirement. The Court DEFERS consideration of Plaintiff's Motions for Default Judgment [ECF 150, 151, 152, 159] until after the hearing. There are no deadlines affected by this Order.

Dated: _____                    _____
                                            Stephanie S. Christensen
                                            United States Magistrate Judge