Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst Street, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
Facsimile: (888) 899-6083

Eric S. Montalvo (admitted *pro hac vice*)
DC Bar No. 993206
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Facsimile: (888) 899-6083

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>     Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>     Defendants. | Case No.: 5:20-cv-02618-JWH-KK<br><br>**ORDER GRANTING PLAINTIFF MOSES HEREDIA'S APPLICATION FOR CONTINUANCE OF OCTOBER 5, 2023 HEARING**<br><br>***ALTERATIONS MADE TO PROPOSED ORDER*** |

**UPON CONSIDERATION** of Plaintiff Moses Heredia's Application for Continuance of October 5, 2023 Hearing, and for good cause shown, it is hereby **ORDERED** that the October 5, 2023 hearing date in this case is continued to **October 19, 2023 at 10:00 a.m.** The parties are **ORDERED** to appear via videoconference on this date. The parties are DIRECTED to contact the Clerk before the hearing to obtain instructions for accessing the videoconference. **IT IS FURTHER ORDERED** that Plaintiff shall provide notice to Defendants of the date and time of the hearing to allow them to appear, if they wish to do so, and contest Plaintiff's claimed relief. Plaintiff must provide notice to Defendants MTK Global USA, LLC and Paul D. Gibson by serving a copy of this Order on those Defendants by mail at their last known address. Defendants must provide notice to Defendants MTK Global Sports Management, LLC and Daniel Kinahan by serving a copy of this Order on those Defendants by mail at their last known address **and** serving a copy of this Order on those Defendants' counsel of record, as reflected on the Court's docket. Plaintiff must service Defendants on or before **October 4, 2023** and file proofs of service with the Court on or before **October 6, 2023**.

//

//

//

The Court DEFERS consideration of Plaintiff's Motions for Default Judgment [ECF 150, 151, 152, 159] until after the hearing.

Dated: September 27, 2023

_____
Stephanie S. Christensen
United States Magistrate Judge