

NEOPOST          FIRST-CLASS MAIL
09/22/2023
US POSTAGE  $001.83⁰

ZIP 95833
041M11299467



# PARACORP

Nationwide Registered Agent Services
PO Box 160568
Sacramento, CA 95816-0568

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
225 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012**

Address Service Requested



FILED
CLERK, U.S. DISTRICT COURT
SEP 25 2023
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY




**PARACORP**
Nationwide Registered Agent Services

September 12, 2023

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
225 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012**

**Re: MTK GLOBAL USA, LLC**

To Whom It May Concern:

Our office is in receipt of the enclosed Service of Process for the above referenced company. Paracorp Incorporated is no longer responsible for Service of Processes for the entity **MTK GLOBAL USA, LLC** in **Delaware** as they are dissolved with the state.

Please find enclosed the original documents. We are returning these for immediate attention. If you have any questions, please do not hesitate to contact Leticia Herrera, Manager at (888) 272-3725.

Thank you,

**Roselynne Vang
Paracorp Incorporated
2804 Gateway Oaks
#100
Sacramento, CA 95833
Tel: (888) 272-3725**

MTK Global USA, LLC
2140 S Dupont Hwy
Camden, DE 19934

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov
Message-Id:<36498381@cacd.uscourts.gov>Subject:Activity in Case 5:20-cv-02618-JWH-KK
Heredia et al v. MTK Global Sports Management, LLC et al Order on Motion for Default Judgment
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 9/7/2023 at 1:10 PM PDT and filed on 9/7/2023

| | |
|---|---|
| **Case Name:** | Heredia et al v. MTK Global Sports Management, LLC et al |
| **Case Number:** | 5:20-cv-02618-JWH-KK |
| **Filer:** | |
| **Document Number:** | 164 |

**Docket Text:**
**(IN CHAMBERS) Order Setting Hearing on Motions for Default Judgment (ECF [150], [151],
[152], [159]) by Magistrate Judge Stephanie S. Christensen. IT IS ORDERED that the parties
appear before this Court via videoconference on Thursday, October 5, 2023, at 10:00 a.m. The
parties are directed to contact the Clerk before the hearing to obtain instructions for accessing
the videoconference. IT IS FURTHER ORDERED that Plaintiff shall provide notice to
Defendants MTK Global USA, LLC; MTK Global Sports Management, LLC; Daniel Kinahan;
and Paul D. Gibson of the date and time of the hearing to allow them to appear, if they wish to
do so, and contest Plaintiff's claimed relief. At or prior to the scheduled hearing, Plaintiff must
provide the Court with proof of compliance with the notice requirement. The Court DEFERS
consideration of Plaintiff's motions for default judgment (ECF 150, 151, 152, 159) until after the
hearing. (SEE DOCUMENT FOR FURTHER DETAILS) (tsn)**

**5:20-cv-02618-JWH-KK Notice has been electronically mailed to:**
Eric S. Montalvo    emontalvo@fedpractice.com
Ricardo P Cestero    calendar@greenbergglusker.com, rcestero@ggfirm.com, bgarza@ggfirm.com,
jgore@ggfirm.com
Rajan Olarita Dhungana    rdhungana@fedpractice.com, docketclerk@fedpractice.com,
clagarde@fedpractice.com
David S Harris    dharris@willenken.com, david@harrislitigation.com
John K. Ly    jly@lianglyllp.com, leilani.sui@lianglyllp.com
Jason L. Liang    moz@lianglyllp.com, jliang@lianglyllp.com