Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
431 N. Brookhurst St. STE 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>            Plaintiff,<br><br>      v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: October 19, 2023<br><br>Courtroom: Videoconference<br><br>Judge: Magistrate Judge Stephanie S. Christensen |

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I served a copy of the following documents:

1. A copy of the Court's Order (ECF 168) continuing the hearing to October 19, 2023 at 10:00 am;

2. A copy of the full docket report

To the following:

1. MTK Global Sports Management, LLC's last known address located in Dubai, UAE via FedEx International, tracking number 773592349969. According to the FedEx tracking service, the package was marked delivered and signed for by "M. Mukthar" on October 02, 2023 (See Exhibit 1).

2. MTK Global Sports Management, LLC's Counsel of Record David S. Harris via U.S. Postal Service Certified Mail with Signature Required Return Receipt, tracking number 9414711206203665144884. According to the U.S. Postal Service tracking service, the package is en route with an expected delivery date of October 07, 2023. (See Exhibit 2). A copy of the documents was also mailed via United Postal Service – Next Day Air to ensure timely receipt, with the tracking number, 1Z0282R71318931350 on October 04, 2023 and marked delivered on October 05, 2023 (See Exhibit 3).

3. MTK Global USA, LLC's last known address via their Registered Agent: Paracorp Incorporated via U.S. Postal Service Certified Mail with Signature

Required Return Receipt, tracking number 9414711206203665149742. According to the U.S. Postal Service tracking service, the package appears to have been returned to the sender on October 05, 2023 (See Exhibit 4).

4. Daniel Kinahan's last known address located in Dubai UAE, via FedEx International, tracking number 773592385691. According to the FedEx tracking service, the package is being held at a local FedEx facility in Dubai as the shipment was refused by the recipient on October 02, 2023 (See Exhibit 5).

5. Daniel Kinahan's Counsel of Record Jason L. Liang via U.S. Postal Service Certified Mail with Signature Required Return Receipt tracking number 9414711206203665142856. According to the U.S. Postal Service tracking service, the package is currently en route. copy of the documents was also mailed via United Postal Service – Next Day Air to ensure timely receipt, with the tracking number 1Z0282R71317171549 on October 04, 2023, and marked delivered on October 05, 2023 (See Exhibit 6).

6. Paul D. Gibson's last known address located in Alicante, Spain via FedEx International, tracking number 773592041190. According to the FedEx tracking service, the package was marked delivered and signed for by Mr. Paul D. Gibson on October 03, 2023 (See Exhibit 7).

1   Dated: October 06, 2023                    Respectfully submitted,

2

3                                              /s/ *Rajan O. Dhungana*
                                               Rajan O. Dhungana (SBN: 297794)
4                                              FEDERAL PRACTICE GROUP
                                               431 N. Brookhurst St. STE 130
5                                              Anaheim, CA 92801
                                               Telephone: (310) 795-6905
6                                              Fax: (888) 899-6053
7                                              rdhungana@fedpractice.com

8
                                               /s/ *Eric S. Montalvo*
9                                              Eric S. Montalvo (*Pro Hac Vice*)
                                               FEDERAL PRACTICE GROUP
10                                             1750 K Street, N.W., Suite 900
                                               Washington, D.C. 20006
11                                             Telephone: (202) 862-4360
                                               Fax: (888) 899-6053
12                                             emontalvo@fedpractice.com
13

14
                                               *Attorneys for Plaintiff*
15
                                               Moses Heredia
16

17

18

19

20

21

22

23

24

25

26

27

28