

October 04, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 7735 9234 9969

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Receptionist/Front Desk |
| Signed for by: | M.MUKTHAR | Delivery Location: | |
| Service type: | FedEx International Priority | | |
| Special Handling: | Deliver Weekday | | DUBAI, |
| | | Delivery date: | Oct 2, 2023 17:23 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 7735 9234 9969 | Ship Date: | Sep 29, 2023 |
| | | Weight: | 0.3 LB/0.14 KG |

Recipient: | Shipper:
DUBAI, AE, | WASHINGTON, DC, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx