

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>David S. Harris<br>David S. Harris, P.C.<br>6520 Platt Ave. STE 683<br>West Hills, CA 91307 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 9414 7112 0620 3665 1448 84 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9414711206203665144884

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

**Expected Delivery by**

**SATURDAY**

**7** October 2023 ⓘ

by **9:00pm** ⓘ

Your package is moving within the USPS network and is on track to be delivered by the expected delivery date. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Delivered

Out for Delivery

Preparing for Delivery

**Moving Through Network**
**In Transit to Next Facility, Arriving On Time**
October 5, 2023

**Departed USPS Regional Origin Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
October 2, 2023, 11:36 pm

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs