100% Recycled fiber
80% Post-Consumer

**Extremely Urgent**

Call **1-800-PICK-UPS®** (1-800-742-5877) or visit **UPS.com®**

- For UPS Next Day, for envelopes containing urgent documents, Next Day Air service containing items of to the corresponding
- For UPS Worldwide may be used only f There is no limit on can enclose.
- For UPS 2nd Day A weighing one poun corresponding rate

• Do not send cash o

FEDERAL PRACTICE GROUP
2028624360
THE FEDERAL PRACTICE GROUP
1750 K STREET, NW, SUITE 900
WASHINGTON DC 20006

0.2 LBS LTR   1 OF 1

SHIP TO:
DAVID S HARRIS
DAVID S. HARRIS, P.C.
6520 PLATT AVE STE 683
WEST HILLS CA 91307-3218



CA 914 9-01

**UPS NEXT DAY AIR SAVER**   1P
TRACKING #: 1Z 028 2R7 13 1893 1350



BILLING: 3RD PARTY

XOL 23.09.06   NV45 40.0A 10/2023™

This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express℠**
**UPS 2nd Day Air®**

Apply shipping documents o   for:

ed℠

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z0282R71318931350

**Weight**

0.20 LBS

**Service**

UPS Next Day Air Saver®

**Shipped / Billed On**

10/04/2023

**Delivered On**

10/05/2023 10:33 A.M.

**Delivered To**

WEST HILLS, CA, US

**Received By**

ABI

**Left At**

Receiver

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 10/05/2023 9:33 P.M. EST