

USPS FIRST CLASS MAIL®

Federal Practice Group
1750 K Street, NW, Suite 900
Washington DC 20006-2317

SHIP TO:
MTK Global USA, LLC
Registered Agent: Paracorp Incorporated
2140 S Dupont Hwy
Camden DE 19934-1249

USPS CERTIFIED MAIL™

9414 7112 0620 3665 1497 42



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>MTK Global USA, LLC<br>Registered Agent:<br>Paracorp Incorporated<br>2140 S. Dupont Hwy<br>Camden, DE 19934 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) 9414 7112 0620 3665 1497 42 | |
| PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540 | |

# USPS Tracking®

FAQs >

Remove ✕

**Tracking Number:**

# 9414711206203665149742

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your package will arrive later than expected, but is still on its way. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

**Delivered**

**Out for Delivery**

**Preparing for Delivery**

**Moving Through Network**
**In Transit to Next Facility, Arriving Late**
October 5, 2023

**Departed USPS Regional Destination Facility**
WILMINGTON DE DISTRIBUTION CENTER
October 3, 2023, 6:16 pm

**Arrived at USPS Regional Destination Facility**
WILMINGTON DE DISTRIBUTION CENTER
October 3, 2023, 10:39 am

**Arrived at USPS Regional Origin Facility**
GAITHERSBURG MD DISTRIBUTION CENTER
October 2, 2023, 11:04 pm

**Accepted at USPS Origin Facility**
WASHINGTON, DC 20006
October 2, 2023, 9:49 pm

**Shipping Label Created, USPS Awaiting Item**
WASHINGTON, DC 20006
September 29, 2023, 4:05 pm

Hide Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package?_gl=1*gei3y5*_gcl_au*NzA5NTYwODYuMTY5NjU1NjI5Ng..*_ga*MTgxNDIxNzg5MS4xNjk2NTU2Mjk2*_ga_3NXP3C8S9V*MTY5NjU1NjI5Ni4xLjEuMTY5NjU1NzAwNS4wLjAuMA..)

**Text & Email Updates**                                                              ⌄

**USPS Tracking Plus®**                                                               ⌃

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until September 29, 2025. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

**Note:** For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

```
┌─────────┐
│ 3 Years │
│  $3.75  │
└─────────┘

┌─────────┐
│ 5 Years │
│  $4.75  │
└─────────┘

┌─────────┐
│ 7 Years │
│  $5.75  │
└─────────┘

┌──────────┐
│ 10 Years │
│   $6.75  │
└──────────┘
```

☐ I have read, understand, and agree to the **Terms and Conditions. (https://www.usps.com/terms-conditions/tracking-plus.htm)**

**Confirm Selection**

**Product Information**                                                    ⌄

See Less ⌃

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**