



# Shipment overview

**TRACKING NUMBER** 773592385691

**SHIP DATE** ⓘ 9/29/2

**STANDARD TRANSIT** ⓘ 10/2/23 before 8:00 PM

**SCHEDULED DELIVERY** Pending

# Services

**SERVICE** FedEx International Priority

**TERMS** hipper

**SPECIAL HANDLING SECTION** Deliver Weekday

# Package details

**WEIGHT** 0 2 lbs / 0 09 kgs

**TOTAL PIECES** 1

**TOTAL SHIPMENT WEIGHT** 0 2 lbs / 0 09 kgs

**PACKAGING** FedEx Envelope

↑ Back to top

# Travel history

Ascending

Local Scan Time

**Friday, 9/29/2**

- 3 55 PM
  Shipment information sent to FedEx

- 6 44 PM
  Picked up
  Tendered at FedEx Offi e
  WASHINGTON, DC

- 9 05 PM
  Left FedEx origin facility
  WASHINGTON, DC

- 11:35 PM
  Arrived at FedEx hub
  MEMPHIS, TN



- 3:55 AM
  In transit
  MEMPHIS, TN

- 4:55 AM
  In transit
  MEMPHIS, TN

- 4:56 AM
  Departed FedEx hub
  MEMPHIS, TN

### Sunday, 10/1/23

- 3:00 AM
  In transit
  Package available for clearance
  DUBAI AE

- 4:16 AM
  At destination sort facility
  DUBAI CITY AE

- 5:58 AM
  International shipment release - Import
  DUBAI AE

### Monday, 10/2/23

- 6:47 AM
  At local FedEx facility
  DUBAI AE

- 8:51 AM
  On FedEx vehicle for delivery
  DUBAI AE

- 12:22 PM
  Delay
  Shipment Refused by recipient.
  DUBAI AE

- 8:47 PM
  At local FedEx facility
  DUBAI AE

### Tuesday, 10/3/23

- 7:39 PM
  At local FedEx facility
  DUBAI AE

### Wednesday, 10/4/23

- → 1:09 PM
  At local FedEx facility
  DUBAI AE

↑ Back to top

**OUR COMPANY**
About FedEx
Our Portfolio
Investor Relations



Corporate Responsibility
Newsroom
Contact Us

**MORE FROM FEDEX**
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**

 United States

**FOLLOW FEDEX**     

© FedEx 1995-2023
Site Map   |   Terms of Use   |   Privacy & Security