

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

1. Article Addressed to:

Jason L. Liang
Liang Ly LLP
601 S Figueroa St. STE 1950
Los Angeles, CA 90017

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   9414 7112 0620 3665 1428 59

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

**Extremely Urgent**

FEDERAL PRACTICE GROUP
2028624360
THE FEDERAL PRACTICE GROUP
1750 K STREET, NW, SUITE 900
WASHINGTON DC 20006

0.2 LBS LTR    1 OF 1

SHIP TO:
JASON L. LIANG
LIANG LY LLP
601 S FIGUEROA ST STE 1950
LOS ANGELES CA 90017-3983



CA 901 9-02

UPS NEXT DAY AIR SAVER    1P
TRACKING #: 1Z 028 2R7 13 1717 1549



BILLING: 3RD PARTY

XOL 23.09.06    NV45 40.0A 10/2023*

This envelope is for use with the following services:

UPS Next Day Air®
UPS Worldwide Express℠
UPS 2nd Day Air®

Apply shipping documents o

Do not use this envelope for:

Visit **ups.com**® or call **1-800-PICK-UPS**® (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Domestic Shipments**
- To qualify for the Le correspondence, ur weigh 8 oz. or less. those listed or weig

**International Shipm**
- The UPS Express En value. Certain coun ups.com/importex
- To qualify for the Le UPS Express Envelo

**Note:** Express Envelo containing sensitive l or cash equivalent.

Recycled fiber
Post-Consumer

# Proof of Delivery

Dear Customer,

This notice serves as proof of delivery for the shipment listed below.

**Tracking Number**

1Z0282R71317171549

**Weight**

0.20 LBS

**Service**

UPS Next Day Air Saver®

**Shipped / Billed On**

10/04/2023

**Delivered On**

10/05/2023 3:45 P.M.

**Delivered To**

LOS ANGELES, CA, US

**Received By**

FTDOOR

Please print for your records as photo and details are only available for a limited time.

Sincerely,

UPS

Tracking results provided by UPS: 10/05/2023 9:35 P.M. EST