

# FedEx

October 04, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 773592041190

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | Residence |
| Signed for by: | D.PAUL GIBSON | Delivery Location: | |
| Service type: | FedEx International Priority | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | ALICANTE, AC, |
| | | Delivery date: | Oct 3, 2023 16:03 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 773592041190 | Ship Date: | Sep 29, 2023 |
| | | Weight: | 0.5 LB/0.23 KG |

**Recipient:**
ALICANTE, AC, ES,

**Shipper:**
WASHINGTON, DC, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx