UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   5:20-cv-02618-JWH-KK                              Date: October 19, 2023

Title   Moses Heredia v. MTK Global Sports Management, LLC, et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Donnamarie Luengo for Teagan Snyder | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Eric S. Montalvo | None Present |

**Proceedings:   Minutes of Video Hearing re: Motions for Default Judgment and Request for Authorization to Conduct Discovery as to the Issue of Damages**

　　Counsel for Plaintiff states his appearance. No Defendants appear. The Court confers with Plaintiff's counsel regarding the issues of service of the third amended complaint, the pending motions for default judgment, and the scope and deadline for discovery on the issue of damages.

　　The Court **AUTHORIZES** Plaintiff to conduct discovery on the issue of damages related to his motions for default judgment against Defendants Paul D. Gibson; Daniel Kinahan; and MTK Global USA, LLC, and to continue discovery on the issue of damages related to his motion for default judgment against Defendant MTK Global Sports

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   5:20-cv-02618-JWH-KK                         Date: October 19, 2023

Title   Moses Heredia v. MTK Global Sports Management, LLC, et al.

Management, LLC, as authorized by the assigned District Judge on January 20, 2023 (ECF 132).

The Court sets the following deadlines:

1. On or before **October 30, 2023**, Plaintiff shall file: 1) a copy of the arbitration award in *In the Matter of the Arb. of Contract Dispute Between Moses Heredia, Manager, and Joseph Diaz, Jr., Boxer*, Cal. State Athl. Comm'n (July 9, 2021), and the portion of the transcript of those proceedings related to issuance or calculation of the award; and 2) a supplemental affidavit stating the address(es) at which Plaintiff attempted to serve the third amended complaint on Defendant MTK Global Sports Management, LLC before serving by publication.

2. On or before **December 19, 2023**, Plaintiff shall file a status report detailing the progress of damages discovery.

3. On or before **February 29, 2024**, all damages discovery must be completed.

4. On or before **March 21, 2024**, Plaintiff shall file a Supplemental Memorandum in Support of Motions for Default Judgment setting forth the requested damages and the law supporting the request.

**IT IS SO ORDERED.**

cc:   Counsel of Record

                                                                                    1:26
                                                    Initials of Preparer      **dl**