Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
431 N. Brookhurst St. STE 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

MOSES HEREDIA,

        Plaintiff,

      v.

MTK GLOBAL SPORTS
MANAGEMENT, LLC; MTK
GLOBAL USA, LLC; GOLDEN
BOY PROMOTIONS, INC.; PAUL
D. GIBSON; and DANIEL
KINAHAN,

Defendants.

Case No. 5:20-cv-02618-JWH-KKx

Judge: Magistrate Judge Stephanie S. Christensen

## ARBITRATION TRANSCRIPT – INDEX

| Topic | Pages |
|---|---|
| Negotiation of second contract | 24; 62-65 |
| Admission of personal loans | 93; 157 |
| Exclusion of personal loans from calculation of arbitration award | 36; 126; 157 |
| Monies owed from previous fight | 36-38; 45 |
| Contract value | 40-48; 156-159 |

Atkinson-Baker, Inc.
www.depo.com

1          BEFORE THE STATE ATHLETIC COMMISSION

2              DEPARTMENT OF CONSUMER AFFAIRS

3                   STATE OF CALIFORNIA

4                                       **ORIGINAL**

5   In the Matter of the          )
    Arbitration Between:          )
6                                 )
                                  )
7   MOSES HEREDIA AND JOSEPH      )
    DIAZ,                         )
8                                 )
                                  )
9

10

11          DEPOSITION OF TRANSCRIPT OF PROCEEDINGS

12                THURSDAY, JUNE 10, 2021

13                 LOS ANGELES, CALIFORNIA

14

15

16

17

18

19

20

21

22  ATKINSON-BAKER, A VERITEXT COMPANY
    (800) 288-3376
23  www.depo.com

24  REPORTED BY:  JEANINE CURCIONE
                  CSR NO. 10223, RPR
25  FILE NO.:  AF04308

Case 5:20-cv-02618-JWH-kk  Document 173-1  Filed 10/30/23  Page 3 of 217  Page ID
#:2151
Atkinson-Baker, Inc.
www.depo.com

```
 1  TRANSCRIPT OF PROCEEDINGS, taken on June 10, 2021 at

 2  10:27 A.M., before Jeanine Curcione, C.S.R. No. 10223,

 3  RPR, pursuant to notice.

 4
    APPEARANCES OF COUNSEL:
 5
    ANDY FOSTER, ARBITRATOR
 6
    FOR THE COMPLAINANT:
 7
        ATTORNEY GENERAL OF CALIFORNIA
 8      BY:  WILLIAM D. GARDNER, DEPUTY ATTORNEY GENERAL
        BY:  ARMANDO ZAMBRANO, SUPERVISING DEPUTY
 9          ATTORNEY GENERAL
        300 South Spring Street
10      Suite 1702
        Los Angeles, California 90013
11      Phone: (213)269-6292
        e-mail: William.Gardner@doj.ca.gov
12      e-mail: Armando.Zambrano@doj.ca.gov

13  FOR THE RESPONDENT MOSES HEREDIA:

14      FEDERAL PRACTICE GROUP
        BY:  ERIC S. MONTALVO, ESQ.
15      BY:  JASON MOY, ESQ.
        1750 K STREET, NW
16      9th Floor
        Washington, DC 20006
17      Phone: (202)888-8199
        e-mail:  emontalvo@fedpractice.com
18

19  FOR THE COMPLAINANT JOSEPH DIAZ:

20      VGC, LLP
        1515 7th Street
21      Suite 106
        Santa Monica, California 90401
22      Phone: (424)272-9855
        BY:  JAMES L. GREELEY, ESQ.
23      BY:  DIYARI VASQUEZ, ESQ.
        e-mail: jgreeley@vgcllp.com
24

25
```

Atkinson-Baker, Inc.
www.depo.com

```
 1                        INDEX

 2

 3   WITNESS:  JOSEPH DIAZ

 4   EXAMINATION             DIRECT

 5   BY MR. GREELEY          87

 6   EXAMINATION             CROSS

 7   BY MR. MONTALVO          95

 8

 9   WITNESS:  MOSES HEREDIA

10   EXAMINATION             DIRECT

11   BY MR. MONTALVO         148

12

13   WITNESS:  RALPH HEREDIA

14   EXAMINATION             DIRECT

15   BY MR. MONTALVO         162

16

17   WITNESS:  STEVEN BASH

18   EXAMINATION             DIRECT

19   BY MR. MONTALVO         162

20

21

22

23

24

25
```

Atkinson-Baker, Inc.
www.depo.com

1          LOS ANGELES, CALIFORNIA;

2          THURSDAY, JUNE 10, 2021, 10:27 A.M.

3

4          MR. FOSTER:  We're on the record in the matter

5    of the arbitration between Moses Heredia and Joseph

6    Diaz.  I'm Deputy Attorney General William Gardner

7    serving as counsel for Andrew Foster in his capacity as

8    executive officer of the California State Athletic

9    Commission.  Mr. Foster as we can see is present

10   virtually as all parties are.

11         Also present today is supervising Deputy

12   Attorney General Armando Zambrano who will be assisting

13   in today's proceedings.  Mr. Foster will be conducting

14   the arbitration although I will be here to respond to

15   legal issues and questions that might arise, but

16   Mr. Foster will hear and decide all factual issues in

17   this case and is the ultimate decision maker for the

18   commission in this arbitration.

19         Today's date is June 10, 2021.  The time is

20   approximately 10:27 A.M.  We're convening virtually by

21   Zoom, as we know, pursuant to a request for arbitration

22   filed by Moses Heredia.  A notice of hearing was duly

23   served on the parties who are Moses Heredia and Joseph

24   Diaz.  The commission will take official notice of its

25   records that Moses Heredia is a licensed manager in the

Atkinson-Baker, Inc.
www.depo.com

1    State of California and Joseph Diaz is a licensed boxer

2    in the State of California.  And for the record as we

3    can see both parties are present with counsel.

4         It is my understanding as we heard earlier that

5    Mr. Heredia has secured the services of a court

6    reporter to make a record of the arbitration

7    proceedings, and on that note we should keep in mind

8    that we speak slowly and one at a time so that a full

9    and accurate record of today's proceedings can be

10   prepared.

11        Before we start the arbitration I would like to

12   turn some time over to Mr. Foster, executive officer of

13   the commission, to make a brief statement about today's

14   proceedings.

15        Mr. Foster?

16        MR. FOSTER:  We're going to start this.  I read

17   both the briefs but this is -- I've done a lot of these

18   things and this is a lot harder over Zoom to do this

19   next exercise but I'm going to attempt it because I

20   just want you guys to understand, Joseph, this is your

21   career we're dealing with.  You got that fight on

22   July 9 coming up.  I watched you fight, your last fight

23   over at Fantasy Springs.

24        This is your career and I take this very

25   serious.  Mr. Heredia you've managed Mr. Diaz for a

Atkinson-Baker, Inc.
www.depo.com

1  long time.  This is what I'll tell you man, both you

2  guys, if you have me decide the issue you're going to

3  both be upset.  I can almost promise you that.  I think

4  there's some issues on both sides here and nobody is

5  going to be happy.  If you guys can work this out

6  before we have to issue an opinion that would be the --

7  that would be the best thing.

8      I can tell you -- and we're going to hear the

9  testimony but at 30,000 feet this is kind of where I'm

10  at.  I think this is a valid contract, the one from

11  '17.  I think it is.  Having said that, Mr. Heredia,

12  there's some issues.  There's some issues from your own

13  brief, not my brief.  It's the brief you submitted to

14  the commission.  There's irreparable harm.  Those are

15  your words, not my words.

16      And so Mr. Diaz's career is what we're talking

17  about here and really this is talking about -- this is

18  all about, as all these things are this boils down to

19  money.  You guys should try to work this out before I

20  up and decide I have to hear this testimony and I give

21  the opinion.  If you guys can work it out right now

22  that would be probably preferable because if I have to

23  decide this nobody is going to be happy.  You can go

24  back and ask everybody --

25          (Technical difficulties.)

Atkinson-Baker, Inc.
www.depo.com

1          MR. FOSTER:  Do they want to take the time to do

2     the exercise or no?

3          MR. GARDNER:  You went on mute for a minute.

4     Have you finished your statements regarding that issue?

5          MR. FOSTER:  I have.

6          MR. GARDNER:  Do the parties wish to have some

7     time to based on what you've heard from Mr. Foster to

8     see if there's room for any sort of pre-arbitration

9     settlement negotiations in which case Mr. Foster would

10     step out and not be privy to those conversations.  Are

11     the parties interested in doing that?

12          MR. MONTALVO:  Mr. Heredia is.

13          MR. GREELEY:  I think we're always open to

14     having a conversation.  That said, we've come this far.

15     We're prepared to present and it sounded like

16     Mr. Foster and correct me if I am wrong but it sounded

17     like there would be time after that presentation is

18     done before the opinion is rendered to have the

19     conversation.  But all that said we feel extremely

20     strongly in our position and we would like to present

21     it.  We'd like to present the law on the issue.

22          MR. GARDNER:  So is that -- is that -- is it

23     your preference that you don't engage in these

24     pre-arbitration negotiations that have been proposed?

25          MR. GREELEY:  Well, I'll ask my client,

Atkinson-Baker, Inc.
www.depo.com

1  Mr. Diaz.  Our preference I think just in sequencing

2  would be to have the presentation and then entertain

3  any conversations after that point but before the

4  opinion is rendered.

5      MR. GARDNER:  I believe the way that it's going

6  to play out at this point is that Mr. Foster is

7  offering a time before we get going where you all, I

8  think everyone has likely read the briefs and examined

9  the exhibits that have been produced and Mr. Foster is

10  offering a pre-arbitration opportunity for the parties

11  to discuss the possibility of settlement.

12      If you choose not to of course that's fine.

13  Once the arbitration has been submitted there will be a

14  decision forthcoming.  So I think that was the point.

15  And one other thing I'd like to separate from what

16  we're talking about it appears someone may be recording

17  the proceedings.  Who's recording the proceedings?

18      MR. FOSTER:  That's CSAC.

19      MR. GARDNER:  Otherwise I wanted to make sure

20  that the parties were in agreement that the recording

21  take place.

22      So back to the issue of any pre-arbitration

23  settlement negotiations, is that something that sounds

24  the petitioner for arbitration Mr. Heredia is

25  interested in that, and it sounds like Mr. Diaz may or

Atkinson-Baker, Inc.
www.depo.com

1 may not be.  So where are we on that?

2      MR. GREELEY:  If we can pause for a moment and I

3 can have an offline conversation with Mr. Diaz since we

4 haven't discussed it in advance.  We're not in the same

5 location.  We can come back in hopefully five minutes

6 and give you an answer on that.

7      MR. GARDNER:  Thank you.  Let's go off the

8 record and come back at 10:45.

9           (Recess taken.)

10      MR. GARDNER:  Back on the record.  Mr. Greeley,

11 were you able to determine whether you were interested

12 in engaging in pre-arbitration settlement discussions?

13      MR. GREELEY:  Yes, sir, we're willing to have

14 the discussion.

15      MR. GARDNER:  Great.  In that case I will ask

16 Mr. Foster to take his leave and let's not record

17 anything that transpires.  Would the parties -- do you

18 want to do it by the Zoom or do you want to do it among

19 yourselves through telephone?  We're here to -- I'm

20 here, Mr. Zambrano is here to try to work with you to

21 help you get to where you want to be.  Mr. Foster is

22 not going to be listening in or taking part in any of

23 these settlement discussions.  What's your preference?

24      MR. GREELEY:  I assume the settlement

25 discussions will be confidential, yes?

Atkinson-Baker, Inc.
www.depo.com

```
 1          MR. GARDNER:  Yes.
 2          MR. GREELEY:  So we're indifferent.  Whatever
 3  Mr. Montalvo and Mr. Heredia prefers.
 4          MR. MONTALVO:  Is it okay if I confer with him
 5  real quick?  I think Zoom would be appropriate since
 6  we're all here.
 7          We're fine with Zoom if they're amenable to
 8  that.
 9          MR. GARDNER:  Sure.  If there's any concerns
10  about the confidentiality you guys are welcome to jump
11  back on the teams meeting.  Otherwise we will make sure
12  it's confidential.  Mr. Foster is not going to be privy
13  to any of these discussions.  You good to stay with
14  Zoom?
15          MR. GREELEY:  We're fine with that.
16          MR. GARDNER:  Do you want us to check back at
17  11:15 and see where you guys are?
18          MR. GREELEY:  That's fine with us.
19              (Recess taken.)
20          MR. GARDNER:  Would you like to offer an opening
21  statement?
22          MR. MONTALVO:  Yes, sir.
23          Good afternoon, gentlemen, first I also
24  acknowledge that as I previously stated Mr. Moses
25  Heredia is sitting next to me.  So it's a limitation on
```

Atkinson-Baker, Inc.
www.depo.com

1   the camera and we don't want the echo so he's present

2   and is listening to my comments.  The crux of the issue

3   today seems to be the lawfulness of this particular

4   contract as the majority of the brief that Mr. Diaz's

5   counsel has put together has focused on, so first I

6   would say that as we refer to the case the evidence

7   will show in the case law that Mr. Diaz's counsel is

8   actually quoted, the law comes down to a new 7 years is

9   not started until the statute -- unless the new

10  agreement is struck while the employee is free from any

11  existing contract.  Able to consider competitive offers

12  and able to negotiate for his true value in the

13  marketplace.

14          So the structure as the evidence will show

15  in the commission is such that Mr. Diaz or any fighter

16  will go into the commission and as the evidence will

17  show there's going to be a presiding official, in this

18  case Mr. Ervin, and he in this particular instance as

19  will demonstrate by the documents indicates that he

20  would have met with the fighter, would have sat down

21  and gone through an informing session.

22          There's a release as the evidence will show

23  of the prior contract and everything was done in accord

24  with the commission rules and Mr. Diaz was fully

25  informed that he could walk away from that table at any

1    point in time and he chose not to do so and reenter the

2    contract.

3              So the law and the procedure and the facts

4    in this particular case will show that the contract is

5    valid.  As previously indicated some of the assertions

6    that have been raised are just factually incorrect.

7    Mr. Ralph Heredia's license should have become an issue

8    which we don't believe is relevant.  Did have proper

9    licensure but just in terms of record completeness.

10             We'd also indicate that the manager

11   contracts were actually approved by the commission and

12   this is also reflected by the numbers at the bottom of

13   the contract starting with M and the year and so as the

14   commission is well aware that once the -- once

15   Sacramento approves the contracts they issue the

16   appropriate designated tracker and both of the

17   contracts raised by Diaz's counsel indicate that as

18   such.

19             The promotion agreement is potentially

20   something that we will be discussing as well and as the

21   record will show that there is a clause in that

22   contract under 12 which indicates that the boxer must

23   disclose all of the representatives that he may have

24   and this is one of the reasons why Mr. Ralph Heredia

25   had signed that particular document but he is not the

Atkinson-Baker, Inc.
www.depo.com

1   licensed manager at issue here today.

2           And we'll get into other facts that sort of

3   demonstrate that Mr. Moses during the entirety of this

4   particular contract period worked very diligently to

5   get Mr. Jojo Diaz a very favorable contract term, very

6   favorable sign on terms, negotiated very vigorously to

7   enhance his financial return on his performances and

8   set him up for world championship opportunities and the

9   communications that are reflected in e-mail and what

10  you'll hear in testimony demonstrate in no uncertain

11  terms that Mr. Moses Heredia was focused on the

12  business of Mr. Jojo Diaz fighting and to fight under

13  the best circumstances available and was very

14  aggressive in obtaining not only the best contract

15  terms but also sponsorships.

16          So as we look at the record today

17  Mr. Heredia is sad that the relationship has become

18  broken and that they will not continue to participate

19  in these matters together but there is still a contract

20  in place and Mr. Diaz has benefited from that contract

21  and we would ask the commission at the close to find

22  the contract enforceable, find that their percentage is

23  still owed to Mr. Heredia and that there should be some

24  enlargement of time regarding the term of the contract

25  due to his injury as well as minor Covid impact and

1  then also Mr. Diaz's choice not to further engage with

2  the Heredias to facilitate their participation as

3  managers.  Thank you, and I look forward to presenting

4  our evidence.

5        MR. GARDNER:  Thank you, Mr. Montalvo.

6  Mr. Greeley, do you wish to offer an open statement?

7        MR. GREELEY:  Yes.  Thank you.  The question is

8  Mr. Montalvo has identified is whether the 2017 boxer

9  management contract is valid and enforceable and the

10 answer is a simple one.  It's no.  The reason that it's

11 simple is that in California the illegality of a

12 contract is decided as a matter of law, not fact, so we

13 don't need to resolve any disputes of fact to arrive at

14 the answer to that legal question.

15       The contract is void as a matter of law based on

16 the undisputed facts, the facts as everyone agrees as

17 I'll explain in my presentation of evidence.  It's

18 illegal and must be terminated under California law for

19 three separate equally valid reasons.  One is the

20 seven-year rule.  It's a black and white law in

21 California, section 2855 of the California Labor Code,

22 says a personal services contract or series of such

23 contracts longer than seven years is illegal.

24       The California courts have said boxing

25 management contracts qualify so this section of the

Atkinson-Baker, Inc.
www.depo.com

 1 | California Labor Code applies to boxing management
 2 | contracts such as this one.  And the Heredias contracts
 3 | are nine and a half years in length.  There's no
 4 | dispute about that.  It's what the contracts say.  It's
 5 | what the Heredias have said in their declarations and
 6 | their brief, talking about the ten-year relationship.
 7 | So they may have followed the commission procedures I
 8 | think is what Mr. Montalvo is saying for making sure
 9 | that they appeared before the commission, they signed
10 | with the boxer and all of that may be true, but those
11 | contracts violated the California Labor Code.  That's
12 | what we're talking about.
13 |       That's the seven-year rule.  So they're void as
14 | a matter of law and no fact can change that.
15 | Mr. Montalvo referred to the fact that Moses worked
16 | diligently and set up Mr. Diaz for championship
17 | opportunities.  That well may be but no fact can
18 | revalidate a void contract under the law.  The 2012
19 | contract was released at the same signing session on
20 | the same day that the 2017 contract was signed,
21 | February 23, 2017.
22 |       There was no space of time between the
23 | contracts.  It was a continuous uninterrupted term of
24 | nine and a half years.  That is longer than seven
25 | years, it is therefore illegal.  The second basis on

Atkinson-Baker, Inc.
www.depo.com

1  which the contracts must be invalidated, California law

2  requires all boxing managers to be licensed.  An

3  arrangement with an unlicensed manager is illegal.

4  Ralph Heredia admitted in his declaration under penalty

5  of perjury that he was unlicensed during the 2017

6  contract.

7       California law requires all managers to sign

8  commission-approved management agreements.  Ralph

9  Heredia has admitted in his declaration that he did not

10 sign the 2017 management agreement.  He was at the

11 signing, he sat next to Mr. Diaz but he did not sign

12 the document.  Again, these are not facts in dispute.

13 These are Ralph Heredia's words and what he submitted.

14      We're not -- in my opening argument we don't

15 need to get into any disputes of fact.  We just have

16 the law on our side.  Ralph Heredia's unlicensed

17 management of Mr. Diaz during the term of the 2017

18 contract was against California law and not just civil

19 law but it's a misdemeanor under criminal law and there

20 is no dispute about the fact that Ralph Heredia managed

21 Mr. Diaz.

22      He submitted exhibits showing that he arranged

23 the Tevin Farmer fight and approved it's terms in 2019.

24 He submitted a declaration in which he said he worked

25 tirelessly to arrange that fight.  He received money

1  both directly and through his entity Heredia Boxing

2  Management in exchange for -- as a management fee for

3  management services.  His own attorney has referred to

4  him as a manager during that time period.

5       He negotiated the 2017 Golden Boy agreement

6  during that time period as Mr. Diaz's manager.  He met

7  with the president of Golden Boy as recently as 2020 on

8  behalf of Mr. Diaz so these are all facts, again, in

9  this declaration.

10       I'm going to present very little evidence today

11  that I'm bringing to the table or that is Mr. Diaz's

12  contention.  We're going to focus just on what Ralph

13  and Mr. Moses Heredia said and that's enough.  There's

14  really no reason to go further than that.

15       The third basis that the contract must be

16  terminated under California law is that the Heredias

17  abused their position of trust and they systematically

18  breeched the contract for their own benefit at

19  Mr. Diaz's expense.  And that sounds like it may be in

20  dispute but even here there are certain key facts that

21  are not in dispute.

22       The contract in 2017 allowed for 18 percent

23  management fee.  The Heredias took 20 percent.  They've

24  admitted they took 20 percent.  It's in their papers.

25  They provided records showing they took 20 percent

Atkinson-Baker, Inc.
www.depo.com

1  under a contract that allowed for 18, that's a clear

2  breach, it's illegal.  Again, there's no fact that

3  excuses that.  And once a manager breaches a contract,

4  the fighter no longer needs to perform under that

5  contract.  So based solely on what the claimant has

6  submitted here to the commission without getting Diaz's

7  side of the story at all, those are three separate

8  bases based on their evidence.  We can stop after the

9  first one, the seven-year rule.  If we're going follow

10  the law today then we must terminate the agreement

11  between Moses Heredia and Jojo Diaz.  There's no gray

12  area.  There's no room for daylight under California

13  law.

14       Finally, we'll talk about the true history of

15  the Heredias' conduct here.  This is not necessary to

16  prove the illegality of the contract.  The foregoing is

17  sufficient, but it's important to understand what we're

18  seeking to protect the boxer against.  After all, that

19  is the stated public policy of California that's

20  effected in its regulatory system that the commission

21  upholds, the protection of the boxer against managerial

22  abuse.  We'll talk about that history of California law

23  both in the statute and in the cases.

24       And then the last point I think is really a

25  common sense point and if we leave here with nothing

Atkinson-Baker, Inc.
www.depo.com

1  else today it's what Mr. Foster said to us at the

2  outset.  The parties agree the boxer manager

3  relationship has been irreparably harmed.  This is a

4  quote from page 3 of the Heredias' brief.  Again, it's

5  not our contention.  The boxer manager relationship has

6  been irreparably harmed.  It can't be repaired and we

7  agree on that.  That's common ground.  Neither side

8  wants to be in business with the other and what other

9  possible interpretation could there be of the Heredias

10 putting forth a gratuitous declaration and other

11 allegations about Jojo being out of control, a

12 degenerate gambler, a drug user, a criminal.

13      There's no other possible interpretation of

14 those allegations other than the Heredias don't believe

15 Mr. Diaz can be managed.  They don't believe he can

16 perform under the contract.  Those allegations don't go

17 to the enforceability of the contract.  If they do at

18 all it's -- those are arguments to invalidate the

19 contract.

20      MR. MONTALVO:  I would object.  This sounds like

21 an argument, not an opening statement based on the

22 evidence that will be shown.

23      MR. GARDNER:  I believe that we are drifting

24 into that.  We're kind of relaxed rules around here but

25 it's a point well made.

Atkinson-Baker, Inc.
www.depo.com

1       MR. GREELEY:  Okay.  The question is from this

2  last point why are we even entertaining the slightest

3  possibility of continuing a relationship here if the

4  evidence shows based on the submissions that both sides

5  are in agreement that this is a relationship that can't

6  be fixed.

7       And that is really the summation of what I

8  believe our presentation and evidence will show.  It

9  will be largely based, again, on what the claimant has

10  submitted.  We feel we need to do very little beyond

11  that.  We feel they made the case for us.  Thank you.

12       MR. GARDNER:  Thank you, Mr. Greeley.  Well, at

13  this time we'll be turning things over to Mr. Foster as

14  the arbitrator and again, Mr. Heredia has the burden

15  here and feel free to call your first witness, present

16  your evidence as you see fit.  Thank you.

17       MR. MONTALVO:  Mr. Foster, can I proceed?

18       MR. FOSTER:  Mr. Montalvo, show me what you

19  have.

20       MR. MONTALVO:  Roger that, sir.  So the first

21  thing I'd like to refer to -- I'm going to go through

22  some of the documentary evidence before we get into

23  testimony so it will go a little smoother.  I'd like

24  you to reference the contract at issue which is Diaz

25  0010, the Bates numbers.

Atkinson-Baker, Inc.
www.depo.com

1        MR. FOSTER:  I'm looking at it.

2        MR. MONTALVO:  Yes, sir.  And if you look at

3   page 2 of that document which is 0011 you can see

4   Mr. Ervin's name and signature, that he was present on

5   the day of the execution of this contract.

6        MR. FOSTER:  Yes.

7        MR. MONTALVO:  Next I'm going to refer to case

8   law that is referred to by counsel.  That's at Diaz

9   Bates number 0 -- page number I'm referring to is Diaz

10  0288.

11       MR. GARDNER:  Do you know what exhibit number

12  that is?

13       MR. MONTALVO:  Exhibit 21 of Mr. Diaz's

14  submission.

15       MR. FOSTER:  My computer is running slow.  Give

16  me one second.

17       MR. MONTALVO:  Understood.  Yes, sir.

18       MR. GARDNER:  Mr. Foster, I've pulled it up I

19  think.  Hopefully I've shared my screen.  Are you guys

20  able to see?

21       MR. MONTALVO:  Yes, sir.  Page 10, sir.  Numeric

22  page 10 of the document.

23       MR. FOSTER:  Okay.

24       MR. MONTALVO:  I can't see the whole page.  Is

25  there a way to make it a full page or can you see the

Atkinson-Baker, Inc.
www.depo.com

1  whole page?  That's the more important part.  Keep

2  going.  Down to the bottom left.  The last paragraph on

3  the left.  One more page down, sir.  Page 9.  So if you

4  see that highlighted portion right there, sir, on the

5  bottom left and I just run through that because it's

6  instructive to the things that are going to be

7  presented.  It says, "Therefore, an employee may not be

8  compelled to serve one employer for more than seven

9  years where a subsequent personal services contract is

10  reached while on original agreement remains in effect

11  and the combined term is seven years.  A new seven

12  years is not started under the statute unless the new

13  agreement is struck while the employee is free from any

14  existing contract, able to consider competitive offers

15  and able to negotiate for his true value in the

16  marketplace."

17       And we believe that the commission's procedures

18  as administered by Mr. Ervin address that particular

19  issue and we believe that that is the controlling

20  discussion there.

21       MR. FOSTER:  You're talking about -- I mean, I'm

22  very familiar with this particular statute.  This

23  argument was brought up in the Andre Ward arbitration,

24  the second one, very, very familiar with this.

25  Mr. Diaz needed a chance to test the market or at least

Atkinson-Baker, Inc.
www.depo.com

1   be released for a moment.  That's if the first

2   agreement was indeed valid.  But --

3        MR. MONTALVO:  That's right.

4        MR. FOSTER:  But you're saying that because

5   Larry released him and that he signed a new one, are

6   you saying -- I mean, I'm just asking.  Are you making

7   the argument, the ten minutes that he was released

8   there or however long it took to sign the new one that

9   that satisfied the statute?

10        MR. MONTALVO:  No, sir.  There's an extra step

11   in between those two.  So step one is there's a

12   release.  Step two is that there's a discussion that's

13   had with the fighter to explain that since he's been

14   released he can contract with other persons, he can

15   walk out.  He's free to do whatever he needs to do and

16   so he gives the opportunity -- the fighter an

17   opportunity for him and the fighter to have a

18   discussion about that to make sure he fully understands

19   that he is not obligated to enter into another contract

20   on that day whatsoever.

21        So that's the conversation that resolves the

22   issue of or the period where he has the opportunity to

23   walk away and he could have just walked out the door

24   and whatever he thought was agreed to with Heredias

25   would no longer be enforcement and they had no

```
 1  authority to force him to do that and that's the whole
 2  point of that exercise, sir.
 3       MR. FOSTER:  I'm aware of that.  Let me ask a
 4  question.  Did Mr. Heredia provide Mr. Diaz a signing
 5  bonus on the second contract?
 6       MR. MONTALVO:  No, sir.
 7       MR. FOSTER:  So he didn't provide him any --
 8  between the first contract which the validity is in
 9  question and the second contract which is not in
10  question in my mind, the second contract though
11  didn't -- didn't Mr. Diaz negotiate the thing down from
12  20 to 18?  Seems like I recall that.  20 percent to
13  18 percent?
14       MR. MONTALVO:  That's correct.  Yes, sir.
15       MR. FOSTER:  So there was some negotiation going
16  on.
17       MR. MONTALVO:  Sure.  There was a discussion
18  before the signing agreement because that's how would
19  you get there is you would have that discussion.  But
20  it's not binding.  He could have been discussing it
21  with other persons as well.  He could have shopped
22  himself to other managers during that period of time to
23  discuss that.  Clearly he's demonstrated the ability to
24  do that because that's what he did with the MTK
25  agreement, so there was nothing preventing him from
```

1  having those discussions with the Heredias or any other

2  party.

3         MR. FOSTER:  Okay.  Proceed.

4         MR. MONTALVO:  Yes, sir.  I'd also like to point

5  to Diaz Exhibit 255 and Bates number 255.  I can read

6  it quickly if you refer to that.  Counsel has put in

7  this -- the federal proceeding which is not really

8  relevant but to the extent that this issue has been

9  raised the court concluded on 0255, lines 10, 11 and

10 then -- I'll wait until he gets there.  Sorry.  Page 9,

11 sir.  Exhibit 16.  He's got it.  Very next page.

12        So if you look at lines 10, 11, sir, on the

13 left.  If you see that starting with, "The court

14 concludes."  Yes, sir, thank you very much.  "The court

15 concludes that Heredia, being Mr. Ralph Heredia, is a

16 non-signatory to the management contract and does not

17 have the right to compel arbitration under the

18 agreement," so basically the federal court is saying

19 Ralph Heredia is not a party to this contract.

20        In addition if you look at lines 22 through 24

21 they're also indicating that Heredia Boxing Management

22 is also not a party to the management contract.  So

23 what we have left here is what we know and that's that

24 Moses Heredia is the signatory to the contract and it

25 was done in accordance with the law both state and

 1  statutory law.

 2       I'd like to next point to -- it's going to be --

 3  it's Exhibit 28 Heredia, Bates number 0210.

 4       MR. FOSTER:  Give me a second to get there.

 5       MR. MONTALVO:  Yes, sir.  I appreciate it.  I

 6  understand.

 7       MR. FOSTER:  Okay.

 8       MR. MONTALVO:  So Exhibit 28.  So if you take a

 9  quick look at this e-mail exchange what it's indicative

10  of is that Mr. Diaz throughout for good or for bad was

11  continually looking to renegotiate his five

12  percentages.  He was looking for money in advance and

13  he tended to burn through cash more than I guess we'd

14  hope.  So if you look at this sort of discussion and

15  then also pair that with Mr. Diaz's exhibit which is

16  the MTK contract under Bates 0037 as Exhibit 4, Bates

17  0037 and looking at subparagraph 4 under terms and

18  conditions, MTK agrees.

19       MR. FOSTER:  Tell me that exhibit number again?

20       MR. MONTALVO:  Yes, sir.  That's Exhibit number

21  4.  It's Mr. Diaz's Exhibit 4.  And it's up on the

22  screen, sir.

23       MR. FOSTER:  Okay.

24       MR. MONTALVO:  So just looking at under terms

25  and conditions number 4, again, this is consistent with

Atkinson-Baker, Inc.
www.depo.com

1  Mr. Diaz's pattern of seeking sort of cash, you know,

2  in payment in future bouts.  Just to address this, you

3  know, why is Mr. Diaz continuing to mortgage his

4  future.  This is sort of a pattern and I'm not saying

5  that's a good thing.  It's just consistent across the

6  entirety of his career that give me some cash now and

7  then I'll repay you through my next bout which is a

8  continuing theme.

9          I'll next point to Mr. Diaz's Exhibit 5, the

10 first page of that exhibit which is 0043.  So if you

11 look at that paragraph and this is Ms. Sophia Conejo,

12 she's indicating on behalf of the commission to

13 Mr. Diaz's counsel, records prior to my arrival were

14 not kept very well.  Which is true.  And so she was not

15 able to validate some of the documents but as you'll

16 see in the enclosures that we're going to send which

17 include Mr. Ralph Heredias' license and the tracking

18 numbers, the certification numbers that were given

19 after the approval of the state, both of these

20 contracts were, you know, sent and looked at by the

21 commission but at the end of the day the 2017 release

22 resolves anything prior to that date.  So while we

23 don't believe it's highly relevant it just addresses

24 some of the allegations that things were not done in

25 accordance with the procedure or the commission.

```
 1        Next I'd address -- this is Diaz Exhibit 3.  I
 2   would first go to page 0014 or Bates 0014, excuse me.
 3   It's the next page after that.
 4        MR. FOSTER:  Okay.
 5        Q.  BY MR. MONTALVO:  Yes, sir.  And once
 6   again, you'll see a similar procedure here for
 7   Golden Boys promotion contract where Mr. Ervin
 8   also presided there and was present where it
 9   appears that both Moses Heredia, the manager and
10   then Mr. Ralph Heredia were present, and as you
11   look at the release of the contract, it involves
12   Golden Boy, Mr. Moses and Mr. Ervin and that was
13   what was signed off on, on the same day.  And then
14   I would point to page 11 of that which is Bates
15   0032 if you could go down it's subparagraph 12,
16   boxer's representative.
17        MR. FOSTER:  Give me a second to get there.
18        MR. MONTALVO:  Yes, sir.  I really appreciate
19   your patience with me as well.
20        MR. FOSTER:  I'm there.
21        MR. MONTALVO:  Yes, sir.  Pulling it up on the
22   screen as well.  If you look sort of about halfway down
23   where it says, "Therefore, boxer agrees."  It's that
24   last paragraph.  It's -- you got it.  About six --
25        MR. FOSTER:  I see it.
```

1        MR. MONTALVO:  "Agrees to disclose managers,

2  advisors, consultants, representatives to the promoter

3  at the date of the signing agreement."  One of the

4  requirements there was you guys show me who's going to

5  be involved here like right now.  So they did that in

6  front of the commission.  They did that in front of

7  Golden Boy.  Did they mistype Ralph Heredia as a

8  manager?  Sure.  Ralph didn't write that.  He just

9  signed the piece of paper.

10        So stuff happens clearly.  Documents have

11  different information in it, but you, you know, it was

12  a requirement that Mr. Heredia at that time disclose

13  anything he may be doing.  I think they call that the

14  Al Hamon provision -- Haymon.  Sorry.  Haymon.  I'm not

15  a fight guy but Al Haymon provision that Golden Boy is

16  included because they want to make sure they understand

17  who's going to be at the table and who they're going to

18  be potentially dealing with.  So -- let me go through

19  my notes.

20        MR. FOSTER:  I'm not trying to speed you along.

21  You got all the time you need within the allotment, but

22  where are you going?  I'm seeing this.  You've

23  submitted it.  I've looked at it.  Where are you going

24  with it?  Like what are you trying to get me to see?

25        MR. MONTALVO:  Well, sir, the primary allegation

Atkinson-Baker, Inc.
www.depo.com

 1  is that the contract is not valid.  I mean that's sort

 2  of where --

 3        MR. FOSTER:  And I get that.  And look, you've

 4  showed me that it is valid.

 5        MR. MONTALVO:  All right.  So that's it.  I'm

 6  not trying to waste time, sir, but that's the big

 7  argument that's been brought to the table so I just

 8  want to make sure.

 9        MR. FOSTER:  I'm not trying to -- you can take

10  more time if you want.  I'm familiar with this issue

11  because we've had this issue has come up in past

12  arbitrations so I'm familiar with the seven-year issue.

13        MR. MONTALVO:  All right.  I'm not trying to

14  belabor the point.  I just want to make sure that you

15  didn't say well, you didn't tell me that and then I'm

16  in a different problem.

17        MR. FOSTER:  Please take all the time you need.

18        MR. MONTALVO:  Let me go through my notes.  I

19  think I laid out the key documents.  Because once I

20  call -- I'm going to call Mr. Bash here real quick

21  unless you allow me to call Mr. Diaz first.  I'm not

22  sure the procedure there.

23        MR. FOSTER:  You can go but let me tell you,

24  because this came from your brief, not from

25  Mr. Greeley's brief, this came from Heredia's brief.

1   Mr. Diaz has a fight here coming up soon and I would

2   rather, sir, he be focusing on that fight that's

3   against a real good opponent than sitting here in

4   arbitration dealing with this stuff.  That would be my

5   preference, but unfortunately we are where we're at.

6         Now, my concern is it says in your brief, not

7   their brief, your brief, that things are irreparably

8   harmed.  It can't be fixed.  You don't want to manage

9   him anymore or whatever, it's irreparably harmed and in

10  the same breath you want me to extend the contract.

11  When I read that and it was twice, not once.  When I

12  read that there was almost a contradiction in my way of

13  thinking.

14        And listen, just by me saying that I'm convinced

15  the contract is valid.  The contract is not valid

16  somebody else can tell me it's not valid, it's

17  whatever, but I'm convinced the contract is valid.

18  What I'm not convinced is that Mr. Heredia can continue

19  to manage Mr. Diaz.  And you've already said the things

20  is irreparably harm.  This becomes a money question.

21  That's what this becomes is a money question in my

22  view.  This is about money.

23        And so listen, you call whoever you need to.

24  You call but you've convinced me the contract is valid.

25  I believe the contract is valid.  I don't believe

1  Mr. Heredia can continue to manage Mr. Diaz.  I believe

2  that relationship is broken per your documents.  Not my

3  documents, your documents.

4          MR. MONTALVO:  Yes, sir.

5          MR. FOSTER:  So I think the focus should be on

6  what are you trying to get out of the issue?  You don't

7  want to manage him anymore.  I think you got a valid

8  contract.  What -- why are we here?  What do you want?

9  You guys did the arbitration.  Tell me what you want

10  because I saw what you wanted in your thing --

11          MR. MONTALVO:  Okay.  I can tease it out.  Yes,

12  sir.  Understand that when the arbitration was filed

13  and I'm not going to spend a lot of time on this but it

14  was filed back in September I believe and there was an

15  effort at that time to repair the relationship and what

16  happened shortly thereafter is a very visceral and

17  nasty attack on Mr. Ralph Heredia and that lawsuit that

18  came out, Twitter attacks.  There's been a pretty wide

19  ranging evisceration of Mr. Heredia in the media and he

20  restrained himself.

21          Obviously we're focused on -- I mean, they sent

22  the lawsuit to Golden Boy to frustrate that

23  relationship.  They -- so there was a lot of stuff

24  happening that made our current position untenable

25  because it was clear that Mr. Diaz did not want to

Atkinson-Baker, Inc.
www.depo.com

1   proceed forward.  Now, excepting that, if that

2   continues to be the case, because the Heredias have

3   always believed that they can continue to manage and do

4   a better job.  They think that he would have retained

5   the belt.  They think that they would have advocated

6   for that Golden Boy, the pay-per-view money.  So they

7   left that on the table.  They negotiated that Farmer

8   situation so that -- the idea was that he was going to

9   fight the mandatory and for the same money he would

10  have had to fight Farmer and then parlay that into a

11  higher pay day with Farmer 2.

12        So there was a plan.  They had the camps set

13  aside.  There was a whole thing they had going on.  So

14  the Heredias have had nothing but desire to see

15  Mr. Jojo Diaz succeed.  We believe they absolutely

16  contributed.  There was no difference in what they had

17  agreed to under that promotion agreement.  Under the

18  last agreement that in fact we believe that less money

19  was put into his pocket because they didn't exercise

20  all the aspects of that agreement but that they were

21  entitled to be paid at that last fight and those monies

22  were not paid.  And then we believe that through the

23  remaining end of the contract they should receive some

24  percentage moving forward and if that requires them to

25  do things I think they're willing to do that.

1          So -- because they do have the ability to help

2  him if you look at the -- just the sponsorship issue

3  alone when the Heredias were in control of him he had

4  Cognac, Hennessy, Tecate, Jersey Mikes.  Last go around

5  sponsorships were a dealer that Mr. Diaz owed money to

6  and a local Nissan dealership.  So the Heredias have

7  his interest in mind square one.

8          They believe they can continue to help him, but

9  regardless there was a contract.  They fulfilled their

10  terms and they should be -- if he's not willing to move

11  forward then they got to -- we believe they should pay

12  some percentage on the remainder of the contract and

13  whether it's extended or not because of Covid or the

14  injuries or any of those things that's within the

15  arbitrator's discretion.

16          MR. FOSTER:  But in your brief, not their brief

17  because I would except this from their brief, your

18  brief, Will, didn't it say the thing is irreparably --

19  put that up on the screen because that's the part I'm

20  focused on.

21          MR. MONTALVO:  That's a lawyer word not a

22  Heredia word.  I'll take responsibility for that choice

23  of words.

24          MR. GREELEY:  I think it is a Heredia word.

25  It's in his declaration as well.

Atkinson-Baker, Inc.
www.depo.com

1      MR. FOSTER:  Mr. Montalvo, isn't it in the brief

2   that I read the -- the thing that struck me more than

3   anything in that entire brief was the boxer management

4   relationship has been irreparably harmed.

5      MR. MONTALVO:  Yes, sir.  And we believe that

6   that is accurate as it relates to the activities that

7   MTK and VGC have put down.  I don't know the

8   relationship, what Mr. Diaz's interest is to work with

9   the Heredias, but from a business standpoint MTK has

10   directed and VGC has directed that Golden Boy not

11   cooperate with the Heredias.  I don't know if that's

12   repairable at this point.  Yes, that is in the brief.

13      MR. FOSTER:  So yeah, that's all I'm saying is I

14   think that we have to -- Mr. Diaz is not going to leave

15   here today or when we get done with this thing I can't

16   see a situation based on your own brief where Mr. Diaz

17   leaves here with the Heredias in control of his boxing

18   career.  I don't think that would be good for boxing.

19   I don't think that would be good for Mr. Diaz.

20      This becomes a money question.  You have a

21   contract that I believe is valid.  I believe it.  Now,

22   Mr. Greeley is going to try to convince me that it's

23   not valid.  He might be able to do it, I don't know.

24   But I know about this seven-year rule, I did the whole

25   Andre Ward situation with that.  How much is this

1  worth?  There's a number.

2       And you guys -- and by the way, let's be very

3  clear.  I talked to Will about this yesterday.  I'm not

4  a debt collection agency.  Commission does boxing.  I'm

5  not here to collect Mr. Diaz's cell phone bill.  That's

6  a different place.  I'm here to talk about the $72,000

7  that -- not 90.  72.  Not 90.  72 that was from earlier

8  this year because there's no way in the world that I'm

9  going to -- in this now he was overweight because there

10  probably wasn't a sauna because of the Covid bubble so

11  he couldn't cut the weight and he lost a hundred grand.

12  I'm sure he didn't want to lose that hundred grand.  If

13  he could have cut the weight he would have.  Weight

14  cutting is a big problem in this sport.

15       Mr. Diaz missed a couple of times.  He misses

16  again he's probably going up a weight class on the

17  thing, so I wouldn't miss again.  But he missed

18  probably because of the Covid bubble.  Now, he lost

19  $100,000.  You can't say okay, the management gets

20  another 18,000 because he missed weight because we

21  weren't there.  The whole thing in your brief was sort

22  of like okay, he missed weight before but it was

23  because he was growing.  I thought to myself maybe he

24  was still growing.  It's not three pounds this time.

25  You see what I mean --

Atkinson-Baker, Inc.
www.depo.com

1          MR. MONTALVO:  I get it, sir.  Just to address

2     the weight issue and I don't dispute it.  I accept the

3     72 but the point being that when he showed up to camp

4     he was at 172.  And so there was a standing rule with

5     the Heredias that he was not to exceed a certain number

6     so that he could make sure he met that weight.  So from

7     a management standpoint had they been in charge we

8     believe there was a much higher likely a success that

9     he would not have been in the position that he was in.

10    But notwithstanding, the 72 I'm not here to dispute

11    that.  So 72 is the number that I'm fine with.

12         MR. FOSTER:  That's one number, okay, and then

13    the contracts -- I think you got a valid contract.

14    Mr. Greeley is going to have his time but the focus

15    should be on what this thing is worth.  You know what I

16    mean?  What is it worth?  Because what I can tell you,

17    sir, is based on the brief and based on the irreparable

18    harm language I don't see it being a good idea for

19    boxing, a good idea for Mr. Diaz's career to tie him up

20    for years with managers he doesn't want to utilize.

21         MR. MONTALVO:  I agree.

22         MR. FOSTER:  To me this is about money.

23         MR. MONTALVO:  So in light of the structure here

24    we believe that the 72 is an appropriate number and we

25    believe that the contract is set to end in 2022.  We

Atkinson-Baker, Inc.
www.depo.com

1  believe that's the next two to three fights and we

2  believe that Mr. Heredia should get the percentage that

3  he contracted for, for those remaining fights.

4       MR. FOSTER:  Even if he doesn't do anything to

5  get it.

6       MR. MONTALVO:  Well, if he needs to do something

7  he can do that but that's the deal and there was an

8  opportunity to deal with that and he's operating under

9  the promotion agreement that allows him to get that

10  money.  So they did negotiate.  He's working off of the

11  work product that they put in motion that covers this

12  period of time.  He's benefiting financially from those

13  negotiations.

14       MR. FOSTER:  I think -- I think that Mr. Heredia

15  has done a good job managing Mr. Diaz up to this point.

16  I think that.

17       MR. MONTALVO:  Yes, sir.  And I'm saying that

18  the promotion agreement is what covers his revenue

19  moving forward and so at least until the end of the

20  contract and so there's nothing else that needs to be

21  done essentially.  I mean, the basic financials have

22  already been set in motion.

23       MR. FOSTER:  But there was a breakdown at some

24  point between the fighter and the management.

25       MR. MONTALVO:  I would say in my opinion, sir,

Atkinson-Baker, Inc.
www.depo.com

1  as humble as I can be I think that was a manufactured

2  breakdown.  I think somebody else came to the party.

3  If you look at some of the things in Jojo Diaz's

4  declaration he's been informed that Ralph Heredia was

5  not a licensed manager.  That these contracts are not

6  valid, that they're trying to bamboozle you and they're

7  not treating you well and they're not taking care of

8  you.

9        So I think the breakdown was something that was

10  created for him to get to this point and not his own

11  position and he reflects that in this declaration

12  because he keeps saying I was told by my attorney this

13  wasn't good to go.  I was told by my attorney they were

14  doing something wrong.  I don't think there really

15  truly was a breakdown.  I think there was some

16  misinformation that he based his decision off of.

17        MR. GREELEY:  I'll represent that there's

18  nothing in Jojo Diaz's declaration that reveals an

19  attorney-client privilege.  That was never something

20  that we would do.  My attorney told me some kind of

21  advice.  I don't believe that would be appropriate to

22  reveal.

23        MR. FOSTER:  Look, I think there's some issues,

24  Mr. Montalvo, on both sides.

25        MR. MONTALVO:  Yes, sir.

Atkinson-Baker, Inc.
www.depo.com

1        MR. FOSTER:  Mr. Diaz, I think it's fair and I'm

2   going to ask him in a minute but from your own

3   declaration Mr. Heredia thinks this thing is

4   irreparably harmed.

5        MR. MONTALVO:  We will stipulate to that issue,

6   yes.

7        MR. FOSTER:  And I think Mr. Diaz probably does

8   not want to work with Mr. Heredia anymore.  I think

9   that's probably fair.

10        MR. MONTALVO:  I believe I agree with that as

11   well, yes, sir.

12        MR. FOSTER:  I just have to go back and look at

13   some of my personal experience.  I have to go back and

14   try to think about things that happened to me or

15   whatever.  Let me tell you something for a long time

16   ago I fought some and I had a manager and gave him

17   money and the whole thing like that.  Guess what?  If

18   he come and took my car or something like that, that

19   would have made me upset.  There's things on both sides

20   that are happening here.

21        MR. MONTALVO:  Yes, sir.

22        MR. FOSTER:  This -- but I do think you got a

23   valid contract.  And there needs to be a number.  There

24   needs to be a number on how much this thing is worth.

25   Not an imaginary, far out there -- because let me tell

Atkinson-Baker, Inc.
www.depo.com

1   you something.  This is what I assume people are

2   banking on.  I assume he thinks he's going to beat

3   Mr. Fortuna, the fight on July 9 and then we'll be in a

4   better position and then there will be more money --

5   you see what I mean?

6          MR. MONTALVO:  Yes, sir.

7          MR. FOSTER:  It's kind of like contradictory

8   when I read the brief because Mr. Diaz couldn't be

9   going downhill or they wouldn't be wanting to take this

10  bet.  Do you see what I mean?  That's why I need you

11  guys to come up with -- I don't need.  This is what I

12  suggest.  You come up with a solid real number that I

13  can look at because I know what Mr. Diaz is getting on

14  his next fight and then after that I don't know.  And I

15  don't think he knows.  If he wins the next fight it's

16  going to be really good for you.  If he loses the next

17  fight it won't be good for you.  You know, you'll lose

18  80 percent probably.  I know the way boxing works.  I

19  do it every day of my life.  I would like to see an

20  actual number of how much you think this contract is

21  worth.  Because I've got kind of an idea in my mind of

22  what I think it's worth.

23         MR. MONTALVO:  Well, I think if I came up with a

24  number it's 150 for the next -- that would come out of

25  the next bout that would cover the previous bout and

1  this current bout and then some percentage between 10

2  and 18 if we're looking at it to cover the next two

3  fights he may have.  And we think he'll probably do

4  another couple of fights and when he is benefiting from

5  the contract, that Golden Boy contract, the promotion

6  agreement to put him in a position and he's got that

7  pay per view clause that was aggressively negotiated

8  and they set him up in a position where he has the

9  ability to recover from the weight issue and set

10  himself up for success.

11        So we do believe there's value there.  We

12  believe that 150 off the next bout would get us at

13  least current and a fair number and he's willing to

14  take a shave off the subsequent fights.

15        MR. FOSTER:  Mr. Montalvo, what I'm asking you

16  to do is I'm asking you to come up with a number so

17  Mr. Diaz can be done with this.  I want him to be done

18  with this today.

19        MR. MONTALVO:  Okay.

20        MR. FOSTER:  I can't have -- and it's not good

21  for boxing and I know I'm just the executive officer

22  but I do look after the fighters.  It's kind of my job

23  and I cannot have him going in July 9 with this in the

24  back of his mind.  I want this to be done today.

25        MR. MONTALVO:  Okay.  I would say between 225

1  and 250, sir.

2       MR. FOSTER:  All right.  Give me a second to

3  write this down.

4       MR. GARDNER:  And just so the parties are aware,

5  Mr. Montalvo, you've used about 45 minutes of your time

6  of the two hours allotted.

7       MR. MONTALVO:  Thank you, sir.

8       MR. FOSTER:  I'd like to let Mr. Montalvo say

9  whatever he'd like to say.  Whatever you want to tell

10 me but I want to give you a pretty good idea of where

11 I'm at and where I think this thing is going.

12      MR. MONTALVO:  I would say that where I'm coming

13 with the 250 number, sir, is if he wins the next fight,

14 which we believe Jojo will because he's got the skills

15 against this opponent.  We believe he'll prevail.  That

16 sets him up for much higher paydays moving forward.

17 Again, he'll be benefiting from the existing promotion

18 contract that was negotiated by Mr. Heredia.

19      MR. FOSTER:  Mr. Montalvo, you've got plenty of

20 time.  You can say whatever else.  I'm not trying to

21 take your time.  These were my questions going into

22 this.

23      MR. MONTALVO:  I mean, I think we just cut to

24 the chase.  I think we'd like to hear from Mr. Jojo and

25 that would be important to sort of round this out

1   because we're only hearing it from our side but as we

2   said we still believe there's value.  I can have

3   Mr. Bash go through why that is but you've already

4   indicated you're tracking on that stuff so I don't want

5   to waste time on that.  The contract is valid so we're

6   available for any other questions but --

7           MR. FOSTER:  I have some more money, money

8   questions because to me it's about money.  He's not

9   going to leave here today.  We're going to get this

10  done.

11          MR. MONTALVO:  Yes, sir.  So let's work on the

12  money.

13          MR. FOSTER:  I'm talking about money and if you

14  need to bring Mr. Bash in here that's fine.  You think

15  the thing is worth a quarter of a million dollars or

16  225 a quarter -- those are your words.

17          MR. MONTALVO:  Yes, sir.  But let me -- may I go

18  talk to Mr. Bash here?  Because he's really the fight

19  guy so let me make sure I'm not stepping out of turn

20  because I was operating off a percentage issue

21  completely because what I understood what Mr. Bash

22  explained to me is that a manager is at the whim of the

23  future and so he cannot benefit from something that the

24  fighter doesn't preform on.  It's a risk.

25          MR. FOSTER:  Mr. Montalvo, I 1,000 percent get

Atkinson-Baker, Inc.
www.depo.com

1  that and Mr. Diaz and Mr. Heredia have made a lot of

2  money together.

3        MR. MONTALVO:  Yes, sir.

4        MR. FOSTER:  They had a good run and like I've

5  said before, I thought Mr. Heredia did a good job for

6  Mr. Diaz.  Mr. Diaz doesn't want to work with him

7  anymore.  I hear probably some on both sides there.

8  It's a money question and we're not talking about in

9  the future anymore because this is ending today.

10       MR. MONTALVO:  Understood, sir.

11       MR. FOSTER:  We're not going to mortgage

12  Mr. Diaz's future past -- I know what's happened.

13  Look, and I've already told Mr. Greeley this and I told

14  him -- I think it was Mr. Greeley.  I think we talked

15  before the fight.

16       MR. GREELEY:  We did.

17       MR. FOSTER:  Look, that 72 grand I've already --

18  I already think that's owed.  I do.  I think that's

19  owed.  Now --

20       MR. GREELEY:  Can I ask you a question about

21  that, Mr. Foster?  Because my understanding was that

22  Mr. Diaz -- and I'm obviously not conceding that

23  anything is over but my understanding was that purse

24  was reduced to 350 for that Rakhimov fight which would

25  be more like 62.  If you're looking at an 18 percent,

Atkinson-Baker, Inc.
www.depo.com

1  63.

2       MR. FOSTER:  Well, Mr. Greeley, let me tell you

3  about that.  I've heard that too.  Don't mean that --

4  and this is something you'll go back and talk with your

5  client or whoever about, I don't know but what got

6  turned into the commission was a hundred grand.

7       MR. GREELEY:  Okay.  I'll talk to him about it.

8       MR. FOSTER:  So you guys -- that's a whole

9  different ball of wax.

10       MR. GREELEY:  Got it.

11       MR. FOSTER:  Mr. Montalvo, so by my math I know

12  what Mr. Diaz is making on the next fight and I think

13  he'll make weight on that fight so that will add -- I

14  know exactly how much that will add and then, you know,

15  then after that we don't know how much Mr. Diaz is

16  going to get.  We don't have any idea.  If he wins it

17  might be seven figures or close.  Not exactly but it

18  might be close.  It might be close.  If he loses not so

19  much.

20       MR. MONTALVO:  That's why we were willing to go

21  with a percentage piece and I know you want to do it

22  today and I accept that but that's why I was proposing

23  the percentage piece because we're not going to get

24  anything that isn't there but there would be something

25  if there is.

1        MR. FOSTER:  You see what I'm talking about

2   though?

3        MR. MONTALVO:  Yes, sir.  I understand.

4        MR. FOSTER:  He couldn't be going downhill or

5   you wouldn't take the bet.

6        MR. MONTALVO:  It wasn't from the bet.  It was

7   more from being reasonable.  This is not about money

8   grubbing out of Mr. Diaz.  It's about trying to end

9   this relationship and be fair.

10        MR. FOSTER:  And I told you guys early on both

11   sides are going to be mad, so get ready.

12        MR. MONTALVO:  Yes, sir.  And the way he pays

13   his bills is through his purses so I think that if he's

14   going to direct 250 that's a shave.  He's not really

15   reaching into any other fight, that's early terminating

16   the contract and I think that's a fair resolution to

17   this.

18        MR. FOSTER:  Mr. Montalvo, I'm at 162 based on

19   the first one that I feel like he owes and provided he

20   fights the next one and then I think that -- I mean, I

21   would be inclined to look at something but I don't

22   think he deserves a whole other -- you don't know what

23   Mr. Diaz is going to get next time.  I have concrete

24   numbers on what he got the first time and what he's

25   getting July 9.

```
 1          MR. MONTALVO:  Yes, sir.

 2          MR. FOSTER:  We're not in the speculation game.

 3   I got to end this today.  This has been going on a long

 4   time.

 5          MR. MONTALVO:  May I confer with Mr. Heredia for

 6   about five minutes?

 7          MR. FOSTER:  Sure.  Let's take a little recess,

 8   five or ten minute full break.

 9          MR. MONTALVO:  Thank you, sir.

10          MR. GARDNER:  Let's come back at 2:30.  Is that

11   fine?

12          MR. FOSTER:  2:30 is great.

13              (Recess taken.)

14          MR. GARDNER:  We're back on the record.  Go

15   ahead, Mr. Montalvo.

16          MR. MONTALVO:  Yes, sir.  So we were at numbers

17   and trying to do quick math and it's never a good thing

18   but I hear you, I think you said 162, sir.  At least

19   getting us through and in looking through and

20   discussing with Mr. Heredia regardless of what this

21   next fight holds there's a definite subsequent fight

22   that's almost certain that's going to happen and that's

23   going to be Farmer 2 and so --

24          MR. FOSTER:  What are you talking about?  That

25   right there, you've nailed it.  How much is that worth?
```

Atkinson-Baker, Inc.
www.depo.com

1   And I kind of have an idea.  But look, he has to beat

2   Fortuna to get that fight.

3          MR. MONTALVO:  Understood, yes, sir.

4          MR. FOSTER:  So if I'm not -- I don't want --

5   like I said, many times already we're not going to play

6   this out long time in advance.  I know what he made at

7   Fantasy.  I know what he's making at the soccer field

8   and I have a pretty good idea of what he would make

9   against Farmer, at least a real good educated guess.

10  But I also know what he would make if he lost that

11  Fortuna fight.  I have a pretty good idea of what that

12  would be as well.  So --

13         MR. MONTALVO:  Just --

14         MR. FOSTER:  Let me tell you what -- you keep

15  talking, I'm going to tell you who the favorite is on

16  the next fight because I think it's relevant for this

17  conversation.

18         MR. MONTALVO:  I'm betting on Jojo Diaz anyways

19  so -- sorry.  No betting.

20         MR. FOSTER:  It's basically a 50/50 fight.  It's

21  basically a 50/50 fight.

22         MR. MONTALVO:  So I think if he continues on

23  track and he gets rehabilitated, like what Mr. Heredia

24  did after the Russell situation I think Mr. Diaz has

25  demonstrated that even against some adversity he's able

Atkinson-Baker, Inc.
www.depo.com

1  to sort of weather through and come out and I think we

2  do have a favorable view of his future.  I'm sure he

3  does as well.

4        But we're willing to split the 50/50 odds with

5  you if that's what seems to make sense so we can put a

6  button in this.  I guess we need to come up with an

7  evaluation of that Farmer or that X there and we're

8  walking away from the other one to two fights that come

9  after that.

10       MR. FOSTER:  What we can Mr. Montalvo if you

11  want to save the balance of your time you can consult

12  with whoever and decide how much you think this thing's

13  worth.  Like I said, it's all just trying to provide me

14  information.  I have an idea of what it's worth but I

15  certainly want to hear from Mr. Greeley on his

16  arguments.  Certainly I want to hear what he thinks

17  this is worth.

18       MR. MONTALVO:  Okay.  If I can save the balance

19  of my time and maybe we get in Mr. Greeley's

20  presentation.

21       MR. FOSTER:  Is that allowed, Will?

22       MR. GARDNER:  Certainly.

23       MR. FOSTER:  Okay.  Mr. Montalvo, if you're done

24  right now I'm going to let Mr. Greeley -- Mr. Greeley

25  are you ready to tell me what you think?

1        MR. GREELEY:  Yes, sir.  I just want to point

2   out we somehow got into a discussion of numbers and I

3   did want to say that the arbitration demand filed by

4   Moses Heredia does not make any request for damages.

5   It's a request for declaratory relief.  It's asking the

6   commission to rule on the validity of the contract.

7        We asked the commission before responding to it

8   whether it's appropriate for us on behalf of Mr. Diaz

9   to bring a counter-claim because we believe that the

10  Heredias owe Mr. Diaz money and we've outlined some of

11  the reasons why.  And we were told by a commission

12  representative that the commission could not award

13  money damages so we therefore brought an action in

14  federal court for monetary damages.

15       And I think Moses Heredia acknowledged this

16  distinct between the two forums as well.  In August

17  2020 he e-mailed Mr. Diaz and told him that he was

18  going to arbitrate the validity of the contract before

19  the commission and he was going to bring a separate

20  action for monetary damages in federal court.

21       So -- and Mr. Foster, you'll recall the

22  conversation you mentioned in February where I informed

23  you that the commission had told us this about the

24  monetary damages, you had your counsel Ken -- I forget

25  his last name, apologies on the line, and you said,

1  "Yeah, I think that's right.  Ken, is that right?  We

2  can't award money damages."

3      MR. FOSTER:  Mr. Greeley, that was involving --

4  that was involving the request for us to withhold money

5  from Mr. Diaz's purse at the bout.  Listen, we get that

6  request a lot.  You can just imagine the number of

7  requests we get about that.  We can't do it during that

8  time.

9      MR. GREELEY:  Understood.

10      MR. FOSTER:  Will, am I right?  We've done this

11  a lot of times, haven't we?  Where we ordered payments

12  and these kind of things.

13      MR. GARDNER:  In resolution or dissolution of

14  these types of contracts?

15      MR. FOSTER:  No, like in these arbitrations.

16  Like when you write the decision and we say, okay, how

17  much is this worth and stuff.  Don't we do this all the

18  time?  We've done it a lot of times.

19      MR. GARDNER:  Yes, I've seen that in past

20  decisions, that is correct.

21      MR. FOSTER:  But we can't do it during the

22  thing.  I couldn't -- I suppose I could, Mr. Greeley,

23  if I wanted to but I could have exercised some

24  discretion but it's not a good practice and I never --

25  listen, if I had told Mr. Diaz I'm going to take

1  $62,000 or at that time $90,000 from his Fight at

2  Fancy, the week of the fight, A, that messes with his

3  head and B, he might have took his ball and went home.

4        MR. GREELEY:  No, I don't think Jojo would have

5  done that but I appreciate your point and I appreciate

6  you not acting at that time.  I just wanted to make a

7  point, we have taken zero discovery into damages.

8  We've had zero discovery in this matter.  We have a

9  number of ideas about damages and at the appropriate

10  time in the federal court action we are going to have a

11  forensic accountant examine all of the money flow and

12  we're going to have a damages expert who is going to

13  present our case for damages and I just don't know

14  today on this record of Mr. Montalvo saying well, we

15  kind of think the contract is worth this or this and

16  maybe you'll have a fight in the future.

17        To me that's just not the record on which a

18  concrete damages can be assessed on either side.  And I

19  feel like when all is said and done we'll certainly be

20  getting a check written to us, not the other way

21  around.  But I just wanted to preface that.  I'll get

22  into the bulk of my presentation now and I'm going to

23  do a little bit differently if it's okay with you,

24  Mr. Foster.  We prepared a PowerPoint presentation that

25  I'd like to go through.  It has excerpts of the

1  exhibits.  So that you don't have to kind of look for

2  them, we'll present them on the screen.  Is that

3  acceptable?

4          MR. FOSTER:  Sure.  I think, Patricia, can you

5  let Mr. Greeley have the screen share thing?

6          MR. GREELEY:  My partner, Ms. Vazquez I believe

7  can put up the exhibits.

8          So as I said in the outset, the illegality of

9  the boxing management contract in California is a

10 matter of law.  I said we don't need to get into

11 disputes of fact to determine that, and that's not just

12 my opinion, that's the law of California and that's

13 really what drives the answer to the question that's

14 before us today, put to the commission by Moses Heredia

15 whether the 2017 contract between Heredia and Diaz is

16 legal, valid and enforceable or illegal, invalid and

17 unenforceable.

18         And the district court for the Central District

19 of California in 2001 in the very well known case of

20 De La Hoya versus Top Rank wrote about Oscar

21 De La Hoya's management contract, whether a contract is

22 illegal is a matter of law appropriately resolved on

23 summary judgment.  So again, that means we don't have

24 to submit any factual disputes to a fact finder,

25 whether a judge or a jury.

Atkinson-Baker, Inc.
www.depo.com

1           So all you need to determine whether a contract

2    is illegal such as the one being litigated today is to

3    look at the contract itself and we will and the

4    invalidity of the 2017 Heredia Diaz contract is obvious

5    on the face of that document.  The court in De La Hoya

6    also wrote an illegal contract is void.  It cannot be

7    ratified by subsequent act and no person can be

8    estopped to deny its validity.  The illegality of a

9    contract cannot be waived because the parties are not

10   at liberty to waive or ignore the requirements of the

11   law.

12          So that means once a contract is illegal under

13   the law as this one is there's no fact that will revive

14   it.  It doesn't matter if the Heredias did a bang up

15   job.  It doesn't matter if Jojo Diaz gambles his money

16   away.  It doesn't matter what his high school

17   girlfriend has to say about him after he broke up with

18   her in a declaration that's strangely submitted to the

19   commission today.

20          That all is a distraction and as I mentioned

21   earlier, if that were relevant it would really have the

22   opposite effect I think that the claimant is trying to

23   prove.  All of those things would go to the

24   un-enforceability of the contract, not to uphold it.

25          MR. FOSTER:  Mr. Greeley, I apologize.  I don't

Atkinson-Baker, Inc.
www.depo.com

1  mean to interrupt but can Ms. Vasquez share this again?

2  For some reason it went off my screen.

3        MR. GREELEY:  Sure.  It says we're screen

4  sharing.  Are you able to see that?  I think you're on

5  mute, Mr. Foster.

6        MR. FOSTER:  Let me ask Patricia.  Patricia, how

7  come like when I go back and forth the screen

8  disappears?  What do I need to do to make the screen go

9  over on one of my other monitors?

10            (Discussion held off the record.)

11        MR. GREELEY:  California has a long history of

12  regulating boxing management contracts with the purpose

13  of protecting boxers from financial abuse and you,

14  Mr. Foster, and the commission know this.  The 1974

15  case in the Northern District of California, George

16  Foreman Associates versus Foreman does a good job of

17  summarizing some of that history.  That's a case sited

18  by the De La Hoya court.

19        And the commission in its opinions over time has

20  cited this history as well including in the Ronda

21  Rousey decision in 2014 which involved termination of a

22  contract because of the lack of licensing of the

23  manager.

24        MR. FOSTER:  I did that one also.

25        MR. GREELEY:  Yes, sir, I saw you were involved

Atkinson-Baker, Inc.
www.depo.com

1  in that one and I'll refer to that in a bit.  So in

2  1945 the California attorney general investigated the

3  history of abuses in boxing in California and there

4  really were two key findings.  One, boxers had been

5  taken advantage of by their managers financially and

6  the quote that I think we've heard already today was

7  part of that finding and that is that boxers have been

8  forced to quote, "mortgage their futures."  Mortgage

9  their futures to their managers at a point of

10  vulnerability in their careers.

11        Two, the second finding is there had been

12  underworld figures historically associated with the

13  sport which affected its integrity and therefore

14  threatened the public.  And so from those two findings

15  emerged a very clear policy in California and that's

16  been cited by courts in California since at least the

17  1940s and it was referred to by the Hudson versus Craft

18  court which again the commission has cited.

19        In 1949 it called this policy unusually strong.

20  There's an unusually strong public policy to protect

21  boxers from abusive contracts so this is a well

22  established at least 70-year-old policy in California

23  and to enforce it.  The California legislature has

24  enacted what the De La Hoya court referred to as

25  California statutes and regulations regarding managers

Atkinson-Baker, Inc.
www.depo.com

1  and promoters and the California public policy to

2  closely police the financial arrangements of California

3  boxers.

4       And the California courts have in turn taken

5  this public policy and the statutes and applied them to

6  boxing management contracts specifically.  And in one

7  such statute in California that I mentioned in my

8  opening was California Labor Code Section 2855.  That

9  is a contract to render personal services may not be

10  enforced against the employee beyond seven years from

11  the commencement of service under it.

12       That's the statute.  The California courts

13  including famously the De La Hoya court, that's De La

14  Hoya versus Top Rank case and in the interest of full

15  disclosure Top Rank has been a client of mine but I was

16  not involved in that case.  That case involved an

17  agreement between Oscar De La Hoya of course, and Top

18  Rank.

19       The court determined that was a management

20  contract notwithstanding the fact it was titled a

21  promotional contract.  It had an original term of five

22  years and one month.  The parties signed an amendment

23  in 1994 to that 1992 contract that made the term of

24  that De La Hoya Top Rank contract extend so long as the

25  term of Top Rank's contract with HBO extended.

1      The parties, Top Rank and De La Hoya signed

2   another amendment in 1996.  That amendment said it

3   superceded the prior contract and then in 1997 the HBO

4   contract was amended to extend its term until 2002.

5   Meaning that the De La Hoya Top Rank contract was also

6   extended and now had a term from 1992 to 2002.

7      So in 2000 after seven years had elapsed De La

8   Hoya filed a lawsuit against Top Rank and he asked the

9   court to recognize his right to terminate the contract

10  and the court agreed with him.  And it wrote Section

11  2855, "Prohibits a boxer from being compelled to serve

12  one employer for more than seven years unless a new

13  agreement is struck while the employee is free from any

14  existing contract, able to consider competitive offers

15  and able to negotiate for his true value in the

16  marketplace."

17      Mr. Montalvo referred to that quote before and I

18  want to unpack that a bit.  It makes sense to serve the

19  public policy objective of protecting the fighter from

20  abuse of contracts because as we all know a

21  professional boxer is lucky to have a career longer

22  that seven years.  And he's likely to sign as Mr. Diaz

23  did his first management agreement as a teenager.

24      He's unlikely as was the case with Mr. Diaz to

25  have a sophisticated understanding at that point of

1  business dealings or have lawyers or other advisors who

2  could counsel him on the management contract and

3  protect his interests and so it's especially important

4  that this first manager cannot lock him in for the

5  entirety of his career before he has the chance to test

6  the market because that would be of course abusive.

7  That would be mortgaging his future at an early

8  vulnerable point in the career.  It would be like an

9  MBA player being in his rookie contract for ten years

10 and that's frankly exactly what the Heredias have tried

11 here.

12        In fact, to your point, Mr. Foster, they now say

13 nine and a half years isn't long enough.  We want to

14 extend to ten and a half years.  Mr. Diaz is in his

15 20s, I mean, that's nearly half of his life and it's

16 been the entirety of his professional career.

17        He's been under the management of the Heredias

18 for a combined uninterrupted total of nine and a half

19 years.  There has been no interruption and there are

20 not facts in dispute as to the dates of those

21 contracts.  The 2012 contract was signed on

22 September 4, 2012 and the term expired September 3,

23 2017.  Before that contract expired while Mr. Diaz was

24 still under contract on February 23, 2017 he signed a

25 new contract that expired on February 22, 2022.

1       There's no dispute about the math.  That's

2   longer than seven years, it's close to ten years.

3   That's nearly identical to the fact pattern of the De

4   La Hoya case and the contract is illegal and it's void

5   for the same reasons that the De La Hoya court found

6   that that contract was invalid.

7       The De La Hoya case is good law in California

8   and in the De La Hoya case as Mr. Montalvo and Heredia

9   have tried to do here, they say well, no, the

10  seven-year rule didn't apply.  Top Rank tried to get

11  around that by arguing that the 1996 amendment that I

12  mentioned restarted the seven-year test.  Restarted the

13  term because the 1996 amendment specifically said that

14  it was a new contract that superceded the original 1992

15  contract, just as Mr. Montalvo is saying well, this new

16  2017 contract is a new contract that restarted the

17  term.

18      And the court rejected that argument very

19  clearly.  The court considered it and it rejected it

20  and it said the legislative history of Section 2855

21  demonstrates that midterm contract extensions do not

22  restart the seven-year period even if they're labeled

23  as amendments or superceding agreements as this one was

24  here.

25      MR. FOSTER:  Mr. Greeley, you might help with

Atkinson-Baker, Inc.
www.depo.com

1  this and I was trying to study these documents as you

2  were putting them up.  What -- when was the release

3  signed?

4          MR. GREELEY:  It was signed on the same day that

5  the new agreement was signed, February 23, 2017.  So

6  what happened is --

7          MR. FOSTER:  Wait.  Try to help me here.  I'm

8  just trying to think this through.  Now, it was just up

9  on the screen.  That's what got me thinking about this.

10  This thing -- this thing was released before it

11  expired.

12          MR. GREELEY:  Correct.

13          MR. FOSTER:  So it's like what, eight or nine

14  months, whatever, seven months before it expired so he

15  released it, renegotiated down so it went from 20 to 18

16  and then he signed a new agreement.

17          MR. GREELEY:  Yes, sir.  This was prenegotiated

18  and that's in Ralph Heredia's declaration that this was

19  negotiated by Ralph Heredia in -- over Christmas

20  December 2016.

21          MR. FOSTER:  Mr. Greeley, what I'm saying is

22  like look, I don't think this is like the De La Hoya

23  case in the fact that Oscar never had the chance like

24  if Bob Arum hadn't signed the release he could have

25  just went off and left.  He wouldn't -- but see, like

Case 5:20-cv-02618-JWH-kk   Document 173-1   Filed 10/30/23   Page 64 of 217   Page ID
#:2212
Atkinson-Baker, Inc.
www.depo.com

1  it was -- I'm just calling balls and strikes here,

2  Mr. Greeley.  This new agreement was in Mr. Diaz's

3  favor.  He got 2 percentage extra.

4       Now, I am very interested in hearing about this

5  20 percent that was supposed to be 18 when the new

6  contract -- I did not know about that.  Very interested

7  in that particular point but I don't think -- Will, am

8  I missing something here?  I mean --

9       MR. GARDNER:  Well, I think your point appears

10 to be that there was a release signed prior to the

11 execution of the subsequent contract and the terms

12 indicate that there was negotiation, so if that is the

13 point you're making then I'd say you're not missing

14 anything.

15      MR. FOSTER:  Mr. Greeley, what happens a lot of

16 times -- and I know exactly what you're talking about

17 where like we have these managers who want to try to

18 like get like an extension going and they'll -- their

19 boxer will be doing pretty good and they'll want an

20 extension or whatever.  So what happens is like they'll

21 say well, let's just extend the contract and if that

22 does exceed -- I think it's five years for California.

23 But -- for contracts, but if it exceeds five years then

24 we say no, no, that's against the commission rules.

25      But what's happened here was he -- like before

1   the thing even expired Mr. Diaz released him on both of

2   them, signed a new one.  Now, I understand it was the

3   same day and I get that but it was seven or eight

4   months before the initial one was supposed to expire so

5   Mr. Diaz negotiated in his favor or somebody negotiated

6   for him.  Somebody.  He got a better deal so he got it.

7   That's why that contention that I make is why I think

8   this next one is valid.  I mean, the one from '17.

9          MR. GREELEY:  And Mr. Foster, with all due

10  respect that's just not how the law works.

11         MR. FOSTER:  That's why I have lawyers.

12         MR. GREELEY:  There's a continuous term and it

13  doesn't matter, we don't -- we'll get into why Mr. Diaz

14  entered this but the fact that it was done mid term,

15  that supports our side.  If it would have expired he

16  would have gotten to talk to other managers.  He would

17  have gotten to see what his value was in the

18  marketplace at the end of the first five years of his

19  career.

20         That's what the law specifically requires.  A

21  new seven years is not started under the statute unless

22  a new agreement is struck while the employee is free

23  from any existing contract.  Number one, he was not

24  free.  These were signed contemporaneously, the

25  release -- secondly, he's able to consider competitive

Atkinson-Baker, Inc.
www.depo.com

1  offers and able to negotiate for his true valve.

2      Mr. Heredia will explain was in a one bidder

3  negotiation process for both the 2012 agreement and the

4  2017 agreement.  Mr. Diaz was not able to entertain

5  offers from any other managers.  He was brought in

6  during the term of his 2012 agreement before it had

7  expired put, in front of the commission and signed a

8  new deal.  There wasn't one day, no one could point to

9  one day on the calendar that he was free of a contract.

10      MR. FOSTER:  He could have.  He could have.

11      MR. GREELEY:  Well, we can ask him if he could

12  have.  Because what you'll hear from him is that at the

13  time Moses -- rather Ralph approached him, he owed

14  Ralph quite a bit of money and that's a whole other

15  issue about mortgaging one's future and keeping him

16  financially beholden to Ralph.  So he didn't have a lot

17  of leverage because at all points in his career if he

18  wanted to walk away there was this debt hanging over

19  his head.

20      MR. FOSTER:  But like I said, Mr. Greeley, I'm

21  not -- this whole deal about the cell phone bills and

22  the rest of that stuff, I'm not getting into that.

23  This is not the forum.  I'm not a debt collection

24  agency.  I'm sure there's a different place that does

25  that kind of thing like a court or something but I

Atkinson-Baker, Inc.
www.depo.com

1  don't know, they said 40 grand, 42,000?  It was a lot

2  of money that they wanted in their deal for like

3  various loans or whatever.  That's not what the

4  commission does.  We deal with contracts.

5       Now, your contention is it's continuous.  My

6  contention is unless there was a gun held to his head

7  or whatever I don't feel like -- I mean, it's not

8  uncommon that a boxer will sign a release and sign a

9  new agreement the same day but they have to sign the

10  release.  Had he signed a new agreement without that

11  release, then I agree with you.  But he had the

12  release.

13       MR. GREELEY:  Yes, but there was no day --

14  there's been no day since 2012 that he has not been

15  under the contractual management of the Heredias.

16  That's the fact.  And --

17       MR. FOSTER:  There was one day.  It was one day.

18       MR. GREELEY:  With all due respect if you

19  believe ten minutes satisfies the legal requirement for

20  him to be able to test the market and entertain other

21  offers when there's no other manager sitting there that

22  he's negotiating with, those ten minutes satisfied --

23  then there's no seven-year rule.  There's just no

24  seven-year rule.  And the legislature contemplated that

25  and they specifically talked about these mid term

1  extensions and they said that doesn't cut it.

2         MR. FOSTER:  Did you read my decision in the

3  Andre Ward case?  The second one?

4         MR. GREELEY:  I did and it's distinctive from

5  here.  The decision there was that Mr. Ward was -- he

6  had waived his right to argue Section 2855 and the

7  seven-year rule because he had filed the arbitration

8  under the contract.  He had invoked the contract.  He

9  had not said that the contract was illegal and then

10  later in time at the arbitration he tried to pivot and

11  say well, now I think it's illegal and the decision

12  said no, no, that ship has sailed.

13         So that seven-year rule was not considered in

14  connection with that.  That argument was discarded.  It

15  was viewed he waived it.  And with respect to Mr. De La

16  Hoya, I respectfully disagree with you that it's not

17  the same.  Mr. De La Hoya signed multiple extensions.

18  He signed in '94.  He signed in '96.  Each time it was

19  voluntary.  No one held a gun to his head and said you

20  got to do it and he got better deals.  It's the exact

21  same fact pattern.

22         I think the legislature has looked at this, the

23  court has looked at this.  Seven years is seven years.

24  No one is contending that Diaz didn't do it voluntarily

25  but that's just simply not a consideration under the

Atkinson-Baker, Inc.
www.depo.com

1  law.  It's just not.  It's a black and white issue.

2       That's why I told Mr. Montalvo and I firmly

3  believe this, in 20 years practicing with a focus on

4  litigating disputes under commercial contracts under

5  California law, I don't know that I've seen a slam dunk

6  like this.  It's a black and white issue that's

7  normally not litigated because it's a summary judgment

8  issue just like it was in De La Hoya.

9       They say is it longer than seven years or is it

10  shorter?  This one is nine and a half so we feel very,

11  very strongly in this argument.  We don't feel there's

12  a court out there in California that would disagree

13  with us on this.

14       MR. FOSTER:  A lot of them are like this where a

15  boxer will sign a release and sign a new deal.  This

16  happens -- this is not an infrequent thing.  This is

17  not like something -- this is not a unique situation

18  for Mr. Diaz that he signed a new agreement.  This is

19  fairly common in boxing that -- especially when a boxer

20  starts getting a little bit better and at that time

21  Mr. Diaz's career was really taking off in 2017.  Like

22  he was really starting to come --

23       MR. GREELEY:  Absolutely.  Mr. Heredia realized

24  that and that's why he sought to lock him up before the

25  2017 contract expired and Mr. Diaz could find out what

Atkinson-Baker, Inc.
www.depo.com

```
 1   his true worth was.  He had been beholden to
 2   Mr. Heredias since he was fourteen years old.  He
 3   hasn't been about to test his value at any point.
 4        We feel very strongly about that legal argument
 5   and I don't think there's any daylight in the position.
 6   This is not a unique case.  You're absolutely right,
 7   it's the exact situation that courts have looked at
 8   before and found in our favor and terminated the
 9   contract.
10        MR. GARDNER:  Mr. Greeley, I just had a quick
11   question.  Are you aware of any controlling case law on
12   this issue as opposed to non-published opinions in
13   which this case actually the court didn't even -- I
14   think the issue of the applicability of this labor code
15   section seven-year rule was never even vetted.  It was
16   just accepted by all parties.  Do you have any case law
17   on that point other than this unpublished decision?
18        MR. GREELEY:  I'm sorry.  Which unpublished
19   decision?  The De La Hoya versus --
20        MR. GARDNER:  Yes.
21        MR. GREELEY:  The De La Hoya versus Top Rank is
22   a published opinion.  We'll get back to you on that.  I
23   don't have the cases that we briefed at my fingertips
24   but we can provide other authority.
25        We'll move on.  I appreciate your thoughts on
```

1  that, Mr. Foster, and please stop me at any point if

2  you have further questions or comments.  More than

3  happy to respond.  But the second reason that this

4  contract is illegal is because it concealed from the

5  commission the unlicensed boxing activities by Ralph

6  Heredia.

7      MR. FOSTER:  Let me just -- I do have a comment

8  on this one.  When you set out your outline that your

9  legal basis number 3 is the one that I'm most focused

10 on.  But let's talk about legal basis number 2.

11     MR. GREELEY:  Yes, sir.

12     MR. FOSTER:  And Will can find exactly the point

13 in the contract that Mr. Diaz signed and Mr. Heredia

14 signed but this whole idea of Ralph Heredia not being

15 licensed, now listen, I'm not saying that's okay.  What

16 I am saying is both parties knew that he wasn't

17 licensed, certainly Mr. Heredia knew and Mr. Diaz

18 worked with him so until he didn't want to anymore.

19     So I think like that's not a great argument to

20 make because Mr. Heredia wasn't licensed but I was

21 working with -- I guess what I'm saying is this,

22 Mr. Greeley, if they were still on good terms I

23 wouldn't be getting a call saying, hey, I want to get

24 out of this deal because I don't want my manager

25 anymore because he doesn't have a license.

Atkinson-Baker, Inc.
www.depo.com

1      You see what I mean?  I understand your legal

2   arguments but I think really where I'm focused on --

3   and feel free, you got plenty of time, you can go

4   through all of it because you prepared it, but number 3

5   is really where I'm focused on.  I don't think they

6   work together no more.

7      MR. GREELEY:  Yes, sir.  I think they're

8   interrelated insomuch as Mr. Diaz felt that his rights

9   were being abused under the contract, he felt that

10   money was being taken from him that shouldn't have

11   been, that's number 3.  So that's why he retained

12   counsel to look into all of this and when we did we

13   found out that the entire arrangement was illicit, it

14   was illegal.

15      And I think number 2 I'd like to go over because

16   I think it should be particularly offensive to you

17   insomuch as Mr. Ralph Heredia, who by the way is not

18   here today apparently which is kind of part of the

19   point; right?  He's escaping any kind of accountability

20   to you and the commission but collecting management

21   fees which is a big problem under a regulatory scheme.

22   It renders it pretty toothless.

23      But the fact of the matter is that we looked

24   into this, we said none of this money that's going to

25   Ralph Heredia and his entity should be going there.

Atkinson-Baker, Inc.
www.depo.com

1   It's all outside of the regulatory scheme and so I

2   think I'd like to drill down on that a little bit more.

3   Obviously I can skip over the first couple of slides.

4   We're all aware that licensing is required and we're

5   all aware that the courts have looked at this, the

6   commission has looked at this and, frankly, it's not

7   just a violation of statute or civil law, it's a

8   violation of criminal law.  I say that because it's

9   taken seriously, very seriously in California, this

10  unlicensed management.

11          And Mr. Heredia what he submitted -- again, I

12  haven't gotten anything that we've put up or that

13  Mr. Diaz has said.  I will say this, that your

14  assumption which I understand your assumption that he

15  knew that Mr. Heredia was unlicensed, that is contrary

16  to his testimony and the declaration he submitted.

17          And in my understanding and he'll testify to

18  this and I'll ask him, he only recently found out about

19  the lack of a license and he thought Ralph was licensed

20  and Ralph himself has said that he was licensed in 2012

21  and he held himself out as a manager to Jojo Diaz.

22          So Jojo Diaz didn't go and make a freedom of

23  information request.  He didn't know about the lack of

24  a licensing and now Mr. Heredia has come forward and

25  admitted that he didn't have a license in 2017.  So in

Case 5:20-cv-02618-JWH-kk   Document 173-1   Filed 10/30/23   Page 74 of 217   Page ID
#:2222
Atkinson-Baker, Inc.
www.depo.com

1  any event, and it almost doesn't matter whether he was

2  licensed in 2012 or not.  It matters for our damages

3  because if he wasn't, we're going to disgorge any money

4  that went to him because it shouldn't have gone to him.

5  It was an unenforceable contract.

6       For purposes of the 2017 contract, we can skip

7  over it for now because Mr. Heredia admits that he had

8  no license at the time of the 2017 contract and he

9  admits that he acted as a manager nonetheless.  He was

10  the one who negotiated the 2017 contract with Mr. Diaz.

11  And these are his words in paragraph 13 of his

12  declaration, "We began discussions on continuing our

13  managerial relationship during Christmas 2016."

14       That's Ralph's declaration.  He is negotiating

15  the contract, Diaz has the same recollection.  Ralph

16  approached him about a new contract.  He said it was

17  urgent they extend their agreement and Diaz and Ralph

18  negotiated new terms at Ralph's house and no one else

19  was there.  Heredia did not sign the 2017 contract.  He

20  admits this as well.  Ralph Heredia.  He was at the

21  signing.  He sat next to Jojo but he didn't sign the

22  agreement.  So what was he doing there?

23       After that point in February 2017 -- and by the

24  way, this is all in the context, again, of Ralph

25  Heredia saying, I did not manage Jojo Diaz from 2017

1   forward.  I felt like my presence would be a hindrance

2   to the boxer so I did not manage him.  I didn't have a

3   good relationship with Roberto Diaz at Golden Boy so I

4   decided I would step away from management.  I let my

5   license lapse and I no longer managed Jojo Diaz under

6   the 2017 agreement.  That's his sworn testimony.

7        I want to compare that to what he actually

8   submitted, what the Heredias actually submitted in the

9   evidence and exhibits.  And in the remainder of his

10  testimony in his declaration.  He negotiated the

11  2017 --

12       MR. FOSTER:  Mr. Greeley, I'm just asking,

13  didn't Mr. Diaz and Mr. Heredia both promise to the

14  commission that no other people were involved and they

15  both signed it?

16       MR. GREELEY:  Yes, that's absolutely right.

17  That was Moses Heredia's -- I don't know if that's a

18  representation that Jojo Diaz could make as one of the

19  parties to the contract on his side of the coin, there

20  was no one sharing in his proceeds.  There was no other

21  fighter off the books that he was sharing any money

22  with.

23       It was Moses Heredia who said, I'm the only

24  manager.  There's no one else that has a financial

25  interest in this fighter and that was not true.  And

1   they provided checks to that effect.

2        MR. FOSTER:  Let me ask Mr. Diaz a question on

3   the record.  Will, are we under oath or no?  Is this

4   thing under oath?

5        MR. GARDNER:  We can swear can him in, in two

6   seconds if we'd like.

7        MR. FOSTER:  I'll just ask him.

8        Mr. Diaz, did you know about Ralph Heredia?  Did

9   you know he was helping Moses Heredia out when you

10  signed the contract in 2017?  Did you know that?

11       THE WITNESS:  I did know that.  As far as my

12  concern Ralph Heredia was my main manager.  I would go

13  do everything with Ralph even from 2017, 2018, even all

14  the way to the time of the Farmer fight when that was

15  the last time we actually did business together, two or

16  three months prior when everything was going sideways

17  because Ralph and Golden Boy, I guess they wanted me to

18  fight Rene Alvarado to keep everything in house with

19  them.

20       But I'm the one that actually told Ralph and

21  demanded Ralph that I want to go after the Tevin Farmer

22  fight so he ended up talking to Robert Diaz and talking

23  to Golden Boy, Ralph Heredia ended up talking to them,

24  sending e-mails.  Me and Ralph actually went to the

25  Logan Paul and KSI fight where we actually, me and

Case 5:20-cv-02618-JWH-kk   Document 173-1   Filed 10/30/23   Page 77 of 217   Page ID
#:2225
Atkinson-Baker, Inc.
www.depo.com

1  Ralph actually talked to Eddie Hearn as well and

2  negotiated the deal to lock in the Tevin Farmer fight.

3        MR. FOSTER:  Mr. Greeley, you can proceed.

4        MR. GREELEY:  And our view is it's the duty of

5  the manager and the fiduciary in that position to

6  inform the fighter what is the right way to structure

7  this deal.  Mr. Diaz has been consistent throughout

8  that he viewed Ralph Heredia alone as his manager.  And

9  he'll testify, I asked him the other day, he wasn't

10 even aware at that signing where Ralph signed next to

11 him that Ralph hadn't signed the contract.

12       It was certainly not that he didn't know Ralph

13 was involved.  He thought only Ralph was involved in

14 directing and controlling his boxing activities and him

15 being the recipient of the management fee and in

16 arranging the fights and that's what the documents that

17 Mr. Ralph Heredia and Moses Heredia submitted show.

18       Let's go to claimant's Exhibit 6.  Again, these

19 are all their exhibits, not ours.  So on the one hand

20 Ralph Heredia says I wasn't managing after the signing

21 of the contract in February 23, 2017 because --

22       MR. MONTALVO:  We would object -- this is an

23 objection at this point because this is all argument

24 and we keep referring to evidence that's going to be

25 presented but it's being proffered by counsel so I'd

1  like to -- if he's going to present the evidence let's

2  get the evidence presented and then we can move to his

3  argument.

4          MR. GARDNER:  Let me -- I'm going to let

5  Mr. Foster of course rule on this but as I recall these

6  documents were admitted and if counsel is referencing

7  something that's been admitted that would seem to be

8  appropriate.  But of course it's Mr. Foster's call.

9          MR. FOSTER:  Mr. Montalvo, I appreciate your

10  concern but Mr. Greeley, it seems like he's just

11  making -- he's doing his job.  Proceed, sir.  You're

12  doing fine.

13          MR. GREELEY:  Thank you.  We can consider it a

14  closing argument if you'd like.  I'm trying to get out

15  my presentation and I'm so far just referencing what

16  Mr. Montalvo submitted.

17          MR. FOSTER:  When you get done with your closing

18  argument I'll give you the same kind of spiel that I

19  gave -- the same kind of speech I gave Mr. Montalvo and

20  then you guys can talk it over.

21          MR. GREELEY:  Fair enough.  So again, I'm going

22  back to this claim by Ralph Heredia that he was not

23  managing in 2017.  This is an e-mail from Golden Boy

24  only to Ralph Heredia with a promotional term sheet for

25  fight terms.  If we go to a March 17 e-mail, this is

Atkinson-Baker, Inc.
www.depo.com

1  from Ralph back to Golden Boy and he's referencing

2  Ralph is speaking with Robert Diaz who he said he had

3  no relationship with and that's why he couldn't manage

4  anymore but he's referencing a phone call him and Eric

5  Gomez, the president of Golden Boy, he's talking about

6  discussing the new contract including material terms

7  and the split of economics.

8       And so I'm not sure what he's doing here if he's

9  not managing Mr. Diaz's boxing activities.  He's

10 negotiating his promotional agreement.  This is

11 March 2017 after the February 2017 management agreement

12 was signed.  And then five days later less there be any

13 doubt about whether Ralph was a manager and considered

14 himself a manager he signed as a manager.  Signed the

15 Golden Boy agreement.

16      And that's a written admission on a binding

17 contract and that is not in dispute.  Ralph has not

18 come forward and said that's not my signature.  So from

19 our perspective that's the end of the issue on that.

20 Ralph admitted in writing to being Mr. Diaz's manager.

21      Now, again, let's compare that to the

22 declaration that Ralph submitted under oath.  He says,

23 "My friendship with Roberto is over."  This is Roberto

24 Diaz of Golden Boy, "and I realize that my continued

25 involvement in the management of our fighters would

Atkinson-Baker, Inc.
www.depo.com

1 potentially be a hindrance in achieving our fighter's

2 ultimate goal."

3      So he says he didn't sign the 2017 management

4 agreement with Diaz on February 23, 2017 on the

5 commission form because of his contentious relationship

6 with Golden Boy.  And he says further that Moses took

7 over the negotiation with Golden Boy in March, he says

8 over the next month and was able to get $150,000

9 signing bonus.

10      But we just looked at the e-mails from March and

11 they're from Ralph and he was having calls with Robert

12 Diaz and he was referencing the $150,000 signing bonus.

13 And he attached these e-mails.  These are Heredia's

14 e-mails that accompany this declaration.  So I also

15 want to --

16      MR. FOSTER:  Maybe I'm being slow.  I'm just a

17 little confused and I want to understand.  So I'm -- so

18 I know all these players that you're talking about so

19 you're saying that in this e-mail here, can you just

20 explain it again for me, just this thing that's on the

21 screen.

22      MR. GREELEY:  Yes, sir.  So we've alleged that

23 the 2017 contract is illegal and void because it was

24 meant to conceal from the commission the fact that Jojo

25 Diaz's true manager Ralph Heredia was unlicensed and

Atkinson-Baker, Inc.
www.depo.com

1  management activities by someone without a license is

2  against the law and voids the contract.  That's clear.

3      Mr. Ralph Heredia and Moses Heredia have come

4  back and said no, no.  It's true.  Ralph didn't have a

5  license but he stepped away from management in 2017.

6  He was no longer the manager and therefore the

7  agreement is kosher and you cannot void it based on

8  Ralph's involvement.  And we're showing you in Ralph's

9  own e-mails and his own declaration that he was

10  involved.  He was negotiating with Golden Boy.

11      MR. FOSTER:  Over the course of the next month

12  Moses had made great progress through proxies at Golden

13  Boy, mainly Orlando and George but knew that Robert was

14  behind all the decision making.  I guess I'm confused

15  because I'm reading it and I hear what you're saying

16  but it looks like Moses is trying to do things to try

17  to help Mr. Diaz.

18      MR. GREELEY:  Right and if we go back to the

19  exhibit that's on the screen it shows that it was

20  Mr. Ralph Heredia, not Moses who was doing those

21  things.  Ralph Heredia said I stepped away and Moses is

22  involved and in fact -- is this being shared?

23      MR. FOSTER:  Yeah, I can see the PowerPoint.

24      MR. GREELEY:  That's Ralph saying he spoke to

25  Robert and Eric.  That's Ralph saying he discussed the

Atkinson-Baker, Inc.
www.depo.com

1   new contract.  That's Ralph saying he discussed the

2   $150,000 signing bonus.  That's Ralph during the term

3   of the 2017 management agreement with Diaz that he did

4   not sign on the commission form, he said he was not

5   managing at that point.  He is leading the negotiation

6   with Golden Boy for the promotional agreement.  He is

7   doing management activities that require a license.  He

8   has admitted that he doesn't have a license.

9          MR. FOSTER:  This is not an unheard of type

10  thing when like say you've got a large management

11  company.  I'm not saying the Heredias are a large

12  management company but if you have a large

13  management -- I'll give you a promotion example.  Dana

14  White is listed as the match maker for UFC.  Sean

15  Shelby does all the matching.  It's one of his

16  employees and he's just -- or one of his -- I don't

17  know if he's an independent contractor or employee but

18  he works for him.

19          I hear what you're saying but I don't know --

20  and I'm willing to listen to arguments.  I just don't

21  know if having the brother who obviously Mr. Diaz

22  knows, everybody knew who this was.  They're not like

23  trying to hide Ralph Heredia.  He's not being hidden.

24  He's out there sending e-mails or whatever.  Mr. Diaz

25  has signed with Moses like I guess I'm saying is does

Atkinson-Baker, Inc.
www.depo.com

1  it really invalidate the whole contract because his

2  brother is trying to help him out?

3       MR. GREELEY:  Yes, it does.  100 percent and it

4  was hidden.  He didn't sign that 2017 contract.

5       MR. FOSTER:  I thought Moses signed it.

6       MR. GREELEY:  Moses signed it and Ralph was the

7  true manager and then Ralph turned around three weeks

8  later and signed the Golden Boy agreement saying he was

9  manager.

10       MR. FOSTER:  I'll be interested to hear it from

11  Moses on that in a minute because I thought those guys

12  worked together like they were brothers and they kind

13  of had fighters and -- look, I'm -- I don't know them.

14  This is my first time meeting the Heredias today on the

15  Zoom.  I've not even spoken one time to Moses on this

16  whole arbitration.  I've spoken to his lawyer.  But I

17  had just heard from the industry folks that these

18  brothers and Moses had the -- I don't know.

19       MR. GREELEY:  I can -- my argument is if you

20  were going to send a message today that someone can act

21  as a manager without a license so long as they find

22  someone to sign the commission form then you don't have

23  a regulatory scheme.  There's no reason to impose the

24  licensing requirement.  I don't have a license but I

25  can go find a Moses and say sign this up for me.  I do

Atkinson-Baker, Inc.
www.depo.com

1  everything with the fighter but what's the point of

2  having a requirement to licensure?

3      MR. FOSTER:  I don't think that's a fair way to

4  put it.  Like for example, like I'll give you another

5  piece of the regulatory scheme that involves Golden

6  Boy.  Like when Sugar Ray Leonard wants to do his

7  charity event they get Golden Boy to promote it for

8  them.  They use Golden Boy's promoter's license, Robert

9  matches fights, all the things are happening but

10  everybody knows its Sugar Ray's charity thing, and

11  we're not coming for a Golden Boy show.  That's one

12  license type.

13      Another license type is like you have a large

14  management company which like there's lots of managers

15  but I'm trying to think of one that has a lot of

16  fighters but you don't say if one of their agents is

17  helping the person out as an employee -- you're an

18  attorney so like if your paralegal or somebody like

19  that calls and tries to help out, it doesn't make the

20  deal that you're working on -- I don't think that Ralph

21  Heredia working with his brother on one of his fighters

22  is like -- I'm not saying it's exactly kosher.  There's

23  probably some issues with it.  I'd like my attorneys to

24  weigh in on this to see if I'm missing something here.

25  It doesn't seem like that's --

1        MR. GARDNER:  I'm curious about the fact is that

2   both parties to this contract represented to the

3   commission that no other individuals were -- had a hand

4   in the management and yet both parties knew and both

5   parties were fine with it until this relationship

6   soured.

7        How is it that knowingly misrepresenting things

8   to get the commission to sign off on this contract

9   which on its face is valid, how does that -- why should

10   the commission invalidate it under those circumstances?

11        MR. GREELEY:  I'm sorry.  Why should the

12   commission invalidate a contract that was knowingly

13   false?

14        MR. GARDNER:  If this contract is valid on its

15   face and both parties basically misrepresented things

16   under C6 of the contract, why would it invalidate the

17   entire contract vis-à-vis the boxer and the manager of

18   record as opposed to if there's some third party who

19   thinks they're a beneficiary to it, then that is an

20   invalid contract and anything related to that party

21   can't be enforced but why does it invalidate this

22   contract?

23        MR. GREELEY:  The contract with knowingly false

24   representations is not an enforceable contract.  That's

25   fairly, you know, Hornbook contract law.  That is an

Atkinson-Baker, Inc.
www.depo.com

1  invalid contract.  That contract has been breached at

2  the moment pen is put to paper.  And particularly when

3  they're doing it with the purpose of trying to evade a

4  regulatory scheme and submitting that to the

5  commission.  I can ask Mr. Diaz whether he knew --

6        MR. GARDNER:  I think Mr. Foster asked him that

7  and he said he did.

8        MR. GREELEY:  No.  He did not know that he was

9  making a representation that Ralph Heredia was not his

10  manager.  Certainly he would not have done that.

11       MR. GARDNER:  He didn't read the contract.  Is

12  that what we're saying?

13       MR. GREELEY:  That's what I'm saying.  He was a

14  24-year-old boxer who did not have a good idea of legal

15  reps and warranties and he had no representation in

16  signing that contract except Moses and Ralph Heredia

17  and it was Moses and Ralph Heredia who were trying to

18  pull one over on the commission.  What Jojo thought and

19  I'll let him say it in his own words was that Ralph was

20  a manager and he believed that Ralph was a valid

21  manager and it turned out that he wasn't.  Maybe we can

22  skip here to me asking Jojo this because I don't want

23  to testify on his behalf.

24       MR. GARDNER:  Does Mr. Heredia have a management

25  company?

Atkinson-Baker, Inc.
www.depo.com

1    MR. GREELEY:  He's got an unlicensed management

2 company, Heredia Boxing Management, and that's where

3 the checks were written from Jojo's purse.  They

4 produced them and if you look at that entity on the

5 California Secretary of State website it's got two

6 officers.  Moses Heredia and Ralph Heredia is the CFO.

7 So Ralph Heredia doesn't have a license.  He's an

8 officer and a director of an entity that's engaged in

9 unlicensed boxing management and is receiving the

10 proceeds.

11    MR. GARDNER:  Were the payments under the

12 contract that were made for the 18 percent, were those

13 made to Moses Heredia or were those payments made to

14 Ralph?

15    MR. GREELEY:  Heredia Boxing Management.  You

16 can see it on the screen of which Ralph is the CFO and

17 officer and a director.  If you look at the California

18 Business and Professions Code in terms of what the

19 definition of a manager is, it includes any officer,

20 director or shareholder or member of a corporation or

21 organization which receives or is entitled to receive

22 more than 10 percent of the gross purse of any

23 professional boxer.  Heredia Boxing Management made

24 more than 10 percent of the gross purse.  Ralph Heredia

25 is both the director and officer.

Atkinson-Baker, Inc.
www.depo.com

```
 1        MR. FOSTER:  Who's the CEO?

 2        MR. GREELEY:  Well, it should say here.  Moses

 3   is CEO.  Ralph is CFO and they're both directors.

 4   They're codirectors.

 5        MR. FOSTER:  Okay.

 6        MR. GREELEY:  Maybe on this issue I can ask Jojo

 7   a couple of questions if that makes sense.

 8        MR. FOSTER:  Of course.  Whatever you want to

 9   do.

10        MR. GARDNER:  Let's go ahead and swear the

11   witnesses as we should.  Mr. Diaz, would you please

12   state and spell your name for the record.

13        THE WITNESS:  Joseph Diaz, J-o-s-e-p-h.

14   D-i-a-z.

15        MR. GARDNER:  Mr. Diaz, will you please raise

16   your right hand.

17                    JOSEPH DIAZ,

18            having been first duly sworn, was

19            examined and testified as follows:

20

21                    [DIRECT EXAMINATION

22   BY MR. GREELEY:

23        Q.  Thank you, Jojo.  As you may have heard we

24   were talking about your boxing manager so I wanted to

25   ask you some questions about that if that's okay with
```

Atkinson-Baker, Inc.
www.depo.com

1  you?

2          A.  Yeah, that's fine.

3          Q.  Have you had a boxing manager?

4          A.  Yes.  Ralph.  Ralph Heredia.

5          Q.  When did you first meet Ralph Heredia?

6          A.  About when I was 14, 15 years old.

7          Q.  And how did you meet him?

8          A.  I met him at my Santa Monica boxing gym.

9   Ben was training him and he started looking at me,

10  starting talking to me here and there and then he

11  started buying me shit and started getting involved in

12  my career here and there and he just kept a

13  relationship with me.  Kept a casual relationship and

14  then I started winning, I started doing good.  And then

15  once I made it all the way to the Olympic trials won

16  the Olympic trials, I was going to the Olympics that's

17  when Ralph actually pursued.

18              Ralph asked me that he wanted to actually

19  manage me as a professional fighter so in the amateurs

20  he was paying me before -- before I even went to the

21  pros he started paying me $3,500 a month for about a

22  year, year and a half and the agreement was that he had

23  the first choice to be my manager after the Olympic

24  trials.

25          Q.  Let me make sure I understand.  This is

Atkinson-Baker, Inc.
www.depo.com

1  while you were an amateur he was giving you $3500 a

2  month, is that what you said?

3      A.  I was 16, going on 17 and barely turning 18.

4      Q.  And in exchange for that he said to you that

5  he had the right of first refusal I think you said to

6  be your manager once you turned pro?

7      A.  That's correct.  Yeah.  After the Olympics.

8      Q.  And had you met Moses Heredia at this time?

9      A.  I didn't meet Moses Heredia -- actually, I

10  did.  I met him because they worked together and I went

11  to the office and he came in one time, I said what's up

12  to him but after the Olympics that's when Moses Heredia

13  got involved because that's when I actually signed the

14  manager deal.

15      Q.  And did you have an understanding of what

16  would happen with that money that you had been paid,

17  the 3500 a month if you did not sign a management deal

18  with Ralph Heredia after the Olympics?

19      A.  I just assumed I would have to pay it back.

20      Q.  You said you did sign with Ralph Heredia

21  after the Olympics?

22      A.  Yes, I did.  He actually went to the

23  Olympics with me.  He went to London with me and my

24  family.

25      MR. FOSTER:  I have a clarifying question.  I

Atkinson-Baker, Inc.
www.depo.com

1  don't mean to interrupt.  Mr. Diaz, did you say you
2  didn't think you would have to pay it back or did you
3  think you would have to pay it back.
4       THE WITNESS:  I assumed I would have to pay it
5  back if I didn't sign with him.
6       MR. FOSTER:  Okay.  Got it.
7       Q.  BY MR. GREELEY:  Did you talk to any
8  other boxing managers before you signed that 2012
9  agreement?
10      A.  No, I didn't.  Ralph was already making it
11 seem like he was the management so he was already
12 talking to Golden Boy and talking to Top Rank when I
13 was already competing in the London games.
14      Q.  And did he keep giving you money after you
15 signed the 2012 management agreement, did Ralph?
16      A.  No.  After the 2012 agreement Ralph didn't
17 give me anything because I ended up signing a deal with
18 Golden Boy.  I got a signing bonus and then I got a
19 monthly stipend from Golden Boy so after that Ralph
20 stopped paying me.
21      Q.  How often did you talk to Ralph after you
22 signed the --
23      A.  Every day.  Every day.
24      Q.  And how often did you talk to Moses?
25      A.  I hardly ever talked to Moses.  Even to this

Atkinson-Baker, Inc.
www.depo.com

1  day me and Moses hardly ever talked.  I'd only see him

2  when I go to the office.  I'll see him when I'm at the

3  fights and sometimes once in a blue moon after we have

4  a meeting at their office we would go out and have some

5  dinner and stuff like that but nothing more.

6       Q.  Okay.  And did you know whether or not Ralph

7  was licensed as a manager in California?

8       A.  No, I didn't.

9       Q.  Did you --

10      A.  He told me that he was.  He told me that he

11  was.

12      Q.  Did he ever tell you at any point between

13  the time you met him and today that he was not

14  licensed?

15      A.  No, he didn't.

16      Q.  Did you speak to Moses about boxing, about

17  your fights, your career and that kind of thing?

18      A.  The only time I would talk to Moses was when

19  I would see him at the office and he would just tell me

20  like, hey, how you doing, how's training camp going,

21  you looking good.  It was a good fight.  Just the

22  regular boxes shit that people always want to talk to

23  me about but Moses would actually sometimes when there

24  was deals to be made Moses would get involved with

25  Ralph and they would go to the Golden Boy office and

1  get things done but I would never, ever be involved

2  with them in those situations or even in those

3  meetings.  I never got no cc.  I never got no e-mails

4  from Ralph, from Moses or from Golden Boy regarding my

5  next fights or anything.  They always kept it a secret

6  and between them and their lawyers.  They were saying

7  they were my lawyers.

8        Q.  I want to ask you about some things that

9  Moses Heredia submitted in a declaration in connection

10  with the current arbitration.  Did Moses Heredia, was

11  he ever involved in your training camp for your bouts?

12        A.  No.  He was never involved.

13        Q.  Did Moses Heredia ever monitor your

14  training?

15        A.  Never.  Never.

16        Q.  Did Moses Heredia ever monitor your diet?

17        A.  Nope.  The only thing that Moses told me

18  about was the diet that he had and that he was eating

19  some Bison meat or something like that but other than

20  that he never told me about any diet or anything.

21        Q.  And did Moses ever drive you to the gym?

22        A.  Never.  I never even drove inside Moses'

23  car.

24        Q.  So he never picked you up from the gym

25  either?

Atkinson-Baker, Inc.
www.depo.com

```
 1          A.  No.  It was always Ralph.  The only person
 2     that would come once in a great while is Ralph Heredia.
 3     And I would say out of all the time I've been with
 4     Ralph and Moses he probably did ten visits inside the
 5     boxing gym, that's about it.
 6          Q.  Did Moses ever go to the boxing gym when you
 7     were training?
 8          A.  No.  I think the only time he went, he only
 9     went to one media workout but no boxing gym.
10          Q.  Okay.  Did Moses and Ralph or either of them
11     ever give you any accounting of what you had paid them
12     under these management contracts, either the 2012
13     contract or the 2017 contract?
14          A.  No.  They didn't.
15          Q.  Okay.  Did Ralph Heredia extend loans to
16     you?
17          A.  Yes.  Ralph loaned me money, whenever I
18     needed some money he would give me some loans.
19          Q.  Did you ever sign a loan agreement?
20          A.  No.
21          Q.  Was there interest on the loans?
22          A.  Yeah.  Some of the loans there was interest.
23          Q.  And did you pay that interest?
24          A.  Yes.  Well, I didn't know exactly what I
25     owed him because he would always just keep it
```

1  supposedly noted on a paper and I would just tell him

2  just let me know what it is.  And then sometimes I

3  would question it but then Ralph would always try to

4  belittle me.  That's the thing about Ralph.  He always

5  used to try to belittle me or make it seem like I

6  didn't know what I was talking about so I would just

7  agree to it and pay whatever he said it was.

8      Q.  So from your perception was Moses helping

9  out Ralph with your management or was it Ralph who was

10 helping out Moses?

11     A.  No.  I think Moses -- Ralph was the one in

12 charge and Moses was the one that would just -- Ralph

13 was the one in charge but Moses was the one that would

14 try to get the deals done with Golden Boy as well.

15     Q.  Okay.  I'm going to come back if it's okay

16 with you and ask you some other questions on some other

17 topics but I just wanted to go over that issue of your

18 manager since we were at that point in the presentation

19 so thank you.

20     MR. MONTALVO:  Mr. Gardner, what's the sequence

21 for cross?  Are we allowed to cross after these

22 sections?

23     MR. GARDNER:  Yes.  Do you have some

24 cross-examination following that last line of direct

25 examination?

1        MR. MONTALVO:  Yes, sir.

2        MR. GARDNER:  Okay.  Go ahead.

3

4                    [CROSS-EXAMINATION

5   BY MR. MONTALVO:

6        Q.  Good afternoon, Mr. Diaz.  I'm going to be

7   going through some of your testimony and then also your

8   declaration.  One of the allegations that you've made

9   is that you -- that Moses was not managing you.  But

10  you're also saying at the same time that he is the one

11  that was going to Golden Boy to help negotiate your

12  contracts.  Do I understand your testimony correct?

13       A.  Yeah.  I never said that he wasn't.  Of

14  course he was helping out whenever he had to but he was

15  doing the bare minimum.  He never took me to the gym.

16  He never said about my diet or never did pick me up or

17  anything like that so he did the bare minimum as far as

18  what he needed to do.

19       Q.  Were you ever looking at any of the e-mails

20  that he was sending to represent you with Golden Boy to

21  negotiate the bouts or any of that stuff?

22       A.  He never showed me any e-mails.  The only

23  person that showed me e-mails was Ralph when I was at

24  his house.  Sometimes he would show me e-mails what

25  Robert said and what they were going about but I always

1  told Ralph and I always told Moses that I wanted to get

2  cc'd and I wanted to have those e-mails but they never

3  did.

4       Q.  So you're not really aware of what Moses did

5  or did not do vis-à-vis Golden Boy?

6       A.  Exactly.

7       Q.  In terms of these loans, is that something

8  that Mr. Heredia -- Ralph Heredia would approach you or

9  Mr. Moses to say, hey, we want to give you a loan and

10 you don't have to pay it back or let's take an extra

11 percentage or how would those conversations come up?

12      A.  Well, I needed some money because I wasn't

13 making as much -- that's why I was always on Ralph's

14 ass and always telling him that I wanted to get paid

15 more because I'd seen everybody else that was on the

16 same level as me, my Olympic teammates.  Errol Spence,

17 Rau'Shee Warren, Terrel Gausha, Marcus Brown, all these

18 fighters they graduated the same year as me.  They went

19 pro the same year as me.  Maybe five or six months

20 earlier but these guys already were making a lot of

21 money.

22           They were making over six figures.  They

23 were making 150,000 and at that time I was only making

24 $25,000.  And at that time I was taking care of my

25 parents, taking care of my family.  So I didn't have

1  that much money to provide for them so I would always

2  ask Ralph for some loans and he would give me the loans

3  but I had to pay him back.

4          Q.  And was that a typical course of dealing

5  over your relationship with him when you were in a

6  money crunch you would come to Ralph to ask him for

7  money?

8          A.  Yeah.  Because he told me not to go anywhere

9  else.  He said he would take care of it for me.

10          Q.  And did he take care of you?

11          A.  Yeah, he took care of me.  He gave me those

12  loans and I had to pay him back.  Yeah, he did.

13          Q.  Did sometimes he structure those loans where

14  he would, you know, take an additional percentage out

15  of your next fight because you didn't have the cash?

16          A.  No.

17          Q.  You never had an agreement where you were

18  asking him to take an additional percentage out of the

19  next bout?

20          A.  No.  Those agreements with those e-mails,

21  that was when I was getting out of the contract and I

22  told him that in order -- because I already knew that

23  the contract was getting up so I wanted to get a

24  signing bonus from Ralph and Moses and I let them know

25  that that -- if they give me the signing bonus they

1  could be taking this type of percentage off of every

2  fight but I needed the upfront money.

3      Q.  I'm going to refer you to -- just one quick

4  moment.  So what you're referring to is the 18 to

5  20 percent after you signed the original management

6  agreement in 2017, then you knew that the promotion

7  agreement was looking pretty lucrative and so you

8  could, you know, get some advancement on that so that's

9  when you agreed to the additional 2 percent?

10     A.  No.  I never agreed to the 2 percent.  I

11  never agreed to that additional 2 percent.

12     Q.  2 percent?

13     A.  Yeah, I never agreed to the 2 percent.  It

14  was always 18 percent.  I actually went -- when I ended

15  up negotiating that deal with Ralph, it was at Ralph's

16  house and me and him sat down and at that time I owed

17  him money so I was already -- he already had leverage

18  over me where he knew that -- he knew that he already

19  had control over me and he knew that I was going to

20  sign a deal but at that time I knew I was hot and I

21  knew I was going to be making some money so I was

22  trying to negotiate a deal where I told him I wanted 10

23  percent.

24         He started laughing, he started giggling, he

25  started like trying to belittle me like he always does

Atkinson-Baker, Inc.
www.depo.com

1 and he ended up telling me some stuff.  I ended up

2 disagreeing.  We agreed to 18 percent and then after

3 that, after two, three days later that's when we went

4 to the office and we signed the deal with Moses.  Moses

5 and Ralph and I guess that guy Larry and my father was

6 there, he was present as well.

7      Q.  Let's drill down a little more on that.

8 First off after you signed the promotion agreement and

9 the management agreement in 2017, you approved all of

10 the checks moving forward once you had your fights;

11 correct?

12      A.  Yeah.

13      Q.  And so within those disbursements you were

14 approving this 20 percent that we're talking about?

15      A.  Yes.  Because that 20 percent was supposed

16 to be for my lawyers but they weren't for my employers

17 because I never got any CCs.  They were for you guys.

18 You guys were getting paid for that and I never agreed

19 to that.  It was always -- it was always beneficial for

20 Ralph and for Moses.  I never got any CCs.  I never

21 actually even got any e-mails from you guys and you

22 guys were supposed to be my lawyers but you weren't.

23 You were Ralph and Moses' lawyers not mine.

24      Q.  I don't know what you're referring to

25 because I was not their lawyer for any purpose --

Atkinson-Baker, Inc.
www.depo.com

 1         A.   Whoever the lawyer is, I don't even know who

 2    it was.

 3         MR. GARDNER:  Let's take a break.  We'll come

 4    back at 4:00 o'clock.

 5              (Recess taken.)

 6         MR. MONTALVO:  Jojo, where we left of is you

 7    said the 2 percent was solely related to the use of

 8    attorneys; is that correct?  Do I understand what you

 9    said?

10         A.   Yes.

11         MR. GREELEY:  Objection.  Mischaracterizes the

12    testimony.  Go ahead, Jojo.

13         THE WITNESS:  Yes.

14         Q.   BY MR. MONTALVO:  I'm going to refer

15    you to Bates stamp 0242.  You can pull that up

16    real quick.

17         MR. FOSTER:  Is this in the Diaz exhibits?

18         MR. MONTALVO:  It's in the Heredia exhibits.

19    It's Exhibit number 31.  It's check number 3014442.

20         MR. FOSTER:  I'm there.  Which check is it

21    again?

22         MR. MONTALVO:  I'm referring to 3014442.

23    It's --

24         MR. FOSTER:  It's for $53,500.

25         MR. MONTALVO:  Yes, sir.

Atkinson-Baker, Inc.
www.depo.com

1        Q.  Can you see that, Mr. Diaz?  Mr. Diaz?

2        A.  Yeah, I can see it.

3        Q.  So I just want to walk through this.  Do you

4   remember what happened in January of 2020, what fight

5   was that?

6        A.  January 2020, that was my Tevin Farmer

7   fight.

8        Q.  And was the amount 300K?  Was that the top

9   number?

10        A.  Yes.

11        Q.  And then let's just say 20 percent would be

12   60K.  Do you agree with that so far?

13        A.  Yes.

14        Q.  And do you see that 6K where it says corner,

15   6500?

16        A.  Yes, I do.

17        Q.  And do you see the net total of 53500?

18        A.  Yes.

19        Q.  So if you did the math and you can do that

20   on your phone I guess.  But I came out to that's about

21   17 percent of 300K and you got the 6500 go in a corner

22   and I believe corner, and you can correct me if I'm

23   wrong would include people like Ben Lira, Joel Diaz,

24   Daryl Hudson or Antonio Diaz.  Does that make sense?

25        A.  Yes, but I paid personally Ben Lira and I

1  pay Daryl Hudson, and this right here, this 6500 was

2  for Gerald Diaz [phonetic] that Ralph said he was going

3  to take care of, Ralph Diaz -- not Ralph.  Gerald Diaz

4  and Tony Diaz.  He said that he was going take care of

5  that.

6      Q.  When you say take care of it, you mean pay

7  it out of money that he was receiving; correct?

8      A.  That's correct.

9      Q.  So they received -- Mr. Moses received the

10  5350 and then the two individuals you just mentioned,

11  is it Joel Diaz, J-o-e-l for the court reporter?

12      A.  That's correct.

13      Q.  And Daryl would be D-a-r-y-l?

14      A.  No.  Tony.  Tony Diaz.

15      Q.  Oh, excuse me.  Tony Diaz.  So Joel Diaz and

16  Tony, T-o-n-y?

17      A.  Yes.

18      Q.  Received the monies from that.  And so in

19  this instance when we're talking about that percentage,

20  is that something that would happen in your fights,

21  that they would pay the corners?

22      A.  Well, Ralph said that he was going to do

23  that because I was paying an extra -- I believe I paid

24  Daryl Hudson about 15 to $20,000 that fight and I was

25  actually paying my father 10 percent and paying other

Atkinson-Baker, Inc.
www.depo.com

1   people as well during that time so he said that he was

2   going to take care of Tony and Joel because he's the

3   one that insisted on me training and having training

4   camp out over there.

5          Q.   So these were the type of conversations you

6   would have with Ralph on these fights as you moved

7   forward; is that correct?

8          A.   Yes.

9          Q.   And you also I want to refer you to an

10  e-mail that we pulled up earlier which is going to be

11  Exhibit 28, Heredia.  And it's Bates 0210.  Do you

12  remember this e-mail?  Can you see it, Mr. Diaz?

13         A.   Yes, I can see it.

14         Q.   So in here you indicated that you never

15  negotiated a future purse before but it seems like in

16  this e-mail that's exactly what you're doing.  You're

17  saying you want to increase to 30 percent and then you

18  have a number of different other payments that you're

19  discussing with the totals and whatnot, including

20  Rolex, Porsche and all that stuff.  Do you remember

21  this e-mail?

22         A.   Yes, I do because this is when I knew that

23  Ralph and Golden Boy wanted me to fight Rene Alvarado

24  so I wanted to pursue the Tevin Farmer fight so I

25  wanted to make that Tevin Farmer fight happen because I

Atkinson-Baker, Inc.
www.depo.com

1  knew I was going to able to generate more money.  With

2  the Rene Alvarado fight it wasn't going to make no

3  sense financially for me to make any money with the

4  Rene Alvarado fight that Ralph and Golden Boy were

5  pushing.  So I actually wrote this out to Ralph because

6  I wanted to make something happen and at that time I

7  was in a financial situation where I needed to -- I

8  needed some help and I knew that this was the

9  opportunity to capitalize on because I was the one that

10  was making the Tevin fight happen.

11      Q.  I just have a few questions on this

12  particular e-mail.  First you indicated that it was a

13  pleasure working with you guys for my whole career as a

14  boxer.  Is that true?

15      A.  Yeah.

16      Q.  And then later on you're talking about

17  you're negotiating and you're thinking that this is a

18  fair offer and so this is what you're presenting to

19  them; correct?

20      A.  Correct.

21      Q.  And then down below at the end of the first

22  page it indicates that you're going to pay off a loan

23  and then it seems like you already had an understanding

24  you were going to be fighting Tevin Farmer at this

25  point?

```
 1          A.  Not understanding, it was already being
 2   made.  It was already almost done.
 3          Q.  So that was already in the works.  You knew
 4   you were going to be fighting Tevin Farmer?  So this
 5   was a negotiation --
 6          A.  I didn't know I was going to fight Tevin
 7   Farmer.  I was very confident because I wasn't going to
 8   accept anything else.
 9          Q.  But you're basing this negotiation off the
10   Tevin Farmer fight which ultimately did take place;
11   correct?
12          A.  Yeah.
13          Q.  And so who's Fernando in this e-mail?
14          A.  Fernando?
15          Q.  It's on the second page.
16          A.  I don't see the second page.
17          Q.  Can you please scroll down?  Can you see
18   that now?
19          A.  Yes.
20          Q.  If we go down, from the top down for getting
21   the Chase account and all that what's LALO?
22          A.  There's my personal business that I don't
23   want to discuss.  This is all my personal finances that
24   I was negotiating that I shouldn't even be discussing.
25   What's the point of this?
```

1          MR. FOSTER:  Mr. Montalvo, I got to agree with

2   Mr. Diaz.  This is pretty personal.  I like the first

3   part of the e-mail because that relates to the

4   management side.

5          MR. MONTALVO:  Yes, sir.

6          MR. FOSTER:  Like I know I wouldn't want all my

7   stuff laid out in front of the ten or 11 people.

8          MR. MONTALVO:  I understand.  The issue is not

9   to embarrass Mr. Diaz.  It's that there's been a

10  representation that there wasn't an accounting done and

11  Mr. Diaz --

12         THE WITNESS:  I did my own accounting.  I wrote

13  all this down.

14         MR. FOSTER:  Can you take it off the screen?  I

15  don't want it on the screen anymore.

16         Q.  BY MR. MONTALVO:  But ultimately the

17  way you were going to pay for this was to take it

18  out of your next purse; is that correct?

19         A.  That's correct.

20         Q.  And the 30 percent was to negotiate through

21  your future fights to take care of these debts that you

22  wanted to resolve or investments if they were that.

23         A.  Uh-huh.  Yes.

24         MR. MONTALVO:  If you could just give me one

25  brief moment I think I'm done for now.  Just give me

Case 5:20-cv-02618-JWH-kk  Document 173-1  Filed 10/30/23  Page 108 of 217  Page ID
#:2256
Atkinson-Baker, Inc.
www.depo.com

```
 1   one second to look at my documents.

 2        I'm good with this part of the cross and I'll

 3   hand it back over to Mr. Greeley.

 4        MR. GREELEY:  Thank you.  I want to address a

 5   couple of issues that arose in that cross-examination.

 6   First, I'm a little confused as to what Mr. Montalvo is

 7   attempting to establish by showing all of these

 8   interactions and financial dealings between Mr. Diaz

 9   and Ralph Heredia.

10        It absolutely cements the fact that Ralph

11   Heredia was managing Jojo Diaz without a license and

12   the fact that Mr. Diaz was to pay back advances to

13   Ralph Heredia further underscores that.  Advances

14   against what?  Out of his fight proceeds.  Advances

15   against a management fee?  There is no other

16   relationship between Mr. Heredia and Mr. Diaz.

17        Mr. Heredia is not a commercial lender.  So that

18   was the nature of the relationship and the advances.  I

19   just want to further say because there was some

20   questions about whether Moses Heredia was or was not a

21   manager, we are not denying and Mr. Diaz testified to

22   this that Moses Heredia was also a manager.  But that

23   doesn't change the fact that Ralph Heredia was a

24   manager during this period.  And he was unlicensed in

25   performing those activities.
```

1       The De La Hoya court that we talked about
2  earlier said in invalidating the Top Rank De La Hoya
3  contract obviously more than one individual may direct
4  or control a boxer's activities, represent his interest
5  in precuring or arranging fights or be entitled to more
6  than 10 percent of his gross purse and that's
7  absolutely the case here.  There were two.  They signed
8  as comanagers in 2012 on the commission form.  They
9  signed as comanagers in 2017 on the Golden Boy form.
10  But Mr. Ralph Heredia knowing that his management from
11  that point of the 2017 contract forward at least was
12  illegal did not sign the 2017 agreement.
13       MR. FOSTER:  Mr. Greeley, I have a question.  I
14  went back and looked at your stuff because you
15  mentioned the 2012 contract.  Is it your contention
16  that that contract is invalid?
17       MR. GREELEY:  Well, yes, sir.  And it wasn't
18  until today and I'm not certain why that we saw a
19  purported license from Ralph Heredia and that was
20  e-mailed to us in the additional exhibits.  We have not
21  validated that.  The commission -- when we spoke to the
22  commission we made more than one Freedom of Information
23  act.  Your representative said no record of any Ralph
24  Heredia ever having applied for or received a boxing
25  manager license.

1        MR. FOSTER:  We're in agreement with that.  Now,

2   listen, I'm not -- whether he had one or whether he

3   didn't, look, that was a little bit forward but I think

4   we can all agree that the executive officer never did

5   approve that particular contract.

6        MR. GREELEY:  That's correct.

7        MR. FOSTER:  In any case, my point I'm making

8   about that particular contract is let's say that one is

9   invalid just for purposes of this argument, this

10  discussion you and I are having right now.  2012

11  contract is invalid that would make that 2017 contract

12  invalid using your seven year logic because that first

13  one wasn't worth the paper it was written on.

14        Now, I tend to think because he signed that

15  release that's what the difference between -- by the

16  way, we went and looked during our break, that De La

17  Hoya -- it's a court case, it's interesting and I can

18  look at it but it's not a published opinion.  It's not

19  a citable opinion.

20        MR. GREELEY:  It's a citable opinion, sir.

21        MR. FOSTER:  Was it done -- Will, is it a court

22  of appeals opinion, is that where it's at?

23        MR. GARDNER:  It's a district court opinion and

24  our research shows it as unpublished.

25        MR. GREELEY:  California courts allow its

Atkinson-Baker, Inc.
www.depo.com

1  citation.

2       MR. GARDNER:  Yes, it's citeable.  Mr. Foster is

3  not an attorney but we're talking about controlling

4  case law.

5       MR. FOSTER:  That's what I'm talking about.

6  It's like we don't have to follow that particular --

7  that -- I digress.  I think the difference is it's like

8  either the 2012 was valid or invalid.  If it's valid

9  they signed a release.  If it's invalid the 2017 is the

10 first real one.  See what I mean.  I'm not trying to --

11      MR. GREELEY:  I understand the point.  I think

12 we addressed that in our brief.  Mr. Diaz viewed it as

13 valid.  He was told it was valid.  He performed under

14 it so the effect is that he was under that management

15 of the Heredias for nine and a half continuous years.

16 Whether retroactively we look back and say oh, Ralph

17 Heredia duped us all.  He never had a license to begin

18 with, is a different issue.  From Jojo's perspective he

19 gave 20 percent of his purse to Ralph Heredia during

20 that entire period so he was under the management.

21      MR. FOSTER:  And that's the efforts to negotiate

22 boxing stuff for him so it's not --

23      MR. GREELEY:  May I address that, sir, because I

24 think we need to look at the Rousey case; right?  And

25 that was really the argument it was a quantum meruit

Case 5:20-cv-02618-JWH-kk  Document 173-1  Filed 10/30/23  Page 112 of 217  Page ID
#:2260
Atkinson-Baker, Inc.
www.depo.com

1  argument that Harvey the manager in the Rousey case

2  made -- the Harvey, the purported manager of Ronda

3  Rousey not licensed and he came to the commission and

4  said I've given Ronda Rousey $85,000 that she owes me,

5  just like Ralph Heredia is saying.  And I've supported

6  her in her entire career and I performed all these

7  services.  I've taken her from amateur to the UFC, she

8  signed a deal with the UFC and I've done all of these

9  things.

10      And what the commission said there was that

11  Harvey, doesn't matter that he put in the money.

12  Doesn't matter that he supported Rousey.  He cannot

13  avail himself of the commission's help because he

14  has -- he has violated the regulatory scheme.

15      MR. FOSTER:  But let me tell you the difference

16  between that case and this case.  That case had all

17  these other pieces to the contract.  It had like

18  modeling and acting and all the rest of this stuff.  So

19  what I did was I separated the commission section which

20  was just fighting.  Which was the bear minimum of what

21  Ms. Rousey was making.

22      This was not like a lot of money.  I'm talking

23  about the commission stuff was -- so we said okay.

24  That part is invalid.  You don't get no money for that.

25  You didn't have a license, and guess what we did with

1  the rest of it?  The bulk of it?  We kicked it over to

2  some other court.  I didn't want to deal with that.

3       MR. GREELEY:  Understood.

4       MR. FOSTER:  And this case is about -- well, the

5  only similarities -- there's very few similarities but

6  there is one similarity in that the Heredias have put

7  in a lot of stuff about loans and all this stuff that

8  I'm not going to deal with.  That's not my deal.  What

9  I'm dealing with is going to deal with the fight

10 contract.

11      MR. GREELEY:  Yes, sir.

12      MR. FOSTER:  Now, I have, you know -- we're

13 going to look at your evidence and my attorneys will

14 look at it but you got plenty of time.  You can finish

15 your thing but your section 3, your point 3 of your

16 presentation is really where I'm focused on.  I don't

17 think these guys can work together.

18      MR. GREELEY:  I agree with you there.  I would

19 like to point out another portion of that opinion in

20 the Rousey case.  It was about not just invalidating --

21 the reason that you invalidated the contract and kicked

22 the remainder of it is because Harvey was not licensed

23 so he had violated the statutory scheme designed for

24 the protection of athletes.  "And therefore Harvey will

25 receive no help from this commission in enforcing this

1  illegal fighter-manager contract."

2      Now, we've got Ralph Heredia admittedly coming

3  without a license coming forward and saying, hey, I

4  need the commission's help in having Jojo write me a

5  check and the commission in that Rousey case yourself,

6  Mr. Foster, said it's about the message that that would

7  send.  Knowing they will receive no help in recovering

8  for their illegal activities managers are less likely

9  to enter into illegal arrangements and the same

10  principle applies here.

11     If you send a message to the general market that

12  Ralph Heredia should get paid out of this contract then

13  you're encouraging those illegal managing activities.

14  You're not discouraging them.

15     MR. FOSTER:  I believe there's a difference

16  between the two because if we ask Moses Heredia here --

17  another thing, Mr. Greeley, where is Ralph Heredia?

18     MR. GREELEY:  That's the point.

19     MR. FOSTER:  We're here with all these folks.

20  He's needed for this arbitration and he's -- so we're

21  going to ask Moses here in a little while did he manage

22  Mr. Diaz and I'm sure the answer is going to be the

23  affirmative.  We got plenty of evidence that says he

24  was managing Mr. Diaz, mountains of evidence that says

25  he was working to manage Mr. Diaz but he was also

Atkinson-Baker, Inc.
www.depo.com

1  working with his brother to do it too.  And I don't --

2  I don't really see a lot of -- there's a daylight --

3  Mr. Ralph was doing it totally by himself I think you

4  got a Rousey case.

5      This is not the same thing because you've got

6  the brother working with the other brother and the

7  brother has the license and the other brother is

8  like -- I don't know if he's an employee or working

9  with -- I don't know.  But it's not the same concept.

10  It's absolutely not the same deal as Rousey.

11      MR. GREELEY:  It's not because they attempted to

12  conceal it whereas Harvey didn't try to do that.  So

13  you've heard from Mr. Diaz that Ralph approached him,

14  initiated the relationship, consummated the

15  relationship.  He viewed Ralph as his manager.  Ralph

16  viewed him as the manager.  Ralph had held himself out

17  in the media as the manager.  He paid Ralph directly as

18  the manager and the only reason Ralph isn't on the

19  contract is because he didn't have a license so he put

20  up Moses to sign the contract.  To me that's much more

21  nefarious than the Harvey case with Rousey where he

22  came forward and said yeah, I don't have a license.

23      MR. MONTALVO:  That's disregard of the facts in

24  the record so I think we need an opportunity before we

25  draw conclusions on this to present.

Atkinson-Baker, Inc.
www.depo.com

1          MR. GREELEY:  Excuse me.  I don't think I

2   interrupted you.

3          MR. MONTALVO:  I was asked a question --

4          MR. GARDNER:  Let me clarify.  I'm going to stop

5   everyone.  If you have an objection, of course feel

6   free to raise it.  You have time left, Mr. Montalvo,

7   and you will be able to -- it does appear Mr. Greeley

8   is going through some evidence but in large part it's

9   almost a closing summation rather than your standard

10  presentation of evidence.  He's allowed to do that.

11  And you'll have the time to -- you have some time left.

12  If you have an objection by all means raise it but

13  otherwise just know that you'll have your opportunity.

14         MR. MONTALVO:  Yes, sir.  I think I was trying

15  to respond to Mr. Foster regarding the availability of

16  Mr. Heredia.  I thought I was asked a question but

17  that's fine.  Mr. Greeley can take it.

18         MR. GREELEY:  Thank you.  I want to make that

19  point.  The entire problem here is what you honed in

20  on.  Why isn't Ralph Heredia here?  Because he didn't

21  sign the contract.  He's been paid as a manager, he's

22  acted as a manager but he doesn't need to answer to you

23  as a manager which is the point of requiring licensing.

24  Which is the point of requiring a commission-approved

25  form, which is the point of requiring that the managers

1  sign it so they're accountable and that you can track

2  their activities and you can make them answer to you

3  and they can be subject to the arbitration provision.

4       We put Ralph Heredia on our witness list.  He

5  has not appeared.  Mr. Montalvo represents him.  He has

6  not appeared and the commission apparently doesn't have

7  jurisdiction over him because he doesn't have a

8  license.  So he's operating in the margins behind the

9  scenes as a manager and you can't regulate it.  That's

10 a major problem.  And for me it's shocking to sit here

11 and go, Gee, what is the value of this management

12 contract?  Well, I'll tell you what the value of a

13 management contract is to an unlicensed manager, it's

14 zero.  Less than zero because we should go back and

15 discourage every single payment that was made to Ralph

16 Heredia when he didn't have a license and that should

17 come back to Jojo Diaz at a minimum.  So if we're going

18 to talk numbers let's go back to 2012.

19       MR. FOSTER:  You got an accounting of that?

20       MR. GREELEY:  We don't have an accounting of

21 anything.  That's the whole point.  We we've asked for

22 an accounting.  We wrote a letter.  It's in our

23 exhibits.  It wasn't responded to.  There's some

24 Mickey-Mouse spreadsheet put in this -- in submission.

25 They have a legal obligation as a manager to provide an

1  accounting.  I've asked Jojo Diaz in his direct

2  examination whether he was ever provided with that.  He

3  has not.  We've demanded it as his counsel.

4       We have not received it and that was my earlier

5  point.  We need that accounting.  We need to see what's

6  what because that money should never have gone on to an

7  unlicensed manager.  And we should not be contemplated

8  paying more money to an unlicensed manager who's

9  admitted under oath he's not licensed.  And the

10  evidence that Mr. Montalvo presented and confronted

11  Mr. Diaz with in cross-examination demonstrates that.

12  Ralph Heredia was neck deep in the financial dealings

13  and taking money from the fighter's purse.

14       So I just -- there's a licensing regulatory

15  scheme or there's not.  And the decision that let's not

16  worry about the fact that Ralph Heredia was not

17  licensed is to turn our back on that regulatory scheme

18  and say it's not worth anything.  And it sends a very,

19  very dangerous message in my view because Mr. Diaz has

20  had to be licensed.

21       He's had to live with the commission regulation.

22  He's here today.  So why isn't the counter-party?  Why

23  isn't the person he's written all those checks to?

24  He's written checks directly to Ralph Heredia which is

25  in our exhibits for $221,000 directly to Ralph Heredia

1  since 2017.  There's another 200 X to Heredia Boxing

2  Management of which Heredia, Ralph, is an officer and

3  director.  That's $467,000 that's gone to Ralph Heredia

4  who doesn't have a license and Heredia Boxing

5  Management who doesn't have a license since 2017.  And

6  there's not one check that anyone has shown me that's

7  gone to a guy with a license.  I haven't seen one check

8  that's gone to Moses Heredia.  I think that's a pretty

9  major problem for the commission.

10       MR. GARDNER:  Mr. Greeley, I just have a quick

11  question on the points that you were making so that

12  Mr. Foster can hone in on that.  Are there checks

13  written from the purse -- from the payout of the purse

14  directly to Ralph?  Is that what you're saying?

15       MR. GREELEY:  I'm saying that was not done

16  because I don't believe that would have been approved

17  by the commission so to our knowledge that was not

18  done.  These were written directly to Ralph Heredia

19  directly during the term of the 2017 contract.

20  Mr. Diaz was able to go back and look at what was

21  written under this 2017 contract.

22       And so those are the checks that were written

23  directly to Mr. Ralph Heredia.  They totaled $221,000.

24  And as Mr. Montalvo I think has referenced those to

25  some extent were advances against the purse proceeds so

Case 5:20-cv-02618-JWH-kk   Document 173-1   Filed 10/30/23   Page 120 of 217   Page ID #:2268
Atkinson-Baker, Inc.
www.depo.com

1 the answer according to what I think Mr. Montalvo has

2 shown is yes, those were related to percentages of the

3 purse.

4        So I think that's a licensing issue.  I think

5 there's no need to belabor that any further.  I think

6 it's clear based on what Ralph Heredia and his counsel

7 and Moses Heredia have submitted that Ralph Heredia

8 notwithstanding the fact that he submitted a sworn

9 declaration saying he wasn't managing was in fact

10 managing with respect to every single aspect of the

11 definition of a manager.

12        He arranged the Tevin Farmer fight and approved

13 its terms.  That's in an e-mail that he submitted.  He

14 directed and controlled the boxing activities by

15 negotiating the 2017 Golden Boy agreement which he

16 signed as a manager and he received proceeds as a

17 manager.  He received a percentage of the purse both

18 via his Heredia Boxing Management entity which itself

19 is unlicensed and directly in checks from Mr. Diaz.

20        And I do think to Mr. Foster's point there

21 absolutely needs to be an accounting.  There needs to

22 be a full reckoning going back all the way back to

23 2012.

24        MR. FOSTER:  Real quick before you get to part

25 3, Moses did sign the 2017 agreement; correct?

1          MR. GREELEY:  Yes, he did.

2          MR. FOSTER:  So up on the top it says this is

3     between Ralph and Moses.  You see that?  You've seen it

4     a bunch of times.  You know it says that and when

5     Joseph Diaz wrote the checks it was to Heredia Boxing

6     Management was it not?

7          MR. GREELEY:  Yes, sir.  Golden Boy was writing

8     those checks if I'm not mistaken.

9          MR. FOSTER:  Out of his purse.  And this was

10    Moses as the CEO of that company.

11         MR. GREELEY:  According to the Secretary of

12    State website, yeah, he's one of two officers.

13         MR. FOSTER:  He's the head guy of the company.

14    There's probably only two or three of them, two of them

15    I guess.  But they have some boxers.

16         MR. GREELEY:  I don't know whether they do or

17    they don't.  I don't think they should since I'm not

18    aware that entity has a management license.

19         MR. FOSTER:  Moses has a management license.

20    Moses is doing business as the Heredia Boxing Company.

21         MR. GREELEY:  I don't think so.  I don't think

22    that's a Dba, I think that's a separate corporate

23    entity according to the Secretary of State website.

24    And Heredia Boxing Management has filed a lawsuit in

25    federal court alleging that they are a beneficiary of

Atkinson-Baker, Inc.
www.depo.com

1  the 2017 contract.  So again, you've got now two

2  unlicensed parties, Heredia Boxing Management on the

3  one hand and Ralph Heredia on the other that are

4  purporting to share in the proceeds and --

5      MR. FOSTER:  Who filed the lawsuit in federal

6  court, did they file it or did you file it?

7      MR. GREELEY:  The sequence of events was as I

8  mentioned after checking with the commission and asking

9  whether we could bring a counter-claim in this

10  proceeding for money damages and being told no, we

11  filed a lawsuit in federal court against Ralph Heredia

12  on behalf of Jojo Diaz seeking damages for among other

13  things the car that was taken from Mr. Diaz, the

14  additional monies that were taken from him above and

15  beyond the clear percentage in the contract and also to

16  the extent that these contracts are proven not to be

17  valid because of the licensing issue.

18      We believe that Mr. Ralph Heredia should have to

19  return all of the monies that he purported to receive

20  as a licensed manager when he was not.  We believe kind

21  of retribution for this at the end of last year with

22  this case ongoing, Heredia Boxing Management and Moses

23  Heredia filed a lawsuit not against Jojo Diaz but

24  against MTK, my law firm, VGC LLP and Golden Boy

25  claiming that -- and certain individuals who I

Atkinson-Baker, Inc.
www.depo.com

1  understand don't live in the country, alleging that we

2  were all in a RICO conspiracy and that VGC specifically

3  was the agent of an international drug cartel which is

4  almost -- I almost choke on the words a little bit as I

5  say it.

6       You know, a little bit of background on my firm

7  which I cofounded with two partners, one in New York

8  and one in San Francisco.  I'm a Harvard Law School

9  graduate.  I practiced at O'Melveny and Myers for 15

10  years under among others Warren Christopher, the former

11  Secretary of State, for Bill Clinton, Dan Petricelli

12  [phonetic] was my mentor.  I founded a boutique law

13  firm with other highly pedigreed attorneys from top

14  five or ten law schools with major firm experience.

15       We're a boutique firm that we believe delivers

16  top level big firm service at reduced rates and we have

17  institutional clients including publicly traded clients

18  so this was certainly not a welcomed event and you see

19  we believe it was done to simply put pressure on

20  Mr. Diaz and to attack his advisors.  We believe that

21  the Heredias knew that if Mr. Diaz were able to get

22  qualified advise he would realize that he was being

23  victimized and taken advantage of under a structure

24  that was not legal.

25       So we believe this was simply a transparent act

1  to exert pressure and it was immediately publicized

2  including as you can see here in Law 360, "Boxer's

3  manager accusing law firm of VGC of racketeering."

4  Now, that was a fraudulent lawsuit and we responded

5  with what's called a Rule 11 letter which your

6  attorneys will inform you means that it's a demand

7  that's required under federal law before actually

8  moving the court for sanctions.

9       It's a demand that the party filing this

10  withdraw it and it says this is a fraudulent claim.  If

11  we need to respond to it you will be penalized and the

12  court will sanction you.  And we received word back

13  from Mr. Montalvo's firm we'll amend the complaint.

14  And they amended the complaint and withdrew the

15  allegation that my firm was an agent of an

16  international drug cartel and racketeering and I don't

17  know what else because the complaint quite frankly was

18  incomprehensible.  As to Golden Boy I didn't

19  understand --

20       MR. FOSTER:  Mr. Greeley, we don't have to go

21  into this.  I have my personal opinion.  I felt like

22  this is -- it seemed preposterous to me but we're not

23  here to talk about that.  You guys are a good law

24  company.  I looked you up and the whole thing.  I don't

25  know how that got wrapped up into an arbitration about

1  boxing but here we are.  We don't have to go down that.

2  You got that number 3 section about --

3       MR. GREELEY:  Yes, sir, I do think it -- it

4  relates to number 3 insomuch as when Ralph and Moses

5  decided based on an announcement about the MTK contract

6  which they have never read until we submitted it with

7  this arbitration, when they decided that's it, we're

8  going into attack mode, we believe they employed

9  certain illicit tactics to try to punish and exact

10  retribution on Jojo instead of talking with him and

11  instead of trying to figure it out which is where we

12  started.

13       But I'll go to reason number 3 which is the

14  breaches of the contract.  And I'll get to the

15  remainder later without belaboring the facts.

16       MR. GARDNER:  Mr. Greeley, just for your

17  information you've got 15 minutes.  Just so you know.

18       MR. GREELEY:  Thank you.  Again, this is not in

19  dispute.  This is a written contract for 18 percent

20  approved by the commission for 18 percent and there's

21  been an admission on the other side that Moses and

22  Ralph took 20 percent and they've attempted to excuse

23  that by saying well, there were some certain costs that

24  we paid and there was a handshake deal.  There's an

25  accounting that refers to things like well, roughly

1  5,000 here or there.

2        It doesn't really matter what the purported

3  excuse is.  The contract says in paragraph 9, "This

4  agreement may only be modified by the manager and the

5  boxer in writing.  Any such modification shall be added

6  to this contract and approved by the commission in

7  writing before it is effective."

8        So if the two sides decided well, we'd rather do

9  20 percent and have the Heredias pay for some things,

10  then that needs to be amended and it wasn't.  And

11  that's not in dispute.  So the contract is breached on

12  that basis alone.  And again, we don't have to get into

13  a he said, she said battle because all of this is

14  admitted.

15        Mr. Gardner mentioned paragraph C6 of the

16  contract.  "The manager and boxer both certify and

17  promise to each other and the commission that there is

18  no party that in any way shares or participates in the

19  ring earnings of the boxer," and there's been

20  admissions including by Mr. Montalvo today that Ralph

21  Heredia was in fact sharing in those proceeds.

22        So that was a misrepresentation and that was a

23  misrepresentation on the manager's side and that

24  invalidates frankly the contract.  You can't have a

25  contract that's enforceable based on knowingly false

1  misrepresentations.  So that's another breach of the

2  contract.

3       All of these loans that we're talking about not

4  only cements the fact that Ralph Heredia was in fact a

5  manager but they themselves are breaches of the

6  contract because 50,000 here, 60,000 there, paragraphs

7  B4 and B5 regulate how advances may be made and they

8  dictate that they must be documented.  And they dictate

9  that there must be accountings provided included within

10 30 days after a boxer sends a written demand which we

11 did and we received none.

12      And there is a number of undocumented loans

13 which --

14      MR. FOSTER:  Are you talking about the loans

15 that he gave?  See, those loans that, Mr. Montalvo you

16 need to hear this.  You need to understand what I'm

17 saying.  These loans, there's a way to do these on

18 advances of the purse.  I do it frequently.  I never

19 have done this for Mr. Diaz.  This wasn't done.  That's

20 why I'm not dealing with that particular piece of this.

21      Now, I'm sure there's a different way to get the

22 money back, court or whatever it is.  Like a different

23 way.  But the 40 grand or whatever it is, the cable

24 bill and all the rest of that stuff that advancement,

25 that money was never given to the commission.  When I

1  do advances for various folks I have to sign it,

2  there's a bunch of attorneys involved and they bless it

3  and they help me with it and we send it back and they

4  get their money.  That's what happens.

5       It never happened with Mr. Diaz so if it didn't

6  happen with Mr. Diaz you can't come back to the

7  commission and say oh, I want to get this money.

8  That's not the way that works.

9       MR. GREELEY:  Not only that, Mr. Foster, but

10  it's a breach of contract and a violation of California

11  law and that's what this statute -- what is the statute

12  here?

13       MR. FOSTER:  You're an attorney but I disagree

14  with it's a breach.  Like if he takes a loan out from

15  Mr. Heredia and don't tell the commission but he takes

16  a loan what would be a breach is if Mr. Heredia wants

17  to sack his -- and get his purse and take money from

18  his purse beyond the deal.  That would be problematic.

19  But like if he just takes a loan for his cable bill,

20  there's not a problem there.  That's between two

21  people.

22       MR. GREELEY:  Yeah, you know, this is the

23  statute which regulates the process for that kind of

24  transaction and my point is that the Heredias did not

25  follow that and that's a further violation of

1  California law.  Any manager who advances or loans any

2  money to any boxers which the Heredias admit they did

3  must furnish a statement under penalty of perjury to

4  the boxer every 90 days.

5      MR. FOSTER:  Mr. Greeley, that's what I'm saying

6  is you've made the point time and time again, Ralph

7  Heredia is not licensed as a manager.

8      MR. GREELEY:  No, but he's acted as one.  That's

9  the whole point.  He's directed the boxing activities.

10 He's arranged fights and he's taken money from the

11 purse.  He's a manager.  He just doesn't have a

12 license.  That doesn't mean he doesn't fit the

13 definition of manager under the law, he's absolutely a

14 boxing manager.  That's the whole problem here.  That's

15 why the contract is illegal.  His management activities

16 which indisputably he engaged in were unlicensed.

17     MR. FOSTER:  Or another way to look at it is he

18 works for his brother.

19     MR. GREELEY:  Well, if we can all work for our

20 brother then who need to get licensed?

21     MR. FOSTER:  There's one license for the

22 Ultimate Fighting Championship, there's one license for

23 Golden Boy, Eric Gomez and Oscar, they have one

24 license.  They have a bunch of employees.  When I call

25 Carla or whoever over at Golden Boy and she's asking --

1  they're making decisions to the commission, they're

2  representing to the commission on behalf of Golden Boy,

3  Golden Boy decisions but I'm not going back to Oscar or

4  Eric and saying, hey, is this okay.  It's the --

5  you know what I mean.  It's the same.

6          MR. GREELEY:  I know what you mean.  If Moses

7  and Ralph are putting on events like Golden Boy and

8  they had a Carla who was assigning the seats and

9  running the operations and understanding the facility

10 that would be one thing.  They have no other business.

11 They're a boxing management company and there's two

12 guys and all they're doing is negotiating boxing deals

13 on behalf of a fighter, fixing fights and taking the

14 management fees.

15         That's all they do.  There's no Carla.  There's

16 no secretary.  I'm not saying that if they hired a

17 front desk woman that she would suddenly be operating

18 in violation of the law.  That's not the contention.

19 Ralph Heredia, we heard from Jojo, Ralph Heredia,

20 that's his manager.  Moses he met one time before the

21 2012 agreement and he talked him a handful of times

22 since.

23         So from his perspective that's another reason,

24 there's no way he can just go forward with a

25 relationship with Moses Heredia, he never had a

Atkinson-Baker, Inc.
www.depo.com

1  relationship to speak of.  He had the relationship with
2  Ralph.
3        So look, the other part about this is in terms
4  of the public policy that we're trying to highlight
5  today and protect the boxers against, we're trying to
6  avoid the exact kind of situation that occurs here with
7  all of these undocumented loans.  We're trying to avoid
8  the fighter from mortgaging his future.  And you heard
9  from Jojo that initially Ralph Heredia gave him 3500 a
10  month in order for some right of first refusal as a
11  teenager.
12        He gave advances under 2012 contract, never with
13  a written loan agreement.  He would tell Jojo what you
14  got to pay plus you got to pay a little bit more here
15  for interest.  And then under the 2017 contract
16  arguably he was taking Jojo's own money and loaning it
17  back to him.  He was taking 20 percent rather than 18
18  and saying here, Jojo, here's an advance.  Well, no.
19  You took an extra 2 percent.
20        So to hear them say that this was some kind
21  altruistic act doesn't ring true on our side of the
22  table.  They themselves are the ones who alleged Jojo
23  was irresponsible with money, they say he had a
24  gambling problem.  So they're funding a gambling
25  addiction?  They're doing this in our view to prey in

1  on the fighter which is exactly what the commission is

2  supposed to protect against and the law is supposed to

3  protect against.

4       He should not be beholden to Ralph Heredia.  He

5  should not be forced into signing another 2017

6  agreement because he can't afford not to because he's

7  in so much debt with the guy who's be loansharking and

8  I'm sorry to use that term but that's what undocumented

9  street loans are.  They're loan sharking.

10       So I think this is not some oh, we helped him

11  out.  This is how we established control over him and

12  made sure that he would be with us because we believed

13  if I can put myself in their position that if he went

14  out and actually tested his value in the market he'd

15  get a much better deal from a much more qualified

16  manager.

17       So that's the extent of the, really in a nut

18  shell the breaches of the 2017 agreement.  Briefly

19  we've touched on it.  We believe the 2012 agreement is

20  also invalid because it wasn't approved by the

21  commission on its face and because Mr. Ralph Heredia

22  who is a comanager and received monies under it and

23  performed licensed activities under it, or activities

24  requiring a license, was not licensed.  And even if

25  this purported kind of notecard that we got in the

Case 5:20-cv-02618-JWH-kk  Document 173-1  Filed 10/30/23  Page 133 of 217  Page ID
#:2281
Atkinson-Baker, Inc.
www.depo.com

1  e-mail, that was a license that went from August 2012

2  to only 2013 so even if that's authenticate the

3  remaining four years plus of the contract were -- he

4  did not have a license through to the 2017 agreement.

5       Beyond that I would just say I don't want to get

6  into the criminal background, et cetera.  It's awkward

7  and uncomfortable subject, I certainly won't belabor it

8  but I do think that I would briefly say that I invite

9  you, Mr. Foster, to look at the reports of

10  Mr. Heredia's past and I would further say that

11  Mr. Heredia's declaration he brings up the fact that he

12  told Mr. Diaz about this past recently.  It was last

13  year and I asked Mr. Diaz about that.  I can ask him

14  again although I know I have limited time but in his

15  view and we can hear from him if you prefer it this

16  way, but in his view he did not know about Ralph

17  Heredia's past until last year.

18       Ralph Heredia came to him from out of the blue

19  from Mr. Diaz's perspective and he said, here, here's

20  this book about Darryl Henley.  It's called

21  "Intercepted."  It's about Darryl Henley's drug

22  trafficking and ultimate imprisonment.  You should read

23  this, this is me in there is what Ralph Heredia told

24  him.

25       And he told Mr. Diaz and we can verify it with

Atkinson-Baker, Inc.
www.depo.com

1  him, that he used to be a drug kingpin and he did a

2  significant amount of prison time and finally that he

3  was affiliated with the Mexican Mafia.  And Mr. Heredia

4  says in his declaration that he did this so that maybe

5  Jojo could avoid the same kind of I think he said,

6  youthful indiscretions that I engaged in.

7       If you read the case and the LA Times reports

8  are out, it's really not a youthful indiscretion, it's

9  pretty serious stuff and one of the four guys in the

10  deal ended up shot dead and there were threats made to

11  Mr. Henley's mother at gunpoint.  Mr. Henley's car

12  which also happens to be --

13       MR. GARDNER:  Mr. Greeley, you've got two

14  minutes, just FYI.

15       MR. GREELEY:  My point is that's relevant, A, I

16  think because Mr. Heredia raised it once the

17  relationship was going south and Jojo Diaz if you'd

18  like to ask him told me that he perceived that as a

19  threat.  Look at this.  This is who I am.  This is what

20  I'm capable of.  But also it goes to credibility.

21  Ralph Heredia is a witness.  He's made himself a

22  witness.  He signed a declaration under oath.  Very

23  briefly, the law says if you've been convicted of

24  crimes of moral turpitude there should be a presumption

25  that you're not a reliable witness.

1          Second, it goes to the licensing issue

2    potentially.  It goes to perhaps why Ralph did not feel

3    that he would be able to be found suitable as a

4    licensee under the 2017 agreement.  I think number 3,

5    it goes to the public policy that we discussed at the

6    outset to some extent.  If a manager is involved in

7    these activities and going to the fighter and saying

8    I'm affiliated with the Mexican Mafia that's the kind

9    of underworld connection and I don't know whether it's

10   true or it's not but that's the kind of thing from the

11   1945 attorney general's report that they were seeking

12   to protect fighters and the public against.

13          And then four, I think it goes to a pattern of

14   behavior.  It helps to explain a lot of the same

15   tactics that were then used once the Heredias decided

16   the relationship had gone south here.

17          In closing, again, I was personally involved

18   when that announcement was made by MTK.  I had been

19   engaged by Mr. Diaz.  I had a conversation with Steve

20   Bash in which he told me from the outset, hey, the

21   Heredias were upset by this announcement.  I told him I

22   think it could be a good thing.  If MTK is coming in as

23   a business advisor then it can make a bigger pot for

24   everyone.  It can raise Jojo's profile.  Are they

25   looking to be his manager or are they looking to

1  coexist?  And Steve Bash himself went out and contacted

2  MTK and he came back and he wrote an e-mail to Golden

3  Boy saying, MTK has no intent to usurp your management

4  responsibilities.

5       We told them, MTK from what we know is going to

6  coexist and hunt sponsorships and they had never seen

7  the MTK agreement and yet they turned around and filed

8  this entire arbitration action without ever talking to

9  Jojo, without ever seeing the agreement and actually

10 getting messaging to the contrary of their arguments

11 here which is that the MTK agreement was totally

12 separate from their management.

13      So the reason we're here is because they decided

14 they're going to war.  Not because we raised a question

15 whether the contract was enforceable.

16      MR. GARDNER:  Thank you, Mr. Greeley.  That's

17 time.  Mr. Foster, did you have any questions before we

18 move back and let Mr. Montalvo proceed?  He's got 40

19 minutes left.

20      MR. FOSTER:  I wanted to just ask him -- I'm

21 going to come back to him, I can come back to him if I

22 want to.  I want to hear from Mr. Montalvo.  I have a

23 few questions.  Mr. Montalvo, I have a question for

24 you.  Where's Ralph?

25      MR. MONTALVO:  We called him back.  He's sitting

1  right outside the door.

2      MR. FOSTER:  Don't you think we should hear from

3  him?

4      MR. GARDNER:  If they'd like to call him it's

5  certainly an appropriate witness.

6      MR. FOSTER:  If we call him we've got to give

7  Mr. Greeley some time to do the cross stuff so we're

8  going to make this fair.

9      MR. GARDNER:  Mr. Foster, you do have discretion

10  to extend time up to two hours so, however, you would

11  want to do that.

12      MR. FOSTER:  Mr. Montalvo, you go right ahead.

13  You heard what Mr. Greeley had to say.

14      MR. MONTALVO:  I've heard quite a bit.  Yes,

15  sir.

16      First off, as the last point that was made I

17  think the conversation and when we call Mr. Bash to

18  this it was we can continue to talk but we want to see

19  the agreement to understand what the swim lanes are.

20  So there was a specific request to obtain that contract

21  early on immediately and VGC never complied.  So that's

22  the first issue.

23      The second issue is MTK and what's going on so

24  VGC counsel has gone on for quite a length of time

25  saying we don't want to leverage this young man's

Atkinson-Baker, Inc.
www.depo.com

1   future.  We don't want to hold him hostage.  We don't

2   want people taking money from him that are

3   unsupervised.  I just ask you to look at the MTK

4   contract.  Who is supervising that contract under the

5   commission?  Who is supervising the hundred K that he's

6   been given as an advance for future fights?  Who's

7   supervising that?

8        He's talking about compliance and who's

9   negotiating fights.  We got Paul Gibson from MTK

10  negotiating with Golden Boy.  We've got VGC in a

11  letter, this is Exhibit number 25, Heredia, Bates

12  number 0199 where they go to far lengths to engage in

13  exactly definitional 18628 management functions to

14  negotiate about, threaten to Golden Boy to release him

15  from a contract within 24 hours, accusing everybody in

16  between of what's going on.  And I'm not aware that VGC

17  is licensed to do management activities as required

18  under the statute which says --

19        MR. GREELEY:  It's not required.

20        MR. MONTALVO:  Excuse me.  "Otherwise an

21  attorney shall be licensed as a manager in order to

22  engage in any and all activities," described in the

23  section under subsection 18628.

24        MR. GREELEY:  Can you the read the entirety of

25  it?

1          MR. MONTALVO:  If you need me to read that I
2    would like extra time.
3          MR. GARDNER:  I would just say these are
4    arguments being made by counsel, Mr. Greeley, just as
5    you made.  We understand you don't agree with them.
6          MR. GREELEY:  I'd just like for accuracy of the
7    record.
8          MR. GARDNER:  He cited it.  It's up to him if he
9    wants to read the whole thing.  Cite it again and we'll
10   make sure to take a look at it.
11         MR. MONTALVO:  What I'm citing to is sections
12   18628, subsection A which provides the definition of
13   manager and the last subsection that I quoted is,
14   "Otherwise an attorney shall be licensed as a manager
15   in order to engage in any and all of the activities
16   described in this section."  So there's a departure
17   from certain activities and then when you get into the
18   management activities you're required to have a
19   management license.  This is an attorney.  He's
20   required to have that management license, for example,
21   Steve Bash is an attorney and also has a management
22   license and that's the way -- or had a license at some
23   point.
24         This issue of who's in control and who's doing
25   the managing, we just sent the parties some additional

Atkinson-Baker, Inc.
www.depo.com

1  e-mails regarding Mr. Moses Heredia engaging Golden Boy

2  and negotiating the terms of this agreement. This bout

3  agreement. So it's very detailed. He is the person

4  that is doing negotiation. He's controlling what is

5  happening there and he is the one that is controlling

6  the matters, as we refer back to the corporation as you

7  recall Mr. Ralph Heredia is CFO. He's handling

8  finances.

9      If he's working on behalf of his brother for

10  whatever reason and he says this is how I want stuff to

11  be happening as long as it's in compliance it's good to

12  go. The checks he can direct to Heredia Boxing

13  Management. Heredia Boxing Management is not a

14  contracted entity with the management company. That's

15  not how it works. The commission has already

16  identified that that's not what happens.

17      An individual goes in, gets that license and

18  then there's an apparatus that implements the functions

19  of that license and that's exactly what's been

20  happening here. As far --

21      MR. GARDNER: Hold on one second. Never mind.

22  I lost Mr. Foster on my screen but he's back.

23      MR. MONTALVO: Mr. Foster, can you still hear

24  me?

25      MR. FOSTER: Yes, sir, I can.

Case 5:20-cv-02618-JWH-kk   Document 173-1   Filed 10/30/23   Page 141 of 217   Page ID
#:2289
Atkinson-Baker, Inc.
www.depo.com

1          MR. MONTALVO:  All right.  If you go through

2    Mr. Jojo Diaz's declaration and we sent you some

3    additional exhibits and I'm going to call Moses here

4    shortly, you've got him saying well, I didn't know.

5    Okay.  Let's go back to the more important part.  If

6    you look at page three of his declaration under

7    subparagraph 6, this is the declaration of Jojo Diaz,

8    Joseph Diaz.  It says, "My attorneys have informed me

9    that Ralph Heredia is not a licensed manager.  My

10   attorneys have informed me that the 2012 contract was

11   never approved.  Prior to engaging my attorneys I did

12   not understand."

13          So what is going on here is Mr. Diaz is taking

14   leave from VGC to tell him what to put in this document

15   and what to say.  The problem is they didn't understand

16   everything that was happening.  They talked about these

17   tickets that he got.  We sent you, the commission, that

18   Ralph -- or Moses paid for those tickets.  You have

19   that exhibit.

20          He's talking about the fact that he had greater

21   opportunity to move on and engage other people in the

22   community and so he brought on MTK and this is

23   important, sir, because we are disparaging Mr. Heredia,

24   Ralph Heredia in a serious way, and this is a repeated

25   tactic.  As the commission is well aware there's a

Case 5:20-cv-02618-JWH-kk  Document 173-1  Filed 10/30/23  Page 142 of 217  Page ID
#:2290
Atkinson-Baker, Inc.
www.depo.com

1  14-day requirement to go into arbitration if there's a

2  problem.  And so what happens is Moses Heredia finds

3  out that Jojo Diaz is jumping ship and not going to use

4  them as managers anymore and they did what they're

5  required to do under the contract and that's to put a

6  notice into the arbitration to see if it could be

7  resolved.

8       That's what they did and that's what they're

9  required under the contract to do.  And what

10  Mr. Greeley is now arguing is that because Mr. Heredia

11  has some criminal past from 1993, whatever it may be

12  and we can debate that for days, that somehow that

13  makes him unqualified to do anything in this world.

14       The point is, what does Jojo Diaz go do?  He

15  engages MTK and Daniel Kinahand, whatever you want to

16  say, I didn't make this up.

17       MR. FOSTER:  Let's not go there.  Look, he's

18  not -- I can read the Internet too but it's not about

19  Mr. Heredia's criminal history or --

20       MR. MONTALVO:  I understand.  That's what I'm

21  saying, sir.  You raise it but you got to look at both

22  sides of the situation.  If that's even relevant which

23  I don't believe it is.

24       MR. FOSTER:  I didn't raise it.  Others raised

25  it.

Atkinson-Baker, Inc.
www.depo.com

1    MR. MONTALVO:  I understand that.  So I'll leave

2    that point.  You go through and, you know, any harm to

3    Jojo Diaz relating to the Heredias versus sponsorship

4    and all the better matches, greater purses, well,

5    again, I just point to the fact and I'll talk to Moses

6    Heredia about this, he had Tecate, Jersey Mikes,

7    Hennessy.  You look at what just happened in this last

8    fight and he had a jeweler that he owed money for some

9    Rolex and this other local Nissan dealer.

10    So when you start comparing what Moses Heredia

11    negotiated and if you look at the e-mails we just sent

12    it's very clear what's happening there.  And what was

13    negotiated and why.  And the benefits that Mr. Jojo

14    Diaz got from that promotional agreement which is not

15    in dispute at all, he was operating in his best

16    interests at all times.  And in point of fact you see

17    even in the e-mail of 2019 where Jojo Diaz is

18    acknowledging that.  Excuse me, sir?

19    MR. GREELEY:  I'm sorry to interrupt.  You said

20    you sent e-mails?  I don't know that -- Mr. Gardner,

21    I'm certainly not trying to raise just technical

22    objections here but if there's been additional exhibits

23    after my time has expired I think that's problematic.

24    MR. GARDNER:  I was trying to look at my e-mail

25    as well.  Mr. Montalvo, you sent -- I'm seeing in my

Atkinson-Baker, Inc.
www.depo.com

1 e-mail box two PDFs and you're saying those are two

2 e-mails strings that you intend to offer?

3        MR. MONTALVO:  That's correct, yes, sir.

4        MR. GARDNER:  It will be Mr. Foster's decision

5 but we've been adding things.  If Mr. Greeley wants to

6 address them that's fine, but Mr. Foster, how do you

7 feel about the admission of these in keeping with what

8 we did earlier today?

9        MR. FOSTER:  Yeah, I guess this is fine but --

10 look, like I said, I want to get it right.

11        Mr. Greeley, and it's totally fine, no problem.

12 I just wanted to make sure you're aware your camera is

13 off.

14        MR. GREELEY:  Sorry, I didn't realize it.  I'm

15 back.

16        MR. FOSTER:  No worries.

17        MR. GARDNER:  So Mr. Greeley, have you received

18 those e-mails?

19        MR. GREELEY:  Ms. Vasquez says we have.  We got

20 them at 4:30 or so.

21        MR. FOSTER:  I haven't read them.

22        MR. GARDNER:  I haven't looked at them either.

23 I'm just trying -- they've been referenced.

24        MR. GREELEY:  To the extent I get any kind of

25 input into this, we did send some additional e-mails as

Atkinson-Baker, Inc.
www.depo.com

1 soon as they came to our attention yesterday, 24 hours

2 ago.  I think at 5:00 o'clock after eight hours where

3 all of the arguments that Mr. Montalvo is responding to

4 were known, wherein our briefs have been presented, I

5 think it's a little bit late to be adding additional

6 e-mails that were in their possession.

7 　　　　MR. GARDNER:  Mr. Foster, I'm not sure how you

8 feel about it.  If we're adding supplemental exhibits

9 past the deadline of the ten days, we've added some,

10 these are two more.  We can give counsel a chance to

11 look at them and see if he has any questions about them

12 but I don't know if you wish --

13 　　　　MR. FOSTER:  Let's just -- before I up and

14 decide, I sort of agree with Mr. Greeley.  This is like

15 literally 11th hour stuff.  It was a little bit

16 different before we started this thing.  Now we're near

17 the end of it and there's new -- I appreciate you

18 sending this Mr. Montalvo because it shows -- I can see

19 what you're wanting us to see but you can kind of

20 explain it into the record.

21 　　　　MR. MONTALVO:  Yes, sir.  I just -- first of

22 all, my integrity has been impugned several times so if

23 I want to go off a source document I'm trying to make

24 sure the record as you said in the beginning is

25 complete and this goes directly to rebuttal because of

1  what Mr. Greeley has been putting out that Mr. Moses

2  did not have anything to contribute in terms of

3  management.  And so this --

4        MR. GREELEY:  That's the opposite of what I

5  said.  We acknowledged that he was the manager.

6  Absolutely acknowledged and Mr. Diaz testified to that

7  as well.

8        MR. MONTALVO:  Well, if Moses Heredia is the

9  manager, the dueful and the contract is valid and the

10  monies were being directed as Moses directed them which

11  he did to a joint account which was managed by Ralph

12  Heredia as the CFO then I think we've solved whether or

13  not this contract is enforceable and should be

14  accounted for.

15        I'll let -- since Moses Heredia has been sitting

16  here for quite some time I'm going to let him speak to

17  some of these issues.

18        MR. FOSTER:  Mr. Montalvo, I just want to ask

19  one question of Mr. Greeley so it's on the record.  I

20  think I already know the answer but I just want to put

21  it into the record so we have it.

22        Mr. Greeley, there's been a lot of talk about

23  Mr. Ralph Heredia not being licensed as a manager yet I

24  can see where some of this is going.  Mr. Montalvo is

25  citing the fact that MTK acted as an advisor to

1  Mr. Diaz is not licensed.  Can you kind of give what

2  your take is on the difference between a manager and an

3  advisor?

4      MR. GREELEY:  Sure.  Part of it -- well, there's

5  three prongs.  One is directing boxing activities,

6  meaning activities within the ring.  The other is

7  arranging fights and the third is taking more than 10

8  percent of the fight proceeds.  And we've been

9  transparent in producing the MTK agreement.  It's

10 specific to sponsorship and other monetization

11 opportunities outside of the ring.

12      That says it on its face, and there is no

13 percentage of ring proceeds.  There's 10 percent of

14 those additional sponsorship opportunities.  We've

15 shown the e-mail where Steve Bash way back when claims

16 to have spoken with MTK directly and says based on

17 my -- this is Ralph and Moses' lawyer, based on my

18 conversation with MTK Global their new role in Jojo

19 Diaz's career is solely in an advisory capacity and

20 it's not their intention to interfere with the

21 contractual managerial relationship.  After they were

22 told that they turned around and filed this arbitration

23 saying that MTK did in fact intend to interfere.

24      So yeah, I think that's the main distinction, is

25 that in Jojo's view and in MTK's view as from what I

Atkinson-Baker, Inc.
www.depo.com

1 can tell from the contract, they intended to make that

2 outside of the ring opportunities which Jojo didn't

3 think he was adequately receiving.

4         Also, more of kind of a marketing and raising of

5 a profile type of activity, hopefully in turn to mean

6 that he had more demand for his fights and got bigger

7 purses and I think that was the basis of Mr. Bash's

8 statement to me when we first spoke which was I told

9 Ralph and Moses this could be a good thing.  This could

10 make more money for everyone.  So that's where I think

11 the division of labors is divided.

12         MR. FOSTER:  I just wanted you to put that.  By

13 the way I agree with you but I just wanted that on the

14 record for the difference between management versus --

15 I mean, when I read that I thought it was -- it

16 reminded me sort of the way that Harvey was doing with

17 Ronda on stuff outside of the case.

18         MR. GREELEY:  Understood.  And just one more

19 point.  This was not my agreement.  Steve Bash said the

20 Heredias wanted to see it.  Steve Bash talked with MTK.

21 Mr. Montalvo said VGC did not comply but this was not

22 my agreement to give.  It's an agreement between two

23 separate parties, that is their business and

24 confidential as between them.

25         MR. FOSTER:  Mr. Montalvo, this is absolutely

Atkinson-Baker, Inc.
www.depo.com

1  your time.  Do what you need to do.

2          MR. MONTALVO:  Yes, sir.  Just to bring us back

3  around, the manager who was doing the management

4  activities is Moses Heredia.  And that's the record

5  that we have.  So I'll let Mr. Moses Heredia speak to a

6  few questions and to the counsel since he's had to sit

7  here on the sidelines.

8          MR. GARDNER:  Before you do so, sir, let me just

9  swear him in.

10         Mr. Heredia, can you please state and spell your

11  name for the record.

12         THE WITNESS:  Yes, it's Moses, last name is

13  Heredia, H-e-r-e-d-i-a.

14                      MOSES HEREDIA

15              having been first duly sworn, was

16              examined and testified as follows:

17         MR. GARDNER:  Mr. Montalvo, you got 22 minutes.

18         MR. MONTALVO:  Okay.  We'll keep it tight.

19

20                      [DIRECT EXAMINATION

21  BY MR. MONTALVO:

22     Q.  So how long have you known Jojo Diaz?

23     A.  Oh, Jesus, probably -- I would say 2010,

24  2011.  Somewhere around there.

25     Q.  And what types of interaction did you have

Atkinson-Baker, Inc.
www.depo.com

1  with him over the period of time?

2          A.  More of an older brother figure.  Always

3  gave him advice and encouraged him to do well and

4  continue on a good path.

5          Q.  Did you attend fights?

6          A.  I attended all of his fights in his career,

7  maybe I missed about three for being either not feeling

8  well or other opportunities that I was out of the

9  country.

10         Q.  And when it came to the 2017 agreement did

11 you have any conversations with Jojo?

12         A.  Yes.  We had several conversations and

13 negotiations about that and my brother took specific

14 orders from me as far as he would report back to me

15 about talks.  If I was absent for a conversation,

16 obviously just like Al Haymon has Sam Watson and his

17 kids and Louis DeCubas.  I have even David Walter has a

18 couple of people -- sorry about that guys, like Joe

19 that -- and Ron Reso [phonetic] and Tim.  So even like

20 Frank Espinoza, another manager, has his son.

21             At the end of the day I have Carmina Ledesma

22 [phonetic], I have Valerie Tovali [phonetic].  I can't

23 run all by myself.  I have people like my brother who

24 report to me about things that are going on out there

25 and Jojo Diaz, guys, just so everyone is on the record,

Atkinson-Baker, Inc.
www.depo.com

1  I had a champion before Jojo.  I had Francisco Vargas

2  before Jojo.  I had other fighters so it's not solely

3  all about Jojo and I love Jojo and I care for Jojo

4  still and I pray for Jojo to this day.

5       MR. GREELEY:  I'd like to move to strike

6  everything after the first sentence as nonresponsive.

7       THE WITNESS:  So getting back to what I was

8  saying, it's known in the boxing world that one person

9  cannot handle every task, every moment.  Right now I

10  have another fighter fighting this coming month in

11  Texas.  He's fighting on June 19.  Actually like in

12  nine days.  I have my brother working on that right now

13  as far as he took him to the doctor.  He took him for

14  the credentials.  It's just known that one person can't

15  pick up Jojo at the gym every day or take him somewhere

16  so I relied a lot on my employees and my staff.

17       MR. GARDNER:  Mr. Heredia, one second.

18  Mr. Foster, on the objection that was interposed, are

19  you agreeable to the witness testifying in this

20  narrative form?

21       MR. FOSTER:  It's fine.

22       MR. GARDNER:  Thank you.

23       THE WITNESS:  Thank you.  Listen, I'm more of a

24  hands on and Jojo said this.  Jojo, you said this

25  earlier.  I've been here all day.  Jojo said when

Atkinson-Baker, Inc.
www.depo.com

1  there's big deals, when there's big things, when

2  there's contract issues, where there's negotiations,

3  look at his history.  His history, I negotiated that

4  agreement in 2012, 2017.  He's made a lot of great

5  money.  He's done well in his success.

6       Listen, my job at the end of the day is to work

7  the deals in the office, negotiate.  Jojo's job is in

8  the ring.  Of course he didn't see all the e-mails that

9  were going back and forth.  One e-mail I didn't want

10  him to see where -- was when they didn't want his dad.

11  They were trash talking Jojo and his dad, that his dad

12  is not worthy of a trainer.

13       Oscar De La Hoya and I got into that.  I was

14  able to get Jojo's dad on the contract.  I fought for

15  that.  So Jojo -- I didn't want Jojo to be privy to

16  that that and hurt his feelings and mess with his

17  mindset.  He's a boxer.  I'm the guy with the brains in

18  the back that you won't see all the time.

19       I'm not an Al Haymon.  I'm a small Al Haymon

20  that works in back behind the scenes.  You may not see

21  me or hear from me but I'm out there busting my rear to

22  get him on these promotions and sponsorships, all of

23  the great deals.  And when we signed him in 2017 of

24  course he didn't go anywhere else.  He made $350,000

25  just in signing bonuses, somewhere to that matter

1  because the first two fights were worth so much.  And

2  of course he shocked me and he was getting calls from

3  other competitors and other managers.  He told my

4  brother and my brother told me that Al Haymon's people

5  was after him, the two young kids.  I can't remember

6  the name, Watson's kids, but no here no there.

7         Listen, his career and to this day I want him to

8  do well.  I wish him nothing but the best and I have

9  him in my prayers all the time.  Jojo is a great

10  athlete.  Never, never said that he was not a great

11  athlete.  And my job and duties were to push buttons

12  and that's all I did for all those nine years or nine

13  and a half years.

14         At the end of the day I still feel that we did a

15  great job for the future.  I paved the road for him.

16  This fight that he fought with Tevin Farmer, I

17  initiated that when I -- by Jojo's direction.  I called

18  IBF by Jojo's direction.  I went against Golden Boy

19  because Golden Boy went behind Jojo and I to try to

20  make the rematch with Farmer.  Jojo as upset.

21         So then I went ahead and smoothed that out and I

22  paved the road and he fought the gentleman Rakhimov in

23  February and got the purse that was paid from the

24  promotional agreement of all those careers.  Now, a lot

25  of boxers are not that privy to make that much money

1    and those purses were very well negotiated.

2         I shopped his negotiated contract before I

3    signed him in 2017 again with different promoters.  And

4    it led me back to -- what's his name?  Golden Boy.

5    Because they were favorable and there was a lot of

6    small fights there and for the small fights that Jojo

7    was fighting really -- they were opponents but there

8    were no big names.  He made huge amount of six figure,

9    dollar figure purses.

10        So that being said, I don't want to speak too

11   much, Mr. Arbitrator.  We've never met and we never had

12   the opportunity and I heard you.  The only reason, sir,

13   is because we've never had any issues.  I love my

14   fighters.  I take care of my fighters.  I don't do it

15   for the money, I do it for the love of the sport.

16        And my brother, what he was doing, he had a

17   past, and what he was doing he seen Jojo derailing

18   sometimes so he would lure him back in.  I couldn't do

19   it.  I didn't have the patience.  My brother did that,

20   he had a softer heart than I did.  I was more the

21   business guy and would tell Jojo, you know.

22        My brother was more of a bank and a loan guy to

23   Jojo which I disagreed.  That was one of the issues

24   that my brother and I would get into.  We had static

25   and friction and Jojo would always go to my brother and

Atkinson-Baker, Inc.
www.depo.com

1 he had his soft spot.  Jojo is a smart individual and

2 he would convince my brother and then my brother would

3 hear the wrath from me.

4       But at the end of the day there's nothing that

5 we didn't do -- no one wants Jojo to do better in his

6 career than my brother and myself and Jojo can attest

7 to that.  I never wanted to harm him in any way.  We

8 never did anything malicious.  I think it was like two

9 weeks before I heard that Jojo went.

10       Jojo texted me and he wanted a loan for $4,000;

11 I gave it to him.  I said, "I love you, Jojo."  I

12 talked to him on the phone.  "Jojo, I love you.  I'm

13 praying for you.  Be good, do the right thing," and I

14 left him $4,000 underneath the mat because it was

15 Covid.  Two weeks before I heard that he went with MTK.

16 I was crushed, I was hurt.

17       I tell you what, my brother was more crushed and

18 hurt because he had a personal connection, a day to day

19 that he would do my, not my dirty work, more my leg

20 work, where he had more of a personal relationship with

21 Jojo.  I can tell that.  My brother doesn't have

22 children.  Jojo was his child.

23       MR. FOSTER:  I have a question.  You said you

24 were hurt and crushed.  I mean, could it not have been

25 a situation where MTK could have coexisted with you

1  guys?

2       THE WITNESS:  A thousand percent and I wanted

3  that.  We tried reaching out to Jojo.  We had several

4  times we wanted to reach out but we couldn't get a

5  response.  I texted Jojo one time, I even have it, I

6  could show you.  Who's your attorney?  What's going on?

7  Respond back to me.

8       So at the end of the day I wanted to work with

9  Jojo.  I didn't know we were on bad terms.  I found out

10  June 1 or whenever this happened.  That's when I found

11  out that there was an issue.  There was never an issue

12  for nine and a half years until he signed with MTK.

13  I'm sorry for that.  To this day I feel terrible.

14       I have better things to do.  Jojo has better

15  things to do.  He has a fight coming up.  I want him to

16  win.  Even if we were parting ways today, Jojo, I want

17  the best for you, I want you to win for your family.  I

18  always told you that.  I always whispered in your

19  years.  Hey, do it for your family, man.  Good luck and

20  I love you bro and that's it.

21       I was just an older brother to him, that's what

22  I was.  I still want that for him, even if we're not in

23  business anymore.  I will watch his fights and be there

24  for him.

25       MR. FOSTER:  Mr. Heredia, I'm going to ask you

1  the same question I asked your attorney this morning,

2  and I'm going to come to Mr. Greeley.  Look, we can do

3  this however, he can ask you questions, whatever, but

4  what do you think this is worth?  A number.  I want a

5  number.

6          THE WITNESS:  At the end of the day, like I

7  said, we did it more for love of the sport.  At the end

8  of the day we're parting ways and I get that now.  I'm

9  crushed but if I were to throw a number out there I

10  would say 300 would be fair.

11          MR. FOSTER:  How much?

12          THE WITNESS:  300,000, sir.

13          MR. FOSTER:  Mr. Greeley, you got a number?

14          MR. GREELEY:  Zero.  And I think Ralph Heredia

15  should have to write a check to Mr. Diaz for all of the

16  management fees that he received without a license

17  going back to the original contract and further damages

18  to be proven as I mentioned.  We're going to get

19  discovery into how the money actually flowed and we're

20  going to do that in the federal court action.

21          MR. FOSTER:  You're going to deal with that in

22  federal court.  We're just dealing with the boxing.

23          MR. GREELEY:  It's difficult to understand who

24  should pay whom if we don't have all the numbers before

25  us and we don't have discovery into how much money the

 1  Heredias received in the course of their relationship.

 2  They gave us a little spreadsheet that's three months

 3  of expenses that they paid.  That's the quote, unquote,

 4  accounting that we received of a nine and a half year

 5  relationship.

 6       MR. FOSTER:  Mr. Greeley, I mean, by Mr. Diaz's

 7  own admission they've loaned him some money over the

 8  years, I mean he -- they got that.  I'm not a

 9  collection agency.  We're not doing that or whatever

10  but you'll get to the bottom of that in a different

11  way.  I'm talking about ending this contract and Jojo

12  Diaz is leaving without the Heredias today.

13       I've got 300,000 from one side.  I've got zero

14  from the other so we're $300,000 apart.

15       MR. GREELEY:  I think we're further apart from

16  that.  Again, I think Ralph Heredia should have to

17  return management fees he received without a license.

18  Those were not legitimately paid to him.  And Heredia

19  Boxing is not a licensed entity either.

20       THE WITNESS:  Excuse me.  May I interject?  This

21  is Moses.  With all due respect, Mr. Greeley, since day

22  one, since 2012 I was licensed and I'm still licensed

23  to this day and Ralph reported to me and I was the only

24  licensee there.  So at the end of the day we were

25  licensed.  And it's interesting that it was never an

Atkinson-Baker, Inc.
www.depo.com

1  issue until recently.  All the years went by and all of

2  a sudden it's an issue.

3        MR. GREELEY:  How old are you?

4        MR. GARDNER:  We're not going to go back and

5  forth.  If you have some cross-examination --

6        MR. GREELEY:  I do.

7        MR. GARDNER:  If direct is finished we'll go

8  down that road.  Where are we on direct here?

9        MR. FOSTER:  Mr. Montalvo, you finished or do

10  you have more questions?

11        MR. MONTALVO:  May I ask how much time I have,

12  Mr. Gardner?

13        MR. FOSTER:  Just do you have more questions.

14        MR. GARDNER:  You have 14 official minutes.

15  Mr. Foster has discretion to offer more.

16        MR. MONTALVO:  Just to follow up on it, I do,

17  Mr. Foster.  May I proceed?

18        MR. FOSTER:  Sure.

19        Q.  BY MR. MONTALVO:  So as to the number,

20  how are you coming up with that calculation?

21        A.  We were supposed to get 72 on the previous

22  fight, I'm including that as well.  Listen, I know

23  Jojo, Jojo is a great kid and I think he's going to do

24  well and I think the next fight after this one that

25  he's going to fight next month he's -- it could be a

1  million dollar purse and that was my dream.  My dream

2  was to have him do a million dollar purse.  That was

3  our dream.  He always brought that up.  He purchased --

4  　　　　　MR. FOSTER:  Are you talking about July 9?

5  　　　　　THE WITNESS:  No.  The one after that.  If he

6  wins -- I'm sorry.  If he wins this coming fight, which

7  listen, I already have him winning so after this fight,

8  sir, it's potentially -- because he's going to win the

9  interim WBC.  It's the title shot after that and he's

10  next in line.  So to me it's a million dollar plus

11  fight.  So that's where I came up with my number.

12  　　　　　MR. FOSTER:  Didn't he fight Gary Russell for

13  that once already or was that a different belt?

14  　　　　　THE WITNESS:  He fought for that but that was

15  when he was at 126.  So that was Gary Russell and he

16  fought for the WBC and he bounced back after that.

17  Jojo bounced back.  Jojo snapped out of it.  We came

18  hard and we came strong.  And he got two more world

19  title shots at that time with Jesus Rojas and then this

20  one with Tevin Farmer.

21  　　　　　And Jojo, you're here.  Listen, we did

22  everything for you as far as you're career and you had

23  three world titles.  We did the best for you.  We

24  fought for you.  We wanted the best.  We never did

25  anything maliciously or tarnished you or wanted --

Atkinson-Baker, Inc.
www.depo.com

1  handicapped you in any way and you were in my car.  You

2  said earlier you weren't and I obviously get upset.

3  Not upset, I say more hurt because I took you to go

4  meet De La Hoya.  That's where you got his phone

5  number.  You were in my car.  You even commented about

6  the car.

7       So no here nor there.  I don't want to go back

8  on that.  At the end of the day -- on Jesus Rojas, on

9  your declaration you said that you never missed weight.

10  Let me correct that for the record.  You did miss

11  weight for Jesus Rojas and I told my brother to give

12  you a hundred percent of the purse.  I didn't take no

13  percentages of that because we felt so bad for you.

14       MR. GARDNER:  Mr. Heredia, if we can just have

15  your testimony be directed to the arbitrator as opposed

16  to directed at Mr. Diaz that would be the appropriate

17  way to provide testimony.

18       THE WITNESS:  I apologize.  I've never done one

19  of these things, it's my first time so Mr. Foster, I

20  apologize.  So Jojo missed weight on Jesus Rojas and

21  that was a world title fight after the Gary Russell and

22  we gave him the management fees, I didn't keep them.  I

23  gave him a hundred percent of it.  I gave him the

24  $10,000 and I didn't keep anything.  It's on that

25  spreadsheet I sent you guys.

Atkinson-Baker, Inc.
www.depo.com

1        That is good faith.  That's shows that we

2   were -- I was coming from a good place; my brother was

3   coming from a good place.  We don't want no harm.  We

4   wanted him to succeed.  I was not gouging him.  I never

5   took anything from him.  Yes, Jojo would take loans and

6   yes, Jojo would pay them back.  I'm not saying he never

7   paid them back.  He would pay them back on every fight.

8        So Jojo was well.  He did good.  We did well for

9   him.  We had a great run, we had a great run.  And I

10  still want you to succeed, Jojo, and I wish you all the

11  best in this coming fight and you'll be champion again.

12       MR. FOSTER:  That's good, Mr. Heredia.  We're

13  just parting ways today and we're just trying to figure

14  it out.  Figure out the way but I can assure you

15  without a doubt and I want Mr. Diaz to hear it and you

16  to hear it, whatever, it's going to be officially

17  separated after today.  Mr. Diaz can pursue his own

18  manager, you can have different boxers because I know

19  you work with us.  And he can focus on July 9.

20       Mr. Montalvo, keep going if you've got more

21  questions.

22       MR. MONTALVO:  Not for Mr. Heredia but I could

23  also call Mr. Ralph Heredia or Mr. Bash.

24       MR. FOSTER:  I'd like to hear from Ralph.

25       MR. GARDNER:  Okay.  Let's allow Mr. Greeley

Atkinson-Baker, Inc.
www.depo.com

1  some cross-examination if he so chooses.

2  　　　　MR. GREELEY:  No.  I'll pass.

3  　　　　MR. GARDNER:  All right.

4  　　　　MR. MONTALVO:  Can we take a five-minute break?

5  　　　　MR. GARDNER:  Let's come back in five minutes.

6  　　　　　(Recess taken.)

7  　　　　MR. GARDNER:  Mr. Montalvo, do you have Ralph

8  Heredia there?

9  　　　　MR. MONTALVO:  Yes, sir.

10  　　　　MR. GARDNER:  Mr. Heredia, can you please state

11  and spell your name for the record.

12  　　　　THE WITNESS:  Ralph, R-a-l-p-h, Heredia,

13  H-e-r-e-d-i-a.

14  　　　　　　　　　　RALPH HEREDIA,

15  　　　　　having been first duly sworn, was

16  　　　　　examined and testified as follows:

17

18  　　　　MR. GARDNER:  You can proceed, Mr. Montalvo.

19

20  　　　　　　　　　[DIRECT EXAMINATION

21  BY MR. MONTALVO:

22  　　　Q.  Thank you.  I'm just going to ask you a few

23  questions and I know Mr. Foster wants to ask you a few

24  questions.  How long have you had a relationship with

25  Mr. Diaz?

Atkinson-Baker, Inc.
www.depo.com

1      A.  I met Jojo I would say 2010, 2011 at

2  Tinsters Gym [phonetic] so I would say close to ten

3  years, maybe a little over but I believe he was 16 at

4  the time.

5      Q.  And how did you meet him?  What brought you

6  to the gym?

7      A.  I used to train with Mr. Lira.  He used to

8  personalize train me, I liked to stay in shape and I

9  noticed Jojo, he's a kid that I liked his attitude and

10  he was pretty confident so I noticed him and after I

11  don't know, a few months I was introduced to Jojo by

12  Mr. Ben Lira.

13      Q.  We heard from Mr. Diaz that you went to the

14  Olympics with him?

15      A.  Yes.

16      Q.  Then you came back and what happened then

17  with the relationship?

18      A.  Well, we came back, Jojo of course was an

19  Olympian and so he was being targeted by several

20  managers and one of the managers that was hot on him

21  was Al Haymon so I guess Eddy -- excuse me -- Ernie

22  Gabion at that time was working with Everlast, he works

23  with Golden Boy now.  I guess Al Haymon reached out to

24  Ernie because he was interested in signing Jojo.  And

25  the way I found that out is Jojo's father called me and

Atkinson-Baker, Inc.
www.depo.com

1  told me that, you know, that Ernie had called him and

2  he wanted to set up a meeting with Al Haymon so they

3  could go ahead and sign him because Al Haymon wanted to

4  sign all the Olympians.

5          So I'm not sure if he ever talked to Al

6  Haymon or what -- how far he went but I was aware that

7  Al Haymon was after him because the father told me so.

8  I don't know who else he talked to besides Al Haymon

9  and that's after that I guess we had a pause.  And then

10 I don't know if it was a month after that conversation

11 from the father, Jojo and the father said that they

12 were interested in working with us since we were there

13 and since we had been helping him out.

14          And at that time it was important for Jojo's

15 family to go to London and I guess they had a car wash,

16 a fundraiser car wash so they could raise money so the

17 whole family could go and Jojo and I'm not sure if the

18 father was present at the time.  I believe he was.

19 They came to me and said they fell short on the

20 fundraiser and they didn't have enough for the parents

21 to travel so I immediately talked to my brother and I

22 called Jojo and told him, you know what, Jojo, we know

23 this is a big opportunity for you and we're going to go

24 ahead and pay for your mom and dad to be in London

25 because this is huge.

Atkinson-Baker, Inc.
www.depo.com

1          So after they came back from London -- I'm

2    sorry.  Got ahead of myself.  After that, that's when

3    he was hot and Al was after him and probably other

4    managers, but they wanted to show that they were

5    grateful for what we did and they came and asked if

6    we'd be interested in managing him and I said of

7    course.

8          Q.  We're on limited time and I apologize.  Did

9    you eventually become a licensed manager and then take

10   over as his manager with your brother?

11         A.  Yes.  Me and my brother got the license.  I

12   believe it was the same day, and yes, we both were

13   working with Jojo at the beginning.  Correct.

14         Q.  Just speak real brief to the relationship

15   between you and your brother as far as business.  Do

16   you guys do your own thing?  Do you coordinate?  How

17   does that operate on a regular basis?

18         A.  Well, my brother is the business mind.  He's

19   the one that does all the negotiations in business.  I

20   do report to him but I'm more of the guy that is more

21   involved as far as making sure the fighters have what

22   they need or anything that the fighter needs.  For

23   example, I was doing a lot of -- I hate to say this but

24   it was more like babysitting for Jojo because Jojo's

25   Mercedes had got repossessed because he got a loan on

Atkinson-Baker, Inc.
www.depo.com

1  his title and he had nobody that could take him to the

2  gym or where he needed to be.  So either I Uber him or

3  I'll pick him up but most of my time was occupying to

4  make sure that Jojo was at the gym, whatever he needed.

5  I used to pick him up to take him to the doctor.

6  Whenever he had an injury, anything that needed to be

7  done, Jojo would rely on me to drive him around.  It

8  needed to be done and he was in a bad place because

9  unfortunately after his car got repossessed he was

10  going through some issues and his girl left him and I

11  wanted to help him out because he confided in me why he

12  was in that position --

13       Q.  I'm sorry --

14       MR. GARDNER:  Mr. Montalvo, you've got three

15  minutes left just so you know.

16       MR. GREELEY:  Maybe we can use it just not

17  getting into personal issues for Mr. Diaz.  I don't

18  think it's a productive use of time or goes to the

19  merits.

20       Q.  BY MR. MONTALVO:  After you developed

21  the relationship and you were going through this

22  at some point in time you had a relationship with

23  Mr. Diaz at Golden Boy; isn't that correct?

24       A.  Robert Diaz.

25       Q.  Robert Diaz.  For some period of time was

Atkinson-Baker, Inc.
www.depo.com

1  that a good relationship that you had with Golden Boy?

2      A.  Me and Robert became very good friends over

3  time.  He'd invited me over to his house for

4  barbecues --

5      Q.  I just need to keep you short --

6      A.  Yes, sorry, sorry, yes.

7      Q.  Did that relationship deteriorate at some

8  point?

9      A.  Yes, it did.

10      Q.  And what do you believe is the basis for

11  that deterioration?  Why did you and Robert Diaz start

12  having issues?

13      A.  Because we were always trying to get --

14      Q.  Who's we?

15      A.  Me and my brother were trying to get what's

16  best for Jojo is what we thought that purses --

17      Q.  So you're aggressively negotiating?

18      A.  Negotiating, yes.  But the relationship when

19  it went bad with Robert it was because of another

20  fighter that we had Vargas and he became a world

21  champion and right before that they wanted to pay some

22  purses that we thought they were worth a lot more.

23      Q.  There were disputes that you had with

24  Mr. Diaz.  So as you moved forward you guys decided at

25  some point that Moses was going to take the lead moving

Atkinson-Baker, Inc.
www.depo.com

1 forward; is that accurate?

2          A.  That's correct.

3          Q.  You didn't answer my question from earlier.

4 What's the relationship with you and your brother?  Do

5 you do it collaboratively?  Does he do his own thing?

6 How does that work between the two of you?

7          A.  My brother is the one that sits back in the

8 office and goes over details of contracts or

9 negotiations.

10          Q.  Do you do anything in this management

11 relationship that he's got a license for without his

12 approval or authority or direction?

13          A.  Everything is a hundred percent through my

14 brother's approval.  Now, if Robert Diaz or somebody

15 relays something to me I'll bring it to my brother,

16 whether it was a phone call or whatever it was I'll

17 bring it to my brother but my brother is the one that

18 did from A to Z the negotiations on the contract.  The

19 bouts.  Whether it was with Golden Boy's attorney --

20          MR. MONTALVO:  I'm down to one minute.  I would

21 like to have Steve Bash just talk for maybe a minute

22 and I know there's some additional questions.  May I

23 proceed that way?

24          MR. GARDNER:  Well, yes, of course, and as you

25 know, Mr. Foster can allocate some more time but are

Atkinson-Baker, Inc.
www.depo.com

1  you finished with this witness?

2        MR. MONTALVO:  Yes.  I'd like to allocate my

3  last minute to Mr. Bash.

4        MR. GARDNER:  Sure.  I think it would be

5  appropriate for any cross-examination to take place

6  right now if Mr. Greeley cares to.

7        MR. GREELEY:  I don't have any questions.

8        MR. GARDNER:  Okay.  Thank you.  Sure.  If

9  you've got another witness let's go ahead.

10       Could you please state and spell your name for

11 the record.

12       THE WITNESS:  Steven Bash, S-t-e-v-e-n, B-a-s-h.

13       MR. GARDNER:  And please raise your right hand.

14

15                    STEVEN BASH,

16           having been first duly sworn, was

17           examined and testified as follows:

18

19                 [DIRECT EXAMINATION

20 BY MR. MONTALVO:

21       Q.  Just a few quick questions, Mr. Bash.  One,

22 you're an attorney and also used to be a licensed

23 manager in the State of California?

24       A.  Yes.  And I've worn other hats in boxing as

25 well.

1    Q.  And as it relates to your relationship with
2  the Heredias can you speak to the commission very
3  specifically and we only have a limited amount of time
4  as to the value add and who was really running or in
5  control of what was negotiated in 2017?
6    A.  Well, 2017 was the first time that the
7  Heredias had reached out to me.  I can testify that
8  most of my communication were with both of them,
9  however, most of the e-mails came with Moses.  We had
10  met around 2012 when I had -- I was representing a
11  fighter that was with Golden Boy.  We met at a barbecue
12  at Robert Diaz's house and I believe I saw them in 2011
13  when I represented a fighter that actually fought one
14  of their fighters so I guess we were on opposite sides.
15    But in 2017 was when they first reached out
16  to me to simply help for me to consult and give them
17  some pointers on a new promotional agreement that Moses
18  was essentially negotiating with Golden Boy Promotions.
19  The negotiations were difficult based on the e-mails
20  that Moses sent me and at some point because there was
21  a huge time limit and Golden Boy was threatening to
22  scrap the entire deal and offer Joseph Diaz a $30,000
23  fight as opposed to $150,000 bonus and $150,000 for a
24  small regional title and $200,000 for his next fight, I
25  was actually out of the country.  But I knew George

Atkinson-Baker, Inc.
www.depo.com

1  Guyogos [phonetic] from previous dealings so I had

2  contacted him to try to essentially just put the

3  finishing touches on some of the issues that still

4  remained, including I believe some training fees and

5  some performance bonuses if Jojo had won the world

6  title that were a carryover from the previous contract

7  that Moses had insisted were going to be in this

8  contract and there was a clause that Golden Boy threw

9  in there that they wanted to have authority to choose

10 Joseph's trainer at the time.

11       Q.  And based on everything --

12       MR. GARDNER:  Mr. Foster, just real quick.  I'm

13 sorry to interrupt this.  Would you care to hear from

14 this witness and allocate some more time just to cover

15 that base?

16       MR. FOSTER:  Yes.  And after this, let's do

17 this.  After this I'll make a statement or two and then

18 we'll ask for the parties if they'll just turn in their

19 closing statements next week.

20       MR. GARDNER:  We can do written closings, sure.

21 I just wanted to check with you on the allocation of

22 additional time.  All right.

23       MR. MONTALVO:  Just for clarification purposes

24 how much time are we talking about?

25       MR. FOSTER:  I'm interested to hear from

Atkinson-Baker, Inc.
www.depo.com

1   Mr. Bash.

2        MR. MONTALVO:  I just have a few more questions,

3   sir.

4        Q.  So just in terms of value add to Jojo Diaz's

5   career as far as the Heredias are concerned can you

6   speak to how they created value for Jojo Diaz?

7        A.  Look, I was honest with them.  When I looked

8   at the contract I thought it was a pretty rich

9   contract.  I had seen the Golden Boy contract on

10  several occasions.  From comparison wise I represented

11  a fighter Paulie Malignaggi who was a formal world

12  champion when he signed with Golden Boy and he got the

13  75,000 as opposed to $150,000 bonus.  His first fight

14  was for $25,000 because he was on his way back.  He

15  became a world champion under Golden Boy's banner so --

16        MR. GREELEY:  Mr. Gardner, sorry to interrupt

17  you, Mr. Bash, can I just interject, this kind of

18  sounds like expert opinion testimony and I'm not

19  exactly sure where we're going with it but we didn't

20  call an expert to rebut what value add may mean.

21        MR. GARDNER:  Do you have an objection and the

22  nature of it is?

23        MR. GREELEY:  I believe it's improper opinion

24  testimony from a fact witness.

25        MR. GARDNER:  Okay.  It occurred to me I thought

1  I was hearing him recount experience and testimony

2  based on firsthand knowledge of this negotiation.

3  Mr. Foster, what's your take on that?

4        MR. FOSTER:  I mean Steve Bash -- Mr. Greeley is

5  right.  He is kind of an expert in this field but this

6  seems like firsthand he's talking about things that he

7  knows about, like firsthand knowledge about.  So yeah,

8  I'm absolutely interested to hear what Steve Bash has

9  to say.

10       MR. GREELEY:  I am too.  I thought the question

11  was if he could speak to the value add that the

12  Heredias made and I don't have any problems with

13  hearing about Steve Bash's experiences, I'm just

14  wondering where it's leading.  That was the question,

15  Mr. Gardner, is it leading to some opinion?

16       MR. FOSTER:  You're right.  Look, I already have

17  my -- I think the -- I already said this on the record.

18  I think the Heredias did a good job for Mr. Diaz so if

19  Mr. Bash agrees with him good for him.

20       THE WITNESS:  I'm simply replying to what I told

21  them at the point which was I went point by point of

22  the contract, I was doing it overseas and I said look,

23  he's making $150,000 for an NABF for a regional title

24  fight when usually a fighter makes 15 to $25,000 for

25  that type of fight.  Everybody knows it.  The

Atkinson-Baker, Inc.
www.depo.com

1  California commission knows it.

2       So I went through the contract and I utilized

3  whatever knowledge I had and whatever experience I had

4  with that particular contract as well as other

5  promoters contracts dating from the Don King contract

6  that I first saw in 2005.  I gave them some suggestions

7  and Moses had a lot of issues that he wanted to make

8  sure were taken care of so one of the suggestions was

9  to add a pay per view revenue share.

10      I literally e-mailed Moses and I have that

11 e-mail and I know we've been giving you exhibits or

12 additional exhibits but it was literally an e-mail to

13 Moses where I said here's the language from Paulie's

14 contract.  So as far as the promotional contract that

15 essentially would set the course for the next five

16 years of Joseph Diaz's career aside from some issues

17 that needed to be resolved, it was an incredibly -- a

18 comparatively very rich contract, particularly if he

19 becomes a world champion and keeps his title.

20      Q.  So my next question is, sir, is there is

21 some dispute as to how that impacted his most recent

22 fight, the mandatory fight.

23      A.  Look, everyone has an opinion, so from

24 April 2017 which was basically a month after Joseph

25 Diaz signed his promotional contract with Golden Boy

1  until December 2019, so for two and a half years I had

2  zero contact with either Moses Heredia or Ralph

3  Heredia.  When Joseph Diaz was set to fight Tevin

4  Farmer for the voluntary world title defense, once

5  again, last minute Moses reached out to me and said,

6  you know, here's the proposed bout agreement from

7  Golden Boy.  There's some issues here with respect to

8  rematch clauses and he had a lot of questions with

9  respect to mandatory bouts, the IBF and things like

10  that, and this is not expert testimony in any way, I'm

11  just giving you fact.

12          I've represented multiple IBF world

13  champions.  I've represented even more boxers that

14  fought for an IBF title eliminator and so I told them

15  point blank, I said, hey, you may have an issue here

16  because his mandatory actually exists and it will

17  become due and aside from issues with that particular

18  bout agreement, I said a 12-month rematch clause will

19  not be accepted.

20          And so if he wins the world title --

21  particularly a rematch clause for $500,000 which was

22  under value for a world champion defending his title

23  and so I told him there's other ways to make money

24  potentially but you have to limit certain things and at

25  that point we -- it's an opinion I guess because there

1  could be an argument and I actually had this argument

2  with Mr. Greeley or at least he started the argument,

3  but to defend your title for 500,000 plus a potential

4  bonus for revenue share against a relatively inferior

5  opponent is oftentimes better because you get your

6  mandatory out of the way.  And if he would have had the

7  Farmer rematch of 500,000 he would have been forced to

8  defend his title against his mandatory within 90 days,

9  assuming IBF would even allow it because IBF's rules do

10  not actually allow what they call return matches or

11  rematch clauses.

12          So I'm not saying it's because of me but I

13  can testify that Moses was intimately involved and he

14  certainly went to bat, not so much on every fight even

15  though he was involved but really -- and this is

16  something I think that separates great managers from

17  maybe good managers business wise, he sought -- he had

18  forethought.  What happens when he becomes a world

19  champion and what happens when he actually wins this

20  fight and then might have to be held to a rematch

21  clause or anything else.

22          So from April 2017 to December 9, 2017 no

23  contact whatever, some consultancy.  I did not

24  communicate with Golden Boy directly on that Farmer

25  bout agreement and then when the rematch clause became

Atkinson-Baker, Inc.
www.depo.com

1  an issue Moses called me.  Actually it's one of the few

2  times that he called me himself because I'll be honest

3  with you, when I met them in 2012 at Robert Diaz's

4  house, Ralph and Moses and this is I think a couple

5  months -- it was the summer of 2012.  Paulie Malignaggi

6  had just won the world title and he was there as well

7  and Ralph and Moses were introduced to me as, by Robert

8  Diaz, as Joseph Diaz's managers.

9          So in my mind I actually thought both of

10  them were managers but in my mind, I've dealt with many

11  people in boxing and so for every David McWater there's

12  literally three or four people including Ron Rizzo who

13  used to work at the New York State Athletic Commission,

14  Joe Quiambao who was Lou DiBella's matchmaker and Tim

15  Newenhousen [phonetic] who he's a manager, he manages

16  fighters but he really was at that time under David

17  McWater who manages Teofimo Lopez and just was I think

18  named manager of the year.

19          So it's commonplace that even somebody I'm

20  dealing with that I assume is a manager there's one

21  individual that's on the contract.  So I helped him out

22  with the issue with the rematch clause because there

23  was a threat of lawsuit from Lou DiBella, Farmer's

24  promoter and then that was it.  And then when Joseph

25  Diaz signed with MTK I tried to assist to, you know,

1   make peace or resolve things but it didn't work out.

2          Q.   Did you request a copy of the MTK contract?

3          A.   Yeah.  So the timeline specifically -- and

4   again, I have the e-mails if you'd like to see it was

5   the very first thing I did was I called my friends at

6   Top Rank, Brad Goodman specifically and Bruce Trampler

7   because I knew they knew Bob Yalen who had just been

8   named CEO of MTK Global.  I said, "Hey, I'm trying to

9   help these guys out, there's an issue with Joseph Diaz.

10  Do you guys know Bob Yalen?"

11          They immediately gave me Bob Yalen's cell

12  phone.  I contacted Bob.  Bob told me that he had just

13  gotten back in town, that he wasn't actually involved

14  in the deal.  It was done overseas but he would look

15  into it and get back to me.  He did mention on the

16  phone that "We're not looking to step on any toes.  For

17  the most part every fighter we get involved with we

18  cooperate with the manager ahead of time," which didn't

19  occur in this case and I basically said, "Look, just

20  let me know what your intentions are but I appreciate

21  your forwardness," and that was it.

22          A couple of days later I received an e-mail

23  from James Greeley.  The e-mail specifically said, "Bob

24  Yalen told me to contact you.  I represent Joseph Diaz.

25  Let's set up a call."  And I think his assistant was

Atkinson-Baker, Inc.
www.depo.com

1  copied on that e-mail.  We eventually set up a call.  I

2  remember the call because I was driving to San Diego.

3  We had a cordial conversation and -- but Mr. Greeley

4  did bring up some issues that he had with Moses, Ralph,

5  whatever, similar to what he's been saying now and then

6  things basically took a turn for the worse.

7            At some point I found out through folks I

8  know in boxing that Mr. Greeley is a former colleague

9  of Harrison Whitman who is Top Ranks former attorney

10 who I had a relationship with, who is now MTK Global's

11 attorney.  And honestly as soon as I found that out and

12 a couple of e-mails that Mr. Greeley sent to me I

13 realized that this was going to be one big mess.

14            MR. GARDNER:  Okay.  Let's maybe just provide

15 pertinent testimony on the issue here.  Did you have

16 any further questions, Mr. Montalvo?

17            MR. MONTALVO:  If you could just give me ten

18 seconds here, sir.

19            MR. FOSTER:  Mr. Montalvo, let's get one maybe

20 more question and kind of wrap it up.

21            Q.  BY MR. MONTALVO:  Could you just walk

22 us through Mr. Ervin, that whole -- I think you

23 have some experience with how that works.

24            A.  So I presided over several signings, mainly

25 between managers and boxers.  I wasn't present for this

Case 5:20-cv-02618-JWH-kk   Document 173-1   Filed 10/30/23   Page 181 of 217   Page ID
#:2329
Atkinson-Baker, Inc.
www.depo.com

1  one because I never was involved before March of 2017.

2  But Larry Ervin has been with the commission since I

3  started in boxing.  He's presided over thousands of

4  these signings with Larry particularly as well as

5  others, Armando Gutierrez I presided in a signing with.

6  Several folks who are no longer with the commission.

7          This is an over an hour process.  He goes

8  through every single line of the bout agreement and in

9  an instance where a managerial or promotional agreement

10  is terminated in order to have a cut off line, he

11  specifically says to the fighter, you are a free man

12  right now.  You can walk away and the only way we

13  continue is if you tell me that this is exactly what

14  you want to do right here and now.

15      MR. MONTALVO:  I don't have any further

16  questions, sir.

17      MR. GARDNER:  Okay.  Do you have any questions

18  for the witness, Mr. Foster?

19      MR. FOSTER:  I'm familiar with the way the

20  contract signings work as well.  So I appreciate that.

21  Will, can we make some closing remarks and we'll be

22  done?

23      MR. GARDNER:  Let's have you do that.  I would

24  like to just before I turn it over to you for that

25  purpose, there was an issue of as I understand it we're

Atkinson-Baker, Inc.
www.depo.com

1  admitting Exhibits 38 through 52 from Mr. Diaz's

2  counsel.  We're admitting the four additional exhibits

3  from Mr. Montalvo from today and then there was the

4  issue of those two late afternoon e-mails.  Where are

5  we on that, Mr. Foster?

6       MR. FOSTER:  We'll take them.  We'll take them.

7  It's fine.  You're going to tell everybody to send in

8  their final remarks soon?  Like when?

9       MR. GARDNER:  On that issue the arbitrator has

10  requested written closings so we would request that

11  written closings be provided by next Wednesday.  That

12  will give you a week and we would ask that they be

13  limited to 15 pages.  Feel free to go short of that if

14  you'd like.  So if you could just submit those by the

15  end of the day next Wednesday.

16       MR. FOSTER:  I'll just make some closing remarks

17  and we'll be done.  Mr. Diaz, are you still there?  Is

18  your camera off?

19       THE WITNESS:  I'm here.  Sorry about that.

20       MR. FOSTER:  No problem.  Mr. Heredia, is your

21  client there?  I can see him in the background.  Moses.

22  Okay.

23       I dealt with the attorneys all day and I

24  appreciate that but it's you guys that are the deal and

25  I said this this morning and I'm going to say it again,

Atkinson-Baker, Inc.
www.depo.com

1   Mr. Greeley, you did a good job with this thing.  You

2   really did.  Mr. Montalvo, you did a good job.

3   Mr. Greeley, there's a lot of points that you brought

4   up and I have to give some real thought on.  I hoped

5   you guys could settle it this morning.  I promise you

6   I'm going to do the best I can.  That's what I said

7   this morning.  I can tell you it's going to be true.

8   Maybe one of you is going to be happy with my decision.

9   Hardly anybody ever wins a hundred percent on these

10  deals.  It's rare.  I don't think it has ever happened.

11  So it is what it is but Mr. Diaz, you are free as of

12  today or whenever of this contract.  We've already

13  established that.  That part is done.

14          THE WITNESS:  Thank you.

15          MR. FOSTER:  What comes of that, there's

16  always -- I still think and I know Mr. Greeley doesn't

17  agree with me but I still think from what I heard the

18  contract is a valid contract.  I believe that.  So I

19  have to figure out what that's worth.  And that's the

20  deal that it's worth -- whatever I do though,

21  Mr. Heredia, I want you to understand, me and Will, I

22  am nowhere near making my decision.  I'm just trying to

23  give Mr. Diaz some foresight into what's happening

24  here.  Whatever I do with this contract, I do think

25  it's valid.

Atkinson-Baker, Inc.
www.depo.com

1        And Mr. Greeley, you're an excellent lawyer so

2   you may be able to prove me wrong or whatever but

3   that's in a different place.  But whatever I do with

4   it, Mr. Diaz, I know what you're making on your next

5   fight.  I know because we're the commission and we know

6   those things.  And I am not going to take all his money

7   and just hand it over.  You know what I mean?  That's

8   not the way it works.  He'll have taxes to pay and

9   various folks to pay and whatever.  So whatever I

10  decide to do with this contract I'm going to give

11  Mr. Diaz some ample opportunity -- he's done, he's done

12  but I'm not going to make it so he can't live if that

13  makes sense.  I mean, you understand where I'm coming

14  from.

15        By the way, Mr. Heredia, I just -- me and Will's

16  got to look at it and I got to go through it but

17  $300,000 is a little north of where my mind is at, a

18  lot north.  But I do think the contract is valid.  And

19  I think that fight in Fantasy Springs, I think this

20  next fight coming up and then we can think about things

21  but I don't want you to be shocked when you see the

22  order if it's where my mind is at because I've got to

23  have it so Mr. Diaz, A, has an incentive to fight and

24  B, can pay his bills and can live a good life because

25  I'm interested in that.

Atkinson-Baker, Inc.
www.depo.com

1          And I understand you put in time and the whole

2   thing like that.  But anyway, I just wanted to say

3   thank you for your time, Mr. Montalvo, you did great.

4   Mr. Greeley, I was really impressed with your lawyering

5   so thank you for your time.

6          MR. GREELEY:  Thank you, sir.

7          MR. GARDNER:  I'd like to thank everyone as

8   well.  It's been a long day.  Appreciate everyone's

9   courtesy and cooperation and professionalism.  Good

10  luck to everyone and I look forward to receiving those

11  closing briefs next week.

12             (Ending time 6:10 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

Atkinson-Baker, Inc.
www.depo.com

1                    REPORTER'S CERTIFICATE

2

3          I, JEANINE CURCIONE, C.S.R. NO. 10223, RPR, in

4    and for the State of California, do hereby certify:

5          That said proceedings were taken down by me in

6    shorthand at the time and place therein named, and

7    thereafter reduced to typewriting under my direction,

8    and the same is a true, correct and complete transcript

9    of said proceedings.

10         I further certify that I am not interested in

11   the event of the action.

12         Witness my hand this 17th day of June, 2021.

13

14         _____

15         Certified Shorthand
           Reporter for the
           State of California
16

17

18

19

20

21

22

23

24

25

Atkinson-Baker, Inc.
www.depo.com

Index: $10,000..300,000

**$**

**$10,000** 160:24

**$100,000** 36:19

**$150,000** 79:8, 12 81:2 170:23 172:13 173:23

**$20,000** 102:24

**$200,000** 170:24

**$221,000** 117:25 118:23

**$25,000** 96:24 172:14 173:24

**$3,500** 88:21

**$30,000** 170:22

**$300,000** 157:14 183:17

**$350,000** 151:24

**$3500** 89:1

**$4,000** 154:10, 14

**$467,000** 118:3

**$500,000** 175:21

**$53,500** 100:24

**$62,000** 53:1

**$72,000** 36:6

**$85,000** 111:4

**$90,000** 53:1

**0**

**0** 21:9

**0010** 20:25

**0011** 21:3

**0014** 28:2

**0032** 28:15

**0037** 26:16,17

**0043** 27:10

**0199** 137:12

**0210** 26:3 103:11

**0242** 100:15

**0255** 25:9

**0288** 21:10

**1**

**1** 155:10

**1,000** 44:25

**10** 2:1 4:2,19 21:21,22 25:9,12 42:1 86:22,24 98:22 102:25 108:6 146:7,13

**100** 82:3

**10223** 2:2

**106** 2:21

**10:27** 2:2 4:2,20

**10:45** 9:8

**11** 25:9,12 28:14 106:7 123:5

**11:15** 10:17

**11th** 144:15

**12** 12:22 28:15

**12-month** 175:18

**126** 159:15

**13** 73:11

**14** 88:6 158:14

**14-day** 141:1

**148** 3:11

**15** 88:6 102:24 122:9 124:17 173:24 181:13

**150** 41:24 42:12

**150,000** 96:23

**16** 25:11 89:3 163:3

**162** 3:15,19 47:18 48:18

**17** 6:11 64:8 77:25 89:3 101:21

**1702** 2:10

**172** 37:4

**18** 17:22 18:1 24:12,13 42:2 45:25 62:15 63:5 86:12 89:3 98:4, 14 99:2 124:19, 20 130:17

**18,000** 36:20

**18628** 137:13,23 138:12

**19** 150:11

**1940s** 57:17

**1945** 57:2 134:11

**1949** 57:19

**1974** 56:14

**1992** 58:23 59:6 61:14

**1993** 141:11

**1994** 58:23

**1996** 59:2 61:11, 13

**1997** 59:3

**2**

**2** 21:3 33:11 48:23 63:3 70:10 71:15 98:9,10, 11,12,13 100:7 130:19

**20** 17:23,24,25 24:12 62:15 63:5 68:3 98:5 99:14, 15 101:11 110:19 124:22 125:9 130:17

**200** 118:1

**2000** 59:7

**20006** 2:16

**2001** 54:19

**2002** 59:4,6

**2005** 174:6

**2010** 148:23 163:1

**2011** 148:24 163:1 170:12

**2012** 15:18 60:21,22 65:3,6 66:14 72:20 73:2 90:8,15,16 93:12 108:8,15 109:10 110:8 116:18 119:23 129:21 130:12 131:19 132:1 140:10 151:4 157:22 170:10 177:3,5

**2013** 132:2

**2014** 56:21

**2016** 62:20 73:13

**2017** 14:8 15:20, 21 16:5,10,17 17:5,22 27:21 54:15 55:4 60:23,24 61:16 62:5 65:4 68:21, 25 72:25 73:6,8, 10,19,23,25 74:6,11 75:10,13 76:21 77:23 78:11 79:3,4,23 80:5 81:3 82:4 93:13 98:6 99:9 108:9,11,12 109:11 110:9 118:1,5,19,21 119:15,25 121:1 130:15 131:5,18 132:4 134:4 149:10 151:4,23 153:3 170:5,6,15 174:24 176:22 180:1

**2018** 75:13

**2019** 16:23 142:17 175:1

**20006** 2:16

**202 888-8199** 2:17

**2020** 17:7 51:17 101:4,6

**2021** 2:1 4:2,19

**2022** 37:25 60:25

**20s** 60:15

**21** 21:13

**213 269-6292** 2:11

**22** 25:20 60:25 148:17

**225** 42:25 44:16

**23** 15:21 60:24 62:5 76:21 79:4

**24** 25:20 137:15 144:1

**24-year-old** 85:14

**25** 137:11

**250** 43:1,13 47:14

**255** 25:5

**28** 26:3,8 103:11

**2855** 14:21 58:8 59:11 61:20 67:6

**2:30** 48:10,12

**3**

**3** 19:4 28:1 60:22 70:9 71:4,11 112:15 119:25 124:2,4,13 134:4

**30** 103:17 106:20 126:10

**30,000** 6:9

**300** 156:10

**300,000** 156:12

157:13

**300K** 101:8,21

**3014442** 100:19, 22

**31** 100:19

**350** 45:24

**3500** 89:17 130:9

**360** 123:2

**38** 181:1

---

**4**

**4** 26:16,17,21,25 60:22

**40** 66:1 126:23 135:18

**42,000** 66:1

**424 272-9855** 2:22

**45** 43:5

**4:00** 100:4

**4:30** 143:20

---

**5**

**5** 27:9

**5,000** 125:1

**50,000** 126:6

**50/50** 49:20,21 50:4

**500,000** 176:3,7

**52** 181:1

**5350** 102:10

**53500** 101:17

**5:00** 144:2

---

**6**

**6** 76:18 140:7

---

**60,000** 126:6

**60K** 101:12

**62** 45:25

**63** 46:1

**6500** 101:15,21 102:1

**6:10** 184:12

**6K** 101:14

---

**7**

**7** 11:8

**70-year-old** 57:22

**72** 36:7 37:3,10, 11,24 45:17 158:21

**75,000** 172:13

**7th** 2:20

---

**8**

**80** 41:18

**87** 3:5

---

**9**

**9** 5:22 22:3 25:10 41:3 42:23 47:25 125:3 159:4 161:19 176:22

**90** 36:7 128:4 176:8

**90013** 2:10

**90401** 2:21

**94** 67:18

**95** 3:7

**96** 67:18

**9th** 2:16

---

**A**

**A.M.** 2:2 4:2,20

**ability** 24:23 34:1 42:9

**absent** 149:15

**absolutely** 33:15 68:23 69:6 74:16 107:10 108:7 114:10 119:21 128:13 145:6 147:25 173:8

**abuse** 18:22 56:13 59:20

**abused** 17:17 71:9

**abuses** 57:3

**abusive** 57:21 60:6

**accept** 37:2 46:22 105:8

**acceptable** 54:3

**accepted** 69:16 175:19

**accompany** 79:14

**accord** 11:23

**accordance** 25:25 27:25

**account** 105:21 145:11

**accountability** 71:19

**accountable** 116:1

**accountant** 53:11

**accounted** 145:14

**accounting** 93:11 106:10,12 116:19,20,22

---

117:1,5 119:21 124:25 157:4

**accountings** 126:9

**accuracy** 138:6

**accurate** 5:9 35:6 168:1

**accusing** 123:3 137:15

**achieving** 79:1

**acknowledge** 10:24

**acknowledged** 51:15 145:5,6

**acknowledging** 142:18

**act** 55:7 82:20 108:23 122:25 130:21

**acted** 73:9 115:22 128:8 145:25

**acting** 53:6 111:18

**action** 51:13,20 53:10 135:8 156:20

**activities** 35:6 70:5 76:14 78:9 80:1 81:7 107:25 108:4 113:8,13 116:2 119:14 128:9,15 131:23 134:7 137:17,22 138:15,17,18 146:5,6 148:4

**activity** 147:5

**actual** 41:20

**add** 46:13,14 170:4 172:4,20 173:11 174:9

**added** 125:5 144:9

**addiction** 130:25

---

**adding** 143:5 144:5,8

**addition** 25:20

**additional** 97:14,18 98:9,11 108:20 121:14 138:25 140:3 142:22 143:25 144:5 146:14 168:22 171:22 174:12 181:2

**address** 22:18 27:2 28:1 37:1 107:4 110:23 143:6

**addressed** 110:12

**addresses** 27:23

**adequately** 147:3

**administered** 22:18

**admission** 78:16 124:21 143:7 157:7

**admissions** 125:20

**admit** 128:2

**admits** 73:7,9, 20

**admitted** 16:4,9 17:24 72:25 77:6,7 78:20 81:8 117:9 125:14

**admittedly** 113:2

**admitting** 181:1,2

**advance** 9:4 26:12 49:6 130:18 137:6

**advancement** 98:8 126:24

Atkinson-Baker, Inc.
www.depo.com

Index: advances..Armando.zambrano@doj

**advances**
107:12,13,14,18
118:25 126:7,18
127:1 128:1
130:12

**advantage** 57:5
122:23

**adversity** 49:25

**advice** 39:21
149:3

**advise** 122:22

**advisor** 134:23
145:25 146:3

**advisors** 29:2
60:1 122:20

**advisory** 146:19

**advocated** 33:5

**affected** 57:13

**affiliated** 133:3
134:8

**affirmative**
113:23

**afford** 131:6

**afternoon** 10:23
95:6 181:4

**agency** 36:4
65:24 157:9

**agent** 122:3
123:15

**agents** 83:16

**aggressive**
13:14

**aggressively**
42:7 167:17

**agree** 19:2,7
37:21 40:10
66:11 94:7
101:12 106:1
109:4 112:18
138:5 144:14
147:13 182:17

**agreeable**
150:19

**agreed** 23:24
33:17 59:10
98:9,10,11,13
99:2,18

**agreement** 8:20
11:10 12:19
16:10 17:5 18:10
20:5 22:10,13
23:2 24:18,25
25:18 29:3
33:17,18,20
38:9,18 42:6
58:17 59:13,23
62:5,16 63:2
64:22 65:3,4,6
66:9,10 68:18
73:17,22 74:6
78:10,11,15 79:4
80:7 81:3,6 82:8
88:22 90:9,15,16
93:19 97:17
98:6,7 99:8,9
108:12 109:1
119:15,25 125:4
129:21 130:13
131:6,18,19
132:4 134:4
135:7,9,11
136:19 139:2,3
142:14 146:9
147:19,22
149:10 151:4
152:24 170:17
175:6,18 176:25
180:8,9

**agreements**
16:8 61:23 97:20

**agrees** 14:16
26:18 28:23 29:1
173:19

**ahead** 48:15
87:10 95:2
100:12 136:12
152:21 164:3,24
165:2 169:9
178:18

**allegation** 29:25
123:15

**allegations**
19:11,14,16
27:24 95:8

**alleged** 79:22
130:22

**alleging** 120:25
122:1

**allocate** 168:25
169:2 171:14

**allocation**
171:21

**allotment** 29:21

**allotted** 43:6

**allowed** 17:22
18:1 50:21 94:21
115:10

**altruistic** 130:21

**Alvarado** 75:18
103:23 104:2,4

**amateur** 89:1
111:7

**amateurs** 88:19

**amenable** 10:7

**amend** 123:13

**amended** 59:4
123:14 125:10

**amendment**
58:22 59:2
61:11,13

**amendments**
61:23

**amount** 101:8
133:2 153:8
170:3

**ample** 183:11

**Andre** 22:23
35:25 67:3

**Andrew** 4:7

**ANDY** 2:5

**Angeles** 2:10
4:1

**announcement**
124:5 134:18,21

**Antonio** 101:24

**anymore** 31:9
32:7 40:8 45:7,9
70:18,25 78:4
106:15 141:4
155:23

**apologies** 51:25

**apologize** 55:25
160:18,20 165:8

**apparatus**
139:18

**apparently**
71:18 116:6

**appeals** 109:22

**APPEARANCES** 2:4

**appeared** 15:9
116:5,6

**appears** 8:16
28:9 63:9

**applicability**
69:14

**applied** 58:5
108:24

**applies** 15:1
113:10

**apply** 61:10

**approach** 96:8

**approached**
65:13 73:16
114:13

**appropriately**
54:22

**approval** 27:19
168:12,14

**approve** 109:5

**approved** 12:11
16:23 99:9
118:16 119:12
124:20 125:6
131:20 140:11

**approves** 12:15

**approving**
99:14

**approximately**
4:20

**April** 174:24
176:22

**arbitrate** 51:18

**arbitration** 4:5,
14,18,21 5:6,11
8:13,24 22:23
25:17 31:4 32:9,
12 51:3 67:7,10
82:16 92:10
113:20 116:5
123:25 124:7
135:8 141:1,6
146:22

**arbitrations**
30:12 52:15

**arbitrator** 2:5
20:14 153:11
160:15 181:9

**arbitrator's**
34:15

**area** 18:12

**arguably** 130:16

**argue** 67:6

**arguing** 61:11
141:10

**argument** 16:14
19:21 22:23 23:7
30:7 61:18 67:14
68:11 69:4 70:19
76:23 77:3,14,18
82:19 109:9
110:25 111:1
176:1,2

**arguments**
19:18 50:16 71:2
81:20 135:10
138:4 144:3

**arise** 4:15

**Armando** 2:8
4:12 180:5

**Armando.
zambrano@doj.
ca.gov** 2:12

Atkinson-Baker, Inc.
www.depo.com

**arose** 107:5

**arrange** 16:25

**arranged** 16:22 119:12 128:10

**arrangement** 16:3 71:13

**arrangements** 58:2 113:9

**arranging** 76:16 108:5 146:7

**arrival** 27:13

**arrive** 14:13

**Arum** 62:24

**aspect** 119:10

**aspects** 33:20

**ass** 96:14

**assertions** 12:5

**assessed** 53:18

**assigning** 129:8

**assist** 177:25

**assistant** 178:25

**assisting** 4:12

**Associates** 56:16

**assume** 9:24 41:1,2 177:20

**assumed** 89:19 90:4

**assuming** 176:9

**assumption** 72:14

**assure** 161:14

**athlete** 152:10, 11

**athletes** 112:24

**Athletic** 4:8 177:13

**attached** 79:13

**attack** 32:17 122:20 124:8

**attacks** 32:18

**attempt** 5:19

**attempted** 114:11 124:22

**attempting** 107:7

**attend** 149:5

**attended** 149:6

**attention** 144:1

**attest** 154:6

**attitude** 163:9

**attorney** 2:7,8,9 4:6,12 17:3 39:12,13,20 57:2 83:18 110:3 127:13 134:11 137:21 138:14, 19,21 155:6 156:1 168:19 169:22 179:9,11

**attorney-client** 39:19

**attorneys** 83:23 100:8 112:13 122:13 123:6 127:2 140:8,10, 11 181:23

**August** 51:16 132:1

**authenticate** 132:2

**authority** 24:1 69:24 168:12 171:9

**avail** 111:13

**availability** 115:15

**avoid** 130:6,7 133:5

**award** 51:12 52:2

**aware** 12:14 24:3 43:4 69:11 72:4,5 76:10 96:4 120:18 137:16 140:25 143:12 164:6

**awkward** 132:6

---

**B**

**B-A-S-H** 169:12

**B4** 126:7

**B5** 126:7

**babysitting** 165:24

**back** 6:24 8:22 9:5,8,10 10:11, 16 32:14 40:12, 13 42:24 46:4 48:10,14 56:7 69:22 77:22 78:1 80:4,18 89:19 90:2,3,5 94:15 96:10 97:3,12 100:4 107:3,12 108:14 110:16 116:14,17,18 117:17 118:20 119:22 123:12 126:22 127:3,6 129:3 130:17 135:2,18,21,25 139:6,22 140:5 143:15 146:15 148:2 149:14 150:7 151:9,18, 20 153:4,18 155:7 156:17 158:4 159:16,17 160:7 161:6,7 162:5 163:16,18 165:1 168:7 172:14 178:13, 15

**background** 122:6 132:6 181:21

**bad** 26:10 155:9 160:13 166:8 167:19

**balance** 50:11, 18

**ball** 46:9 53:3

**balls** 63:1

**bamboozle** 39:6

**bang** 55:14

**bank** 153:22

**banking** 41:2

**banner** 172:15

**barbecue** 170:11

**barbecues** 167:4

**bare** 95:15,17

**barely** 89:3

**base** 171:15

**based** 7:7 14:15 18:5,8 19:21 20:4,9 35:16 37:17 39:16 47:18 80:7 119:6 124:5 125:25 146:16,17 170:19 171:11 173:2

**bases** 18:8

**Bash** 3:17 30:20 44:3,14,18,21 134:20 135:1 136:17 138:21 146:15 147:19, 20 161:23 168:21 169:3,12, 15,21 172:1,17 173:4,8,19

**Bash's** 147:7 173:13

**basic** 38:21

**basically** 25:18 49:20,21 84:15 174:24 178:19 179:6

**basing** 105:9

**basis** 15:25 17:15 70:9,10 125:12 147:7 165:17 167:10

**bat** 176:14

**Bates** 20:25 21:9 25:5 26:3, 16 28:2,14 100:15 103:11 137:11

**battle** 125:13

**bear** 111:20

**beat** 41:2 49:1

**began** 73:12

**begin** 110:17

**beginning** 144:24 165:13

**behalf** 17:8 27:12 51:8 85:23 121:12 129:2,13 139:9

**behavior** 134:14

**beholden** 65:16 69:1 131:4

**belabor** 30:14 119:5 132:7

**belaboring** 124:15

**believed** 33:3 85:20 131:12

**belittle** 94:4,5 98:25

**belt** 33:5 159:13

**Ben** 88:9 101:23, 25 163:12

**beneficial** 99:19

**beneficiary** 84:19 120:25

**benefit** 17:18 44:23

**benefited** 13:20

**benefiting** 38:12 42:4 43:17

benefits 142:13

bet 41:10 47:5,6

betting 49:18,19

bidder 65:2

big 30:6 36:14
71:21 122:16
151:1 153:8
164:23 179:13

bigger 134:23
147:6

bill 36:5 122:11
126:24 127:19

bills 47:13 65:21
183:24

binding 24:20
78:16

Bison 92:19

bit 53:23 57:1
59:18 65:14
68:20 72:2 109:3
122:4,6 130:14
136:14 144:5,15

black 14:20
68:1,6

blank 175:15

bless 127:2

blue 91:3 132:18

Bob 62:24 178:7,
10,11,12,23

boils 6:18

bonus 24:5
79:9,12 81:2
90:18 97:24,25
170:23 172:13
176:4

bonuses 151:25
171:5

book 132:20

books 74:21

bottom 12:12
22:2,5 157:10

bounced
159:16,17

bout 27:7 41:25
42:1,12 52:5
97:19 139:2
175:6,18 176:25
180:8

boutique
122:12,15

bouts 27:2
92:11 95:21
168:19 175:9

box 143:1

boxer 5:1 12:22
14:8 15:10
18:18,21 19:2,5
28:23 35:3
59:11,21 63:19
66:8 68:15,19
74:2 84:17 85:14
86:23 104:14
125:5,16,19
126:10 128:4
151:17

boxer's 28:16
108:4 123:2

boxers 56:13
57:4,7,21 58:3
120:15 128:2
130:5 152:25
161:18 175:13
179:25

boxes 91:22

boxing 14:24
15:1 16:2 17:1
25:21 35:17,18
36:4 37:19 41:18
42:21 54:9 56:12
57:3 58:6 68:19
70:5 76:14 78:9
86:2,9,15,23
87:24 88:3,8
90:8 91:16 93:5,
6,9 108:24
110:22 118:1,4
119:14,18 120:5,
20,24 121:2,22
124:1 128:9,14
129:11,12
139:12,13 146:5
150:8 156:22
157:19 169:24

177:11 179:8
180:3

Boy 17:5,7 28:12
29:7,15 32:22
33:6 35:10 42:5
74:3 75:17,23
77:23 78:1,5,15,
24 79:6,7 80:10,
13 81:6 82:8
83:6,7,11 90:12,
18,19 91:25 92:4
94:14 95:11,20
96:5 103:23
104:4 108:9
119:15 120:7
121:24 123:18
128:23,25 129:2,
3,7 135:3
137:10,14 139:1
152:18,19 153:4
163:23 166:23
167:1 170:11,18,
21 171:8 172:9,
12 174:25 175:7
176:24

Boy's 83:8
168:19 172:15

Boys 28:7

Brad 178:6

brains 151:17

breach 18:2
126:1 127:10,14,
16

breached 85:1
125:11

breaches 18:3
124:14 126:5
131:18

break 48:8 100:3
109:16 162:4

breakdown
38:23 39:2,9,15

breath 31:10

breeched 17:18

briefed 69:23

briefly 131:18
132:8 133:23

briefs 5:17 8:8
144:4 184:11

bring 44:14
51:9,19 121:9
148:2 168:15,17
179:4

bringing 17:11

brings 132:11

bro 155:20

broke 55:17

broken 13:18
32:2

brother 81:21
82:2 83:21
114:1,6,7
128:18,20 139:9
149:2,13,23
150:12 152:4
153:16,19,22,24,
25 154:2,6,17,21
155:21 160:11
161:2 164:21
165:10,11,15,18
167:15 168:4,7,
15,17

brother's
168:14

brothers 82:12,
18

brought 22:23
30:7 51:13 65:5
140:22 159:3
163:5 182:3

Brown 96:17

Bruce 178:6

bubble 36:10,18

bulk 53:22 112:1

bunch 120:4
127:2 128:24

burden 20:14

burn 26:13

business 13:12
19:8 35:9 60:1
75:15 86:18
105:22 120:20

129:10 134:23
147:23 153:21
155:23 165:15,
18,19 176:17

busting 151:21

button 50:6

buttons 152:11

buying 88:11

C

C.S.R. 2:2

C6 84:16 125:15

cable 126:23
127:19

calculation
158:20

calendar 65:9

California 2:7,
10,21 4:1,8 5:1,2
14:11,18,21,24
15:1,11 16:1,7,
18 17:16 18:12,
19,22 54:9,12,19
56:11,15 57:2,3,
15,16,22,23,25
58:1,2,4,7,8,12
61:7 63:22 68:5,
12 72:9 86:5,17
91:7 109:25
127:10 128:1
169:23 174:1

call 20:15 29:13
30:20,21 31:23,
24 70:23 77:8
78:4 128:24
136:4,6,17 140:3
161:23 168:16
172:20 176:10
178:25 179:1,2

called 57:19
123:5 132:20
135:25 152:17
163:25 164:1,22
177:1,2 178:5

calling 63:1

**calls** 79:11 83:19 152:2

**camera** 11:1 143:12 181:18

**camp** 37:3 91:20 92:11 103:4

**camps** 33:12

**capable** 133:20

**capacity** 4:7 146:19

**capitalize** 104:9

**car** 40:18 92:23 121:13 133:11 160:1,5,6 164:15,16 166:9

**care** 39:7 96:24, 25 97:9,10,11 102:3,4,6 103:2 106:21 150:3 153:14 171:13 174:8

**career** 5:21,24 6:16 27:6 35:18 37:19 59:21 60:5,8,16 64:19 65:17 68:21 88:12 91:17 104:13 111:6 146:19 149:6 152:7 154:6 159:22 172:5 174:16

**careers** 57:10 152:24

**cares** 169:6

**Carla** 128:25 129:8,15

**Carmina** 149:21

**carryover** 171:6

**cartel** 122:3 123:16

**case** 4:17 7:9 9:15 11:6,7,18 12:4 20:11 21:7 33:2 53:13 54:19 56:15,17 58:14,

16 59:24 61:4,7, 8 62:23 67:3 69:6,11,13,16 108:7 109:7,17 114:4,24 111:1, 16 112:4,20 113:5 114:4,21 121:22 133:7 147:17 178:19

**cases** 18:23 69:23

**cash** 26:13 27:1, 6 97:15

**casual** 88:13

**cc'd** 96:2

**CCS** 99:17,20

**cell** 36:5 65:21 178:11

**cements** 107:10 126:4

**Central** 54:18

**CEO** 87:1,3 120:10 178:8

**certification** 27:18

**certify** 125:16

**cetera** 132:6

**CFO** 86:6,16 87:3 139:7 145:12

**champion** 150:1 161:11 167:21 172:12, 15 174:19 175:22 176:19

**champions** 175:13

**championship** 13:8 15:16 128:22

**chance** 22:25 60:5 62:23 144:10

**change** 15:14 107:23

**charge** 37:7 94:12,13

**charity** 83:7,10

**chase** 43:24 105:21

**check** 10:16 53:20 100:19,20 113:5 118:6,7 156:15 171:21

**checking** 121:8

**checks** 75:1 86:3 99:10 117:23,24 118:12,22 119:19 120:5,8 139:12

**child** 154:22

**children** 154:22

**choice** 14:1 34:22 88:23

**choke** 122:4

**choose** 8:12 171:9

**chooses** 162:1

**chose** 12:1

**Christmas** 62:19 73:13

**Christopher** 122:10

**circumstances** 13:13 84:10

**citable** 109:19, 20

**citation** 110:1

**Cite** 138:9

**citeable** 110:2

**cited** 56:20 57:16,18 138:8

**citing** 138:11 145:25

**civil** 16:18 72:7

**claim** 77:22

123:10

**claimant** 18:5 20:9 55:22

**claimant's** 76:18

**claiming** 121:25

**claims** 146:15

**clarification** 171:23

**clarify** 115:4

**clarifying** 89:25

**class** 36:16

**clause** 12:21 42:7 171:8 175:18,21 176:21,25 177:22

**clauses** 175:8 176:11

**clear** 18:1 32:25 36:3 57:15 80:2 119:6 121:15 142:12

**client** 7:25 46:5 58:15 181:21

**clients** 122:17

**Clinton** 122:11

**close** 13:21 46:17,18 61:2 163:2

**closely** 58:2

**closing** 77:14, 17 115:9 134:17 171:19 180:21 181:16 184:11

**closings** 171:20 181:10,11

**code** 14:21 15:1, 11 58:8 69:14 86:18

**codirectors** 87:4

**coexist** 135:1,6

**coexisted** 154:25

**cofounded** 122:7

**Cognac** 34:4

**coin** 74:19

**collaboratively** 168:5

**colleague** 179:8

**collect** 36:5

**collecting** 71:20

**collection** 36:4 65:23 157:9

**comanager** 131:22

**comanagers** 108:8,9

**combined** 22:11 60:18

**commencement** 58:11

**comment** 70:7

**commented** 160:5

**comments** 11:2 70:2

**commercial** 68:4 107:17

**commission** 4:9,18,24 5:13 6:14 11:15,16,24 12:11,14 13:21 15:7,9 18:6,20 27:12,21,25 29:6 36:4 46:6 51:6,7, 11,12,19,23 54:14 55:19 56:14,19 57:18 63:24 65:7 66:4 70:5 71:20 72:6 74:14 79:5,24 81:4 82:22 84:3, 8,10,12 85:5,18 108:8,21,22 111:3,10,19,23

112:25 113:5
116:6 117:21
118:9,17 121:8
124:20 125:6,17
126:25 127:7,15
129:1,2 131:1,21
137:5 139:15
140:17,25 170:2
174:1 177:13
180:2,6 183:5

**commission's**
22:17 111:13
113:4

**commission-approved** 16:8
115:24

**common** 18:25
19:7 68:19

**commonplace**
177:19

**communicate**
176:24

**communication**
170:8

**communications** 13:9

**community**
140:22

**company** 81:11,
12 83:14 85:25
86:2 120:10,13,
20 123:24
129:11 139:14

**comparatively**
174:18

**compare** 74:7
78:21

**comparing**
142:10

**comparison**
172:10

**compel** 25:17

**compelled** 22:8
59:11

**competing**
90:13

**competitive**
11:11 22:14
59:14 64:25

**competitors**
152:3

**COMPLAINANT**
2:6,19

**complaint**
123:13,14,17

**complete**
144:25

**completely**
44:21

**completeness**
12:9

**compliance**
137:8 139:11

**complied**
136:21

**comply** 147:21

**computer** 21:15

**conceal** 79:24
114:12

**concealed** 70:4

**conceding**
45:22

**concept** 114:9

**concern** 31:6
75:12 77:10

**concerned**
172:5

**concerns** 10:9

**concluded** 25:9

**concludes**
25:14,15

**conclusions**
114:25

**concrete** 47:23
53:18

**conditions**
26:18,25

**conduct** 18:15

**conducting**
4:13

**Conejo** 27:11

**confer** 10:4 48:5

**confided** 166:11

**confident** 105:7
163:10

**confidential**
9:25 10:12
147:24

**confidentiality**
10:10

**confronted**
117:10

**confused** 79:17
80:14 107:6

**connection**
67:14 92:9 134:9
154:18

**consideration**
67:25

**considered**
61:19 67:13
78:13

**consistent**
26:25 27:5 76:7

**conspiracy**
122:2

**consult** 50:11
170:16

**consultancy**
176:23

**consultants**
29:2

**consummated**
114:14

**contact** 175:2
176:23 178:24

**contacted**
135:1 171:2
178:12

**contemplated**
66:24 117:7

**contemporaneously** 64:24

**contending**
67:24

**contention**
17:12 19:5 64:7
66:5,6 108:15
129:18

**contentious**
79:5

**context** 73:24

**continually**
26:11

**continue** 13:18
31:18 32:1 33:3
34:8 136:18
149:4 180:13

**continued**
78:24

**continues** 33:2
49:22

**continuing** 20:3
27:3,8 73:12

**continuous**
15:23 64:12 66:5
110:15

**contract** 6:10
11:4,11,23 12:2,
4,13,22 13:4,5,
14,19,20,22,24
14:9,12,15,22
15:18,19,20
16:6,18 17:15,
18,22 18:1,3,5,
16 19:16,17,19
20:24 21:5 22:9,
14 23:14,19
24:5,8,9,10
25:16,19,22,24
26:16 28:7,11
30:1 31:10,15,
17,24,25 32:8
33:23 34:9,12
35:21 37:13,25
38:20 40:23
41:20 42:5 43:18
44:5 47:16 51:6,
18 53:15 54:9,
15,21 55:1,3,4,6,
9,12,24 56:22
58:9,20,21,23,
24,25 59:3,4,5,9,
14 60:2,9,21,23,
24,25 61:4,6,14,
15,16,21 63:6,
11,21 64:23 65:9
67:8,9 68:25
69:9 70:4,13
71:9 73:5,6,8,10,
15,16,19 74:19
75:10 76:11,21
78:6,17 79:23
80:2 81:1 82:1,4
84:2,8,12,14,16,
17,20,22,23,24,
25 85:1,11,16
86:12 93:13
97:21,23 108:3,
11,15,16 109:5,
8,11 111:17
112:10,21 113:1,
12 114:19,20
115:21 116:12,
13 118:19,21
121:1,15 124:5,
14,19 125:3,6,
11,16,24,25
126:2,6 127:10
128:15 130:12,
15 132:3 135:15
136:20 137:4,15
140:10 141:5,9
145:9,13 147:1
151:2,14 153:2
156:17 157:11
168:18 171:6,8
172:8,9 173:22
174:2,4,5,14,18,
25 177:21 178:2
180:20 182:12,
18,24 183:10,18

**contracted** 38:3
139:14

**contractor**
81:17

**contracts**
12:11,15,17
14:23,25 15:2,4,
11,23 16:1 27:20
37:13 39:5 52:14
56:12 57:21 58:6
59:20 60:21

Case 5:20-cv-02618-JWH-kk Document 173-1 Filed 10/30/23 Page 194 of 217 Page ID #:2342
Atkinson-Baker, Inc.
www.depo.com
Index: contractual..dealings

63:23 66:4 68:4 93:12 95:12 121:16 168:8 174:5

**contractual** 66:15 146:21

**contradiction** 31:12

**contradictory** 41:7

**contrary** 72:15 135:10

**contribute** 145:2

**contributed** 33:16

**control** 19:11 34:3 35:17 98:19 108:4 131:11 138:24 170:5

**controlled** 119:14

**controlling** 22:19 69:11 76:14 110:3 139:4,5

**convening** 4:20

**conversation** 7:14,19 9:3 23:21 49:17 51:22 134:19 136:17 146:18 149:15 164:10 179:3

**conversations** 7:10 8:3 96:11 103:5 149:11,12

**convicted** 133:23

**convince** 35:22 154:2

**convinced** 31:14,17,18,24

**cooperate** 35:11 178:18

**cooperation** 184:9

**coordinate** 165:16

**copied** 179:1

**copy** 178:2

**cordial** 179:3

**corner** 101:14, 21,22

**corners** 102:21

**corporate** 120:22

**corporation** 86:20 139:6

**correct** 7:16 24:14 52:20 62:12 89:7 95:12 99:11 100:8 101:22 102:7,8, 12 103:7 104:19, 20 105:11 106:18,19 109:6 119:25 143:3 160:10 165:13 166:23 168:2

**costs** 124:23

**counsel** 2:4 4:7 5:3 11:5,7 12:17 21:8 25:6 27:13 51:24 60:2 71:12 76:25 77:6 117:3 119:6 136:24 138:4 144:10 148:6 181:2

**counter-claim** 51:9 121:9

**counter-party** 117:22

**country** 122:1 149:9 170:25

**couple** 36:15 42:4 72:3 87:7 107:5 149:18 177:4 178:22 179:12

**court** 5:5 25:9,

13,14,18 51:14, 20 53:10 54:18 55:5 56:18 57:18,24 58:13, 19 59:9,10 61:5, 18,19 65:25 67:23 68:12 69:13 102:11 108:1 109:17,21, 23 112:2 120:25 121:6,11 123:8, 12 126:22 156:20,22

**courtesy** 184:9

**courts** 14:24 57:16 58:4,12 69:7 72:5 109:25

**cover** 41:25 42:2 171:14

**covers** 38:11,18

**Covid** 13:25 34:13 36:10,18 154:15

**Craft** 57:17

**created** 39:10 172:6

**credentials** 150:14

**credibility** 133:20

**crimes** 133:24

**criminal** 16:19 19:12 72:8 132:6 141:11,19

**cross** 3:6 94:21 107:2 136:7

**cross-examination** 94:24 95:4 107:5 117:11 158:5 162:1 169:5

**crunch** 97:6

**crushed** 154:16, 17,24 156:9

**crux** 11:2

**CSAC** 8:18

**Curcione** 2:2

**curious** 84:1

**current** 32:24 42:1,13 92:10

**cut** 36:11,13 43:23 67:1 180:10

**cutting** 36:14

---

**D**

**D-A-R-Y-L** 102:13

**D-I-A-Z** 87:14

**dad** 151:10,11, 14 164:24

**damages** 51:4, 13,14,20,24 52:2 53:7,9,12,13,18 73:2 121:10,12 156:17

**Dan** 122:11

**Dana** 81:13

**dangerous** 117:19

**Daniel** 141:15

**Darryl** 132:20,21

**Daryl** 101:24 102:1,13,24

**date** 4:19 27:22 29:3

**dates** 60:20

**dating** 174:5

**David** 149:17 177:11,16

**day** 15:20 21:5 23:20 27:21 28:13 33:11 41:19 62:4 64:3 65:8,9 66:9,13, 14,17 76:9 90:23 91:1 149:21 150:4,15,25

151:6 152:7,14 154:4,18 155:8, 13 156:6,8 157:21,23,24 160:8 165:12 181:15,23 184:8

**daylight** 18:12 69:5 114:2

**days** 78:12 99:3 126:10 128:4 141:12 144:9 150:12 176:8 178:22

**Dba** 120:22

**DC** 2:16

**De** 54:20,21 55:5 56:18 57:24 58:13,17,24 59:1,5,7 61:3,5, 7,8 62:22 67:15, 17 68:8 69:19,21 108:1,2 109:16 151:13 160:4

**dead** 133:10

**deadline** 144:9

**deal** 38:7,8 64:6 65:8,21 66:2,4 68:15 70:24 76:2,7 83:20 89:14,17 90:17 98:15,20,22 99:4 111:8 112:2,8,9 114:10 124:24 127:18 131:15 133:10 156:21 170:22 178:14 181:24 182:20

**dealer** 34:5 142:9

**dealership** 34:6

**dealing** 5:21 29:18 31:4 97:4 112:9 126:20 156:22 177:20

**dealings** 60:1 107:8 117:12 171:1

Index: deals..disclosure

**deals** 67:20 91:24 94:14 129:12 151:1,7, 23 182:10

**dealt** 177:10 181:23

**debate** 141:12

**debt** 36:4 65:18, 23 131:7

**debts** 106:21

**December** 62:20 175:1 176:22

**decide** 4:16 6:2, 20,23 50:12 144:14 183:10

**decided** 14:12 74:4 124:5,7 125:8 134:15 135:13 167:24

**decision** 4:17 8:14 39:16 52:16 56:21 67:2,5,11 69:17,19 80:14 117:15 143:4 182:8,22

**decisions** 52:20 129:1,3

**declaration** 16:4,9,24 17:9 19:10 34:25 39:4,11,18 40:3 55:18 62:18 72:16 73:12,14 74:10 78:22 79:14 80:9 92:9 95:8 119:9 132:11 133:4,22 140:2,6,7 160:9

**declarations** 15:5

**declaratory** 51:5

**Decubas** 149:17

**deep** 117:12

**defend** 176:3,8

**defending** 175:22

**defense** 175:4

**definite** 48:21

**definition** 86:19 119:11 128:13 138:12

**definitional** 137:13

**degenerate** 19:12

**delivers** 122:15

**demand** 51:3 123:6,9 126:10 147:6

**demanded** 75:21 117:3

**demonstrate** 11:19 13:3,10

**demonstrated** 24:23 49:25

**demonstrates** 61:21 117:11

**deny** 55:8

**denying** 107:21

**departure** 138:16

**Deputy** 2:8 4:6, 11

**derailing** 153:17

**deserves** 47:22

**designated** 12:16

**designed** 112:23

**desire** 33:14

**desk** 129:17

**detailed** 139:3

**details** 168:8

**deteriorate** 167:7

**deterioration** 167:11

**determine** 9:11 54:11 55:1

**determined** 58:19

**developed** 166:20

**Diaz** 2:19 3:3 4:6,24 5:1,25 8:1,25 9:3 11:15, 24 13:5,12,20 15:16 16:11,17, 21 17:8 18:11 19:15 20:24 21:8,9 22:25 24:4,11 25:5 26:10 27:3 28:1 30:21 31:1,19 32:1,25 33:15 34:5 35:14,16,19 36:15 38:15 40:1,7 41:8,13 42:17 45:1,6,22 46:12,15 47:8,23 49:18,24 51:8, 10,17 52:25 54:15 55:4,15 59:22,24 60:14, 23 64:1,5,13 65:4 67:24 68:18,25 70:13, 17 71:8 72:13, 21,22 73:10,15, 17,25 74:3,5,13, 18 75:2,8,22 76:7 78:2,24 79:4,12 80:17 81:3,21,24 85:5 87:11,13,15,17 90:1 95:6 100:17 101:1,23,24 102:2,3,4,11,14, 15 103:12 106:2, 9,11 107:8,11, 12,16,21 110:12 113:22,24,25 114:13 116:17 117:1,11,19 118:20 119:19 120:5 121:12,13, 23 122:20,21

126:19 127:5,6 132:12,13,25 133:17 134:19 140:7,8,13 141:3,14 142:3, 14,17 145:6 146:1 148:22 149:25 156:15 157:12 160:16 161:15,17 162:25 163:13 166:17,23,24,25 167:11,24 168:14 170:22 172:6 173:18 174:25 175:3 177:8,25 178:9, 24 181:17 182:11,23 183:4, 11,23

**Diaz's** 6:16 11:4, 7 12:17 14:1 17:6,11,19 18:6 21:13 26:15,21 27:1,9,13 35:8 36:5 37:19 39:3, 18 45:12 52:5 63:2 68:21 78:9, 20 79:25 132:19 140:2 146:19 157:6 170:12 172:4 174:16 177:3,8 181:1

**Dibella** 177:23

**Dibella's** 177:14

**dictate** 126:8

**Diego** 179:2

**diet** 92:16,18,20 95:16

**difference** 33:16 109:15 110:7 111:15 113:15 146:2 147:14

**differently** 53:23

**difficult** 156:23 170:19

**difficulties** 6:25

**digress** 110:7

**diligently** 13:4 15:16

**dinner** 91:5

**direct** 3:4,10,14, 18 47:14 87:21 94:24 108:3 117:1 139:12 148:20 158:7,8 162:20 169:19

**directed** 35:10 119:14 128:9 145:10 160:15, 16

**directing** 76:14 146:5

**direction** 152:17,18 168:12

**directly** 17:1 114:17 117:24, 25 118:14,18,19, 23 119:19 144:25 146:16 176:24

**director** 86:8, 17,20,25 118:3

**directors** 87:3

**dirty** 154:19

**disagree** 67:16 68:12 127:13

**disagreed** 153:23

**disagreeing** 99:2

**disappears** 56:8

**disbursements** 99:13

**discarded** 67:14

**disclose** 12:23 29:1,12

**disclosure** 58:15

**discourage** 116:15

**discouraging** 113:14

**discovery** 53:7, 8 156:19,25

**discretion** 34:15 52:24 136:9 158:15

**discuss** 8:11 24:23 105:23

**discussed** 9:4 80:25 81:1 134:5

**discussing** 12:20 24:20 48:20 78:6 103:19 105:24

**discussion** 9:14 22:20 23:12,18 24:17, 19 26:14 51:2 56:10 109:10

**discussions** 9:12,23,25 10:13 25:1 73:12

**disgorge** 73:3

**disparaging** 140:23

**dispute** 15:4 16:12,20 17:20, 21 37:2,10 60:20 61:1 78:17 124:19 125:11 142:15 174:21

**disputes** 14:13 16:15 54:11,24 68:4 167:23

**disregard** 114:23

**dissolution** 52:13

**distinct** 51:16

**distinction** 146:24

**distinctive** 67:4

**distraction** 55:20

**district** 54:18 56:15 109:23

**divided** 147:11

**division** 147:11

**DIYARI** 2:23

**doctor** 150:13 166:5

**document** 12:25 16:12 21:3,22 55:5 140:14 144:23

**documentary** 20:22

**documented** 126:8

**documents** 11:19 27:15 29:10 30:19 32:2,3 62:1 76:16 77:6 107:1

**dollar** 153:9 159:1,2,10

**dollars** 44:15

**Don** 174:5

**door** 23:23 136:1

**doubt** 78:13 161:15

**downhill** 41:9 47:4

**draw** 114:25

**dream** 159:1,3

**drifting** 19:23

**drill** 72:2 99:7

**drive** 92:21 166:7

**drives** 54:13

**driving** 179:2

**drove** 92:22

**drug** 19:12 122:3 123:16 132:21 133:1

**due** 13:25 64:9 66:18 157:21 175:17

**dueful** 145:9

**duly** 4:22 87:18 148:15 162:15 169:16

**dunk** 68:5

**duped** 110:17

**duties** 152:11

**duty** 76:4

─────────

**E**

─────────

**e-mail** 2:11,12, 17,23 13:9 26:9 77:23,25 79:19 103:10,12,16,21 104:12 105:13 106:3 119:13 132:1 135:2 142:17,24 143:1 146:15 151:9 174:11,12 178:22,23 179:1

**e-mailed** 51:17 108:20 174:10

**e-mails** 75:24 79:10,13,14 80:9 81:24 92:3 95:19,22,23,24 96:2 97:20 99:21 139:1 142:11,20 143:2,18,25 144:6 151:8 170:9,19 178:4 179:12 181:4

**earlier** 5:4 36:7 55:21 96:20 103:10 108:2 117:4 143:8 150:25 160:2 168:3

**early** 47:10,15 60:7 136:21

**earnings** 125:19

**eating** 92:18

**echo** 11:1

**economics** 78:7

**Eddie** 76:1

**Eddy** 163:21

**educated** 49:9

**effect** 22:10 55:22 75:1 110:14

**effected** 18:20

**effective** 125:7

**effort** 32:15

**efforts** 110:21

**elapsed** 59:7

**eliminator** 175:14

**embarrass** 106:9

**emerged** 57:15

**emontalvo@ fedpractice. com** 2:17

**employed** 124:8

**employee** 11:10 22:7,13 58:10 59:13 64:22 81:17 83:17 114:8

**employees** 81:16 128:24 150:16

**employer** 22:8 59:12

**employers** 99:16

**enacted** 57:24

**enclosures** 27:16

**encouraged** 149:3

**encouraging** 113:13

**end** 27:21 33:23 37:25 38:19 47:8 48:3 64:18 78:19 104:21 121:21 144:17 149:21 151:6 152:14 154:4 155:8 156:6,7 157:24 160:8 181:15

**ended** 75:22,23 90:17 98:14 99:1 133:10

**ending** 45:9 157:11 184:12

**enforce** 57:23

**enforceability** 19:17

**enforceable** 13:22 14:9 54:16 84:24 125:25 135:15 145:13

**enforced** 58:10 84:21

**enforcement** 23:25

**enforcing** 112:25

**engage** 7:23 14:1 137:12,22 138:15 140:21

**engaged** 86:8 128:16 133:6 134:19

**engages** 141:15

**engaging** 9:12 139:1 140:11

**enhance** 13:7

**enlargement** 13:24

**enter** 23:19 113:9

**entered** 64:14

**entertain** 8:2

**entertaining** 20:2

**entire** 35:3 71:13 84:17 110:20 111:6 115:19 135:8 170:22

**entirety** 13:3 27:6 60:5,16 137:24

**entitled** 33:21 86:21 108:5

**entity** 17:1 71:25 86:4,8 119:18 120:18,23 139:14 157:19

**equally** 14:19

**Eric** 2:14 78:4 80:25 128:23 129:4

**Ernie** 163:21,24 164:1

**Errol** 96:16

**Ervin** 11:18 22:18 28:7,12 179:22 180:2

**Ervin's** 21:4

**escaping** 71:19

**Espinoza** 149:20

**ESQ** 2:14,15,22, 23

**essentially** 38:21 170:18 171:2 174:15

**establish** 107:7

**established** 57:22 131:11 182:13

**estopped** 55:8

**evade** 85:3

**evaluation** 50:7

**event** 73:1 83:7 122:18

**events** 121:7 129:7

**eventually** 165:9 179:1

**Everlast** 163:22

**everyone's** 184:8

**evidence** 11:6, 14,16,22 14:4,17 17:10 18:8 19:22 20:4,8,16,22 74:9 76:24 77:1, 2 112:13 113:23, 24 115:8,10 117:10

**evisceration** 32:19

**exact** 67:20 69:7 124:9 130:6

**examination** 3:4,6,10,14,18 87:21 94:25 117:2 148:20 162:20 169:19

**examine** 53:11

**examined** 8:8 87:19 148:16 162:16 169:17

**exceed** 37:5 63:22

**exceeds** 63:23

**excellent** 183:1

**excepting** 33:1

**excerpts** 53:25

**exchange** 17:2 26:9 89:4

**excuse** 28:2 102:15 115:1 124:22 125:3 137:20 142:18 157:20 163:21

**excuses** 18:3

**execution** 21:5 63:11

**executive** 4:8 5:12 42:21 109:4

**exercise** 5:19 7:2 24:2 33:19

**exercised** 52:23

**exert** 123:1

**exhibit** 21:11,13 25:5,11 26:3,8, 15,16,19,20,21 27:9,10 28:1 76:18 80:19 100:19 103:11 137:11 140:19

**exhibits** 8:9 16:22 54:1,7 74:9 76:19 100:17,18 108:20 116:23 117:25 140:3 142:22 144:8 174:11,12 181:1, 2

**existing** 11:11 22:14 43:17 59:14 64:23

**exists** 175:16

**expense** 17:19

**expenses** 157:3

**experience** 40:13 122:14 173:1 174:3 179:23

**experiences** 173:13

**expert** 53:12 172:18,20 173:5 175:10

**expire** 64:4

**expired** 60:22, 23,25 62:11,14 64:1,15 65:7 68:25 142:23

**explain** 14:17 23:13 65:2 79:20

134:14 144:20

**explained** 44:22

**extend** 31:10 58:24 59:4 60:14 63:21 73:17 93:15 136:10

**extended** 34:13 58:25 59:6

**extension** 63:18,20

**extensions** 61:21 67:1,17

**extent** 25:8 118:25 121:16 131:17 134:6 143:24

**extra** 23:10 63:3 96:10 102:23 130:19 138:2

**extremely** 7:19

**F**

**face** 55:5 84:9, 15 131:21 146:12

**facilitate** 14:2

**facility** 129:9

**fact** 14:12,13 15:14,15,17 16:15,20 18:2 33:18 54:11,24 55:13 58:20 60:12 61:3 62:23 64:14 66:16 67:21 71:23 79:24 80:22 84:1 107:10,12,23 117:16 119:8,9 125:21 126:4 132:11 140:20 142:5,16 145:25 146:23 172:24 175:11

**facts** 12:3 13:2 14:16 16:12 17:8,20 60:20

114:23 124:15

**factual** 4:16 54:24

**factually** 12:6

**fair** 40:1,9 42:13 47:9,16 77:21 83:3 104:18 136:8 156:10

**fairly** 68:19 84:25

**faith** 161:1

**false** 84:13,23 125:25

**familiar** 22:22, 24 30:10,12 180:19

**family** 89:24 96:25 155:17,19 164:15,17

**famously** 58:13

**Fancy** 53:2

**Fantasy** 5:23 49:7 183:19

**Farmer** 16:23 33:7,10,11 48:23 49:9 50:7 75:14, 21 76:2 101:6 103:24,25 104:24 105:4,7, 10 119:12 152:16,20 159:20 175:4 176:7,24

**Farmer's** 177:23

**father** 99:5 102:25 163:25 164:7,11,18

**favor** 63:3 64:5 69:8

**favorable** 13:5,6 50:2 153:5

**favorite** 49:15

**February** 15:21 51:22 60:24,25

62:5 73:23 76:21 78:11 79:4 152:23

**federal** 2:14 25:7,18 51:14,20 53:10 120:25 121:5,11 123:7 156:20,22

**fee** 17:2,23 76:15 107:15

**feel** 7:19 20:10, 11,15 47:19 53:19 66:7 68:10,11 69:4 71:3 115:5 134:2 143:7 144:8 152:14 155:13 181:13

**feeling** 149:7

**feelings** 151:16

**fees** 71:21 129:14 156:16 157:17 160:22 171:4

**feet** 6:9

**fell** 164:19

**felt** 71:8,9 74:1 123:21 160:13

**Fernando** 105:13,14

**fiduciary** 76:5

**field** 49:7 173:5

**fight** 5:21,22 13:12 16:23,25 29:15 31:1,2 33:9,10,21 41:3, 14,15,17 43:13 44:18 45:15,24 46:12,13 47:15 48:21 49:2,11, 16,20,21 53:1,2, 16 75:14,18,22, 25 76:2 77:25 91:21 97:15 98:2 101:4,7 102:24 103:23,24,25 104:2,4,10 105:6,10 107:14

112:9 119:12 142:8 146:8 152:16 155:15 158:22,24,25 159:6,7,11,12 160:21 161:7,11 170:23,24 172:13 173:24, 25 174:22 175:3 176:14,20 183:5, 19,20,23

**fighter** 11:15,20 18:4 23:13,16,17 38:24 44:24 59:19 74:21,25 76:6 83:1 88:19 129:13 130:8 131:1 134:7 150:10 165:22 167:20 170:11, 13 172:11 173:24 178:17 180:11

**fighter's** 79:1 117:13

**fighter-manager** 113:1

**fighters** 42:22 78:25 82:13 83:16,21 96:18 134:12 150:2 153:14 165:21 170:14 177:16

**fighting** 13:12 104:24 105:4 111:20 128:22 150:10,11 153:7

**fights** 38:1,3 42:3,4,14 47:20 50:8 76:16 83:9 91:3,17 92:5 99:10 102:20 103:6 106:21 108:5 128:10 129:13 137:6,9 146:7 147:6 149:5,6 152:1 153:6 155:23

**figure** 124:11 149:2 153:8,9 161:13,14

182:19

**figures** 46:17 57:12 96:22

**file** 121:6

**filed** 4:22 32:12, 14 51:3 59:8 67:7 120:24 121:5,11,23 135:7 146:22

**filing** 123:9

**final** 181:8

**finally** 18:14 133:2

**finances** 105:23 139:8

**financial** 13:7 56:13 58:2 74:24 104:7 107:8 117:12

**financially** 38:12 57:5 65:16 104:3

**financials** 38:21

**find** 13:21,22 68:25 70:12 82:21,25

**finder** 54:24

**finding** 57:7,11

**findings** 57:4,14

**finds** 141:2

**fine** 8:12 10:7, 15,18 37:11 44:14 48:11 77:12 84:5 88:2 115:17 143:6,9, 11 150:21 181:7

**fingertips** 69:23

**finish** 112:14

**finished** 7:4 158:7,9 169:1

**finishing** 171:3

**firm** 121:24 122:6,13,14,15,

16 123:3,13,15

**firmly** 68:2

**firsthand** 173:2, 6,7

**fit** 20:16 128:12

**five-minute** 162:4

**fixed** 20:6 31:8

**fixing** 129:13

**Floor** 2:16

**flow** 53:11

**flowed** 156:19

**focus** 17:12 32:5 37:14 68:3 161:19

**focused** 11:5 13:11 32:21 34:20 70:9 71:2, 5 112:16

**focusing** 31:2

**folks** 82:17 113:19 127:1 179:7 180:6 183:9

**follow** 18:9 110:6 127:25 158:16

**force** 24:1

**forced** 57:8 131:5 176:7

**foregoing** 18:16

**Foreman** 56:16

**forensic** 53:11

**foresight** 182:23

**forethought** 176:18

**forget** 51:24

**form** 79:5 81:4 82:22 108:8,9 115:25 150:20

**formal** 172:11

**forthcoming** 8:14

**Fortuna** 41:3 49:2,11

**forum** 65:23

**forums** 51:16

**forward** 14:3 33:1,24 34:11 38:19 43:16 72:24 74:1 78:18 99:10 103:7 108:11 109:3 113:3 114:22 129:24 167:24 168:1 184:10

**forwardness** 178:21

**Foster** 2:5 4:4,7, 9,13,16 5:12,15, 16 7:1,5,7,9,16 8:6,9,18 9:16,21 10:12 19:1 20:13,17,18 21:1,6,15,18,23 22:21 23:4 24:3, 7,15 25:3 26:4,7, 19,23 28:4,17, 20,25 29:20 30:3,9,17,23 32:5 34:16 35:1, 13 37:12,22 38:4,14,23 39:23 40:1,7,12,22 41:7 42:15,20 43:2,8,19 44:7, 13,25 45:4,11, 17,21 46:2,8,11 47:1,4,10,18 48:2,7,12,24 49:4,14,20 50:10,21,23 51:21 52:3,10, 15,21 53:24 54:4 55:25 56:5,6,14, 24 60:12 61:25 62:7,13,21 63:15 64:9,11 65:10,20 66:17 67:2 68:14 70:1,7,12 74:12 75:2,7 76:3 77:5,

Atkinson-Baker, Inc.
www.depo.com

9,17 79:16
80:11,23 81:9
82:5,10 83:3
85:6 87:1,5,8
89:25 90:6
100:17,20,24
106:1,6,14
108:13 109:1,7,
21 110:2,5,21
111:15 112:4,12
113:6,15,19
115:15 116:19
118:12 119:24
120:2,9,13,19
121:5 123:20
126:14 127:9,13
128:5,17,21
132:9 135:17,20
136:2,6,9,12
139:22,23,25
141:17,24 143:6,
9,16,21 144:7,13
145:18 147:12,
25 150:18,21
154:23 155:25
156:11,13,21
157:6 158:9,13,
15,17,18 159:4,
12 160:19
161:12,24
162:23 168:25
171:12,16,25
173:3,4,16
179:19 180:18,
19 181:5,6,16,20
182:15

**Foster's** 77:8
119:20 143:4

**fought** 40:16
151:14 152:16,
22 159:14,16,24
170:13 175:14

**found** 61:5 69:8
71:13 72:18
134:3 155:9,10
163:25 179:7,11

**founded** 122:12

**fourteen** 69:2

**Francisco**
122:8 150:1

**Frank** 149:20

**frankly** 60:10
72:6 123:17
125:24

**fraudulent**
123:4,10

**free** 11:10 20:15
22:13 23:15
59:13 64:22,24
65:9 71:3 115:6
180:11 181:13
182:11

**freedom** 72:22
108:22

**frequently**
126:18

**friction** 153:25

**friends** 167:2
178:5

**friendship**
78:23

**front** 29:6 65:7
106:7 129:17

**frustrate** 32:22

**fulfilled** 34:9

**full** 5:8 21:25
48:8 58:14
119:22

**fully** 11:24 23:18

**functions**
137:13 139:18

**funding** 130:24

**fundraiser**
164:16,20

**furnish** 128:3

**future** 27:2,4
44:23 45:9,12
50:2 53:16 60:7
65:15 103:15
106:21 130:8
137:1,6 152:15

**futures** 57:8,9

**FYI** 133:14

**G**

**Gabion** 163:22

**gambler** 19:12

**gambles** 55:15

**gambling**
130:24

**game** 48:2

**games** 90:13

**Gardner** 2:8 4:6
7:3,6,22 8:5,19
9:7,10,15 10:1,9,
16,20 14:5 19:23
20:12 21:11,18
43:4 48:10,14
50:22 52:13,19
63:9 69:10,20
75:5 77:4 84:1,
14 85:6,11,24
86:11 87:10,15
94:20,23 95:2
100:3 109:23
110:2 115:4
118:10 124:16
125:15 133:13
135:16 136:4,9
138:3,8 139:21
142:20,24 143:4,
17,22 144:7
148:8,17 150:17,
22 158:4,7,12,14
160:14 161:25
162:3,5,7,10,18
166:14 168:24
169:4,8,13
171:12,20
172:16,21,25
173:15 179:14
180:17,23 181:9
184:7

**Gary** 159:12,15
160:21

**Gausha** 96:17

**gave** 40:16
77:19 97:11
110:19 126:15
130:9,12 149:3
154:11 157:2

160:22,23 174:6
178:11

**Gee** 116:11

**general** 2:7,8,9
4:6,12 57:2
113:11

**general's**
134:11

**generate** 104:1

**gentleman**
152:22

**gentlemen**
10:23

**George** 56:15
80:13 170:25

**Gerald** 102:2,3

**Gibson** 137:9

**giggling** 98:24

**girl** 166:10

**girlfriend** 55:17

**give** 6:20 9:6
21:15 26:4 27:6
28:17 43:2,10
77:18 81:13 83:4
90:17 93:11,18
96:9 97:2,25
106:24,25 136:6
144:10 146:1
147:22 160:11
170:16 179:17
181:12 182:4,23
183:10

**giving** 89:1
90:14 174:11
175:11

**Global** 146:18
178:8

**Global's** 179:10

**goal** 79:2

**Golden** 17:5,7
28:7,12 29:7,15
32:22 33:6 35:10
42:5 74:3 75:17,
23 77:23 78:1,5,
15,24 79:6,7

80:10,12 81:6
82:8 83:5,7,8,11
90:12,18,19
91:25 92:4 94:14
95:11,20 96:5
103:23 104:4
108:9 119:15
120:7 121:24
123:18 128:23,
25 129:2,3,7
135:2 137:10,14
139:1 152:18,19
153:4 163:23
166:23 167:1
168:19 170:11,
18,21 171:8
172:9,12,15
174:25 175:7
176:24

**Gomez** 78:5
128:23

**good** 10:13,23
26:10 27:5 31:3
35:18,19 37:18,
19 38:15 39:13
41:16,17 42:20
43:10 45:4,5
48:17 49:8,9,11
52:24 56:16 61:7
63:19 70:22 74:3
85:14 88:14
91:21 95:6 107:2
123:23 134:22
139:11 147:9
149:4 154:13
155:19 161:1,2,
3,8,12 167:1,2
173:18,19
176:17 182:1,2
183:24 184:9

**Goodman** 178:6

**gouging** 161:4

**graduate** 122:9

**graduated**
96:18

**grand** 36:11,12
45:17 46:6 66:1
126:23

**grateful** 165:5

Atkinson-Baker, Inc.
www.depo.com

**gratuitous** 19:10

**gray** 18:11

**great** 9:15 48:12 70:19 80:12 93:2 151:4,23 152:9, 10,15 158:23 161:9 176:16 184:3

**greater** 140:20 142:4

**Greeley** 2:22 3:5 7:13,25 9:2,10, 13,24 10:2,15,18 14:6,7 20:1,12 34:24 35:22 37:14 39:17 45:13,14,16,20 46:2,7,10 50:15, 24 51:1 52:3,9, 22 53:4 54:5,6 55:25 56:3,11,25 61:25 62:4,12, 17,21 63:2,15 64:9,12 65:11,20 66:13,18 67:4 68:23 69:10,18, 21 70:11,22 71:7 74:12,16 76:3,4 77:10,13,21 79:22 80:18,24 82:3,6,19 84:11, 23 85:8,13 86:1, 15 87:2,6,22 90:7 100:11 107:3,4 108:13, 17 109:6,20,25 110:11,23 112:3, 11,18 113:17,18 114:11 115:1,7, 17,18 116:20 118:10,15 120:1, 7,11,16,21 121:7 123:20 124:3,16, 18 127:9,22 128:5,8,19 129:6 133:13,15 135:16 136:7,13 137:19,24 138:4, 6 141:10 142:19 143:5,11,14,17, 19,24 144:14

145:1,4,19,22 146:4 147:18 150:5 156:2,13, 14,23 157:6,15, 21 158:3,6 161:25 162:2 166:16 169:6,7 172:16,23 173:4, 10 176:2 178:23 179:3,8,12 182:1,3,16 183:1 184:4,6

**Greeley's** 30:25 50:19

**gross** 86:22,24 108:6

**ground** 19:7

**GROUP** 2:14

**growing** 36:23, 24

**grubbing** 47:8

**guess** 26:13 40:17 49:9 50:6 70:21 75:17 80:14 81:25 99:5 101:20 111:25 120:15 143:9 163:21,23 164:9, 15 170:14 175:25

**gun** 66:6 67:19

**gunpoint** 133:11

**Gutierrez** 180:5

**guy** 29:15 44:19 99:5 118:7 120:13 131:7 151:17 153:21, 22 165:20

**Guyogos** 171:1

**guys** 5:20 6:2,5, 19,21 10:10,17 21:19 29:4 32:9 36:2 41:11 46:8 47:10 77:20 82:11 96:20 99:17,18,21,22 104:13 112:17

123:23 129:12 133:9 149:18,25 155:1 160:25 165:16 167:24 178:9,10 181:24 182:5

**gym** 88:8 92:21, 24 93:5,6,9 95:15 150:15 163:2,6 166:2,4

───────

**H**

**H-E-R-E-D-I-A** 148:13 162:13

**half** 15:3,24 60:13,14,15,18 68:10 88:22 110:15 152:13 155:12 157:4 175:1

**halfway** 28:22

**Hamon** 29:14

**hand** 76:19 84:3 87:16 107:3 121:3 169:13 183:7

**handful** 129:21

**handicapped** 160:1

**handle** 150:9

**handling** 139:7

**hands** 150:24

**handshake** 124:24

**hanging** 65:18

**happen** 48:22 89:16 102:20 103:25 104:6,10 127:6

**happened** 32:16 40:14 45:12 62:6 63:25 101:4 127:5 142:7 155:10 163:16 182:10

**happening** 32:24 40:20 83:9 139:5,11,20 140:16 142:12 182:23

**happy** 6:5,23 70:3 182:8

**hard** 159:18

**harder** 5:18

**harm** 6:14 31:20 37:18 142:2 154:7 161:3

**harmed** 19:3,6 31:8,9 35:4 40:4

**Harrison** 179:9

**Harvard** 122:8

**Harvey** 111:1,2, 11 112:22,24 114:12,21 147:16

**hate** 165:23

**hats** 169:24

**Haymon** 29:14, 15 149:16 151:19 163:21, 23 164:2,3,6,7,8

**Haymon's** 152:4

**HBO** 58:25 59:3

**he'll** 42:3 43:15, 17 46:13 72:17 76:9 183:8

**head** 53:3 65:19 66:6 67:19 120:13

**hear** 4:16 6:8,20 13:10 43:24 45:7 48:18 50:15,16 65:12 80:15 81:19 82:10 126:16 130:20 132:15 135:22 136:2 139:23 151:21 154:3 161:15,16,24 171:13,25 173:8

**heard** 5:4 7:7 46:3 57:6 82:17 87:23 114:13 129:19 130:8 136:13,14 153:12 154:9,15 163:13 182:17

**hearing** 4:22 44:1 63:4 173:1, 13

**Hearn** 76:1

**heart** 153:20

**held** 56:10 66:6 67:19 72:21 114:16 176:20

**helped** 131:10 177:21

**helping** 75:9 83:17 94:8,10 95:14 164:13

**helps** 134:14

**Henley** 132:20

**Henley's** 132:21 133:11

**Hennessy** 34:4 142:7

**Heredia** 2:13 3:9,13 4:5,22,23, 25 5:5,25 6:11 7:12 8:24 10:3, 25 12:24 13:11, 17,23 16:4,9,20 17:1,13 18:11 20:14 24:4 25:15,19,21,24 26:3 28:9,10 29:7,12 31:18 32:1,17,19 34:22,24 38:2,14 39:4 40:3,8 43:18 45:1,5 48:5,20 49:23 51:4,15 54:14,15 55:4 61:8 62:19 65:2 68:23 70:6, 13,14,17,20 71:17,25 72:11, 15,24 73:7,19, 20,25 74:13,23

Atkinson-Baker, Inc.
www.depo.com

75:8,9,12,23
76:8,17,20
77:22,24 79:25
80:3,20,21 81:23
83:21 85:9,16,
17,24 86:2,6,7,
13,15,23,24
88:4,5 89:8,9,12,
18,20 92:9,10,
13,16 93:2,15
96:8 100:18
103:11 107:9,11,
13,16,17,20,22,
23 108:10,19,24
110:17,19 111:5
113:2,12,16,17
115:16,20 116:4,
16 117:12,16,24,
25 118:1,2,3,4,8,
18,23 119:6,7,18
120:5,20,24
121:2,3,11,18,
22,23 125:21
126:4 127:15,16
128:7 129:19,25
130:9 131:4,21
132:18,23 133:3,
16,21 137:11
139:1,7,12,13
140:9,23,24
141:2,10 142:6,
10 145:8,12,15,
23 148:4,5,10,
13,14 150:17
155:25 156:14
157:16,18
160:14 161:12,
22,23 162:8,10,
12,14 175:2,3
181:20 182:21
183:15

**Heredia's** 12:7
16:13,16 30:25
62:18 74:17
79:13 132:10,11,
17 141:19

**Heredias** 14:2
15:2,5 17:16,23
19:9,14 23:24
25:1 33:2,14
34:3,6 35:9,11,
17 37:5 51:10
55:14 60:10,17

66:15 69:2 74:8
81:11 82:14
110:15 112:6
122:21 125:9
127:24 128:2
134:15,21 142:3
147:20 157:1,12
170:2,7 172:5
173:12,18

**Heredias'** 18:15
19:4 27:17

**hey** 70:23 91:20
96:9 113:3 129:4
134:20 155:19
175:15 178:8

**hidden** 81:23
82:4

**hide** 81:23

**high** 55:16

**higher** 33:11
37:8 43:16

**highlight** 130:4

**highlighted**
22:4

**highly** 27:23
122:13

**hindrance** 74:1
79:1

**hired** 129:16

**historically**
57:12

**history** 18:14,22
56:11,17,20 57:3
61:20 141:19
151:3

**hold** 137:1
139:21

**holds** 48:21

**home** 53:3

**hone** 118:12

**honed** 115:19

**honest** 172:7
177:2

**honestly** 179:11

**hope** 26:14

**hoped** 182:4

**Hornbook**
84:25

**hostage** 137:1

**hot** 98:20 163:20
165:3

**hour** 144:15
180:7

**hours** 43:6
136:10 137:15
144:1,2

**house** 73:18
75:18 95:24
98:16 167:3
170:12 177:4

**how's** 91:20

**Hoya** 54:20 55:5
56:18 57:24
58:13,14,17,24
59:1,5,8 61:4,5,
7,8 62:22 67:16,
17 68:8 69:19,21
108:1,2 109:17
151:13 160:4

**Hoya's** 54:21

**Hudson** 57:17
101:24 102:1,24

**huge** 153:8
164:25 170:21

**humble** 39:1

**hundred** 36:11,
12 46:6 137:5
160:12,23
168:13 182:9

**hunt** 135:6

**hurt** 151:16
154:16,18,24
160:3

**I**

**IBF** 152:18
175:9,12,14

176:9

**IBF's** 176:9

**idea** 33:8 37:18,
19 41:21 43:10
46:16 49:1,8,11
50:14 70:14
85:14

**ideas** 53:9

**identical** 61:3

**identified** 14:8
139:16

**ignore** 55:10

**illegal** 14:18,23
15:25 16:3 18:2
54:16,22 55:2,6,
12 61:4 67:9,11
70:4 71:14 79:23
108:12 113:1,8,
9,13 128:15

**illegality** 14:11
18:16 54:8 55:8

**illicit** 71:13
124:9

**imaginary**
40:25

**imagine** 52:6

**immediately**
123:1 136:21
164:21 178:11

**impact** 13:25

**impacted**
174:21

**implements**
139:18

**important** 18:17
22:1 43:25 60:3
140:5,23 164:14

**impose** 82:23

**impressed**
184:4

**imprisonment**
132:22

**improper**
172:23

**impugned**
144:22

**incentive**
183:23

**inclined** 47:21

**include** 27:17
101:23

**included** 29:16
126:9

**includes** 86:19

**including** 56:20
58:13 78:6
103:19 122:17
123:2 125:20
158:22 171:4
177:12

**incomprehensi
ble** 123:18

**incorrect** 12:6

**increase** 103:17

**incredibly**
174:17

**independent**
81:17

**INDEX** 3:1

**indicating**
25:21 27:12

**indicative** 26:9

**indifferent** 10:2

**indiscretion**
133:8

**indiscretions**
133:6

**indisputably**
128:16

**individual** 108:3
139:17 154:1
177:21

**individuals**
84:3 102:10
121:25

**industry** 82:17

**inferior** 176:4

**inform** 76:6 123:6

**information** 29:11 50:14 72:23 108:22 124:17

**informed** 11:25 39:4 51:22 140:8,10

**informing** 11:21

**infrequent** 68:16

**initial** 64:4

**initially** 130:9

**initiated** 114:14 152:17

**injuries** 34:14

**injury** 13:25 166:6

**input** 143:25

**inside** 92:22 93:4

**insisted** 103:3 171:7

**insomuch** 71:8, 17 124:4

**instance** 11:18 102:19 180:9

**institutional** 122:17

**instructive** 22:6

**integrity** 57:13 144:22

**intend** 143:2 146:23

**intended** 147:1

**intent** 135:3

**intention** 146:20

**intentions** 178:20

**interaction** 148:25

**interactions** 107:8

**Intercepted** 132:21

**interest** 34:7 35:8 58:14 74:25 93:21,22,23 108:4 130:15

**interested** 7:11 8:25 9:11 63:4,6 82:10 163:24 164:12 165:6 171:25 173:8 183:25

**interesting** 109:17 157:25

**interests** 60:3 142:16

**interfere** 146:20,23

**interim** 159:9

**interject** 157:20 172:17

**international** 122:3 123:16

**Internet** 141:18

**interposed** 150:18

**interpretation** 19:9,13

**interrelated** 71:8

**interrupt** 56:1 90:1 142:19 171:13 172:16

**interrupted** 115:2

**interruption** 60:19

**intimately** 176:13

**introduced**

163:11 177:7

**invalid** 54:16 61:6 84:20 85:1 108:16 109:9,11, 12 110:8,9 111:24 131:20

**invalidate** 19:18 82:1 84:10,12, 16,21

**invalidated** 16:1 112:21

**invalidates** 125:24

**invalidating** 108:2 112:20

**invalidity** 55:4

**investigated** 57:2

**investments** 106:22

**invite** 132:8

**invited** 167:3

**invoked** 67:8

**involved** 29:5 56:21,25 58:16 74:14 76:13 80:10,22 88:11 89:13 91:24 92:1,11,12 127:2 134:6,17 165:21 176:13,15 178:13,17 180:1

**involvement** 78:25 80:8

**involves** 28:11 83:5

**involving** 52:3,4

**irreparable** 6:14 37:17

**irreparably** 19:3,6 31:7,9,20 34:18 35:4 40:4

**irresponsible** 130:23

**issue** 6:2,6 7:4, 21 8:22 11:2 12:7,15 13:1 20:24 22:19 23:22 25:8 30:10,11,12 32:6 34:2 37:2 40:5 42:9 44:20 65:15 68:1,6,8 69:12, 14 78:19 87:6 94:17 106:8 110:18 119:4 121:17 134:1 136:22,23 138:24 155:11 158:1,2 175:15 177:1,22 178:9 179:15 180:25 181:4,9

**issues** 4:15,16 6:4,12 39:23 83:23 107:5 145:17 151:2 153:13,23 166:10,17 167:12 171:3 174:7,16 175:7, 17 179:4

**J**

**J-O-E-L** 102:11

**J-O-S-E-P-H** 87:13

**James** 2:22 178:23

**January** 101:4,6

**JASON** 2:15

**Jeanine** 2:2

**Jersey** 34:4 142:6

**Jesus** 148:23 159:19 160:8,11, 20

**jeweler** 142:8

**jgreeley@ vgcllp.com** 2:23

**job** 33:4 38:15 42:22 45:5 55:15 56:16 77:11 151:6,7 152:11, 15 173:18 182:1, 2

**Joe** 149:18 177:14

**Joel** 101:23 102:11,15 103:2

**joint** 145:11

**Jojo** 13:5,12 18:11 19:11 33:15 39:3,18 43:14,24 49:18 53:4 55:15 72:21,22 73:21, 25 74:5,18 79:24 85:18,22 87:6,23 100:6,12 107:11 113:4 116:17 117:1 121:12,23 124:10 129:19 130:9,13,18,22 133:5,17 135:9 140:2,7 141:3,14 142:3,13,17 146:18 147:2 148:22 149:11, 25 150:1,2,3,4, 15,24,25 151:11, 15 152:9,19,20 153:6,17,21,23, 25 154:1,5,6,9, 10,11,12,21,22 155:3,5,9,14,16 157:11 158:23 159:17,21 160:20 161:5,6, 8,10 163:1,9,11, 18,24 164:11,17, 22 165:13,24 166:4,7 167:16 171:5 172:4,6

**Jojo's** 86:3 110:18 130:16 134:24 146:25 151:7,14 152:17, 18 163:25 164:14 165:24

**Joseph** 2:19 3:3

4:5,23 5:1,20
87:13,17 120:5
140:8 170:22
174:16,24 175:3
177:8,24 178:9,
24

**Joseph's**
171:10

**judge** 54:25

**judgment** 54:23
68:7

**July** 5:22 41:3
42:23 47:25
159:4 161:19

**jump** 10:10

**jumping** 141:3

**June** 2:1 4:2,19
150:11 155:10

**jurisdiction**
116:7

**jury** 54:25

———————

**K**

**keeping** 65:15
143:7

**Ken** 51:24 52:1

**key** 17:20 30:19
57:4

**kicked** 112:1,21

**kid** 158:23 163:9

**kids** 149:17
152:5,6

**Kinahand**
141:15

**kind** 6:9 19:24
39:20 41:7,21
42:22 49:1 52:12
53:15 54:1 65:25
71:18,19 77:18,
19 82:12 91:17
121:20 127:23
130:6,20 131:25
133:5 134:8,10
143:24 144:19

146:1 147:4
172:17 173:5
179:20

**King** 174:5

**kingpin** 133:1

**knew** 70:16,17
72:15 80:13
81:22 84:4 85:5
97:22 98:6,18,
19,20,21 103:22
104:1,8 105:3
122:21 170:25
178:7

**knowing** 108:10
113:7

**knowingly** 84:7,
12,23 125:25

**knowledge**
118:17 173:2,7
174:3

**kosher** 80:7
83:22

**KSI** 75:25

———————

**L**

**La** 54:20,21 55:5
56:18 57:24
58:13,17,24
59:1,5,7 61:4,5,
7,8 62:22 67:15,
17 68:8 69:19,21
108:1,2 109:16
133:7 151:13
160:4

**labeled** 61:22

**labor** 14:21 15:1,
11 58:8 69:14

**labors** 147:11

**lack** 56:22 72:19,
23

**laid** 30:19 106:7

**LALO** 105:21

**lanes** 136:19

**language** 37:18

174:13

**lapse** 74:5

**large** 81:10,11,
12 83:13 115:8

**largely** 20:9

**Larry** 23:5 99:5
180:2,4

**late** 144:5 181:4

**laughing** 98:24

**law** 7:21 11:7,8
12:3 14:12,15,
18,20 15:14,18
16:1,7,16,18,19
17:16 18:10,13,
22 21:8 25:25
26:1 54:10,12,22
55:11,13 61:7
64:10,20 68:1,5
69:11,16 72:7,8
80:2 84:25 110:4
121:24 122:8,12,
14 123:2,3,7,23
127:11 128:1,13
129:18 131:2
133:23

**lawfulness** 11:3

**lawsuit** 32:17,22
59:8 120:24
121:5,11,23
123:4 177:23

**lawyer** 34:21
82:16 99:25
100:1 146:17
183:1

**lawyering** 184:4

**lawyers** 60:1
64:11 92:6,7
99:16,22,23

**lead** 167:25

**leading** 81:5
173:14,15

**leave** 9:16 18:25
35:14 44:9
140:14 142:1

**leaves** 35:17

**leaving** 157:12

**led** 153:4

**Ledesma**
149:21

**left** 22:2,3,5
25:13,23 33:7
62:25 100:6
115:6,11 135:19
154:14 166:10,
15

**leg** 154:19

**legal** 4:15 14:14
54:16 66:19 69:4
70:9,10 71:1
85:14 116:25
122:24

**legislative**
61:20

**legislature**
57:23 66:24
67:22

**legitimately**
157:18

**lender** 107:17

**length** 15:3
136:24

**lengths** 137:12

**Leonard** 83:6

**letter** 116:22
123:5 137:11

**level** 96:16
122:16

**leverage** 65:17
98:17 136:25

**liberty** 55:10

**license** 12:7
27:17 70:25
72:19,25 73:8
74:5 80:1,5 81:7,
8 82:21,24 83:8,
12,13 86:7
107:11 108:19,
25 110:17
111:25 113:3
114:7,19,22
116:8,16 118:4,

5,7 120:18,19
128:12,21,22,24
131:24 132:1,4
138:19,20,22
139:17,19
156:16 157:17
165:11 168:11

**licensed** 4:25
5:1 13:1 16:2
39:5 70:15,17,20
72:19,20 73:2
91:7,14 111:3
112:22 117:9,17,
20 121:20 128:7,
20 131:23,24
137:17,21
138:14 140:9
145:23 146:1
157:19,22,25
165:9 169:22

**licensee** 134:4
157:24

**licensing** 56:22
72:4,24 82:24
115:23 117:14
119:4 121:17
134:1

**licensure** 12:9
83:2

**life** 41:19 60:15
183:24

**light** 37:23

**limit** 170:21
175:24

**limitation** 10:25

**limited** 132:14
165:8 170:3
181:13

**lines** 25:9,12,20

**Lira** 101:23,25
163:7,12

**list** 116:4

**listed** 81:14

**listen** 31:14,23
52:5,25 70:15
81:20 109:2
150:23 151:6

152:7 158:22 159:7,21

**listening** 9:22 11:2

**literally** 144:15 174:10,12 177:12

**litigated** 55:2 68:7

**litigating** 68:4

**live** 117:21 122:1 183:12,24

**LLP** 2:20 121:24

**loan** 93:19 96:9 104:22 127:14, 16,19 130:13 131:9 153:22 154:10 165:25

**loaned** 93:17 157:7

**loaning** 130:16

**loans** 66:3 93:15,18,21,22 96:7 97:2,12,13 112:7 126:3,12, 14,15,17 128:1 130:7 131:9 161:5

**loansharking** 131:7

**local** 34:6 142:9

**location** 9:5

**lock** 60:4 68:24 76:2

**Logan** 75:25

**logic** 109:12

**London** 89:23 90:13 164:15,24 165:1

**long** 6:1 23:8 40:15 48:3 49:6 56:11 58:24 60:13 82:21 139:11 148:22 162:24 184:8

**longer** 14:23 15:24 18:4 23:25 59:21 61:2 68:9 74:5 80:6 180:6

**looked** 27:20 29:23 67:22,23 69:7 71:23 72:5, 6 79:10 108:14 109:16 123:24 143:22 172:7

**Lopez** 177:17

**Los** 2:10 4:1

**lose** 36:12 41:17

**loses** 41:16 46:18

**lost** 36:11,18 49:10 139:22

**lot** 5:17,18 32:13,23 45:1 52:6,11,18 63:15 65:16 66:1 68:14 83:15 96:20 111:22 112:7 114:2 134:14 145:22 150:16 151:4 152:24 153:5 165:23 167:22 174:7 175:8 182:3 183:18

**lots** 83:14

**Lou** 177:14,23

**Louis** 149:17

**love** 150:3 153:13,15 154:11,12 155:20 156:7

**luck** 155:19 184:10

**lucky** 59:21

**lucrative** 98:7

**lure** 153:18

**M**

**mad** 47:11

**made** 19:25 20:11 32:24 40:19 45:1 49:6 58:23 80:12 86:12,13,23 88:15 91:24 95:8 105:2 108:22 111:2 116:15 126:7 128:6 131:12 133:10, 21 134:18 136:16 138:4,5 151:4,24 153:8 173:12

**Mafia** 133:3 134:8

**main** 75:12 146:24

**major** 116:10 118:9 122:14

**majority** 11:4

**make** 5:6,13 8:19 10:11 21:25 23:18 29:16 30:8,14 37:6 44:19 46:13 49:8,10 50:5 51:4 53:6 56:8 64:7 70:20 72:22 74:18 83:19 88:25 94:5 101:24 103:25 104:2,3,6 109:11 115:18 116:2 134:23 136:8 138:10 141:16 143:12 144:23 147:1,10 152:20, 25 166:4 171:17 174:7 175:23 178:1 180:21 181:16 183:12

**maker** 4:17 81:14

**makes** 59:18 87:7 141:13 173:24 183:13

**making** 15:8 23:6 46:12 49:7 63:13 77:11

80:14 85:9 90:10 96:13,20,22,23 98:21 104:10 109:7 111:21 118:11 129:1 165:21 173:23 182:22 183:4

**malicious** 154:8

**maliciously** 159:25

**Malignaggi** 172:11 177:5

**man** 6:1 155:19 180:11

**man's** 136:25

**manage** 31:8,19 32:1,7 33:3 73:25 74:2 78:3 88:19 113:21,25

**managed** 5:25 16:20 19:15 74:5 145:11

**management** 14:9,25 15:1 16:8,10,17 17:2, 3,23 25:16,21,22 35:3 36:19 37:7 38:24 54:9,21 56:12 58:6,19 59:23 60:2,17 66:15 71:20 72:10 74:4 76:15 78:11,25 79:3 80:1,5 81:3,7,10, 12,13 83:14 84:4 85:24 86:1,2,9, 15,23 89:17 90:11,15 93:12 94:9 98:5 99:9 106:4 107:15 108:10 110:14, 20 116:11,13 118:2,5 119:18 120:6,18,19,24 121:2,22 128:15 129:11,14 135:3, 12 137:13,17 138:18,19,20,21 139:13,14 145:3 147:14 148:3

156:16 157:17 160:22 168:10

**manager** 4:25 12:10 13:1 16:3 17:4,6 18:3 19:2, 5 28:9 29:8 39:5 40:16 44:22 56:23 60:4 66:21 70:24 72:21 73:9 74:24 75:12 76:5,8 78:13,14, 20 79:25 80:6 82:7,9,21 84:17 85:10,20,21 86:19 87:24 88:3,23 89:6,14 91:7 94:18 107:21,22,24 108:25 111:1,2 114:15,16,17,18 115:21,22,23 116:9,13,25 117:7,8 119:11, 16,17 121:20 123:3 125:4,16 126:5 128:1,7, 11,13,14 129:20 131:16 134:6,25 137:21 138:13, 14 140:9 145:5, 9,23 146:2 148:3 149:20 161:18 165:9,10 169:23 177:15,18,20 178:18

**manager's** 125:23

**managerial** 18:21 73:13 146:21 180:9

**managers** 14:3 16:2,7 24:22 29:1 37:20 57:5, 9,25 63:17 64:16 65:5 83:14 90:8 113:8 115:25 141:4 152:3 163:20 165:4 176:16,17 177:8, 10 179:25

**manages** 177:15,17

**managing** 38:15 76:20 77:23 78:9 81:5 95:9 107:11 113:13,24 119:9, 10 138:25 165:6

**mandatory** 33:9 174:22 175:9,16 176:6,8

**manufactured** 39:1

**March** 77:25 78:11 79:7,10 180:1

**Marcus** 96:17

**margins** 116:8

**market** 22:25 60:6 66:20 113:11 131:14

**marketing** 147:4

**marketplace** 11:13 22:16 59:16 64:18

**mat** 154:14

**match** 81:14

**matches** 83:9 142:4 176:10

**matching** 81:15

**matchmaker** 177:14

**material** 78:6

**math** 46:11 48:17 61:1 101:19

**matter** 4:4 14:12,15 15:14 53:8 54:10,22 55:14,15,16 64:13 71:23 73:1 111:11,12 125:2 151:25

**matters** 13:19 73:2 139:6

**MBA** 60:9

**Mcwater** 177:11,17

**meaning** 59:5 146:6

**means** 54:23 55:12 115:12 123:6

**meant** 79:24

**meat** 92:19

**media** 32:19 93:9 114:17

**meet** 88:5,7 89:9 160:4 163:5

**meeting** 10:11 82:14 91:4 164:2

**meetings** 92:3

**member** 86:20

**mention** 178:15

**mentioned** 51:22 55:20 58:7 61:12 102:10 108:15 121:8 125:15 156:18

**mentor** 122:12

**Mercedes** 165:25

**merits** 166:19

**meruit** 110:25

**mess** 151:16 179:13

**message** 82:20 113:6,11 117:19

**messaging** 135:10

**messes** 53:2

**met** 11:20 17:6 37:6 88:8 89:8, 10 91:13 129:20 153:11 163:1 170:10,11 177:3

**Mexican** 133:3 134:8

**Mickey-mouse** 116:24

**mid** 64:14 66:25

**midterm** 61:21

**Mikes** 34:4 142:6

**million** 44:15 159:1,2,10

**mind** 5:7 24:10 34:7 41:21 42:24 139:21 165:18 177:9,10 183:17, 22

**mindset** 151:17

**mine** 58:15 99:23

**minimum** 95:15, 17 111:20 116:17

**minor** 13:25

**minute** 7:3 40:2 48:8 82:11 168:20,21 169:3 175:5

**minutes** 9:5 23:7 43:5 48:6 66:19,22 124:17 133:14 135:19 148:17 158:14 162:5 166:15

**Mischaracteriz es** 100:11

**misdemeanor** 16:19

**misinformation** 39:16

**misrepresentati on** 125:22,23

**misrepresentati ons** 126:1

**misrepresented** 84:15

**misrepresentin g** 84:7

**missed** 36:15, 17,20,22 149:7 160:9,20

**misses** 36:15

**missing** 63:8,13 83:24

**mistaken** 120:8

**mistype** 29:7

**mode** 124:8

**modeling** 111:18

**modification** 125:5

**modified** 125:4

**mom** 164:24

**moment** 9:2 23:1 85:2 98:4 106:25 150:9

**monetary** 51:14,20,24

**monetization** 146:10

**money** 6:19 16:25 26:12 31:20,21,22 33:6,9,18 34:5 35:20 37:22 38:10 40:17 41:4 44:7,8,12,13 45:2,8 47:7 51:10,13 52:2,4 53:11 55:15 65:14 66:2 71:10,24 73:3 74:21 89:16 90:14 93:17,18 96:12,21 97:1,6, 7 98:2,17,21 102:7 104:1,3 111:11,22,24 117:6,8,13 121:10 126:22, 25 127:4,7,17 128:2,10 130:16, 23 137:2 142:8 147:10 151:5 152:25 153:15 156:19,25 157:7

164:16 175:23 183:6

**Monica** 2:21 88:8

**monies** 33:21 102:18 121:14, 19 131:22 145:10

**monitor** 92:13, 16

**monitors** 56:9

**Montalvo** 2:14 3:7,11,15,19 7:12 10:3,4,22 14:5,8 15:8,15 19:20 20:17,18, 20 21:2,7,13,17, 21,24 23:3,10 24:6,14,17 25:4 26:5,8,20,24 28:5,18,21 29:1, 25 30:5,13,18 32:4,11 34:21 35:1,5 37:1,21, 23 38:6,17,25 39:24,25 40:5, 10,21 41:6,23 42:15,19,25 43:5,7,8,12,19, 23 44:11,17,25 45:3,10 46:11,20 47:3,6,12,18 48:1,5,9,15,16 49:3,13,18,22 50:10,18,23 53:14 59:17 61:8,15 68:2 76:22 77:9,16,19 94:20 95:1,5 100:6,14,18,22, 25 106:1,5,8,16, 24 107:6 114:23 115:3,6,14 116:5 117:10 118:24 119:1 125:20 126:15 135:18, 22,23,25 136:12, 14 137:20 138:1, 11 139:23 140:1 141:20 142:1,25 143:3 144:3,18, 21 145:8,18,24

147:21,25 148:2, 17,18,21 158:9, 11,16,19 161:20, 22 162:4,7,9,18, 21 166:14,20 168:20 169:2,20 171:23 172:2 179:16,17,19,21 180:15 181:3 182:2 184:3

**Montalvo's** 123:13

**month** 58:22 79:8 80:11 88:21 89:2,17 130:10 150:10 158:25 164:10 174:24

**monthly** 90:19

**months** 62:14 64:4 75:16 96:19 157:2 163:11 177:5

**moon** 91:3

**moral** 133:24

**morning** 156:1 181:25 182:5,7

**mortgage** 27:3 45:11 57:8

**mortgaging** 60:7 65:15 130:8

**Moses** 2:13 3:9 4:5,22,23,25 10:24 13:3,11 15:15 17:13 18:11 25:24 28:9,12 51:4,15 54:14 65:13 74:17,23 75:9 76:17 79:6 80:3, 12,16,20,21 81:25 82:5,6,11, 15,18,25 85:16, 17 86:6,13 87:2 89:8,9,12 90:24, 25 91:1,16,18, 23,24 92:4,9,10, 13,16,17,21 93:4,6,10 94:8, 10,11,12,13 95:9

96:1,4,9 97:24 99:4,20 102:9 107:20,22 113:16,21 114:20 118:8 119:7,25 120:3, 10,19,20 121:22 124:4,21 129:6, 20,25 139:1 140:3,18 141:2 142:5,10 145:1, 8,10,15 147:9 148:4,5,12,14 157:21 167:25 170:9,17,20 171:7 174:7,10, 13 175:2,5 176:13 177:1,4,7 179:4 181:21

**Moses'** 92:22 99:23 146:17

**mother** 133:11

**motion** 38:11,22

**mountains** 113:24

**move** 34:10 69:25 77:2 135:18 140:21 150:5

**moved** 103:6 167:24

**moving** 33:24 38:19 43:16 99:10 123:8 167:25

**MOY** 2:15

**MTK** 24:24 26:16,18 35:7,9 121:24 124:5 134:18,22 135:2, 3,5,7,11 136:23 137:3,9 140:22 141:15 145:25 146:9,16,18,23 147:20 154:15, 25 155:12 177:25 178:2,8 179:10

**MTK's** 146:25

**multiple** 67:17 175:12

**mute** 7:3 56:5

**Myers** 122:9

---

**N**

---

**NABF** 173:23

**nailed** 48:25

**named** 177:18 178:8

**names** 153:8

**narrative** 150:20

**nasty** 32:17

**nature** 107:18 172:22

**neck** 117:12

**needed** 22:25 93:18 95:18 96:12 98:2 104:7,8 113:20 166:2,4,6,8 174:17

**nefarious** 114:21

**negotiate** 11:12 22:15 24:11 38:10 59:15 65:1 95:11,21 98:22 106:20 110:21 137:14 151:7

**negotiated** 13:6 17:5 33:7 42:7 43:18 62:19 64:5 73:10,18 74:10 76:2 103:15 142:11,13 151:3 153:1,2 170:5

**negotiating** 66:22 73:14 78:10 80:10 98:15 104:17 105:24 119:15 129:12 137:9,10 139:2 167:17,18

170:18

**negotiation** 24:15 63:12 65:3 79:7 81:5 105:5, 9 139:4 173:2

**negotiations** 7:9,24 8:23 38:13 149:13 151:2 165:19 168:9,18 170:19

**net** 101:17

**Newenhousen** 177:15

**Nissan** 34:6 142:9

**non-published** 69:12

**non-signatory** 25:16

**nonetheless** 73:9

**nonresponsive** 150:6

**north** 183:17,18

**Northern** 56:15

**note** 5:7

**notecard** 131:25

**noted** 94:1

**notes** 29:19 30:18

**notice** 2:3 4:22, 24 141:6

**noticed** 163:9, 10

**notwithstanding** 37:10 58:20 119:8

**number** 21:9,11 25:5 26:3,19,20, 25 36:1 37:5,11, 12,24 40:23,24 41:12,20,24 42:13,16 43:13

52:6 53:9 64:23 70:9,10 71:4,11, 15 100:19 101:9 103:18 124:2,4, 13 126:12 134:4 137:11,12 156:4, 5,9,13 158:19 159:11 160:5

**numbers** 12:12 20:25 27:18 47:24 48:16 51:2 116:18 156:24

**Numeric** 21:21

**nut** 131:17

**NW** 2:15

---

**O**

---

**O'MELVENEY** 122:9

**oath** 75:3,4 78:22 117:9 133:22

**object** 19:20 76:22

**objection** 76:23 100:11 115:5,12 150:18 172:21

**objections** 142:22

**objective** 59:19

**obligated** 23:19

**obligation** 116:25

**obtain** 136:20

**obtaining** 13:14

**obvious** 55:4

**occasions** 172:10

**occupying** 166:3

**occur** 178:19

**occurred** 172:25

**occurs** 130:6

**odds** 50:4

**offensive** 71:16

**offer** 10:20 14:6 104:18 143:2 158:15 170:22

**offering** 8:7,10

**offers** 11:11 22:14 59:14 65:1,5 66:21

**office** 89:11 91:2,4,19,25 99:4 151:7 168:8

**officer** 4:8 5:12 42:21 86:8,17, 19,25 109:4 118:2

**officers** 86:6 120:12

**official** 4:24 11:17 158:14

**officially** 161:16

**offline** 9:3

**oftentimes** 176:5

**older** 149:2 155:21

**Olympian** 163:19

**Olympians** 164:4

**Olympic** 88:15, 16,23 96:16

**Olympics** 88:16 89:7,12,18,21,23 163:14

**one's** 65:15

**ongoing** 121:22

**open** 7:13 14:6

**opening** 10:20 16:14 19:21 58:8

**operate** 165:17

**operating** 38:8 44:20 116:8 129:17 142:15

**operations** 129:9

**opinion** 6:6,21 7:18 8:4 38:25 54:12 69:22 109:18,19,20,22, 23 112:19 123:21 172:18, 23 173:15 174:23 175:25

**opinions** 56:19 69:12

**opponent** 31:3 43:15 176:5

**opponents** 153:7

**opportunities** 13:8 15:17 146:11,14 147:2 149:8

**opportunity** 8:10 23:16,17,22 38:8 104:9 114:24 115:13 140:21 153:12 164:23 183:11

**opposed** 69:12 84:18 160:15 170:23 172:13

**opposite** 55:22 145:4 170:14

**order** 97:22 130:10 137:21 138:15 180:10 183:22

**ordered** 52:11

**orders** 149:14

**organization** 86:21

**original** 22:10 58:21 61:14 98:5 156:17

**Orlando** 80:13

**Oscar** 54:20 58:17 62:23 128:23 129:3 151:13

**outline** 70:8

**outlined** 51:10

**outset** 19:2 54:8 134:6,20

**overseas** 173:22 178:14

**overweight** 36:9

**owe** 51:10

**owed** 13:23 34:5 45:18,19 65:13 93:25 98:16 142:8

**owes** 47:19 111:4

---

**P**

**p.m.** 184:12

**pages** 181:13

**paid** 33:21,22 89:16 93:11 96:14 99:18 101:25 102:23 113:12 114:17 115:21 124:24 140:18 152:23 157:3,18 161:7

**pair** 26:15

**paper** 29:9 85:2 94:1 109:13

**papers** 17:24

**paragraph** 22:2 27:11 28:24 73:11 125:3,15

**paragraphs** 126:6

**paralegal** 83:18

**parents** 96:25 164:20

**parlay** 33:10

**part** 9:22 22:1 34:19 57:7 71:18 106:3 107:2 111:24 115:8 119:24 130:3 140:5 146:4 178:17 182:13

**participate** 13:18

**participates** 125:18

**participation** 14:2

**parties** 4:10,23 5:3 7:6,11 8:10, 20 9:17 19:2 43:4 55:9 58:22 59:1 69:16 70:16 74:19 84:2,4,5, 15 121:2 138:25 147:23 171:18

**parting** 155:16 156:8 161:13

**partner** 54:6

**partners** 122:7

**party** 25:2,19,22 39:2 84:18,20 123:9 125:18

**pass** 162:2

**past** 30:11 45:12 52:19 132:10,12, 17 141:11 144:9 153:17

**path** 149:4

**patience** 28:19 153:19

**Patricia** 54:4 56:6

**pattern** 27:1,4 61:3 67:21 134:13

**Paul** 75:25 137:9

**Paulie** 172:11 177:5

**Paulie's** 174:13

**pause** 9:2 164:9

**paved** 152:15,22

**pay** 33:11 34:11 42:7 89:19 90:2, 3,4 93:23 94:7 96:10 97:3,12 102:1,6,21 104:22 106:17 107:12 125:9 130:14 156:24 161:6,7 164:24 167:21 174:9 183:8,9,24

**pay-per-view** 33:6

**paydays** 43:16

**paying** 88:20,21 90:20 102:23,25 117:8

**payment** 27:2 116:15

**payments** 52:11 86:11,13 103:18

**payout** 118:13

**pays** 47:12

**PDFS** 143:1

**peace** 178:1

**pedigreed** 122:13

**pen** 85:2

**penalized** 123:11

**penalty** 16:4 128:3

**people** 41:1 74:14 91:22 101:23 103:1 106:7 127:21 137:2 140:21 149:18,23 152:4 177:11,12

**perceived** 133:18

**percent** 17:22, 23,24,25 24:12, 13 41:18 44:25 45:25 63:5 82:3 86:12,22,24 98:5,9,10,11,12, 13,14,23 99:2, 14,15 100:7 101:11,21 102:25 103:17 106:20 108:6 110:19 124:19, 20,22 125:9 130:17,19 146:8, 13 155:2 160:12, 23 168:13 182:9

**percentage** 13:22 33:24 34:12 38:2 42:1 44:20 46:21,23 63:3 96:11 97:14,18 98:1 102:19 119:17 121:15 146:13

**percentages** 26:12 119:2 160:13

**perception** 94:8

**perform** 18:4 19:16

**performance** 171:5

**performances** 13:7

**performed** 110:13 111:6 131:23

**performing** 107:25

**period** 13:4 17:4,6 23:22 24:22 38:12 61:22 107:24 110:20 149:1 166:25

**perjury** 16:5 128:3

**person** 55:7 83:17 93:1 95:23

117:23 139:3 150:8,14

**personal** 14:22 22:9 40:13 58:9 105:22,23 106:2 123:21 154:18, 20 166:17

**personalize** 163:8

**personally** 101:25 134:17

**persons** 23:14 24:21

**perspective** 78:19 110:18 129:23 132:19

**pertinent** 179:15

**petitioner** 8:24

**Petricelli** 122:11

**phone** 2:11,17, 22 36:5 65:21 78:4 101:20 154:12 160:4 168:16 178:12, 16

**phonetic** 102:2 122:12 149:19, 22 163:2 171:1 177:15

**pick** 95:16 150:15 166:3,5

**picked** 92:24

**piece** 29:9 46:21,23 83:5 126:20

**pieces** 111:17

**pivot** 67:10

**place** 8:21 13:20 36:6 65:24 105:10 161:2,3 166:8 169:5 183:3

**plan** 33:12

**play** 8:6 49:5

**player** 60:9

**players** 79:18

**pleasure** 104:13

**plenty** 43:19 71:3 112:14 113:23

**pocket** 33:19

**point** 8:3,6,14 12:1 18:24,25 19:25 20:2 24:2 25:4 26:2 27:9 28:14 30:14 35:12 37:3 38:15,24 39:10 51:1 53:5,7 57:9 59:25 60:8,12 63:7,9,13 65:8 69:3,17 70:1,12 71:19 73:23 76:23 81:5 83:1 91:12 94:18 104:25 105:25 108:11 109:7 110:11 112:15, 19 113:18 115:19,23,24,25 116:21 117:5 119:20 127:24 128:6,9 133:15 136:16 138:23 141:14 142:2,5, 16 147:19 166:22 167:8,25 170:20 173:21 175:15,25 179:7

**pointers** 170:17

**points** 65:17 118:11 182:3

**police** 58:2

**policy** 18:19 57:15,19,20,22 58:1,5 59:19 130:4 134:5

**Porsche** 103:20

**portion** 22:4 112:19

**position** 7:20 17:17 32:24 37:9

39:11 41:4 42:6, 8 69:5 76:5 131:13 166:12

**possession** 144:6

**possibility** 8:11 20:3

**pot** 134:23

**potential** 176:3

**potentially** 12:19 29:18 79:1 134:2 159:8 175:24

**pounds** 36:24

**Powerpoint** 53:24 80:23

**practice** 2:14 52:24

**practiced** 122:9

**practicing** 68:3

**pray** 150:4

**prayers** 152:9

**praying** 154:13

**pre-arbitration** 7:8,24 8:10,22 9:12

**precuring** 108:5

**preface** 53:21

**prefer** 132:15

**preferable** 6:22

**preference** 7:23 8:1 9:23 31:5

**prefers** 10:3

**preform** 44:24

**prenegotiated** 62:17

**prepared** 5:10 7:15 53:24 71:4

**preposterous** 123:22

**presence** 74:1

**present** 4:9,11 5:3 7:15,20,21 11:1 17:10 20:15 21:4 28:8,10 53:13 54:2 77:1 99:6 114:25 164:18 179:25

**presentation** 7:17 8:2 14:17 20:8 50:20 53:22,24 77:15 94:18 112:16 115:10

**presented** 22:7 76:25 77:2 117:10 144:4

**presenting** 14:3 104:18

**presided** 28:8 179:24 180:3,5

**president** 17:7 78:5

**presiding** 11:17

**pressure** 122:19 123:1

**presumption** 133:24

**pretty** 32:18 43:10 49:8,11 63:19 71:22 98:7 106:2 118:8 133:9 163:10 172:8

**prevail** 43:15

**preventing** 24:25

**previous** 41:25 158:21 171:1,6

**previously** 10:24 12:5

**prey** 130:25

**primary** 29:25

**principle** 113:10

**prior** 11:23 27:13,22 59:3 63:10 75:16

Atkinson-Baker, Inc.
www.depo.com

Index: prison..raise

140:11

**prison** 133:2

**privilege** 39:19

**privy** 7:10 10:12 151:15 152:25

**pro** 89:6 96:19

**problem** 30:16 36:14 71:21 115:19 116:10 118:9 127:20 128:14 130:24 140:15 141:2 143:11 181:20

**problematic** 127:18 142:23

**problems** 173:12

**procedure** 12:3 27:25 28:6 30:22

**procedures** 15:7 22:17

**proceed** 20:17 25:3 33:1 76:3 77:11 135:18 158:17 162:18 168:23

**proceeding** 25:7 121:10

**proceedings** 2:1 4:13 5:7,9,14 8:17

**proceeds** 74:20 86:10 107:14 118:25 119:16 121:4 125:21 146:8,13

**process** 65:3 127:23 180:7

**produced** 8:9 86:4

**producing** 146:9

**product** 38:11

**productive** 166:18

**professional** 59:21 60:16 86:23 88:19

**professionalism** 184:9

**Professions** 86:18

**proffered** 76:25

**profile** 134:24 147:5

**progress** 80:12

**Prohibits** 59:11

**promise** 6:3 74:13 125:17 182:5

**promote** 83:7

**promoter** 29:2 177:24

**promoter's** 83:8

**promoters** 58:1 153:3 174:5

**promotion** 12:19 28:7 33:17 38:9,18 42:5 43:17 81:13 98:6 99:8

**promotional** 58:21 77:24 78:10 81:6 142:14 152:24 170:17 174:14, 25 180:9

**promotions** 151:22 170:18

**prongs** 146:5

**proper** 12:8

**proposed** 7:24 175:6

**proposing** 46:22

**pros** 88:21

**protect** 18:18 57:20 60:3 130:5

**131:**2,3 134:12

**protecting** 56:13 59:19

**protection** 18:21 112:24

**prove** 18:16 55:23 183:2

**proven** 121:16 156:18

**provide** 24:4,7 50:13 69:24 97:1 116:25 160:17 179:14

**provided** 17:25 47:19 75:1 117:2 126:9 181:11

**provision** 29:14,15 116:3

**proxies** 80:12

**public** 18:19 57:14,20 58:1,5 59:19 130:4 134:5,12

**publicized** 123:1

**publicly** 122:17

**published** 69:22 109:18

**pull** 85:18 100:15

**pulled** 21:18 103:10

**Pulling** 28:21

**punish** 124:9

**purchased** 159:3

**purported** 108:19 111:2 121:19 125:2 131:25

**purporting** 121:4

**purpose** 56:12 85:3 99:25

**180:25**

**purposes** 73:6 109:9 171:23

**purse** 45:23 52:5 86:3,22,24 103:15 106:18 108:6 110:19 117:13 118:13, 25 119:3,17 120:9 126:18 127:17,18 128:11 152:23 159:1,2 160:12

**purses** 47:13 142:4 147:7 153:1,9 167:16, 22

**pursuant** 2:3 4:21

**pursue** 103:24 161:17

**pursued** 88:17

**push** 152:11

**pushing** 104:5

**put** 11:5 25:6 33:19 34:19 35:7 38:11 42:6 50:5 54:7,14 65:7 72:12 83:4 85:2 111:11 112:6 114:19 116:4,24 122:19 131:13 140:14 141:5 145:20 147:12 171:2 184:1

**putting** 19:10 62:2 129:7 145:1

**Q**

**qualified** 122:22 131:15

**qualify** 14:25

**quantum** 110:25

**quarter** 44:15,16

**question** 14:7, 14 20:1 24:4,9, 10 31:20,21 35:20 45:8,20 54:13 69:11 75:2 89:25 94:3 108:13 115:3,16 118:11 135:14, 23 145:19 154:23 156:1 168:3 173:10,14 174:20 179:20

**questions** 4:15 43:21 44:6,8 70:2 87:7,25 94:16 104:11 107:20 135:17, 23 144:11 148:6 156:3 158:10,13 161:21 162:23, 24 168:22 169:7, 21 172:2 175:8 179:16 180:16, 17

**Quiambao** 177:14

**quick** 10:5 26:9 30:20 48:17 69:10 98:3 100:16 118:10 119:24 169:21 171:12

**quickly** 25:6

**quote** 19:4 57:6, 8 59:17 157:3

**quoted** 11:8 138:13

**R**

**R-A-L-P-H** 162:12

**racketeering** 123:3,16

**raise** 87:15 115:6,12 134:24 141:21,24 142:21 164:16 169:13

**raised** 12:6,17 25:9 133:16 135:14 141:24

**raising** 147:4

**Rakhimov** 45:24 152:22

**Ralph** 3:13 12:7, 24 16:4,8,13,16, 20 17:12 25:15, 19 27:17 28:10 29:7,8 32:17 39:4 62:18,19 65:13,14,16 70:5,14 71:17,25 72:19,20 73:15, 17,20,24 75:8, 12,13,17,20,21, 23,24 76:1,8,10, 11,12,13,17,20 77:22,24 78:1,2, 13,17,20,22 79:11,25 80:3,4, 20,21,24,25 81:1,2,23 82:6,7 83:20 85:9,16, 17,19,20 86:6,7, 14,16,24 87:3 88:4,5,17,18 89:18,20 90:10, 15,16,19,21 91:6,25 92:4 93:1,2,4,10,15, 17 94:3,4,9,11, 12 95:23 96:1,8 97:2,6,24 98:15 99:5,20,23 102:2,3,22 103:6,23 104:4,5 107:9,10,13,23 108:10,19,23 110:16,19 111:5 113:2,12,17 114:3,13,15,16, 17,18 115:20 116:4,15 117:12, 16,24,25 118:2, 3,14,18,23 119:6,7 120:3 121:3,11,18 124:4,22 125:20 126:4 128:6 129:7,19 130:2,9 131:4,21 132:16,

18,23 133:21 134:2 135:24 139:7 140:9,18, 24 145:11,23 146:17 147:9 156:14 157:16, 23 161:23,24 162:7,12,14 175:2 177:4,7 179:4

**Ralph's** 73:14, 18 80:8 96:13 98:15

**ranging** 32:19

**Rank** 54:20 58:14,15,18,24 59:1,5,8 61:10 69:21 90:12 108:2 178:6

**Rank's** 58:25

**Ranks** 179:9

**rare** 182:10

**rates** 122:16

**ratified** 55:7

**Rau'shee** 96:17

**Ray** 83:6

**Ray's** 83:10

**reach** 155:4

**reached** 22:10 163:23 170:7,15 175:5

**reaching** 47:15 155:3

**read** 5:16 8:8 25:5 31:11,12 35:2 41:8 67:2 85:11 124:6 132:22 133:7 137:24 138:1,9 141:18 143:21 147:15

**reading** 80:15

**ready** 47:11 50:25

**real** 10:5 30:20 31:3 41:12 49:9 100:16 110:10 119:24 165:14 171:12 182:4

**realize** 78:24 122:22 143:14

**realized** 68:23 179:13

**rear** 151:21

**reason** 14:10 17:14 56:2 70:3 82:23 112:21 114:18 124:13 129:23 135:13 139:10 153:12

**reasonable** 47:7

**reasons** 12:24 14:19 51:11 61:5

**rebut** 172:20

**rebuttal** 144:25

**recall** 24:12 51:21 77:5 139:7

**receive** 33:23 86:21 112:25 113:7 121:19

**received** 16:25 102:9,18 108:24 117:4 119:16,17 123:12 126:11 131:22 143:17 156:16 157:1,4, 17 178:22

**receives** 86:21

**receiving** 86:9 102:7 147:3 184:10

**recent** 174:21

**recently** 17:7 72:18 132:12 158:1

**recess** 9:9 10:19 48:7,13 100:5 162:6

**recipient** 76:15

**reckoning** 119:22

**recognize** 59:9

**recollection** 73:15

**record** 4:4 5:2,6, 9 9:8,10,16 12:9, 21 13:16 48:14 53:14,17 56:10 75:3 84:18 87:12 108:23 114:24 138:7 144:20,24 145:19,21 147:14 148:4,11 149:25 160:10 162:11 169:11 173:17

**recording** 8:16, 17,20

**records** 4:25 17:25 27:13

**recount** 173:1

**recover** 42:9

**recovering** 113:7

**reduced** 45:24 122:16

**reenter** 12:1

**refer** 11:6 20:21 21:7 25:6 57:1 98:3 100:14 103:9 139:6

**reference** 20:24

**referenced** 118:24 143:23

**referencing** 77:6,15 78:1,4 79:12

**referred** 15:15 17:3 21:8 57:17, 24 59:17

**referring** 21:9 76:24 98:4 99:24 100:22

**refers** 124:25

**reflected** 12:12 13:9

**reflects** 39:11

**refusal** 89:5 130:10

**regional** 170:24 173:23

**regular** 91:22 165:17

**regulate** 116:9 126:7

**regulates** 127:23

**regulating** 56:12

**regulation** 117:21

**regulations** 57:25

**regulatory** 18:20 71:21 72:1 82:23 83:5 85:4 111:14 117:14, 17

**rehabilitated** 49:23

**rejected** 61:18, 19

**related** 84:20 100:7 119:2

**relates** 35:6 106:3 124:4 170:1

**relating** 142:3

**relationship** 13:17 15:6 19:3, 5 20:3,5 32:2,15, 23 35:4,8 47:9 73:13 74:3 78:3 79:5 84:5 88:13 97:5 107:16,18 114:14,15 129:25 130:1 133:17 134:16 146:21 154:20

Atkinson-Baker, Inc.
www.depo.com

157:1,5 162:24
163:17 165:14
166:21,22 167:1,
7,18 168:4,11
170:1 179:10

**relaxed** 19:24

**relays** 168:15

**release** 11:22
23:12 27:21
28:11 62:2,24
63:10 64:25
66:8,10,11,12
68:15 109:15
110:9 137:14

**released** 15:19
23:1,5,7,14
62:10,15 64:1

**relevant** 12:8
25:8 27:23 49:16
55:21 133:15
141:22

**reliable** 133:25

**relied** 150:16

**relief** 51:5

**rely** 166:7

**remainder**
34:12 74:9
112:22 124:15

**remained** 171:4

**remaining**
33:23 38:3 132:3

**remains** 22:10

**remarks** 180:21
181:8,16

**rematch** 152:20
175:8,18,21
176:7,11,20,25
177:22

**remember**
101:4 103:12,20
152:5 179:2

**reminded**
147:16

**render** 58:9

**rendered** 7:18
8:4

**renders** 71:22

**Rene** 75:18
103:23 104:2,4

**renegotiate**
26:11

**renegotiated**
62:15

**repair** 32:15

**repairable**
35:12

**repaired** 19:6

**repay** 27:7

**repeated** 140:24

**replying** 173:20

**report** 134:11
149:14,24
165:20

**reported** 157:23

**reporter** 5:6
102:11

**reports** 132:9
133:7

**repossessed**
165:25 166:9

**represent** 39:17
95:20 108:4
178:24

**representation**
74:18 85:9,15
106:10

**representation
s** 84:24

**representative**
28:16 51:12
108:23

**representatives**
12:23 29:2

**represented**
84:2 170:13
172:10 175:12,
13

**representing**
129:2 170:10

**represents**
116:5

**reps** 85:15

**request** 4:21
51:4,5 52:4,6
72:23 136:20
178:2 181:10

**requested**
181:10

**requests** 52:7

**require** 81:7

**required** 72:4
123:7 137:17,19
138:18,20 141:5,
9

**requirement**
29:12 66:19
82:24 83:2 141:1

**requirements**
29:4 55:10

**requires** 16:2,7
33:24 64:20

**requiring**
115:23,24,25
131:24

**research** 109:24

**Reso** 149:19

**resolution**
47:16 52:13

**resolve** 14:13
106:22 178:1

**resolved** 54:22
141:7 174:17

**resolves** 23:21
27:22

**respect** 64:10
66:18 67:15
119:10 157:21
175:7,9

**respectfully**
67:16

**respond** 4:14
70:3 115:15
123:11 155:7

**responded**
116:23 123:4

**RESPONDENT**
2:13

**responding**
51:7 144:3

**response** 155:5

**responsibilities**
135:4

**responsibility**
34:22

**rest** 65:22
111:18 112:1
126:24

**restart** 61:22

**restarted** 61:12,
16

**restrained**
32:20

**retained** 33:4
71:11

**retribution**
121:21 124:10

**retroactively**
110:16

**return** 13:7
121:19 157:17
176:10

**revalidate** 15:18

**reveal** 39:22

**reveals** 39:18

**revenue** 38:18
174:9 176:4

**revive** 55:13

**rich** 172:8
174:18

**RICO** 122:2

**rights** 71:8

**ring** 125:19

130:21 146:6,11,
13 147:2 151:8

**risk** 44:24

**Rizzo** 177:12

**road** 152:15,22
158:8

**Robert** 75:22
78:2 79:11
80:13,25 83:8
95:25 166:24,25
167:2,11,19
168:14 170:12
177:3,7

**Roberto** 74:3
78:23

**Roger** 20:20

**Rojas** 159:19
160:8,11,20

**role** 146:18

**Rolex** 103:20
142:9

**Ron** 149:19
177:12

**Ronda** 56:20
111:2,4 147:17

**rookie** 60:9

**room** 7:8 18:12

**roughly** 124:25

**round** 43:25

**Rousey** 56:21
110:24 111:1,3,
4,12,21 112:20
113:5 114:4,10,
21

**RPR** 2:3

**rule** 14:20 15:13
18:9 35:24 37:4
51:6 61:10
66:23,24 67:7,13
69:15 77:5 123:5

**rules** 11:24
19:24 63:24
176:9

Atkinson-Baker, Inc.
www.depo.com

**run** 22:5 45:4 149:23 161:9

**running** 21:15 129:9 170:4

**Russell** 49:24 159:12,15 160:21

---

**S**

**S-T-E-V-E-N** 169:12

**sack** 127:17

**Sacramento** 12:15

**sad** 13:17

**sailed** 67:12

**Sam** 149:16

**San** 122:8 179:2

**sanction** 123:12

**sanctions** 123:8

**Santa** 2:21 88:8

**sat** 11:20 16:11 73:21 98:16

**satisfied** 23:9 66:22

**satisfies** 66:19

**sauna** 36:10

**save** 50:11,18

**scenes** 116:9 151:20

**scheme** 71:21 72:1 82:23 83:5 85:4 111:14 112:23 117:15, 17

**school** 55:16 122:8

**schools** 122:14

**scrap** 170:22

**screen** 21:19 26:22 28:22

34:19 54:2,5 56:2,3,7,8 62:9 79:21 80:19 86:16 106:14,15 139:22

**scroll** 105:17

**Sean** 81:14

**seats** 129:8

**seconds** 75:6 179:18

**secret** 92:5

**secretary** 86:5 120:11,23 122:11 129:16

**section** 14:21, 25 58:8 59:10 61:20 67:6 69:15 111:19 112:15 124:2 137:23 138:16

**sections** 94:22 138:11

**secured** 5:5

**seeking** 18:18 27:1 121:12 134:11

**send** 27:16 82:20 113:7,11 127:3 143:25 181:7

**sending** 75:24 81:24 95:20 144:18

**sends** 117:18 126:10

**sense** 18:25 50:5 59:18 87:7 101:24 104:3 183:13

**sentence** 150:6

**separate** 8:15 14:19 18:7 51:19 120:22 135:12 147:23

**separated** 111:19 161:17

**separates** 176:16

**September** 32:14 60:22

**sequence** 94:20 121:7

**sequencing** 8:1

**series** 14:22

**serve** 22:8 59:11,18

**served** 4:23

**service** 58:11 122:16

**services** 5:5 14:22 17:3 22:9 58:9 111:7

**serving** 4:7

**session** 11:21 15:19

**set** 13:8 15:16 33:12 37:25 38:22 42:8,9 70:8 164:2 174:15 175:3 178:25 179:1

**sets** 43:16

**settle** 182:5

**settlement** 7:9 8:11,23 9:12,23, 24

**seven-year** 14:20 15:13 18:9 30:12 35:24 61:10,12,22 66:23,24 67:7,13 69:15

**shape** 163:8

**share** 54:5 56:1 121:4 174:9 176:4

**shared** 21:19 80:22

**shareholder** 86:20

**shares** 125:18

**sharing** 56:4 74:20,21 125:21

**sharking** 131:9

**shave** 42:14 47:14

**sheet** 77:24

**Shelby** 81:15

**shell** 131:18

**ship** 67:12 141:3

**shit** 88:11 91:22

**shocked** 152:2 183:21

**shocking** 116:10

**shopped** 24:21 153:2

**short** 164:19 167:5 181:13

**shorter** 68:10

**shortly** 32:16 140:4

**shot** 133:10 159:9

**shots** 159:19

**show** 11:7,14, 17,22 12:4,21 20:8,18 29:4 76:17 83:11 95:24 155:6 165:4

**showed** 30:4 37:3 95:22,23

**showing** 16:22 17:25 80:8 107:7

**shown** 19:22 118:6 119:2 146:15

**shows** 20:4 80:19 109:24 144:18 161:1

**side** 16:16 18:7 19:7 44:1 53:18

64:15 74:19 106:4 124:21 125:23 130:21 157:13

**sidelines** 148:7

**sides** 6:4 20:4 39:24 40:19 45:7 47:11 125:8 141:22 170:14

**sideways** 75:16

**sign** 13:6 16:7, 10,11 23:8 59:22 66:8,9 68:15 73:19,21 79:3 81:4 82:4,22,25 84:8 89:17,20 90:5 93:19 98:20 108:12 114:20 115:21 116:1 119:25 127:1 164:3,4

**signatory** 25:24

**signature** 21:4 78:18

**signed** 12:25 15:9,20 23:5 28:13 29:9 58:22 59:1 60:21,24 62:3,4,5,16,24 63:10 64:2,24 65:7 66:10 67:17,18 68:18 70:13,14 74:15 75:10 76:10,11 78:12,14 81:25 82:5,6,8 89:13 90:8,15,22 98:5 99:4,8 108:7,9 109:14 110:9 111:8 119:16 133:22 151:23 153:3 155:12 172:12 174:25 177:25

**significant** 133:2

**signing** 15:19 16:11 24:4,18 29:3 73:21 76:10,20 79:9,12

81:2 85:16 90:17,18 97:24, 25 131:5 151:25 163:24 180:5

**signings** 179:24 180:4,20

**similar** 28:6 179:5

**similarities** 112:5

**similarity** 112:6

**simple** 14:10,11

**simply** 67:25 122:19,25 170:16 173:20

**single** 116:15 119:10 180:8

**sir** 9:13 10:22 20:20 21:2,17,21 22:3,4 23:10 24:2,6,14 25:4, 11,12,14 26:5, 20,22 28:5,18,21 29:25 30:6 31:2 32:4,12 35:5 37:1,17 38:17,25 39:25 40:11,21 41:6 43:1,7,13 44:11,17 45:3,10 47:3,12 48:1,9, 16,18 49:3 51:1 56:25 62:17 70:11 71:7 77:11 79:22 95:1 100:25 106:5 108:17 109:20 110:23 112:11 115:14 120:7 124:3 136:15 139:25 140:23 141:21 142:18 143:3 144:21 148:2,8 153:12 156:12 159:8 162:9 172:3 174:20 179:18 180:16 184:6

**sit** 116:10 148:6

**sited** 56:17

**sits** 168:7

**sitting** 10:25 31:6 66:21 135:25 145:15

**situation** 33:8 35:16,25 49:24 68:17 69:7 104:7 130:6 141:22 154:25

**situations** 92:2

**skills** 43:14

**skip** 72:3 73:6 85:22

**slam** 68:5

**slides** 72:3

**slightest** 20:2

**slow** 21:15 79:16

**slowly** 5:8

**small** 151:19 153:6 170:24

**smart** 154:1

**smoothed** 152:21

**smoother** 20:23

**snapped** 159:17

**soccer** 49:7

**soft** 154:1

**softer** 153:20

**solely** 18:5 100:7 146:19 150:2

**solid** 41:12

**solved** 145:12

**son** 149:20

**Sophia** 27:11

**sophisticated** 59:25

**sort** 7:8 13:2 26:14 27:1,4 28:22 30:1 36:21

43:25 50:1 144:14 147:16

**sought** 68:24 176:17

**sounded** 7:15, 16

**sounds** 8:23,25 17:19 19:20 172:18

**source** 144:23

**soured** 84:6

**south** 2:9 133:17 134:16

**space** 15:22

**speak** 5:8 91:16 130:1 145:16 148:5 153:10 165:14 170:2 172:6 173:11

**speaking** 78:2

**specific** 136:20 146:10 149:13

**specifically** 58:6 61:13 64:20 66:25 122:2 170:3 178:3,6,23 180:11

**speculation** 48:2

**speech** 77:19

**speed** 29:20

**spell** 87:12 148:10 162:11 169:10

**Spence** 96:16

**spend** 32:13

**spiel** 77:18

**split** 50:4 78:7

**spoke** 80:24 108:21 147:8

**spoken** 82:15, 16 146:16

**sponsorship** 34:2 142:3 146:10,14

**sponsorships** 13:15 34:5 135:6 151:22

**sport** 36:14 57:13 153:15 156:7

**spot** 154:1

**spreadsheet** 116:24 157:2 160:25

**Spring** 2:9

**Springs** 5:23 183:19

**square** 34:7

**staff** 150:16

**stamp** 100:15

**standard** 115:9

**standing** 37:4

**standpoint** 35:9 37:7

**start** 5:11,16 142:10 167:11

**started** 11:9 22:12 64:21 88:9,11,14,21 98:24,25 124:12 144:16 176:2 180:3

**starting** 12:13 25:13 68:22 88:10

**starts** 68:20

**state** 4:8 5:1,2 25:25 27:19 86:5 87:12 120:12,23 122:11 148:10 162:10 169:10, 23 177:13

**stated** 10:24 18:19

**statement** 5:13

10:21 14:6 19:21 128:3 147:8 171:17

**statements** 7:4 171:19

**static** 153:24

**statute** 11:9 18:23 22:12,22 23:9 58:7,12 64:21 72:7 127:11,23 137:18

**statutes** 57:25 58:5

**statutory** 26:1 112:23

**stay** 10:13 163:8

**step** 7:10 23:10, 11,12 74:4 178:16

**stepped** 80:5,21

**stepping** 44:19

**Steve** 134:19 135:1 138:21 146:15 147:19, 20 168:21 173:4, 8,13

**Steven** 3:17 169:12,15

**stipend** 90:19

**stipulate** 40:5

**stop** 18:8 70:1 115:4

**stopped** 90:20

**story** 18:7

**strangely** 55:18

**street** 2:9,15,20 131:9

**strike** 150:5

**strikes** 63:1

**strings** 143:2

**strong** 57:19,20 159:18

**strongly** 7:20 68:11 69:4

**struck** 11:10 22:13 35:2 59:13 64:22

**structure** 11:14 37:23 76:6 97:13 122:23

**study** 62:1

**stuff** 29:10 31:4 32:23 44:4 52:17 65:22 91:5 95:21 99:1 103:20 106:7 108:14 110:22 111:18, 23 112:7 126:24 133:9 136:7 139:10 144:15 147:17

**subject** 116:3 132:7

**submission** 21:14 116:24

**submissions** 20:4

**submit** 54:24 181:14

**submitted** 6:13 8:13 16:13,22,24 18:6 20:10 29:23 55:18 72:11,16 74:8 76:17 77:16 78:22 92:9 119:7,8,13 124:6

**submitting** 85:4

**subparagraph** 26:17 28:15 140:7

**subsection** 137:23 138:12, 13

**subsequent** 22:9 42:14 48:21 55:7 63:11

**succeed** 33:15 161:4,10

**success** 37:8 42:10 151:5

**sudden** 158:2

**suddenly** 129:17

**sufficient** 18:17

**Sugar** 83:6,10

**suggest** 41:12

**suggestions** 174:6,8

**suitable** 134:3

**Suite** 2:10,21

**summarizing** 56:17

**summary** 54:23 68:7

**summation** 20:7 115:9

**summer** 177:5

**superceded** 59:3 61:14

**superceding** 61:23

**supervising** 2:8 4:11 137:4,5,7

**supplemental** 144:8

**supported** 111:5,12

**supports** 64:15

**suppose** 52:22

**supposed** 63:5 64:4 99:15,22 131:2 158:21

**supposedly** 94:1

**swear** 75:5 87:10 148:9

**swim** 136:19

**sworn** 74:6 87:18 119:8 148:15 162:15

169:16

**system** 18:20

**systematically** 17:17

---

**T**

**T-O-N-Y** 102:16

**table** 11:25 17:11 29:17 30:7 33:7 130:22

**tactic** 140:25

**tactics** 124:9 134:15

**takes** 127:14,15, 19

**taking** 9:22 39:7 68:21 96:24,25 98:1 117:13 129:13 130:16, 17 137:2 140:13 146:7

**talk** 18:14,22 36:6 44:18 46:4, 7 64:16 70:10 77:20 90:7,21,24 91:18,22 116:18 123:23 136:18 142:5 145:22 168:21

**talked** 36:3 45:14 66:25 76:1 90:25 91:1 108:1 129:21 140:16 147:20 154:12 164:5,8,21

**talking** 6:16,17 8:16 15:6,12 22:21 44:13 45:8 47:1 48:24 49:15 63:16 75:22,23 78:5 79:18 87:24 88:10 90:12 94:6 99:14 102:19 104:16 110:3,5 111:22 124:10 126:3,14 135:8 137:8 140:20

151:11 157:11 159:4 171:24 173:6

**talks** 149:15

**targeted** 163:19

**tarnished** 159:25

**task** 150:9

**taxes** 183:8

**teammates** 96:16

**teams** 10:11

**tease** 32:11

**Tecate** 34:4 142:6

**technical** 6:25 142:21

**teenager** 59:23 130:11

**telephone** 9:19

**telling** 96:14 99:1

**ten** 23:7 48:8 60:9,14 61:2 66:19,22 93:4 106:7 122:14 144:9 163:2 179:17

**ten-year** 15:6

**tend** 109:14

**tended** 26:13

**Teofimo** 177:17

**term** 13:5,24 15:23 16:17 22:11 58:21,23, 25 59:4,6 60:22 61:13,17 64:12, 14 65:6 66:25 77:24 81:2 118:19 131:8

**terminate** 18:10 59:9

**terminated**

14:18 17:16 69:8 180:10

**terminating** 47:15

**termination** 56:21

**terms** 12:9 13:6, 11,15 16:23 26:17,24 34:10 63:11 70:22 73:18 77:25 78:6 86:18 96:7 119:13 130:3 139:2 145:2 155:9 172:4

**Terrel** 96:17

**terrible** 155:13

**test** 22:25 60:5 61:12 66:20 69:3

**tested** 131:14

**testified** 87:19 107:21 145:6 148:16 162:16 169:17

**testify** 72:17 76:9 85:23 170:7 176:13

**testifying** 150:19

**testimony** 6:9, 20 13:10 20:23 72:16 74:6,10 95:7,12 100:12 160:15,17 172:18,24 173:1 175:10 179:15

**Tevin** 16:23 75:21 76:2 101:6 103:24,25 104:10,24 105:4, 6,10 119:12 152:16 159:20 175:3

**Texas** 150:11

**texted** 154:10 155:5

**theme** 27:8

**thing** 6:7 8:15 20:21 24:11 27:5 32:10 33:13 34:18 35:2,15 36:17,21 37:15 40:3,17,24 43:11 44:15 48:17 52:22 54:5 62:10 64:1 65:25 68:16 75:4 79:20 81:10 83:10 91:17 92:17 94:4 112:15 113:17 114:5 123:24 129:10 134:10,22 138:9 144:16 147:9 154:13 165:16 168:5 178:5 182:1 184:2

**thing's** 50:12

**things** 5:18 6:18 20:13 22:6 27:24 31:7,19 33:25 34:14 39:3 40:14,19 52:12 55:23 80:16,21 83:9 84:7,15 92:1,8 111:9 121:13 124:25 125:9 143:5 149:24 151:1 155:14,15 160:19 173:6 175:9,24 178:1 179:6 183:6,20

**thinking** 31:13 62:9 104:17

**thinks** 40:3 41:2 50:16 84:19

**thought** 23:24 36:23 45:5 72:19 76:13 82:5,11 85:18 115:16 147:15 167:16,22 172:8,25 173:10 177:9 182:4

**thoughts** 69:25

**thousand** 155:2

**thousands** 180:3

**threat** 133:19 177:23

**threaten** 137:14

**threatened** 57:14

**threatening** 170:21

**threats** 133:10

**threw** 171:8

**throw** 156:9

**THURSDAY** 4:2

**tickets** 140:17,18

**tie** 37:19

**tight** 148:18

**Tim** 149:19 177:14

**time** 4:19 5:8,12 6:1 7:1,7,17 8:7 12:1 13:24 15:22 17:4,6 20:13 24:22 29:12,21 30:6,10,17 32:13,15 36:24 37:14 38:12 40:15 43:5,20,21 44:5 47:23,24 48:4 49:6 50:11,19 52:8,18 53:1,6,10 56:19 65:13 67:10,18 68:20 71:3 73:8 75:14,15 82:14,15 89:8,11 91:13,18 93:3,8 95:10 96:23,24 98:16,20 103:1 104:6 112:14 115:6,11 128:6 129:20 132:14 133:2 135:17 136:7,10,24 138:2 142:23 145:16 148:1 149:1 151:18

**timeline** 178:3

**times** 36:15 49:5 52:11,18 63:16 120:4 129:21 133:7 142:16 144:22 155:4 177:2

**Tinsters** 163:2

**tirelessly** 16:25

**title** 159:9,19 160:21 166:1 170:24 171:6 173:23 174:19 175:4,14,20,22 176:3,8 177:6

**titled** 58:20

**titles** 159:23

**today** 4:11 11:3 13:1,16 17:10 18:10 19:1 35:15 42:18,24 44:9 45:9 46:22 48:3 53:14 54:14 55:2,19 57:6 71:18 82:14,20 91:13 108:18 117:22 125:20 130:5 143:8 155:16 157:12 161:13,17 181:3 182:12

**today's** 4:13,19 5:9,13

**toes** 178:16

**told** 39:12,13,20 45:13 47:10 51:11,17,23 52:25 68:2 75:20 91:10 92:17,20

**152:9 155:5 158:11 159:19 160:19 163:4,22 164:14,18 165:8 166:3,18,22,25 167:3 168:25 170:3,6,21 171:10,14,22,24 177:16 178:18 184:1,3,5,12**

**timeline** 178:3

**Tony** 102:4,14,15,16 103:2

**toothless** 71:22

**top** 54:20 58:14,15,17,24,25 59:1,5,8 61:10 69:21 90:12 101:8 105:20 108:2 120:2 122:13,16 178:6 179:9

**topics** 94:17

**total** 60:18 101:17

**totaled** 118:23

**totally** 114:3 135:11 143:11

**totals** 103:19

**touched** 131:19

**touches** 171:3

**Tovali** 149:22

**town** 178:13

**track** 49:23 116:1

**tracker** 12:16

**tracking** 27:17 44:4

**traded** 122:17

**trafficking** 132:22

**train** 163:7,8

**trainer** 151:12 171:10

**96:1 97:8,22 98:22 110:13 121:10 132:12,23,25 133:18 134:20,21 135:5 146:22 147:8 152:3,4 155:18 160:11 164:1,7,22 173:20 175:14,23 178:12,24**

**training** 88:9 91:20 92:11,14 93:7 103:3 171:4

**Trampler** 178:6

**transaction** 127:24

**TRANSCRIPT** 2:1

**transparent** 122:25 146:9

**transpires** 9:17

**trash** 151:11

**travel** 164:21

**treating** 39:7

**trials** 88:15,16,24

**true** 11:12 15:10 18:14 22:15 27:14 59:15 65:1 69:1 74:25 79:25 80:4 82:7 104:14 130:21 134:10 182:7

**trust** 17:17

**turn** 5:12 44:19 58:4 117:17 147:5 171:18 179:6 180:24

**turned** 46:6 82:7 85:21 89:6 135:7 146:22

**turning** 20:13 89:3

**turpitude** 133:24

**Twitter** 32:18

**type** 81:9 83:12,13 98:1 103:5 147:5 173:25

**types** 52:14 148:25

**typical** 97:4

Atkinson-Baker, Inc.
www.depo.com

Index: Uber..week

**U**

**Uber** 166:2

**UFC** 81:14 111:7,8

**Uh-huh** 106:23

**ultimate** 4:17 79:2 128:22 132:22

**ultimately** 105:10 106:16

**un-enforceability** 55:24

**uncertain** 13:10

**uncomfortable** 132:7

**uncommon** 66:8

**underneath** 154:14

**underscores** 107:13

**understand** 5:20 18:17 26:6 29:16 32:12 47:3 64:2 71:1 72:14 79:17 88:25 95:12 100:8 106:8 110:11 122:1 123:19 126:16 136:19 138:5 140:12,15 141:20 142:1 156:23 180:25 182:21 183:13 184:1

**understanding** 5:4 45:21,23 59:25 72:17 89:15 104:23 105:1 129:9

**understands** 23:18

**understood** 21:17 44:21

45:10 49:3 52:9 112:3 147:18

**underworld** 57:12 134:9

**undisputed** 14:16

**undocumented** 126:12 130:7 131:8

**unenforceable** 54:17 73:5

**unheard** 81:9

**uninterrupted** 15:23 60:18

**unique** 68:17 69:6

**unlicensed** 16:3,5,16 70:5 72:10,15 79:25 86:1,9 107:24 116:13 117:7,8 119:19 121:2 128:16

**unpack** 59:18

**unpublished** 69:17,18 109:24

**unqualified** 141:13

**unquote** 157:3

**unsupervised** 137:3

**untenable** 32:24

**unusually** 57:19,20

**upfront** 98:2

**uphold** 55:24

**upholds** 18:21

**upset** 6:3 40:19 134:21 152:20 160:2,3

**urgent** 73:17

**user** 19:12

**usurp** 135:3

**utilize** 37:20

**utilized** 174:2

**V**

**Valerie** 149:22

**valid** 6:10 12:5 14:9,19 23:2 30:1,4 31:15,16, 17,24,25 32:7 35:21,23 37:13 39:6 40:23 44:5 54:16 64:8 84:9, 14 85:20 110:8, 13 121:17 145:9 182:18,25 183:18

**validate** 27:15

**validated** 108:21

**validity** 24:8 51:6,18 55:8

**valve** 65:1

**Vargas** 150:1 167:20

**Vasquez** 2:23 56:1 143:19

**Vazquez** 54:6

**verify** 132:25

**versus** 54:20 56:16 57:17 58:14 69:19,21 142:3 147:14

**vetted** 69:15

**VGC** 2:20 35:7, 10 121:24 122:2 123:3 136:21,24 137:10,16 140:14 147:21

**victimized** 122:23

**view** 31:22 42:7 50:2 76:4 117:19 130:25 132:15,

16 146:25 174:9

**viewed** 67:15 76:8 110:12 114:15,16

**vigorously** 13:6

**violated** 15:11 111:14 112:23

**violation** 72:7,8 127:10,25 129:18

**virtually** 4:10,20

**vis-à-vis** 84:17 96:5

**visceral** 32:16

**visits** 93:4

**void** 14:15 15:13,18 55:6 61:4 79:23 80:7

**voids** 80:2

**voluntarily** 67:24

**voluntary** 67:19 175:4

**vulnerability** 57:10

**vulnerable** 60:8

**W**

**wait** 25:10 62:7

**waive** 55:10

**waived** 55:9 67:6,15

**walk** 11:25 23:15,23 65:18 101:3 179:21 180:12

**walked** 23:23

**walking** 50:8

**Walter** 149:17

**wanted** 8:19 32:10 52:23 53:6,21 65:18

66:2 75:17 87:24 88:18 94:17 96:1,2,14 97:23 98:22 103:23,24, 25 104:6 106:22 135:20 143:12 147:12,13,20 154:7,10 155:2, 4,8 159:24,25 161:4 164:2,3 165:4 166:11 167:21 171:9,21 174:7 184:2

**wanting** 41:9 144:19

**war** 135:14

**Ward** 22:23 35:25 67:3,5

**warranties** 85:15

**Warren** 96:17 122:10

**wash** 164:15,16

**Washington** 2:16

**waste** 30:6 44:5

**watch** 155:23

**watched** 5:22

**Watson** 149:16

**Watson's** 152:6

**wax** 46:9

**ways** 155:16 156:8 161:13 175:23

**WBC** 159:9,16

**weather** 50:1

**website** 86:5 120:12,23

**Wednesday** 181:11,15

**week** 53:2 171:19 181:12 184:11

Atkinson-Baker, Inc.
www.depo.com

Index: weeks..Zoom

**weeks** 82:7 154:9,15

**weigh** 83:24

**weight** 36:11,13, 16,20,22 37:2,6 42:9 46:13 160:9,11,20

**welcomed** 122:18

**whatnot** 103:19

**whatsoever** 23:20

**whim** 44:22

**whispered** 155:18

**white** 14:20 68:1,6 81:14

**Whitman** 179:9

**wide** 32:18

**Will's** 183:15

**William** 2:8 4:6

**William. gardner@doj. ca.gov** 2:11

**win** 155:16,17 159:8

**winning** 88:14 159:7

**wins** 41:15 43:13 46:16 159:6 175:20 176:19 182:9

**wise** 172:10 176:17

**withdraw** 123:10

**withdrew** 123:14

**withhold** 52:4

**witnesses** 87:11

**woman** 129:17

**won** 88:15 171:5 177:6

**wondering** 173:14

**word** 34:21,22, 24 123:12

**words** 6:15 16:13 34:23 44:16 73:11 85:19 122:4

**work** 6:5,19,21 9:20 35:8 38:11 40:8 44:11 45:6 71:6 112:17 128:19 151:6 154:19,20 155:8 161:19 168:6 177:13 178:1 180:20

**worked** 13:4 15:15 16:24 70:18 82:12 89:10

**working** 38:10 70:21 83:20,21 104:13 113:25 114:1,6,8 139:9 150:12 163:22 164:12 165:13

**workout** 93:9

**works** 41:18 64:10 81:18 105:3 127:8 128:18 139:15 151:20 163:22 179:23 183:8

**world** 13:8 36:8 141:13 150:8 159:18,23 160:21 167:20 171:5 172:11,15 174:19 175:4,12, 20,22 176:18 177:6

**worn** 169:24

**worries** 143:16

**worry** 117:16

**worse** 179:6

**worth** 36:1 37:15,16 40:24 41:21,22 44:15 48:25 50:13,14, 17 52:17 53:15 69:1 109:13 117:18 152:1 156:4 167:22 182:19,20

**worthy** 151:12

**wrap** 179:20

**wrapped** 123:25

**wrath** 154:3

**write** 29:8 43:3 52:16 113:4 156:15

**writing** 78:20 120:7 125:5,7

**written** 53:20 78:16 86:3 109:13 117:23, 24 118:13,18,21, 22 124:19 126:10 130:13 171:20 181:10, 11

**wrong** 7:16 39:14 101:23 183:2

**wrote** 54:20 55:6 59:10 104:5 106:12 116:22 120:5 135:2

**Y**

**Yalen** 178:7,10, 24

**Yalen's** 178:11

**year** 12:13 36:8 88:22 96:18,19 109:12 121:21 132:13,17 157:4 177:18

**years** 11:8 14:23 15:3,24,25 22:9,

11,12 37:20 58:10,22 59:7, 12,22 60:9,13, 14,19 61:2 63:22,23 64:18, 21 67:23 68:3,9 69:2 88:6 110:15 122:10 132:3 152:12,13 155:12,19 157:8 158:1 163:3 174:16 175:1

**yesterday** 36:3 144:1

**York** 122:7 177:13

**young** 136:25 152:5

**youthful** 133:6,8

**Z**

**Zambrano** 2:8 4:12 9:20

**Zoom** 4:21 5:18 9:18 10:5,7,14 82:15