1 | Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
2 | Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
3 | FEDERAL PRACTICE GROUP
431 N. Brookhurst St. STE 130
4 | Anaheim, CA 92801
Telephone: (310) 795-6905
5 |
6 | *Attorneys for Plaintiff*
7 | Moses Heredia

8
9           **UNITED STATES DISTRICT COURT**
10          **CENTRAL DISTRICT OF CALIFORNIA**
11          **EASTERN DIVISION**

MOSES HEREDIA,                        Case No. 5:20-cv-02618-JWH-KKx

              Plaintiff,              **SUPPLEMENTAL AFFIDAVIT OF ERIC S. MONTALVO**

        v.                            Judge: Magistrate Judge Stephanie S. Christensen

MTK GLOBAL SPORTS
MANAGEMENT, LLC; MTK
GLOBAL USA, LLC; GOLDEN
BOY PROMOTIONS, INC.; PAUL
D. GIBSON; and DANIEL
KINAHAN,

              Defendants.

## SUPPLEMENTAL AFFIDAVIT OF ERIC S. MONTALVO

I, Eric S. Montalvo, Esq., declare as follows:

1. I am the Founding Partner of the Federal Practice Group, LLP.

2. I am admitted *pro hac vice* to this Court and in that capacity, I caused to be served the Third Amended Complaint in the above-captioned matter.

3. This affidavit is responsive to the Court's Order (ECF 172) to provide the address in which MTK Global Sports Management, LLC was served prior to service by publication. I have personal knowledge of the facts stated herein, and, if called upon to do so, could and would testify truthfully and competently with respect thereto.

4. Service for MTK Global Management, LLC was carried out at the primary address specified on MTK Global Sports Management, LLC's Dubai Multi Commodities Centre (DMCC)[1] business license registration: Unit No. 3005-B Jumeirah Bay Tower X3, Plot No. JLT-PH2-X3A, Jumeirah Lakes Towers, Dubai UAE.

5. Prompted by the submission of Mr. Richard Reynold's declaration (ECF 71-2) concerning the service address, local counsel in Dubai was engaged to conduct an investigation through the official Dubai Courts to overcome any deficiencies in the service for MTK Global Sports Management, LLC.

6. On December 13, 2022, an official Legal Notice was submitted to the Dubai Courts Notary Public for the purpose of serving the Summons and Third Amended Complaint to MTK Global Sports Management, LLC (Notified Party). *See* Exhibit A.

---

[1] A Dubai Multi Commodities Centre (DMCC) license is a type of business license issued by the DMCC Authority in Dubai, UAE. The DMCC is a free zone authority in Dubai established to promote and facilitate trade in various commodities. DMCC offers various business incentives and benefits, including tax exemptions. *Dubai Multi Commodities Centre*, https://freezones.invest.dubai.ae/ (last visited Oct. 27, 2023).

2

7. On December 15, 2022, the Assigned Declarer by the Dubai Courts traveled to the last-known address of MTK Global Sports Management, LLC and found that MTK Global Sports Management, LLC was not in the premise of the last known address.

8. The Assigned Declarer then attempted a phone call to MTK Global Sports Management, LLC, but the line was disconnected. The Assigned Declarer determined that the company was no longer located at the primary address. *See* Exhibit B.

9. Additionally, the Official Service License from the Dubai Government revealed that the DMCC branch was licensed under MTK Global Sports Management, LLC. *See* Exhibit C. Investigations carried out by the Dubai Courts, revealed no alternative registered address for the licensed company, MTK Global Sports Management, LLC.

10. Therefore, in accordance with Article 9(3) of Federal Decree – Law No. (43) of 2022, which establishes the Civil Procedure Code governing service procedures in the UAE for this specific case, authorization was obtained from the Dubai Courts to serve MTK Global Sports Management, LLC through the publication of notices in English and Arabic newspapers. *See* Exhibit D.

11. On January 19, 2023, MTK Global Sports Management, LLC was served by notification in the Arabic newspaper "Al Fajar" and on January 20, 2023 the

3



service was completed by publication in the English newspaper "The Gulf Time". *See* Exhibit E.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 30, 2023, in Irvine, California.

_____
Eric S. Montalvo

4