| Date: 8 December 2022 | التاريخ: 08-ديسمبر-2022 |
|---|---|
| **LEGAL NOTICE** | إنذار عدلي |
| **Notifying Party:** | الطرف المنذر |
| **MOSES HEREDIA** | موسيز هيرديا |
| Represented by Khairallah Advocates & Legal Consultants | يمثله خير الله للمحاماه والاستشارات القانونية |
| Office 3504, Emirates National Tower (Churchill Tower Executive)<br>Al, Abraj Street, Business Bay<br>P.O. Box 450142<br>Dubai, United Arab Emirates<br>Tel: +97144270845<br>Fax: +97144270842<br>Email: info@khlegal.ae | مكتب 3504 ، برج الإمارات الوطني (برج تشرشل التنفيذي)<br>شارع ابراج الخليج التجاري<br>ص. ب 450142<br>دبي، الامارات العربية المتحدة<br>هاتف: +97144270845<br>الفاكس: +97144270842<br>بريد إلكتروني: info@khlegal.ae |
| Represented by Attorney: Jouslin Khairallah under Power of Attorney registered by the Ministry of Justice under no. 9911409712 on 09/11/2022. | يمثله المحامية: جوسلين خير الله بموجب توكيل رسمي مسجل من قبل وزارة العدل تحت رقم. 9911409712 في 2022/11/09. |
| **Notified Party:** | الطرف المنذر إليه |
| **MTK GLOBAL SPORTS MANAGEMENT L.L.C**<br>Unit No: 3005-B<br>Jumeirah Bay Tower X3<br>Plot No: JLT-PH2-X3A<br>Jumeirah Lakes Towers<br>P.O. Box: 454833<br>Dubai, United Arab Emirates<br>Tel: +97144310887<br>Email: r.reynolds@mtkglobal.com | إم تي كيه جلوبال سبورتس مانجمنت ذ.م.م<br>رقم الوحدة: 3005-ب<br>برج جميرا باي X3<br>قطعة أرض رقم: JLT-PH2-X3A<br>أبراج بحيرات جميرا<br>ص. ب: 454833<br>دبي، الامارات العربية المتحدة<br>هاتف: +97144310887<br>بريد إلكتروني :<br>r.reynolds@mtkglobal.com |
| SUBJECT: **SUMMONS IN A CIVIL ACTION- CIVIL ACTION NO. CASE 5:20-CV-02618-JW (KKx) FILED BEFORE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CALIFORNIA** | الموضوع: استدعاء للحضور في دعوى مدنية — دعوى مدينة رقم **5:20-CV-02618-JW (KKx)** مرفوعة لدى المحكمة الجزئية لمقاطعة كاليفورنيا بالولايات المتحدة الأمريكية. |
| A lawsuit has been filed against you. | تم رفع دعوى قضائية ضدك |
| Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the | يلزم عليك تقديم رد على صحيفة الدعوى المقامة من المدعي أو مذكرة بدفاعك طبقًا للقاعدة رقم 12 من القواعد الفيدرالية للإجراءات المدنية، وذلك خلال 21 يومًا من تاريخ استلامك لهذا الإنذار (ولا تشمل تلك المدة تاريخ استلامك للإنذار) — أو خلال 60 يومًا إذا كنت حكومة الولايات المتحدة أو إحدى الجهات التابعة لها أو أحد مسؤولي أو موظفي الحكومة المبين |

[Stamps: Aphamea Translation & Linguistic Services, Legal Translator - Alaa Kharmanda, Reg. No. 547; Dubai Courts Notary Public, 13 DEC 2022]

| | |
|---|---|
| plaintiff an answer to complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: | وصــفهم في القــاعـدتين 12-أ-2 أو 12-أ-3 من القواعـد الفيدرالية للإجراءات المدنية. ويلزم عليك تســليم مذكرة الدفاع أو الرد على الدعوى إلى المدعي بشــخصــه أو وكيله القانوني الذي تكون بيانات اسمه وعنوانه كما يلي: |
| Rajan O. Dhungana<br>Federal Practice Group<br>1750 K Street NW, Suite 900<br>Washington D.C., 20006<br>rdhungana@fedpractice.com | راجان أو دونجانا<br>مجموعة الممارسات الفيدرالية<br>1750 شارع كيه ان دبليو، شقة900<br>واشنطن العاصمة ، 20006<br>rdhungana@fedpractice.com |
| If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. | وفي حالة عدم الرد من طرفك، سوف تصدر المحكمة حكمًا غيابيًا بحقك فيما يتعلق بالطلبات الواردة في صحيفة الدعوى. |
| You also must file your answer or motion with the court. | كما يلزم عليك أيضًا إيداع مذكرة بدفاعك لدى المحكمة. |
| Find the copy of the summons attached as **Annexure 1**. | يرجى الاطلاع على نسخة الإنذار المرفقة في الملحق 1. |
| **On behalf of the Notifying Party:** | بالنيابة عن الطرف المنذر |
| **Lawyer: Jouslin Khairallah** | المحامية: جوسلين خيرالله |







بتاريخ 13-12-2022 حضر امامي السيد/ احمد عبدالرحمن بصفته المذكورة وبعد التعرف عليه وقع على المستند بحضوري حسب الأصول.

إبراهيم سالم الكعبي

الكاتـــب العــدل

رقم الإيصال 18 / 2022 / 612875 وقيمته (320)

رقم المحـرر 2022/1/431717

البرشاء - 63232

يمكن التحقق من سريان المحرر من الموقع

www.dc.gov.ae

# Annexure 1

# الملحق رقم 1

إيلاف للترجمة القانونية
Elaph Legal Translation

الدعوى: ٥:٢٠-CV-02618-JW(KKx) – مستند رقم: ١٢٢ مقدم بتاريخ ٢٠٢٢/١١/٢٨، صفحة ١ من ٢، رقم تعريف الصفحة: ١٧٦٦

AO 440 (مراجعة رقم ١٢/٠٦) إعلان بالحضور في الدعوى المدنية

محكمة المقاطعة في الولايات المتحدة الأمريكية
في المقاطعة المركزية في ولاية كاليفورنيا

موسيز هيرديا
المدعي

ضد

ام تي كيه جلوبال للادارة الرياضية –ذ.م.م، وام تي كيه جلوبال الولايات المتحدة الأمريكية ذ.م.م، وجولدن بوي بروموشنز إنك، بول دي جيبسون ودانيل كيناهان
المدعى عليهم

الدعوى المدنية رقم ٥:٢٠-CV-02618-JW(KKx)

**إعلان بالحضور في الدعوى المدنية**

إلى: *(اسم المدعى عليه وعنوانه):* ام تي كيه جلوبال للادارة الرياضية – ذ.م.م
وحدة رقم: B-3005
جميرا باي تاور إكس ٣
قطعة أرض رقم: JLT-PH2-X3A
أبراج بحيرة الجميرا
دبي، الإمارات العربية المتحدة

قد رُفعت دعوى ضدك.

خلال ٢١ يوماً من تبليغك بإعلان بالحضور هذا (دون احتساب اليوم الذي تسلمته فيه)، أو خلال ٦٠ يوماً إذا كنت مواطناً أمريكياً أو وكالة أمريكية، أو إذا كنت مسؤولاً أو موظفاً في الولايات المتحدة الأمريكية حسب ما يرد في القواعد الاتحادية للإجراءات المدنية، الفقرة رقم ١٢(أ)(٢) أو (٣)، يجب عليك تبليغ المدعي بالرد على الشكوى المرفقة أو تقديم أي طلب التماس بموجب القاعدة رقم ١٢ من القواعد الاتحادية للإجراءات المدنية. يجب تبليغ الرد أو طلب الالتماس للمدعي أو وكيله وفيما يلي اسمه وعنوانه:

راجان أو دونجانا
فيدرال براكتس جروب
1750K ST NW، جناح رقم ٩٠٠
واشنطن العاصمة، ٢٠٠٠٦

إذا لم تقم بالرد، سيصدر ضدك حكم بمثابة الحضوري فيما يتعلق بالإعفاء القضائي المطلوب في الشكوى. يجب عليك تقديم ردك أو طلب الالتماس لدى المحكمة.

كاتب المحكمة
/يوجد توقيع/
توقيع كاتب المحكمة أو نائبه
/يوجد ختم/

التاريخ: ٢٠٢٢/١١/٢٨







هاتف: ٩٧١ ٤ ٣٣ ١٠ ٣٣٢ + فاكس ٩٧١ ٤ ٣٣ ١٠ ٢٥٠ + ص.ب ١٨٤٩١٦ دبي – إ.ع.م
Tel: +971 4 33 10 332 Fax: +971 4 33 10 250 P.O.Box 184916 - Dubai - UAE
Email: info@elaphtranslation.com   www.elaphtranslation.com

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| MOSES HEREDIA | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 5:20-CV-02618-JW(KKx) |
| MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; AND DANIEL KINAHAN | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MTK Global Sports Management, LLC
Unit No: 3005-B
Jumeirah Bay Tower X3
Plot No: JLT-PH2-X3A
Jumeirah Lake Towers
Dubai, UAE

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Rajan O. Dhungana
Federal Practice Group
1750 K ST NW, Suite 900
Washington, DC 20006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  11/28/2022

*Signature of Clerk or Deputy Clerk*

