# Elaph Legal Translation
إيلاف للترجمة القانونية

Department of Judicial Declarations Delivery Service
Aramex
Courts Project
Receiving Date: 14.12.2022
Dubai Courts – Aramex – Al Barsha Baranch
Dubai Al-Barsha Court – Aramex

*47539504681*

## Assigned Declarer Report

| | | | | | |
|---|---|---|---|---|---|
| **Notifying Party** | : | Moses Heredia | For Guidance | : | 044270845 |
| **Exhibit No.** | : | 431717/1/2022 | | | |
| **Notified Party** | : | MTK GLOBAL SPORTS MANAGEMENT L.L.C | | | |
| **Notified Party Address** | : | Jumeirah Lake Towers – Jumeirah Bay Tower X3 – Unite No. 3005B – Phone: 044310887 | | | |

On this Thursday, 15.12.2022, at 11:45 am/pm, I, Abd Allah Mabkhout, the Assigned Declarer by Dubai Courts has moved to the address of the Notified Party shown above, and found that there is another /illegible/ in the premises 3005, and by calling the Notified Party the number was disconnected, therefore, the execution could not be done.

| | | | | | |
|---|---|---|---|---|---|
| **Receiver Name** | : | _____ | **Assigned Declarer Signature** | : | /signed/ |
| **Class** | : | _____ | **Assigned Declarer Seal** | : | /Seal of Abd Allah Mabkhout/ |
| **ID No.** | : | _____ | | | |
| **Signature** | : | _____ | | | |

Task No.
X

Audit Seal
/seal reading: audit done – Aramex/








هاتف: ٣٣٢ ١٠ ٣٣ ٤ ٩٧١+ فاكس ٢٥٠ ١٠ ٣٣ ٤ ٩٧١+ ص.ب: ١٨٤٩١٦، دبي – إ.ع.م
Tel: +971 4 33 10 332 Fax: +971 4 33 10 250 P.O.Box 184916 - Dubai - UAE
Email: info@elaphtranslation.com    www.elaphtranslation.com

| | | |
|---|---|---|
| Department of Judicial Declarations<br>Delivery Service | **aramex**<br>Courts Project – مشروع المحاكم | قسم خدمة توصيل<br>الإعلانات القضائية |

تاريخ الاستلام : **14/12/2022**

محاكم دبي - أرامكس – فرع البرشاء
DUBAI AL-BARSHA COURT – ARAMEX


*47539504681*

## تقرير المكلف بالإعلان ( Report )

الـمنذر : موسيز هيرديا      للإرشاد: **044270845**

رقم المحرر : **431717 / 1/2022**

الـمنذر الـيه : ام تي كية جلوربال سبورتس مانجمنت ذ م م

عنوان المنذر اليه : ابراج بحيرات جميرا – برج جميرا باي X3 – وحدة 3005 ب – هاتف:**044310887**

إنه في يوم الخميس الموافق ١٥/١٢/ 2022 في الساعه ٩:٤٥ صباحا/مساءا

انتقلت أنا عبدالله مبخوت _____ المكلف بالإعلان من قبل محاكم دبي الى عنوان المطلوب إعلانه الموضح أعلاه وهناك وجدت اوبعه اخرى في مقر وصلن علا الاعلان كالمطلوب باعادته الوقت يفضل اذلك آخذت التأشير

| | |
|---|---|
| اسم المستلم : _____ | توقيع المكلف بالإعلان |
| الصفة : _____ | ختم المكلف بالإعلان |
| هوية رقم : _____ | عبدالله مبخوت |
| التوقيع : _____ | ختم التدقيق : |
| رقم الـمـهـمـة : | |
| ✗ | |


Radouane Zaouache
Certified Legal Translator Approved by Ministry of Justice
Dubai – UAE – Reg.no:648
Arabic – English – Arabic
ELAPH LEGAL TRANSLATION