

# DMCC

## Service License

رخصة خدمات

### License Details / تفاصيل الرخصة

| | English | Arabic |
|---|---|---|
| License Number / رقم الرخصة | DMCC-403062 | DMCC-403062 |
| Account No. / رقم الحساب | 152779 | 152779 |
| Licensee Name / أصحاب الرخصة | MTK GLOBAL SPORTS MANAGEMENT L.L.C | ام تي كيه جلوبال للادارة الرياضية ذ.م.م |
| Branch Name / إسم الفرع | MTK GLOBAL SPORTS MANAGEMENT L.L.C (DMCC BRANCH) | ام تي كيه جلوبال للادارة الرياضية ذ.م.م (فرع م.د.م.س) |
| Operating Name / الإسم التجاري | MTK GLOBAL SPORTS MANAGEMENT L.L.C (DMCC BRANCH) | ام تي كيه جلوبال للادارة الرياضية ذ.م.م (فرع م.د.م.س) |
| Issue Date / تاريخ الإصدار | 15-Feb-2018 | 15-Feb-2018 |
| Expiry Date / تاريخ الإنتهاء | 14-Feb-2021 | 14-Feb-2021 |
| Country of Origin / بلد المنشأ | United Arab Emirates | الإمارات العربية المتحدة |
| Manager Name / المدير | Alexandra Louise Thomson McClumpha | اليكساندرا لويس تومسون مكلومفا |
| DUNS Number / الرقم العالمي | | |

### License Primary Address / العنوان الرئيسي للرخصة

Unit No: 3005-B
Jumeirah Bay Tower X3
Plot No: JLT-PH2-X3A
Jumeirah Lakes Towers
Dubai
UAE

وحدة رقم: 3005-B
جميرا باي تاور اكس3
أرض رقم: جي ال تي- بي اتش2-اكس 3 أي
ابراج بحيرات جميرا
دبي
الإمارات العربية المتحدة

### License Activities / أنشطة الرخصة

1. Sport Clubs & Facilities Management
1. ادارة الاندية والمنشأت الرياضية وتشغيلها

Remarks: Branch of a Local Company. Subject to Approval and Conditions of General Authority of Youth & Sports Welfare.

ملاحظات: فرع لشركة محلية خاضعة لموافقة وشروط الهيئة العامة لرعاية الشباب والرياضة

### Company Contact Details / تفاصيل الاتصال بالشركة

| | | |
|---|---|---|
| Telephone No / رقم الهاتف | +97144310887 | |
| Email / البريد الإلكتروني | r.reynolds@mtkglobal.com | |
| PO Box / صندوق البريد | 454833 | |
| Website / الموقع الإلكتروني | http://www.mtkglobal.com | |

Valid in DMCC Freezone only, subject to the terms of Lease/Property Ownership and regulations of DMCC Authority. This document has been electronically generated by DMCC Authority and requires no signature. To verify the content and authenticity of this document visit www.dmcc.ae/document_verification and enter the eDocument Verification no.

eDocument Verification no: 804113783973

صالحة في المنطقة الحرة التابعة لمركز دبي للسلع المتعددة فقط مع مراعاة أنظمة سلطة مركز دبي للسلع المتعددة وشروط استئجار/ تملك العقارات. تم استخراج هذه الوثيقة إلكترونياً من قبل سلطة مركز دبي للسلع المتعددة ولا تحتاج إلى توقيع. يرجى زيارة الموقع www.dmcc.ae/document_verification وإدخال الرقم الإلكتروني للتحقق من محتوى وصحة هذه الوثيقة.

Document Generation Date: 30/12/2019