Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
431 N. Brookhurst St. STE 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>**CERTIFICATE OF SERVICE**<br><br>Judge: Magistrate Judge Stephanie S. Christensen |

# CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2023, I caused to be served a copy of the Court's Scheduling Notice (ECF 171) via email,

To the following:

1. MTK Global Sports Management, LLC's Counsel of Record David S. Harris. A delivery and read receipt were requested but not received. *See* Exhibit 1.

2. Daniel Kinahan's Counsel of Record Jason L. Liang and John K. Ly. A response email was received from Mr. Jason Liang confirming his termination of representation for Daniel Kinahan. *See* Exhibit 2.

Dated: October 31, 2023          Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
431 N. Brookhurst St. STE 130
Anaheim, CA 92801
Telephone: (310) 795-6905
Fax: (888) 899-6053
rdhungana@fedpractice.com

/s/ *Eric S. Montalvo*
Eric S. Montalvo (*Pro Hac Vice*)
FEDERAL PRACTICE GROUP
1750 K Street, N.W., Suite 900
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
emontalvo@fedpractice.com

*Attorneys for Plaintiff*
Moses Heredia