# RE: Notice of Hearing re: Heredia et al v. MTK Global Sports Management, LLC et al (Civ. Case No. #: 5:20-cv-02618-JWH-KK)

**Jason Liang** <jliang@lianglyllp.com>
Wed 10/18/2023 6:01 PM

To: Daisy Chung <DChung@fedpractice.com>; John Ly <jly@lianglyllp.com>
Cc: Eric Montalvo <emontalvo@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; Destyn Stanton <dstanton@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>

[EXTERNAL]
Counsel,

We do not represent any party in this matter. Our involvement in this matter was for a limited purpose, which was concluded. Please do not send any further service copies of any material on this matter to us.

Best,
Jason

---

**From:** Daisy Chung <DChung@fedpractice.com>
**Sent:** Wednesday, October 18, 2023 2:51 PM
**To:** Jason Liang <jliang@lianglyllp.com>; John Ly <jly@lianglyllp.com>
**Cc:** Eric Montalvo <emontalvo@fedpractice.com>; Rajan Dhungana <rdhungana@fedpractice.com>; Destyn Stanton <dstanton@fedpractice.com>; Cristina Lagarde <clagarde@fedpractice.com>
**Subject:** Notice of Hearing re: Heredia et al v. MTK Global Sports Management, LLC et al (Civ. Case No. #: 5:20-cv-02618-JWH-KK)

Good afternoon,

Pursuant to the Judge's order (ECF 171), we are providing notice of the scheduled hearing on October 19, 2023, at 10:00 AM PT via videoconference as it relates to the above-referenced proceeding.

Please see below:

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 10/17/2023 at 10:02 AM PDT and filed on 10/17/2023

| | |
|---|---|
| **Case Name:** | Heredia et al v. MTK Global Sports Management, LLC et al |
| **Case Number:** | 5:20-cv-02618-JWH-KK |
| **Filer:** | |
| **Document Number:** | 171(No document attached) |

### Docket Text:

**SCHEDULING NOTICE by Magistrate Judge Stephanie S. Christensen, re Order on motion for default judgment [168]. Hearing set for October 19, 2023 at 10:00 a.m. is by Zoom Webinar. Connection link can be found on Judge Christensen's procedures and**

**schedules page on the court's website: http://www.cacd.uscourts.gov/honorable-stephanie-s-christensen. Plaintiff is directed to serve this information on defendants via email and file POS as soon as practicable. THERE IS NO PDF DOCUMENT ASSOCIATED WITH THIS ENTRY. (dml) TEXT ONLY ENTRY**

Thank you.



**Daisy Chung**

Paralegal

**Federal Practice Group**

1750 K Street, NW, Suite 900 | Washington, DC 20006

Office: (202) 862-4360 | Fax: (888) 899-6053

dchung@fedpractice.com | www.FedPractice.com

**Attorney/Client Privileged, Protected and Confidential Communication. Confidentiality / Privilege Notice:** This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission, including attachments, is intended solely for the use of the designated recipient(s). This transmission may contain information that is confidential and/or privileged and/or otherwise protected from disclosure. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering such to the intended recipient, you are hereby notified that any use, disclosure or copying of this e-mail and any attachments is strictly prohibited. This transmission, including attachments, may be covered by the Electronic Communications Privacy Act, 18 U.S.C. § 2510 *et seq*., and any unlawful interceptions of such may be actionable under 18 U.S.C. § 2520. If you are not an intended recipient of this transmission, please immediately destroy all copies received and notify the sender.