Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst Street, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905

*Attorneys for Plaintiff*
*Moses Heredia*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>　　　　Defendants. | Case No.: 5:20-cv-02618-JWH-KK<br><br>**STATUS REPORT** |

### PLAINTIFF MOSES HEREDIA'S STATUS REPORT

**PURSUANT TO** the Court's Order of October 19, 2023 (ECF 172), Plaintiff Moses Heredia, by and through counsel, submits this Status Report detailing the progress of damages discovery.

## I. PROCEDURAL HISTORY

1. Plaintiff obtained an Entry of Default by Clerk pursuant to Fed. R. Civ. P. 55(a) against Defendants MTK Global USA, LLC on December 20, 2022 (ECF 128), MTK Global Sports Management, LLC on May 11, 2023 (ECF 148), Daniel Kinahan on May 11, 2023 (ECF 148), and Paul D. Gibson on June 29, 2023 (ECF 156).

2. On January 20, 2023, the Court entered an Order authorizing Plaintiff to conduct discovery in support of his anticipated motion for default judgment against Defendant MTK Global USA, LLC (ECF 150), now pending. ECF 132.

3. On May 31, 2023, Plaintiff filed motions for default judgment against Defendants MTK Global USA, LLC (ECF 150), MTK Global Sports Management, LLC (ECF 151), and Daniel Kinahan (ECF 152).

4. On August 4, 2023, Plaintiff filed a motion for default judgment against Defendant Paul D. Gibson. ECF 159.

5. On October 19, 2023, the Court conducted a hearing on Plaintiff's motions for default judgment and entered an Order authorizing Plaintiff to conduct discovery on the issue of damages related to his motions for default judgment against Defendants Paul D. Gibson (ECF 159), Daniel Kinahan (ECF 152), and MTK Global USA, LLC (ECF 150), and to continue discovery on the issue of damages related to his motion for default judgment against Defendant MTK Global

Sports Management, LLC (ECF 151). ECF 172. The Court has ordered that all discovery damages be complete by February 29, 2024. ECF 172.

## II. PLAINTIFF'S EFFORTS TO ASSESS AND PROCURE EVIDENCE OF DAMAGES

Efforts to assess and procure evidence of Plaintiff's damages are ongoing and include the following:

- From August 6 - 13, 2023, Plaintiff's counsel traveled to various witness locations and collected relevant information to assist Plaintiff with discovery efforts in this action.

- Mindful of the Court's directive in the October 19, 2023 hearing, Plaintiff modified its discovery plan to more narrowly focus its efforts. Plaintiff is propounding discovery in accordance with relevant case law regarding both actual damages and lost opportunity damages. *See e.g.*, *Bayer v. Neiman Marcus Grp., Inc.*, 861 F.33d 853, 871-72 (9th Cir. 2017) (actual damages); *Brown v. Brewer*, No. CV 06–3731–GHK (SHx), 2010 WL 2472182 at *32 (C.D. Cal. June 17, 2010) (lost opportunity damages).

- Plaintiff has secured the cooperation of individuals with relevant information and has hired an investigator to assist with obtaining additional information relevant to Plaintiff's damages.

- Plaintiff previously served Golden Boy Productions, Inc. ("Golden Boy") with a Subpoena Duces Tecum whereby Golden Boy and Plaintiff

engaged in a meet and confer process. Subsequent to that meet and confer and with the assistance of persons familiar with bout/purse processes, Plaintiff served an amended Subpoena Duces Tecum on Golden Boy on December 19, 2023.

- Plaintiff consulted with a potential professional boxing expert familiar with all aspects of the boxing finances, purse calculations, and disclosures. This individual provided information to assist Plaintiff in formulating an economic damages model consistent with case precedent.

- Plaintiff has identified individuals from whom he may provide declaration testimony in support of the damages model and has scheduled travel arrangements in connection with those efforts.

- Plaintiff is currently interviewing and evaluating consultants for the purpose of providing an economic damages model to the Court, should it be necessary.

- Plaintiff is seeking to depose two persons within the next four weeks who have relevant information in support of the economic damages model.

Dated: December 19, 2023

        Respectfully submitted,

        FEDERAL PRACTICE GROUP

        */s/ Eric S. Montalvo*
        Eric S. Montalvo (*Pro Hac Vice*)
        Rajan O. Dhungana (SBN: 297794)
        FEDERAL PRACTICE GROUP
        431 N. Brookhurst St., Suite 130
        Anaheim, CA 92801
        Telephone: (310) 795-6905
        rdhungana@fedpractice.com
        emontalvo@fedpractice.com

        *Attorneys for Plaintiff*
        *Moses Heredia*

# CERTIFICATE OF SERVICE

I hereby certify that on 12/19/2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

/s/ Eric S. Montalvo
Eric S. Montalvo