**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION**

**HONORABLE JOHN W. HOLCOMB, U.S. DISTRICT JUDGE**

| | |
|---|---|
| HEREDIA, et al., )<br>)<br>           Plaintiff, )<br>)<br>      vs.           )<br>)<br>MTK GLOBAL SPORTS MANAGEMENT, )<br>LLC, et al.,                 )<br>)<br>           Defendants.   )<br>) | **Certified Transcript**<br><br>Case No.<br>5:20-cv-02618-JWH-kk |

REPORTER'S TRANSCRIPT OF PROCEEDINGS

STATUS CONFERENCE

REPORTED VIA ZOOM VIDEOCONFERENCE

FRIDAY, JANUARY 20, 2023

11:00 A.M.

SANTA ANA, CALIFORNIA

**DEBBIE HINO-SPAAN, CSR 7953, CRR**
FEDERAL OFFICIAL COURT REPORTER
411 WEST 4TH STREET, ROOM 1-053
SANTA ANA, CA 92701
dhinospaan@yahoo.com

**UNITED STATES DISTRICT COURT**

**APPEARANCES OF COUNSEL:**

**FOR PLAINTIFFS:**

    FEDERAL PRACTICE GROUP
    BY:   ERIC S. MONTALVO, ESQ.
    1750 K Street NW
    Suite 900
    Washington, D.C. 20006
    202-862-4360
    Emontalvo@fedpractice.com

    Federal Practice Group
    BY:   RAJAN OLARITA DHUNGANA, ESQ.
    431 North Brookhurst Street
    Suite 130
    Anaheim, California 92801
    310-795-6905
    Rdhungana@fedpractice.com

**SANTA ANA, CALIFORNIA; FRIDAY, JANUARY 20, 2023**

**11:00 A.M.**

- - -

11:00AM THE COURTROOM DEPUTY: Please remain seated and come to order. This Court is now in session. The honorable John W. Holcomb, the United States District Judge, presiding.

The Court calls Case Number EDCV-20-2618-JWH, Heredia, et al. vs. MTK Global Sports Management, LLC, et al.

11:00AM Counsel, beginning with the plaintiff, can you please state your appearances for the record?

MR. DHUNGANA: Rajan Dhungana for the plaintiff.

MR. MONTALVO: Eric Montalvo also for the plaintiff, Your Honor.

11:00AM THE COURT: Good morning, Counsel. Nobody's here for any of the defendants, I take it?

MR. MONTALVO: That's my understanding, Your Honor.

THE COURT: We are here for a status conference. I think the last I saw you in this case was about October 21st.

11:01AM I held a status conference or scheduling conference to sort of ascertain where we are. I received your status report on January 6th.

So let's go through -- let's go through the various defendants. I want to make sure I understand where we are on

11:01AM everything.

|  |  |
|---|---|
| 1 | MR. MONTALVO:  Yes, Your Honor. |
| 2 | THE COURT:  So there's two defendants that plaintiff |
| 3 | says that plaintiff is trying to reserve, and that's |
| 4 | Mr. Kinahan and MTK Global Sports Management, LLC. |
| 11:01AM 5 | Do I have that right? |
| 6 | MR. MONTALVO:  Yes, Your Honor, as well as Mr. Paul |
| 7 | Gibson. |
| 8 | THE COURT:  Mr. Gibson has not been served at all |
| 9 | yet; is that right? |
| 11:02AM 10 | MR. MONTALVO:  Well, if I can clarify, Your Honor? |
| 11 | THE COURT:  Please. |
| 12 | MR. MONTALVO:  He was served but he was not served |
| 13 | with the correct Complaint.  So we had to re-serve him.  And |
| 14 | because he's in Spain, we have to go through the Government of |
| 11:02AM 15 | Spain to go through that procedure.  And so it's just taking a |
| 16 | little bit longer because they just move very slowly on these |
| 17 | things.  And so he's been located. |
| 18 | He did get a copy of the previous version of the |
| 19 | Complaint.  And then -- because we started this months ago but |
| 11:02AM 20 | they -- the second, you know, version can go back quicker.  So |
| 21 | they're saying that service should be, you know, within the |
| 22 | next couple weeks.  We just got the new subpoenas to make sure |
| 23 | that they're current. |
| 24 | Right, Mr. -- Rajan? |
| 11:03AM 25 | MR. DHUNGANA:  We got a new summons yesterday. |

| | |
|---|---|
| 1 | THE COURT: I saw that ECF 130. |
| 2 | Am I correct that the operative Complaint is the |
| 3 | Third Amended Complaint ECF 85? |
| 4 | MR. MONTALVO: Yes, Your Honor. It's the Third |
| 11:03AM 5 | Amended Complaint. |
| 6 | THE COURT: So you're in the process of serving |
| 7 | Mr. Kinahan with the operative Complaint and a summons. You're |
| 8 | in the process of serving process on him, no pun intended. |
| 9 | What about Mr. Gibson and MTK Global Sports |
| 11:03AM 10 | Management, LLC? |
| 11 | MR. MONTALVO: Right. So let me clarify. I was |
| 12 | referring to Mr. Gibson first, who's in Spain. So he's in the |
| 13 | process of getting that re-served on him. |
| 14 | MTK global and Mr. Kinahan both have presence in the |
| 11:03AM 15 | UAE. And so what we had to do there, Your Honor, is we first |
| 16 | had to go through the court system, which is the bullet proof |
| 17 | way to do things. |
| 18 | So the Court attempted service -- personal service |
| 19 | at the addresses that they have on record for him in the |
| 11:04AM 20 | country, as well as the corporation, as registered. And so |
| 21 | those personal service efforts -- I think they tried twice -- |
| 22 | were unsuccessful. And now we moved to the publication service |
| 23 | requirement, and its all being done through the Dubai courts. |
| 24 | So we should have that done hopefully by next month, and then |
| 11:04AM 25 | that will be complete as well. |

| | |
|---|---|
| 1 | THE COURT: Okay. |
| 2 | MR. MONTALVO: So Mr. Gibson, again, is in Spain, |
| 3 | the country of Spain. MTK global and Mr. Kinahan are in the |
| 4 | United Emirates, specifically Dubai. |
| 11:05AM 5 | THE COURT: Okay. And there are two MTK Globals. |
| 6 | One is MTK Global Sports Management, LLC. And that's the one |
| 7 | you're talking about now; correct? |
| 8 | MR. MONTALVO: That's correct. Yes, Your Honor. |
| 9 | THE COURT: Okay. Hold on a second. Let me take |
| 11:05AM 10 | notes on this. And then I just want to dot the i's and cross |
| 11 | the t's. VGC was dismissed quite some time ago. One of the |
| 12 | Golden Boy entities -- Golden Boy Promotions, Inc., was |
| 13 | dismissed some time ago. Golden Boy Productions, Inc., that |
| 14 | was the subject of a couple motions. And I ultimately |
| 11:05AM 15 | dismissed that entity and sent you to an arbitration; correct? |
| 16 | But that was appealed and then I think you worked something |
| 17 | out; right? |
| 18 | MR. MONTALVO: Well, Your Honor, I think, granted |
| 19 | the arbitration request ultimately. We dismissed the appeal |
| 11:06AM 20 | that was pending as agreed. So there is no appellate pending |
| 21 | that I'm aware of. And then we filed for the arbitration, and |
| 22 | so that's in process. |
| 23 | And consistent with what we previously discussed |
| 24 | with Your Honor, the argument actually matured a little bit |
| 11:06AM 25 | even further, because as between a manager and a promoter, it's |

```
 1  unlawful to have contract relationships.  That's the whole
 2  purpose of the Muhammad Ali Act is to separate the two.
 3           So I believe very strongly that -- and there can't
 4  be any financial engagement between a promotor and manager.
 5  That's the whole point of the structure of the law.  So I
 6  believe that even if there is a, quote/unquote, "contract," it
 7  would be void as against public policy and, therefore,
 8  unenforceable and not -- in addition, in fact, it has nothing
 9  to do with the controversy at issue.
10           So I do believe that we would probably file a
11  separate case, even though it's related, against Golden Boy
12  just to keep that in its own lane, but we'll think through that
13  before we proceed, Your Honor.
14           THE COURT:  Okay.  Yeah, I'm not going to --
15  obviously, you're not asking me to do this.  I'm not going to
16  prejudge anything, but I appreciate you giving me the heads up.
17           MR. MONTALVO:  Yes, Your Honor.  I'm just bringing
18  you up to speed.
19           THE COURT:  That's exactly what I want.
20           Now, on the arbitration, I sent you to arbitration
21  from the arbitrator first to consider the propriety of
22  arbitration and whether -- whether it was --
23           MR. MONTALVO:  Arbitrable.
24           THE COURT:  -- arbitrable.
25           MR. MONTALVO:  Yes, Your Honor.
```

```
 1              THE COURT:  Okay.  And I think I had some doubts on
 2   that, but I decided it wasn't my decision to make; correct?
 3              MR. MONTALVO:  That's correct.  Yes, Your Honor.
 4              THE COURT:  So if the arbitrator sees it the same
 5   way I saw it, at least initially, that could come back;
 6   correct?
 7              MR. MONTALVO:  Yes, Your Honor.  And as we mentioned
 8   on the record previously, you know, whether that becomes a
 9   companion case or, you know, through the codefendant or
10   separate companion-related case would be something we would
11   assess prior to bringing it back to Your Honor.  So, you
12   know -- and/or if it even belongs in federal court at that
13   point.  So we will do that due diligence before we come back,
14   Your Honor.  I promise.
15              THE COURT:  Okay.  I know you will.  I appreciate
16   that.
17              MR. MONTALVO:  Yes, Your Honor.
18              THE COURT:  And then that leaves MTK Global USA,
19   Inc., and -- hold on one second.  Let me take a note.  Let me
20   start over.
21              That leaves MTK Global USA, LLC.  That entity was
22   the subject of a motion by its counsel -- motion for counsel to
23   withdraw, which I granted and I gave the entity some time frame
24   to find new counsel.  It did not.  You properly proceeded by
25   seeking the entry of default, which I think the clerk has
```

```
 1   entered.  And then your status report talks about default
 2   judgment and your desire for discovery.  And there's a couple
 3   ways to go.
 4              What I'm inclined to do is have you take your
 5   discovery and not require you to seek the -- seek a partial
 6   default judgment at this time.
 7              Any major pushback on that?
 8              MR. MONTALVO:  No, Your Honor.
 9              THE COURT:  Okay.  Because we have these other
10   defendants that may -- they may show up, but we'll deal with
11   them if that happens.
12              MR. MONTALVO:  Understood, Your Honor.
13              THE COURT:  Okay.  So looking back at my minute
14   order from October 21st, I think I'll just enter another one
15   pretty similar to this.  I'm going to defer setting a trial
16   schedule.  I think we should go at least a couple of months and
17   get a -- get an updated status report from plaintiff and set
18   another status conference.
19              Is that -- does that sound good, Mr. Montalvo?
20              MR. MONTALVO:  It does, Your Honor.
21              THE COURT:  I always struggle with pronouncing your
22   name and I shouldn't because we've been together a dozen times.
23              MR. MONTALVO:  Yeah.  "Dhungana" is the way I roll.
24              Is that right, Rajan?
25              MR. DHUNGANA:  I'll accept any pronunciation.  It
```

```
 1   doesn't bother me.
 2              THE COURT:  Dhungana and Montalvo.
 3              MR. MONTALVO:  Yes, sir.  Or "meathead."  It
 4   depends.
 5              THE COURT:  We digress.  Okay.
 6              So if we go out a couple of months -- so say the end
 7   of March, perhaps March 31st for a status conference, and
 8   March 17th, a deadline for a status report, is that enough time
 9   for us to see where you are?  Or should we go out 90 days?
10              MR. MONTALVO:  I'm fine keeping a tighter leash on
11   it, Your Honor, just so we can keep the Court apprised of our
12   progress, you know, because I don't want it to go out too far.
13   And we are being very aggressive about the service.  So I feel
14   that we should have some idea of where we stand by that point
15   in time.
16              THE COURT:  Okay.  Mr. Dhungana, were you
17   disagreeing?
18              MR. DHUNGANA:  I was going to be cautious, but I
19   defer to Mr. Montalvo.
20              THE COURT:  So that will be my order.  I'll issue
21   the minute order very similar to the last one, first setting a
22   trial schedule.  Further video status conference, March 31st at
23   11:00 a.m.  And deadline for a status report -- I'll say joint.
24   We'll see who's in the case by then.  It may be another
25   instance where plaintiff is the only entity in the case.  But
```

|  |  |
|---|---|
| 1 | in any event call it a joint status report.  Deadline to file |
| 2 | that, March 17, Saint Patrick's Day. |
| 3 | MR. MONTALVO:  May I seek one clarification, |
| 4 | Your Honor? |
| 11:13AM  5 | THE COURT:  Certainly. |
| 6 | MR. MONTALVO:  So when you spoke of the commencement |
| 7 | of discovery, are we in accordance with your -- the previous |
| 8 | discovery plan, the 26(f)? |
| 9 | THE COURT:  Well, are you asking may you conduct |
| 11:13AM 10 | discovery? |
| 11 | MR. MONTALVO:  Yes, Your Honor.  You mentioned that |
| 12 | you would consider letting us commence discovery on -- as |
| 13 | opposed to seeking a partial default. |
| 14 | THE COURT:  Commence -- yes, you may commence |
| 11:14AM 15 | discovery. |
| 16 | Are you thinking because you haven't had a formal |
| 17 | Rule 26(f) conference that discovery has not technically |
| 18 | started?  Is that what you're thinking? |
| 19 | MR. MONTALVO:  Yes, Your Honor. |
| 11:14AM 20 | THE COURT:  That is a good point.  So my minute |
| 21 | order memorializing this hearing will also say that plaintiff |
| 22 | is authorized to commence discovery in support of its potential |
| 23 | motion for default judgment against MTK Global USA, LLC.  Is |
| 24 | that what you're seeking? |
| 11:14AM 25 | MR. MONTALVO:  Yes, Your Honor. |

```
 1              THE COURT:  Okay.
 2              MR. MONTALVO:  And if we're --
 3              THE COURT:  When I say "motion for default
 4   judgment," I'm thinking to obtain a full judgment, you have to
 5   prove up your damages, not merely --
 6              MR. MONTALVO:  Yes, Your Honor.
 7              THE COURT:  -- the technicalities of default.  So
 8   yes, you may conduct discovery in support of that motion,
 9   including liquidating your alleged damages.
10              MR. MONTALVO:  Understood, Your Honor.
11              THE COURT:  So the minute will say that the Court
12   authorizes plaintiff to commence discovery in support of its
13   potential motion for default judgment against MTK Global USA,
14   LLC.
15              MR. MONTALVO:  Perfect.
16              THE COURT:  Okay.  Good question.  Good point.
17         What else do we need to accomplish here today?
18              MR. MONTALVO:  I think I'm good on my end.
19         Mr. Dhungana, any additional?
20              MR. DHUNGANA:  We're good.
21              THE COURT:  You two in Anaheim or back on the East
22   Coast at this point?
23              MR. MONTALVO:  Mr. Dhungana is actually, I think, in
24   Las Vegas currently?
25              MR. DHUNGANA:  No, I'm in San Francisco.  I have a
```

11:15AM (lines 5, 10, 15, 20)
11:16AM (line 25)

```
 1   hearing up here.
 2             MR. MONTALVO:  I never know where he is.
 3             I'm in D.C. currently, Your Honor, but I'll be back
 4   in Irvine on Monday.
 5             THE COURT:  Okay.  Well, safe travels to both of
 6   you.  Thank you.  Have a good rest of the day and good weekend.
 7             MR. MONTALVO:  Thank you.  To you as well,
 8   Your Honor.  Happy New Year, by the way.  I think it's the new
 9   year.  So Happy New Year.
10             THE COURT:  Happy New Year to you as well.  Thank
11   you.
12             THE COURTROOM DEPUTY:  This Court is in recess.
13             (Proceedings concluded at 11:16 a.m.)
14                              --oOo--
```

(11:16AM markers at lines 5 and 10)

*CERTIFICATE OF OFFICIAL REPORTER*

COUNTY OF LOS ANGELES    )
                         )
STATE OF CALIFORNIA      )

        I, DEBBIE HINO-SPAAN, FEDERAL OFFICIAL REALTIME COURT REPORTER, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

*Date: January 4, 2024*

                                                /S/ DEBBIE HINO-SPAAN

                                          *Debbie Hino-Spaan, CSR No. 7953*
                                          *Federal Official Court Reporter*