**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Heredia et al<br><br>PLAINTIFF(S),<br>v.<br><br>MTK Global Sports Management, LLC et al<br><br>DEFENDANT(S). | CASE NUMBER<br><br>5:20-cv-02618 JWH(kkx)<br><br>NOTICE OF REASSIGNMENT OF CASE |

To: ALL COUNSEL APPEARING OF RECORD

☒ Pursuant to document # 163, filed 08/25/2023

☐ In accordance with the Court's policy pertaining to the assignment of 8 U.S.C. § 1326 case related to a prior matter, case no. _____

You are hereby notified that this case has been referred to the calendar of Magistrate Judge Stephanie S. Christensen for:

☐ all further proceedings;
☒ any discovery matters that are or may be referred by the District Judge;
☐ any matters that are referred pursuant to General Order 05-07.
☐ other: _____

On all documents subsequently filed in this case, please substitute the initials __SSCx__ after the case number in place of the initials of the prior judge so that the case number will read: __5:20-cv-02618 JWH(SSCx)__. This is very important because documents are routed to the assigned judge by means of these initials.

Clerk, U.S. District Court

Date 02/07/2024

By Robert R. Nadres
Deputy Clerk

cc:  ☐ *Previous Judge*   ☐ *Statistics Clerk*

G-41 (04/14)                                     NOTICE OF REASSIGNMENT OF CASE