

**PARACORP**
Nationwide Registered Agent Services
PO Box 160568
Sacramento, CA 95816-0568



Address Service Requested





5:20 CV 2618-JWH



**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

**OFFICIAL BUSINESS**






FILED
CLERK, U.S. DISTRICT COURT
MAR - 1 2024
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY



February 22, 2024

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

**Re: MTK GLOBAL USA, LLC**

To Whom It May Concern:

Our office is in receipt of the enclosed Service of Process for the above-referenced company. Paracorp Incorporated is not the registered agent for **MTK GLOBAL USA, LLC** in **Delaware.**

Please find enclosed the original documents. We are returning these for immediate attention. If you have any questions, please do not hesitate to contact Leticia Herrera, Manager, at (888) 272-3725.

Thank you,

**Roselynne Vang
Paracorp Incorporated
2804 Gateway Oaks
#100
Sacramento, CA 95833
Tel: (888) 272-3725**

MTK Global USA, LLC
2140 S Dupont Hwy
Camden, DE 19934

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Message-Id:<37344057@cacd.uscourts.gov>Subject:Activity in Case 5:20-cv-02618-JWH-kk Heredia et al v. MTK Global Sports Management, LLC et al Notice of Reassignment of Case Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered on 2/7/2024 at 10:56 AM PST and filed on 2/7/2024

| | |
|---|---|
| **Case Name:** | Heredia et al v. MTK Global Sports Management, LLC et al |
| **Case Number:** | 5:20-cv-02618-JWH-kk |
| **Filer:** | |
| **Document Number:** | 178 |

**Docket Text:**
**NOTICE OF REASSIGNMENT OF CASE filed. Pursuant to document # 163, filed 08/25/2023. Case referred to Magistrate Judge Stephanie S. Christensen for any discovery matters that are or may be referred by the District Judge. Case number will now read 5:20-cv-01618 JWH(SSCx). (rn)**

**5:20-cv-02618-JWH-kk Notice has been electronically mailed to:**
Eric S. Montalvo    emontalvo@fedpractice.com
Ricardo P Cestero    calendar@greenbergglusker.com, rcestero@ggfirm.com, bgarza@ggfirm.com, jgore@ggfirm.com
Rajan Olarita Dhungana    rdhungana@fedpractice.com, docketclerk@fedpractice.com, clagarde@fedpractice.com
David S Harris    dharris@willenken.com, david@harrislitigation.com
John K. Ly    jly@lianglyllp.com, leilani.sui@lianglyllp.com
Jason L. Liang    leilani.sui@lianglyllp.com, jliang@lianglyllp.com
David R. Keesling    dkeesling@fedpractice.com
Joshua Michael Geller    calendar@greenbergglusker.com, knicolas@greenbergglusker.com, jgeller@ggfirm.com, jgeller@greenbergglusker.com
**5:20-cv-02618-JWH-kk Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**
MTK Global USA, LLC
2140 S Dupont Hwy

Camden DE 19934
US