# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heredia et al<br>PLAINTIFF(S)<br>v.<br>MTK Global Sports Management, LLC et al<br>DEFENDANT(S). | CASE NUMBER:<br>5:20-cv-02618-JWH-SSC<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 3/28/2023 | 138 | APPLICATION of Non-Resident Attorney David R. |

**IT IS HEREBY ORDERED:**

- [✓] The document is stricken
- [ ] The hearing date has been rescheduled to _____ at _____.
- [ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
- [ ] Other:

Dated: 3/14/2024

By: _/s/ J.W. Holcomb_
U.S. District Judge, John W. Holcomb