Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
 FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorneys for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>Plaintiff,<br><br>v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>*Assigned to*<br>*Magistrate Judge Stephanie S. Christensen*<br><br>**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF MOSES HEREDIA, TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTIONS FOR DEFAULT JUDGMENT**<br><br>Current Response Date: March 21, 2024<br><br>New Response Date: April 04, 2024 |

**STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF MOSES HEREDIA, TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTIONS FOR DEFAULT JUDGMENT**

1. Plaintiff Moses Heredia ("Plaintiff") was authorized to conduct discovery on the issue of damages on October 19, 2023.

2. The Court has ordered Plaintiff to file a Supplemental Memorandum in Support of Motions for Default Judgment ("Supplemental Memorandum") setting forth the requested damages and the law supporting the request by March 21, 2024.

3. Plaintiff respectfully requests a fourteen-day extension of time to file his Supplemental Memorandum, extending the deadline to April 04, 2024.

4. Good cause exists to support Plaintiff's request for an extension. Plaintiff requests an extension of time due to one of the key respondents providing the requested documents after the close of discovery. The recently provided documents are crucial and require a thorough review to incorporate them effectively into the Supplemental Memorandum, which necessitates additional time.

5. This is Plaintiff's first request to extend the deadline for a filing in this matter. Previously, Plaintiff has only requested to continue hearings. No future deadlines are impacted by this extension.

6. Defendants' position remains unclear, as they have not participated in the proceedings, as previously reflected in the record.

Dated: March 19, 2024

Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
rdhungana@fedpractice.com

/s/ *Eric S. Montalvo*
Eric S. Montalvo (*Pro Hac Vice*)
FEDERAL PRACTICE GROUP
801 17th St. N.W., STE 250
Washington, D.C. 20006
Telephone: (202) 862-4360
Fax: (888) 899-6053
emontalvo@fedpractice.com

*Attorneys for Plaintiff*

Moses Heredia

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

Dated: March 19, 2024

Respectfully submitted,

/s/ *Rajan O. Dhungana*
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
rdhungana@fedpractice.com

*Attorney for Plaintiff*
Moses Heredia