# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MOSES HEREDIA,<br><br>  Plaintiff,<br><br> v.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>Defendants. | Case No. 5:20-cv-02618-JWH-KKx<br><br>*Assigned to*<br>*Magistrate Judge Stephanie S. Christensen*<br><br>**(PROPOSED) ORDER ON STIPULATION AND REQUEST FOR EXTENSION OF TIME FOR PLAINTIFF MOSES HEREDIA, TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTIONS FOR DEFAULT JUDGMENT**<br><br>**Please Note: Changes have been made to the proposed order.** |

("PROPOSED" is shown struck through.)

Currently pending before the Court is Plaintiff's stipulation to extend time to file its Supplemental Memorandum in support of Motions for Default Judgment. After considering the stipulation, the Court orders that it is **GRANTED** as set forth herein:

**IT IS HEREBY ORDERED** that Plaintiff Moses Heredia shall have an extension through and including April 04, 2024, to file its Supplemental Memorandum.  Absent

///

///

///

1

1 | extenuating circumstances the Court is not inclined to grant any additional extensions of
2 | time.

**IT IS SO ORDERED.**

DATED: March 21, 2024

_____
Honorable Stephanie S. Christensen
United States District Magistrate Judge

[~~PROPOSED~~] ORDER

97402878v.1