Rajan O. Dhungana (SBN: 297794)
rdhungana@fedpractice.com
Eric S. Montalvo (*Pro Hac Vice*)
emontalvo@fedpractice.com
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
*Attorney for Plaintiff*
Moses Heredia

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# (EASTERN DIVISION)

| | |
|---|---|
| MOSES HEREDIA,<br><br>    Plaintiff,<br><br>vs.<br><br>MTK GLOBAL SPORTS MANAGEMENT, LLC; MTK GLOBAL USA, LLC; GOLDEN BOY PROMOTIONS, INC.; PAUL D. GIBSON; and DANIEL KINAHAN,<br><br>    Defendants. | Case No.: 5:20-cv-02618-JWH-KKx<br>*Assigned to Magistrate Judge Stephanie S. Christensen*<br><br>**PLAINTIFF MOSES HEREDIA'S OBJECTIONS TO THE REPORT AND RECOMMENDATION AND POINTS AND AUTHORITIES IN SUPPORT**<br><br>Date:          June 04, 2024<br>Time:         1:30 P.M.<br>Courtroom:  790<br>Judge: Magistrate Judge Stephanie S. Christensen |

**PLAINTIFF MOSES HEREDIA'S OBJECTIONS TO THE REPORT AND RECOMMENDATION AND POINTS AND AUTHORITIES IN SUPPORT**

Magistrate Judge Christensen's April 25, 2024, Report and Recommendation notices that Plaintiff is not in compliance with Local Civil Rule 55-1. [ECF 186; ECF 187.] Rule 55-1 requires submission of a declaration from counsel regarding service upon certain defaulting parties who are the subject of a motion for default judgment.

Plaintiff files this objection with the belief that compliance with Rule 55-1 was previously met through its submission of declarations in support of the applications for the clerk to enter default judgment. Plaintiff subsequently filed the motions for default judgment whereby Judge Holcomb held a hearing on Plaintiff's motions for default judgment on August 25, 2023. No deficiencies were raised as to the Plaintiff's motions for default judgment. Judge Holcomb issued an order following the default hearing referring the case to the Magistrate for the purpose of determining damages sans any concerns as raised by the Magistrate Judge. [ECF 163].

Notwithstanding and out of an abundance of caution, Plaintiff in strict adherence to Rule 55-1, and in response to the concerns raised by the Magistrate Judge, files the updated declarations (included as Exhibit 1 to this written response) to ensure full compliance with Local Rule 55-1. Plaintiff requests that this

submission be considered and determined to resolve the issues raised by Magistrate Judge Christensen. Plaintiff also requests that the Court consider the Supplemental Motion for Damages and to subsequently enter default judgments for the amount of damages reflected in the Plaintiff's Supplemental Motion.

## CONCLUSION

WHEREFORE, Plaintiff Moses Heredia respectfully prays the Court:

(1) Enter an order confirming Plaintiff's compliance with Local Rule 55-1; and

(2) Enter default judgment awarding $10,732,500.00 in the amount of damages and $513,154.19 in litigation costs and attorneys fees.

Dated:  May 09, 2024

Respectfully submitted,

 /s/ Rajan O. Dhungana
Rajan O. Dhungana (SBN: 297794)
FEDERAL PRACTICE GROUP
431 N Brookhurst St, Suite 130
Anaheim, CA 92801
Telephone: (310) 795-6905
rdhungana@fedpractice.com
*Attorney for Plaintiff*
Moses Heredia