UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | 5:20-cv-02618-JWH-SSC | Date: May 13, 2024 |
| Title | Moses Heredia v. MTK Global Sports Management, LLC, et al. | |

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) **Order Withdrawing Report and Recommendation (ECF 187)**

    Before the Court are Plaintiff Moses Heredia's motions for entry of default judgment against Defendants MTK Global USA, LLC; MTK Global Sports Management, LLC; Daniel Kinahan; and Paul D. Gibson. (ECF 150-152, 159.) On April 25, 2024, the Court issued a Report and Recommendation, recommending that the motions be denied without prejudice to refiling because they did not comply with Rule 55-1 of the Local Civil Rules for the Central District of California. (ECF 187.) On May 9, 2024, Plaintiff filed Objections to the Report and Recommendation. (ECF 188.) Plaintiff attached to the Objections declarations that conform to the requirements of Local Rule 55-1 and requested that the declarations "be considered and determined to resolve the issues raised" in the Report and Recommendation. (ECF 188 at 2–3; ECF 188-1.)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  5:20-cv-02618-JWH-SSC                Date: May 13, 2024

Title    Moses Heredia v. MTK Global Sports Management, LLC, et al.

    Because Plaintiff has submitted the declarations required by Local Rule 55-1, IT IS ORDERED that the Court's April 25, 2024, Report and Recommendation (ECF 187) is WITHDRAWN.  The Court will issue a Report and Recommendation on the merits of Plaintiff's pending motions for default judgment in due course.

**IT IS SO ORDERED.**

                                                                                                           :

Initials of Preparer    **ts**