JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

HEREDIA BOXING
   MANAGEMENT, INC.; and
MOSES HEREDIA,

        Plaintiffs,

   v.

MTK GLOBAL SPORTS
   MANAGEMENT, LLC;
GOLDEN BOY PRODUCTIONS,
   INC.;
VGC, LLP;
PAUL D. GIBSON;
DANIEL KINAHAN;
GOLDEN BOY PROMOTIONS,
   INC.; and
MTK GLOBAL USA, LLC,

        Defendants.

Case No. 5:20-cv-02618-JWH-KKx

**JUDGMENT**

Pursuant to the "Order Accepting in Substantial Part the Findings, Conclusions, and Recommendations of United States Magistrate Judge" entered substantially contemporaneously herewith, and in accordance with Rules 55 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court possesses subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 and 18 U.S.C. § 1964(c).

2. On or about March 4, 2021, Plaintiffs Heredia Boxing Management, Inc. and Moses Heredia voluntarily **DISMISSED** Defendants VGC, LLP and Golden Boy Productions, Inc. as parties in this case.

3. On or about April 11, 2022, the Court **DISMISSED** Plaintiff Heredia Boxing Management, Inc. as a party in this case.

4. The operative pleading is the Third Amended Complaint [ECF No. 85] filed by Plaintiff Moses Heredia.

5. On or about September 6, 2022, the Court **DISMISSED without prejudice** all of the claims of Plaintiff Moses Heredia against Defendant Golden Boy Promotions, Inc.

6. Plaintiff Moses Heredia shall have **JUDGMENT** in his **FAVOR**, and **AGAINST** Defendants MTK Global Sports Management, LLC; Paul D. Gibson; Daniel Kinahan; and MTK Global USA, LLC, jointly and severally, in the total amount of **$9,731,248.61** (which sum consists of $9,517,500 in treble damages; $193,950 in attorney's fees; and $19,798.61 in costs).

7. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 25, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-